**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | The Roman Catholic Diocese of Ogdensburg, New York | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |   15-0532120 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 622 Washington Street <br> Ogdensburg, NY 13669 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Saint Lawrence <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.rcdony.org |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   The Roman Catholic Diocese of Ogdensburg, New York          Case number (*if known*) _____
_____Name_____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____8131____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District _____ | | When _____ | | Case number _____ | |

Debtor    The Roman Catholic Diocese of Ogdensburg, New York        Case number (*if known*) _____
        Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   The Roman Catholic Diocese of Ogdensburg, New York _____  Case number (*if known*) _____
        Name

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | The Roman Catholic Diocese of Ogdensburg, New York | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     July 17, 2023
                MM / DD / YYYY

**X** /s/ Mark Mashaw                                     Mark Mashaw
Signature of authorized representative of debtor          Printed name

Title     Diocesan Fiscal Officer

---

**18. Signature of attorney**

**X** /s/ Charles J. Sullivan (NDNY                 Date    July 17, 2023
Signature of attorney for debtor                           MM / DD / YYYY

Charles J. Sullivan (NDNY 507717)
Printed name

Bond, Schoeneck & King, PLLC
Firm name

One Lincoln Center
Syracuse, NY 13202
Number, Street, City, State & ZIP Code

Contact phone    (315) 218-8000        Email address    csullivan@bsk.com

(NDNY 507717) NY
Bar number and State

---

AAA Membership
1737 Sheridan Drive
Buffalo, NY 14223

Abraham, Watkins, Nichols, Sorrels,
Agosto & Aziz
800 Commerce Street
Houston, TX 77002-1776

Adam Fargo
33 High Street
Moira, NY 12957-2215

Adirondack Pennysaver
177 Margaret Street
Plattsburgh, NY 12901

ADP
1851 N. Resler Drive
MS-100
El Paso, TX 79912

AFLAC
810 River Avenue
Suite 230
Pittsburgh, PA 15212

Alliance Management, LLC
3800 American Boulevard, West
Suite 1000
Minneapolis, MN 55431

Ames Brothers Collision
21780 Gillette Road
Watertown, NY 13601

Ampersand Electric
261 Ampersand Avenue
Saranac Lake, NY 12983

Andreozzi & Foote
4503 N. Front Street
Harrisburg, PA 17110

Andrew Benware
69 Beaver Pond Way
Saranac Lake, NY 12983


Archdiocese of Caceres
Eilias Angeles St.
Naga City 4400
PHILIPINES


Archdiocese of New York
1011 First Avenue
New York, NY 10022


Archdiocese of Newark
171 Clifton Avenue
Newark, NJ 07104


Art's Jug
820 Huntington Street
Watertown, NY 13601


Arthur J. Gallagher Risk Management Serv
39735 Treasury Center
Chicago, IL 60694-9700


Asset Works, LLC
2222 W. Spring Creek Parkway
Plano, TX 75023


Association for Supervision and
Curriculum Development
3440 Market Street, Suite 450
Philadelphia, PA 19104


Avalon Document Services
1360 East 9th Street
Suite 150
Cleveland, OH 44114


Axis Insurance Co.
111 S. Wacker Drive
Chicago, IL 60606

Barclay Damon LLP
Attn: Paul Vellano, Jr.
125 East Jefferson Street
Syracuse, NY 13202


Benefactor Funding Corp.
165 Madison Street
Denver, CO 80206


Benefit Resources
245 Kenneth Drive
Rochester, NY 14623-4277


Bill Rapp Chevrolet Buick of Ogdensburg
4835 State Highway 68
Ogdensburg, NY 13669


Blackbaud
2000 Daniel Island Drive
Charleston, SC 29492-7541


Blevins Bros., Inc.
7444 SH 68
Ogdensburg, NY 13669


Boston College School of
Theology and Ministry
Simboli Hall, 140 Commonwealth Ave.
Chestnut Hill, MA 02467


Canon Law Society of America
415 Michigan Avenue, NE
Suite 101
Washington, DC 20017-4502


Carlin Media
7641 St. Route n22
West Chazy, NY 12992


Casella Waste Systems
220 Avenue B
Williston, VT 05495

Catherine Frederichs
150 Dragoon Road
Altona, NY 12910


Catholic Cemetery Conference
1400 S. Wolf Road
Building 3
Hillside, IL 60162


Catholic Charities
214 Caroline Street
Ogdensburg, NY 13669


Catholic Conference Policy Group, Inc.
465 State Street
Albany, NY 12203


Catholic Legal Immigration Network, Inc.
8757 Georgia Avenue
Suite 850
Silver Spring, MD 20910


Catholic Media Association
205 West Monroe Street
Suite 470
Chicago, IL 60606-5011


Catholic News Service
3211 Fourth Street NE
Washington, DC 20017


Catholic Purchasing Service
580 Washington Street
Newton, MA 02458


CCC Jefferson County
203 North Hamilton Street
Watertown, NY 13601


Charter Communications
451 South Schmale Road
Carol Stream, IL 60188

Chastity Project
905 Broadway
Concordia, KS 66901

Child Lures, Ltd.
79 Mead Farm Road
Hinesburg, VT 05461

Christ the King Seminary
711 Knox Road
East Aurora, NY 14052

Christine Bookman
111 Main Street
Ogdensburg, NY 13669

Church Mutual Ins. Co.
2850 Golf Road
Rolling Meadows, IL 60008

Church of the Holy Family
123 South Massey Street
Watertown, NY 13601

City Controller
330 Ford Street
Ogdensburg, NY 13669

Coach's Corner
191 Park Avenue
Massena, NY 13662

Cognia Inc.
9115 Westside Parkway
Alpharetta, GA 30009

Commercial Press Inc.
6589 U.S. Highway 11
Canton, NY 13617

Commissioner of Motor Vehicles
48 Court Street
Canton, NY 13617

Commissioner of Motor Vehicles
Insurance Services Bureau
6 Empire State Plaza, Room 332A
Albany, NY 12228-0332


Community Broadcasters, LLC
199 Wealtha Avenue
Watertown, NY 13601


Consolidated Electrical Distributors Inc
6910 Central Hay
Merchantville, NJ 08109


Cooper Electric
315 Cranbury Half Acre Road
Cranbury, NJ 08512


Costello, Cooney, Fearon PLLC
500 Plum Street
Suite 300
Syracuse, NY 13204


County of Franklin
Solid Waste Management Authority
828 County Route 20
Constable, NY 12926


CREG Systems/Security Plus
1039 Water Street
Watertown, NY 13601


CSAANYS
525 4th Avenue
Troy, NY 12182


D'Arcy Johnson Day, PC
1501 Broadway, 12th Floor
New York, NY 10036


Danko Construction Corporation
8545 State Highway 56
Norfolk, NY 13667

Deacon William T. Ditewig
1345 Alana Court
Lutz, FL 33549


Department of Motor Vehicles
80 NY Route 310
Canton, NY 13617


DH Leonard Consulting &
Grant Writing Services, LLC
15227 Heritage Drive
Clayton, NY 13624


DHK Financial Advisors
3 Greenleaf Woods Drive
Suite 202
Portsmouth, NH 03802


Diocesan Fiscal Management Conference
625 W. Deer Valley Rd.
Suite 103-410
Phoenix, AZ 85027


Diocese of Syracuse
240 E. Onondaga Street
Syracuse, NY 13202


Direct Connection
1538 Arrow Highway
La Verne, CA 91750-5832


eBreviary
299 Broadway
Suite 1508
New York, NY 10007


Ecolab, Inc.
1 Ecolab Place
Saint Paul, MN 55102


Ecolab, Inc.
1350 Broadway
Suite 1830
New York, NY 10018

Eileen Greenwood
7741 State Route 812
Lowville, NY 13367

Elan Financial Services
419 N. Rock Hill Road
Saint Louis, MO 63119

Father Raymond Diesbourg
139 N. Kanady Street
Cape Vincent, NY 13618

FDLC
415 Michigan Avenue NE
Suite 70
Washington, DC 20017-4503

Federal Express
22530 Fisher Road
Watertown, NY 13601

Flack Broadcasting Group
7606 North State Street
Lowville, NY 13367

Flackville Garden and Gifts
5843 County Route 10
Heuvelton, NY 13654

Francisan University of Steubenville
Catechetical Institute
114 Brady Circle East
Steubenville, OH 43952

Frank J. Walters Associates, Inc.
58-13 Seabury Street
Flushing, NY 11373-4825

Freese & Goss
3500 Maple Avenue, Suite 1100
Dallas, TX 75219

Frenchies Chevrolet, Inc.
255 E. Orvis Street
Massena, NY 13662

Friendzy, Inc.
5285 Meadows Road
Suite 161
Lake Oswego, OR 97035


Frontenac Crystal Springs Water
37095 County Route 4
Clayton, NY 13624


Gallagher Bassett Services, Inc.
15763 Collections Center Drive
Chicago, IL 60693


Gary R. Abramson
Casualty Actuarial Services
4726 Goodwood Way
Wilmington, NC 28412


Gerber Life Ins. Co.
1311 Mamaroneck Avenue
White Plains, NY 10605


Gillee's Auto Truck & Marine, Inc.
20892 State Route 411
La Fargeville, NY 13656


Give US This Day
2536 NE 15th Avenue
Portland, OR 97212


Golf Services, Inc.
Attn: Mel Fitchette
4955 SH 37
Ogdensburg, NY 13669


Grainger
475 E. Algonquin Road
Arlington Heights, IL 60005


Grand Union 707
156 Church Street
Saranac Lake, NY 12983

Gray's Flower Shop
1605 State Street
Watertown, NY 13601


Greater Ogdensburg Chamber of Commerce
318 Ford Street
Ogdensburg, NY 13669


Guardian
2005 Market Street
Suite 1920
Philadelphia, PA 19103


Hart Street Pottery
6346 Hart Street
Fort Worth, TX 76112


Haylor, Freyer & Coon
231 Salina Meadows Parkway
Syracuse, NY 13221


Herman Law
434 W. 33rd Street
Penthouse
New York, NY 10001


High Peaks Ford
1190 NYS Route 86
Ray Brook, NY 12977


High Peaks Resort
2384 Saranac Avenue
Lake Placid, NY 12946


Holy Cross Parish
7 Margaret Street
Plattsburgh, NY 12901


Hometown Communications, LLC
4712 State Route 9
Plattsburgh, NY 12901


Hometown Radio, Inc.
4712 State Route 9
Plattsburgh, NY 12901

Homily Helps
2200 Kentmere Parkway
Wilmington, DE 19806


Hosmers Marina & Smugglers Cafe
54 East River Street
Wilmington, DE 19806


Houston Casualty Co.
13403 Northwest Freeway
Houston, TX 77040


Howland Pump & Supply Co., Inc.
7611 State Highway 68
Ogdensburg, NY 13669


Hudson Insurance Co.
100 William Street
New York, NY 10038


Hulbert Supply Saranac Lake
123 John Munn Road
Saranac Lake, NY 12983


Hurley McKenna & Mertz, P.C.
200 South Clark Street
Suite 2250
Chicago, IL 60603


Hyde Fuel
196 Broadway
Saranac Lake, NY 12983


Ignatius Press
1348 10th Avenue
San Francisco, CA 94122


Immaculate Heart Central Schools
1316 Ives Street
Watertown, NY 13601


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Italian American Civic Association
192 Bellow Avenue
Watertown, NY 13601


J.D. Power and Associates
33191 Collection Center Drive
Chicago, IL 60693-0331


J.H. Burnash & Co., Inc.
13234 U.S. Route 11
Adams Center, NY 13606


James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur D Alene, ID 83815


Jeff Anderson & Associates
366 Jackson Street
Saint Paul, MN 55101


Jeff Anderson & Associates, P.A.
52 Duane Street, Seventh Floor
New York, NY 10007


Jessie Sovie
521 Clark Street
Ogdensburg, NY 13669


Jet-O-Rooter
14741 County Route 145
Sackets Harbor, NY 13685


Jodi Brunner
138 Corneilia Street
Plattsburgh, NY 12901


Joe Melendrez, LLC
3428 Dailhart Avenue
Simi Valley, CA 93063


John Carter
2572 New York State Route #10
Summit, NY 12175

John Fehlner
Box 552
Keene Valley, NY 12943

Jonesy's
710 Lovejoy Road
Ogdensburg, NY 13669

Junction Building Supply
4420 U.S. Route 11
De Kalb Junction, NY 13630

Keenan Communications Group
Main Court Building
438 Main Street
Buffalo, NY 14202

Kelly Counseling & Consulting, LLC
38 Regency Plaza
Glen Mills, PA 19342

Kinney Drug's, Inc.
29 E. Main Street
Gouverneur, NY 13642

Knights of Columbus Council 259
870 Arsenal Street
Watertown, NY 13601

LaFave, Wein & Frament, PLLC
2400 Western Avenue
Guilderland, NY 12084

Laffey, Bucci & Kent, LLP
3 Columbus Circle, 14th Floor
New York, NY 10070

Law Offices of Ronald J. Kim, PC
P.O. Box 318
Saratoga Springs, NY 12866

Liberty Utilities - NH
75 Remittance Drive
Suite 1032
Chicago, IL 60675-1032

Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Sutie 120
Buffalo, NY 14202-3924


Little Miss Florist
320 Monkey Hill Road
Ogdensburg, NY 13669


Living Giving Wounds
3028 Traymore Lane
Bowie, MD 20715


Living With Christ
1564 Fencorp Drive
Fenton, MO 63026-2942


Lloyds of London
c/o Brit Global Speciality
161 N. Clark Street
Chicago, IL 60601


Lowes Business Account
1000 Lowes Boulevard
Mooresville, NC 28117


M.E. Brgess & Co., LLC
1900 Brewerton Road
Syracuse, NY 13211


Malone Golf Club
79 Golf Course Road
Malone, NY 12953


Malone Newspaper Corporation
260 Wasington Street
Watertown, NY 13601


Marc J. Bern & Partners, LLP
60 East 42nd Street
Suite 950
New York, NY 10165


Maria T. Holden, PsyD
109 S. Albany Street
Ithaca, NY 14850

Mark A. House, MA, LMHC
5962 U.S. Highway 11
Canton, NY 13617


Marsh Law Firm PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001-2170


Martin Field Club
721 Hasbrouck Street
Ogdensburg, NY 13669


Mary Beth Bracy
5 McMartin Street
Plattsburgh, NY 12901


Mary Skillan
16 Iowa Street
Plattsburgh, NY 12903


Massena Electric Department
71 East Hatfield Street
Massena, NY 13662


Matthews & Associates
2905 Sackett St.
Houston, TX 77098


Maxson Company
2 Maxson Drive
Old Forge, PA 18518-2065


Michael Farkas
1982 State Route 30
Tupper Lake, NY 12986


Michael G. Dowd, Esq.
600 Third Avenue, 15th Floor
New York, NY 10016


Michael J. Tooley
214 Hamilton Street
Ogdensburg, NY 13669

Michele Meyers
3 Crary Drive
Canton, NY 13617


Michelle Beagle
P.O. Box 103
Turin, NY 13473


Mondavi Design, LLC
#1 Mondavi Circle
Spencerport, NY 14559


Monet Souza
1207 Washington Street
Canton, MA 02021


Mount St. Mary's University
16300 Old Emmitsburg Road
Emmitsburg, MD 21727


Msgr. Andrew Baker
Mount St. Mary's Seminary
16300 Old Emmitsburg Road
Emmitsburg, MD 21727


Msgr. Neal F. Quartier, PhD, LCSW, BCD
259 E. Onondaga Street
Syracuse, NY 13202


Murnane Building Contractors, Inc.
104 Sharon Lane
Plattsburgh, NY 12901


National Assoc. Church Personnel Admin.
2121 Eisenhower Avenue
Suite 200
Alexandria, VA 22314


National Catholic Services, LLC
75 Remittance Drive
Suite 1664
Chicago, IL 60675-1664

National Grid
1001 Liberty Street
Pittsburgh, PA 15222


National Grid
532 Freeman Street
Orange, NJ 07050


NBT Bank
52 S. Broad Street
Norwich, NY 13815


NCC Systems
25646 New York State Route 3
Watertown, NY 13601


NCDVD
440 West Neck Road
Huntington, NY 11743


NCEA
407 Bicksler Square SE
Leesburg, VA 20175-3773


NCVR
Sister Gilmary Kay, RSM
P.O. Box 29260
Washington, DC 20017


Neal E. Quartier, PhD, LCSW, BCD
259 East Onondaga Street
Syracuse, NY 13202-6482


New York State Catholic Conference
465 State Street
Albany, NY 12203-1004


New York State Corporation Tax
WA Harriman Campus, Bldg. 9
Albany, NY 12227


New York State Department of Health
Saranac Lake District Office
41 St. Bernard Street
Saranac Lake, NY 12983-1834

New York State Electric & Gas
18 Link Drive
Binghamton, NY 13904


Noaker Law Firm, LLC
1600 Utica Avenue S., 9th Floor
St. Louis Park, MN 55416


North Country This Week
4 Clarkson Avenue
Potsdam, NY 13676


Northern New York Newspapers Corp.
260 Washington Street
Watertown, NY 13601-3301


NPR Direct
1389 Peachtree St., NE
Atlanta, GA 30309


NRVC
5416 South Cornell
Chicago, IL 60615


NY Workers' Compensation Board
Commissioner of Taxation & Finance
328 State Street, Finance Unit, Room 331
Schenectady, NY 12305-2318


NYS Department of Taxation & Finance
Attn: Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYS Dept. of Environmental Conservation
701 S. Main Street
Northville, NY 12134


One License
7343 S. Mason Avenue
Chicago, IL 60638


Our Sunday Visitor
200 Noll Plaza
Huntington, IN 46750

P&T Car and Pet Wash, LLC
1602 Lafayette Street
Ogdensburg, NY 13669


Pam Belile
2 Madison Avenue
Massena, NY 13662


Party Effects DJ Service
92 Baker Road
Chazy, NY 12921


Paul Wylie
10 Desiree Lane
Lake Placid, NY 12946


Paulist Press
997 Macarthur Boulevard
Mahwah, NJ 07430


Pepsi Cola Ogdensburg Bottlers
1001 Madison Avenue
Ogdensburg, NY 13669


Pfau Cochran Vertetis Amala PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001-2170


Pflaum Publlishing Group
3055 Kettering Boulevard
Suite 100
Dayton, OH 45439


PG Calc, Inc.
129 Mount Auburn Street
Cambridge, MA 02138


Philadelphia Ins. Co.
1 Bala Plaza
Bala Cynwyd, PA 19004


Pig II Deli
West Main Street
Indian Lake, NY 12842

Pig II Deli
13 Old Route 28A
Indian Lake, NY 12842


Pinto, Mucenski, Hooper & Van House, CPA
42 Market Street
Potsdam, NY 13676-0109


Pitney Bowes Global Financial Services
3001 Summer Street
Stamford, CT 06926


Pitney Bowes, Inc.
3001 Summer Street
Stamford, CT 06926


Pontifical College Josephinum
7625 North High Street
Columbus, OH 43235-1498


Postmaster - Massena
100 Main Street
Massena, NY 13662


Postmaster - Ogdensburg
431 State Street
Ogdensburg, NY 13669


Powers & Santola, LLP
100 Great Oaks Blvd
Suite 123
Albany, NY 12203


Price Chopper Operating Co.., Inc.
461 Nott Street
Schenectady, NY 12308


Priests Council of New York
c/o St. Catherine of Siena Church
26 Mendon-Ionia Road
Mendon, NY 14506


Queen of Heaven Church, Henderson, NY
8900 Seaway Trail
Henderson, NY 13650

Renzi
901 Rail Drive
Watertown, NY 13601-0023


Reserve Account
10 Dan Road, Door #2
Canton, MA 02021


Reviewed Costs Inc.
50 Tice Boulevard
Suite A20
Woodcliff Lake, NJ 07677


Rheingold Giuffra Ruffo & Plotkin LLP
551 Fifth Avenue, 29th Floor
New York, NY 10016


Rishe's Auto Service
1111 Paterson Street
Ogdensburg, NY 13669


River Rat Designs
1801 Ford Street
Ogdensburg, NY 13669


Roman Catholic Diocese of Brooklyn
7200 Douglastown Parkway
Douglastown, NY 11362


Roman Catholic Diocese of Brooklyn NY
310 Prospect Park West
Brooklyn, NY 11215


Rooted Souls Therapy, LLC
5300 Westview Drive
Suite 301
Frederick, MD 21702


Safety National Casualty Co.
1832 Schuetz Road
Saint Louis, MO 63146


Saint Andrew's Church, Sackets Harbor
12 East Main Street
Sackets Harbor, NY 13685

Saint Anthony's Church
850 Arsenal Street
Watertown, NY 13601


Saint John Vianney Center
427 S. Pennsylvania Avenue
North Wales, PA 19454


Saint John Vianney Center
151 Woodbine Road
Downingtown, PA 19355


Saint Vincent Seminary
300 Fraser Purchase Road
Latrobe, PA 15650-2690


Sam's Club
2101 SE Simple Savings Drive
Bentonville, AR 72716


Sandwich Warehouse
601 Canton Street
Ogdensburg, NY 13669


Savory Downtown
300 Washington Street
Watertown, NY 13601


Schwerzmann & Wise, P.C.
220 Sterling Street
Watertown, NY 13601


Seeger Weiss LLP
77 Water Street, 8th Floor
New York, NY 10005


Selection.com
155 Tri-County Parkway
Suite 150
Cincinnati, OH 45246


Servants of the Paraclete
6476 Elme Road
Dittmer, MO 63023

Sherman Inn
615 Franklin Street
Ogdensburg, NY 13669


Sholette's Liquor Store
701 Canton Street
Ogdensburg, NY 13669


Simmons Hanly Conroy LLC
112 Madison Avenue, 7th Floor
New York, NY 10016


Slater Slater & Schulan LLP
488 Madison Avenue, 20th Floor
New York, NY 10022


Slater Slater Schulman LLP
909 Third Avenue, 28th Floor
New York, NY 10022


SLVHRMA
c/o Scott Wright
1001 Mansion Avenue
Ogdensburg, NY 13669


Spectrum Enterprise
400 Atlantic Street
Stamford, CT 06901


Spectrum Reach
815 Erie Boulevard East
Syracuse, NY 13210-1016


St. Cecilia Congregation
801 Dominican Drive
Nashville, TN 37228


St. Cecilia's Church
17 Grove Street
Adams, NY 13605


St. John the Evangelist Church
c/o 521 James Street
Clayton, NY 13624

St. John's University
Office of Student Financial Services
8000 Utopia Parkway
Queens, NY 11439


St. Lawrence County Clerk
48 Court Street
Canton, NY 13617


St. Lawrence Woodworks
216 Denny Street
Ogdensburg, NY 13669


St. Mary's of Clayton
521 James Street
Clayton, NY 13624


St. Mary's Roman Catholic Church of
Evans Mills, New York
8408 S. Main Street
Evans Mills, NY 13637


St. Patrick's Altar Rosary Society
4897 St. Highway 56
Colton, NY 13625


St. Paul's Church
208 Leray Street
Black River, NY 13612


Stephen's Media Group - Watertown
134 Mullin Street
Watertown, NY 13601


Stephen's Media Group Ogdensburg LLC
One Bridge Plaza
Suite 204
Ogdensburg, NY 13669


Stephen's Media Group, LLC
2155 State Highway 420
Massena, NY 13662

Sturdy Supply & Rental
20 Bloomingdale Avenue
Saranac Lake, NY 12983


Sugar Rush Bakery
30 Lafayette Street
Ogdensburg, NY 13669


Sunoco, LLC
3801 West Chester Pike
Newtown Square, PA 19073


Suzanne Moore
2 Mason Road
Champlain, NY 12919


Suzanne Pietropaoil
36 First Street
Malone, NY 12953


Sweeney, Reich & Bolz, LLP
1981 Marcus Avenue, Suite 200
Lake Success, NY 11042


SymQuest Group, Inc.
30 Community Drive
Suite 5
South Burlington, VT 05403


SYNCB/Amazon
777 Long Ridge Road
Stamford, CT 06902


Sysco Syracuse
2508 Warners Road
Warners, NY 13164


Taylor Rental
372 Broadway
Saranac Lake, NY 12983


The Catholic Community of Alexandria
521 James Street
Clayton, NY 13624

The Catholic Sun
240 E. Onondaga Street
Syracuse, NY 13202


The Church of Our Lady of Sacred Heart
320 W. Lynde Street
Watertown, NY 13601


The Computer Department, Inc.
510 E. Allen Street
Springfield, IL 62703


The Country Florist and Gifts
75 Montcalm Street
Ticonderoga, NY 12883


The Dollywood Foundation
111 Dollywood Lane
Pigeon Forge, TN 37863


The Edgewood Resort
Edgewood Park Road
Alexandria Bay, NY 13607


The Holy See
The Apostolic Nunciature
3339 Massachusetts Avenue, NW
Washington, DC 20008


The Law Office of Ellie Silverman, PC
135 E. 57th Street, Unit 100
New York, NY 10022


The National Catholic Bioethics Center
600 Reed Road
Suite 102
Broomall, PA 19008


The Roman Catholic Community of
Brownville and Dexter
119 W. Main Street
Brownville, NY 13615

The Roman Catholic Community of Cape
Vincent, Rosiere and Chaumont
139 N. Kanady
Cape Vincent, NY 13618


The Roman Catholic Diocese of Ogdensburg
as Trustee of the Deposit and Loan Fund
62 Washington Street
Ogdensburg, NY 13669


The Society of St. Patrick's Church
123 S. Massey Street
Watertown, NY 13601


The Washboard
30 Lafayette Street
Ogdensburg, NY 13669


The Word Among Us
7115 Guilford Drive
Suite 100
Frederick, MD 21704


TK Elevator Corporatio
3100 Interstate N. Circle SE
Atlanta, GA 30339


TNCRRG, Inc.
801 Warrenville Road
Suite 620
Lisle, IL 60532


Tolls By Mail
New York State Thruway
200 Southern Boulevard
Albany, NY 12209


Tolmage, Peskin, Harris & Falick
20 Vesey Street, 7th Floor
New York, NY 10007


Tony Pastizzo
5717 SH 812
Ogdensburg, NY 13669

Trade Credit Services
3391 Peachtree Road, NE
Suite 100
Atlanta, GA 30326


Trash Grass & Snow LLC
1012 New York Avenue
Ogdensburg, NY 13669


Travelers
1 Tower Square
Hartford, CT 06183


Trevett Cristo
2 State Street, Suite 1000
Rochester, NY 14614


Tri-Lakes Fire Safety Equipment, Inc.
61 Beechwood Drive
Saranac Lake, NY 12983


Trudeau Sand and Gravel, Inc.
115 State Route 3
Saranac Lake, NY 12983


U.S. Conference of Catholic Bishops
3211 4th Street NE
Washington, DC 20017


U.S. Department of Homeland Security
2400 Avila Road
2nd Floor, Room 2312
Laguna Niguel, CA 92677


United Healthcare Insurance Co.
401 N. Webster Street
Taylorville, IL 62568


University of Notre Dame
354 Geddes Hall
Notre Dame, IN 46556


Verizon Wireless
1095 Avenue of Americas
New York, NY 10036

Vermont Church Supply Co.
676 Pine Street
Burlington, VT 05402


Vianney Vocations LLC
3425 Bannerman Road
Suite 105
Tallahassee, FL 32312


Vital Solutions, LLC
116 Record Street
Frederick, MD 21701-5418


W.B. Mason Co., Inc.
59 Centre Street
Brockton, MA 02301


Waddington Blooms
138 Lincoln Avenue
Waddington, NY 13694


Wadham Hall
6866 State Highway 37
Ogdensburg, NY 13669


Walmart
702 S.W. 8th Street
Bentonville, AR 72716


Weitz and Luxenberg
700 Broadway
New York, NY 10003


Wex Bank
2763 Gannet Lane
New Lenox, IL 60451


WICY
86 Porter Road
Malone, NY 12953


William B. Benninger, PhD
130 Northwoods Blvd.
Columbus, OH 43235

Williams Cedar, LLC
1515 Market Street
Suite 1300
Philadelphia, PA 19102-1931


Woodchop Shop, Inc.
352 Cowan Road
Canton, NY 13617


WSNN
86 Porter Road
Malone, NY 12953


WWNY
120 Arcade Street
Watertown, NY 13601


WWTI/EWTI
105 Court Street
Watertown, NY 13601