| Fll in this information to identify the case: | |
|---|---|
| Debtor name | The Roman Catholic Diocese of Ogdensburg, New York |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 23-60507 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Unsecured claim |
|---|---|---|---|---|
| ▉ | Cynthia S. LaFave, Esq.<br>LaFave, Wein & Frament, PLLC<br>2400 Western Avenue<br>Guilderland, NY 12084<br><br>Jeffrey R. Anderson, Esq.<br>J. Michael Reck, Esq.<br>Jeff Anderson & Associates, P.A.<br>52 Duane Street, Seventh Floor<br>New York, NY 10007 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| ▉ | Cynthia S. LaFave, Esq.<br>LaFave, Wein & Frament, PLLC<br>2400 Western Avenue<br>Guilderland, NY 12084<br><br>Jeffrey R. Anderson, Esq.<br>J. Michael Reck, Esq.<br>Jeff Anderson & Associates, P.A.<br>52 Duane Street, Seventh Floor<br>New York, NY 10007 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| ▉ | Alexandra Colella, Esq.<br>Marc J. Bern & Partners, LLP<br>60 East 42nd Street, Suite 950<br>New York, NY 10165 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |

| Debtor | The Roman Catholic Diocese of Ogdensburg, New York | | Case number *(if known)* | 23-60507 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Unsecured claim |
| --- | --- | --- | --- | --- |
| ███ | Melanie S. Wolk, Esq.<br>Trevett Cristo<br>2 State Street, Suite 1000<br>Rochester, NY 14614<br><br>Patrick Noaker, Esq.<br>Noaker Law Firm, LLC<br>1600 Utica Avenue S., 9th Floor<br>St. Louis Park, MN 55416<br><br>Leander L. James, IV, Esq.<br>Craig K. Vernon, Esq.<br>James, Vernon and Weeks, P.A.<br>1626 Lincoln Way<br>Coeur d'Alene, ID 83815 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| ███ | Alexandra Colella, Esq.<br>Marc J. Bern & Partners, LLP<br>60 East 42nd Street, Suite 950<br>New York, NY 10165 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| ███ | Ellie A. Silverman, Esq.<br>Law Office of Ellie Silverman, PC<br>135 E. 57th Street, Unit 100<br>New York, NY 10022 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| ███ | David P. Matthews, Esq.<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br><br>Tim K. Goss, Esq.<br>Peter de la Cerda, Esq.<br>3500 Maple Avenue, Suite 1100<br>Dallas, TX 75219<br><br>Peter W. Smith, Esq.<br>D'Arcy Johnson Day, PC<br>1501 Broadway, 12th Floor<br>New York, NY 10036 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| ███ | Michael G. Dowd, Esq.<br>600 Third Avenue, 15th Floor<br>New York, NY 10016<br><br>Gerard J. Sweeney, Esq.<br>Sweeney, Reich & Bolz, LLP<br>1981 Marcus Avenue, Suite 200<br>Lake Success, NY 11042 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |

Debtor  The Roman Catholic Diocese of Ogdensburg, New York    Case number *(if known)*  23-60507

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Unsecured claim |
|---|---|---|---|---|
| [redacted] | Kelly C. Wolford, Esq.<br>Powers & Santola, LLP<br>100 Great Oaks Blvd, Suite 123<br>Albany, NY 12203 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| [redacted] | Michelle Simpson Tuegel, Esq.<br>Simpson Tuegel Law Firm<br>3301 Elm Street<br>Dallas, TX 75226<br><br>Stephen A. Weiss, Esq.<br>Rick Barreca, Esq.<br>Seeger Weiss LLP<br>77 Water Street, 8th Floor<br>New York, NY 10005<br><br>Muhammad S. Aziz, Esq.<br>Abraham, Watkins, Nichols, Sorrels, Agosto, Aziz & Stogner<br>800 Commerce Street<br>Houston, TX 77002-1776 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| [redacted] | Ellie A. Silverman, Esq.<br>Law Office of Ellie Silverman, PC<br>135 E. 57th Street, Unit 100<br>New York, NY 10022 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| [redacted] | Brian D. Kent, Esq.<br>Gaetano A. D'Andrea, Esq.<br>Lauren E. Stram, Esq.<br>Laffey, Bucci & Kent, LLP<br>3 Columbus Circle, 14th Floor<br>New York, NY 10070 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| [redacted] | Adam P. Slater, Esq.<br>Linc C. Leder, Esq.<br>Slater Slater Schulman LLP<br>488 Madison Avenue, 20th Floor<br>New York, NY 10022 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| [redacted] | Paul J. Hanly, Jr., Esq.<br>Simmons Hanly Conroy LLC<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| [redacted] | Trent B. Miracle, Esq.<br>Simmons Hanly Conroy LLC<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |

| Debtor | The Roman Catholic Diocese of Ogdensburg, New York | Case number *(if known)* | 23-60507 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Unsecured claim |
|---|---|---|---|---|
| ▇▇▇▇▇ | James R. Marsh, Esq.<br>Jennifer Freeman, Esq.<br>Robert Lewis, Esq.<br>Marsh Law Firm PLLC<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170<br><br>Vincent T. Nappo, Esq.<br>Anelga Doumanian, Esq.<br>Pfau Cochran Vertetis Amala PLLC<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| ▇▇▇▇▇ | Dennis Reich, Esq.<br>Reich & Binstock<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| ▇▇▇▇▇ | James R. Marsh, Esq.<br>Jennifer Freeman, Esq.<br>Robert Lewis, Esq.<br>Marsh Law Firm PLLC<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170<br><br>Vincent T. Nappo, Esq.<br>Anelga Doumanian, Esq.<br>Pfau Cochran Vertetis Amala PLLC<br>31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| ▇ | Jeff Herman, Esq.<br>Herman Law<br>434 W. 33rd Street<br>Penthouse<br>New York, NY 10001 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |
| ▇▇▇▇ | Ellie A. Silverman, Esq.<br>Law Office of Ellie Silverman, PC<br>135 E. 57th Street, Unit 100<br>New York, NY 10022 | Litigation claimant | Contingent<br>Unliquidated<br>Disputed | $50,000.00 |

**Solely for the purposes of determining the largest unsecured claims against the Diocese, all contingent, unliquidated, and disputed abuse litigation claims have been estimated at $50,000.00. The claims listed on the attached list comprise a representative sample of such claims.**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Roman Catholic Diocese of Ogdensburg, New York |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7/17/2023         X _____
                                 Signature of individual signing on behalf of debtor

                                Mark Mashaw
                                Printed name

                                Diocesan Fiscal Officer
                                Position or relationship to debtor