UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of | ) |
| Ogdensburg, New York, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## CERTIFICATION OF 20 LARGEST UNSECURED CREDITOR MAILING MATRIX

I, Mark Mashaw, Diocesan Fiscal Officer for The Roman Catholic Diocese of Ogdensburg, New York (the "Diocese"), hereby certify under the penalties of perjury that the attached mailing matrix contains creditors holding the 20 largest unsecured claims[1] with correct names, addresses and zip codes of their respective counsel of record, as they appear on the list of creditors filed herewith.

Dated: July 17, 2023

Mark Mashaw
Diocesan Fiscal Officer

---

[1]  Solely for the purposes of determining the largest unsecured claims against the Diocese, all contingent, unliquidated, and disputed abuse litigation claims have been estimated at $50,000. The claims listed on the attached list comprise a representative sample of such claims.

16187430.2

████████
c/o LaFave, Wein & Frament, PLLC
2400 Western Avenue
Guilderland, NY 12084

████████
c/o LaFave, Wein & Frament, PLLC
2400 Western Avenue
Guilderland, NY 12084

█████████
c/o Marc J. Bern & Partners, LLP
60 East 42nd Street, Suite 950
New York, NY 10165

█████████
c/o Trevett Cristo
2 State Street, Suite 1000
Rochester, NY 14614

█████████
c/o Marc J. Bern & Partners, LLP
60 East 42nd Street, Suite 950
New York, NY 10165

█████████
c/o Law Office of Ellie Silverman, PC
135 E. 57th Street, Unit 100
New York, NY 10022

███████████████
c/o Matthews & Associates
2905 Sackett Street
Houston, TX 77098

████████
c/o Michael G. Dowd, Esq.
600 Third Avenue, 15th Floor
New York, NY 10016

█████████
c/o Powers & Santola, LLP
100 Great Oaks Blvd, Suite 123
Albany, NY 12203

███████████
c/o Simpson Tuegel Law Firm
3301 Elm Street
Dallas, TX 75226

█████████
c/o Law Office of Ellie Silverman, PC
135 E. 57th Street, Unit 100
New York, NY 10022

████████
c/o Laffey, Bucci & Kent, LLP
3 Columbus Circle, 14th Floor
New York, NY 10070

█████████
c/o Slater Slater Schulman LLP
488 Madison Avenue, 20th Floor
New York, NY 10022

████████████
c/o Simmons Hanly Conroy LLC
112 Madison Avenue, 7th Floor
New York, NY 10016

████████████████████
c/o Simmons Hanly Conroy LLC
112 Madison Avenue, 7th Floor
New York, NY 10016

███████████
c/o Marsh Law Firm PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001-2170

██████████
c/o Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027

███████████
c/o Marsh Law Firm PLLC
31 Hudson Yards, 11th Floor
New York, NY 10001-2170

██
c/o Herman Law
434 W. 33rd Street, Penthouse
New York, NY 10001

████████
c/o Law Office of Ellie Silverman, PC
135 E. 57th Street, Unit 100
New York, NY 10022