**EXHIBIT B**

Proposed Order

16198891.3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of | ) |
| Ogdensburg, New York, | ) Chapter 11 |
|  | ) |
| Debtor. | ) |
|  | ) |

## ORDER REDUCING TIME FOR FIRST DAY MOTIONS

Upon the *Omnibus Application for Entry of an Order Reducing Time for Notice of First Day Motions* dated July 17, 2023 (the "Application")[1] filed by The Roman Catholic Diocese of Ogdensburg, New York (the "Diocese"); and the Declaration of Charles J. Sullivan, Esq. dated July 17, 2023 filed in support of the Application (the "Sullivan Declaration"); and upon finding that the Court has jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; that venue of this Chapter 11 Case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); that cause exists for reducing the period required for notice of the First Day Motions and scheduling a hearing to consider the First Day Motions on an expedited basis; and that the relief requested in the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

16199596.2

Application is in the best interests of the Diocese's estate, creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. A hearing to consider the First Day Motions shall be held on July 17, 2023 at 10:00 a.m. (prevailing Eastern Time), or as soon thereafter as counsel may appear and be heard, before the Honorable Patrick G. Radel, United States Bankruptcy Judge for the Northern District of New York, at the United States Bankruptcy Court, Northern District of New York, Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Utica, New York 13501.

2. Service of copies of this Order, the Application, the Sullivan Declaration, and the First Day Motions shall be deemed good and sufficient notice and no further notice shall be required, if transmitted to: (i) the Office of the United States Trustee for the Northern District of New York by electronic mail in advance of the hearing; and (ii) the Diocese's twenty largest unsecured creditors as set forth in the list filed with the Diocese's petition and all required governmental agencies by electronic or first class mail no later than three business days following the entry of this Order.

# # #