## **EXHIBIT A**

Proposed Order

11931603.3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                 Debtor. | ) <br> ) <br> ) Case No. 23-60507 (PGR) <br> ) <br> ) Chapter 11 <br> ) <br> ) <br> ) |

**ORDER PURSUANT TO BANKRUPTCY RULES 1007(c) AND
9006(b)(1) EXTENDING THE TIME TO FILE SCHEDULES OF
ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME
AND EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES AND STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion of The Roman Catholic Diocese of Ogdensburg, New York (the "Diocese") for entry of an order pursuant to Rules 1007(c) and 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") extending the time to file schedules of assets and liabilities, schedules of current income and expenditures, schedules of executory contracts and

11931603.3

unexpired leases and statements of financial affairs [Docket No. ___] (the "Motion");[1] and upon finding that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; that venue of this Chapter 11 Case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and the Court having reviewed the Motion and the record in this Chapter 11 Case and determined that granting the relief requested in the Motion is in the best interests of the Diocese, its estate, creditors and other parties in interest; and after due deliberation thereon, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The time within which the Diocese shall file the Schedules and Statements is extended, pursuant to Bankruptcy Rules 1007(c) and 9006(b), through and including August 31, 2023, without prejudice to the Diocese's right to seek an additional extension upon cause shown therefor.

3. All time periods set forth in this Order shall be calculated in accordance with Rule 9006(a) of the Federal Rules of Bankruptcy Procedure.

4. The Diocese is hereby authorized to take all actions it determines are necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

6.  The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

3