**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YOK**
-------------------------------------------------------------------

| | |
|---|---|
| The Roman Catholic Diocese of Ogdensburg, New York, | Chapter 11<br>Case No. 23-60507 |
| Debtor. | |

-------------------------------------------------------------------

### NOTICE REGARDING REMITTAL OF DISQUALIFICATION

      Hearings were scheduled for July 17, 2023, at 10:00 a.m. on the Debtor's first day Motion for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, and (B) Granting Adequate Protection (CM/ECF No. 11, the "Cash Collateral Motion"); Motion for Interim and Final Orders (A) Authorizing but Not Directing, the Diocese to (i) Continue Using Existing Bank Accounts, Banking Practices and Business Forms, (ii) Maintain Investment Account and Practices, and (iii) Continue Using Credit Cards, and (B) Granting Limited Relief From the Requirements of Bankruptcy Code Section 345(b) (CM/ECF No. 15, the "Cash Management Motion"); and Motion for Interim and Final Orders Authorizing, but Not Directing the Diocese to Continue to Administer the Deposit and Loan Fund and Diocesan Trust Fund in the Ordinary Course of Business and Consistent with Past Practices (CM/ECF No. 16, the "Related Liquidity Motion").  After disclosure on the record on July 17, 2023, and written notice by the Office of the Clerk of Court, the parties appearing on these first day motions were instructed to notify the Clerk of Court in writing whether the party consented to waive a disqualification of the judge assigned to the case to hear the three motions.  Each party was given until 1:00 p.m. on July 17, 2023, to respond to the Clerk of Court.

      The deadline to respond has passed and a waiver was not received from all parties. Accordingly, the judge assigned to the case is disqualified from presiding over the Cash Collateral

Motion, the Cash Management Motion, and the Related Liquidity Motion pursuant to Canon 3D of the Code of Conduct for the United States Judges. The Clerk of Court will retain under seal all notices issued and responses received in this matter. The Cash Collateral Motion, the Cash Management Motion, and the Related Liquidity Motion will be reassigned to another judge in the ordinary course.

Dated: July 17, 2023

                                        Cynthia A. Platt
                                        Clerk of Court
                                        United States Bankruptcy Court
                                        Northern District of New York