So Ordered.

Signed this 17 day of July, 2023.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of
Ogdensburg New York,

Debtor.

Case No. 23-60507

Chapter 11

## SUA SPONTE ORDER OF RECUSAL
## AND REASSIGNMENT OF MOTIONS

The Court, after reviewing the following Motions filed by Debtor, The Roman Catholic Diocese of Ogdensburg New York: (i) Motion for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral and (B) Granting Adequate Protection) (Doc. 11); Motion for Interim and Final Orders (A) Authorizing, But Not Directing, the Diocese to (i) Continue Using Existing Bank Accounts, Banking Practices and Business Forms, (ii) Maintain Investment Accounts and Practices, and (iii) Continue Using Credit Cards, and (B) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b) (Doc. 15); and (iii) Motion for Interim and Final Orders Authorizing, But Not Directing, the Diocese to Continue to Administer the Deposit and Loan Fund and Diocesan Trust Fund in the Ordinary Course of Business and Consistent With Past Practice (Doc. 16) (collectively, the "Motions"), has determined that its

recusal is appropriate under 28 U.S.C. § 455(a) as the Court was previously engaged in the practice of law in matters involving NBT Bank, N.A.

NOW, after due deliberation, it is hereby

**ORDERED**, that this Court recuses itself from the Motions, subject to further order of the Court: and it is further

**ORDERED**, that the Clerk shall reassign the Motions to another Judge in the Northern District of New York pursuant to Local Bankruptcy Rule 1073-1(e); and it is further

**ORDERED**, that the case number shall remain the same.

###