So Ordered.

Signed this 10 day of August, 2023.



_____

Patrick G. Radel
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>    Debtor. | Case No. 23-60507-6-pgr<br>Chapter 11 |

**ORDER GRANTING MOTION FOR LIMITED ADMISSION**
***PRO HAC VICE* OF YONGLI YANG**

       Upon consideration of the Motion for Limited Admission to Practice, *Pro Hac Vice,* of Yongli Yang ("Motion") to represent Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, "London Market Insurers") in the above-captioned chapter 11 cases and any related adversary proceedings before the United States Bankruptcy Court of the Northern District of New York as is more fully set forth in the Motion, and the Court having jurisdiction to consider the Motion and the relief requested therein, and upon the Motion and all of the proceeds has in the Court, and after due deliberation and sufficient cause appearing therefore, it is

DM3\9804570.1

2

ORDERED, that Yongli Yang, is permitted to appear *pro hac vice* as counsel for London Market Insurers in the above-captioned chapter 11 case and any related adversary proceedings.

###

DM3\9804570.1