UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.: 23-60507

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for Certain Underwriters at Lloyd's London and Certain London Market Insurance Companies (collectively "London Market Insurers"), and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below:

Catalina J. Sugayan
Clyde & Co US LLP
55 W. Monroe Street, Suite 3000
Chicago, IL 60603
Telephone: (312) 635–6917
Facsimile: (312) 635–6950
Email: catalina.sugayan@clydeco.us

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether

1

transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect to seek to affect in any way of the London Market Insurers' rights or interests.

Dated: August 11, 2023                                Respectfully submitted,

*/s/ Catalina J. Sugayan*
Catalina J. Sugayan
Illinois Bar No. 6191764
Clyde & Co US LLP
55 W. Monroe Street, Suite 3000
Chicago, IL 60603
Telephone: (312) 635–6917
Facsimile: (312) 635–6950
Email: catalina.sugayan@clydeco.us

*Attorneys for London Market Insurers*