**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| The Roman Catholic Diocese of | ) | Case No. 23-60507 (PGR) |
| Ogdensburg, New York, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors appointed in the above-captioned case (the "**Committee**") hereby appears by its counsel, Pachulski Stang Ziehl & Jones LLP ("**Counsel**"). Counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that the undersigned be added to the official mailing matrix and service lists in the above captioned chapter 11 case. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon Counsel, at the address, telephone, and email addresses set forth below:

>James I. Stang, Esq.
>Ilan D. Scharf, Esq.
>Karen B. Dine, Esq.
>780 Third Avenue, 34th Floor
>New York, NY  10017
>Telephone:  (212) 561-7700
>Facsimile:  (212) 561-7777
>Email: jstang@pszjlaw.com
>      ischarf@pszjlaw.com
>      kdine@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 21, 2023

        */s/ Ilan D. Scharf*
James I. Stang
Ilan D. Scharf
Karen B. Dine
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:   jstang@pszjlaw.com
           ischarf@pszjlaw.com
           kdine@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

3