UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

# *EX PARTE* MOTION TO ADMIT
# JAMES I. STANG AS COUNSEL *PRO HAC VICE*

James I. Stang ("Applicant"), a partner in the law firm Pachulski Stang Ziehl & Jones LLP, moves this Court for an order to practice and appear before this Court on behalf of the Official Committee of Unsecured Creditors (the "Committee") of The Roman Catholic Diocese of Ogdensburg, New York. In support of this Motion, Applicant states and alleges as follows:

a) Applicant's name and office address, phone number and email address are as follows:

> James I. Stang
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, CA  90067
> Phone: (310) 277-6910
> Email:  jstang@pszjlaw.com

b)　　　Applicant is a practicing attorney who resides in the State of California and, as of 1980, is duly admitted to the Bar of the State of California. He is in good standing and is eligible to practice before the following courts:

| | |
|---|---|
| U.S. District Court for the Central District of California | 1/19/1981 |
| U.S. District Court for the Eastern District of California | 6/26/1984 |
| U.S. District Court for the Southern District of California | 7/16/1984 |
| U.S. District Court for the Northern District of California | 7/17/1984 |
| U.S. District Court for the Eastern District of Wisconsin | 3/20/2013 |

c) The necessity for appearance and participation is to serve as counsel for the Committee.

d) Applicant has not been disbarred, sanctioned or formally censured by any Court or by a state bar association, and there are no disciplinary proceedings pending against Applicant.

e) Applicant has previously applied and been granted approval to appear pro hac vice before, *inter alia*, the United States Bankruptcy Court for the Western District of New York, in the case known as In re The Diocese of Rochester, Case No. 19-20905 (CGM) as counsel for the Official Committee of Unsecured Creditors.

Date: September 5, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James I. Stang*
James I. Stang
Ilan D. Scharf
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
          ischarf@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

### DECLARATION IN SUPPORT OF *EX PARTE* MOTION TO TO ADMIT JAMES I. STANG AS COUNSEL *PRO HAC VICE*

I, James I. Stang, declare under penalty of perjury as follows:

1.　　I am a partner in Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), and maintain an office at 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067. I am duly admitted to practice law in the State of California, United States District Courts for the Southern, Northern, Eastern and Central Districts of California.

2.　　I submit this declaration (the "Declaration") in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.　　I am a member of good standing of the Bar of the State of California and the United States District Court for the Central District of California. I have not been disbarred, sanctioned or formally censured by any Court or by a state bar association, and there are no disciplinary proceedings pending against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Los Angeles, California
　　　　September 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James I. Stang*
　　　　　　　　　　　　　　　　　　　　　　　　James I. Stang

DOCS_NY:48314.1 18493/002

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

August 28, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES IAN STANG, #94435 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1980 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records