**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| The Roman Catholic Diocese of Ogdensburg, New York, | ) Case No. 23-60507 (PGR) |
| | ) |
| Debtor. | ) |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon consideration of the *Ex Parte* Motion to Admit James I. Stang as Counsel *Pro Hac Vice* to represent the Official Committee of Unsecured Creditors for The Diocese of the Roman Catholic Diocese of Ogdensburg, New York, and upon Movant's certification that the Movant is a member of good standing of the Bar of the State of California, the United States District Court for the Central District of California,

**IT IS HEREBY ORDERED THAT**:

1. The Application is **GRANTED**.

Dated: _____, 2023
Utica, New York

_____
THE HONORABLE PATRICK G. RADEL
U.S. BANKRUPTCY JUDGE

DOCS_NY:48314.1 18493/002