**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:                                                                    Case No. 23-60507-6 (PGR)

The Roman Catholic Diocese of Ogdensburg, New York,          **NOTICE OF APPEARANCE**
                                                                          **AND REQUEST FOR NOTICE**
                                                                          **AND SERVICE OF PAPERS**

                                                    Debtor.

**S I R S :**

      **PLEASE TAKE NOTICE,** that the undersigned appears as special litigation counsel for

The Roman Catholic Diocese of Ogdensburg, New York, under the September 5, 2023 Order

Appointing Costello, Cooney & Fearon, PLLC as Special Counsel to the Diocese (Doc. No. 112),

and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002 (g) and

2002(h), 9007 and 9010(b) and § 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 1101,

et seq. ("Bankruptcy Code"), demands that all notices that are required to be given in this case and

all papers that are required to be served in this case, be given to and served upon the undersigned

pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set

forth below:

Jennifer L. Wang
**COSTELLO, COONEY & FEARON, PLLC**
**211 West Jefferson Street, Suite 1**
**Syracuse, New York 13202**
**Telephone: (315) 422-1152**
**E-mail:   jwang@ccf-law.com**

DATED:          September 15, 2023          COSTELLO, COONEY & FEARON, PLLC


_____
JENNIFER L. WANG
Bar Roll No. 516323
Special Litigation Counsel for
  The Roman Catholic Diocese of Ogdensburg
**211 West Jefferson Street, Suite 1**
**Syracuse, New York 13202**
**Telephone: (315) 422-1152**
**E-mail:   jwang@ccf-law.com**