UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                Debtor. | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

## MOVING INSURERS' APPLICATION FOR ORDER SHORTENING TIME

Applicant, insurers identified in the signature block below (the "Moving Insurers"), requests that the time period for the Motion for the entry of an order: (i) authorizing the Moving Insurers to issue requests for production under Federal Rule of Bankruptcy Procedure 2004 and (ii) granting related relief (the "Motion") (Docket No. 138) as required by Northern District of New York Local Bankruptcy Rules 9013-1(e) and 9013-3 be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reasons set forth below:

1.  The relief sought by the Moving Insurers is only effective if it is granted prior to the commencement of proposed mediation in the Debtor's *Motion for Entry of an Order Referring Certain Matters to Mediation* [Docket No. 44]. The Moving Insurers have requested documents from the Debtor in order to prepare for that mediation, as set forth in the Moving Insurers' Motion. These documents are yet to be produced despite weeks of effort by the Moving Insurers to request them and time is of the essence, particularly if the Debtor's proposed timeline for mediation, which would commence mediation in October, is approved without modification.

2.  The Moving Insurers therefore ask to be heard on these issues on **October 3, 2023**.

The applicant requests entry of the proposed order shortening time.

Dated: September 26, 2023

Respectfully submitted,

By: */s/ Tancred Schiavoni*

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
ADAM P. HABERKORN
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:   (212) 326-2000
Email: tschiavoni@omm.com
           ahaberkorn@omm.com

By: */s/ Marianne May*

**CLYDE & CO US LLP**
MARIANNE MAY
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07960
Telephone:   (973) 120-6700
Email: Marianne.May@clydeco.us

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

RIVKIN RADLER LLP

By: */s/ Siobhain P. Minarovich*

Siobhain P. Minarovich
926 RXR Plaza
Uniondale, New York 11556-0926
Telephone: (516) 357-3000
Facsimile: (516) 357-3333
siobhain.minarovich@rivkin.com

*- and -*

PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
303 Peachtree Street, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com

*- and -*

PARKER, HUDSON, RAINER & DOBBS LLP
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 417-3306
Facsimile: (404) 522-8409
tjacobs@phrd.com
jbucheit@phrd.com

*Attorneys for Interstate Fire & Casualty Company*

By: */s/ Catalina J. Sugayan*

**CLYDE & CO**
Catalina J. Sugayan (*pro hac vice*)
Bradley E. Puklin (*pro hac vice*)
Yongli Yang (*pro hac vice*)
55 West Monroe Street, Suite 3000
Chicago, IL 60603
Telephone:    (312) 635-7000
Facsimile:    (312) 635-6950
Email: cataline.sugayan@clydeco.us

*- and -*

By: */s/ Russell W. Roten*

**DUANE MORRIS LLP**
Russell W. Roten (*pro hac vice*)
Jeff D. Kahane (*pro hac vice*)
Nathan Reinhardt (*pro hac vice*)
Andrew Mina (*pro hac vice*)
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone:    (213) 689-7400
Facsimile:    (213) 689-7401
Email: RWRoten@duanemorris.com

*Attorneys for London Market Insurers*

3