## **EXHIBIT A**

Proposed Order

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>        Debtor. | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

# ORDER SHORTENING TIME PERIOD FOR NOTICE TO CONSIDER MOVING INSURERS' 2004 MOTION

After review of the application of Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Interstate Fire & Casualty Company, and London Market Insurers (collectively, the "Moving Insurers"), for a reduction of time for a hearing on the Motion for the entry of an order: (i) authorizing the Moving Insurers to issue requests for production under Federal Rule of Bankruptcy Procedure 2004 and (ii) granting related relief (the "Motion") (Docket No. 138), under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on October 3, 2023 at 1:00 p.m. (prevailing Eastern Time) before the Honorable Patrick G. Radel, United States Bankruptcy Judge for the Northern District of New York, Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Room 236, Utica, New York 13501.

2. The Applicant must serve a copy of this Order, and all related documents, on all interested parties by e-mail as of the date of this Order.