# **Exhibit B**

Diocesan Trust Fund Monthly Statements

NBT | WEALTH MANAGEMENT

Attn: Trust Support Services
52 South Broad Street
Norwich, NY 13815

Roman Catholic Diocese of Ogdensburg
Attn: Mark Mashaw
P O Box 369
Ogdensburg, NY 13669

# Statement of Account

**August 1, 2023 Through August 31, 2023**

**Catholic Diocese Of Ogdensburg**
**Diocesan Trust Fund - Debtor in Possession**

**Account Number:** [redacted]

Paperless Statements now available!

Contact your Trust Officer today.

FTK4341A08A0AAA.000091.01.11.000000

## Table of Contents


| Report | Page Number |
|---|---|
| Account Summary | 3 |
| Port Sum and Hold w Accruals | 4 |
| Transactions | 8 |

FTK4341A08A0AAA.000091.03.11.000000

NBT | WEALTH MANAGEMENT

Account Name : Diocesan Trust Fund

Account No : [redacted]

# Investment Summary

August 01, 2023 through August 31, 2023

| | Percent of Portfolio | | Market Value |
|---|---|---|---|
| Cash Equivalents | 2.54% | $ | 462,236.06 |
| Fixed Income | 48.28% | $ | 8,777,806.80 |
| Stocks/Real Assets | 49.18% | $ | 8,940,893.86 |
| | 100.00% | $ | 18,180,936.72 |

Fixed Income - 48.28%
Cash Equivalents - 2.54%
Stocks/Real Assets - 49.18%

mtm - 9/26/23

# Account Summary

| | Statement Period (08/01/2023-08/31/2023) | Year-To-Date (01/01/2023-08/31/2023) |
|---|---|---|
| Beginning Market Value | $ 18,392,996.93 | $ 17,997,084.56 |
| Cash Deposits | 111,169.84 | 208,967.58 |
| Asset Deposits | 0.00 | 0.00 |
| Cash Withdrawals & Distributions | (46,233.27) | (1,123,870.25) |
| Asset Withdrawals & Distributions | 0.00 | 0.00 |
| Administrative Expenses | (1,839.30) | (5,609.48) |
| Tax Free Interest & Dividends | 0.00 | 0.00 |
| Taxable Interest & Dividends | 32,144.39 | 241,960.94 |
| Realized Gain/(Loss) | (40,599.49) | 82,703.63 |
| Market to Market Gain/(Loss) | (266,702.38) | 779,699.74 |
| Ending Market Value | $ 18,180,936.72 | $ 18,180,936.72 |



FTK4341A08A0AAA.000091.04.11.000000

NBT | WEALTH MANAGEMENT

# Portfolio Summary

August 01, 2023 through August 31, 2023

**Account Name : Diocesan Trust Fund**

**Account No :** [redacted]

**August 31, 2023**

| | Portfolio % | Tax Cost | Market Value | Estimated Ann Inc | Current Yield |
|---|---|---|---|---|---|
| Cash Equivalents | 2.54% | 462,236.06 | 462,236.06 | 24,258.68 | 5.25% |
| Fixed Income | 48.28% | 9,887,592.53 | 8,777,806.80 | 319,648.44 | 3.64% |
| Stocks/Real Assets | 49.18% | 7,419,320.51 | 8,940,893.86 | 152,143.08 | 1.70% |
| ***Total Portfolio*** | **100.00 %** | **17,769,149.10** | **18,180,936.72** | **496,050.20** | **2.73%** |
| ***Accrued Income*** | | | **39,204.62** | | |
| ***Net Cash*** | | | **0.00** | | |
| ***Total Market Value*** | | | **18,220,141.34** | | |

***Portfolio Components May Not Equal 100% Due To Rounding***





NBT | WEALTH MANAGEMENT

**Account Name : Diocesan Trust Fund**

**Account No :** [redacted]

## Summary Of Investment Holdings

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | | | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|---|---|
| | **Money Market Funds - Taxable** | | | | | | | | |
| 462,236.06 | Federated Government Obligations Fund | | | 462,236.06 | 1.00 | 462,236.06 | 24,258.68 | 5.25% | 1,924.51 |
| | ***Totals*** | | | **462,236.06** | | **462,236.06** | **24,258.68** | **5.25%** | **1,924.51** |
| | **U S Treasury Notes & Bonds** | | | | | | | | |
| 598,000 | US Treasury N/B 2.375% | 2.375% | 05/15/2027 | 634,093.44 | 93.08 | 556,607.22 | 14,202.50 | 2.55% | 4,168.13 |
| 681,000 | United States Treas Nts | 0.500% | 08/31/2027 | 651,871.87 | 85.95 | 585,287.56 | 3,405.00 | 0.58% | 0.00 |
| 938,000 | United States Treas Nts | 2.875% | 05/15/2028 | 977,505.15 | 94.02 | 881,866.61 | 26,967.50 | 3.06% | 7,914.38 |
| 1,169,000 | United States Treas Nts | 3.125% | 11/15/2028 | 1,152,444.57 | 94.71 | 1,107,170.89 | 36,531.25 | 3.30% | 10,721.13 |
| 242,000 | United States Treas Nts | 3.125% | 08/31/2029 | 228,793.98 | 94.16 | 227,858.13 | 7,562.50 | 3.32% | 0.00 |
| 952,000 | United States Treas Nts | 1.625% | 05/15/2031 | 909,110.47 | 83.80 | 797,820.65 | 15,470.00 | 1.94% | 4,540.11 |
| 149,000 | United States Treas Bds | 3.875% | 08/15/2040 | 211,719.69 | 94.97 | 141,503.44 | 5,773.75 | 4.08% | 251.03 |
| 235,000 | United States Treas Bds | 2.000% | 02/15/2050 | 206,212.50 | 63.99 | 150,381.65 | 4,700.00 | 3.13% | 204.35 |
| | ***Totals*** | | | **4,971,751.67** | | **4,448,496.15** | **114,612.50** | **2.58%** | **27,799.13** |
| | **Asset Backed Securities** | | | | | | | | |
| 0.02 | FHLMC Gd Pl #a89760 | 4.500% | 12/01/2039 | 0.02 | 96.56 | 0.02 | 0.00 | 0.00% | 0.00 |
| 0.01 | FNMA Pl #ab8464 | 2.500% | 02/01/2043 | 0.01 | 85.06 | 0.01 | 0.00 | 0.00% | 0.00 |
| 0.04 | FHLMC Gd Pl #c09044 | 3.500% | 07/01/2043 | 0.04 | 91.57 | 0.04 | 0.00 | 0.00% | 0.00 |
| 0.03 | FHLMC Gd Pl #g08699 | 4.000% | 03/01/2046 | 0.03 | 93.83 | 0.03 | 0.00 | 0.00% | 0.00 |
| | ***Totals*** | | | **0.10** | | **0.10** | **0.00** | **0.00%** | **0.00** |
| | **US Taxable Bond Funds** | | | | | | | | |
| 179,860 | Manning & Napier Fd Inc New Core Bond W | | | 2,032,418.00 | 9.14 | 1,643,920.40 | 71,836.08 | 4.37% | 0.00 |
| 253,985 | Manning & Napier Fd Inc New Unconstrain Ser W | | | 2,651,348.91 | 9.67 | 2,456,034.95 | 113,912.27 | 4.64% | 0.00 |
| | ***Totals*** | | | **4,683,766.91** | | **4,099,955.35** | **185,748.35** | **4.53%** | **0.00** |
| | **High Yield Taxable Bond Funds** | | | | | | | | |
| 24,715 | Manning & Napier High Yield Bond W | | | 232,073.85 | 9.28 | 229,355.20 | 19,287.59 | 8.41% | 0.00 |
| | ***Totals*** | | | **232,073.85** | | **229,355.20** | **19,287.59** | **8.41%** | **0.00** |
| | **US Stocks** | | | | | | | | |
| 927 | Applied Materials Inc | | | 104,399.42 | 152.76 | 141,608.52 | 1,186.56 | 0.84% | 296.64 |

FTK4341A08A0AAA.000091.06.11.000000

NBT | WEALTH MANAGEMENT

**Account Name : Diocesan Trust Fund**

**Account No :** [redacted]

## Summary Of Investment Holdings

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|
| 1,585 | Biomarin Pharmaceutical Inc | 117,790.44 | 91.38 | 144,837.30 | 0.00 | 0.00% | 0.00 |
| 748 | Cboe Global Markets Inc | 103,211.72 | 149.71 | 111,983.08 | 1,645.60 | 1.47% | 411.40 |
| 4,948 | Coca Cola CO | 257,206.54 | 59.83 | 296,038.84 | 9,104.32 | 3.08% | 0.00 |
| 2,264 | Copart Inc | 40,481.17 | 44.83 | 101,495.12 | 0.00 | 0.00% | 0.00 |
| 3,505 | Csx Corp | 101,992.82 | 30.20 | 105,851.00 | 1,542.20 | 1.46% | 385.55 |
| 983 | Dollar General Corp | 198,930.63 | 138.50 | 136,145.50 | 2,319.88 | 1.70% | 0.00 |
| 2,019 | Electronic Arts Inc | 163,892.58 | 119.98 | 242,239.62 | 1,534.44 | 0.63% | 383.61 |
| 2,247 | Evergy Inc Com | 141,710.24 | 54.97 | 123,517.59 | 5,505.15 | 4.46% | 1,376.29 |
| 2,027 | F M C Corp | 186,811.78 | 86.23 | 174,788.21 | 4,702.64 | 2.69% | 0.00 |
| 316 | Idexx Labs Inc | 146,325.68 | 511.41 | 161,605.56 | 0.00 | 0.00% | 0.00 |
| 953 | Intercontinental Exchange Inc | 87,795.32 | 117.99 | 112,444.47 | 1,601.04 | 1.42% | 0.00 |
| 212 | Intuit | 90,197.75 | 541.81 | 114,863.72 | 763.20 | 0.66% | 0.00 |
| 303 | Intuitive Surgical Inc | 65,638.80 | 312.68 | 94,742.04 | 0.00 | 0.00% | 0.00 |
| 1,688 | Johnson & Johnson | 276,913.36 | 161.68 | 272,915.84 | 8,034.88 | 2.94% | 2,008.72 |
| 1,337 | L3 Harris Technologies Inc | 279,810.82 | 178.09 | 238,106.33 | 6,096.72 | 2.56% | 0.00 |
| 4,172 | Masco Corp | 219,888.65 | 59.01 | 246,189.72 | 4,756.08 | 1.93% | 0.00 |
| 1,108 | Mastercard Inc Cl A | 198,599.33 | 412.64 | 457,205.12 | 2,526.24 | 0.55% | 0.00 |
| 5,005 | Micron Technology Inc | 302,924.71 | 69.94 | 350,049.70 | 2,302.30 | 0.66% | 0.00 |
| 438 | Microsoft Corp | 110,614.01 | 327.76 | 143,558.88 | 1,191.36 | 0.83% | 297.84 |
| 1,388 | Mondelez International Inc | 59,175.57 | 71.26 | 98,908.88 | 2,359.60 | 2.39% | 0.00 |
| 503 | Moodys Corp | 105,639.97 | 336.80 | 169,410.40 | 1,549.24 | 0.91% | 387.31 |
| 948 | Nike Inc-Class B | 116,306.61 | 101.71 | 96,421.08 | 1,289.28 | 1.34% | 0.00 |
| 170 | S&P Global Inc | 29,999.36 | 390.86 | 66,446.20 | 612.00 | 0.92% | 153.00 |
| 457 | Salesforce Inc | 81,265.10 | 221.46 | 101,207.22 | 0.00 | 0.00% | 0.00 |
| 375 | Servicenow Inc | 123,866.58 | 588.83 | 220,811.25 | 0.00 | 0.00% | 0.00 |
| 208 | Thermo Fisher Scientific Inc | 52,890.89 | 557.10 | 115,876.80 | 291.20 | 0.25% | 0.00 |
| 521 | Union Pac Corp | 102,391.09 | 220.57 | 114,916.97 | 2,709.20 | 2.36% | 677.30 |
| 471 | Vertex Pharmaceuticals Inc | 97,766.10 | 348.34 | 164,068.14 | 0.00 | 0.00% | 0.00 |
| 1,335 | Visa Inc Cl A | 152,169.80 | 245.68 | 327,982.80 | 2,403.00 | 0.73% | 600.75 |
| | ***Totals*** | **4,116,606.84** | | **5,246,235.90** | **66,026.13** | **1.26%** | **6,978.41** |

FTK4341A08A0AAA.000091.07.11.000000

NBT | WEALTH MANAGEMENT

Account Name : Diocesan Trust Fund

Account No : [redacted]

## Summary Of Investment Holdings

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|
| | **International Stocks/ADRs** | | | | | | |
| 4,124 | Admiral Group ADR | 110,760.34 | 31.51 | 129,926.62 | 7,141.12 | 5.50% | 0.00 |
| 1,524 | Alcon Inc ORD Shs | 86,624.16 | 83.69 | 127,547.83 | 320.04 | 0.25% | 0.00 |
| 892 | Canadian National Railway Company ADR | 100,535.08 | 112.61 | 100,448.12 | 2,818.72 | 2.81% | 0.00 |
| 5,459 | Deutsche Boerse Ag ADR | 102,951.30 | 17.71 | 96,678.89 | 1,371.46 | 1.42% | 0.00 |
| 4,566 | Heineken Nv | 225,877.42 | 48.71 | 222,409.86 | 3,906.49 | 1.76% | 0.00 |
| 2,309 | Medtronic PLC | 194,089.09 | 81.50 | 188,183.50 | 6,326.66 | 3.36% | 0.00 |
| 2,054 | Nestle Sa Spons ADR | 249,410.92 | 120.13 | 246,747.02 | 6,799.56 | 2.76% | 0.00 |
| 2,622 | Rentokil Initial PLC ADR | 105,122.93 | 37.95 | 99,504.90 | 735.94 | 0.74% | 0.00 |
| 1,445 | Taiwan Semiconductor Spons ADR | 111,471.07 | 93.57 | 135,208.65 | 2,040.05 | 1.51% | 0.00 |
| 5,273 | Unilever PLC Spons ADR | 201,999.69 | 51.02 | 269,028.46 | 9,506.16 | 3.53% | 2,502.57 |
| | ***Totals*** | **1,488,842.00** | | **1,615,683.85** | **40,966.20** | **2.54%** | **2,502.57** |
| | **US Large Cap Equity Funds** | | | | | | |
| 51,766 | Manning & Napier Fd Inc New Displnd Vlu W | 384,190.34 | 7.91 | 409,469.06 | 10,710.39 | 2.62% | 0.00 |
| | ***Totals*** | **384,190.34** | | **409,469.06** | **10,710.39** | **2.62%** | **0.00** |
| | **International Equity Funds** | | | | | | |
| 31,787.073 | Manning & Napier Fd Inc New Ovses Ser W | 764,109.39 | 29.89 | 950,115.61 | 13,102.63 | 1.38% | 0.00 |
| | ***Totals*** | **764,109.39** | | **950,115.61** | **13,102.63** | **1.38%** | **0.00** |
| | **Real Assets: REIT/MLP Funds** | | | | | | |
| 51,904 | Manning & Napier Real Estate Ser W | 665,571.94 | 13.86 | 719,389.44 | 21,337.73 | 2.97% | 0.00 |
| | ***Totals*** | **665,571.94** | | **719,389.44** | **21,337.73** | **2.97%** | **0.00** |
| | ***Total Investments*** | **17,769,149.10** | | **18,180,936.72** | **496,050.20** | **2.73%** | **39,204.62** |
| | ***Plus Accrued Income*** | | | **39,204.62** | | | |
| | ***Plus Net Cash*** | | | **0.00** | | | |
| | ***Total Market Value*** | | | **18,220,141.34** | | | |

NBT | WEALTH MANAGEMENT

Account Name : Diocesan Trust Fund

Account No : [redacted]

# Categorized Transaction Detail

August 01, 2023 through August 31, 2023

| | Starting Balance | | $ 0.00 |
|---|---|---|---|

**Excluding Cash Investment Activities**

| | Date | Description | Amount |
|---|---|---|---|
| Interest Taxable | | | |
| | 08/15/2023 | Interest<br>United States Treas Bds 2.0000% 02/15/50<br>Dtd 02/15/20 Rate 20000 Mat 02/15/50<br>235000 Units @ 2.00% | 2,350.00 |
| | 08/15/2023 | Interest<br>United States Treas Bds 3.8750% 08/15/40<br>Dtd 08/15/10 Rate 3.8750% Mat 08/15/40<br>149000 Units @ 3.88% | 2,886.88 |
| | 08/31/2023 | Interest<br>United States Treas Nts 0.5000% 08/31/27<br>United States Treas Nts 0.5 Rate 0.5000% Mat 08/31/27<br>681000 Units @ 0.50% | 1,702.50 |
| | 08/31/2023 | Interest<br>United States Treas Nts 3.1250% 08/31/29<br>Dtd 08/31/22 Rate 3.1250% Mat 08/31/29<br>242000 Units @ 3.13%<br>Reversed By Tran #6147569 On 09/01/2023 | 3,812.33 |
| Dividends | | | |
| | 08/01/2023 | Daily Factor - Dividend<br>Federated Government Obligations Fund<br>372995.34 Units @ 0.05224573<br>Dividend From 07/01/2023 To 07/31/2023 | 2,165.88 |
| | 08/09/2023 | Dividend<br>Mastercard Inc Cl A<br>1108 Units @ 0.57 | 631.56 |
| | 08/15/2023 | Dividend<br>Manning & Napier Fd Inc New Unconstrain Ser W<br>253985 Units @ 0.0355 | 9,016.47 |
| | 08/15/2023 | Dividend<br>Manning & Napier High Yield Bond W<br>24715 Units @ 0.0531 | 1,312.37 |
| | 08/15/2023 | Dividend<br>Manning & Napier Fd Inc New Core Bond W | 5,341.84 |



FTK4341A08A0AAA.000091.09.11.000000

NBT | WEALTH MANAGEMENT

**Account Name : Diocesan Trust Fund**

**Account No :** [redacted]

## Categorized Transaction Detail

August 01, 2023 through August 31, 2023

| Date | Description | Amount |
|---|---|---|
| | 179860 Units @ 0.0297 | |
| 08/21/2023 | Dividend<br>Heineken Nv<br>Sponsored Adr L1<br>4566 Units @ 0.3801 | 1,735.54 |
| 08/28/2023 | Dividend<br>Masco Corp<br>4172 Units @ 0.285 | 1,189.02 |
| **Total Investment Income** | | **32,144.39** |

| Date | Description | Amount |
|---|---|---|
| 08/08/2023 | Scheduled Cash Deposit<br>Received From Checking A/C 7004798044 | 105,000.00 |
| 08/11/2023 | Scheduled Cash Deposit<br>Per request from M. Mashaw dtd 8/10/23 for deposit from checking acct# 7002853544 | 6,169.84 |
| **Total Deposits** | | **111,169.84** |

| Date | Description | Amount |
|---|---|---|
| 08/21/2023 | Foreign Tax Withholding<br>Heineken Nv<br>Sponsored Adr L1<br>15.00% Netherlands Tax | (260.33) |
| 08/21/2023 | Additional Foreign Fee<br>Heineken Nv<br>Sponsored Adr L1<br>0.02000000 Per Share | (91.32) |
| **Total Remittance to You** | | **(351.65)** |

| Date | Description | Amount |
|---|---|---|
| 08/08/2023 | Scheduled Cash Disbursement<br>M&N Client Id# GR4253 Invoice# 20230630-283-8608-A<br>Invoice for Investment Svc | (45,881.62) |
| **Total Paid On Your Behalf** | | **(45,881.62)** |

| Date | Description | Amount |
|---|---|---|
| 08/10/2023 | Market Fee | (1,839.30) |



FTK4341A08A0AAA.000091.10.11.000000

NBT | WEALTH MANAGEMENT

Account Name : Diocesan Trust Fund

Account No : [redacted]

# Categorized Transaction Detail

August 01, 2023 through August 31, 2023

**Total Fees & Income Commissions** (1,839.30)

**Net Change - Excluding Cash Investment Activities** 95,241.66

## Cash Investment Activity

| Date | Description | Units | Price | Cost |
|---|---|---|---|---|
| 08/08/2023 | Buy<br>L3 Harris Technologies Inc | 264 | 186.510 | 49,238.64 |
| 08/08/2023 | Buy<br>L3 Harris Technologies Inc | 24 | 186.028 | 4,464.66 |
| 08/09/2023 | Buy<br>L3 Harris Technologies Inc | 289 | 188.400 | 54,447.63 |

**Total Purchases** 108,150.93

| Date | Description | Units | Price | Proceeds | Gain/Loss |
|---|---|---|---|---|---|
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 1,069 | 16.466 | 17,601.79 | (6,945.33) |
| 08/08/2023 | Sell<br>Newmont Mng Corp | 1,162 | 40.630 | 47,212.49 | (28,450.36) |
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 999 | 16.378 | 16,361.59 | (2,269.26) |
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 1,282 | 16.360 | 20,974.12 | (2,934.54) |

**Total Sales and Redemptions** 102,149.99

| | | # of Trades | Amount |
|---|---|---|---|
| Purchases | Federated Government Obligations Fund | 9 | (190,777.71) |
| Sales | Federated Government Obligations Fund | 3 | 101,536.99 |

## Categorized Transaction Detail

August 01, 2023 through August 31, 2023

**Account Name : Diocesan Trust Fund**

**Account No :** [redacted]

| | |
|---|---|
| **Total Cash Management Summary** | (89,240.72) |
| **Net Change - Cash Investment Activity** | 121,060.20 |

**Non-Cash Investment Transactions**

| Date | Description | Units | Value |
|---|---|---|---|
| 08/22/2023 | Stock Split<br>Copart Inc | 1,132 | |
| **Total Additions To Account** | | | 0.00 |
| **Net Change - Non-Cash Investment Transactions** | | | 0.00 |
| *Ending Balance* | | | $ 0.00 |



CBIS®

P.O. Box 588 • Portland, ME 04112

**Monthly Statement**

August 1, 2023 through August 31, 2023



# 0000544 I=000000

544 1 MB 0.558
DIOCESE OF OGDENSBURG
DIOCESAN TRUST FUND
604 WASHINGTON ST
PO BOX 369
OGDENSBURG NY 13669-0369

Customer Number [redacted]
Account Information 1-866-348-6466
Web Site https://cbisonline.com

MTM - 9/12/23

## PORTFOLIO OVERVIEW

| | |
|---|---|
| Beginning Market Value as of 08/01/2023 | $6,525,808.35 |
| Additions | 0.00 |
| Withdrawals | (0.00) |
| Change in Market Value | (164,288.44) |
| **TOTAL MARKET VALUE AS OF 08/31/2023** | **$6,361,519.91** |

## INVESTMENT SUMMARY

| Account Information<br>DIOCESE OF OGDENSBURG<br>DIOCESAN TRUST FUND | Beginning Market Value 08/01/2023 | Additions | Withdrawals | Change in Market Value | Ending Market Value 08/31/2023 |
|---|---|---|---|---|---|
| CRI BOND FUND-INSTL [redacted] | $851,126.77 | $0.00 | $0.00 | $(8,077.12) | $843,049.65 |
| CRI OPPORTUNISTIC BOND FUND-INSTL [redacted] | $913,445.69 | $0.00 | $0.00 | $(2,007.58) | $911,438.11 |
| CRI INTERNATIONAL SMALL-CAP FUND-INSTL [redacted] | $269,505.30 | $0.00 | $0.00 | $(5,910.20) | $263,595.10 |
| CRI INTERNATIONAL EQUITY FUND-INSTL [redacted] | $1,809,038.67 | $0.00 | $0.00 | $(80,572.24) | $1,728,466.43 |
| CRI EQUITY INDEX FUND-INSTL [redacted] | $1,957,580.32 | $0.00 | $0.00 | $(37,082.78) | $1,920,497.54 |
| CRI SMALL-CAP FUND-INSTL [redacted] | $725,111.60 | $0.00 | $0.00 | $(30,638.52) | $694,473.08 |
| Total Market Value | $6,525,808.35 | $0.00 | $0.00 | $(164,288.44) | $6,361,519.91 |

37/001 756938/421 2577 0000544 1197 I=000000000

CBIS
P.O. Box 588 • Portland, ME 04112

Monthly Statement



August 1, 2023 through August 31, 2023

## ADDITIONS & WITHDRAWALS SUMMARY

| Account Information<br>DIOCESE OF OGDENSBURG<br>DIOCESAN TRUST FUND | Statement Period Contributions | Statement Period Reinvestments | Statement Period Withdrawals | YTD Purchases | YTD Liquidations |
|---|---|---|---|---|---|
| CRI BOND FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CRI OPPORTUNISTIC BOND FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CRI INTERNATIONAL SMALL-CAP FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CRI INTERNATIONAL EQUITY FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CRI EQUITY INDEX FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CRI SMALL-CAP FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Additions & Withdrawals** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## DISTRIBUTION SUMMARY

| Account Information<br>DIOCESE OF OGDENSBURG<br>DIOCESAN TRUST FUND | Statement Period Dividends | YTD Dividends | YTD ST Cap Gains | YTD LT Cap Gains | Total YTD Distributions |
|---|---|---|---|---|---|
| CRI BOND FUND-INSTL | $3,240.95 | $23,019.81 | $0.00 | $0.00 | $23,019.81 |
| CRI OPPORTUNISTIC BOND FUND-INSTL | $3,864.58 | $27,222.69 | $0.00 | $0.00 | $27,222.69 |
| CRI INTERNATIONAL SMALL-CAP FUND-INSTL | $0.00 | $3,430.87 | $0.00 | $0.00 | $3,430.87 |
| CRI INTERNATIONAL EQUITY FUND-INSTL | $0.00 | $17,352.77 | $0.00 | $0.00 | $17,352.77 |
| CRI EQUITY INDEX FUND-INSTL | $0.00 | $12,803.32 | $0.00 | $0.00 | $12,803.32 |
| CRI SMALL-CAP FUND-INSTL | $0.00 | $4,502.44 | $0.00 | $0.00 | $4,502.44 |
| Total Distributions | $7,105.53 | $88,331.90 | $0.00 | $0.00 | $88,331.90 |



CBIS

P.O. Box 588 • Portland, ME 04112

Monthly Statement

August 1, 2023 through August 31, 2023

## INVESTMENT ACTIVITY

CRI BOND FUND-INSTL
DIOCESE OF OGDENSBURG
DIOCESAN TRUST FUND

Account Number [redacted]

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|---|---|---|---|---|---|
| 08/01 | BEGINNING VALUE | $851,126.77 | $8.43 | 100,964.030 | 100,964.030 |
| 08/30 | DIVIDEND PAID 0.0321 | $3,240.95 | $8.34 | 0.000 | 100,964.030 |
| 08/31 | ENDING VALUE | $843,049.65 | $8.35 | 100,964.030 | 100,964.030 |

CRI OPPORTUNISTIC BOND FUND-INSTL
DIOCESE OF OGDENSBURG
DIOCESAN TRUST FUND

Account Number [redacted]

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|---|---|---|---|---|---|
| 08/01 | BEGINNING VALUE | $913,445.69 | $9.10 | 100,378.647 | 100,378.647 |
| 08/30 | DIVIDEND PAID 0.0385 | $3,864.58 | $9.08 | 0.000 | 100,378.647 |
| 08/31 | ENDING VALUE | $911,438.11 | $9.08 | 100,378.647 | 100,378.647 |

CRI INTERNATIONAL SMALL-CAP FUND-INSTL
DIOCESE OF OGDENSBURG
DIOCESAN TRUST FUND

Account Number [redacted]

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|---|---|---|---|---|---|
| 08/01 | BEGINNING VALUE | $269,505.30 | $9.12 | 29,551.020 | 29,551.020 |
| 08/31 | ENDING VALUE | $263,595.10 | $8.92 | 29,551.020 | 29,551.020 |

CRI INTERNATIONAL EQUITY FUND-INSTL
DIOCESE OF OGDENSBURG
DIOCESAN TRUST FUND

Account Number [redacted]

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|---|---|---|---|---|---|
| 08/01 | BEGINNING VALUE | $1,809,038.67 | $9.43 | 191,838.671 | 191,838.671 |
| 08/31 | ENDING VALUE | $1,728,466.43 | $9.01 | 191,838.671 | 191,838.671 |



P.O. Box 588 • Portland, ME 04112

**Monthly Statement**



**August 1, 2023 through August 31, 2023**

## INVESTMENT ACTIVITY *continued*

CRI EQUITY INDEX FUND-INSTL
DIOCESE OF OGDENSBURG
DIOCESAN TRUST FUND

Account Number

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|---|---|---|---|---|---|
| 08/01 | BEGINNING VALUE | $1,957,580.32 | $10.03 | 195,172.514 | 195,172.514 |
| 08/31 | ENDING VALUE | $1,920,497.54 | $9.84 | 195,172.514 | 195,172.514 |

CRI SMALL-CAP FUND-INSTL
DIOCESE OF OGDENSBURG
DIOCESAN TRUST FUND

Account Number 

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|---|---|---|---|---|---|
| 08/01 | BEGINNING VALUE | $725,111.60 | $9.23 | 78,560.303 | 78,560.303 |
| 08/31 | ENDING VALUE | $694,473.08 | $8.84 | 78,560.303 | 78,560.303 |

MB 01 001453 48919 H 6 A

ROMAN CATHOLIC DIOCESE OF
OGDENSBURG DIOCESAN TRUST FUND
ATTN MICHAEL J TOOLEY
PO BOX 369
OGDENSBURG NY 13669-0369

**INVESTOR SERVICES**
1-888-576-1167 (PHONE)
1-888-985-2758 (FAX)
**ON THE INTERNET**
https://us.dimensional.com
**BY MAIL**
Dimensional Fund Advisors
PO Box 219101
Kansas City MO 64121-9101

DFA 461

MTM - 9/12/23

## Accounts At-a-Glance

**Market Value as of 08/31/23** **$548,136.67**

| | Month-to-Date | Year-to-Date |
|---|---|---|
| Opening Value | $578,521.18 | $511,270.12 |
| + Purchases / Transfers In | 0.00 | 0.00 |
| + Reinvested Income | 0.00 | 0.00 |
| - Redemptions / Transfers Out | 0.00 | 0.00 |
| +/- Change in Market Value | -30,384.51 | 36,866.55 |
| **Closing Value** | **$548,136.67** | **$548,136.67** |

## Asset Allocation

This section summarizes the ending market value and percentage of current assets by investment type. A diverse portfolio may provide less risk and reliable returns over time.

## Monthly Account Summary

| Fund/Account Beginning Value as of 08/01/23 | + | Purchases/ Transfers In | + | Reinvested Income | - | Redemptions/ Transfers Out | +/- | Change in Market Value | = | Closing Value as of 08/31/23 |
|---|---|---|---|---|---|---|---|---|---|---|
| Emerging Markets Social Core Equ Port / 93187 | | | | | | | | | | |
| $578,521.18 | | $0.00 | | $0.00 | | $0.00 | | -$30,384.51 | | $548,136.67 |
| **Total Accounts** | | | | | | | | | | **$548,136.67** |

Electronic delivery of statements, daily confirmations, and other fund literature is now available to all registered shareholders at http://www.dfaus.com/accountaccess.html. After registering for a user ID and password, you can access account balances, history, pending transactions, and electronic delivery options. For more information, please call Dimensional Fund Advisors toll free at 888-576-1167.
Your responsibilities: Review this statement carefully and immediately contact SS&C Technologies, Inc. at 888-576-1167 regarding the accuracy of this statement. If you delay in reporting an error, we may be unable to adjust your account. Please re-confirm oral communications in writing to SS&C Technologies, Inc. at PO Box 219101 Kansas City, MO 64121-9101 or fax to 888-985-2758 to protect your rights.

*

## Account Detail

### Emerging Markets Social Core Equity Portfolio

**ACCOUNT OWNER**
ROMAN CATHOLIC DIOCESE OF
OGDENSBURG DIOCESAN TRUST FUND

**INFORMATION**
*Account Number:*
*Fund Number:*
*CUSIP Number:*
*Ticker Symbol:*



**SUMMARY**

| | |
|---|---|
| Shares Owned | 40,512.688 |
| Share Price | $13.53 |
| Market Value *as of 08/31/23* | $548,136.67 |

**INCOME**

| | This Period | Year-To-Date |
|---|---|---|
| Dividend/Interest | $0.00 | $5,683.93 |
| Long Term Capital Gain | $0.00 | $0.00 |

**ACTIVITY**

| Trade Date | Transaction Description | Dollar Amount | Share Price | Shares this Transaction | Total Shares Owned |
|---|---|---|---|---|---|
| | **Beginning Balance as of 08/01/23** | **$578,521.18** | **$14.28** | | **40,512.688** |
| | No activity this period | | | | |
| | **Ending Balance as of 08/31/23** | **$548,136.67** | **$13.53** | | **40,512.688** |



**TIFF Realty Opportunity Fund, LLC** **Roman Catholic Diocese of Ogdensburg - Diocesan Trust Fund**

**Account Statement for the period March 31, 2023 through June 30, 2023**

| **Summary of Capital Account** | |
|---|---|
| Estimated Account Balance at March 31, 2023 | $73,119 |
| Adjustments Due to Updated Manager Valuations | ($8)[1] |
| Adjusted Account Balance at March 31, 2023 | $73,111 |
| Capital Contributions during the Period | |
| None | $0 |
| Distributions during the Period | |
| None | $0 |
| Investment Activity | [2] |
| Ordinary Income | $0 |
| Short-Term Realized Gain/Loss | $0 |
| Long-Term Realized Gain/Loss | $6,032 |
| Preliminary Unrealized Gain/Loss | ($6,021) |
| Fees and Expenses | [3] |
| Advisory Fees | ($567) |
| Fees and Expenses | ($425) |
| Estimated Account Balance at June 30, 2023 | $72,130 |

0•C
0•00G+

Contributions 570,240•00 + (1)
Ret of Cap 466,892•00 − (2)
Cost 103,348•00G+

| **Summary of Capital Commitments** | |
|---|---|
| Capital Commitment | $648,000 |
| Contributions to Date | $570,240 (1) |
| Remaining Commitment | $77,760 |
| Ownership Percentage | 1.8%[4] |

| **Summary of Distributions since Inception** | |
|---|---|
| Return of Capital | $466,892 (2) |
| Income | $16,934 |
| Gain | $174,530 |
| Total Distributions | $658,356 |

**Performance**

| | |
|---|---|
| TIFF Realty Opportunity Fund, LLC IRR as of March 31, 2023 | 5.05%[5] |

1 Adjustments to the prior quarter-end account values reflect updated valuations of the underlying funds for that quarter. Pending receipt of audited financials, this adjustment can be preliminarily characterized as unrealized gain (loss). Please see important additional disclosure regarding valuations below.
2 Underlying fund distributions will be reclassified as income, realized capital gains, return of capital, etc. on the K-1.
3 TROF fees and expenses only. Manager fees and expenses are reflected in the underlying fund valuations.
4 Ownership percentage is based on committed capital. Profits and losses are allocated pursuant to the operating agreement.
5 IRR is based on final valuations from underlying funds. Due to the delay in receipt of this data, the IRR is reported through the prior quarter-end and is net of all fees, expenses and the carried interest member allocation.

**Important Disclosure Regarding Valuations**
Due to the delay in the receipt by TIFF Realty Opportunity Fund, LLC of final valuations from underlying funds, Estimated Account Balances reflect valuations provided by the underlying fund for the previous quarter-end adjusted by additional capital calls, distributions, and expenses that occurred during the quarter. Please note that these are estimated values only and will change, perhaps significantly, once final quarterly figures are available from the underlying funds. Adjusted Account Balances (provided for previous quarter-end) reflect the revised valuations received from underlying funds for the previous quarter-end. All valuations are unaudited and subject to change. Audited valuations will be provided in the audited financial statements for TROF, typically available in June.

If you have any questions, please contact TIFF via phone at 610-684-8200 or via email at memberservices@tiff.org.