## Exhibit C

Retirement Plan for Priests Monthly Statements

**NBT | WEALTH MANAGEMENT**

Attn: Trust Support Services
52 South Broad Street
Norwich, NY 13815

**Paperless Statements now available!**

**Contact your Trust Officer today.**

**Roman Catholic Diocese of Ogdensburg**
**Attn: Mark Mashaw**
**P O Box 369**
**Ogdensburg, NY 13669**

## Statement of Account

*Confidential And Privileged Information*

*08/01/2023 – 08/31/2023*

Account Number:

Rcd Of Ogdensburg Retirement Plan
For Priests – Debtor in Possession

### Roman Cath Priests

*This Report Is A Full Accounting Of The Financial Transactions Of This Plan*
*For the Period August 1, 2023 Through August 31, 2023*
*We Hereby Certify That To The Best Of Our Knowledge This Report Is*
*Complete And Accurate Pursuant To DOL Rule 29 CFR 2520, 103-5(c)*
*Please Contact Your Administrator – Sheila Grant*
*With Any Questions Concerning Your Account.*



Authorized Signature

FTK4341A1180AAA.000105.01.20.000000

FTK4341A1180AAA.000105.02.20.000000

**August 01, 2023 through August 31, 2023**

**Account Name : Roman Cath Priests**

**Account No :** █

## Table of Contents

| Report | Page Number |
|---|---|
| Account Summary | 3 |
| Port Sum and Hold w Accruals - HLDACR | 4 |
| Transactions | 10 |

FTK4341A1180AAA.000105.03.20.000000

**Account Name : Roman Cath Priests**

★ NBT | WEALTH MANAGEMENT

**Account No :**

# Investment Summary

August 01, 2023 through August 31, 2023

| | Percent of Portfolio | | Market Value |
|---|---|---|---|
| Cash Equivalents | 1.13% | $ | 57,604.67 |
| Fixed Income | 60.21% | $ | 3,063,397.57 |
| Stocks/Real Assets | 38.66% | $ | 1,966,862.13 |
| | 100.00% | $ | 5,088,064.37 |

Cash Equivalents - 1.13%
Stocks/Real Assets - 38.66%
Fixed Income - 60.21%

MTM - 9/16/23

# Account Summary

| | Statement Period (08/01/2023-08/31/2023) | Year-To-Date (01/01/2023-08/31/2023) |
|---|---|---|
| **Beginning Market Value** | $ 5,266,286.07 | $ 5,471,935.01 |
| Cash Deposits | 2,999.05 | 230,665.78 |
| Asset Deposits | 0.00 | 0.00 |
| Cash Withdrawals & Distributions | (112,820.60) | (905,936.97) |
| Asset Withdrawals & Distributions | 0.00 | 0.00 |
| Administrative Expenses | 0.00 | (1,619.78) |
| Tax Free Interest & Dividends | 0.00 | 526.40 |
| Taxable Interest & Dividends | 12,771.73 | 85,947.91 |
| Realized Gain/(Loss) | (14,481.45) | 29,864.35 |
| Market to Market Gain/(Loss) | (66,690.43) | 176,681.67 |
| **Ending Market Value** | $ 5,088,064.37 | $ 5,088,064.37 |

FTK4341A1180AAA.000105.04.20.000000

**★ NBT** | WEALTH MANAGEMENT

**Account Name : Roman Cath Priests**

**Portfolio Summary**

**Account No :**

August 01, 2023 through August 31, 2023

## August 31, 2023

| | Portfolio % | Tax Cost | Market Value | Estimated Ann Inc | Current Yield |
|---|---|---|---|---|---|
| Cash Equivalents | 1.13% | 57,604.67 | 57,604.67 | 3,023.16 | 5.25% |
| Fixed Income | 60.21% | 3,361,957.58 | 3,063,597.57 | 104,429.34 | 3.41% |
| Stocks/Real Assets | 38.66% | 1,662,385.40 | 1,966,862.13 | 33,693.02 | 1.71% |
| **Total Portfolio** | **100.00 %** | **5,081,947.65** | **5,088,064.37** | **141,145.52** | **2.77%** |
| *Accrued Income* | | | 13,413.41 | | |
| *Net Cash* | | | 0.00 | | |
| ***Total Market Value*** | | | **5,101,477.78** | | |

*Portfolio  Components May Not Equal 100% Due To Rounding*

FTK7434 1A11 80AAA.000105.05.20.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Roman Cath Priests**

**Account No :**

# Summary Of Investment Holdings

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | | | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|---|---|
| | **Money Market Funds - Taxable** | | | | | | | | |
| 57,604.67 | Federated Government Obligations Fund | | | 57,604.67 | 1.00 | 57,604.67 | 3,023.16 | 5.25% | 440.65 |
| | *Totals* | | | 57,604.67 | | 57,604.67 | 3,023.16 | 5.25% | 440.65 |
| | **US Treasury Notes & Bonds** | | | | | | | | |
| 7,000 | United States Treas Nts | 2.875% | 08/15/2028 | 6,594.22 | 93.80 | 6,566.33 | 201.25 | 3.06% | 8.75 |
| 250,000 | US Treasury Notes | 2.375% | 05/15/2029 | 234,326.17 | 90.63 | 226,562.50 | 5,937.50 | 2.62% | 1,742.53 |
| 345,000 | United States Treas Nts | 0.625% | 05/15/2030 | 275,946.10 | 79.40 | 273,924.62 | 2,156.25 | 0.79% | 632.81 |
| 176,000 | United States Treas Nts | 1.625% | 05/15/2031 | 177,759.61 | 83.80 | 147,496.25 | 2,860.00 | 1.94% | 839.35 |
| 5,000 | United States Treas Nts | 1.875% | 02/15/2032 | 4,339.45 | 84.09 | 4,204.30 | 93.75 | 2.23% | 4.08 |
| 150,000 | United States Treas Nts | 2.875% | 05/15/2032 | 149,267.58 | 90.92 | 136,382.82 | 4,312.50 | 3.16% | 1,265.63 |
| 163,000 | United States Treas Bds | 3.875% | 08/15/2040 | 219,999.64 | 94.97 | 154,799.06 | 6,316.25 | 4.08% | 274.62 |
| 76,000 | United States Treas Bds | 2.000% | 02/15/2050 | 66,690.00 | 63.99 | 48,634.06 | 1,520.00 | 3.13% | 66.09 |
| | *Totals* | | | 1,134,922.67 | | 998,569.94 | 23,397.50 | 2.34% | 4,833.86 |
| | **Municipal - Tax Exempt Bonds** | | | | | | | | |
| 40,000 | Hawaii St | 2.632% | 10/01/2037 | 41,728.00 | 73.36 | 29,342.40 | 1,052.80 | 3.59% | 438.18 |
| | *Totals* | | | 41,728.00 | | 29,342.40 | 1,052.80 | 3.59% | 438.18 |
| | **Municipal - Taxable Bonds** | | | | | | | | |
| 40,000 | New York St Dorm Auth St Pe | 1.062% | 03/15/2025 | 40,000.00 | 93.84 | 37,535.20 | 424.80 | 1.13% | 195.79 |
| 40,000 | Oklahoma Transn Auth Ok | 1.572% | 01/01/2028 | 40,000.00 | 86.68 | 34,672.40 | 628.80 | 1.81% | 103.63 |
| 40,000 | Baltimore Md Rev | 1.575% | 07/01/2028 | 40,000.00 | 85.98 | 34,390.00 | 630.00 | 1.83% | 103.83 |
| 49,180.65 | Massachusetts Edl Fing Auth | 2.300% | 02/25/2040 | 49,166.36 | 92.78 | 45,628.82 | 1,131.15 | 2.48% | 94.26 |
| | *Totals* | | | 169,166.36 | | 152,226.42 | 2,814.75 | 1.85% | 497.51 |
| | **Corporate Bonds** | | | | | | | | |
| 25,000 | American Honda Fin Corp Mtn | 0.750% | 08/09/2024 | 25,028.00 | 95.50 | 23,875.85 | 187.50 | 0.79% | 11.00 |
| 15,000 | Air Lease Corp | 3.625% | 04/01/2027 | 16,021.20 | 93.12 | 13,967.53 | 543.75 | 3.89% | 226.31 |
| 15,000 | Energy Transfer Operating L | 5.500% | 06/01/2027 | 17,472.60 | 99.45 | 14,917.46 | 825.00 | 5.53% | 205.10 |
| 25,000 | Citigroup Inc | 1.462% | 06/09/2027 | 22,365.50 | 89.08 | 22,289.34 | 365.50 | 1.64% | 82.70 |
| 40,000 | Crown Castle Intl Corp New | 3.800% | 02/15/2028 | 44,275.60 | 92.97 | 37,186.32 | 1,520.00 | 4.09% | 63.69 |

*Port Sum and Hold w Accruals - HLDACR*

FTK4341A1180AAA.000105.06.20.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Roman Cath Priests**

**Account No :**

# Summary Of Investment Holdings

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | | | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|---|---|
| 10,000 | Verizon Communications Inc | 4.329% | 09/21/2028 | 9,500.00 | 95.66 | 9,566.23 | 432.90 | 4.53% | 192.27 |
| 30,000 | Crown Castle Intl Corp | 3.100% | 11/15/2029 | 31,277.70 | 86.99 | 26,095.84 | 930.00 | 3.56% | 272.77 |
| 25,000 | Jp Morgan Chase Bank Na | 4.493% | 03/24/2031 | 24,943.00 | 94.54 | 23,634.05 | 1,123.25 | 4.75% | 489.46 |
| 35,000 | Simon Ppty Group Lp | 2.650% | 02/01/2032 | 35,087.50 | 80.18 | 28,063.19 | 927.50 | 3.31% | 75.13 |
| 20,000 | Bank of America Corp | 2.687% | 04/22/2032 | 18,844.70 | 81.77 | 16,353.64 | 537.40 | 3.29% | 192.14 |
| 20,000 | Qualcomm Inc | 4.250% | 05/20/2032 | 20,004.60 | 96.02 | 19,203.01 | 850.00 | 4.43% | 237.43 |
| 20,000 | Pepsico Inc | 3.900% | 07/18/2032 | 20,108.80 | 94.80 | 18,959.14 | 780.00 | 4.11% | 91.51 |
| 25,000 | Energy Transfer Operating Lp | 6.500% | 02/01/2042 | 25,463.25 | 99.44 | 24,861.15 | 1,625.00 | 6.54% | 131.63 |
| **Totals** | | | | 310,392.45 | | 278,952.55 | 10,647.80 | 3.82% | 2,271.14 |
| **Asset Backed Securities** | | | | | | | | | |
| 150,000 | Gm Fin Cons Atmb Rec Tr 202 | 1.050% | 05/18/2026 | 149,990.66 | 95.57 | 143,361.45 | 1,575.00 | 1.10% | 131.25 |
| 115,507 | Nissan Auto Rec Tr 2020-b | 0.710% | 02/16/2027 | 115,499.77 | 98.35 | 113,605.56 | 820.10 | 0.72% | 68.34 |
| 90,000 | Fhlmc Remic Series K-071 | 3.286% | 11/25/2027 | 102,209.77 | 94.04 | 84,639.36 | 2,957.40 | 3.49% | 246.45 |
| 3,359.48 | FHLMC Gd Pl #g03837 | 5.500% | 02/01/2038 | 3,690.16 | 101.26 | 3,401.89 | 184.77 | 5.43% | 15.40 |
| 5,097.75 | FHLMC Gd Pl #g05956 | 5.500% | 07/01/2038 | 5,699.13 | 101.26 | 5,162.10 | 280.38 | 5.43% | 23.36 |
| 11,500.13 | FHLMC Gd Pl #a89870 | 4.500% | 11/01/2039 | 12,143.44 | 96.56 | 11,104.73 | 517.51 | 4.66% | 43.13 |
| 59,455.14 | FHLMC UMBS 20y Fixed | 2.500% | 05/01/2040 | 61,949.46 | 85.36 | 50,749.15 | 1,486.38 | 2.93% | 123.86 |
| 3,099.64 | FNMA Pl #ae0725 | 4.500% | 01/01/2041 | 3,395.09 | 97.40 | 3,019.16 | 139.48 | 4.62% | 11.62 |
| 9,769.38 | FNMA Pl #al0065 | 4.500% | 04/01/2041 | 10,700.52 | 97.40 | 9,515.73 | 439.62 | 4.62% | 36.64 |
| 7,769.81 | FNMA Pl #MA0693 | 4.500% | 04/01/2041 | 8,510.36 | 97.40 | 7,568.08 | 349.64 | 4.62% | 29.14 |
| 5,338.51 | FHLMC Gd Pl #q00707 | 4.500% | 05/01/2041 | 5,777.26 | 96.56 | 5,154.96 | 240.23 | 4.66% | 20.02 |
| 12,779.86 | FNMA Pl #al4829 | 6.000% | 05/01/2041 | 14,185.63 | 102.84 | 13,143.19 | 766.79 | 5.83% | 63.90 |
| 23,288.47 | FNMA Pl #ab8464 | 2.500% | 02/01/2043 | 22,360.56 | 85.06 | 19,808.54 | 582.21 | 2.94% | 48.52 |
| 21,564.51 | FHLMC Gd Pl #c09044 | 3.500% | 07/01/2043 | 22,319.25 | 91.57 | 19,745.70 | 754.76 | 3.82% | 62.90 |
| 9,821.55 | FNMA Pl at8912 | 3.000% | 07/01/2043 | 9,858.39 | 88.35 | 8,677.45 | 294.65 | 3.40% | 24.55 |
| 14,674.12 | FHLMC Gd Pl #c34949 | 3.000% | 07/01/2045 | 14,637.45 | 89.14 | 13,080.55 | 440.22 | 3.37% | 36.69 |
| 25,703.56 | FHLMC Gd Pl #g08699 | 4.000% | 03/01/2046 | 27,500.66 | 93.83 | 24,118.84 | 1,028.14 | 4.26% | 85.68 |
| 33,528.05 | Fhlmc Pc     Gold Comb | 4.000% | 12/01/2046 | 34,133.12 | 93.79 | 31,446.38 | 1,341.12 | 4.26% | 111.76 |
| 73,784.57 | Fnma Super     Lng 30 Year | 3.500% | 05/01/2051 | 72,504.86 | 89.25 | 65,849.85 | 2,582.46 | 3.92% | 215.20 |
| 83,116.95 | Fnma Umbs     Lng 30 Year | 4.000% | 05/01/2052 | 82,305.25 | 92.66 | 77,014.73 | 3,324.68 | 4.32% | 277.06 |

**NBT | WEALTH MANAGEMENT**

**Account Name : Roman Cath Priests**

**Account No :**

# Summary Of Investment Holdings

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | | | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|---|---|
| 114,351.77 | Fhlmc Super 30y Fixed | 5.000% | 12/01/2052 | 113,346.72 | 97.09 | 111,019.37 | 5,717.59 | 5.15% | 476.47 |
| 132,798.14 | Fhlmc Super 30y Fixed | 5.500% | 06/01/2053 | 132,798.14 | 98.67 | 131,032.85 | 7,303.90 | 5.57% | 608.66 |
| | *Totals* | | | 1,025,515.65 | | 952,219.62 | 33,127.03 | 3.48% | 2,760.60 |
| **US Taxable Bond Funds** | | | | | | | | | |
| 58,855.627 | Manning & Napier Fd Inc New Unconstrain Ser W | | | 606,231.41 | 9.67 | 569,133.91 | 26,396.75 | 4.64% | 0.00 |
| | *Totals* | | | 606,231.41 | | 569,133.91 | 26,396.75 | 4.64% | 0.00 |
| **High Yield Taxable Bond Funds** | | | | | | | | | |
| 8,960.423 | Manning & Napier High Yield Bond W | | | 74,001.04 | 9.28 | 83,152.73 | 6,992.71 | 8.41% | 0.00 |
| | *Totals* | | | 74,001.04 | | 83,152.73 | 6,992.71 | 8.41% | 0.00 |
| **US Stocks** | | | | | | | | | |
| 167 | Applied Materials Inc | | | 18,777.42 | 152.76 | 25,510.92 | 213.76 | 0.84% | 53.44 |
| 455 | Biomarin Pharmaceutical Inc | | | 35,791.03 | 91.38 | 41,577.90 | 0.00 | 0.00% | 0.00 |
| 182 | Cboe Global Markets Inc | | | 25,106.47 | 149.71 | 27,247.22 | 400.40 | 1.47% | 100.10 |
| 1,160 | Coca Cola CO | | | 61,934.34 | 59.83 | 69,402.80 | 2,134.40 | 3.08% | 0.00 |
| 534 | Copart Inc | | | 9,548.12 | 44.83 | 23,939.22 | 0.00 | 0.00% | 0.00 |
| 678 | Csx Corp | | | 19,722.50 | 30.20 | 20,475.60 | 298.32 | 1.46% | 74.58 |
| 279 | Dollar General Corp | | | 54,855.72 | 138.50 | 38,641.50 | 658.44 | 1.70% | 0.00 |
| 473 | Electronic Arts Inc | | | 32,842.98 | 119.98 | 56,750.54 | 359.48 | 0.63% | 89.87 |
| 541 | Evergy Inc Com | | | 34,153.30 | 54.97 | 29,738.77 | 1,325.45 | 4.46% | 331.36 |
| 547 | F M C Corp | | | 50,640.25 | 86.23 | 47,167.81 | 1,269.04 | 2.69% | 0.00 |
| 76 | Idexx Labs Inc | | | 31,784.60 | 511.41 | 38,867.16 | 0.00 | 0.00% | 0.00 |
| 231 | Intercontinental Exchange Inc | | | 21,283.02 | 117.99 | 27,255.69 | 388.08 | 1.42% | 0.00 |
| 51 | Intuit | | | 22,199.24 | 541.81 | 27,632.31 | 183.60 | 0.66% | 0.00 |
| 71 | Intuitive Surgical Inc | | | 15,380.70 | 312.68 | 22,200.28 | 0.00 | 0.00% | 0.00 |
| 428 | Johnson & Johnson | | | 70,332.05 | 161.68 | 69,199.04 | 2,037.28 | 2.94% | 509.32 |
| 312 | L3 Harris Technologies Inc | | | 66,909.88 | 178.09 | 55,564.08 | 1,422.72 | 2.56% | 0.00 |
| 808 | Masco Corp | | | 42,062.57 | 59.01 | 47,680.08 | 921.12 | 1.93% | 0.00 |
| 218 | Mastercard Inc Cl A | | | 56,588.31 | 412.64 | 89,955.52 | 497.04 | 0.55% | 0.00 |
| 1,111 | Micron Technology Inc | | | 67,281.24 | 69.94 | 77,703.34 | 511.06 | 0.66% | 0.00 |

FTK4341A1180AAA.000105.07.20.000000



FTK4341A11B0AAA.0001.05.08.20.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Roman Cath Priests**

**Account No :**

# Summary Of Investment Holdings

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|
| 99 | Microsoft Corp | 25,001.79 | 327.76 | 32,448.24 | 269.28 | 0.83% | 67.32 |
| 326 | Mondelez International Inc | 13,898.59 | 71.26 | 23,230.76 | 554.20 | 2.39% | 0.00 |
| 121 | Moodys Corp | 25,616.90 | 336.80 | 40,752.80 | 372.68 | 0.91% | 93.17 |
| 213 | Nike Inc-Class B | 24,780.93 | 101.71 | 21,664.23 | 289.68 | 1.34% | 0.00 |
| 41 | S&P Global Inc | 7,235.14 | 390.86 | 16,025.26 | 147.60 | 0.92% | 36.90 |
| 110 | Salesforce Inc | 24,084.50 | 221.46 | 24,360.60 | 0.00 | 0.00% | 0.00 |
| 82 | Servicenow Inc | 26,635.54 | 588.83 | 48,284.06 | 0.00 | 0.00% | 0.00 |
| 51 | Thermo Fisher Scientific Inc | 12,968.44 | 557.10 | 28,412.10 | 71.40 | 0.25% | 0.00 |
| 130 | Union Pac Corp | 25,548.64 | 220.57 | 28,674.10 | 676.00 | 2.36% | 169.00 |
| 84 | Vertex Pharmaceuticals Inc | 17,763.84 | 348.34 | 29,260.56 | 0.00 | 0.00% | 0.00 |
| 289 | Visa Inc Cl A | 33,612.36 | 245.68 | 71,001.52 | 520.20 | 0.73% | 130.05 |
| | **Totals** | **973,340.41** | | **1,200,624.01** | **15,521.23** | **1.29%** | **1,655.11** |
| | **International Stocks/ADRs** | | | | | | |
| 826 | Admiral Group ADR | 22,184.29 | 31.51 | 26,023.13 | 1,430.30 | 5.50% | 0.00 |
| 279 | Alcon Inc ORD Shs | 16,641.29 | 83.69 | 23,350.29 | 58.59 | 0.25% | 0.00 |
| 188 | Canadian National Railway Company ADR | 21,189.01 | 112.61 | 21,170.68 | 594.08 | 2.81% | 0.00 |
| 1,325 | Deutsche Boerse Ag ADR | 24,988.18 | 17.71 | 23,465.75 | 332.88 | 1.42% | 0.00 |
| 1,070 | Heineken Nv | 53,499.34 | 48.71 | 52,119.70 | 915.45 | 1.76% | 0.00 |
| 556 | Medtronic PLC | 45,740.45 | 81.50 | 45,314.00 | 1,523.44 | 3.36% | 0.00 |
| 482 | Nestle Sa Spons ADR | 58,562.52 | 120.13 | 57,902.66 | 1,595.61 | 2.76% | 0.00 |
| 636 | Rentokil Initial PLC ADR | 25,501.30 | 37.95 | 24,136.20 | 178.51 | 0.74% | 0.00 |
| 334 | Taiwan Semiconductor Spons ADR | 25,938.87 | 93.57 | 31,252.38 | 471.54 | 1.51% | 0.00 |
| 1,088 | Unilever PLC Spons ADR | 35,509.80 | 51.02 | 55,509.76 | 1,961.45 | 3.53% | 516.36 |
| | **Totals** | **329,755.05** | | **360,244.55** | **9,061.85** | **2.52%** | **516.36** |
| | **US Large Cap Equity Funds** | | | | | | |
| 11,645.634 | Manning & Napier Fd Inc New Dispind Vlu W | 84,855.58 | 7.91 | 92,116.96 | 2,409.48 | 2.62% | 0.00 |
| | **Totals** | **84,855.58** | | **92,116.96** | **2,409.48** | **2.62%** | **0.00** |
| | **International Equity Funds** | | | | | | |
| 5,500.847 | Manning & Napier Fd Inc New Ovses Ser W | 131,969.22 | 29.89 | 164,420.32 | 2,287.45 | 1.38% | 0.00 |

*Port Sum and Hold w Accruals - HLDACR*

Page 8

FTK4341A1180A4A.000105.09.20.000000

★ NBT | WEALTH MANAGEMENT

**Summary Of Investment Holdings**

August 01, 2023 through August 31, 2023

**Account Name : Roman Cath Priests**

**Account No :** ▮▮▮▮▮▮

| Shares or Par Value | Investment Category | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|
| | **Totals** | **131,969.22** | | **164,420.32** | **2,267.45** | **1.38%** | **0.00** |
| | **Real Assets: REIT/MLP Funds** | | | | | | |
| 10,783.282 | Manning & Napier Real Estate Ser W | 142,465.14 | 13.86 | 149,456.29 | 4,433.01 | 2.97% | 0.00 |
| | **Totals** | **142,465.14** | | **149,456.29** | **4,433.01** | **2.97%** | **0.00** |
| | **Total Investments** | **5,081,947.65** | | **5,088,064.37** | **141,145.52** | **2.77%** | **13,413.41** |
| | **Plus Accrued Income** | | | **13,413.41** | | | |
| | **Plus Net Cash** | | | **0.00** | | | |
| | **Total Market Value** | | | **5,101,477.78** | | | |

*Port Sum and Hold w Accruals - HLDACR*

FTK4341A17i80AAA.000105.10.20.000000

**★ NBT** | WEALTH MANAGEMENT

# Categorized Transaction Detail

August 01, 2023 through August 31, 2023

**Account Name : Roman Cath Priests**

**Account No :** ▮▮▮▮▮▮

| | Starting Balance | $ 0.00 |
|---|---|---|

## Excluding Cash Investment Activities

**Interest Taxable**

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | Interest<br>Energy Transfer Operating Lp 6.5000% 02/01/42<br>Dtd 01/17/12 Rate 65000 Mat 02/01/42<br>25000 Units @ 6.50% | 812.50 |
| 08/01/2023 | Interest<br>Simon Ppty Group Lp          2.6500% 02/01/32<br>Dtd 01/11/22 Rate 2.6500% Mat 02/01/32<br>35000 Units @ 2.65% | 463.75 |
| 08/09/2023 | Interest<br>American Honda Fin Corp Mtn 0.7500% 08/09/24<br>Dtd 09/09/21<br>25000 Units @ 0.75% | 93.75 |
| 08/15/2023 | Interest<br>United States Treas Nts     2.8750% 08/15/28<br>Dtd 08/15/18<br>7000 Units @ 2.88% | 100.63 |
| 08/15/2023 | Interest<br>United States Treas Bds      2.0000% 02/15/50<br>Dtd 02/15/20 Rate 20000 Mat 02/15/50<br>76000 Units @ 2.00% | 760.00 |
| 08/15/2023 | Interest<br>Crown Castle Intl Corp New  3.8000% 02/15/28<br>Sr Glbl Nt38 Dtd 01/16/18 Rate 38000 Mat 02/15/28<br>40000 Units @ 3.80% | 760.00 |
| 08/15/2023 | Interest<br>United States Treas Bds      3.8750% 08/15/40<br>Dtd 08/15/10 Rate 3.8750% Mat 08/15/40<br>163000 Units @ 3.88% | 3,158.13 |
| 08/15/2023 | Interest<br>United States Treas Nts     1.8750% 02/15/32<br>Dtd 02/15/22 Rate 1.8750% Mat 02/15/32<br>5000 Units @ 1.88% | 46.88 |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest<br>FHLMC Gd Pl #a89870      4.5000% 11/01/39 | 43.61 |

FTK4341A11B0AAA.000105.11.20.000000

★ NBT | WEALTH MANAGEMENT

**Categorized Transaction Detail**

August 01, 2023 through August 31, 2023

**Account Name : Roman Cath Priests**

**Account No :**

| Date | Description | Amount |
|------|-------------|--------|
| 08/15/2023 | Federal Home Loan Mortgage Corp<br>Gold Pool #a89870-30 Yr Gtd Mtge<br>Dtd 11/01/2009 4.500% 11/01/2039<br>Non Callable<br>11628.93 Units @ 4.50%<br>Principal Balance Reduction of 128.800000 | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest<br>FHLMC Gd Pl #c09044    3.5000% 07/01/43<br>Federal Home Loan Mortgage Corp<br>Gold Pool #c09044-30 Yr Gtd Mtge<br>Dtd 06/01/2013 3.500% 07/01/2043<br>Non Callable<br>21644.65 Units @ 3.50%<br>Principal Balance Reduction of 80.140000 | 63.13 |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest<br>FHLMC Gd Pl #g03837    5.5000% 02/01/38<br>Federal Home Loan Mortgage Corp<br>Gold Pool #g03837-30 Yr Gtd Mtge<br>Dtd 01/01/2008 5.500% 02/01/2038<br>Non Callable<br>3378.55 Units @ 5.50%<br>Principal Balance Reduction of 19.070000 | 15.49 |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest<br>FHLMC Gd Pl #g05956    5.5000% 07/01/38<br>Federal Home Loan Mortgage Corp<br>Gold Pool #g05956-28 Yr Gtd Mtge<br>Dtd 08/01/2010 5.500% 07/01/2038<br>Non Callable<br>5169.79 Units @ 5.50%<br>Principal Balance Reduction of 72.040000 | 23.69 |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest<br>FHLMC Gd Pl #q00707    4.5000% 05/01/41<br>Federal Home Loan Mortgage Corp<br>Gold Pool #q00707-30 Yr Gtd Mtge<br>Dtd 05/01/2011 4.500% 05/01/2041<br>Non Callable<br>5361.7 Units @ 4.50%<br>Principal Balance Reduction of 23.190000 | 20.11 |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest<br>FHLMC Gd Pl #q34949    3.0000% 07/01/45<br>Federal Home Loan Mortgage Corp<br>Gold Pool #q34949-30 Yr Gtd Mtge<br>Dtd 07/01/2015 3.000% 07/01/2045<br>Non Callable | 36.84 |

FTK4341A11B0AAA.000105.12.20.000000

**Account Name : Roman Cath Priests**

**Account No :** ▮▮▮▮▮

★ NBT | WEALTH MANAGEMENT

**Catgorized Transaction Detail**

August 01, 2023 through August 31, 2023

| | | |
|---|---|---|
| | 14736.7 Units @ 3.00% | |
| | Principal Balance Reduction of 62.580000 | 86.27 |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest | |
| | FHLMC Gd Pl #g08699          4.0000% 03/01/46 | |
| | Federal Home Loan Mortgage Corp | |
| | Gold Pool #g08699-30 Yr Gld Mtge | |
| | Dtd 03/01/2016 4.000% 03/01/2046 | |
| | Non Callable | |
| | 25879.54 Units @ 4.00% | |
| | Principal Balance Reduction of 175.980000 | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest | 112.04 |
| | Fhlmc Pc          Gold Comb 4.0000% 12/01/46 | |
| | 30 20461201 Pool G6-1289 Dtd 02/01/18 Rate 4.0000% | |
| | Mat 12/01/46 | |
| | 33612.14 Units @ 4.00% | |
| | Principal Balance Reduction of 84.090000 | |
| 08/16/2023 | Purchase Accrued Interest | (174.36) |
| | Verizon Communications Inc   4.3290% 09/21/28 | |
| | Dtd 06/21/18 Rate 43290 Mat 09/21/28 | |
| 08/16/2023 | Mortgage Backed - Other Pass Through Interest | 79.48 |
| | Nissan Auto Rec Tr 2020-b   0.7100% 02/16/27 | |
| | 20270216 000000 Dtd 06/30/20 Mat 02/16/27 | |
| | 134336.08 Units @ 0.71% | |
| | Principal Balance Reduction of 18829.080000 | |
| 08/17/2023 | Mortgage Backed - Other Pass Through Interest | 131.25 |
| | Gm Fin Cons Atmb Rec Tr 202 1.0500% 05/18/26 | |
| | 2020 4 20260518 000000 Dtd 10/14/20 Mat 05/18/26 | |
| | 150000 Units @ 1.05% | |
| | Principal Balance Reduction of 0.000000 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest | 48.84 |
| | FNMA Pl #ab8464          2.5000% 02/01/43 | |
| | Fedl Natl Mtge Assn Pool #eb8464 | |
| | 30 Yr Gtd Single Family Mortgage | |
| | Dtd 01/01/2013 2.500% 02/01/2043 | |
| | Non Callable | |
| | 23444.96 Units @ 2.50% | |
| | Principal Balance Reduction of 156.490000 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest | 24.67 |
| | FNMA Pl at8912          3.0000% 07/01/43 | |
| | Fedl Natl Mtge Assn Pool at8912 | |
| | 30 Yr Gtd Single Family Mortgage | |
| | Dtd 06/01/2013 3.000% 07/01/2043 | |

FTK43A1A1180AAA.000105.13.20.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Roman Cath Priests**

**Account No :**

# Categorized Transaction Detail

August 01, 2023 through August 31, 2023

| | | |
|---|---|---|
| | Non Callable | |
| | 9869.6 Units @ 3.00% | |
| | Principal Balance Reduction of 48.050000 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest | 64.50 |
| | FNMA Pl #al4829          6.0000% 05/01/41 | |
| | Fedl Natl Mtge Assn Pool #al4829 | |
| | 27 Yr Gtd Single Family Mortgage | |
| | Dtd 01/01/2014 6.000% 05/01/2041 | |
| | Non Callable | |
| | 12899.44 Units @ 6.00% | |
| | Principal Balance Reduction of 119.580000 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest | 11.68 |
| | FNMA Pl #ae0725          4.5000% 01/01/41 | |
| | Fedl Natl Mtge Assn Pool #ae0725 | |
| | 30 Yr Gtd Single Family Mortgage | |
| | Dtd 01/01/2011 4.500% 01/01/2041 | |
| | Non Callable | |
| | 3114.69 Units @ 4.50% | |
| | Principal Balance Reduction of 15.050000 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest | 29.26 |
| | FNMA Pl #MA0693          4.5000% 04/01/41 | |
| | Fedl Natl Mtge Assn Pool #MA0693 | |
| | 30 Yr Gtd Single Family Mortgage | |
| | Dtd 03/01/2011 4.500% 04/01/2041 | |
| | Non Callable | |
| | 7803.4 Units @ 4.50% | |
| | Principal Balance Reduction of 33.590000 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest | 37.03 |
| | FNMA Pl #al0065          4.5000% 04/01/41 | |
| | Fedl Natl Mtge Assn Pool #al0065 | |
| | 30 Yr Gtd Single Family Mortgage | |
| | Dtd 03/01/2011 4.500% 04/01/2041 | |
| | Non Callable | |
| | 9874.81 Units @ 4.50% | |
| | Principal Balance Reduction of 105.430000 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest | 124.82 |
| | FHLMC UMBS 20y Fixed          2.5000% 05/01/40 | |
| | Pool Rb 5048 Dtd 04/01/20 | |
| | 59913.15 Units @ 2.50% | |
| | Principal Balance Reduction of 458.010000 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest | 278.77 |
| | Fnma Umbs      Lng 30 Year 4.0000% 05/01/52 | |
| | Pool Ma6644  Dtd 04/01/22 Rate 4.0000% Mat 05/01/52 | |

*Transactions*

*Page 13*



**Account Name : Roman Cath Priests**

**Account No :**

FTK4341A1180AAA.000105.14.20.000000

★ NBT | WEALTH MANAGEMENT

# Categorized Transaction Detail

August 01, 2023 through August 31, 2023

| | | |
|---|---|---|
| | 83631.42 Units @ 4.00%<br>Principal Balance Reduction of 514.470000 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest<br>Fnma Super    Lng 30 Year 3.5000% 05/01/51<br>Pool Fm7556  Dtd 05/01/21 Rate 3.5000% Mat 05/01/51<br>74285.87 Units @ 3.50%<br>Principal Balance Reduction of 501.300000 | 216.67 |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest<br>Fhlmc Super    30y Fixed  5.0000% 12/01/52<br>Dtd 11/01/22 Rate 5.0000% Mat 12/01/52<br>114992.99 Units @ 5.00%<br>Principal Balance Reduction of 641.220000 | 479.14 |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest<br>Fhlmc Super    30y Fixed  5.5000% 06/01/53<br>Pool Sd-3235  Dtd 06/01/23 Rate 5.5000% Mat 06/01/53<br>133160.48 Units @ 5.50%<br>Principal Balance Reduction of 362.340000 | 610.32 |
| 08/28/2023 | Mortgage Backed - Other Pass Through Interest<br>Fhlmc Remic Series K-071   3.2860% 11/25/27<br>Dtd 12/01/17 Rate 32860 Mat 11/25/27<br>90000 Units @ 3.29%<br>Principal Balance Reduction of 0.000000 | 246.45 |
| 08/28/2023 | Mortgage Backed - Other Pass Through Interest<br>Massachusetts Edl Fing Auth 2.3000% 02/25/40<br>Ed Ln Asset Bkd Nts sr C  Dtd 06/18/20 Rate 23000 Mat<br>02/25/40<br>50367 Units @ 2.30%<br>Principal Balance Reduction of 1186.23 | 96.54 |

## Dividends

| | | |
|---|---|---|
| 08/01/2023 | Daily Factor - Dividend<br>Federated Government Obligations Fund<br>136416.1 Units @ 0.05224573<br>Dividend From 07/01/2023 To 07/31/2023 | 553.85 |
| 08/09/2023 | Dividend<br>Mastercard Inc Cl A<br>218 Units @ 0.57 | 124.26 |
| 08/15/2023 | Dividend Reinvestment<br>Manning & Napier Fd Inc New Unconstrain Ser W<br>58639.011 Units @ 0.0355 | 2,081.68 |

*Transactions*

*Page 14*

FTK4341A1180AAA.000105.15.20.000000

★ NBT | WEALTH MANAGEMENT

# Categorized Transaction Detail

August 01, 2023 through August 31, 2023

**Account Name : Roman Cath Priests**

**Account No :** ▉▉▉▉

| Date | Description | Amount |
|------|-------------|--------|
| 08/15/2023 | Dividend Reinvestment<br>Manning & Napier High Yield Bond W<br>8909.058 Units @ 0.0531 | 473.07 |
| 08/21/2023 | Dividend<br>Heineken Nv<br>Sponsored Adr L1<br>1070 Units @ 0.3801 | 406.71 |
| 08/28/2023 | Dividend<br>Masco Corp<br>808 Units @ 0.285 | 230.28 |

**Total Investment Income** — 12,771.73

| Date | Description | Amount |
|------|-------------|--------|
| 08/11/2023 | Scheduled Cash Deposit<br>Per request from M. Mashaw dtd 8/10/23 for deposit from<br>checking acct# 7002853544 | 2,999.05 |

**Total Deposits** — 2,999.05

| Date | Description | Amount |
|------|-------------|--------|
| 08/15/2023 | Cash Disbursement<br>FT=3233.28 ST=438.83 OTH=5100 | (78,397.34) |
| 08/15/2023 | Cash Disbursement<br>FT=0 ST=0 OTH=1660 | (3,420.00) |
| 08/21/2023 | Foreign Tax Withholding<br>Heineken Nv<br>Sponsored Adr L1<br>15.00% Netherlands Tax | (61.01) |
| 08/21/2023 | Additional Foreign Fee<br>Heineken Nv<br>Sponsored Adr L1<br>0.02000000 Per Share | (21.40) |
| 08/31/2023 | Scheduled Post Dated Cash Disbursement<br>Monthly transfer to reimburse Operating Fund for<br>operating expenses (letter dtd 3/8/21 from M. Tooley) | (17,500.00) |

**Total Remittance to You** — (99,399.75)




FTK4341A1180AAA.000105.16.20.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Roman Cath Priests**

**Account No : **

## Categorized Transaction Detail

August 01, 2023 through August 31, 2023

| Date | Description | Amount |
|---|---|---|
| 08/08/2023 | Scheduled Cash Disbursement<br>M&N Client ID#GR4255, Inv# 20230630-283-8608-A | (13,420.85) |

**Total Paid On Your Behalf** | | (13,420.85) |

**Net Change - Excluding Cash Investment Activities** | | **(97,049.82)** |

### Cash Investment Activity

| Date | Description | Units | Price | Cost |
|---|---|---|---|---|
| 08/08/2023 | Buy<br>L3 Harris Technologies Inc | 54 | 186.510 | 10,071.54 |
| 08/08/2023 | Buy<br>L3 Harris Technologies Inc | 5 | 186.028 | 930.14 |
| 08/09/2023 | Buy<br>L3 Harris Technologies Inc | 60 | 188.400 | 11,304.01 |
| 08/14/2023 | Dividend Reinvestment - Buy<br>Manning & Napier Fd Inc New Unconstrain Ser W<br>Reinvestment Of Income | 216.616 | 9.610 | 2,081.68 |
| 08/14/2023 | Dividend Reinvestment - Buy<br>Manning & Napier High Yield Bond W<br>Reinvestment Of Income | 51.365 | 9.210 | 473.07 |
| 08/16/2023 | Buy<br>Verizon Communications Inc  4.3290% 09/21/28<br>Dtd 06/21/18 Rate 43290 Mat 09/21/28 | 10,000 | 0.950 | 9,500.00 |

**Total Purchases** | | | | **34,360.44** |

| Date | Description | Units | Price | Proceeds | Gain/Loss |
|---|---|---|---|---|---|
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 363 | 16.466 | 5,977.03 | (2,493.68) |
| 08/08/2023 | Sell<br>Newmont Mng Corp | 285 | 40.630 | 11,579.65 | (8,448.53) |
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 340 | 16.378 | 5,568.51 | (2,365.48) |



FTX4341A11B0AAA.0001105.17.20.000000

 NBT | WEALTH MANAGEMENT

**Account Name : Roman Cath Priests**

**Account No :** ▮

## Categorized Transaction Detail

August 01, 2023 through August 31, 2023

| Date | Description | | | |
|---|---|---|---|---|
| 08/08/2023 | Sell | 436 | 16.360 | 7,133.16 | (1,117.69) |
| | Barrick Gold Corp ADR | | | | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal | 128.8 | 1.000 | 128.80 | (7.21) |
| | FHLMC Gd Pl #a89870    4.5000% 11/01/39 | | | | |
| | Federal Home Loan Mortgage Corp | | | | |
| | Gold Pool #a89870-30 Yr Gtd Mtge | | | | |
| | Dtd 11/01/2009 4.500% 11/01/2039 | | | | |
| | Non Callable | | | | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal | 80.14 | 1.000 | 80.14 | (2.80) |
| | FHLMC Gd Pl #c09044    3.5000% 07/01/43 | | | | |
| | Federal Home Loan Mortgage Corp | | | | |
| | Gold Pool #c09044-30 Yr Gtd Mtge | | | | |
| | Dtd 06/01/2013 3.500% 07/01/2043 | | | | |
| | Non Callable | | | | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal | 19.07 | 1.000 | 19.07 | (1.88) |
| | FHLMC Gd Pl #g03837    5.5000% 02/01/38 | | | | |
| | Federal Home Loan Mortgage Corp | | | | |
| | Gold Pool #g03837-30 Yr Gtd Mtge | | | | |
| | Dtd 01/01/2008 5.500% 02/01/2038 | | | | |
| | Non Callable | | | | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal | 72.04 | 1.000 | 72.04 | (8.50) |
| | FHLMC Gd Pl #g05956    5.5000% 07/01/38 | | | | |
| | Federal Home Loan Mortgage Corp | | | | |
| | Gold Pool #g05956-28 Yr Gtd Mtge | | | | |
| | Dtd 08/01/2010 5.500% 07/01/2038 | | | | |
| | Non Callable | | | | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal | 23.19 | 1.000 | 23.19 | (1.91) |
| | FHLMC Gd Pl #q00707    4.5000% 05/01/41 | | | | |
| | Federal Home Loan Mortgage Corp | | | | |
| | Gold Pool #q00707-30 Yr Gtd Mtge | | | | |
| | Dtd 05/01/2011 4.500% 05/01/2041 | | | | |
| | Non Callable | | | | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal | 62.58 | 1.000 | 62.58 | 0.16 |
| | FHLMC Gd Pl #q34949    3.0000% 07/01/45 | | | | |
| | Federal Home Loan Mortgage Corp | | | | |
| | Gold Pool #q34949-30 Yr Gtd Mtge | | | | |
| | Dtd 07/01/2015 3.000% 07/01/2045 | | | | |
| | Non Callable | | | | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal | 175.98 | 1.000 | 175.98 | (12.30) |
| | FHLMC Gd Pl #g08699    4.0000% 03/01/46 | | | | |
| | Federal Home Loan Mortgage Corp | | | | |
| | Gold Pool #g08699-30 Yr Gtd Mtge | | | | |
| | Dtd 03/01/2016 4.000% 03/01/2046 | | | | |
| | Non Callable | | | | |

*Page 17*

*Transactions*

FTK4341A1180AAA.000105.18.20.000000

**★ NBT | WEALTH MANAGEMENT**

**Categorized Transaction Detail**

August 01, 2023 through August 31, 2023

**Account Name : Roman Cath Priests**

**Account No :**

| Date | Description | | | | |
|---|---|---|---|---|---|
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal<br>Fhlmc Pc      Gold Comb  4.0000% 12/01/46<br>30 20461201 Pool G6-1289 Dtd 02/01/18 Rate 4.0000%<br>Mat 12/01/46 | 84.09 | 84.09 | 1.000 | 84.09 | (1.52) |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal<br>Nissan Auto Rec Tr 2020-b   0.7100% 02/16/27<br>20270216 000000  Dtd 06/30/20 Mat 02/16/27 | 18,829.08 | 18,829.08 | 1.000 | 18,829.08 | 1.18 |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>FNMA PI #ab8464        2.5000% 02/01/43<br>Fedl Natl Mtge Assn Pool #ab8464<br>30 Yr Gtd Single Family Mortgage<br>Dtd 01/01/2013 2.500% 02/01/2043<br>Non Callable | 156.49 | 156.49 | 1.000 | 156.49 | 6.24 |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>FNMA PI at8912        3.0000% 07/01/43<br>Fedl Natl Mtge Assn Pool at8912<br>30 Yr Gtd Single Family Mortgage<br>Dtd 06/01/2013 3.000% 07/01/2043<br>Non Callable | 48.05 | 48.05 | 1.000 | 48.05 | (0.18) |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>FNMA PI #al4829        6.0000% 05/01/41<br>Fedl Natl Mtge Assn Pool #al4829<br>27 Yr Gtd Single Family Mortgage<br>Dtd 01/01/2014 6.000% 05/01/2041<br>Non Callable | 119.58 | 119.58 | 1.000 | 119.58 | (13.15) |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>FNMA PI #ae0725        4.5000% 01/01/41<br>Fedl Natl Mtge Assn Pool #ae0725<br>30 Yr Gtd Single Family Mortgage<br>Dtd 01/01/2011 4.500% 01/01/2041<br>Non Callable | 15.05 | 15.05 | 1.000 | 15.05 | (1.43) |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>FNMA PI #MA0693        4.5000% 04/01/41<br>Fedl Natl Mtge Assn Pool #MA0693<br>30 Yr Gtd Single Family Mortgage<br>Dtd 03/01/2011 4.500% 04/01/2041<br>Non Callable | 33.59 | 33.59 | 1.000 | 33.59 | (3.20) |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>FNMA PI #al0065        4.5000% 04/01/41<br>Fedl Natl Mtge Assn Pool #al0065<br>30 Yr Gtd Single Family Mortgage<br>Dtd 03/01/2011 4.500% 04/01/2041<br>Non Callable | 105.43 | 105.43 | 1.000 | 105.43 | (10.05) |

*Transactions*



**Account Name : Roman Cath Priests**

**Account No :**

 NBT | WEALTH MANAGEMENT

FTK4341A1180AAA.000105.19.20.000000

## Categorized Transaction Detail

August 01, 2023 through August 31, 2023

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>FHLMC UMBS 20y Fixed 2.5000% 05/01/40<br>Pool Rb 5048 Dtd 04/01/20 | 458.01 | 1.000 | 458.01 | (19.21) |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>Fnma Umbs Lng 30 Year 4.0000% 05/01/52<br>Pool Ma6644 Dtd 04/01/22 Rate 4.0000% Mat 05/01/52 | 514.47 | 1.000 | 514.47 | 5.02 |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>Fnma Super Lng 30 Year 3.5000% 05/01/51<br>Pool Fm7556 Dtd 05/01/21 Rate 3.5000% Mat 05/01/51 | 501.3 | 1.000 | 501.30 | 8.69 |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>Fhlmc Super 30y Fixed 5.0000% 12/01/52<br>Dtd 11/01/22 Rate 5.0000% Mat 12/01/52 | 641.22 | 1.000 | 641.22 | 5.64 |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>Fhlmc Super 30y Fixed 5.5000% 06/01/53<br>Pool Sd-3235 Dtd 06/01/23 Rate 5.5000% Mat 06/01/53 | 362.34 | 1.000 | 362.34 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>Massachusetts Edl Fing Auth 2.3000% 02/25/40<br>Ed Ln Asset Bkd Nts sr C Dtd 06/18/20 Rate 23000 Mat<br>02/25/40 | 1,186.23 | 1.000 | 1,186.23 | 0.34 |

**Total Sales and Redemptions** 53,875.08

| | # of Trades | Amount |
|---|---|---|
| **Purchases** | | |
| Federated Government Obligations Fund | 12 | (55,963.37) |
| **Sales** | | |
| Federated Government Obligations Fund | 5 | 133,498.55 |

**Total Cash Management Summary** 77,535.18

**Net Change – Cash Investment Activity** 165,770.70

*Transactions* Page 19

FTK4341A11B0AAA.000105.20.20.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Roman Cath Priests**

**Account No :**

## Categorized Transaction Detail

August 01, 2023 through August 31, 2023

### Non-Cash Investment Transactions

| Date | Description | Units | Value |
|------|-------------|-------|-------|
| **08/22/2023** | Stock Split Copart Inc | 267 | |

| **Total Additions To Account** | | | 0.00 |

| **Net Change - Non-Cash Investment Transactions** | | | 0.00 |

| ***Ending Balance*** | | | **$ 0.00** |



# ★CBIS®

P.O. Box 588 · Portland, ME 04112

**Statement**

Page 1 of 4

**August 1, 2023 through August 31, 2023**



\#   0000543        I=000000

543  1 MB  0.858
DIOCESE OF OGDENSBURG
RETIREMENT PLAN FOR PRIESTS
604 WASHINGTON ST
PO BOX 369
OGDENSBURG NY 13669-0369

| | |
|---|---|
| **Customer Number** | ▉ |
| **Account Information** | 1-866-348-6466 |
| **Web Site** | https://cbisonline.com |

*MTM - 9/12/23*

## PORTFOLIO OVERVIEW

| | |
|---|---|
| Beginning Market Value as of 08/01/2023 | $3,151,243.99 |
| Additions | 0.00 |
| Withdrawals | (0.00) |
| Change in Market Value | (79,177.33) |
| **TOTAL MARKET VALUE AS OF 08/31/2023** | **$3,072,066.66** |

## INVESTMENT SUMMARY

| Account Information | Beginning Market Value 08/01/2023 | Additions | Withdrawals | Change in Market Value | Ending Market Value 08/31/2023 |
|---|---|---|---|---|---|
| DIOCESE OF OGDENSBURG RETIREMENT PLAN FOR PRIESTS | | | | | |
| CRI BOND FUND-INSTL | | | | | |
| ▉ | $413,455.92 | $0.00 | $0.00 | $(3,923.67) | $409,532.25 |
| CRI OPPORTUNISTIC BOND FUND-INSTL | | | | | |
| ▉ | $444,254.40 | $0.00 | $0.00 | $(976.38) | $443,278.02 |
| CRI INTERNATIONAL SMALL-CAP FUND-INSTL | | | | | |
| ▉ | $130,192.65 | $0.00 | $0.00 | $(2,855.10) | $127,337.55 |
| CRI INTERNATIONAL EQUITY FUND-INSTL | | | | | |
| ▉ | $873,033.32 | $0.00 | $0.00 | $(38,883.77) | $834,149.55 |
| CRI EQUITY INDEX FUND-INSTL | | | | | |
| ▉ | $942,998.28 | $0.00 | $0.00 | $(17,863.37) | $925,134.91 |
| CRI SMALL-CAP FUND-INSTL | | | | | |
| ▉ | $347,309.42 | $0.00 | $0.00 | $(14,675.04) | $332,634.38 |
| **Total Market Value** | **$3,151,243.99** | **$0.00** | **$0.00** | **$(79,177.33)** | **$3,072,066.66** |

I=000000000

37/001 756938642|2577 0000543 1193

![CBIS logo]

**CBIS**

P.O. Box 588 · Portland, ME 04112

**Monthly Statement**

**August 1, 2023 through August 31, 2023**

## ADDITIONS & WITHDRAWALS SUMMARY

| Account Information | Statement Period Contributions | Statement Period Reinvestments | Statement Period Withdrawals | YTD Purchases | YTD Liquidations |
|---|---|---|---|---|---|
| DIOCESE OF OGDENSBURG RETIREMENT PLAN FOR PRIESTS | | | | | |
| CRI BOND FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CRI OPPORTUNISTIC BOND FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CRI INTERNATIONAL SMALL-CAP FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CRI INTERNATIONAL EQUITY FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CRI EQUITY INDEX FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CRI SMALL-CAP FUND-INSTL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Additions & Withdrawals** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## DISTRIBUTION SUMMARY

| Account Information | Statement Period Dividends | YTD Dividends | YTD ST Cap Gains | YTD LT Cap Gains | Total YTD Distributions |
|---|---|---|---|---|---|
| DIOCESE OF OGDENSBURG RETIREMENT PLAN FOR PRIESTS | | | | | |
| CRI BOND FUND-INSTL | $1,574.37 | $11,182.44 | $0.00 | $0.00 | $11,182.44 |
| CRI OPPORTUNISTIC BOND FUND-INSTL | $1,879.54 | $13,239.76 | $0.00 | $0.00 | $13,239.76 |
| CRI INTERNATIONAL SMALL-CAP FUND-INSTL | $0.00 | $1,657.38 | $0.00 | $0.00 | $1,657.38 |
| CRI INTERNATIONAL EQUITY FUND-INSTL | $0.00 | $8,374.37 | $0.00 | $0.00 | $8,374.37 |
| CRI EQUITY INDEX FUND-INSTL | $0.00 | $6,167.56 | $0.00 | $0.00 | $6,167.56 |
| CRI SMALL-CAP FUND-INSTL | $0.00 | $2,156.55 | $0.00 | $0.00 | $2,156.55 |
| **Total Distributions** | $3,453.91 | $42,778.06 | $0.00 | $0.00 | $42,778.06 |



**CBIS**

P.O. Box 588 · Portland, ME 04112

**Monthly Statement**

**August 1, 2023 through August 31, 2023**

---

## INVESTMENT ACTIVITY

**CRI BOND FUND-INSTL**
DIOCESE OF OGDENSBURG
RETIREMENT PLAN FOR PRIESTS

Account Number 

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|---|---|---|---|---|---|
| 08/01 | BEGINNING VALUE | $413,455.92 | $8.43 | 49,045.779 | 49,045.779 |
| 08/30 | DIVIDEND PAID    0.0321 | $1,574.37 | $8.34 | 0.000 | 49,045.779 |
| 08/31 | ENDING VALUE | $409,532.25 | $8.35 | 49,045.779 | 49,045.779 |

**CRI OPPORTUNISTIC BOND FUND-INSTL**
DIOCESE OF OGDENSBURG
RETIREMENT PLAN FOR PRIESTS

Account Number 

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|---|---|---|---|---|---|
| 08/01 | BEGINNING VALUE | $444,254.40 | $9.10 | 48,819.165 | 48,819.165 |
| 08/30 | DIVIDEND PAID    0.0385 | $1,879.54 | $9.08 | 0.000 | 48,819.165 |
| 08/31 | ENDING VALUE | $443,278.02 | $9.08 | 48,819.165 | 48,819.165 |

**CRI INTERNATIONAL SMALL-CAP FUND-INSTL**
DIOCESE OF OGDENSBURG
RETIREMENT PLAN FOR PRIESTS

Account Number 

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|---|---|---|---|---|---|
| 08/01 | BEGINNING VALUE | $130,192.65 | $9.12 | 14,275.510 | 14,275.510 |
| 08/31 | ENDING VALUE | $127,337.55 | $8.92 | 14,275.510 | 14,275.510 |

**CRI INTERNATIONAL EQUITY FUND-INSTL**
DIOCESE OF OGDENSBURG
RETIREMENT PLAN FOR PRIESTS

Account Number

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|---|---|---|---|---|---|
| 08/01 | BEGINNING VALUE | $873,033.32 | $9.43 | 92,580.416 | 92,580.416 |
| 08/31 | ENDING VALUE | $834,149.55 | $9.01 | 92,580.416 | 92,580.416 |



**P.O. Box 588 · Portland, ME 04112**

Quarterly Statement

**August 1, 2023 through August 31, 2023**

---

## INVESTMENT ACTIVITY *continued*

**CRI EQUITY INDEX FUND-INSTL**
DIOCESE OF OGDENSBURG
RETIREMENT PLAN FOR PRIESTS

Account Number

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|------|------------------------|---------------|-------------|--------|--------------|
| 08/01 | BEGINNING VALUE | $942,998.28 | $10.03 | 94,017.775 | 94,017.775 |
| 08/31 | ENDING VALUE | $925,134.91 | $9.84 | 94,017.775 | 94,017.775 |

**CRI SMALL-CAP FUND-INSTL**
DIOCESE OF OGDENSBURG
RETIREMENT PLAN FOR PRIESTS

Account Number

| Date | Transaction Description | Dollar Amount | Share Price | Shares | Total Shares |
|------|------------------------|---------------|-------------|--------|--------------|
| 08/01 | BEGINNING VALUE | $347,309.42 | $9.23 | 37,628.323 | 37,628.323 |
| 08/31 | ENDING VALUE | $332,634.38 | $8.84 | 37,628.323 | 37,628.323 |

 **Dimensional**

PO Box 219101
Kansas City MO 64121-9101

**Monthly Account Statement**

08/01/23 through 08/31/23                    Page 1 of 2

DFA 462

MB 01 001454 48919 H 6 A
ROMAN CATHOLIC DIOCESE OF
OGDENSBURG PRIESTS' RETIREMENT
ATTN MICHAEL J TOOLEY
PO BOX 369
OGDENSBURG NY  13669-0369

*MTM - 9/12/23*

**INVESTOR SERVICES**
1-888-576-1167 (PHONE)
1-888-985-2758 (FAX)
**ON THE INTERNET**
https://us.dimensional.com
**BY MAIL**
Dimensional Fund Advisors
PO Box 219101
Kansas City MO 64121-9101

## Accounts At-a-Glance

### Market Value as of 08/31/23                    $322,692.20

|  | Month-to-Date | Year-to-Date |
|---|---|---|
| Opening Value | $340,579.80 | $300,988.59 |
| + Purchases / Transfers In | 0.00 | 0.00 |
| + Reinvested Income | 0.00 | 0.00 |
| - Redemptions / Transfers Out | 0.00 | 0.00 |
| +/- Change in Market Value | -17,887.60 | 21,703.61 |
| **Closing Value** | **$322,692.20** | **$322,692.20** |

## Asset Allocation

This section summarizes the ending market value and percentage of current assets by investment type. A diverse portfolio may provide less risk and reliable returns over time.

## Monthly Account Summary

| Fund/Account Beginning Value as of 08/01/23 | + | Purchases/ Transfers In | + | Reinvested Income | - | Redemptions/ Transfers Out | +/- | Change in Market Value | = | Closing Value as of 08/31/23 |
|---|---|---|---|---|---|---|---|---|---|---|
| Emerging Markets Social Core Equ Port / 93195 | | | | | | | | | | |
| $340,579.80 | | $0.00 | | $0.00 | | $0.00 | | -$17,887.60 | | $322,692.20 |
| **Total Accounts** | | | | | | | | | | **$322,692.20** |

Electronic delivery of statements, daily confirmations, and other fund literature is now available to all registered shareholders at http://www.dfaus.com/accountaccess.html. After registering for a user ID and password, you can access account balances, history, pending transactions, and electronic delivery options. For more information, please call Dimensional Fund Advisors toll free at 888-576-1167.
Your responsibilities: Review this statement carefully and immediately contact SS&C Technologies, Inc. at 888-576-1167 regarding the accuracy of this statement. If you delay in reporting an error, we may be unable to adjust your account. Please re-confirm oral communications in writing to SS&C Technologies, Inc. at PO Box 219101 Kansas City, MO 64121-9101 or fax to 888-985-2758 to protect your rights.

001454 1/1



# Account Detail

## Emerging Markets Social Core Equity Portfolio

**ACCOUNT OWNER**
ROMAN CATHOLIC DIOCESE OF
OGDENSBURG PREIESTS' RETIREMENT

**INFORMATION**
Account Number:
Fund Number:
CUSIP Number:
Ticker Symbol:



**SUMMARY**

| | |
|---|---|
| Shares Owned | 23,850.126 |
| Share Price | $13.53 |
| Market Value | |
| as of 08/31/23 | $322,692.20 |

**INCOME**

| | This Period | Year-To-Date |
|---|---|---|
| Dividend/Interest | $0.00 | $3,346.17 |
| Long Term Capital Gain | $0.00 | $0.00 |

**ACTIVITY**

| Trade Date | Transaction Description | Dollar Amount | Share Price | Shares this Transaction | Total Shares Owned |
|---|---|---|---|---|---|
| | Beginning Balance as of 08/01/23 | $340,579.80 | $14.28 | | 23,850.126 |
| | No activity this period | | | | |
| | Ending Balance as of 08/31/23 | $322,692.20 | $13.53 | | 23,850.126 |



**TIFF Realty Opportunity Fund, LLC**

**Roman Catholic Diocese of Ogdensburg - Priests' Retirement Fund**

### Account Statement for the period March 31, 2023 through June 30, 2023

**Summary of Capital Account**

| | |
|---|---|
| Estimated Account Balance at March 31, 2023 | $30,465 |
| Adjustments Due to Updated Manager Valuations | ($4)[1] |
| Adjusted Account Balance at March 31, 2023 | $30,461 |
| Capital Contributions during the Period | |
| None | $0 |
| Distributions during the Period | |
| None | $0 |
| Investment Activity | [2] |
| Ordinary Income | $0 |
| Short-Term Realized Gain/Loss | $0 |
| Long-Term Realized Gain/Loss | $2,513 |
| Preliminary Unrealized Gain/Loss | ($2,509) |
| Fees and Expenses | [3] |
| Advisory Fees | ($236) |
| Fees and Expenses | ($177) |
| Estimated Account Balance at June 30, 2023 | $30,052 |

*Handwritten notes:*
Contribution 237,600.00 + ①
Ret of Capital 194,539.00 - ②
Cost 43,061.00G+

**Summary of Capital Commitments**

| | |
|---|---|
| Capital Commitment | $270,000 |
| Contributions to Date | $237,600 ① |
| Remaining Commitment | $32,400 |
| Ownership Percentage | 0.8%[4] |

**Summary of Distributions since inception**

| | |
|---|---|
| Return of Capital | $194,539 ② |
| Income | $7,056 |
| Gain | $72,721 |
| Total Distributions | $274,316 |

**Performance**

| | |
|---|---|
| TIFF Realty Opportunity Fund, LLC IRR as of March 31, 2023 | 5.05%[5] |

1 Adjustments to the prior quarter-end account values reflect updated valuations of the underlying funds for that quarter. Pending receipt of audited financials, this adjustment can be preliminarily characterized as unrealized gain (loss). Please see important additional disclosure regarding valuations below.

2 Underlying fund distributions will be reclassified as income, realized capital gains, return of capital, etc. on the K-1.

3 TROF fees and expenses only. Manager fees and expenses are reflected in the underlying fund valuations.

4 Ownership percentage is based on committed capital. Profits and losses are allocated pursuant to the operating agreement.

5 IRR is based on final valuations from underlying funds. Due to the delay in receipt of this data, the IRR is reported through the prior quarter-end and is net of all fees, expenses and the carried interest member allocation.

**Important Disclosure Regarding Valuations**

Due to the delay in the receipt by TIFF Realty Opportunity Fund, LLC of final valuations from underlying funds, Estimated Account Balances reflect valuations provided by the underlying fund for the previous quarter-end adjusted by additional capital calls, distributions, and expenses that occurred during the quarter. Please note that these are estimated values only and will change, perhaps significantly, once final quarterly figures are available from the underlying funds. Adjusted Account Balances (provided for previous quarter-end) reflect the revised valuations received from underlying funds for the previous quarter-end. All valuations are unaudited and subject to change. Audited valuations will be provided in the audited financial statements for TROF, typically available in June.

If you have any questions, please contact TIFF via phone at 610-684-8200 or via email at memberservices@tiff.org.