## **Exhibit D**

Charitable Gift Annuity Program
Monthly Statements

16512335.3

**NBT | WEALTH MANAGEMENT**

Attn: Trust Support Services
52 South Broad Street
Norwich, NY 13815

**Roman Catholic Diocese of Ogdensburg**
**Attn: Mark Mashaw**
**P O Box 369**
**Ogdensburg, NY 13669**

# Statement of Account

### August 1, 2023 Through August 31, 2023

**Catholic Diocese Of Ogdensburg**
**CGA Reserve Fund – Debtor in Possession**
**Account Number:** ▮▮▮▮▮

**Paperless Statements now available!**
**Contact your Trust Officer today.**

FTK434 1A08A0AAA.0001 03.02.14.000000

Account Name : Diocesan CGA Reserve

**August 01, 2023 through August 31, 2023**

Account No :

## Table of Contents

| Report | Page Number |
|---|---|
| Account Summary | 3 |
| Port Sum and Hold w Accruals | 4 |
| Transactions | 9 |

FTK4341A08A0AAA.000103.03.14.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Diocesan CGA Reserve**

**Account No :** ▮▮▮▮▮▮

# Investment Summary

August 01, 2023 through August 31, 2023

| | Percent of Portfolio | | Market Value |
|---|---|---|---|
| Cash Equivalents | 2.96% | $ | 48,254.70 |
| Fixed Income | 79.09% | $ | 1,290,165.72 |
| Stocks/Real Assets | 17.95% | $ | 292,790.07 |
| | 100.00% | $ | 1,631,210.49 |

Fixed Income - 79.09%
Cash Equivalents - 2.96%
Stocks/Real Assets - 17.95%

*mm - 9/16/23*

# Account Summary

| | | Statement Period (08/01/2023-08/31/2023) | | Year-To-Date (01/01/2023-08/31/2023) |
|---|---|---|---|---|
| **Beginning Market Value** | $ | 1,639,668.64 | $ | 1,615,825.42 |
| Cash Deposits | | 0.00 | | 0.00 |
| Asset Deposits | | 0.00 | | 0.00 |
| Cash Withdrawals & Distributions | | (10.71) | | (44,020.81) |
| Asset Withdrawals & Distributions | | 0.00 | | 0.00 |
| Administrative Expenses | | (163.97) | | (496.28) |
| Tax Free Interest & Dividends | | 0.00 | | 0.00 |
| Taxable Interest & Dividends | | 5,229.43 | | 32,295.22 |
| Realized Gain/(Loss) | | (1,324.02) | | (17,611.27) |
| Market to Market Gain/(Loss) | | (12,188.88) | | 45,218.21 |
| **Ending Market Value** | $ | 1,631,210.49 | $ | 1,631,210.49 |

FTK4341A08A0AAA.000103.04.14.000000

★ NBT | WEALTH MANAGEMENT

Account Name : Diocesan CGA Reserve

**Portfolio Summary**

Account No :

August 01, 2023 through August 31, 2023

## August 31, 2023

| | Portfolio % | Tax Cost | Market Value | Estimated Ann Inc | Current Yield |
|---|---|---|---|---|---|
| Cash Equivalents | 2.96% | 48,254.70 | 48,254.70 | 2,532.46 | 5.25% |
| Fixed Income | 79.09% | 1,415,019.84 | 1,290,165.72 | 47,515.18 | 3.68% |
| Stocks/Real Assets | 17.95% | 259,800.42 | 292,790.07 | 4,871.96 | 1.66% |
| **Total Portfolio** | **100.00 %** | **1,723,074.96** | **1,631,210.49** | **54,919.60** | **3.37%** |
| Accrued Income | | | 2,229.56 | | |
| Net Cash | | | 0.00 | | |
| **Total Market Value** | | | **1,633,440.05** | | |

*Portfolio Components May Not Equal 100% Due To Rounding*



FTK4341A0BAOAAA.000103.05.14.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Diocesan CGA Reserve**

**Account No :**

# Summary Of Investment Holdings

August 01, 2023 through August 31, 2023



| Shares or Par Value | Investment Category | | | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|---|---|
| | **Money Market Funds - Taxable** | | | | | | | | |
| 48,254.7 | Federated Government Obligations Fund | | | 48,254.70 | 1.00 | 48,254.70 | 2,532.46 | 5.25% | 208.42 |
| | *Totals* | | | 48,254.70 | | 48,254.70 | 2,532.46 | 5.25% | 208.42 |
| | **U S Treasury Notes & Bonds** | | | | | | | | |
| 34,000 | United States Treas Nts | 2.791% | 01/31/2025 | 34,020.10 | 100.11 | 34,036.82 | 949.04 | 2.79% | 79.95 |
| 42,000 | U.S. Treasury Notes | 2.125% | 05/15/2025 | 44,094.84 | 95.35 | 40,047.66 | 892.50 | 2.23% | 281.93 |
| 50,000 | U.S. Treasury Notes | 1.625% | 05/15/2026 | 45,203.12 | 92.54 | 46,269.53 | 812.50 | 1.76% | 238.45 |
| 223,000 | United States Treas Nts | 0.500% | 08/31/2027 | 194,592.27 | 85.95 | 191,658.04 | 1,115.00 | 0.58% | 0.00 |
| 45,000 | United States Treas Nts | 2.750% | 02/15/2028 | 49,893.75 | 93.70 | 42,166.41 | 1,237.50 | 2.93% | 53.80 |
| 54,000 | United States Treas Nts | 2.875% | 05/15/2028 | 52,209.15 | 94.02 | 50,768.44 | 1,552.50 | 3.06% | 455.63 |
| 46,000 | United States Treas Nts | 1.625% | 05/15/2031 | 45,652.58 | 83.80 | 38,550.16 | 747.50 | 1.94% | 219.38 |
| 34,000 | United States Treas Nts | 2.875% | 05/15/2032 | 33,888.44 | 90.92 | 30,913.44 | 977.50 | 3.16% | 286.88 |
| 15,000 | United States Treas Bds | 3.875% | 08/15/2040 | 20,421.25 | 94.97 | 14,245.31 | 581.25 | 4.08% | 25.27 |
| 20,000 | United States Treas Bds | 2.000% | 02/15/2050 | 17,550.00 | 63.99 | 12,798.44 | 400.00 | 3.13% | 17.39 |
| | *Totals* | | | 537,525.50 | | 501,454.25 | 9,265.29 | 1.85% | 1,638.68 |
| | **International Bonds** | | | | | | | | |
| 5,000 | Enbridge Inc | 3.700% | 07/15/2027 | 5,019.30 | 94.23 | 4,711.45 | 185.00 | 3.93% | 23.25 |
| | *Totals* | | | 5,019.30 | | 4,711.45 | 185.00 | 3.93% | 23.25 |
| | **Asset Backed Securities** | | | | | | | | |
| 1,539.1 | GNMA PI #581480 | 6.500% | 01/15/2033 | 1,618.47 | 102.16 | 1,572.32 | 100.04 | 6.36% | 8.34 |
| 1,473.43 | GNMA PI #604505 | 4.500% | 08/15/2033 | 1,459.99 | 96.75 | 1,425.48 | 66.30 | 4.65% | 5.53 |
| 1,682.62 | GNMA PI #491584 | 5.500% | 01/15/2034 | 1,722.84 | 102.35 | 1,722.15 | 92.54 | 5.37% | 7.71 |
| 2,179.41 | GNMA PI #661534 | 6.000% | 12/15/2036 | 2,214.15 | 104.48 | 2,277.04 | 130.76 | 5.74% | 10.90 |
| 278.67 | GNMA PI #676978 | 5.500% | 05/15/2038 | 296.87 | 101.89 | 283.94 | 15.33 | 5.40% | 1.28 |
| 269.74 | FNMA PI #987814 | 6.000% | 09/01/2038 | 288.34 | 101.05 | 272.58 | 16.18 | 5.94% | 1.35 |
| 4,785.03 | FHLMC Gd PI #g07795 | 5.500% | 06/01/2041 | 5,356.25 | 101.26 | 4,845.43 | 263.18 | 5.43% | 21.93 |
| | *Totals* | | | 12,956.91 | | 12,398.94 | 684.33 | 5.52% | 57.04 |

*Port Sum and Hold w Accruals*



FTK4341A08A0AAA.000103.06.14.000000

★ NBT | WEALTH MANAGEMENT

**Account Name :** Diocesan CGA Reserve

**Account No :**

# Summary Of Investment Holdings

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|
| **US Taxable Bond Funds** | | | | | | | |
| 66,778.665 | Manning & Napier Credit Series W | 661,914.68 | 8.77 | 585,648.89 | 27,886.77 | 4.76% | 0.00 |
| 16,846.394 | Manning & Napier Fd Inc New Unconstrain Ser W | 175,961.36 | 9.67 | 162,904.63 | 7,555.61 | 4.64% | 0.00 |
| | *Totals* | 837,876.04 | | 748,553.52 | 35,442.38 | 4.73% | **0.00** |
| **High Yield Taxable Bond Funds** | | | | | | | |
| 2,483.573 | Manning & Napier High Yield Bond W | 21,642.09 | 9.28 | 23,047.56 | 1,938.18 | 8.41% | 0.00 |
| | *Totals* | 21,642.09 | | 23,047.56 | 1,938.18 | 8.41% | **0.00** |
| **US Stocks** | | | | | | | |
| 27 | Applied Materials Inc | 3,040.71 | 152.76 | 4,124.52 | 34.56 | 0.84% | 8.64 |
| 63 | Biomarin Pharmaceutical Inc | 5,021.38 | 91.38 | 5,756.94 | 0.00 | 0.00% | 0.00 |
| 22 | Cboe Global Markets Inc | 3,035.03 | 149.71 | 3,293.62 | 48.40 | 1.47% | 12.10 |
| 151 | Coca Cola CO | 7,959.53 | 59.83 | 9,034.33 | 277.84 | 3.08% | 0.00 |
| 140 | Copart Inc | 3,603.34 | 44.83 | 6,276.20 | 0.00 | 0.00% | 0.00 |
| 106 | Csx Corp | 3,084.53 | 30.20 | 3,201.20 | 46.64 | 1.46% | 11.66 |
| 30 | Dollar General Corp | 6,069.92 | 138.50 | 4,155.00 | 70.80 | 1.70% | 0.00 |
| 61 | Electronic Arts Inc | 5,491.69 | 119.98 | 7,318.78 | 46.36 | 0.63% | 11.59 |
| 70 | Evergy Inc Com | 4,387.07 | 54.97 | 3,847.90 | 171.50 | 4.46% | 42.88 |
| 72 | F M C Corp | 6,949.91 | 86.23 | 6,208.56 | 167.04 | 2.69% | 0.00 |
| 9 | Idexx Labs Inc | 4,430.15 | 511.41 | 4,602.69 | 0.00 | 0.00% | 0.00 |
| 28 | Intercontinental Exchange Inc | 2,579.51 | 117.99 | 3,303.72 | 47.04 | 1.42% | 0.00 |
| 8 | Intuit | 3,456.00 | 541.81 | 4,334.48 | 28.80 | 0.66% | 0.00 |
| 9 | Intuitive Surgical Inc | 1,949.67 | 312.68 | 2,814.12 | 0.00 | 0.00% | 0.00 |
| 53 | Johnson & Johnson | 8,694.56 | 161.68 | 8,569.04 | 252.28 | 2.94% | 63.07 |
| 41 | L3 Harris Technologies Inc | 8,620.69 | 178.09 | 7,301.69 | 186.96 | 2.56% | 0.00 |
| 123 | Masco Corp | 6,467.67 | 59.01 | 7,258.23 | 140.22 | 1.93% | 0.00 |
| 33 | Mastercard Inc Cl A | 7,681.59 | 412.64 | 13,617.12 | 75.24 | 0.55% | 0.00 |
| 147 | Micron Technology Inc | 8,865.47 | 69.94 | 10,281.18 | 67.62 | 0.66% | 0.00 |
| 13 | Microsoft Corp | 3,283.06 | 327.76 | 4,260.88 | 35.36 | 0.83% | 8.84 |
| 42 | Mondelez International Inc | 1,790.61 | 71.26 | 2,992.92 | 71.40 | 2.39% | 0.00 |

*Port Sum and Hold w Accruals*

Page 6



FTx341A08A0AAA.000103.07.14.0.00000

★ NBT | WEALTH MANAGEMENT

**Account Name : Diocesan CGA Reserve**

**Account No :**

# Summary Of Investment Holdings

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|
| 23 | Moodys Corp | 7,125.34 | 336.80 | 7,746.40 | 70.84 | 0.91% | 17.71 |
| 30 | Nike Inc-Class B | 3,680.59 | 101.71 | 3,051.30 | 40.80 | 1.34% | 0.00 |
| 8 | S&P Global Inc | 2,449.96 | 390.86 | 3,126.88 | 28.80 | 0.92% | 7.20 |
| 18 | Salesforce Inc | 3,945.40 | 221.46 | 3,986.28 | 0.00 | 0.00% | 0.00 |
| 16 | Servicenow Inc | 7,896.78 | 588.83 | 9,421.28 | 0.00 | 0.00% | 0.00 |
| 6 | Thermo Fisher Scientific Inc | 1,825.01 | 557.10 | 3,342.60 | 8.40 | 0.25% | 0.00 |
| 16 | Union Pac Corp | 3,144.45 | 220.57 | 3,529.12 | 83.20 | 2.36% | 20.80 |
| 15 | Vertex Pharmaceuticals Inc | 2,882.32 | 348.34 | 5,225.10 | 0.00 | 0.00% | 0.00 |
| 42 | Visa Inc Cl A | 4,854.95 | 245.68 | 10,318.56 | 75.60 | 0.73% | 18.90 |
| | *Totals* | 144,266.89 | | 172,300.64 | 2,075.70 | 1.20% | 223.39 |
| | **International Stocks/ADRs** | | | | | | |
| 130 | Admiral Group ADR | 3,491.48 | 31.51 | 4,095.65 | 225.11 | 5.50% | 0.00 |
| 47 | Alcon Inc ORD Shs | 2,803.37 | 83.69 | 3,933.56 | 9.87 | 0.25% | 0.00 |
| 30 | Canadian National Railway Company ADR | 3,392.45 | 112.61 | 3,378.30 | 94.80 | 2.81% | 0.00 |
| 160 | Deutsche Boerse Ag ADR | 3,017.44 | 17.71 | 2,833.60 | 40.20 | 1.42% | 0.00 |
| 139 | Heineken Nv | 7,005.63 | 48.71 | 6,770.69 | 118.92 | 1.76% | 0.00 |
| 69 | Medtronic PLC | 6,181.12 | 81.50 | 5,623.50 | 189.06 | 3.36% | 0.00 |
| 62 | Nestle Sa Spons ADR | 7,526.49 | 120.13 | 7,448.06 | 205.24 | 2.76% | 0.00 |
| 77 | Rentokil Initial PLC ADR | 3,087.71 | 37.95 | 2,922.15 | 21.61 | 0.74% | 0.00 |
| 59 | Taiwan Semiconductor Spons ADR | 4,582.02 | 93.57 | 5,520.63 | 83.30 | 1.51% | 0.00 |
| 166 | Unilever PLC Spons ADR | 6,639.50 | 51.02 | 8,469.32 | 299.26 | 3.53% | 78.78 |
| | *Totals* | 47,727.21 | | 50,995.46 | 1,287.37 | 2.52% | 78.78 |
| | **US Large Cap Equity Funds** | | | | | | |
| 1,999.193 | Manning & Napier Fd Inc New Dispind Vlu W | 15,543.99 | 7.91 | 15,813.62 | 413.63 | 2.62% | 0.00 |
| | *Totals* | 15,543.99 | | 15,813.62 | 413.63 | 2.62% | 0.00 |
| | **International Equity Funds** | | | | | | |
| 1,047.619 | Manning & Napier Fd Inc New Ovses Ser W | 29,407.88 | 29.89 | 31,313.33 | 431.83 | 1.38% | 0.00 |
| | *Totals* | 29,407.88 | | 31,313.33 | 431.83 | 1.38% | 0.00 |

FTK4341A08A0AAA.000103.08.14.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Diocesan CGA Reserve**

**Account No :**

## Summary Of Investment Holdings

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|
| **Real Assets: REIT/MLP Funds** | | | | | | | |
| 1,613.782 | Manning & Napier Real Estate Ser W | 22,854.45 | 13.86 | 22,367.02 | 663.43 | 2.97% | 0.00 |
| | *Totals* | **22,854.45** | | **22,367.02** | **663.43** | **2.97%** | **0.00** |
| | *Total Investments* | **1,723,074.96** | | **1,631,210.49** | **54,919.60** | **3.37%** | **2,229.56** |
| | *Plus Accrued Income* | | | 2,229.56 | | | |
| | *Plus Net Cash* | | | 0.00 | | | |
| | *Total Market Value* | | | **1,633,440.05** | | | |

FTK4341A08A0AAA.000103.09.14.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Diocesan CGA Reserve**

**Account No :**

# Categorized Transaction Detail

August 01, 2023 through August 31, 2023

## Excluding Cash Investment Activities

| | Starting Balance | $ 0.00 |
| --- | --- | --- |

### Interest Taxable

| Date | Description | Amount |
| --- | --- | --- |
| 08/01/2023 | Interest<br>United States Treas Nts    4.8750% 01/31/25<br>Dtd 01/31/23 Rate 4.8750% Mat 01/31/25<br>34000 Units @ 2.79% | 474.52 |
| 08/15/2023 | Interest<br>United States Treas Nts    2.7500% 02/15/28<br>Dtd 02/15/18 Rate 2.7500% Mat 02/15/28<br>45000 Units @ 2.75% | 618.75 |
| 08/15/2023 | Interest<br>United States Treas Bds    2.0000% 02/15/50<br>Dtd 02/15/20 Rate 20000 Mat 02/15/50<br>20000 Units @ 2.00% | 200.00 |
| 08/15/2023 | Interest<br>United States Treas Bds    3.8750% 08/15/40<br>Dtd 08/15/10 Rate 3.8750% Mat 08/15/40<br>15000 Units @ 3.88% | 290.63 |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest<br>Govt Natl Mtge Assn Pool #604505    4.5000% 08/15/33<br>GNMA PI #604505<br>30 Yr Gtd Single Family Mortgage<br>Dtd 08/01/2003 4.500% 08/15/2033<br>Non Callable<br>1487.37 Units @ 4.50%<br>Principal Balance Reduction of 13.940000 | 5.58 |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest<br>Govt Natl Mtge Assn Pool #581480    6.5000% 01/15/33<br>GNMA PI #581480<br>30 Yr Gtd Single Family Mortgage<br>Dtd 01/01/2003 6.500% 01/15/2033<br>Non Callable<br>1554.35 Units @ 6.50%<br>Principal Balance Reduction of 15.250000 | 8.42 |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest<br>Govt Natl Mtge Assn Pool #491584    5.5000% 01/15/34<br>GNMA PI #491584 | 7.78 |

FTX4341A08A0AAA.000103.10.14.000000

★ NBT | WEALTH MANAGEMENT

**Categorized Transaction Detail**

August 01, 2023 through August 31, 2023

**Account Name : Diocesan CGA Reserve**

**Account No :**

| | | |
|---|---|---|
| | 30 Yr Gtd Single Family Mortgage Dtd 01/01/2004 5.500% 01/15/2034 Non Callable 1698.38 Units @ 5.50% Principal Balance Reduction of 15.760000 | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest GNMA PI #661534    6.0000% 12/15/36 | 10.94 |
| | Govt Natl Mtge Assn Pool #661534 30 Yr Gtd Single Family Mortgage Dtd 12/01/2006 6.000% 12/15/2036 Non Callable 2188.67 Units @ 6.00% Principal Balance Reduction of 9.260000 | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest GNMA PI #676978    5.5000% 05/15/38 | 1.28 |
| | Govt Natl Mtge Assn Pool #676978 30 Yr Gtd Single Family Mortgage Dtd 05/01/2008 5.500% 05/15/2038 Non Callable 280.11 Units @ 5.50% Principal Balance Reduction of 1.440000 | |
| 08/15/2023 | Mortgage Backed - Other Pass Through Interest FHLMC Gd PI #g07795    5.5000% 06/01/41 | 22.16 |
| | Federal Home Loan Mortgage Corp Gold Pool #g07795-27 Yr Gtd Mtge Dtd 08/01/2014 5.5000% 06/01/2041 Non Callable 4835.46 Units @ 5.50% Principal Balance Reduction of 50.430000 | |
| 08/25/2023 | Mortgage Backed - Other Pass Through Interest FNMA PI #987814    6.0000% 09/01/38 | 1.35 |
| | Fedl Natl Mtge Assn Pool #987814 30 Yr Gtd Single Family Mortgage Dtd 09/01/2008 6.000% 09/01/2038 Non Callable 270.62 Units @ 6.00% Principal Balance Reduction of 0.880000 | |
| 08/31/2023 | Interest United States Treas Nts    0.5000% 08/31/27 | 557.50 |
| | United States Treas Nts 0.5 Rate 0.5000% Mat 08/31/27 223000 Units @ 0.50% | |

**Page 10**

*Transactions*

FTK4341A08A0AAA.000103.11.14.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Diocesan CGA Reserve**

**Account No :**

## Categorized Transaction Detail

August 01, 2023 through August 31, 2023

### Dividends

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | Daily Factor - Dividend<br>Federated Government Obligations Fund<br>44962.57 Units @ 0.05224573<br>Dividend From 07/01/2023 To 07/31/2023 | 180.44 |
| 08/09/2023 | Dividend<br>Mastercard Inc Cl A<br>33 Units @ 0.57 | 18.81 |
| 08/15/2023 | Dividend Reinvestment<br>Manning & Napier Fd Inc New Unconstrain Ser W<br>16784.391 Units @ 0.0355 | 595.85 |
| 08/15/2023 | Dividend Reinvestment<br>Manning & Napier High Yield Bond W<br>2469.336 Units @ 0.0531 | 131.12 |
| 08/15/2023 | Dividend Reinvestment<br>Manning & Napier Credit Series W<br>66547.163 Units @ 0.0303 | 2,016.38 |
| 08/21/2023 | Dividend<br>Heineken Nv<br>Sponsored Adr L1<br>139 Units @ 0.3801 | 52.86 |
| 08/28/2023 | Dividend<br>Masco Corp<br>123 Units @ 0.285 | 35.06 |

**Total Investment Income** 5,229.43

| Date | Description | Amount |
|---|---|---|
| 08/21/2023 | Foreign Tax Withholding<br>Heineken Nv<br>Sponsored Adr L1<br>15.00% Netherlands Tax | (7.93) |
| 08/21/2023 | Additional Foreign Fee<br>Heineken Nv<br>Sponsored Adr L1<br>0.02000000 Per Share | (2.78) |

**Total Remittance to You** (10.71)

*Transactions*

*Page 11*

FTK4341A08A0AAA.000103.12.14.000000

★ NBT | WEALTH MANAGEMENT

# Categorized Transaction Detail

August 01, 2023 through August 31, 2023

**Account Name : Diocesan CGA Reserve**

**Account No :**

| Date | Description | | Amount |
|---|---|---|---|
| 08/10/2023 | Market Fee | | (163.97) |
| **Total Fees & Income Commissions** | | | **(163.97)** |

**Net Change - Excluding Cash Investment Activities**      **5,054.75**

## Cash Investment Activity

| Date | Description | Units | Price | Cost |
|---|---|---|---|---|
| 08/08/2023 | Buy<br>L3 Harris Technologies Inc | 6 | 186.510 | 1,119.06 |
| 08/08/2023 | Buy<br>L3 Harris Technologies Inc | 1 | 186.030 | 186.03 |
| 08/09/2023 | Buy<br>L3 Harris Technologies Inc | 7 | 188.401 | 1,318.81 |
| 08/14/2023 | Dividend Reinvestment - Buy<br>Manning & Napier Fd Inc New Unconstrain Ser W<br>Reinvestment Of Income | 62.003 | 9.610 | 595.85 |
| 08/14/2023 | Dividend Reinvestment - Buy<br>Manning & Napier High Yield Bond W<br>Reinvestment Of Income | 14.237 | 9.210 | 131.12 |
| 08/14/2023 | Dividend Reinvestment - Buy<br>Manning & Napier Credit Series W<br>Reinvestment Of Income | 231.502 | 8.710 | 2,016.38 |
| **Total Purchases** | | | | **5,367.25** |

| Date | Description | Units | Price | Proceeds | Gain/Loss |
|---|---|---|---|---|---|
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 43 | 16.465 | 708.01 | (108.13) |
| 08/08/2023 | Sell<br>Newmont Mng Corp | 32 | 40.630 | 1,300.17 | (1,002.62) |
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 40 | 16.378 | 655.11 | (108.11) |

FTK4341A08A0AAA.000103:13:14.000000

**Account Name : Diocesan CGA Reserve**

**Account No :** ▮

★ NBT | WEALTH MANAGEMENT

## Categorized Transaction Detail

August 01, 2023 through August 31, 2023

| Date | Description | | | | |
|---|---|---|---|---|---|
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 51 | 16,360 | 834.38 | (97.80) |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal<br>GNMA Pl #604505    4.5000% 08/15/33<br>Govt Natl Mtge Assn Pool #604505<br>30 Yr Gtd Single Family Mortgage<br>Dtd 08/01/2003 4.500% 08/15/2033<br>Non Callable | 13.94 | 1.000 | 13.94 | 0.13 |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal<br>GNMA Pl #581480    6.5000% 01/15/33<br>Govt Natl Mtge Assn Pool #581480<br>30 Yr Gtd Single Family Mortgage<br>Dtd 01/01/2003 6.500% 01/15/2033<br>Non Callable | 15.25 | 1.000 | 15.25 | (0.79) |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal<br>GNMA Pl #491584    5.5000% 01/15/34<br>Govt Natl Mtge Assn Pool #491584<br>30 Yr Gtd Single Family Mortgage<br>Dtd 01/01/2004 5.500% 01/15/2034<br>Non Callable | 15.76 | 1.000 | 15.76 | (0.38) |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal<br>GNMA Pl #661534    6.0000% 12/15/36<br>Govt Natl Mtge Assn Pool #661534<br>30 Yr Gtd Single Family Mortgage<br>Dtd 12/01/2006 6.000% 12/15/2036<br>Non Callable | 9.26 | 1.000 | 9.26 | (0.15) |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal<br>GNMA Pl #676978    5.5000% 05/15/38<br>Govt Natl Mtge Assn Pool #676978<br>30 Yr Gtd Single Family Mortgage<br>Dtd 05/01/2008 5.500% 05/15/2038<br>Non Callable | 1.44 | 1.000 | 1.44 | (0.09) |
| 08/15/2023 | Mortgage Backed - Other Pass Through Principal<br>FHLMC Gd Pl #g07795    5.5000% 06/01/41<br>Federal Home Loan Mortgage Corp<br>Gold Pool #g07795-27 Yr Gtd Mtge<br>Dtd 08/01/2014 5.500% 06/01/2041<br>Non Callable | 50.43 | 1.000 | 50.43 | (6.02) |
| 08/25/2023 | Mortgage Backed - Other Pass Through Principal<br>FNMA Pl #987814    6.0000% 09/01/38<br>Fedl Natl Mtge Assn Pool #987814<br>30 Yr Gtd Single Family Mortgage<br>Dtd 09/01/2008 6.000% 09/01/2038<br>Non Callable | 0.88 | 1.000 | 0.88 | (0.06) |

*Transactions*

FTK4341A08A0AAA.000103.14.000000

★ NBT | WEALTH MANAGEMENT

**Account Name : Diocesan CGA Reserve**

**Account No :**

# Categorized Transaction Detail

August 01, 2023 through August 31, 2023

## Total Sales and Redemptions

| | # of Trades | Amount |
|---|---|---|
| **Purchases** | | 3,604.63 |
| Federated Government Obligations Fund | 7 | |
| **Sales** | | (4,756.10) |
| Federated Government Obligations Fund | 2 | |
| | | 1,463.97 |

**Total Cash Management Summary** — (3,292.13)

**Net Change - Cash Investment Activity** — 5,679.75

## Non-Cash Investment Transactions

| Date | Description | Units | Value |
|---|---|---|---|
| 08/22/2023 | Stock Split | 70 | 0.00 |
| | Copart Inc | | |

**Total Additions To Account** — 0.00

**Net Change - Non-Cash Investment Transactions**

| | |
|---|---|
| *Ending Balance* | **$ 0.00** |

Page 14

*Transactions*