# Exhibit E

Collateral Investment Account Monthly Statement

16512335.3

**NBT | WEALTH MANAGEMENT**

Attn: Trust Support Services
52 South Broad Street
Norwich, NY 13815

Roman Catholic Diocese of Ogdensburg
Attn: Mark Mashaw
P O Box 369
Ogdensburg, NY 13669

# Statement of Account

### August 1, 2023 Through August 31, 2023

**Dioceses of Ogdensburg Collateral Account - Debtor in Possession**

**Account Number:** ▮

**Paperless Statements now available!**
**Contact your Trust Officer today.**

For questions call:   Megan Shields 315-475-4462

FTK4341 A08A0AAA.000089.02.08.000000

Account Name : Diocese of Ogdensburg Collateral Account    Account No :

August 01, 2023 through August 31, 2023

# Table of Contents

| Report | Page Number |
|---|---|
| Account Summary | 3 |
| Port Sum and Hold w Accruals | 4 |
| Transactions | 6 |

**NBT | WEALTH MANAGEMENT**

Account Name : Diocese of Ogdensburg Collateral Account

Account No :

# Investment Summary

August 01, 2023 through August 31, 2023

| | Percent of Portfolio | Market Value |
|---|---|---|
| Cash Equivalents | 0.34% | $ 7,982.36 |
| Fixed Income | 99.66% | $ 2,312,724.55 |
| | 100.00% | $ 2,320,706.91 |

Cash Equivalents - 0.34%
Fixed Income - 99.86%

## Account Summary

MTM - 9/16/23

| Beginning Market Value | Statement Period (08/01/2023-08/31/2023) | Year-To-Date (01/01/2023-08/31/2023) |
|---|---|---|
| | $ 2,304,349.33 | $ 2,272,440.13 |
| Cash Deposits | 0.00 | 0.00 |
| Asset Deposits | 0.00 | 0.00 |
| Cash Withdrawals & Distributions | 0.00 | (2,928.91) |
| Asset Withdrawals & Distributions | 0.00 | 0.00 |
| Administrative Expenses | (76.81) | (612.17) |
| Tax Free Interest & Dividends | 0.00 | 0.00 |
| Taxable Interest & Dividends | 12,262.42 | 35,489.44 |
| Realized Gain/(Loss) | (10,837.50) | (28,813.83) |
| Market to Market Gain/(Loss) | 15,009.47 | 45,132.25 |
| **Ending Market Value** | **$ 2,320,706.91** | **$ 2,320,706.91** |

**NBT | WEALTH MANAGEMENT**

Account Name : Diocese of Ogdensburg Collateral Account
Account No :

## Portfolio Summary

August 01, 2023 through August 31, 2023

### August 31, 2023

| | Portfolio % | Tax Cost | Market Value | Estimated Ann Inc | Current Yield |
|---|---|---|---|---|---|
| Cash Equivalents | 0.34% | 7,982.36 | 7,982.36 | 418.92 | 5.25% |
| Fixed Income | 99.66% | 2,472,552.42 | 2,312,724.55 | 46,870.00 | 2.03% |
| **Total Portfolio** | **100.00 %** | **2,480,534.78** | **2,320,706.91** | **47,288.92** | **2.04%** |
| *Accrued Income* | | | 7,874.37 | | |
| *Net Cash* | | | 0.00 | | |
| *Total Market Value* | | | 2,328,581.28 | | |

*Portfolio Components May Not Equal 100% Due To Rounding*

FTK4341 A08A0AAA.000089.04.08.000000



**NBT | WEALTH MANAGEMENT**

## Summary Of Investment Holdings

**Account Name:** Diocese of Ogdensburg Collateral Account
**Account No:**

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | | | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|---|---|
| **Money Market Funds - Taxable** | | | | | | | | | |
| 7,982.36 | Federated Government Obligations Fund | | | 7,982.36 | 1.00 | 7,982.36 | 418.92 | 5.25% | 65.78 |
| | *Totals* | | | 7,982.36 | | 7,982.36 | 418.92 | 5.25% | 65.78 |
| **U S Treasury Notes & Bonds** | | | | | | | | | |
| 170,000 | U.S. Treasury Notes | 2.750% | 11/15/2023 | 183,015.63 | 99.45 | 169,070.32 | 4,675.00 | 2.77% | 1,372.01 |
| 170,000 | Federal Natl Mtg Assn | 2.500% | 02/05/2024 | 182,279.10 | 98.72 | 167,829.13 | 4,250.00 | 2.53% | 296.79 |
| 95,000 | United States Treas Nts | 0.125% | 02/15/2024 | 91,686.13 | 97.65 | 92,766.02 | 118.75 | 0.13% | 5.16 |
| 170,000 | U.S. Treasury Notes | 2.500% | 05/15/2024 | 183,387.50 | 98.00 | 166,600.00 | 4,250.00 | 2.55% | 1,247.28 |
| 170,000 | U.S. Treasury Notes | 2.375% | 08/15/2024 | 183,387.50 | 97.23 | 165,298.45 | 4,037.50 | 2.44% | 175.54 |
| 170,000 | U.S. Treasury Notes | 2.250% | 11/15/2024 | 183,281.25 | 96.52 | 164,076.57 | 3,825.00 | 2.33% | 1,122.55 |
| 220,000 | Federal Home Ln Mtg Corp | 1.500% | 02/12/2025 | 230,170.60 | 94.80 | 208,569.24 | 3,300.00 | 1.58% | 170.38 |
| 98,000 | United States Treas Nts | 1.125% | 02/28/2025 | 92,208.05 | 94.34 | 92,456.88 | 1,102.50 | 1.19% | 0.00 |
| 170,000 | U.S. Treasury Notes | 2.125% | 05/15/2025 | 183,546.87 | 95.35 | 162,097.65 | 3,612.50 | 2.23% | 1,060.19 |
| 185,000 | United States Treas Nts | 0.250% | 08/31/2025 | 183,959.38 | 91.33 | 168,957.04 | 462.50 | 0.27% | 0.00 |
| 50,000 | United States Treas Nts | 0.375% | 11/30/2025 | 45,351.56 | 90.80 | 45,402.35 | 187.50 | 0.41% | 47.13 |
| 40,000 | U.S. Treasury Notes | 1.625% | 02/15/2026 | 42,042.19 | 92.99 | 37,196.88 | 650.00 | 1.75% | 28.26 |
| 65,000 | U.S. Treasury Notes | 1.625% | 05/15/2026 | 66,013.09 | 92.54 | 60,150.39 | 1,056.25 | 1.76% | 309.99 |
| 170,000 | United States Treas Nts | 1.500% | 08/15/2026 | 156,791.80 | 91.70 | 155,895.32 | 2,550.00 | 1.64% | 110.87 |
| 95,000 | United States Treas Nts | 2.250% | 02/15/2027 | 88,966.02 | 93.02 | 88,364.85 | 2,137.50 | 2.42% | 92.93 |
| 105,000 | US Treasury N/B | 2.375% | 05/15/2027 | 102,699.02 | 93.08 | 97,732.04 | 2,493.75 | 2.55% | 731.86 |
| 95,000 | United States Treas Nts | 2.750% | 02/15/2028 | 89,953.13 | 93.70 | 89,017.97 | 2,612.50 | 2.93% | 113.59 |
| 95,000 | United States Treas Nts | 2.875% | 05/15/2028 | 92,298.44 | 94.02 | 89,314.85 | 2,731.25 | 3.06% | 801.56 |
| 98,000 | United States Treas Nts | 2.875% | 08/15/2028 | 91,515.16 | 93.80 | 91,928.60 | 2,817.50 | 3.06% | 122.50 |
| | *Totals* | | | 2,472,552.42 | | 2,312,724.55 | 46,870.00 | 2.03% | 7,808.59 |
| | **Total Investments** | | | 2,480,534.78 | | 2,320,706.91 | 47,288.92 | 2.04% | 7,874.37 |
| | *Plus Accrued Income* | | | | | 7,874.37 | | | |
| | *Plus Net Cash* | | | | | 0.00 | | | |
| | **Total Market Value** | | | | | 2,328,581.28 | | | |

**NBT | WEALTH MANAGEMENT**

Account Name : Diocese of Ogdensburg Collateral Account

Account No :

# Categorized Transaction Detail

August 01, 2023 through August 31, 2023

| | Starting Balance | $ 0.00 |
|---|---|---|

## Excluding Cash Investment Activities

### Interest Taxable

| Date | Description | Amount |
|---|---|---|
| 08/07/2023 | Interest<br>Federal Natl Mtg Assn   2.5000% 02/05/24<br>Dtd 02/08/19 Rate 2.5000% Mat 02/05/24<br>170000 Units @ 2.50% | 2,125.00 |
| 08/14/2023 | Interest<br>Federal Home Ln Mtg Corp   1.5000% 02/12/25<br>Dtd 02/14/20 Rate 1.5000% Mat 02/12/25<br>220000 Units @ 1.50% | 1,650.00 |
| 08/15/2023 | Interest<br>U.S. Treasury Notes   2.5000% 08/15/23<br>United States Treasury Notes<br>Dtd 08/15/2013 2.500% 08/15/2023<br>170000 Units @ 2.50% | 2,125.00 |
| 08/15/2023 | Interest<br>U.S. Treasury Notes   2.3750% 08/15/24<br>United States Treasury Notes<br>Dtd 08/15/2014 2.375% 08/15/2024<br>170000 Units @ 2.38% | 2,018.75 |
| 08/15/2023 | Interest<br>U.S. Treasury Notes   1.6250% 02/15/26<br>United States Treasury Notes<br>Dtd 02/15/2016 1.625% 02/15/2026<br>40000 Units @ 1.63% | 325.00 |
| 08/15/2023 | Interest<br>United States Treas Nts   2.2500% 02/15/27<br>Dtd 02/15/17<br>95000 Units @ 2.25% | 1,068.75 |
| 08/15/2023 | Interest<br>United States Treas Nts   2.7500% 02/15/28<br>Dtd 02/15/18 Rate 2.7500% Mat 02/15/28<br>95000 Units @ 2.75% | 1,306.25 |
| 08/15/2023 | Interest<br>United States Treas Nts   1.5000% 08/15/26<br>Dtd 08/15/16 Rate 1.5000% Mat 08/15/26 | 1,275.00 |

## NBT | WEALTH MANAGEMENT

**Account Name : Diocese of Ogdensburg Collateral Account**

**Account No :**

## Categorized Transaction Detail

*August 01, 2023 through August 31, 2023*

| Date | Description | Amount |
|---|---|---|
| 08/15/2023 | Interest<br>United States Treas Nts  0.1250% 02/15/24<br>Dtd 02/15/21 Rate 0.1250% Mat 02/15/24<br>95000 Units @ 0.13%<br>170000 Units @ 1.50% | 59.38 |
| 08/16/2023 | Purchase Accrued Interest<br>United States Treas Nts  1.1250% 02/28/25<br>Dtd 02/29/20 Rate 1.1250% Mat 02/28/25 | (506.31) |
| 08/16/2023 | Purchase Accrued Interest<br>United States Treas Nts  2.8750% 08/15/28<br>Dtd 08/15/18 | (7.66) |
| 08/31/2023 | Interest<br>United States Treas Nts  0.2500% 08/31/25<br>Dtd 08/31/20 Rate 0.2500% Mat 08/31/25<br>185000 Units @ 0.25% | 231.25 |
| 08/31/2023 | Interest<br>United States Treas Nts  1.1250% 02/28/25<br>Dtd 02/29/20 Rate 1.1250% Mat 02/28/25<br>98000 Units @ 1.13% | 551.25 |

### Dividends

| Date | Description | Amount |
|---|---|---|
| 08/01/2023 | Daily Factor - Dividend<br>Federated Government Obligations Fund<br>9519.96 Units @ 0.05224573<br>Dividend From 07/01/2023 To 07/31/2023 | 40.76 |

**Total Investment Income**  **12,262.42**

| Date | Description | Amount |
|---|---|---|
| 08/10/2023 | Market Fee | (76.81) |

**Total Fees & Income Commissions**  **(76.81)**

**Net Change - Excluding Cash Investment Activities**  **12,185.61**

*Transactions*

**NBT | WEALTH MANAGEMENT**

# Categorized Transaction Detail

**Account Name : Diocese of Ogdensburg Collateral Account**

**Account No :**

August 01, 2023 through August 31, 2023

## Cash Investment Activity

| Date | Description | Units | Price | Cost | Gain/Loss |
|---|---|---|---|---|---|
| 08/16/2023 | Buy United States Treas Nts 1.1250% 02/28/25 Dtd 02/29/20 Rate 1.1250% Mat 02/28/25 | 98,000 | 0.941 | 92,208.05 | |
| 08/16/2023 | Buy United States Treas Nts 2.8750% 08/15/28 Dtd 08/15/18 | 98,000 | 0.934 | 91,515.16 | |
| **Total Purchases** | | | | **183,723.21** | |

| Date | Description | Units | Price | Proceeds | Gain/Loss |
|---|---|---|---|---|---|
| 08/15/2023 | Maturity U.S. Treasury Notes 2.5000% 08/15/23 United States Treasury Notes Dtd 08/15/2013 2.500% 08/15/2023 | 170,000 | 1.000 | 170,000.00 | (10,837.50) |
| **Total Sales and Redemptions** | | | | **170,000.00** | |

| | | # of Trades | | Amount | |
|---|---|---|---|---|---|
| Purchases | Federated Government Obligations Fund | 5 | | (182,776.39) | |
| Sales | Federated Government Obligations Fund | 2 | | 184,313.99 | |
| **Total Cash Management Summary** | | | | **1,537.60** | |

**Net Change - Cash Investment Activity**    **355,260.81**

| Ending Balance |
|---|
| $ 0.00 |