## **Exhibit G**

Endowment Fund Monthly Statement

16512335.3

**NBT | WEALTH MANAGEMENT**

Attn: Trust Support Services
52 South Broad Street
Norwich, NY 13815

Roman Catholic Diocese of Ogdensburg
Attn: Mark Mashaw
P O Box 369
Ogdensburg, NY 13669

# Statement of Account

### August 1, 2023 Through August 31, 2023

### Diocese of Ogdensburg Endowment Account - Debtor in Possession

**Account Number:** ███

**Paperless Statements now available!**
**Contact your Trust Officer today.**

For questions call:  Megan Shields 315-475-4462

FTK4341A08A0AAA.000097.01.11.000000

FTK4341A08A0AAA.000097.02.11.000000

**August 01, 2023 through August 31, 2023**

Account Name : Diocese of Ogdensburg Endowment Account    Account No :

## Table of Contents

| Report | Page Number |
|---|---|
| Account Summary | 3 |
| Port Sum and Hold w Accruals | 4 |
| Transactions | 8 |

**NBT | WEALTH MANAGEMENT**

Account Name : Diocese of Ogdensburg Endowment Account

Account No :

## Investment Summary

August 01, 2023 through August 31, 2023

| | Percent of Portfolio | Market Value |
|---|---|---|
| Cash Equivalents | 2.37% | $ 97,558.38 |
| Fixed Income | 46.22% | $ 1,901,384.54 |
| Stocks/Real Assets | 51.41% | $ 2,114,678.40 |
| | 100.00% | $ 4,113,621.32 |

Cash Equivalents - 2.37%
Fixed Income - 46.22%
Stocks/Real Assets

## Account Summary

MTM - 9/16/23

| | Statement Period (08/01/2023-08/31/2023) | Year-To-Date (01/01/2023-08/31/2023) |
|---|---|---|
| Beginning Market Value | $ 4,189,790.82 | $ 4,108,332.39 |
| Cash Deposits | 0.00 | 0.00 |
| Asset Deposits | 0.00 | 0.00 |
| Cash Withdrawals & Distributions | (10,925.57) | (262,887.49) |
| Asset Withdrawals & Distributions | 0.00 | 0.00 |
| Administrative Expenses | (139.66) | (1,133.36) |
| Tax Free Interest & Dividends | 0.00 | 0.00 |
| Taxable Interest & Dividends | 6,603.72 | 59,635.81 |
| Realized Gain/(Loss) | (9,216.01) | (30,648.45) |
| Market to Market Gain/(Loss) | (62,491.98) | 240,322.42 |
| Ending Market Value | $ 4,113,621.32 | $ 4,113,621.32 |

NBT WEALTH MANAGEMENT

**Account Name : Diocese of Ogdensburg Endowment Account**

**Account No :**

## Portfolio Summary

August 01, 2023 through August 31, 2023

### August 31, 2023

| | Portfolio % | Tax Cost | Market Value | Estimated Ann Inc | Current Yield |
|---|---|---|---|---|---|
| Cash Equivalents | 2.37% | 97,558.38 | 97,558.38 | 5,119.98 | 5.25% |
| Fixed Income | 46.22% | 2,182,982.32 | 1,901,384.54 | 72,240.96 | 3.80% |
| Stocks/Real Assets | 51.41% | 2,012,111.25 | 2,114,678.40 | 35,864.91 | 1.70% |
| **Total Portfolio** | **100.00 %** | **4,292,651.95** | **4,113,621.32** | **113,225.85** | **2.75%** |
| *Accrued Income* | | | 7,267.18 | | |
| *Net Cash* | | | 0.00 | | |
| *Total Market Value* | | | **4,120,888.50** | | |

*Portfolio Components May Not Equal 100% Due To Rounding*

FTK4341A08A0AAA.000097.04.11.000000



**NBT | WEALTH MANAGEMENT**

## Summary Of Investment Holdings

**Account Name:** Diocese of Ogdensburg Endowment Account

**Account No:**

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | | | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|---|---|
| **Money Market Funds - Taxable** | | | | | | | | | |
| 97,558.38 | Federated Government Obligations Fund | | | 97,558.38 | 1.00 | 97,558.38 | 5,119.98 | 5.25% | 433.87 |
| | *Totals* | | | 97,558.38 | | 97,558.38 | 5,119.98 | 5.25% | 433.87 |
| **U S Treasury Notes & Bonds** | | | | | | | | | |
| 132,000 | US Treasury N/B | 2.375% | 05/15/2027 | 140,708.99 | 93.08 | 122,863.13 | 3,135.00 | 2.55% | 920.05 |
| 75,000 | United States Treas Nts | 0.500% | 08/31/2027 | 71,762.69 | 85.95 | 64,458.98 | 375.00 | 0.58% | 0.00 |
| 230,000 | United States Treas Nts | 2.875% | 05/15/2028 | 235,426.56 | 94.02 | 216,235.95 | 6,612.50 | 3.06% | 1,940.63 |
| 18,000 | United States Treas Nts | 3.125% | 11/15/2028 | 17,047.26 | 94.71 | 17,047.97 | 562.50 | 3.30% | 165.08 |
| 336,000 | United States Treas Nts | 1.625% | 05/15/2031 | 309,047.97 | 83.80 | 281,583.76 | 5,460.00 | 1.94% | 1,602.39 |
| 30,000 | United States Treas Bds | 3.875% | 08/15/2040 | 43,265.63 | 94.97 | 28,490.63 | 1,162.50 | 4.08% | 50.54 |
| 52,000 | United States Treas Bds | 2.000% | 02/15/2050 | 45,630.00 | 63.99 | 33,275.94 | 1,040.00 | 3.13% | 45.22 |
| | *Totals* | | | 862,889.10 | | 763,956.36 | 18,347.50 | 2.40% | 4,723.91 |
| **US Taxable Bond Funds** | | | | | | | | | |
| 43,570.973 | Manning & Napier Fd Inc New Core Bond W | | | 499,463.14 | 9.14 | 398,238.69 | 17,402.25 | 4.37% | 0.00 |
| 70,389.396 | Manning & Napier Fd Inc New Unconstrain Ser W | | | 757,927.05 | 9.67 | 680,665.46 | 31,569.64 | 4.64% | 0.00 |
| | *Totals* | | | 1,257,390.19 | | 1,078,904.15 | 48,971.89 | 4.54% | 0.00 |
| **High Yield Taxable Bond Funds** | | | | | | | | | |
| 6,306.469 | Manning & Napier High Yield Bond W | | | 62,703.03 | 9.28 | 58,524.03 | 4,921.57 | 8.41% | 0.00 |
| | *Totals* | | | 62,703.03 | | 58,524.03 | 4,921.57 | 8.41% | 0.00 |
| **US Stocks** | | | | | | | | | |
| 211 | Applied Materials Inc | | | 23,762.25 | 152.76 | 32,232.36 | 270.08 | 0.84% | 67.52 |
| 406 | Biomarin Pharmaceutical Inc | | | 31,111.48 | 91.38 | 37,100.28 | 0.00 | 0.00% | 0.00 |
| 174 | Cboe Global Markets Inc | | | 24,002.81 | 149.71 | 26,049.54 | 382.80 | 1.47% | 95.70 |
| 1,127 | Coca Cola CO | | | 63,091.93 | 59.83 | 67,428.41 | 2,073.68 | 3.08% | 0.00 |
| 1,008 | Copart Inc | | | 29,247.88 | 44.83 | 45,188.64 | 0.00 | 0.00% | 0.00 |
| 812 | Csx Corp | | | 23,628.63 | 30.20 | 24,522.40 | 357.28 | 1.46% | 89.32 |
| 229 | Dollar General Corp | | | 46,344.29 | 138.50 | 31,716.50 | 540.44 | 1.70% | 0.00 |
| 468 | Electronic Arts Inc | | | 57,840.54 | 119.98 | 56,150.64 | 355.68 | 0.63% | 88.92 |



**NBT | WEALTH MANAGEMENT**

**Account Name : Diocese of Ogdensburg Endowment Account**

**Account No :**

## Summary Of Investment Holdings
August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|
| 450 | Evergy Inc Com | 28,415.24 | 54.97 | 24,736.50 | 1,102.50 | 4.46% | 275.63 |
| 462 | F M C Corp | 45,396.08 | 86.23 | 39,838.26 | 1,071.84 | 2.69% | 0.00 |
| 78 | Idexx Labs Inc | 34,122.61 | 511.41 | 39,889.98 | 0.00 | 0.00% | 0.00 |
| 221 | Intercontinental Exchange Inc | 20,454.86 | 117.99 | 26,075.79 | 371.28 | 1.42% | 0.00 |
| 58 | Intuit | 25,254.85 | 541.81 | 31,424.98 | 208.80 | 0.66% | 0.00 |
| 71 | Intuitive Surgical Inc | 14,765.85 | 312.68 | 22,200.28 | 0.00 | 0.00% | 0.00 |
| 395 | Johnson & Johnson | 64,799.04 | 161.68 | 63,863.60 | 1,880.20 | 2.94% | 470.05 |
| 304 | L3 Harris Technologies Inc | 63,915.52 | 178.09 | 54,139.36 | 1,386.24 | 2.56% | 0.00 |
| 968 | Masco Corp | 50,983.12 | 59.01 | 57,121.68 | 1,103.52 | 1.93% | 0.00 |
| 258 | Mastercard Inc Cl A | 85,725.21 | 412.64 | 106,461.12 | 588.24 | 0.55% | 0.00 |
| 1,161 | Micron Technology Inc | 70,288.43 | 69.94 | 81,200.34 | 534.06 | 0.66% | 0.00 |
| 103 | Microsoft Corp | 26,011.97 | 327.76 | 33,759.28 | 280.16 | 0.83% | 70.04 |
| 316 | Mondelez International Inc | 18,082.98 | 71.26 | 22,518.16 | 537.20 | 2.39% | 0.00 |
| 116 | Moodys Corp | 32,781.78 | 336.80 | 39,068.80 | 357.28 | 0.91% | 89.32 |
| 267 | Nike Inc-Class B | 31,676.24 | 101.71 | 27,156.57 | 363.12 | 1.34% | 0.00 |
| 39 | S&P Global Inc | 13,241.61 | 390.86 | 15,243.54 | 140.40 | 0.92% | 35.10 |
| 145 | Salesforce Inc | 26,359.31 | 221.46 | 32,111.70 | 0.00 | 0.00% | 0.00 |
| 80 | Servicenow Inc | 37,178.59 | 588.83 | 47,106.40 | 0.00 | 0.00% | 0.00 |
| 50 | Thermo Fisher Scientific Inc | 24,341.75 | 557.10 | 27,855.00 | 70.00 | 0.25% | 0.00 |
| 121 | Union Pac Corp | 23,779.89 | 220.57 | 26,688.97 | 629.20 | 2.36% | 157.30 |
| 80 | Vertex Pharmaceuticals Inc | 16,070.50 | 348.34 | 27,867.20 | 0.00 | 0.00% | 0.00 |
| 236 | Visa Inc Cl A | 47,598.76 | 245.68 | 57,980.48 | 424.80 | 0.73% | 106.20 |
| | **Totals** | **1,100,274.00** | | **1,224,696.76** | **15,028.80** | **1.23%** | **1,545.10** |
| | **International Stocks/ADRs** | | | | | | |
| 1,110 | Admiral Group ADR | 29,387.55 | 31.51 | 34,970.55 | 1,922.08 | 5.50% | 0.00 |
| 271 | Alcon Inc ORD Shs | 17,084.63 | 83.69 | 22,680.75 | 56.91 | 0.25% | 0.00 |
| 204 | Canadian National Railway Company ADR | 22,992.33 | 112.61 | 22,972.44 | 644.64 | 2.81% | 0.00 |
| 1,266 | Deutsche Boerse Ag ADR | 23,875.49 | 17.71 | 22,420.86 | 318.06 | 1.42% | 0.00 |
| 1,040 | Heineken Nv | 54,644.69 | 48.71 | 50,658.40 | 889.78 | 1.76% | 0.00 |
| 535 | Medtronic PLC | 53,194.68 | 81.50 | 43,602.50 | 1,465.90 | 3.36% | 0.00 |

**NBT | WEALTH MANAGEMENT**

## Summary Of Investment Holdings

**Account Name : Diocese of Ogdensburg Endowment Account**

**Account No :**

August 01, 2023 through August 31, 2023

| Shares or Par Value | Investment Category | Tax Cost | Unit Value | Market Value | Estimated Ann Inc | Curr Yield | Accrued Income |
|---|---|---|---|---|---|---|---|
| 468 | Nestle Sa Spons ADR | 56,152.59 | 120.13 | 56,220.84 | 1,549.27 | 2.76% | 0.00 |
| 608 | Rentokil Initial PLC ADR | 24,379.96 | 37.95 | 23,073.60 | 170.65 | 0.74% | 0.00 |
| 456 | Taiwan Semiconductor Spons ADR | 35,413.55 | 93.57 | 42,667.92 | 643.78 | 1.51% | 0.00 |
| 1,189 | Unilever PLC Spons ADR | 74,360.34 | 51.02 | 60,662.78 | 2,143.53 | 3.53% | 564.30 |
| | *Totals* | 391,485.81 | | 379,930.64 | 9,804.60 | 2.58% | 564.30 |
| | **US Large Cap Equity Funds** | | | | | | |
| 13,599.082 | Manning & Napier Fd Inc New DispInd Vlu W | 102,779.08 | 7.91 | 107,568.74 | 2,813.65 | 2.62% | 0.00 |
| | *Totals* | 102,779.08 | | 107,568.74 | 2,813.65 | 2.62% | 0.00 |
| | **International Equity Funds** | | | | | | |
| 7,842.349 | Manning & Napier Fd Inc New Ovses Ser W | 234,312.64 | 29.89 | 234,407.81 | 3,232.62 | 1.38% | 0.00 |
| | *Totals* | 234,312.64 | | 234,407.81 | 3,232.62 | 1.38% | 0.00 |
| | **Real Assets: REIT/MLP Funds** | | | | | | |
| 12,126.584 | Manning & Napier Real Estate Ser W | 183,259.72 | 13.86 | 168,074.45 | 4,985.24 | 2.97% | 0.00 |
| | *Totals* | 183,259.72 | | 168,074.45 | 4,985.24 | 2.97% | 0.00 |
| | *Total Investments* | 4,292,651.95 | | 4,113,621.32 | 113,225.85 | 2.75% | 7,267.18 |
| | *Plus Accrued Income* | | | 7,267.18 | | | |
| | *Plus Net Cash* | | | 0.00 | | | |
| | *Total Market Value* | | | 4,120,888.50 | | | |

# NBT | WEALTH MANAGEMENT

**Account Name : Diocese of Ogdensburg Endowment Account**

**Account No :**

## Categorized Transaction Detail

*August 01, 2023 through August 31, 2023*

### Excluding Cash Investment Activities

**Starting Balance** $ 0.00

| Date | Description | Amount |
|---|---|---|
| **Interest Taxable** | | |
| 08/15/2023 | Interest<br>United States Treas Bds    2.0000% 02/15/50<br>Dtd 02/15/20 Rate 20000 Mat 02/15/50<br>52000 Units @ 2.00% | 520.00 |
| 08/15/2023 | Interest<br>United States Treas Bds    3.8750% 08/15/40<br>Dtd 08/15/10 Rate 3.8750% Mat 08/15/40<br>30000 Units @ 3.88% | 581.25 |
| 08/31/2023 | Interest<br>United States Treas Nts    0.5000% 08/31/27<br>United States Treas Nts 0.5 Rate 0.5000% Mat 08/31/27<br>75000 Units @ 0.50% | 187.50 |
| **Dividends** | | |
| 08/01/2023 | Daily Factor - Dividend<br>Federated Government Obligations Fund<br>99445.63 Units @ 0.05224573<br>Dividend From 07/01/2023 To 07/31/2023 | 384.31 |
| 08/09/2023 | Dividend<br>Mastercard Inc Cl A<br>258 Units @ 0.57 | 147.06 |
| 08/15/2023 | Dividend Reinvestment<br>Manning & Napier Fd Inc New Unconstrain Ser W<br>70130.329 Units @ 0.0355 | 2,489.63 |
| 08/15/2023 | Dividend Reinvestment<br>Manning & Napier High Yield Bond W<br>6270.318 Units @ 0.0531 | 332.95 |
| 08/15/2023 | Dividend Reinvestment<br>Manning & Napier Fd Inc New Core Bond W<br>43428.92 Units @ 0.0297 | 1,289.84 |
| 08/21/2023 | Dividend<br>Heineken Nv<br>Sponsored Adr L1<br>1040 Units @ 0.3801 | 395.30 |



**NBT | WEALTH MANAGEMENT**

## Categorized Transaction Detail
August 01, 2023 through August 31, 2023

**Account Name:** Diocese of Ogdensburg Endowment Account
**Account No:** [redacted]

| Date | Description | Amount |
|---|---|---|
| 08/28/2023 | Dividend<br>Masco Corp<br>968 Units @ 0.285 | 275.88 |

**Total Investment Income** **6,603.72**

| Date | Description | Amount |
|---|---|---|
| 08/21/2023 | Foreign Tax Withholding<br>Heineken Nv<br>Sponsored Adr L1<br>15.00% Netherlands Tax | (59.30) |
| 08/21/2023 | Additional Foreign Fee<br>Heineken Nv<br>Sponsored Adr L1<br>0.02000000 Per Share | (20.80) |

**Total Remittance to You** **(80.10)**

| Date | Description | Amount |
|---|---|---|
| 08/08/2023 | Scheduled Cash Disbursement<br>Investment Services payment for Inv#<br>20230630-283-8608-A | (10,845.47) |

**Total Paid On Your Behalf** **(10,845.47)**

| Date | Description | Amount |
|---|---|---|
| 08/10/2023 | Market Fee | (139.66) |

**Total Fees & Income Commissions** **(139.66)**

**Net Change - Excluding Cash Investment Activities** **(4,461.51)**

### Cash Investment Activity

| Date | Description | Units | Price | Cost |
|---|---|---|---|---|
| 08/08/2023 | Buy<br>L3 Harris Technologies Inc | 60 | 186.510 | 11,190.60 |

*Transactions* *Page 9*

FTK4341A08A0AAA.000097.09.11.000000



**NBT | WEALTH MANAGEMENT**

**Categorized Transaction Detail**
August 01, 2023 through August 31, 2023

Account Name : Diocese of Ogdensburg Endowment Account
Account No :

| Date | Description | | Units | Price | Amount |
|---|---|---|---|---|---|
| 08/08/2023 | Buy<br>L3 Harris Technologies Inc | | 5 | 186.028 | 930.14 |
| 08/09/2023 | Buy<br>L3 Harris Technologies Inc | | 66 | 188.400 | 12,434.41 |
| 08/14/2023 | Dividend Reinvestment - Buy<br>Manning & Napier Fd Inc New Unconstrain Ser W<br>Reinvestment Of Income | | 259.067 | 9.610 | 2,489.63 |
| 08/14/2023 | Dividend Reinvestment - Buy<br>Manning & Napier High Yield Bond W<br>Reinvestment Of Income | | 36.151 | 9.210 | 332.95 |
| 08/14/2023 | Dividend Reinvestment - Buy<br>Manning & Napier Fd Inc New Core Bond W<br>Reinvestment Of Income | | 142.053 | 9.080 | 1,289.84 |

**Total Purchases** 28,667.57

| Date | Description | Units | Price | Proceeds | Gain/Loss |
|---|---|---|---|---|---|
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 399 | 16.466 | 6,569.79 | (2,244.11) |
| 08/08/2023 | Sell<br>Newmont Mng Corp | 264 | 40.630 | 10,726.41 | (5,802.84) |
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 373 | 16.378 | 6,108.98 | (990.15) |
| 08/08/2023 | Sell<br>Barrick Gold Corp ADR | 479 | 16.360 | 7,836.65 | (178.91) |

**Total Sales and Redemptions** 31,241.83

| | | # of Trades | Amount |
|---|---|---|---|
| Purchases | Federated Government Obligations Fund | 6 | (21,385.23) |
| Sales | Federated Government Obligations Fund | 3 | 23,272.48 |

**Total Cash Management Summary** 1,887.25



**NBT | WEALTH MANAGEMENT**

## Categorized Transaction Detail

August 01, 2023 through August 31, 2023

Account Name : Diocese of Ogdensburg Endowment Account

Account No :

**Net Change - Cash Investment Activity**   61,796.65

### Non-Cash Investment Transactions

| Date | Description | Units | Value |
|---|---|---|---|
| 08/22/2023 | Stock Split Copart Inc | 504 | 0.00 |

**Total Additions To Account**   0.00

**Net Change - Non-Cash Investment Transactions**

**Ending Balance**   $ 0.00

FTK4341A08A0AAA.000097.11.11.000000