**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| The Roman Catholic Diocese of | ) Case No. |
| Ogdensburg, New York, | ) 23-60507 (PGR) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |

# CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| COUNTY OF LOS ANGELES | ) |

I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

I hereby certify that on September 19, 2023, I electronically filed the following documents with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A.

*Ex Parte Application Of The Official Committee Of Unsecured Creditors To Retain And Employ Pachulski Stang Ziehl & Jones Llp As Counsel Effective As Of August 17, 2023* [Docket No. 123];

And, I hereby certify that on September 28, 2023, I have mailed by the United States Postal Service the documents to the non CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28th day of September, 2023 at Santa Clarita, California.

*/s/ Myra Kulick*
Myra Kulick

# EXHIBIT A

**23-60507-6-pgr Notice will be electronically mailed to:**

- *Jeffrey Robert Anderson on behalf of Creditor Certain Personal Injury Creditors
  jeff@andersonadvocates.com,
  therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com*
- *Sheryl Betance sheryl.betance@stretto.com*
- *Ashlyn Capote on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) acapote@goldbergsegalla.com*
- *Erin Champion on behalf of U.S. Trustee U.S. Trustee USTPRegion02.UT.ECF@usdoj.gov*
- *Jillian Grace Dennehy on behalf of Defendant Evanston Insurance Company as successor-in-interest to Associated International Insurance Company jillian.dennehy@kennedyslaw.com*
- *Jillian Grace Dennehy on behalf of Defendant International Insurance Company jillian.dennehy@kennedyslaw.com*
- *Jillian Grace Dennehy on behalf of Interested Party Evanston Insurance Company as successor-in-interest to Associated International Insurance Company jillian.dennehy@kennedyslaw.com*
- *Jillian Grace Dennehy on behalf of Interested Party International Insurance Company jillian.dennehy@kennedyslaw.com*
- *Stephen A. Donato on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com*
- *Jeffrey A. Dove on behalf of Plaintiff Catholic Community of St. Philip of Jesus jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of Moriah) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of St. John the Baptist Madrid jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of St. Mary of Champlain jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church, Saranac Lake) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption, Redford jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Family of Watertown jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic Community of Holy Name and St. Matthews) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The Roman Catholic Community of Keeseville) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*

3

- *Jeffrey A. Dove on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Holy Cross Parish of Plattsburgh jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Immaculate Conception Church of Brownville (The Roman Catholic Community of Brownville and Dexter) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Immaculate Heart Central Schoolss jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and Raymondville) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall) of Hogansburg jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James Church, of Gouverneur) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Seton Academy in Plattsburg jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Society of St. James Minor Church of Carthage jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Society of St. Patricks Church of Watertown jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman Catholic Community of St. Alexander and St. Joseph) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Norwood jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Sackets Harbor jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Mooers Forks jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*

DOCS_LA:351477.1 18493/002

- *Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Wells, Hamilton County jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Anthonys Church of Watertown jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic Community of St. Augustine in North Bangor, N.Y.) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Augustines Church of Peru, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Bartholomews Church of Old Forge jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Bernards Church, Saranac Lake jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and Ellenburg) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Cecilia's Church of Adams, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic Community of Alexandria) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic Community of Constable, Westville and Trout River) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Henrys Church of Long Lake jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. James Church of Cadyville, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. James Church of Gouverneur jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Johns Church of Lyons Falls jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Joseph of Willsboro, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church West Chazy, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Dannemora jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*

- *Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community of St. Philip of Jesus and St. Joseph) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Martins Church, Port Leyden jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburgjdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Brushton, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Clayton jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Constableville jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and St. Mary and St. Hedwig) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Copenhagen, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Waddington jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity, B.M.V.) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian Lake) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Patrick's Church of Brasher Falls jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community of Burke and Chateaugay) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Colton, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic Community of Moriah) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church, Rouses Point jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Paul's Church of Black River jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St. Peter and St. Mary and St. Hedwig) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*

DOCS_LA:351477.1 18493/002

- *Jeffrey A. Dove on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Raphaels Church of Heuvelton jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Stephens Church, Croghan, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Therese Church of Newcomb, N.Y. jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont) jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers) jkahane@duanemorris.com*
- *Amy Christine Keller on behalf of Creditor LG Abuse Claimants akeller@lglaw.com, sfischer@lglaw.com*
- *Brett L Messinger on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers) BLMessinger@duanemorris.com, emariney@duanemorris.com*
- *Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers) amina@duanemorris.com*
- *Luis Orengo, Jr on behalf of Creditor Granite State Insurance Company lorengo@carltonfields.com, kathompson@carltonfields.com*
- *Luis Orengo, Jr on behalf of Defendant Granite State Insurance Company lorengo@carltonfields.com, kathompson@carltonfields.com*
- *Bradley Puklin on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers) bradley.puklin@clydeco.us*
- *Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers) nreinhardt@duanemorris.com*
- *Russell Webb Roten on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers) rwroten@duanemorris.com*
- *Jonathan Schapp on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;lcolburn@goldbergsegalla.com*
- *Ilan D. Scharf on behalf of Creditor Committee Official Committee of Unsecured Creditors ischarf@pszjlaw.com*
- *Taylor Stippel on behalf of Creditor Certain Personal Injury Creditors taylor@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com*
- *Catalina J. Sugayan on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers) catalina.sugayan@clydeco.us, nancy.lima@clydeco.us*
- *Charles J. Sullivan on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*

7

- *Charles J. Sullivan on behalf of Plaintiff Catholic Community of St. Philip of Jesus csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of Moriah) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of St. John the Baptist Madrid csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of St. Mary of Champlain csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church, Saranac Lake) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of the Assumption, Redford csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of the Holy Family of Watertown csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic Community of Holy Name and St. Matthews) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The Roman Catholic Community of Keeseville) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Holy Cross Parish of Plattsburgh csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Immaculate Conception Church of Brownville (The Roman Catholic Community of Brownville and Dexter) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Immaculate Heart Central Schoolss csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and Raymondville) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall) of Hogansburg csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James Church, of Gouverneur) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*

- *Charles J. Sullivan on behalf of Plaintiff Seton Academy in Plattsburg csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Society of St. James Minor Church of Carthage csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Society of St. Patricks Church of Watertown csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman Catholic Community of St. Alexander and St. Joseph) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Norwood csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Sackets Harbor csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Mooers Forks csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Wells, Hamilton County csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Anthonys Church of Watertown csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic Community of St. Augustine in North Bangor, N.Y.) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Augustines Church of Peru, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Bartholomews Church of Old Forge csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Bernards Church, Saranac Lake csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and Ellenburg) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Cecilia's Church of Adams, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic Community of Alexandria) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*

- *Charles J. Sullivan on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic Community of Constable, Westville and Trout River) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Henrys Church of Long Lake csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. James Church of Cadyville, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. James Church of Gouverneur csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Johns Church of Lyons Falls csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Joseph of Willsboro, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Josephs Church West Chazy, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Dannemora csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community of St. Philip of Jesus and St. Joseph) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Martins Church, Port Leyden csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Brushton, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Clayton csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Constableville csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and St. Mary and St. Hedwig) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Copenhagen, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Waddington csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity, B.M.V.) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian Lake) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*

DOCS_LA:351477.1 18493/002

- *Charles J. Sullivan on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Patrick's Church of Brasher Falls csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community of Burke and Chateaugay) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Colton, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic Community of Moriah) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Patricks Church, Rouses Point csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Paul's Church of Black River csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St. Peter and St. Mary and St. Hedwig) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Raphaels Church of Heuvelton csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Stephens Church, Croghan, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Therese Church of Newcomb, N.Y. csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont) csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *U.S. Trustee USTPRegion02.UT.ECF@usdoj.gov*
- *Nora Anne Valenza-Frost on behalf of Creditor Granite State Insurance Company nvalenza-frost@carltonfields.com*
- *Nora Anne Valenza-Frost on behalf of Defendant Granite State Insurance Company nvalenza-frost@carltonfields.com*
- *Grayson T Walter on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *Jennifer Wang on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York jwang@ccf-law.com*
- *Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers) yongli.yang@clydeco.us*

## **EXHIBIT B**

Blank Rome LLP
Attn: James R. Murray, Esq.
1825 Eye Street NW
Washington, DC 20006

Costello, Cooney & Fearon, PLLC
211 West Jefferson Street
Syracuse, New York, 13202

Luis Orengo, Jr. on behalf of Defendant Granite State Insurance Company
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

Pinto, Mucenski, Hooper, Van House & Co.
42 Market Street
Potsdam, NY 13676

Schwerzmann & Wise, P.C.
220 Sterling Street
Watertown, NY 13601

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Stretto
Stretto
410 Exchange
Ste. 100
Irvine, CA 92602

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202