UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                Debtor. | Case No.<br>23-60507 (PGR)<br><br>Chapter 11 |

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                                         )
COUNTY OF LOS ANGELES  )

I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California  90067.

I hereby certify that on September 26, 2023, I electronically filed the following documents with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A.

1. *Response Of The Official Committee Of Unsecured Creditors Regarding Debtor's Motion For Entry Of An Order Referring Certain Matters To Mediation* [Docket No. 127];

2. *Limited Objection And Reservation Of Rights Of The Official Committee Of Unsecured Creditors To Debtor's Motion For Entry Of Interim And Final Orders (I) Authorizing The Continued Maintenance Of The Diocese's Insurance Program; And (Ii) Authorizing The Payment Of Obligations In Respect Thereof* [Docket No. 128];

3. *Objection Of The Official Committee Of Unsecured Creditors To Debtor's Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105(A) And 362(A) Confirming The Applicability Of The Automatic Stay* [Docket No. 129];

4. *Limited Objection Of The Official Committee Of Unsecured Creditors To Debtor's Motion For Entry Of An Order Establishing Bar Dates For Filing Proofs Of Claim And Approving The Form And Manner Of Notice Thereof* [Docket No. 130];

5. *Limited Objection And Reservation Of Rights Of The Official Committee Of Unsecured Creditors To Debtor's Motion Authorizing, But Not Directing, The Diocese To Continue To Administer The Deposit And Loan Fund And Diocesan Trust Fund In The Ordinary Course Of Business And Consistent With Past Practice* [Docket No. 131]; and

6. *Declaration Of Karen B. Dine In Support Of The Limited Objection And Reservation Of Rights Of The Official Committee Of Unsecured Creditors To Debtor's Motion Authorizing, But Not Directing, The Diocese To Continue To Administer The Deposit And Loan Fund And Diocesan Trust Fund In The Ordinary Course Of Business And Consistent With Past Practice* [Docket No. 133]

And, I hereby certify that on September 28, 2023, I have mailed by the United States Postal Service the documents to the non CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28th day of September, 2023 at Santa Clarita, California.

*/s/ Myra Kulick*
Myra Kulick

2

DOCS_LA:351463.1 18493/002

# EXHIBIT A

- *Jeffrey Robert Anderson    jeff@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com*
- *Sheryl Betance    sheryl.betance@stretto.com*
- *Ashlyn Capote    acapote@goldbergsegalla.com*
- *Erin Champion    USTPRegion02.UT.ECF@usdoj.gov*
- *Jillian Grace Dennehy    jillian.dennehy@kennedyslaw.com*
- *Stephen A. Donato    sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com*
- *Jeffrey A. Dove    jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeff D. Kahane    jkahane@duanemorris.com*
- *Amy Christine Keller    akeller@lglaw.com, sfischer@lglaw.com*
- *Brett L Messinger    BLMessinger@duanemorris.com, emariney@duanemorris.com*
- *Andrew Mina    amina@duanemorris.com*
- *Luis Orengo    lorengo@carltonfields.com, kathompson@carltonfields.com*
- *Bradley Puklin    bradley.puklin@clydeco.us*
- *Nathan W. Reinhardt    nreinhardt@duanemorris.com*
- *Russell Webb Roten    rwroten@duanemorris.com*
- *Jonathan Schapp    jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;lcolburn@goldbergsegalla.com*
- *Ilan D. Scharf    ischarf@pszjlaw.com*
- *Taylor Stippel    taylor@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com*
- *Catalina J. Sugayan    catalina.sugayan@clydeco.us, nancy.lima@clydeco.us*
- *Charles J. Sullivan    csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *U.S. Trustee    USTPRegion02.UT.ECF@usdoj.gov*
- *Nora Anne Valenza-Frost    nvalenza-frost@carltonfields.com*
- *Grayson T Walter    gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *Jennifer Wang    jwang@ccf-law.com*
- *Yongli Yang    yongli.yang@clydeco.us*

DOCS_LA:351463.1 18493/002

## **EXHIBIT B**

Blank Rome LLP
Attn: James R. Murray, Esq.
1825 Eye Street NW
Washington, DC 20006

Costello, Cooney & Fearon, PLLC
211 West Jefferson Street
Syracuse, New York, 13202

Luis Orengo
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

Pinto, Mucenski, Hooper, Van House & Co.
42 Market Street
Potsdam, NY 13676

Schwerzmann & Wise, P.C.
220 Sterling Street
Watertown, NY 13601

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Stretto
Stretto
410 Exchange
Ste. 100
Irvine, CA 92602

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202