Hearing Date: October 3, 2023
Hearing Time: 1:00 p.m. (Eastern)
Hearing Location: Utica, New York
Objection Deadline: October 2, 2023

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                Debtor.

Case No. 23-60507 (PGR)

Chapter 11

## AMENDED NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 26, 2023, the insurers identified in the signature block below (the "Moving Insurers") moved the United States Bankruptcy Court for the Northern District of New York (the "Court"), pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, for entry of an order authorizing the Committee to issue requests for production (the "Motion") [Docket No. 138].

**PLEASE TAKE FURTHER NOTICE** that on September 26, 2023, the Moving Insurers moved the Court for entry of an order to shorten time to consider the Motion and any objections thereto at the hearing on October 3, 2023, and on September 27, 2023, the Court entered an order granting such requested relief (the "Order Shortening Time") [Docket No. 145].

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Shortening Time a hearing to consider the Motion and any objections thereto will be held on October 3, 2023 at 1:00 p.m. (prevailing Eastern Time), or as soon thereafter as counsel may appear and be heard, before the Honorable Patrick G. Radel, United States Bankruptcy Judge for the Northern District of New York, Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Room 236, Utica, New York 13501.

**PLEASE TAKE FURTHER NOTICE** that appearances may be made in-person or by

telephone, by calling 877-411-9748 and entering access code 3229032#.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Shortening Time any response(s) to the Motion shall be filed and served on or before 12:00 p.m. (prevailing Eastern Time) on October 2, 2023.

Dated: September 29, 2023

Respectfully submitted,

By: /s/ Tancred Schiavoni

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
ADAM P. HABERKORN
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Email: tschiavoni@omm.com
           ahaberkorn@omm.com

By: /s/ Marianne May

**CLYDE & CO US LLP**
MARIANNE MAY
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07960
Telephone:    (973) 120-6700
Email: Marianne.May@clydeco.us

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

RIVKIN RADLER LLP

By: /s/ Siobhain P. Minarovich

Siobhain P. Minarovich
926 RXR Plaza
Uniondale, New York 11556-0926
Telephone: (516) 357-3000
Facsimile: (516) 357-3333
siobhain.minarovich@rivkin.com

*- and -*

PARKER, HUDSON, RAINER & DOBBS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
303 Peachtree Street, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com

*- and -*

3

PARKER, HUDSON, RAINER & DOBBS LLP
Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 417-3306
Facsimile: (404) 522-8409
tjacobs@phrd.com
jbucheit@phrd.com

*Attorneys for Interstate Fire & Casualty Company*