**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| The Roman Catholic Diocese of | ) Case No. |
| Ogdensburg, New York, | ) 23-60507 (PGR) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |

## <u>CERTIFICATE OF SERVICE</u>

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| COUNTY OF LOS ANGELES | ) |

I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California  90067.

I hereby certify that on September 29, 2023, I electronically filed the following documents with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A.

1. *STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING MOVING INSURERS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING MOVING INSURERS TO ISSUE SUBPOENAS TO THE DEBTOR FOR BASIC INFORMATION ESSENTIAL TO MEDIATION THAT HAS BEEN PROVIDED TO INDIVIDUAL PLAINTIFF LAWYERS AND THE COMMITTEE*

And, I hereby certify that on September 29, 2023, I have mailed by the United States Postal Service the documents to the non CM/ECF participants listed on the attached Exhibit B.

And, I hereby certify that on September 29, 2023, I have emailed the documents to the parties listed on Exhibit C.

DOCS_LA:351463.1 18493/002

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of September, 2023 at Santa Clarita, California.

*/s/ Myra Kulick*
Myra Kulick

DOCS_LA:351463.1 18493/002

## **EXHIBIT A**

- *Jeffrey Robert Anderson    jeff@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com*
- *Sheryl Betance    sheryl.betance@stretto.com*
- *Ashlyn Capote    acapote@goldbergsegalla.com*
- *Erin Champion    USTPRegion02.UT.ECF@usdoj.gov*
- *Jillian Grace Dennehy    jillian.dennehy@kennedyslaw.com*
- *Stephen A. Donato    sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com*
- *Jeffrey A. Dove    jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeff D. Kahane    jkahane@duanemorris.com*
- *Amy Christine Keller    akeller@lglaw.com, sfischer@lglaw.com*
- *Marianne G. May    marianne.may@clydeco.us*
- *Brett L Messinger    BLMessinger@duanemorris.com, emariney@duanemorris.com*
- *Andrew Mina    amina@duanemorris.com*
- *Siobhain P. Minarovich    Siobhain.Minarovich@rivkin.com*
- *Luis Orengo    lorengo@carltonfields.com, kathompson@carltonfields.com*
- *Bradley Puklin    bradley.puklin@clydeco.us*
- *Nathan W. Reinhardt    nreinhardt@duanemorris.com*
- *Andrew Scott Rivera    arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com*
- *Russell W. Roten    RWRoten@duanemorris.com*
- *Russell Webb Roten    rwroten@duanemorris.com*
- *Jonathan Schapp    jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;lcolburn@goldbergsegalla.com*
- *Ilan D. Scharf    ischarf@pszjlaw.com*
- *Tancred V. Schiavoni    tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com*
- *Taylor Stippel    taylor@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com*
- *Catalina J. Sugayan    catalina.sugayan@clydeco.us, nancy.lima@clydeco.us*
- *Charles J. Sullivan    csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *U.S. Trustee    USTPRegion02.UT.ECF@usdoj.gov*
- *Nora Anne Valenza-Frost    nvalenza-frost@carltonfields.com*
- *Grayson T Walter    gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *Jennifer Wang    jwang@ccf-law.com*
- *Yongli Yang    yongli.yang@clydeco.us*

DOCS_LA:351463.1 18493/002

## EXHIBIT B

Blank Rome LLP
Attn: James R. Murray, Esq.
1825 Eye Street NW
Washington, DC 20006

Costello, Cooney & Fearon, PLLC
211 West Jefferson Street
Syracuse, New York, 13202

Jeff Darryl Kahane
Duane Morris LLP
865 South Figueroa Street
Ste. 3100
Los Angeles, CA 90017

Marianne May
Clyde & Co US LLP
340 Mt. Kemble Avenue
Suite 300
Morristown, NJ 07960

Luis Orengo
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

Pinto, Mucenski, Hooper, Van House & Co.
42 Market Street
Potsdam, NY 13676

Schwerzmann & Wise, P.C.
220 Sterling Street
Watertown, NY 13601

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Stretto
Stretto
410 Exchange
Ste. 100
Irvine, CA 92602

4

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202Blank Rome LLP

DOCS_LA:351463.1 18493/002

## **EXHIBIT C**
**Email Service**


Todd C. Jacobs *tjacobs@phrd.com*

John E. Bucheit *jbucheit@phrd.com*

DOCS_LA:351463.1 18493/002