**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| The Roman Catholic Diocese of ) | Case No. |
| Ogdensburg, New York, ) | 23-60507 (PGR) |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

I hereby certify that on September 29, 2023, I served by email transmission the following document to the parties listed on the attached Exhibit A.

1. *STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING MOVING INSURERS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING MOVING INSURERS TO ISSUE SUBPOENAS TO THE DEBTOR FOR BASIC INFORMATION ESSENTIAL TO MEDIATION THAT HAS BEEN PROVIDED TO INDIVIDUAL PLAINTIFF LAWYERS AND THE COMMITTEE*

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of September, 2023 at Santa Clarita, California.

*/s/ Myra Kulick*
Myra Kulick

DOCS_LA:351534.1 18493/002

## EXHIBIT A
### Email Service

Adam P. Haberkorn *ahaberkorn@omm.com*

Harris B. Winsberg *hwinsberg@phrd.com*

Matthew M. Weiss *mweiss@phrd.com*

Matthew G. Roberts *mroberts@phrd.com*

DOCS_LA:351534.1 18493/002