**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| The Roman Catholic Diocese of | ) Case No. |
| Ogdensburg, New York, | ) 23-60507 (PGR) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )

                                 )

COUNTY OF LOS ANGELES   )

     I, Janice G. Washington, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

     I hereby certify that on September 29, 2023, I electronically filed the following documents with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A.

(1)     **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**

    (A)    **RESPONSE TO INSURERS' LIMITED OBJECTION INTO THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF; AND**

    (B)    **RESPONSE TO CENTURY'S OBJECTION TO THE DEBTOR'S MOTION FOR ENTRY OF AN ORDER ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER**

And, I hereby certify that on September 29, 2023, I have mailed by the United States Postal Service the documents to the non CM/ECF participants listed on the attached Exhibit B.

And, I hereby certify that on September 29, 2023, I have emailed the documents to the parties listed on Exhibit C.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of September, 2023 at Santa Clarita, California.

                                     */s/ Janice G. Washington*
                                        Janice G. Washington

# EXHIBIT A

# EXHIBIT A

Jeffrey Robert Anderson on behalf of Creditor Certain Personal Injury Creditors
jeff@andersonadvocates.com,
therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com
Sheryl Betance sheryl.betance@stretto.com
Ashlyn Capote on behalf of Defendant Employers Insurance Company of Wausau (f/k/a
Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance
Company of Wisconsin)
acapote@goldbergsegalla.com
Erin Champion on behalf of U.S. Trustee U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov
Jillian Grace Dennehy on behalf of Defendant Evanston Insurance Company as successor-in-
interest to Associated International Insurance Company
jillian.dennehy@kennedyslaw.com
Jillian Grace Dennehy on behalf of Defendant International Insurance Company
jillian.dennehy@kennedyslaw.com
Jillian Grace Dennehy on behalf of Interested Party Evanston Insurance Company as successor-
in-interest to Associated International Insurance Company
jillian.dennehy@kennedyslaw.com
Jillian Grace Dennehy on behalf of Interested Party International Insurance Company
jillian.dennehy@kennedyslaw.com
Karen B. Dine on behalf of Creditor Committee Official Committee of Unsecured Creditors
kdine@pszjlaw.com
Stephen A. Donato on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New
York
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com
Jeffrey A. Dove on behalf of Plaintiff Catholic Community of St. Philip of Jesus
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of
Moriah)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton
County
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of St. John the Baptist Madrid
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of St. Mary of Champlain
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards

Church, Saranac Lake)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption, Redford
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Family of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic
Community of Holy Name and St. Matthews)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The
Roman Catholic Community of Keeseville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Holy Cross Parish of Plattsburgh
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Immaculate Conception Church of Brownville (The
Roman Catholic Community of Brownville and Dexter)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Immaculate Heart Central Schoolss
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace
Parish)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and
Raymondville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-

4

1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New
York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall)
of Hogansburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James
Church, of Gouverneur)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Seton Academy in Plattsburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Society of St. James Minor Church of Carthage
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Society of St. Patricks Church of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman
Catholic Community of St. Alexander and St. Joseph)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New
York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Norwood

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Sackets Harbor
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Mooers Forks
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Wells, Hamilton County
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthonys Church of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic Community of St. Augustine in North Bangor, N.Y.)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustines Church of Peru, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bartholomews Church of Old Forge
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards Church, Saranac Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and Ellenburg)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cecilia's Church of Adams, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

6

Jeffrey A. Dove on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic Community of Alexandria)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic Community of Constable, Westville and Trout River)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Henrys Church of Long Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. James Church of Cadyville, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. James Church of Gouverneur
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Johns Church of Lyons Falls
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Joseph of Willsboro, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Dannemora
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community of St. Philip of Jesus and St. Joseph)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Martins Church, Port Leyden

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Brushton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Clayton
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Constableville
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com


Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and St. Mary and St. Hedwig)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Copenhagen, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Waddington
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity, B.M.V.)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian Lake)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

DOCS_LA:351542.1 18493/002

Jeffrey A. Dove on behalf of Plaintiff St. Patrick's Church of Brasher Falls
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community
of Burke and Chateaugay)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Colton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic
Community of Moriah)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church, Rouses Point
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Paul's Church of Black River
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community
of St. Peter and St. Mary and St. Hedwig)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Raphaels Church of Heuvelton
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Stephens Church, Croghan, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman
Catholic Community of Cape Vincent, Rosiere and Chaumont)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New
York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-

9

1212@ecf.pacerpro.com
Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
Jeff D. Kahane on behalf of Defendant Certain London Market Companies
jkahane@duanemorris.com
Jeff D. Kahane on behalf of Defendant Certain Underwriters at Lloyds, London
jkahane@duanemorris.com
Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers)
jkahane@duanemorris.com
Jeff D. Kahane on behalf of Interested Party London Market Insurers
jkahane@duanemorris.com
Amy Christine Keller on behalf of Creditor LG Abuse Claimants
akeller@lglaw.com, sfischer@lglaw.com
Marianne G. May on behalf of Defendant Insurance Company of North America
marianne.may@clydeco.us
Marianne G. May on behalf of Interested Party Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America
marianne.may@clydeco.us
Brett L Messinger on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers)
BLMessinger@duanemorris.com, emariney@duanemorris.com
Andrew Mina on behalf of Defendant Certain London Market Companies
amina@duanemorris.com
Andrew Mina on behalf of Defendant Certain Underwriters at Lloyds, London
amina@duanemorris.com
Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers)
amina@duanemorris.com
Andrew Mina on behalf of Interested Party London Market Insurers
amina@duanemorris.com
Siobhain P. Minarovich on behalf of Defendant Interstate Fire & Casualty Company
Siobhain.Minarovich@rivkin.com
Siobhain P. Minarovich on behalf of Interested Party Interstate Fire & Casualty Company
Siobhain.Minarovich@rivkin.com
Luis Orengo, Jr on behalf of Creditor Granite State Insurance Company
lorengo@carltonfields.com, kathompson@carltonfields.com
Luis Orengo, Jr on behalf of Defendant Granite State Insurance Company
lorengo@carltonfields.com, kathompson@carltonfields.com
Bradley Puklin on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers)
bradley.puklin@clydeco.us
Nathan W. Reinhardt on behalf of Defendant Certain London Market Companies
nreinhardt@duanemorris.com

Nathan W. Reinhardt on behalf of Defendant Certain Underwriters at Lloyds, London
nreinhardt@duanemorris.com
Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyd's, London and
Certain London Market Companies (collectively, London Market Insurers)
nreinhardt@duanemorris.com
Nathan W. Reinhardt on behalf of Interested Party London Market Insurers
nreinhardt@duanemorris.com
Andrew Scott Rivera on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New
York
arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com
Russell W. Roten on behalf of Defendant Certain London Market Companies
RWRoten@duanemorris.com
Russell W. Roten on behalf of Defendant Certain Underwriters at Lloyds, London
RWRoten@duanemorris.com
Russell Webb Roten on behalf of Defendant Certain London Market Companies
rwroten@duanemorris.com
Russell Webb Roten on behalf of Defendant Certain Underwriters at Lloyds, London
rwroten@duanemorris.com
Russell Webb Roten on behalf of Interested Party Certain Underwriters at Lloyd's, London and
Certain London Market Companies (collectively, London Market Insurers)
rwroten@duanemorris.com
Russell Webb Roten on behalf of Interested Party London Market Insurers
rwroten@duanemorris.com
Jonathan Schapp on behalf of Defendant Employers Insurance Company of Wausau (f/k/a
Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance
Company of Wisconsin)
jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;lcolburn@goldbergsegalla.com
Ilan D. Scharf on behalf of Creditor Committee Official Committee of Unsecured Creditors
ischarf@pszjlaw.com
Ilan D. Scharf on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
ischarf@pszjlaw.com
Tancred V. Schiavoni on behalf of Defendant Insurance Company of North America
tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
Tancred V. Schiavoni on behalf of Interested Party Century Indemnity Company, as successor to
CCI Insurance Company, as successor to Insurance Company of North America
tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
Taylor Stippel on behalf of Creditor Certain Personal Injury Creditors
taylor@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com
Catalina J. Sugayan on behalf of Interested Party Certain Underwriters at Lloyd's, London and
Certain London Market Companies (collectively, London Market Insurers)
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us
Charles J. Sullivan on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Catholic Community of St. Philip of Jesus
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community

of Moriah)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of St. John the Baptist Madrid
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of St. Mary of Champlain
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church, Saranac Lake)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of the Assumption, Redford
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of the Holy Family of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic Community of Holy Name and St. Matthews)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The Roman Catholic Community of Keeseville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Holy Cross Parish of Plattsburgh
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Immaculate Conception Church of Brownville (The Roman Catholic Community of Brownville and Dexter)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Immaculate Heart Central Schoolss
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and Raymondville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake,

New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri
Hall) of Hogansburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James
Church, of Gouverneur)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Seton Academy in Plattsburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Society of St. James Minor Church of Carthage
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Society of St. Patricks Church of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman
Catholic Community of St. Alexander and St. Joseph)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper
Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone,
New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Norwood
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Sackets Harbor
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Mooers Forks
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Wells, Hamilton County
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Anthonys Church of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic
Community of St. Augustine in North Bangor, N.Y.)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustines Church of Peru, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Bartholomews Church of Old Forge
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Bernards Church, Saranac Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain
and Ellenburg)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Cecilia's Church of Adams, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic
Community of Alexandria)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic
Community of Constable, Westville and Trout River)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Henrys Church of Long Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. James Church of Cadyville, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. James Church of Gouverneur
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Johns Church of Lyons Falls
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Joseph of Willsboro, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Dannemora
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community
of St. Philip of Jesus and St. Joseph)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

14

Charles J. Sullivan on behalf of Plaintiff St. Martins Church, Port Leyden
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Brushton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Clayton
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Constableville
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of
St. Peter and St. Mary and St. Hedwig)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Copenhagen, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Waddington
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of
the Nativity, B.M.V.)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New
York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake
and Indian Lake)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Patrick's Church of Brasher Falls
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic
Community of Burke and Chateaugay)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Colton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic
Community of Moriah)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Patricks Church, Rouses Point
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Paul's Church of Black River
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St. Peter and St. Mary and St. Hedwig)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Raphaels Church of Heuvelton
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Stephens Church, Croghan, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov
Nora Anne Valenza-Frost on behalf of Creditor Granite State Insurance Company
nvalenza-frost@carltonfields.com
Nora Anne Valenza-Frost on behalf of Defendant Granite State Insurance Company
nvalenza-frost@carltonfields.com
Grayson T Walter on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
Jennifer Wang on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
jwang@ccf-law.com
Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers)
yongli.yang@clydeco.us

# EXHIBIT B

## EXHIBIT B

Blank Rome LLP
Attn: James R. Murray, Esq.
1825 Eye Street NW
Washington, DC 20006

Costello, Cooney & Fearon, PLLC
211 West Jefferson Street
Syracuse, New York, 13202

Jeff Darryl Kahane
Duane Morris LLP
865 South Figueroa Street
Ste. 3100
Los Angeles, CA 90017

Marianne May
Clyde & Co US LLP
340 Mt. Kemble Avenue
Suite 300
Morristown, NJ 07960

Luis Orengo
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

Pinto, Mucenski, Hooper, Van House & Co.
42 Market Street
Potsdam, NY 13676

Schwerzmann & Wise, P.C.
220 Sterling Street
Watertown, NY 13601

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Stretto
Stretto
410 Exchange
Ste. 100
Irvine, CA 92602

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

17

# EXHIBIT C

**EXHIBIT C**

Electronic Mail Service to:

Todd C. Jacobs
tjacobs@phrd.com

John E. Bucheit
jbucheit@phrd.com

Adam P. Haberkorn
ahaberkorn@omm.com

Harris B. Winsberg
hwinsberg@phrd.com

Matthew M. Weiss
mweiss@phrd.com

Matthew G. Roberts
mroberts@phrd.com