

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**SIOBHAIN P. MINAROVICH**
PARTNER
(516) 357-3034
siobhain.minarovich@rivkin.com

October 3, 2023

**VIA ECF**

U.S. Bankruptcy Court
Alexander Pirnie U.S. Courthouse and Federal Building
10 Broad Street
Utica, NY 13501
Attn: Clerk of Court

Re:  *The Roman Catholic Diocese of Ogdensburg, New York*
Case No.: 23-60507-PGR
RR File No.:  14200.12387

Dear Sir or Madam:

This firm represents Interstate Fire & Casualty Company in the above-referenced action.  Please be advised that yesterday, we inadvertently filed two *pro hac vice* motions seeking admission for attorney Matthew Weiss (ECF Doc. Nos. 161 and 162).  As such, we respectfully request that the motion filed at ECF Doc. No. 162 be withdrawn from the docket.

Thank you in advance for your assistance.

Very truly yours,

RIVKIN RADLER LLP

*/s/ Siobhain P. Minarovich*

Siobhain P. Minarovich

66 South Pearl Street, 11th Floor    25 Main Street              1301 Riverplace Boulevard    477 Madison Avenue        2649 South Road
Albany, NY 12207-1533           Court Plaza North, Suite 501    Jacksonville, FL 32207-9047    New York, NY 10022-5843    Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199   Hackensack, NJ 07601-7082       T 904.792.8925 F 904.467.3461  T 212.455.9555 F 212.687.9044  T 845.473.8100 F 845.473.8777
                                T 201.287.2460 F 201.489.0495