So Ordered.

Signed this 10 day of October, 2023.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>Debtor. | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

## FINAL ORDER CONFIRMING APPLICATION OF AUTOMATIC STAY

Upon the motion of The Roman Catholic Diocese of Ogdensburg, New York (the "Diocese") for entry of an order confirming the applicability of the automatic stay of section 362(a)(1) of the Bankruptcy Code [Docket No. 18] (the "Motion");[1] and upon finding that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; that venue of this Chapter 11 Case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and the Court having reviewed the Motion and the record in this Chapter 11 Case and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

determined that granting the relief requested in the Motion is in the best interests of the Diocese, its estate, creditors and other parties in interest; and after due deliberation thereon, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

PGR

1. The Motion is GRANTED, by stipulation of the parties, ~~as~~ on the terms set forth herein.

2. Pursuant to 11 U.S.C. § 362(a)(1), any judicial, administrative, or other action or proceeding in which the Diocese is named as a party defendant is, effective as of the Petition Date, automatically stayed in its entirety.

3. The Diocese is hereby authorized to file a copy of this order on the docket of any judicial, administrative, or other action or proceeding in which the Diocese is named as a party defendant.

4. This order shall be effective and enforceable immediately upon its entry.

5. The Diocese is hereby authorized to take all actions it determines are necessary to effectuate the relief granted pursuant to this order in accordance with the Motion.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this order.

###