**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

---

In re:

The Roman Catholic Diocese of Ogdensburg, New York,
Debtor.

Case No.: 23-60507

Chapter 11

---

### CERTIFICATE OF SERVICE FOR LETTER TO HON. PATRICK G. RADEL RE PROPOSED ORDERS ESTABLISHING BAR DATE AND ORDER REFERRING MATTERS TO MEDIATION [195]

I, Nathan Reinhardt, declare that I caused the above-referenced documents to be served by

means as indicated below:

**By NEF on October 16, 2023**

Jeffrey Robert Anderson on behalf of Creditor Certain Personal Injury Creditors

jeff@andersonadvocates.com,therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com

Sheryl Betance

sheryl.betance@stretto.com

Ashlyn Capote on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance ofWausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin)

acapote@goldbergsegalla.com

Erin Champion on behalf of U.S. Trustee U.S. Trustee

USTPRegion02.UT.ECF@usdoj.gov

Jillian Grace Dennehy on behalf of Defendant Evanston Insurance Company as successor-in-interest to AssociatedInternational Insurance Company

jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Defendant International Insurance Company

DM3\9934909.1

jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Interested Party Evanston Insurance Company as successor-in-interest toAssociated International Insurance Company

jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Interested Party International Insurance Company

jillian.dennehy@kennedyslaw.com

Stephen A. Donato on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York

sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Jeffrey A. Dove on behalf of Plaintiff Catholic Community of St. Philip of Jesus

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of Moriah)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. John the Baptist Madrid

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. Mary of Champlain

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church, SaranacLake)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption, Redford

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Family of Watertown

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic
Community of HolyName and St. Matthews)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The
Roman CatholicCommunity of Keeseville)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Holy Cross Parish of Plattsburgh

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Immaculate Conception Church of Brownville (The
Roman Catholic Community of Brownville and Dexter)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Immaculate Heart Central Schoolss

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and Raymondville)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall) of Hogansburg

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James Church, of Gouverneur)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Seton Academy in Plattsburg

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Society of St. James Minor Church of Carthage

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Society of St. Patricks Church of Watertown

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman
Catholic Community ofSt. Alexander and St. Joseph)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New
York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Norwood

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Sackets Harbor

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Mooers Forks

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Wells, Hamilton County

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthonys Church of Watertown

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic
Community of St.Augustine in North Bangor, N.Y.)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustines Church of Peru, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bartholomews Church of Old Forge

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards Church, Saranac Lake

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and
Ellenburg)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cecilia's Church of Adams, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic
Community of Alexandria)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic
Community ofConstable, Westville and Trout River)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Henrys Church of Long Lake

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. James Church of Cadyville, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. James Church of Gouverneur

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Johns Church of Lyons Falls

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Joseph of Willsboro, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Dannemora

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community of St. Philip of Jesusand St. Joseph)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Martins Church, Port Leyden

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Brushton, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Clayton

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Constableville

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and St.Mary and St. Hedwig)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Copenhagen, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Waddington

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity, B.M.V.)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian Lake)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patrick's Church of Brasher Falls

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community of Burke andChateaugay)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Colton, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic Community of Moriah)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church, Rouses Point

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Paul's Church of Black River

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St. Peter and St.Mary and St. Hedwig)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Raphaels Church of Heuvelton

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Stephens Church, Croghan, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman CatholicCommunity of Cape Vincent, Rosiere and Chaumont)

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London MarketCompanies (collectively, London Market Insurers)

jkahane@duanemorris.com

Amy Christine Keller on behalf of Creditor LG Abuse Claimants

akeller@lglaw.com, sfischer@lglaw.com

Brett L Messinger on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain LondonMarket Companies (collectively, London Market Insurers)

BLMessinger@duanemorris.com, emariney@duanemorris.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London MarketCompanies (collectively, London Market Insurers)

amina@duanemorris.com

Luis Orengo, Jr on behalf of Creditor Granite State Insurance Company

lorengo@carltonfields.com, kathompson@carltonfields.com

Luis Orengo, Jr on behalf of Defendant Granite State Insurance Company

lorengo@carltonfields.com, kathompson@carltonfields.com

Bradley Puklin on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London MarketCompanies (collectively, London Market Insurers)

bradley.puklin@clydeco.us

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain LondonMarket Companies (collectively, London Market Insurers)

nreinhardt@duanemorris.com

Russell Webb Roten on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain LondonMarket Companies (collectively, London Market Insurers)

rwroten@duanemorris.com

Jonathan Schapp on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance ofWausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin)

jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;lcolburn@goldbergsegalla.com

IIan D. Scharf on behalf of Creditor Committee Official Committee of Unsecured Creditors

ischarf@pszjlaw.com

IIan D. Scharf on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York

ischarf@pszjlaw.com

Taylor Stippel on behalf of Creditor Certain Personal Injury Creditors

taylor@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com

Catalina J. Sugayan on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain LondonMarket Companies (collectively, London Market Insurers)

catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Charles J. Sullivan on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Catholic Community of St. Philip of Jesus

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of Moriah)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. John the Baptist Madrid

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. Mary of Champlain

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church, SaranacLake)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Assumption, Redford

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Family of Watertown

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic
Community ofHoly Name and St. Matthews)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Immaculate Conception of Keeseville
(The Roman CatholicCommunity of Keeseville)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Holy Cross Parish of Plattsburgh

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Immaculate Conception Church of Brownville (The
Roman CatholicCommunity of Brownville and Dexter)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Immaculate Heart Central Schoolss

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of
Grace Parish)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and
Raymondville)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall) of Hogansburg

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James Church, ofGouverneur)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Seton Academy in Plattsburg

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Society of St. James Minor Church of Carthage

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Society of St. Patricks Church of Watertown

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman Catholic Communityof St. Alexander and St. Joseph)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Norwood

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Sackets Harbor

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Mooers Forks

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Wells, Hamilton County

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anthonys Church of Watertown

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic Community of St.Augustine in North Bangor, N.Y.)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustines Church of Peru, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bartholomews Church of Old Forge

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards Church, Saranac Lake

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and Ellenburg)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Cecilia's Church of Adams, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic Community ofAlexandria)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic Community ofConstable, Westville and Trout River)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Henrys Church of Long Lake

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. James Church of Cadyville, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. James Church of Gouverneur

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Johns Church of Lyons Falls

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Joseph of Willsboro, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Dannemora

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community
of St. Philip ofJesus and St. Joseph)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Martins Church, Port Leyden

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Brushton, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Clayton

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Constableville

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and St.Mary and St. Hedwig)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Copenhagen, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Waddington

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity,B.M.V.)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian Lake)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patrick's Church of Brasher Falls

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community of Burke andChateaugay)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Colton, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic Community of Moriah)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church, Rouses Point

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Paul's Church of Black River

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St. Peter andSt. Mary and St. Hedwig)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Raphaels Church of Heuvelton

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Stephens Church, Croghan, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman CatholicCommunity of Cape Vincent, Rosiere and Chaumont)

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

U.S. Trustee

USTPRegion02.UT.ECF@usdoj.gov

Nora Anne Valenza-Frost on behalf of Creditor Granite State Insurance Company

nvalenza-frost@carltonfields.com

Nora Anne Valenza-Frost on behalf of Defendant Granite State Insurance Company

nvalenza-frost@carltonfields.com

Grayson T Walter on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York

gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Jennifer Wang on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York

jwang@ccf-law.com

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London MarketCompanies (collectively, London Market Insurers)

yongli.yang@clydeco.us

**By U.S. Mail on October 17, 2023**

Blank Rome LLP
Attn: James R. Murray,
Esq. 1825 Eye Street
NW Washington, DC
20006

Marianne May
Clyde & Co US
LLP 340 Mt.
Kemble Avenue
Suite 300
Morristown, NJ 07960

Luis Orengo, Jr. on behalf of Defendant Granite State Insurance Company
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

Costello, Cooney & Fearon, PLLC
211 West Jefferson Street
Syracuse,New York, 13202

Pinto, Mucenski, Hooper, Van House
& Co. 42 Market Street
Potsdam, NY 13676

Schwerzmann & Wise,
P.C. 220 Sterling Street
Watertown, NY 13601

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New
York Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

Dated:  October 17, 2023                     Respectfully submitted,

                                             By: */s/ Nathan Reinhardt*
                                                 Nathan Reinhardt (*pro hac vice*)
                                                 Jeff D. Kahane (*pro hac vice*)
                                                 Duane Morris LLP
                                                 865 S. Figueroa Street, Suite 3100
                                                 Los Angeles, CA  90017-5450
                                                 Telephone: (213) 689-7400
                                                 Facsimile:  (213) 689-7401
                                                 Email: NReinhardt@duanemorris.com