UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                Debtor. | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

# CERTIFICATE OF SERVICE

    I, Christopher Chiu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

    On October 16, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Letter Re: The Roman Catholic Diocese of Ogdensburg, New York.; Case No. 23-60507; and The Roman Catholic Diocese of Ogdensburg, New York.; et al v. Certain Underwriters at Lloyd's, London; et al; Adv. Pro. Case No. 23-80013 – Proposed Bar Date and Mediation Orders** (Docket No. 194)

Dated: October 17, 2023

                */s/ Christopher Chiu*
                Christopher Chiu
                STRETTO
                410 Exchange, Suite 100
                Irvine, CA 92602
                (855) 329-4244

# Exhibit A



## Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ABUSE CLAIMANTS | C/O ABRAHAM WATKINS NICHOLS, ET AL | 800 COMMERCE ST | ATTN: MUHAMMAD S. AZIZ | HOUSTON | TX | 77002-1776 |
| ABUSE CLAIMANTS | C/O ASK LLP | 2600 EAGAN WOODS DR  400 | | ST PAUL | MN | 55121 |
| ABUSE CLAIMANTS | C/O BELLUCK & FOX, LLP | 546 5TH AVE 5TH FLOOR | | NEW YORK | NY | 10036 |
| ABUSE CLAIMANTS | C/O D'ARCY JOHNSON DAY, PC | 1501 BROADWAY 12TH FLOOR | ATTN: PETER W. SMITH | NEW YORK | NY | 10036 |
| ABUSE CLAIMANTS | C/O DOUGLAS & LONDON, P.C. | 59 MAIDEN LN 6TH FLOOR | ATTN: RANDOLPH JANIS | NEW YORK | NY | 10038 |
| ABUSE CLAIMANTS | C/O FREESE & GOSS | 3031 ALLEN ST  200 | ATTN: TIM K. GOSS | DALLAS | TX | 75204 |
| ABUSE CLAIMANTS | C/O FREESE & GOSS | 3500 MAPLE AVE SUITE 1100 | ATTN: TIM K. GOSS AND P DE LA CERDA | DALLAS | TX | 75219 |
| ABUSE CLAIMANTS | C/O HERMAN LAW | 434 W 33RD STREET PENTHOUSE | ATTN: JEFF HERMAN | NEW YORK | NY | 10001 |
| ABUSE CLAIMANTS | C/O HURLEY MCKENNA & MERTZ, P.C. | 20 S CLARK ST SUITE 2250 | ATTN: C HURLEY, E SMOLA, M MCKENNA | CHICAGO | IL | 60603 |
| ABUSE CLAIMANTS | C/O JAMES, VERNON AND WEEKS, P.A. | 1626 LINCOLN WAY | ATTN: L JAMES, IV & C VERNON | COEUR D'ALENE | ID | 83814 |
| ABUSE CLAIMANTS | C/O JAVERBAUM WURGAFT HICKS ET AL | 505 MORRIS AVENUE 2ND FLOOR | ATTN: ERIC G. KAHN & RUBIN M SININS | SPRINGFIELD | NJ | 07081 |
| ABUSE CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, PA | 363 7TH AVENUE 12TH FLOOR | ATTN: J ANDERSON AND J RECK | NEW YORK | NY | 10001 |
| ABUSE CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, PA | 55 WEST 39TH STREET ELEVENTH FLOOR | ATTN: J ANDERSON AND T STIPPEL | NEW YORK | NY | 10018 |
| ABUSE CLAIMANTS | C/O LAFAVE, WEIN & FRAMENT, PLLC | 1 WALL STREET | ATTN: CYNTHIA S LAFAVE, MIKE LAFAVE | ALBANY | NY | 12205 |
| ABUSE CLAIMANTS | C/O LAFAVE, WEIN & FRAMENT, PLLC | 1 WALL STREET | ATTN: CYNTHIA S LAFAVE, MIKE LAFAVE | ALBANY | NY | 12205-3827 |
| ABUSE CLAIMANTS | C/O LAFFEY, BUCCI & KENT, LLP | 3 COLUMBUS CIRCLE 14TH FLOOR | ATTN: B KENT, G D'ANDREA, & L STRAM | NEW YORK | NY | 10070 |
| ABUSE CLAIMANTS | C/O LAW OFFICE OF ELLIE SILVERMAN | 135 E 57TH STREET UNIT 100 | ATTN: ELLIE A. SILVERMAN | NEW YORK | NY | 10022 |
| ABUSE CLAIMANTS | C/O LAW OFFICES OF M GARABEDIAN | 100 STATE STREET 6TH FLOOR | ATTN: M GARABEDIAN AND W GORDON | BOSTON | MA | 02109 |
| ABUSE CLAIMANTS | C/O LAW OFFICES OF MICHAEL G. DOWD | 1981 MARCUS AVENUE SUITE 200 | ATTN: MICHAEL G. DOWD | LAKE SUCCESS | NY | 11042 |
| ABUSE CLAIMANTS | C/O LAW OFFICES OF MICHAEL G. DOWD | 600 THIRD AVENUE 15TH FLOOR | ATTN: MICHAEL G. DOWD | NEW YORK | NY | 10016 |
| ABUSE CLAIMANTS | C/O LEVY KONIGSBERG, LLP | 605 THIRD AVE 33RD FL | ATTN: HELENE M. WEISS | NEW YORK | NY | 10158 |
| ABUSE CLAIMANTS | C/O LIPSITZ GREEN SCIME CAMBRIA LLP | 42 DELAWARE AVE STE 120 | ATTN: AMY C. KELLER AND C CROGLIO | BUFFALO | NY | 14202-3924 |
| ABUSE CLAIMANTS | C/O MARC J. BERN & PARTNERS, LLP | 60 E 42ND STREET SUITE 950 | | NEW YORK | NY | 10165 |
| ABUSE CLAIMANTS | C/O MARSH LAW FIRM PLLC | 31 HUDSON YARDS 11TH FLOOR | ATTN: J MARSH, J FREEMAN & R LEWIS | NEW YORK | NY | 10001-2170 |
| ABUSE CLAIMANTS | C/O MATTHEWS & ASSOCIATES | 2905 SACKETT STREET | ATTN: DAVID P. MATTHEWS | HOUSTON | TX | 77098 |
| ABUSE CLAIMANTS | C/O MERSON LAW, PLLC | 150 EAST 58TH ST 34TH FLOOR | ATTN: J MERSON AND J MAUTNER | NEW YORK | NY | 10155 |
| ABUSE CLAIMANTS | C/O MERSON LAW, PLLC | 950 THIRD AVENUE 18TH FLOOR | ATTN: J MERSON AND S CANTOS | NEW YORK | NY | 10022 |
| ABUSE CLAIMANTS | C/O MONROE LAW LLC | 90 STATE STREET STE 700 | ATTN: TERESA A. MONROE | ALBANY | NY | 12207 |
| ABUSE CLAIMANTS | C/O NOAKER LAW FIRM, LLC | 1600 UTICA AVE S 9TH FLOOR | ATTN: PATRICK NOAKER | ST. LOUIS PARK | MN | 55416 |
| ABUSE CLAIMANTS | C/O POWERS & SANTOLA, LLP | 100 GREAT OAKS BLVD SUITE 123 | | ALBANY | NY | 12203 |
| ABUSE CLAIMANTS | C/O REICH & BINSTOCK | 4265 SAN FELIPE SUITE 1000 | ATTN: DENNIS REICH | HOUSTON | TX | 77027 |
| ABUSE CLAIMANTS | C/O RHEINGOLD GIUFFRA RUFFO ET AL | 551 FIFTH AVENUE 29TH FLOOR | ATTN: THOMAS P. GIUFFRA | NEW YORK | NY | 10016 |
| ABUSE CLAIMANTS | C/O RONALD J. KIM, PC | PO BOX 318 | ATTN: RONALD J. KIM | SARATOGA SPGS | NY | 12866 |
| ABUSE CLAIMANTS | C/O SEEGER WEISS, LLP | 77 WATER STREET 8TH FLOOR | ATTN: STEPHEN A. WEISS & R BARRECA | NEW YORK | NY | 10005 |
| ABUSE CLAIMANTS | C/O SIMMONS HANLY CONROY LLC | 112 MADISON AVENUE 7TH FLOOR | ATTN: P HANLY, JR. AND T MIRACLE | NEW YORK | NY | 10016 |
| ABUSE CLAIMANTS | C/O SIMPSON TUEGEL LAW FIRM | 3611 SWISS AVENUE SUITE 200 | ATTN: MICHELLE SIMPSON TUEGEL | DALLAS | TX | 75204 |
| ABUSE CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | 445 BROAD HOLLOW RD STE 419 | ATTN: ADAM P. SLATER | MELVILLE | NY | 11747 |
| ABUSE CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | 488 MADISON AVE 20TH FLOOR | ATTN: ADAM P. SLATER & LINC C LEDER | NEW YORK | NY | 10022 |
| ABUSE CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | 909 THIRD AVE 28TH FLOOR | ATTN: ADAM P. SLATER & LINC C LEDER | NEW YORK | NY | 10022 |
| ABUSE CLAIMANTS | C/O SWEENEY, REICH & BOLZ, LLP | 1981 MARCUS AVENUE SUITE 200 | ATTN: GERARD J. SWEENEY | LAKE SUCCESS | NY | 11042 |
| ABUSE CLAIMANTS | C/O TOLMAGE, PESKIN, HARRIS ET AL | 20 VESEY ST 7TH FLOOR | ATTN: STEPHAN H. PESKIN | NEW YORK | NY | 10007 |
| ABUSE CLAIMANTS | C/O TREVETT CRISTO | 2 STATE STREET 1000 | ATTN: MELANIE S. WOLK | ROCHESTER | NY | 14614 |
| ABUSE CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | 220 LAKE DRIVE EAST SUITE 210 | ATTN: JERRY KRISTAL | CHERRY HILL | NJ | 08002 |
| ABUSE CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | 700 BROADWAY | ATTN: JERRY KRISTAL | NEW YORK | NY | 10003 |
| ABUSE CLAIMANTS | C/O WILLIAMS CEDAR, LLC | 1515 MARKET ST STE 1300 | ATTN G WILLIAMS S FRIEDMAN & B COLE | PHILADELPHIA | PA | 19102-1931 |
| ABUSE CLAIMANTS | CO PFAU COCHRAN VERTETIS AMALA PLLC | 31 HUDSON YARDS 11TH FLOOR | ATTN: V NAPPO AND A DOUMANIAN | NEW YORK | NY | 10001-2170 |
| ACAR LEASING LTD | | PO BOX 183853 | | ARLINGTON | TX | 76096 |
| ATTORNEY GENERAL OF THE STATE OF NY | OFFICE OF THE NY STATE AG | THE CAPITOL | ATTN: LETITA JAMES | ALBANY | NY | 12224-0341 |
| CENTURY INDEMNITY COMPANY | C/O CLYDE & CO US LLP | 340 MT KEMBLE AVENUE SUITE 300 | ATTN: MARIANNE MAY | MORRISTOWN | NJ | 07960 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O HERMAN LAW | 1800 N MILITARY TRAIL SUITE 140 | ATTN: STUART S. MERMELSTEIN | BOCA RATON | FL | 33431 |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES, PA | 366 JACKSON STREET SUITE 100 | ATTN: J ANDERSON AND T STIPPEL | ST. PAUL | MN | 55101 |
| CERTAIN UNDERWRITERS LLOYDS LONDON | C/O CLYDE & CO US LLP | 55 W MONROE STREET SUITE 3000 | ATTN: C SUGAYAN, Y YANG; B PUKLIN | CHICAGO | IL | 60603 |
| CERTAIN UNDERWRITERS LLOYDS LONDON | C/O DUANE MORRIS LLP | 865 S FIGUEROA STREET SUITE 3100 | ATTN: N REINHARDT, R ROTEN A MINA, J KAHANE | LOS ANGELES | CA | 90017 |
| CITIBANK | | 1 PENNS WAY | | NEW CASTLE | DE | 19720 |
| COMMUNITY BANK | | 625 STATE STREET | | OGDENSBURG | NY | 13669 |
| EMPLOYERS INSURANCE CO OF WAUSAU | C/O GOLDBERG SEGALLA LLP | 665 MAIN STREET | ATTN: JONATHAN SCHAPP, A CAPOTE | BUFFALO | NY | 14203 |
| EVANSTON INSURANCE COMPANY | C/O KENNEDYS CMK LLP | 120 MOUNTAIN VIEW BOULEVARD | ATTN: JILLIAN DENNEHY, ESQ. | BASKING RIDGE | NJ | 07920 |
| GRANITE STATE INSURANCE COMPANY | C/O CARLTON FIELDS, P.A. | 405 LEXINGTON AVENUE 36TH FLOOR | N VALENZA-FROST A BAIN & R DIUBALDO | NEW YORK | NY | 10174-0002 |
| GRANITE STATE INSURANCE COMPANY | C/O CARLTON FIELDS, P.A. | PO BOX 3239 | ATTN: LUIS ORENGO, JR. | TAMPA | FL | 33601-3239 |



## Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | PHILADELPHIA | PA | 19101-7346 |
| INTERSTATE FIRE & CASUALTY COMPANY | C/O RIVKIN RADLER LLP | 926 RXR PLAZA | ATTN: SIOBHAIN P. MINAROVICH | UNIONDALE | NY | 11556-0926 |
| NBT BANK | C/O BARCLAY DAMON, LLP | 125 E JEFFERSON STREET | ATTN: JEFFREY A. DOVE | SYRACUSE | NY | 13202 |
| NBT BANK | | 52 S BROAD STREET | | NORWICH | NY | 13815 |
| NEW YORK STATE DEPARTMENT OF HEALTH | | 41 ST BERNARD STREET | SARANAC LAKE DISTRICT OFFICE | SARANAC LAKE | NY | 12983-1834 |
| NEW YORK STATE DEPARTMENT OF LABOR | | BUILDING 12 | W.A. HARRIMAN CAMPUS | ALBANY | NY | 12226 |
| NY STATE DEPT OF ENV CONSERVATION | OFFICE OF GENERAL COUNSEL | 625 BROADWAY | | ALBANY | NY | 12233 |
| NY STATE DEPT OF ENV CONSERVATION | | 701 S MAIN STREET | | NORTHVILLE | NY | 12134 |
| NY STATE DEPT OF TAXATION & FINANCE | ATTN: OFFICE OF COUNSEL | 90 COHOES AVENUE | | TROY | NY | 12183 |
| NY STATE WORKER'S COMP BOARD | COMMISSIONER OF TAXATION & FINANCE | FINANCE UNIT ROOM 331 | 328 STATE STREET | SCHENECTADY | NY | 12305-2318 |
| NYS DEPT OF TAXATION & FINANCE | ATTN: BANKRUPTCY UNIT | PO BOX 5300 | | ALBANY | NY | 12202 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: ERIN CHAMPION, ESQ. | 10 BROAD STREET | 105 U.S. COURTHOUSE | UTICA | NY | 13501 |
| ROMAN CATH DIOCESE OF OGDENSBURG NY | C/O COSTELLO, COONEY & FEARON, PLLC | 211 WEST JEFFERSON STREET SUITE 1 | ATTN: JENNIFER L. WANG | SYRACUSE | NY | 13202 |
| UNSECURED CREDITORS COMMITTEE | PACHULSKI STANG ZIEHL & JONES LLP | 780 THIRD AVENUE 34TH FLOOR | ATTN: J STANG, I SCHARF, K DINE | NEW YORK | NY | 10017 |

# **Exhibit B**



## Exhibit B
Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ABUSE CLAIMANTS | C/O ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ | ATTN: MUHAMMAD S. AZIZ | MAZIZ@AWTXLAW.COM |
| ABUSE CLAIMANTS | C/O D'ARCY JOHNSON DAY, PC | ATTN: PETER W. SMITH | PWS@DJD.LAW |
| ABUSE CLAIMANTS | C/O DOUGLAS & LONDON, P.C. | ATTN: RANDOLPH JANIS | RJANIS@DOUGLASANDLONDON.COM |
| ABUSE CLAIMANTS | C/O FREESE & GOSS | ATTN: TIM K. GOSS | TIM@FREESEANDGOSS.COM |
| ABUSE CLAIMANTS | C/O FREESE & GOSS | ATTN: TIM K. GOSS AND PETER DE LA CERDA | TIM@FREESEANDGOSS.COM PETER@FREESEANDGOSS.COM |
| ABUSE CLAIMANTS | C/O HERMAN LAW | ATTN: JEFF HERMAN | JHERMAN@HERMANLAW.COM |
| ABUSE CLAIMANTS | C/O HURLEY MCKENNA & MERTZ, P.C. | ATTN: CHRISTOPHER T. HURLEY, EVAN M. SMOLA, & MARK R. MCKENNA | CHURLEY@HURLEY-LAW.COM ESMOLA@HURLEY-LAW.COM MMCKENNA@HURLEY-LAW.COM |
| ABUSE CLAIMANTS | C/O JAMES, VERNON AND WEEKS, P.A. | ATTN: LEANDER L. JAMES, IV AND CRAIG K. VERNON | LJAMES@JVWLAW.NET CVERNON@JVWLAW.NET |
| ABUSE CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON AND J. MICHAEL RECK | JEFF@ANDERSONADVOCATES.COM |
| ABUSE CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON AND TAYLOR C. STIPPEL | JEFF@ANDERSONADVOCATES.COM |
| ABUSE CLAIMANTS | C/O LAFAVE, WEIN & FRAMENT, PLLC | ATTN: CYNTHIA S. LAFAVE, MIKE LAFAVE | CLAFAVE@LWFLEGAL.COM MIKE@LWFLEGAL.COM |
| ABUSE CLAIMANTS | C/O LAFAVE, WEIN & FRAMENT, PLLC | ATTN: CYNTHIA S. LAFAVE, MIKE LAFAVE | CLAFAVE@LWFLEGAL.COM MIKE@LWFLEGAL.COM |
| ABUSE CLAIMANTS | C/O LAFFEY, BUCCI & KENT, LLP | ATTN: BRIAN D. KENT, GAETANO A. D'ANDREA, AND LAUREN E. STRAM | BKENT@LAFFEYBUCCIKENT.COM |
| ABUSE CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | ATTN: MITCHELL GARABEDIAN AND WILLIAM H. GORDON | MGARABEDIAN@GARABEDIANLAW.COM WGORDON@GARABEDIANLAW.COM |
| ABUSE CLAIMANTS | C/O LEVY KONIGSBERG, LLP | ATTN: HELENE M. WEISS | HWEISS@LEVYLAW.COM |
| ABUSE CLAIMANTS | C/O LIPSITZ GREEN SCIME CAMBRIA LLP | ATTN: AMY C. KELLER AND CHRISTINA M. CROGLIO | AKELLER@LGLAW.COM |
| ABUSE CLAIMANTS | C/O MARSH LAW FIRM PLLC | ATTN: JAMES R. MARSH, JENNIFER FREEMAN AND ROBERT LEWIS | JAMESMARSH@MARSH.LAW JENNIFERFREEMAN@MARSH.LAW ROBERTLEWIS@MARSH.LAW |
| ABUSE CLAIMANTS | C/O MATTHEWS & ASSOCIATES | ATTN: DAVID P. MATTHEWS | DMATTHEWS@THEMATTHEWSLAWFIRM.COM LROYS@THEMATTHEWSLAWFIRM.COM |
| ABUSE CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JORDAN K. MERSON AND JESSE R. MAUTNER | INFO@MERSONLAW.COM |
| ABUSE CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JORDAN K. MERSON AND SARAH R. CANTOS | INFO@MERSONLAW.COM |
| ABUSE CLAIMANTS | C/O MONROE LAW LLC | ATTN: TERESA A. MONROE | TMONROE@MONROELAWLLP.COM |
| ABUSE CLAIMANTS | C/O NOAKER LAW FIRM, LLC | ATTN: PATRICK NOAKER | PATRICK@NOAKERLAW.COM |
| ABUSE CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: VINCENT T. NAPPO AND ANELGA DOUMANIAN | VNAPPO@PCVALAW.COM ADOUMANIAN@PCVALAW.COM |
| ABUSE CLAIMANTS | C/O RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP | ATTN: THOMAS P. GIUFFRA | TGIUFFRA@RHEINGOLDLAW.COM |
| ABUSE CLAIMANTS | C/O RONALD J. KIM, PC | ATTN: RONALD J. KIM | RON@RONALDKIMLAW.COM |
| ABUSE CLAIMANTS | C/O SEEGER WEISS, LLP | ATTN: STEPHEN A. WEISS & RICK BARRECA | SWEISS@SEEGERWEISS.COM RBARRECA@SEEGERWEISS.COM |
| ABUSE CLAIMANTS | C/O SIMMONS HANLY CONROY LLC | ATTN: PAUL J. HANLY, JR. AND TRENT B. MIRACLE | PHANLY@SIMMONSFIRM.COM JCONROY@SIMMONSFIRM.COM TMIRACLE@SIMMONSFIRM.COM |
| ABUSE CLAIMANTS | C/O SIMPSON TUEGEL LAW FIRM | ATTN: MICHELLE SIMPSON TUEGEL | MICHELLE@STFIRM.COM.COM |
| ABUSE CLAIMANTS | C/O THE LAW OFFICE OF ELLIE SILVERMAN, PC | ATTN: ELLIE A. SILVERMAN | ELLIE@ELLIESILVERMANLAW.COM |
| ABUSE CLAIMANTS | C/O TOLMAGE, PESKIN, HARRIS & FALICK | ATTN: STEPHAN H. PESKIN | PESKIN@TOLMAGEPESKINLAW.COM |
| ABUSE CLAIMANTS | C/O TREVETT CRISTO | ATTN: MELANIE S. WOLK | MWOLK@TREVETTCRISTO.COM |
| ABUSE CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | ATTN: JERRY KRISTAL | JKRISTAL@WEITZLUX.COM |
| ABUSE CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | ATTN: JERRY KRISTAL | JKRISTAL@WEITZLUX.COM |
| ABUSE CLAIMANTS | C/O WILLIAMS CEDAR, LLC | ATTN: GERALD J. WILLIAMS, SHAUNA L. FRIEDMAN AND BETH G. COLE | GWILLIAMS@WILLIAMSCEDAR.COM SFRIEDMAN@WILLIAMSCEDAR.COM |
| ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | | | LEASESVCBNKRPCY@GMFINANCIAL.COM |
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA | C/O CLYDE & CO US LLP | ATTN: MARIANNE MAY | MARIANNE.MAY@CLYDECO.US |
| CERTAIN PERSONAL INJURY CREDITORS | C/O HERMAN LAW | ATTN: STUART S. MERMELSTEIN | SMERMELSTEIN@HERMANLAW.COM ASLATER@HERMANLAW.COM NMARQUES@HERMANLAW.COM GJACK@HERMANLAW.COM DOCKETING@HERMANLAW.COM |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON, TAYLOR STIPPEL | JEFF@ANDERSONADVOCATES.COM TAYLOR@ANDERSONADVOCATES.COM |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES | C/O CLYDE & CO US LLP | ATTN: CATALINA J. SUGAYAN, YONGLI YANG; BRADLEY E. PUKLIN | CATALINA.SUGAYAN@CLYDECO.US YONGLI.YANG@CLYDECO.US BRADLEY.PUKLIN@CLYDECO.US |



**Exhibit B**
Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES | C/O DUANE MORRIS LLP | ATTN: NATHAN REINHARDT, RUSSELL W. ROTEN, ANDREW E. MINA, JEFF D. KAHANE | NREINHARDT@DUANEMORRIS.COM RWROTEN@DUANEMORRIS.COM AMINA@DUANEMORRIS.COM JKAHANE@DUANEMORRIS.COM |
| EMPLOYERS INSURANCE COMPANY OF WAUSAU | C/O GOLDBERG SEGALLA LLP | ATTN: JONATHAN SCHAPP, ASHLYN CAPOTE | JSCHAPP@GOLDBERGSEGALLA.COM ACAPOTE@GOLDBERGSEGALLA.COM |
| EVANSTON INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO ASSOCIATED INTERNATIONAL INSURANCE COMPANY AND INTERNATIONAL INSURANCE COMPANY | C/O KENNEDYS CMK LLP | ATTN: JILLIAN DENNEHY, ESQ. | JILLIAN.DENNEHY@KENNEDYSLAW.COM |
| GRANITE STATE INSURANCE COMPANY | C/O CARLTON FIELDS, P.A. | ATTN: LUIS ORENGO, JR. | LORENGO@CARLTONFIELDS.COM |
| GRANITE STATE INSURANCE COMPANY | C/O CARLTON FIELDS, P.A. | ATTN: NORA VALENZA-FROST, ALEX BAIN, AND ROB DIUBALDO | NVALENZA-FROST@CARLTONFIELDS.COM ABEIN@CARLTONFIELDS.COM RDIUBALDO@CARLTONFIELDS.COM |
| INTERSTATE FIRE & CASUALTY COMPANY | C/O RIVKIN RADLER LLP | ATTN: SIOBHAIN P. MINAROVICH | SIOBHAN.MINAROVICH@RIVKIN.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, KAREN B. DINE | JSTANG@PSZJLAW.COM ISCHARF@PSZJLAW.COM KDINE@PSZJLAW.COM |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK | C/O COSTELLO, COONEY & FEARON, PLLC | ATTN: JENNIFER L. WANG | JWANG@CCF-LAW.COM |