UNITED STATES BANKRUPTCY COURT
NORTH DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

    Debtor.

Case No.: 23-60507-6-PGR
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for Granite State Insurance Company ("Granite State"), and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and §1109(b) of Title 11 of the United States Code, 11 U.S.C. §§1101, et seq. ("Bankruptcy Code"), demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below:

> Alex M. Bein
> Carlton Fields, P.A.
> 405 Lexington Avenue, 36th Floor
> New York, New York 10174-0002
> Telephone: 212-380-9609
> ABein@carltonfields.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also include, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or information, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or

otherwise which affect to seek to affect in any way of Granite State's rights or interests, in this case.

Dated: October 18, 2023

/s/ *Alex M. Bein*
Alex M. Bein
Carlton Fields, P.A.
NY Bar No. 5557764
405 Lexington Avenue, 36th Floor
New York, New York 10174-0002
Telephone: 212-380-9609
ABein@carltonfields.com

*Attorneys for Granite State Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

/s/ *Alex M. Bein*
Attorney