**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| The Roman Catholic Diocese of | ) Case No. |
| Ogdensburg, New York, | ) 23-60507 (PGR) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA     )
                                            )
COUNTY OF LOS ANGELES  )

I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

I hereby certify that on October 20, 2023, I electronically filed the following documents with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A.

*EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY BURNS BAIR LLP AS SPECIAL INSURANCE COUNSEL EFFECTIVE AS OF SEPTEMBER 18, 2023*

And, I hereby certify that on October 20, 2023, I have mailed by the United States Postal Service the documents to the non CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of October, 2023 at Santa Clarita, California.

*/s/ Myra Kulick*
Myra Kulick

2

**EXHIBIT A**

**23-60507-6-pgr Notice will be electronically mailed to:**

- *Jeffrey Robert Anderson*  jeff@andersonadvocates.com, therese@andersonadvocates.com, erin@andersonadvocates.com;taylor@andersonadvocates.com
- *Alexander Bein*  abein@carltonfields.com
- *Sheryl Betance*  sheryl.betance@stretto.com
- *Ashlyn Capote*  acapote@goldbergsegalla.com
- *Erin Champion*  USTPRegion02.UT.ECF@usdoj.gov
- *Jillian Grace Dennehy*  jillian.dennehy@kennedyslaw.com
- *Robert Wagner DiUbaldo*  rdiubaldo@carltonfields.com
- *Karen B. Dine*  kdine@pszjlaw.com
- *Stephen A. Donato*  sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com
- *Jeffrey A. Dove*  jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
- *Jeff D. Kahane*  jkahane@duanemorris.com
- *Amy Christine Keller*  akeller@lglaw.com, sfischer@lglaw.com
- *Marianne G. May*  marianne.may@clydeco.us
- *Stuart S. Mermelstein*  smermelstein@hermanlaw.com
- *Brett L Messinger*  BLMessinger@duanemorris.com, emariney@duanemorris.com
- *Andrew Mina*  amina@duanemorris.com
- *Siobhain P. Minarovich*  Siobhain.Minarovich@rivkin.com
- *Luis Orengo*  lorengo@carltonfields.com, kathompson@carltonfields.com
- *Bradley Puklin*  bradley.puklin@clydeco.us
- *Nathan W. Reinhardt*  nreinhardt@duanemorris.com
- *Andrew Scott Rivera*  arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com
- *Russell W. Roten*  RWRoten@duanemorris.com
- *Russell Webb Roten*  rwroten@duanemorris.com
- *Jonathan Schapp*  jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;lcolburn@goldbergsegalla.com
- *Ilan D. Scharf*  ischarf@pszjlaw.com
- *Tancred V. Schiavoni*  tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
- *Taylor Stippel*  taylor@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com;elin@andersonadvocates.com
- *Catalina J. Sugayan*  catalina.sugayan@clydeco.us, nancy.lima@clydeco.us
- *Charles J. Sullivan*  csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
- *Sara C. Temes*  stemes@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- *U.S. Trustee*  USTPRegion02.UT.ECF@usdoj.gov
- *Nora Anne Valenza-Frost*  nvalenza-frost@carltonfields.com
- *Grayson T Walter*  gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- *Jennifer Wang*  jwang@ccf-law.com, lalesci@ccf-law.com
- *Yongli Yang*  yongli.yang@clydeco.us

**EXHIBIT B**

Blank Rome LLP
Attn: James R. Murray, Esq.
1825 Eye Street NW
Washington, DC 20006

Costello, Cooney & Fearon, PLLC
211 West Jefferson Street
Syracuse, New York, 13202

Jeff Darryl Kahane
Duane Morris LLP
865 South Figueroa Street, Ste. 3100
Los Angeles, CA 90017

Marianne May
Clyde & Co US LLP
340 Mt. Kemble Avenue, Suite 300
Morristown, NJ 07960

Luis Orengo
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

Pinto, Mucenski, Hooper, Van House & Co.
42 Market Street
Potsdam, NY 13676

Schwerzmann & Wise, P.C.
220 Sterling Street
Watertown, NY 13601

Stretto
410 Exchange, Ste. 100
Irvine, CA 92602

Charles J. Sullivan
Grayson T. Walter
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202