## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| *In re* The Roman Catholic Diocese of Ogdensburg,NY | ) | |
| | ) | |
| *Debtor(s)* | ) | Case No. 23-60507 |
| | ) | |
| | ) | Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg,NY ⊞ | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| Certain London Market Companies, et al , | ) | Adv. Proc. No. 23-80013 |
| *Defendant(s)* | | |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on___Oct 3, 2023___was filed on___Oct 25, 2023___. The following deadlines apply:

The parties have until___Nov 1, 2023_____to file with the court a *Notice of Intent to Request Redaction* of this transcript.  The deadline for filing a *request for redaction* is __Nov 15, 2023__.

If a request for redaction is filed, the redacted transcript is due_____Nov 27, 2023_____.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is _Jan 23, 2024_ unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber J&J Court Transcribers, Inc.; 609-586-2311_____or you may view the document at the clerk's office public terminal.

At : Syracuse, NY____           CYNTHIA A. PLATT
Date: __Oct 25, 2023_       Clerk of Court

                                 By: _Nicole Smith_____
                                      Deputy Clerk

O:R9037B(03/12/2012)

## CERTIFICATE OF MAILING

The deputy clerk indicated below of the United States Bankruptcy Court for the Northern District of New York at  Syracuse , hereby certifies that on this date a true copy of the foregoing document was mailed via either United States Postal Service or sent electronically to the registered users of the Northern District of New York CM/ECF system as shown below:

- Sent electronically to the parties on the attached service list through the Northern District of New York CM/ECF system.

Date: Oct 25, 2023

Nicole Smith
Deputy Clerk

**23-60507-6-pgr Notice will be electronically mailed to:**

Jeffrey Robert Anderson on behalf of Creditor Certain Personal Injury Creditors
jeff@andersonadvocates.com,
therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com

Alexander Bein on behalf of Creditor Granite State Insurance Company
abein@carltonfields.com

Alexander Bein on behalf of Defendant Granite State Insurance Company
abein@carltonfields.com

Sheryl Betance
sheryl.betance@stretto.com

Ashlyn Capote on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers
Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of
Wisconsin)
acapote@goldbergsegalla.com

Keith Caughlin on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
caughlin@schwerzmannwise.com

Erin Champion on behalf of U.S. Trustee U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

Jillian Grace Dennehy on behalf of Defendant Evanston Insurance Company as successor-in-interest to
Associated International Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Defendant International Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Interested Party Evanston Insurance Company as successor-in-
interest to Associated International Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Interested Party International Insurance Company
jillian.dennehy@kennedyslaw.com

Robert Wagner DiUbaldo on behalf of Creditor Granite State Insurance Company
rdiubaldo@carltonfields.com

Robert Wagner DiUbaldo on behalf of Defendant Granite State Insurance Company

rdiubaldo@carltonfields.com

Karen B. Dine on behalf of Creditor Committee Official Committee of Unsecured Creditors
kdine@pszjlaw.com

Stephen A. Donato on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Jeffrey A. Dove on behalf of Creditor NBT Bank, National Association
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Interested Party Ad Hoc Committee of Parishes
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Catholic Community of St. Philip of Jesus
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of Moriah)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. John the Baptist Madrid
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. Mary of Champlain
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church, Saranac Lake)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption, Redford
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Family of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic Community of
Holy Name and St. Matthews)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The Roman
Catholic Community of Keeseville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Holy Cross Parish of Plattsburgh
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Immaculate Conception Church of Brownville (The Roman Catholic
Community of Brownville and Dexter)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Immaculate Heart Central Schoolss
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and Raymondville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall) of
Hogansburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James Church, of
Gouverneur)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Seton Academy in Plattsburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Society of St. James Minor Church of Carthage
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Society of St. Patricks Church of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman Catholic
Community of St. Alexander and St. Joseph)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Norwood
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Sackets Harbor
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Mooers Forks
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Wells, Hamilton County
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthonys Church of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic Community of
St. Augustine in North Bangor, N.Y.)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustines Church of Peru, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bartholomews Church of Old Forge
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards Church, Saranac Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and Ellenburg)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cecilia's Church of Adams, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic Community of
Alexandria)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic Community of Constable, Westville and Trout River)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Henrys Church of Long Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. James Church of Cadyville, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. James Church of Gouverneur
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Johns Church of Lyons Falls
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Joseph of Willsboro, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Dannemora
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community of St. Philip of Jesus and St. Joseph)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Martins Church, Port Leyden
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Brushton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Clayton
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Constableville
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and
St. Mary and St. Hedwig)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Copenhagen, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Waddington
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity,
B.M.V.)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian Lake)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patrick's Church of Brasher Falls
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community of Burke
and Chateaugay)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Colton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic Community of Moriah)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church, Rouses Point
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Paul's Church of Black River
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St. Peter and St. Mary and St. Hedwig)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Raphaels Church of Heuvelton
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Stephens Church, Croghan, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeff D. Kahane on behalf of Defendant Certain London Market Companies
jkahane@duanemorris.com

Jeff D. Kahane on behalf of Defendant Certain Underwriters at Lloyds, London

jkahane@duanemorris.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London
Market Companies (collectively, London Market Insurers)
jkahane@duanemorris.com

Jeff D. Kahane on behalf of Interested Party London Market Insurers
jkahane@duanemorris.com

Amy Christine Keller on behalf of Creditor LG Abuse Claimants
akeller@lglaw.com, sfischer@lglaw.com

Marianne G. May on behalf of Defendant Insurance Company of North America
marianne.may@clydeco.us

Marianne G. May on behalf of Interested Party Century Indemnity Company, as successor to CCI
Insurance Company, as successor to Insurance Company of North America
marianne.may@clydeco.us

Stuart S. Mermelstein on behalf of Creditor Certain Personal Injury Creditors
smermelstein@hermanlaw.com

Brett L Messinger on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain
London Market Companies (collectively, London Market Insurers)
BLMessinger@duanemorris.com, emariney@duanemorris.com

Andrew Mina on behalf of Defendant Certain London Market Companies
amina@duanemorris.com

Andrew Mina on behalf of Defendant Certain Underwriters at Lloyds, London
amina@duanemorris.com

Andrew Mina on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London
Market Companies (collectively, London Market Insurers)
amina@duanemorris.com

Andrew Mina on behalf of Interested Party London Market Insurers
amina@duanemorris.com

Siobhain P. Minarovich on behalf of Defendant Interstate Fire & Casualty Company
Siobhain.Minarovich@rivkin.com

Siobhain P. Minarovich on behalf of Interested Party Interstate Fire & Casualty Company
Siobhain.Minarovich@rivkin.com

Luis Orengo, Jr on behalf of Creditor Granite State Insurance Company
lorengo@carltonfields.com, kathompson@carltonfields.com

Luis Orengo, Jr on behalf of Defendant Granite State Insurance Company
lorengo@carltonfields.com, kathompson@carltonfields.com

Bradley Puklin on behalf of Defendant Certain London Market Companies
bradley.puklin@clydeco.us

Bradley Puklin on behalf of Defendant Certain Underwriters at Lloyds, London
bradley.puklin@clydeco.us

Bradley Puklin on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London
Market Companies (collectively, London Market Insurers)
bradley.puklin@clydeco.us

Nathan W. Reinhardt on behalf of Defendant Certain London Market Companies
nreinhardt@duanemorris.com

Nathan W. Reinhardt on behalf of Defendant Certain Underwriters at Lloyds, London
nreinhardt@duanemorris.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain
London Market Companies (collectively, London Market Insurers)
nreinhardt@duanemorris.com

Nathan W. Reinhardt on behalf of Interested Party London Market Insurers
nreinhardt@duanemorris.com

Andrew Scott Rivera on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com

Russell W. Roten on behalf of Defendant Certain London Market Companies
RWRoten@duanemorris.com

Russell W. Roten on behalf of Defendant Certain Underwriters at Lloyds, London
RWRoten@duanemorris.com

Russell Webb Roten on behalf of Defendant Certain London Market Companies
rwroten@duanemorris.com

Russell Webb Roten on behalf of Defendant Certain Underwriters at Lloyds, London
rwroten@duanemorris.com

Russell Webb Roten on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers)
rwroten@duanemorris.com

Russell Webb Roten on behalf of Interested Party London Market Insurers
rwroten@duanemorris.com

Jonathan Schapp on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin)
jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;lcolburn@goldbergsegalla.com

IIan D. Scharf on behalf of Creditor Committee Official Committee of Unsecured Creditors
ischarf@pszjlaw.com

IIan D. Scharf on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
ischarf@pszjlaw.com

Tancred V. Schiavoni on behalf of Defendant Insurance Company of North America
tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com

Tancred V. Schiavoni on behalf of Interested Party Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America
tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com

Taylor Stippel on behalf of Creditor Certain Personal Injury Creditors
taylor@andersonadvocates.com,
erin@andersonadvocates.com;therese@andersonadvocates.com;elin@andersonadvocates.com

Catalina J. Sugayan on behalf of Defendant Certain London Market Companies
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Catalina J. Sugayan on behalf of Defendant Certain Underwriters at Lloyds, London
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Catalina J. Sugayan on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, London Market Insurers)
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Charles J. Sullivan on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Catholic Community of St. Philip of Jesus

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of Moriah)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. John the Baptist Madrid
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. Mary of Champlain
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church, Saranac Lake)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Assumption, Redford
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Family of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic Community of Holy Name and St. Matthews)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The Roman Catholic Community of Keeseville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Holy Cross Parish of Plattsburgh
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Immaculate Conception Church of Brownville (The Roman
Catholic Community of Brownville and Dexter)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Immaculate Heart Central Schoolss
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and
Raymondville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall) of
Hogansburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James Church, of
Gouverneur)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Seton Academy in Plattsburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Society of St. James Minor Church of Carthage
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Society of St. Patricks Church of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman Catholic
Community of St. Alexander and St. Joseph)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Norwood
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Sackets Harbor
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Mooers Forks
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Wells, Hamilton County
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anthonys Church of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic Community
of St. Augustine in North Bangor, N.Y.)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustines Church of Peru, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bartholomews Church of Old Forge

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards Church, Saranac Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and
Ellenburg)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Cecilia's Church of Adams, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic Community of
Alexandria)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic Community of
Constable, Westville and Trout River)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Henrys Church of Long Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. James Church of Cadyville, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. James Church of Gouverneur
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Johns Church of Lyons Falls
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Joseph of Willsboro, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Dannemora
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community of St. Philip
of Jesus and St. Joseph)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Martins Church, Port Leyden
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Brushton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Clayton
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Constableville
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter
and St. Mary and St. Hedwig)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Copenhagen, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Waddington
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity,
B.M.V.)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian
Lake)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patrick's Church of Brasher Falls
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community of Burke
and Chateaugay)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Colton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic Community of
Moriah)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church, Rouses Point
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Paul's Church of Black River
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St.
Peter and St. Mary and St. Hedwig)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Raphaels Church of Heuvelton
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Stephens Church, Croghan, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman Catholic
Community of Cape Vincent, Rosiere and Chaumont)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Sara C. Temes on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
stemes@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

Nora Anne Valenza-Frost on behalf of Creditor Granite State Insurance Company
nvalenza-frost@carltonfields.com

Nora Anne Valenza-Frost on behalf of Defendant Granite State Insurance Company
nvalenza-frost@carltonfields.com

Grayson T Walter on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Jennifer Wang on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
jwang@ccf-law.com, lalesci@ccf-law.com

Yongli Yang on behalf of Defendant Certain London Market Companies
yongli.yang@clydeco.us

Yongli Yang on behalf of Defendant Certain Underwriters at Lloyds, London
yongli.yang@clydeco.us

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyd's, London and Certain London
Market Companies (collectively, London Market Insurers)
yongli.yang@clydeco.us

**23-80013-6-pgr Notice will be electronically mailed to:**

Alexander Bein on behalf of Defendant Granite State Insurance Company
abein@carltonfields.com

Ashlyn Capote on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin)
acapote@goldbergsegalla.com

Jillian Grace Dennehy on behalf of Defendant Evanston Insurance Company as successor-in-interest to Associated International Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Defendant International Insurance Company
jillian.dennehy@kennedyslaw.com

Robert Wagner DiUbaldo on behalf of Defendant Granite State Insurance Company
rdiubaldo@carltonfields.com

Stephen A. Donato on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Jeffrey A. Dove on behalf of Plaintiff Catholic Community of St. Philip of Jesus
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of Moriah)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. John the Baptist Madrid
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. Mary of Champlain
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church, Saranac Lake)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption, Redford
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Family of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic Community of
Holy Name and St. Matthews)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The Roman
Catholic Community of Keeseville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Holy Cross Parish of Plattsburgh
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Immaculate Conception Church of Brownville (The Roman Catholic
Community of Brownville and Dexter)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Immaculate Heart Central Schoolss
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and Raymondville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall) of Hogansburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James Church, of Gouverneur)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Seton Academy in Plattsburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Society of St. James Minor Church of Carthage
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Society of St. Patricks Church of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman Catholic Community of St. Alexander and St. Joseph)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Norwood
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Sackets Harbor
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Mooers Forks
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Wells, Hamilton County
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthonys Church of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic Community of
St. Augustine in North Bangor, N.Y.)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustines Church of Peru, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bartholomews Church of Old Forge
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards Church, Saranac Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and Ellenburg)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cecilia's Church of Adams, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic Community of
Alexandria)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic Community of
Constable, Westville and Trout River)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Henrys Church of Long Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. James Church of Cadyville, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. James Church of Gouverneur
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Johns Church of Lyons Falls
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Joseph of Willsboro, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Dannemora
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community of St. Philip of
Jesus and St. Joseph)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Martins Church, Port Leyden
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Brushton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Clayton
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Constableville
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and
St. Mary and St. Hedwig)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Copenhagen, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Waddington
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity,
B.M.V.)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian Lake)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patrick's Church of Brasher Falls
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community of Burke and Chateaugay)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Colton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic Community of Moriah)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church, Rouses Point
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Paul's Church of Black River
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St. Peter and St. Mary and St. Hedwig)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Raphaels Church of Heuvelton
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Stephens Church, Croghan, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeff D. Kahane on behalf of Defendant Certain London Market Companies
jkahane@duanemorris.com

Jeff D. Kahane on behalf of Defendant Certain Underwriters at Lloyds, London
jkahane@duanemorris.com

Jeff D. Kahane on behalf of Interested Party London Market Insurers
jkahane@duanemorris.com

Marianne G. May on behalf of Defendant Insurance Company of North America
marianne.may@clydeco.us

Andrew Mina on behalf of Defendant Certain London Market Companies
amina@duanemorris.com

Andrew Mina on behalf of Defendant Certain Underwriters at Lloyds, London
amina@duanemorris.com

Andrew Mina on behalf of Interested Party London Market Insurers
amina@duanemorris.com

Siobhain P. Minarovich on behalf of Defendant Interstate Fire & Casualty Company
Siobhain.Minarovich@rivkin.com

Luis Orengo, Jr on behalf of Defendant Granite State Insurance Company
lorengo@carltonfields.com, kathompson@carltonfields.com

Bradley Puklin on behalf of Defendant Certain London Market Companies
bradley.puklin@clydeco.us

Bradley Puklin on behalf of Defendant Certain Underwriters at Lloyds, London
bradley.puklin@clydeco.us

Nathan W. Reinhardt on behalf of Defendant Certain London Market Companies
nreinhardt@duanemorris.com

Nathan W. Reinhardt on behalf of Defendant Certain Underwriters at Lloyds, London
nreinhardt@duanemorris.com

Nathan W. Reinhardt on behalf of Interested Party London Market Insurers
nreinhardt@duanemorris.com

Russell W. Roten on behalf of Defendant Certain London Market Companies
RWRoten@duanemorris.com

Russell W. Roten on behalf of Defendant Certain Underwriters at Lloyds, London
RWRoten@duanemorris.com

Russell Webb Roten on behalf of Defendant Certain London Market Companies
rwroten@duanemorris.com

Russell Webb Roten on behalf of Defendant Certain Underwriters at Lloyds, London
rwroten@duanemorris.com

Russell Webb Roten on behalf of Interested Party London Market Insurers
rwroten@duanemorris.com

Jonathan Schapp on behalf of Defendant Employers Insurance Company of Wausau (f/k/a Employers
Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of
Wisconsin)
jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;lcolburn@goldbergsegalla.com

IIan D. Scharf on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
ischarf@pszjlaw.com

Tancred V. Schiavoni on behalf of Defendant Insurance Company of North America
tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com

Catalina J. Sugayan on behalf of Defendant Certain London Market Companies
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Catalina J. Sugayan on behalf of Defendant Certain Underwriters at Lloyds, London
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Charles J. Sullivan on behalf of Plaintiff Catholic Community of St. Philip of Jesus
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of All Saints of Mineville (Catholic Community of Moriah)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. James Major of Lake Pleasant, Hamilton County
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. John the Baptist Madrid
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. Mary of Champlain
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St. Bernards Church,
Saranac Lake)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Assumption, Redford
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Family of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Name of Au Sable Forks (Catholic Community
of Holy Name and St. Matthews)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Immaculate Conception of Keeseville (The Roman
Catholic Community of Keeseville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown Point
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Holy Cross Parish of Plattsburgh
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Immaculate Conception Church of Brownville (The Roman
Catholic Community of Brownville and Dexter)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Immaculate Heart Central Schoolss
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady of Grace Parish)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Parish of the Visitation and St. Raymond (Norfolk and Raymondville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star Lake, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Roman Catholic Community Center, Inc. (St. Kateri Hall) of Hogansburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint James Church, of Gouverneur)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Seton Academy in Plattsburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Society of St. James Minor Church of Carthage
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Society of St. Patricks Church of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Alexanders Church of Morrisonville (The Roman Catholic Community of St. Alexander and St. Joseph)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Norwood
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Sackets Harbor
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Mooers Forks
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Wells, Hamilton County
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anthonys Church of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustine Church of North Bangor (The Catholic Community
of St. Augustine in North Bangor, N.Y.)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustines Church of Peru, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bartholomews Church of Old Forge
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards Church, Saranac Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon Mountain and
Ellenburg)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Cecilia's Church of Adams, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic Community of
Alexandria)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Elizabeth Roman Catholic Church of Elizabethtown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Francis of Assisi Church of Constable (Catholic Community of
Constable, Westville and Trout River)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Henrys Church of Long Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. James Church of Cadyville, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. James Church of Gouverneur
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Johns Church of Lyons Falls
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Joseph of Willsboro, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Dannemora
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Essex (The Catholic Community of St. Philip of Jesus and St. Joseph)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Martins Church, Port Leyden
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Brushton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Clayton
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Constableville
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and St. Mary and St. Hedwig)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Copenhagen, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Waddington
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Nativity Church of West Leyden (Church of the Nativity, B.M.V.)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Roman Catholic Church of Evans Mills, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain Lake and Indian

Lake)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patrick's Church of Brasher Falls
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic Community of Burke
and Chateaugay)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Colton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic Community of
Moriah)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church, Rouses Point
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Paul's Church of Black River
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic Community of St.
Peter and St. Mary and St. Hedwig)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Philip Neri Roman Catholic Church of Westport, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Raphaels Church of Heuvelton
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Stephens Church, Croghan, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Church of Our Lady of Sacred Heart of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary in Canton, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Nora Anne Valenza-Frost on behalf of Defendant Granite State Insurance Company
nvalenza-frost@carltonfields.com

Yongli Yang on behalf of Defendant Certain London Market Companies
yongli.yang@clydeco.us

Yongli Yang on behalf of Defendant Certain Underwriters at Lloyds, London
yongli.yang@clydeco.us