So Ordered.

Signed this 27 day of October, 2023.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of Ogdensburg, New York, | |
| | Chapter 11 |
| Debtor. | |

### AMENDED ORDER REDUCING TIME FOR NOTICE OF MOTION FOR ENTRY OF STIPULATION AND AGREED ORDER MODIFYING THE AUTOMATIC STAY

Upon the application (the "Application") of The Roman Catholic Diocese of Ogdensburg, New York (the "Diocese") for an order reducing time for notice of a hearing to consider the Diocese's Motion for Entry of Stipulation and Agreed Order Modifying the Automatic Stay (the "Motion"); and it appearing that cause exists for reducing the period required for service of notice of the Motion and scheduling the hearing to consider the Motion on an expedited basis; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. A hearing with respect to the Motion shall be held on November 7, 2023, at 1:00 p.m. (prevailing Eastern Time), or as soon thereafter as counsel may appear and be heard, in the Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Utica, New York 13501. Counsel for the parties may appear in-person or via AT&T Conference call by dialing (877) 411-9748 and entering the access code 3229032#.

2. All affidavits and memoranda in opposition to the Motion, if any, shall be in writing and shall be filed with the Clerk's Office, United States Bankruptcy Court for the Northern District of New York, Utica Division, and served upon counsel for the Diocese, no later than 12:00 p.m. on November 3, 2023.

3. Service of copies of this Order, the Application, and the Motion shall be deemed good and sufficient if transmitted by 5:00 p.m. on the date this Order is entered, by ECF notice, email, and overnight delivery upon: (i) counsel to the Diocese, Schwerzmann & Wise, P.C., 220 Sterling Street, Watertown, NY 13601, Attn: Keith B. Caughlin, (ii) the Office of the United States Trustee for the Northern District of New York, 10 Broad Street, Room 105, Utica, NY 13501, Attn: Erin Champion, (iii) proposed counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Ilan D. Scharf, and (iv) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure. In light of the requested relief, no other or further notice or service of the Motion shall be necessary or required.

# # #