**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| The Roman Catholic Diocese of | ) Case No. |
| Ogdensburg, New York, | ) 23-60507 (PGR) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA            )
                                              )
COUNTY OF LOS ANGELES      )


I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang

Ziehl & Jones LLP.  I am not a party to the within action; my business address is10100 Santa

Monica Boulevard, Suite 1300, Los Angeles, California 90067.

I hereby certify that on November 20, 2023, I electronically filed the following documents

with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such

filing to parties listed on the attached Exhibit A.

> ***SUPPLEMENTAL DECLARATION OF TIMOTHY W. BURNS IN SUPPORT***
> ***OF EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF***
> ***UNSECURED CREDITORS TO RETAIN AND EMPLOY BURNS BAIR LLP AS***
> ***SPECIAL INSURANCE COUNSEL EFFECTIVE AS OF SEPTEMBER 18,***
> ***2023***

And, I hereby certify that on November 20, 2023, I have mailed by the United States Postal

Service the documents to the non CM/ECF participants listed on the attached Exhibit B.

DOCS_LA:351477.2 18493/002

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of November, 2023 at Santa Clarita, California.

/s/ Myra Kulick
Myra Kulick

DOCS_LA:351477.2 18493/002

## EXHIBIT A

**23-60507-6-pgr Notice will be electronically mailed to:**

- *Jeffrey Robert Anderson    jeff@andersonadvocates.com,
  therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com*
- *Alexander Bein    abein@carltonfields.com*
- *Sheryl Betance    sheryl.betance@stretto.com*
- *Ashlyn Capote    acapote@goldbergsegalla.com, bfaulkner@goldbergsegalla.com*
- *Keith Caughlin    caughlin@schwerzmannwise.com*
- *Erin Champion    USTPRegion02.UT.ECF@usdoj.gov*
- *Gaetano Dandrea    cvgdteam@laffeybuccikent.com*
- *Jillian Grace Dennehy    jillian.dennehy@kennedyslaw.com*
- *Robert Wagner DiUbaldo    rdiubaldo@carltonfields.com*
- *Karen B. Dine    kdine@pszjlaw.com*
- *Stephen A. Donato    sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com*
- *Jeffrey A. Dove    jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
  1212@ecf.pacerpro.com*
- *Adam P. Haberkorn    ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com*
- *Jeff D. Kahane    jkahane@duanemorris.com*
- *Amy Christine Keller    akeller@lglaw.com, sfischer@lglaw.com*
- *Marianne G. May    marianne.may@clydeco.us*
- *Stuart S. Mermelstein    smermelstein@hermanlaw.com*
- *Brett L Messinger    BLMessinger@duanemorris.com, emariney@duanemorris.com*
- *Andrew Mina    amina@duanemorris.com*
- *Siobhain P. Minarovich    Siobhain.Minarovich@rivkin.com*
- *Luis Orengo    lorengo@carltonfields.com, kathompson@carltonfields.com*
- *Bradley Puklin    bradley.puklin@clydeco.us*
- *Nathan W. Reinhardt    nreinhardt@duanemorris.com*
- *Andrew Scott Rivera    arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com*
- *Matthew Roberts    mroberts@phrd.com*
- *Russell W. Roten    RWRoten@duanemorris.com*
- *Russell Webb Roten    rwroten@duanemorris.com*
- *Jonathan Schapp    jschapp@goldbergsegalla.com,
  kallen@goldbergsegalla.com;bfaulkner@goldbergsegalla.com*
- *Ilan D. Scharf    ischarf@pszjlaw.com*
- *Tancred V. Schiavoni    tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com*
- *Taylor Stippel    taylor@andersonadvocates.com,
  erin@andersonadvocates.com;therese@andersonadvocates.com;elin@andersonadvocates.com*
- *Catalina J. Sugayan    catalina.sugayan@clydeco.us, nancy.lima@clydeco.us*
- *Charles J. Sullivan    csullivan@bsk.com,
  kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Sara C. Temes    stemes@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *U.S. Trustee    USTPRegion02.UT.ECF@usdoj.gov*
- *Nora Anne Valenza-Frost    nvalenza-frost@carltonfields.com*
- *Grayson T Walter    gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *Jennifer Wang    jwang@ccf-law.com, lalesci@ccf-law.com*
- *Matthew Michael Weiss    mweiss@phrd.com*
- *Harris Winsberg    hwinsberg@phrd.com*
- *Yongli Yang    yongli.yang@clydeco.us*

DOCS_LA:351477.2 18493/002

## EXHIBIT B

Barclay Damon LLP
Attn: Jeffrey A. Dove, Esq.
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202

Berkeley Research Group, LLC
201 S. Main, Suite 450
Salt Lake City, UT  84111

Blank Rome LLP
Attn: James R. Murray, Esq.
1825 Eye Street NW
Washington, DC 20006

Costello, Cooney & Fearon, PLLC
211 West Jefferson Street
Syracuse, New York, 13202

Jeff Darryl Kahane
Duane Morris LLP
865 South Figueroa Street
Ste. 3100
Los Angeles, CA 90017

Marianne May
Clyde & Co US LLP
340 Mt. Kemble Avenue
Suite 300
Morristown, NJ 07960

Luis Orengo
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

Pinto, Mucenski, Hooper, Van House & Co.
42 Market Street
Potsdam, NY 13676

Schwerzmann & Wise, P.C.
220 Sterling Street
Watertown, NY 13601

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

DOCS_LA:351477.2 18493/002