**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg, New York, | Case No. 23-60507 (PGR) |
| Debtor. | |

**NOTICE OF FILING OF FIRST MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD AUGUST 17, 2023 THROUGH SEPTEMBER 30, 2023**

PLEASE TAKE NOTICE that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its First Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period August 17, 2023 Through September 30, 2023, a copy of which is attached hereto and is hereby served upon you.

Dated: New York, New York
     November 20, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
Email: ischarf@pszjlaw.com
Email: kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured*
*Creditors of The Roman Catholic Diocese of*
*Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                          Debtor.

Chapter 11

Case No. 23-60507 (PGR)

**FIRST MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW
YORK FOR THE PERIOD AUGUST 17, 2023 THROUGH SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 8/17/23-9/30/23 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $181,889.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $808.82 |

This is a monthly fee statement. It is the first monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated: New York, New York
November 20, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*

James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
Email: ischarf@pszjlaw.com
Email: kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

# EXHIBIT A



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

September 30, 2023
Invoice    135073
Client     18493.00002

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2023

| | |
|---|---|
| FEES | $181,889.50 |
| EXPENSES | $808.82 |
| **TOTAL CURRENT CHARGES** | **$182,698.32** |
| **TOTAL BALANCE DUE** | **$182,698.32** |

Pachulski Stang Ziehl & Jones LLP                                     Page:    2
Diocese of Ogdensburg O.C.C.                                         Invoice 135073
Client 18493.00002                                                  September 30, 2023

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| IAWN | Nasatir, Iain A.W. | Partner | 800.00 | 15.80 | $12,640.00 |
| IDS | Scharf, Ilan D. | Partner | 800.00 | 26.70 | $21,360.00 |
| JIS | Stang, James I. | Partner | 800.00 | 1.40 | $1,120.00 |
| JSP | Pomerantz, Jason S. | Partner | 800.00 | 39.50 | $31,600.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 800.00 | 11.40 | $9,120.00 |
| EG | Gray, Erin | Counsel | 800.00 | 53.40 | $42,720.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 71.60 | $57,280.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 545.00 | 11.10 | $6,049.50 |
| | | | | 230.90 | $181,889.50 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:  3

Invoice 135073

September 30, 2023

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 61.30 | $48,963.50 |
| BL | Bankruptcy Litigation | 31.80 | $25,312.50 |
| CA | Case Administration | 46.90 | $36,092.00 |
| CO | Claims Administration and Objections | 23.40 | $18,669.00 |
| GC | General Creditors' Committee | 17.10 | $13,680.00 |
| IC | Insurance Coverage | 16.70 | $13,360.00 |
| MC | Meetings of and Communications with Creditors | 6.60 | $5,280.00 |
| ME | Mediation | 0.80 | $640.00 |
| RP | PSZJ Retention | 10.60 | $8,123.00 |
| RPO | Other Professional Retention | 4.40 | $2,729.50 |
| SL | Stay Litigation | 11.30 | $9,040.00 |
|  |  | 230.90 | $181,889.50 |

Pachulski Stang Ziehl & Jones LLP                               Page:    4
Diocese of Ogdensburg O.C.C.                                    Invoice 135073
Client 18493.00002                                             September 30, 2023

___

### Summary of Expenses

| Description | Amount |
|---|---|
| Delivery/Courier Service | $15.00 |
| Federal Express | $26.81 |
| Lexis/Nexis- Legal Research | $21.91 |
| Litigation Support Vendors | $500.00 |
| Pacer - Court Research | $41.60 |
| Reproduction Expense - @0.20 per page | $165.90 |
| Reproduction Expense - @0.10 per page | $37.60 |
| | $808.82 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     5

Invoice 135073

September 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 08/18/2023 | BMM | AA | Prepare report on status of discovery for team. | 1.70 | 800.00 | $1,360.00 |
| 08/18/2023 | JSP | AA | Call with B. Michael regarding discovery status | 0.50 | 800.00 | $400.00 |
| 08/18/2023 | KBD | AA | Analyze first day affidavits regarding structure and financial information relating to Diocese and affiliates. | 1.80 | 800.00 | $1,440.00 |
| 08/21/2023 | BMM | AA | Review pre-petition status of discovery. | 1.00 | 800.00 | $800.00 |
| 08/21/2023 | BMM | AA | Call with E. Gray and K. Dine regarding discovery overview and other case issues. | 1.00 | 800.00 | $800.00 |
| 08/21/2023 | BMM | AA | Review emails regarding discovery from and to the Diocese. | 0.50 | 800.00 | $400.00 |
| 08/21/2023 | BMM | AA | Organize discovery already produced and confidentiality agreements. | 0.80 | 800.00 | $640.00 |
| 08/21/2023 | BMM | AA | Call with J. Pomerantz regarding Ogdensburg background and discovery. | 0.90 | 800.00 | $720.00 |
| 08/21/2023 | BMM | AA | Call with K. Dine regarding discovery matters. | 0.20 | 800.00 | $160.00 |
| 08/21/2023 | EG | AA | Zoom meeting with Karen Dine and Brittany Michael to discuss document database status and transition issues | 1.00 | 800.00 | $800.00 |
| 08/21/2023 | JSP | AA | Call with B. Michael regarding discovery matters | 0.90 | 800.00 | $720.00 |
| 08/21/2023 | JSP | AA | Review discovery chart in preparation for call with B. Michael | 0.40 | 800.00 | $320.00 |
| 08/21/2023 | JSP | AA | Begin analysis - deposit and loan fund motion/interim order | 1.60 | 800.00 | $1,280.00 |
| 08/21/2023 | JSP | AA | Call with K. Dine regarding Deposit & Loan Fund Motion/Interim Order | 0.30 | 800.00 | $240.00 |
| 08/21/2023 | KBD | AA | Telephone call with J. Pomerantz regarding financing related motions | 0.30 | 800.00 | $240.00 |
| 08/21/2023 | KBD | AA | Telephone call with E. Gray and B. Michael regarding asset information discovery | 1.00 | 800.00 | $800.00 |
| 08/21/2023 | KBD | AA | Analyze issues relating to financial information discovery | 0.40 | 800.00 | $320.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    6

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/21/2023 | KBD | AA | Call with B. Michael regarding discovery matters | 0.20 | 800.00 | $160.00 |
| 08/22/2023 | BMM | AA | Organized documents produced pre-petition (with K. Dine in part). | 0.90 | 800.00 | $720.00 |
| 08/22/2023 | JSP | AA | Analysis regarding discovery requested/pending | 0.80 | 800.00 | $640.00 |
| 08/22/2023 | KBD | AA | Call with B. Michael regarding discovery | 0.50 | 800.00 | $400.00 |
| 08/23/2023 | JSP | AA | Further analysis in connection with discovery propounded, received and outstanding | 0.80 | 800.00 | $640.00 |
| 08/23/2023 | JSP | AA | Prepare for call regarding deposit and loan fund motion | 0.90 | 800.00 | $720.00 |
| 08/24/2023 | EG | AA | Draft OCC confidentiality agreement to protect survivor information | 1.50 | 800.00 | $1,200.00 |
| 08/24/2023 | JSP | AA | Notes in preparation for call regarding Deposit and Loan Fund | 1.40 | 800.00 | $1,120.00 |
| 08/24/2023 | JSP | AA | Call with K. Dine regarding Deposit and Loan Fund | 0.40 | 800.00 | $320.00 |
| 08/24/2023 | JSP | AA | Analysis regarding outstanding discovery issues | 0.70 | 800.00 | $560.00 |
| 08/24/2023 | JSP | AA | Correspondence (B. Michael) regarding discovery | 0.10 | 800.00 | $80.00 |
| 08/24/2023 | KBD | AA | Call with Jason S. Pomerantz regarding deposit and loan fund. | 0.40 | 800.00 | $320.00 |
| 08/25/2023 | JSP | AA | Further review of deposit and loan fund pleadings | 0.60 | 800.00 | $480.00 |
| 08/25/2023 | JSP | AA | Correspondence to Debtor's counsel regarding information/documentation request in connection with deposit and loan fund pleadings | 0.30 | 800.00 | $240.00 |
| 08/25/2023 | KBD | AA | Prepare information request to Diocese. | 0.20 | 800.00 | $160.00 |
| 08/27/2023 | KBD | AA | Analyze documents produced by Diocese. | 1.60 | 800.00 | $1,280.00 |
| 08/28/2023 | JSP | AA | Attention to discovery matters | 0.70 | 800.00 | $560.00 |
| 08/28/2023 | KBD | AA | Prepare case confidentiality agreement. | 0.10 | 800.00 | $80.00 |
| 08/29/2023 | JSP | AA | Notes regarding follow up issues concerning 345 and DLF and DTF motions | 0.80 | 800.00 | $640.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    7

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/29/2023 | KBD | AA | Prepare case confidentiality agreement. | 0.80 | 800.00 | $640.00 |
| 08/30/2023 | BMM | AA | Review document production. | 0.60 | 800.00 | $480.00 |
| 08/30/2023 | JSP | AA | Confer with G. Walter regarding DLF and DTF | 0.10 | 800.00 | $80.00 |
| 08/30/2023 | JSP | AA | Correspondence regarding budget inforamtion | 0.20 | 800.00 | $160.00 |
| 08/30/2023 | JSP | AA | Review correspondence regarding discovery issues | 0.40 | 800.00 | $320.00 |
| 08/31/2023 | BMM | AA | Call with K. Dine regarding document review. | 0.40 | 800.00 | $320.00 |
| 08/31/2023 | BMM | AA | Review draft NDA. | 0.50 | 800.00 | $400.00 |
| 08/31/2023 | JSP | AA | Confer with G. Walter regarding DLF and DTF | 0.40 | 800.00 | $320.00 |
| 08/31/2023 | JSP | AA | Analysis regarding DLF and DTF based on recent call/correspondence | 0.70 | 800.00 | $560.00 |
| 08/31/2023 | KBD | AA | Call with B. Michael regarding document review. | 0.40 | 800.00 | $320.00 |
| 08/31/2023 | KBD | AA | Call with B. Michael regarding document review | 0.40 | 800.00 | $320.00 |
| 09/01/2023 | BMM | AA | Call with J. Pomerantz regarding Ogdensburg first days and discovery. | 0.20 | 800.00 | $160.00 |
| 09/01/2023 | JSP | AA | Call with B. Michael regarding 345 motion and deposit and loan fund motion | 0.20 | 800.00 | $160.00 |
| 09/04/2023 | JSP | AA | Attention to discovery issues | 0.80 | 800.00 | $640.00 |
| 09/05/2023 | JSP | AA | Analysis regarding deposit and loan fund issues | 1.40 | 800.00 | $1,120.00 |
| 09/05/2023 | KBD | AA | Analyze documents produced by Diocese relating to finance and administration. | 2.40 | 800.00 | $1,920.00 |
| 09/06/2023 | JSP | AA | Prepare for call regarding discovery and pending motions | 0.40 | 800.00 | $320.00 |
| 09/07/2023 | JSP | AA | Analysis regarding discovery, pending and additional requests | 0.90 | 800.00 | $720.00 |
| 09/08/2023 | JSP | AA | Confer with G. Walter regarding accounting data related to DLF and DTF | 0.10 | 800.00 | $80.00 |
| 09/08/2023 | KBD | AA | Prepare document request relating to Deposit and Loan and Trust. | 0.30 | 800.00 | $240.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     8

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/10/2023 | JSP | AA | Correspondence to I. Scharf regarding DLF and DTF | 0.60 | 800.00 | $480.00 |
| 09/11/2023 | IAWN | AA | Review draft email regarding discovery. | 0.10 | 800.00 | $80.00 |
| 09/11/2023 | JSP | AA | Correspondence regarding further information for DTF and DLF | 0.80 | 800.00 | $640.00 |
| 09/12/2023 | JSP | AA | Attention to discovery issues | 0.90 | 800.00 | $720.00 |
| 09/13/2023 | IDS | AA | Revise NDA | 1.80 | 800.00 | $1,440.00 |
| 09/13/2023 | JSP | AA | Call with K. Dine regarding discovery issues | 0.40 | 800.00 | $320.00 |
| 09/13/2023 | JSP | AA | Correspondence to/from M. Babcock regarding deposit and loan fund | 0.30 | 800.00 | $240.00 |
| 09/13/2023 | JSP | AA | Attention to discovery issues | 0.40 | 800.00 | $320.00 |
| 09/13/2023 | JSP | AA | Correspondence to/from G. Walter regarding deposit and loan fund information | 0.10 | 800.00 | $80.00 |
| 09/13/2023 | JSP | AA | Review information from G. Walter regarding deposit and loan fund | 0.30 | 800.00 | $240.00 |
| 09/13/2023 | KBD | AA | Call with Jason S. Pomerantz regarding issues relating to discovery. | 0.40 | 800.00 | $320.00 |
| 09/13/2023 | KBD | AA | Analyze issues relating to discovery. | 0.30 | 800.00 | $240.00 |
| 09/13/2023 | KLL | AA | Review correspondence on documents received for Everlaw | 0.30 | 545.00 | $163.50 |
| 09/14/2023 | EG | AA | Revise confidentiality agreement | 0.50 | 800.00 | $400.00 |
| 09/14/2023 | JSP | AA | Analysis regarding documents in connection with deposit and loan fund | 0.90 | 800.00 | $720.00 |
| 09/14/2023 | KBD | AA | Revisions to draft NDA. | 0.30 | 800.00 | $240.00 |
| 09/15/2023 | JSP | AA | Correspondence to G. Walter regarding deposit and loan fund information | 0.10 | 800.00 | $80.00 |
| 09/15/2023 | JSP | AA | Attention to discovery issues | 0.80 | 800.00 | $640.00 |
| 09/15/2023 | KBD | AA | Analyze information about Diocese structure and financials. | 1.00 | 800.00 | $800.00 |
| 09/18/2023 | JSP | AA | Analysis regarding objection to deposit and loan fund motion, including additional information needed to evaluate same | 0.90 | 800.00 | $720.00 |
| 09/19/2023 | JSP | AA | Attention to discovery issues; begin preparation for call regarding same | 1.60 | 800.00 | $1,280.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    9

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/2023 | EG | AA | Draft email to Karen Dine re: Everlaw access. | 0.10 | 800.00 | $80.00 |
| 09/20/2023 | JSP | AA | Call with K. Dine regarding deposit and loan fund objection | 0.20 | 800.00 | $160.00 |
| 09/20/2023 | JSP | AA | Call with K. Dine and BRG Group regarding discovery | 0.50 | 800.00 | $400.00 |
| 09/20/2023 | JSP | AA | Prepare for call regarding discovery | 0.60 | 800.00 | $480.00 |
| 09/20/2023 | KBD | AA | Call with Jason Pomerantz regarding discovery issues. | 0.20 | 800.00 | $160.00 |
| 09/20/2023 | KBD | AA | Prepare discovery requests. | 0.70 | 800.00 | $560.00 |
| 09/20/2023 | KBD | AA | Call with Jason Pomerantz and BRG team regarding discovery. | 0.50 | 800.00 | $400.00 |
| 09/21/2023 | JSP | AA | Attention to discovery issues | 1.70 | 800.00 | $1,360.00 |
| 09/22/2023 | KBD | AA | Analyze documents produced in discovery regarding diocese operations. | 0.80 | 800.00 | $640.00 |
| 09/26/2023 | JSP | AA | Analysis regarding discovery | 0.70 | 800.00 | $560.00 |
| 09/27/2023 | JSP | AA | Call with M. Babcock and K. Dine regarding discovery | 0.30 | 800.00 | $240.00 |
| 09/27/2023 | JSP | AA | Prepare for call with M. Babcock and K. Dine regarding discovery | 0.80 | 800.00 | $640.00 |
| 09/27/2023 | KBD | AA | Call w/ M. Babcock and J. Pomerantz regarding discovery. | 0.30 | 800.00 | $240.00 |
| 09/28/2023 | KBD | AA | Analyze insurer pleadings relating to discovery and mediation. | 0.40 | 800.00 | $320.00 |
| 09/29/2023 | JSP | AA | Attention to discovery issues | 0.90 | 800.00 | $720.00 |
| 09/29/2023 | KBD | AA | Prepare comments to statement regarding insurer 2004. | 0.30 | 800.00 | $240.00 |
| 09/29/2023 | KBD | AA | Analyze Diocese organizational documents. | 0.70 | 800.00 | $560.00 |
| | | | | **61.30** | | **$48,963.50** |

## Bankruptcy Litigation

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/18/2023 | BMM | BL | Meeting with team regarding responses and next steps in case and first days. | 1.10 | 800.00 | $880.00 |
| 08/18/2023 | IAWN | BL | Attend PSZJ team meeting re first day motions issues | 1.00 | 800.00 | $800.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    10

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/18/2023 | JSP | BL | Call with PSZJ team regarding responses to first day motions for party. | 0.70 | 800.00 | $560.00 |
| 08/18/2023 | KBD | BL | Call with PSZJ team to strategize regarding first day and other motions. | 1.10 | 800.00 | $880.00 |
| 08/18/2023 | KBD | BL | Analyze motion regarding Deposit and Loan Fund. | 0.30 | 800.00 | $240.00 |
| 08/22/2023 | JSP | BL | Continue review/analysis in connection with Deposit & Loan Fund | 1.60 | 800.00 | $1,280.00 |
| 08/23/2023 | IAWN | BL | Analyze declarations of Rev. Kevin O'Brien and Mark Mashaw | 0.60 | 800.00 | $480.00 |
| 08/24/2023 | KBD | BL | Analyze motion relating to deposit and loan fund. | 0.80 | 800.00 | $640.00 |
| 08/28/2023 | EG | BL | Draft email to Karen Dine re: September 5 hearings | 0.10 | 800.00 | $80.00 |
| 08/29/2023 | EG | BL | Update docket and WIP in connection with entry of second interim orders. | 0.90 | 800.00 | $720.00 |
| 08/29/2023 | EG | BL | Draft email to PSZJ Team re: entry of second interim orders and upcoming hearing dates. | 0.20 | 800.00 | $160.00 |
| 08/31/2023 | JSP | BL | Attention to 345 motion | 0.40 | 800.00 | $320.00 |
| 08/31/2023 | KBD | BL | Call with Jason Pomerantz regarding DLF motion. | 0.20 | 800.00 | $160.00 |
| 09/01/2023 | IDS | BL | Detailed review and analysis of first day declaration and DLF/DTF motion. | 1.40 | 800.00 | $1,120.00 |
| 09/01/2023 | JSP | BL | Attention to discovery matters | 0.40 | 800.00 | $320.00 |
| 09/01/2023 | JSP | BL | Further review of 345 motion | 0.30 | 800.00 | $240.00 |
| 09/04/2023 | BMM | BL | Review motion to continue bank accounts. | 0.20 | 800.00 | $160.00 |
| 09/04/2023 | JSP | BL | Correspondence regarding bank account motion | 0.20 | 800.00 | $160.00 |
| 09/05/2023 | KBD | BL | Analyze legal issues relating to Committee standing. | 0.60 | 800.00 | $480.00 |
| 09/12/2023 | IDS | BL | Call with Walter regarding Norfolk Parish | 0.40 | 800.00 | $320.00 |
| 09/12/2023 | JSP | BL | Confer with M. Babcock regarding deposit and loan fund motion | 0.20 | 800.00 | $160.00 |
| 09/15/2023 | KBD | BL | Analyze DLF and Bank Account motions and proposed orders. | 0.50 | 800.00 | $400.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:    11
Diocese of Ogdensburg O.C.C.                                              Invoice 135073
Client 18493.00002                                                       September 30, 2023

---

|            |     |    |                                                                                                                                                                                                    | Hours | Rate   | Amount     |
|------------|-----|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 09/20/2023 | EG  | BL | Email Myra re: uploading orders re: DLF Motion and Insurance Motion.                                                                                                                                | 0.10  | 800.00 | $80.00     |
| 09/20/2023 | EG  | BL | Convert various orders with respect to first day motions to prepare objections.                                                                                                                     | 0.50  | 800.00 | $400.00    |
| 09/20/2023 | JSP | BL | Review draft deposit and loan fund objection                                                                                                                                                        | 0.90  | 800.00 | $720.00    |
| 09/20/2023 | JSP | BL | Review draft response to 345 motion                                                                                                                                                                 | 0.30  | 800.00 | $240.00    |
| 09/20/2023 | KBD | BL | Prepare reservation of rights/objections to first day motions.                                                                                                                                      | 1.80  | 800.00 | $1,440.00  |
| 09/22/2023 | KBD | BL | Telephone calls with I. Scharf regarding strategy relating to motions.                                                                                                                              | 0.20  | 800.00 | $160.00    |
| 09/22/2023 | KBD | BL | Call with Bond Schoeneck, I. Scharf and J. Pomerantz regarding pending motions.                                                                                                                     | 1.20  | 800.00 | $960.00    |
| 09/22/2023 | KBD | BL | Revisions to objection/reservation to DLF/345 Motions.                                                                                                                                              | 0.40  | 800.00 | $320.00    |
| 09/26/2023 | EG  | BL | Finalize for filing and service the Committee's response to the Debtor's first and second day motions: Docket 16 (deposit and loan fund); Docket 44 (mediation); Docket 75 (bar date); Docket 17 (insurance policies); Docket 18 (automatic stay). | 6.50  | 800.00 | $5,200.00  |
| 09/26/2023 | KBD | BL | Prepare Objections to Diocese motions and related exhibits for filing.                                                                                                                              | 1.80  | 800.00 | $1,440.00  |
| 09/26/2023 | KBD | BL | Telephone calls with E. Gray coordinating objections for filing.                                                                                                                                   | 0.30  | 800.00 | $240.00    |
| 09/26/2023 | KBD | BL | Telephone call with E. Gray regarding filings in Diocese of Ogdensburg and next steps.                                                                                                              | 0.40  | 800.00 | $320.00    |
| 09/26/2023 | KLL | BL | Review limited objection to Debtors motion to authorize to continue deposit and loan fund.                                                                                                          | 0.20  | 545.00 | $109.00    |
| 09/26/2023 | KLL | BL | Review response to Debtors motion to refer certain matters to mediation.                                                                                                                            | 0.30  | 545.00 | $163.50    |
| 09/27/2023 | EG  | BL | Review docket and email Karen Dine and I. I. Scharf with third party objections to Debtor's first and second day motions: Docket 16 (deposit and loan fund); Docket 44 (mediation); Docket 75 (bar date); Docket 17 (insurance policies); Docket 18 (automatic stay). | 0.30  | 800.00 | $240.00    |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    12

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/28/2023 | IDS | BL | Call w/K. Dine and G. Walter regarding outstanding motions. | 0.30 | 800.00 | $240.00 |
| 09/28/2023 | IDS | BL | Call w/K. Dine and G. Walter regarding outstanding motions. | 0.30 | 800.00 | $240.00 |
| 09/28/2023 | KBD | BL | Call with I. Scharf and G. Walter regarding outstanding motions. | 0.30 | 800.00 | $240.00 |
| 09/28/2023 | KBD | BL | Call with I. Scharf regarding outstanding motions. | 0.10 | 800.00 | $80.00 |
| 09/28/2023 | KBD | BL | Analyze Debtor proposed changes to orders relating to DLF, insurance and stay. | 0.40 | 800.00 | $320.00 |
| 09/28/2023 | KBD | BL | Analyze Debtor response relating to 345 Motion. | 0.30 | 800.00 | $240.00 |
| 09/29/2023 | EG | BL | Draft, edit and prepare for filing the statement of the Official Committee of Unsecured Creditors re: the Moving Insurer's 2004 Motion [Docket No. 138} | 1.70 | 800.00 | $1,360.00 |
| | | | | **31.80** | | **$25,312.50** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/18/2023 | EG | CA | Zoom team meeting to discuss roles and responsibilities in the case | 0.70 | 800.00 | $560.00 |
| 08/18/2023 | JIS | CA | Organizational call with PSZJ team, including review of first day motions. | 1.00 | 800.00 | $800.00 |
| 08/18/2023 | KBD | CA | Analyze interim order regarding sealing documents. | 0.20 | 800.00 | $160.00 |
| 08/21/2023 | BMM | CA | Email communications with team regarding case administration. | 0.70 | 800.00 | $560.00 |
| 08/21/2023 | EG | CA | Prepare notice of appearance for PSZJ | 0.30 | 800.00 | $240.00 |
| 08/21/2023 | EG | CA | Prepare initial work in progress (WIP) list and contact list | 1.50 | 800.00 | $1,200.00 |
| 08/21/2023 | EG | CA | Compile work in progress list and contact list | 1.40 | 800.00 | $1,120.00 |
| 08/21/2023 | EG | CA | prepare WIP list, email clusters and contact lists for first meeting and case | 1.80 | 800.00 | $1,440.00 |
| 08/21/2023 | KBD | CA | Analyze correspondence among PSZJ and Bond, Schoeneck & King, PLLC regarding ongoing case issues. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     13

Diocese of Ogdensburg O.C.C.

Invoice 135073

Client 18493.00002

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/22/2023 | EG | CA | review docket to prepare work in progress list (1.50); update work in progress list based on docket review (1.50); calendar WIP list items (.50); listen to audio files of second day hearings to prepare work in progress list (.70); update work in progress list based on audio file review of second day hearings (1.0); update contact list (.30) | 5.50 | 800.00 | $4,400.00 |
| 08/22/2023 | KBD | CA | Review correspondence regarding status between PSZJ and Bond, Schoeneck & King, PLLC | 0.10 | 800.00 | $80.00 |
| 08/22/2023 | KLL | CA | Pull material for E. Gray for further review. | 0.30 | 545.00 | $163.50 |
| 08/22/2023 | KLL | CA | Review information for upcoming 341 meeting for K. Dine. | 0.20 | 545.00 | $109.00 |
| 08/22/2023 | KLL | CA | Prepare J. Stang pro hac motion. | 1.10 | 545.00 | $599.50 |
| 08/22/2023 | KLL | CA | Update critical dates memo. | 0.30 | 545.00 | $163.50 |
| 08/23/2023 | EG | CA | Finalize WIP list (2.30); finalize critical dates list (.50) | 2.80 | 800.00 | $2,240.00 |
| 08/23/2023 | KLL | CA | Update critical dates memo. | 0.30 | 545.00 | $163.50 |
| 08/23/2023 | KLL | CA | Correspond on orders for certificate of good standing for J. Stang and K. Dine pro hac vice motions. | 0.40 | 545.00 | $218.00 |
| 08/24/2023 | EG | CA | update WIP and critical dates listings | 0.50 | 800.00 | $400.00 |
| 08/24/2023 | IAWN | CA | Telephone call with team re WIP | 0.80 | 800.00 | $640.00 |
| 08/24/2023 | IAWN | CA | Review WIP list and exchange emails with Erin Gray re same | 0.20 | 800.00 | $160.00 |
| 08/25/2023 | EG | CA | Update case calendar. | 0.10 | 800.00 | $80.00 |
| 08/25/2023 | KLL | CA | Assist with information on admission to NDNY. | 0.20 | 545.00 | $109.00 |
| 08/28/2023 | EG | CA | Update work in progress list. | 0.90 | 800.00 | $720.00 |
| 08/28/2023 | EG | CA | Update case calendar. | 0.10 | 800.00 | $80.00 |
| 08/28/2023 | KBD | CA | Prepare and review correspondence w/counsel for Diocese on ongoing case matters. | 0.10 | 800.00 | $80.00 |
| 08/28/2023 | KLL | CA | Update critical dates memo. | 0.30 | 545.00 | $163.50 |
| 08/29/2023 | KBD | CA | Review orders entered in case. | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    14

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/29/2023 | KLL | CA | Receive and update pro hac for J. Stang with certificate of good standing. | 0.20 | 545.00 | $109.00 |
| 08/30/2023 | KBD | CA | Review correspondence with Diocese counsel. | 0.10 | 800.00 | $80.00 |
| 09/01/2023 | KLL | CA | Review current filings and update critical dates memo. | 0.20 | 545.00 | $109.00 |
| 09/05/2023 | EG | CA | Review and revise application to admit James J. Stang pro hac vice | 0.30 | 800.00 | $240.00 |
| 09/05/2023 | EG | CA | Update work in progress list. | 0.30 | 800.00 | $240.00 |
| 09/06/2023 | EG | CA | Update work-in-progess list in preparation for PSZJ team WIP call at 530 pm ET | 0.50 | 800.00 | $400.00 |
| 09/06/2023 | EG | CA | PSZJ team WIP call (K. Dine, I. Scharf,  I. Nasatir J. Pomerantz, E. Gray) | 1.00 | 800.00 | $800.00 |
| 09/06/2023 | IDS | CA | Call with James I. Stang regarding staffing and workflow | 0.30 | 800.00 | $240.00 |
| 09/06/2023 | IDS | CA | Email to PSZJ team regarding tasks and workflow | 0.30 | 800.00 | $240.00 |
| 09/06/2023 | JSP | CA | Participate on call with I. Scharf, K. Dine and E. Gray regarding work in progress, including discovery, pending motions and first meeting of creditors | 1.00 | 800.00 | $800.00 |
| 09/06/2023 | KBD | CA | Strategize regarding outstanding issues and next steps with PSZJ team | 1.00 | 800.00 | $800.00 |
| 09/07/2023 | EG | CA | Update WIP. | 0.40 | 800.00 | $320.00 |
| 09/07/2023 | EG | CA | Update calendar. | 0.20 | 800.00 | $160.00 |
| 09/08/2023 | JSP | CA | Review correspondence from I. I. Scharf regarding case issues | 0.30 | 800.00 | $240.00 |
| 09/13/2023 | EG | CA | Revise work in progress list | 0.40 | 800.00 | $320.00 |
| 09/13/2023 | EG | CA | Update WIP List (including contacts, calendar and documents) in advance of 9/14 PSZJ Team meeting | 1.50 | 800.00 | $1,200.00 |
| 09/13/2023 | EG | CA | Daft amended declaration of Jim J. Stang in connection with pro hac vice application (.40); review local rules re: same (.20); draft email to Myra Kulick re same (.10); draft email to J. Stang re same (.10) | 0.80 | 800.00 | $640.00 |
| 09/14/2023 | EG | CA | Weekly Professionals WIP Call | 0.80 | 800.00 | $640.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    15

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/14/2023 | EG | CA | update work in progress list for professionals call | 0.50 | 800.00 | $400.00 |
| 09/14/2023 | JSP | CA | Call with PSZJ team regarding case issues | 0.80 | 800.00 | $640.00 |
| 09/14/2023 | KBD | CA | Participate in PSZJ team meeting regarding case next steps relating to outstanding Diocese motions. | 0.80 | 800.00 | $640.00 |
| 09/14/2023 | KLL | CA | Prepare notice of appearance re adversary matter. | 0.50 | 545.00 | $272.50 |
| 09/14/2023 | KLL | CA | Discussion with professionals on case matters and first days. | 0.80 | 545.00 | $436.00 |
| 09/15/2023 | EG | CA | Weekly call with state court counsel | 0.50 | 800.00 | $400.00 |
| 09/17/2023 | KBD | CA | Revise proposed confidentiality agreement. | 0.60 | 800.00 | $480.00 |
| 09/18/2023 | KLL | CA | Review correspondence and log onto Everlaw for uploading docuemtns received. | 0.30 | 545.00 | $163.50 |
| 09/19/2023 | KLL | CA | Revise notice of appearance to adversary case. | 0.30 | 545.00 | $163.50 |
| 09/20/2023 | EG | CA | Update work in progress list. | 0.30 | 800.00 | $240.00 |
| 09/20/2023 | EG | CA | Follow up on Jim Stang's pro hac vice application | 0.50 | 800.00 | $400.00 |
| 09/20/2023 | KBD | CA | Prepare correspondence to counsel for the Debtor on outstanding case issues. | 0.30 | 800.00 | $240.00 |
| 09/20/2023 | KBD | CA | Revisions to draft confidentiality agreement. | 0.20 | 800.00 | $160.00 |
| 09/21/2023 | EG | CA | Update work in progress list for weekly team call. | 1.50 | 800.00 | $1,200.00 |
| 09/21/2023 | EG | CA | Weekly work in progress call with Karen Dine and I. Scharf. | 0.60 | 800.00 | $480.00 |
| 09/21/2023 | KBD | CA | Participate in PSZJ call regarding discovery and next steps. | 0.60 | 800.00 | $480.00 |
| 09/21/2023 | KLL | CA | Finalize ECF submission for J. Stang per pro hac procedures. | 0.20 | 545.00 | $109.00 |
| 09/22/2023 | IDS | CA | Call w/ Bond Schoeneck, K. Dine and J. Pomerantz. | 1.20 | 800.00 | $960.00 |
| 09/22/2023 | JSP | CA | Call with S. Donato, G. Walter, S. Temes, C. Sullivan, I. Scharf and K. Dine regarding various matters, including bar date, DLF/DTF, mediation | 1.20 | 800.00 | $960.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Ogdensburg O.C.C.
Client 18493.00002

Page:    16
Invoice 135073
September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/28/2023 | EG | CA | Weekly work in progress call with Karen Dine and I. I. Scharf, Jason Pomerantz and I. Nasatir. | 0.50 | 800.00 | $400.00 |
| 09/28/2023 | EG | CA | Update WIP for weekly work in progress call. | 1.50 | 800.00 | $1,200.00 |
| 09/28/2023 | IAWN | CA | Telephone call with team re WIP | 0.50 | 800.00 | $400.00 |
| 09/28/2023 | JSP | CA | Participate with PSZJ team on call regarding case status, including bar date, DLF/DTF, discovery | 0.50 | 800.00 | $400.00 |
| 09/28/2023 | KBD | CA | Call with PSZJ team regarding outstanding issues and next steps. | 0.50 | 800.00 | $400.00 |
| | | | | **46.90** | | **$36,092.00** |

### Claims Administration and Objections

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/18/2023 | KBD | CO | Analyze bar date motion. | 0.40 | 800.00 | $320.00 |
| 08/19/2023 | KBD | CO | Review notice of hearing re bar date and related correspondence | 0.10 | 800.00 | $80.00 |
| 08/21/2023 | KBD | CO | Revise draft of bar date order | 1.10 | 800.00 | $880.00 |
| 08/22/2023 | KBD | CO | Prepare comments to bar date documents | 1.70 | 800.00 | $1,360.00 |
| 08/24/2023 | KBD | CO | Prepare comments to Bar Date Order. | 0.60 | 800.00 | $480.00 |
| 08/26/2023 | KBD | CO | Analyze pleadings regarding claim objections. | 0.40 | 800.00 | $320.00 |
| 08/27/2023 | KBD | CO | Prepare comments to Bar Date documents. | 0.40 | 800.00 | $320.00 |
| 08/28/2023 | KBD | CO | Prepare comments to bar date order and related documents. | 0.30 | 800.00 | $240.00 |
| 09/14/2023 | IDS | CO | Revise Bar Date Order, Notice and Form | 1.80 | 800.00 | $1,440.00 |
| 09/14/2023 | KBD | CO | Revisions to claims bar date papers. | 0.30 | 800.00 | $240.00 |
| 09/17/2023 | KBD | CO | Revise bar date documents. | 0.20 | 800.00 | $160.00 |
| 09/20/2023 | KBD | CO | Call with I. Scharf regarding bar date matters. | 0.10 | 800.00 | $80.00 |
| 09/20/2023 | KBD | CO | Revisions to bar date documents. | 0.20 | 800.00 | $160.00 |
| 09/20/2023 | KBD | CO | Prepare objection relating to bar date. | 0.70 | 800.00 | $560.00 |
| 09/21/2023 | KBD | CO | Prepare objection to bar date. | 0.50 | 800.00 | $400.00 |
| 09/21/2023 | KBD | CO | Analyze legal issues relating to bar date. | 1.70 | 800.00 | $1,360.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    17

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/22/2023 | KBD | CO | Analyze legal issues relating to bar date motion. | 0.60 | 800.00 | $480.00 |
| 09/23/2023 | KBD | CO | Prepare objection to bar date motion. | 3.20 | 800.00 | $2,560.00 |
| 09/23/2023 | KBD | CO | Revise draft schedules to bar date order. | 0.50 | 800.00 | $400.00 |
| 09/26/2023 | KLL | CO | Review limited objection to Debtors bar date motion. | 0.20 | 545.00 | $109.00 |
| 09/27/2023 | KBD | CO | Analyze pleadings filed by insurers regarding bar date. | 0.80 | 800.00 | $640.00 |
| 09/27/2023 | KBD | CO | Prepare reply to insurer bar date objections. | 2.20 | 800.00 | $1,760.00 |
| 09/28/2023 | KBD | CO | Analyze legal issues regarding bar date raised by insurers. | 1.70 | 800.00 | $1,360.00 |
| 09/28/2023 | KBD | CO | Prepare draft reply regarding bar date issues. | 2.40 | 800.00 | $1,920.00 |
| 09/29/2023 | KBD | CO | Revisions to Reply to insurers on Bar Date. | 0.80 | 800.00 | $640.00 |
| 09/29/2023 | KBD | CO | Coordinate filing and transmission of Reply. | 0.40 | 800.00 | $320.00 |
| 09/29/2023 | KBD | CO | Call with E. Gray regarding filing. | 0.10 | 800.00 | $80.00 |
| | | | | **23.40** | | **$18,669.00** |

**General Creditors' Committee**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/18/2023 | KBD | GC | Prepare and analyze correspondence among PSZJ, SCC and Committee regarding ongoing case issues. | 0.30 | 800.00 | $240.00 |
| 08/22/2023 | KBD | GC | Call with B. Michael regarding SCC issue | 0.10 | 800.00 | $80.00 |
| 08/22/2023 | KBD | GC | Revise propose agenda for Committee call | 0.30 | 800.00 | $240.00 |
| 08/22/2023 | KBD | GC | Call with J. Stang regarding Committee meeting | 0.10 | 800.00 | $80.00 |
| 08/23/2023 | KBD | GC | Prepare for Committee meeting. | 0.70 | 800.00 | $560.00 |
| 08/23/2023 | KBD | GC | Draft committee by-laws. | 0.30 | 800.00 | $240.00 |
| 08/23/2023 | KBD | GC | Prepare correspondence for Committee on ongoing case issues. | 0.10 | 800.00 | $80.00 |
| 08/24/2023 | KBD | GC | Attention to preparation of NDA for Committee. | 0.20 | 800.00 | $160.00 |
| 08/24/2023 | KBD | GC | Participate in meeting of Committee and SCC regarding ongoing case issues. | 1.70 | 800.00 | $1,360.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     18

Invoice 135073

September 30, 2023

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 08/24/2023 | KBD | GC | Prepare minutes of Committee meeting. | 0.20 | 800.00 | $160.00 |
| 08/28/2023 | EG | GC | Draft email to Kari Kozak re: committee communcations | 0.10 | 800.00 | $80.00 |
| 08/28/2023 | EG | GC | Draft email to Chuck Curts re: email clusters for committee communications | 0.10 | 800.00 | $80.00 |
| 08/28/2023 | IAWN | GC | Review Erin Gray introduction to Committee | 0.10 | 800.00 | $80.00 |
| 08/28/2023 | KBD | GC | Coordinate matters for next meeting of Committee with E. Gray (partial). | 0.20 | 800.00 | $160.00 |
| 08/29/2023 | IAWN | GC | Review K. Dine summary to committee of status | 0.10 | 800.00 | $80.00 |
| 08/29/2023 | KBD | GC | Draft correspondence to Committee and SCC regarding ongoing case matters. | 0.10 | 800.00 | $80.00 |
| 08/29/2023 | KBD | GC | Coordinate matters for next meeting of Committee with E. Gray (partial). | 0.20 | 800.00 | $160.00 |
| 09/06/2023 | IDS | GC | Email to Committee regarding standing meeting | 0.20 | 800.00 | $160.00 |
| 09/06/2023 | IDS | GC | Email to SCC regarding standing counsel call | 0.20 | 800.00 | $160.00 |
| 09/07/2023 | EG | GC | Compile documents to send to Committee for Monday's OCC meeting | 0.30 | 800.00 | $240.00 |
| 09/08/2023 | KBD | GC | Review correspondence with Committee and SCC. | 0.10 | 800.00 | $80.00 |
| 09/11/2023 | EG | GC | Attend weekly meeting of the Official Committee of Unsecured Creditors | 1.50 | 800.00 | $1,200.00 |
| 09/11/2023 | IDS | GC | Prepare for committee meeting | 0.60 | 800.00 | $480.00 |
| 09/11/2023 | IDS | GC | Attend committee meeting | 1.50 | 800.00 | $1,200.00 |
| 09/11/2023 | KBD | GC | Prepare for meeting of Committee and SCC regarding ongoing case issues. | 0.40 | 800.00 | $320.00 |
| 09/11/2023 | KBD | GC | Participate in meeting of Committee and SCC regarding ongoing case issues. | 1.50 | 800.00 | $1,200.00 |
| 09/14/2023 | IDS | GC | Committee professionals' meeting regarding case | 0.80 | 800.00 | $640.00 |
| 09/15/2023 | IDS | GC | Draft agenda for Committee meeting | 0.60 | 800.00 | $480.00 |
| 09/15/2023 | IDS | GC | Review WIP list | 0.40 | 800.00 | $320.00 |
| 09/18/2023 | EG | GC | Attend weekly committee call | 1.40 | 800.00 | $1,120.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    19

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/20/2023 | EG | GC | Edit minutes of 9/18/23 committee meeting. | 0.50 | 800.00 | $400.00 |
| 09/20/2023 | KBD | GC | Review minutes of committee meeting. | 0.10 | 800.00 | $80.00 |
| 09/22/2023 | KBD | GC | Call with SCC regarding ongoing case issues. | 0.70 | 800.00 | $560.00 |
| 09/29/2023 | IDS | GC | Participate in call w/SCC and PSZJ on ongoing matters. | 0.70 | 800.00 | $560.00 |
| 09/29/2023 | KBD | GC | Participate in call with SCC and PSZJ on ongoing matters. | 0.70 | 800.00 | $560.00 |
| | | | | 17.10 | | $13,680.00 |

**Insurance Coverage**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/18/2023 | KBD | IC | Call with counsel for Arrowood and J. Bair regarding 2004 motion. | 0.20 | 800.00 | $160.00 |
| 08/18/2023 | KBD | IC | Attention to notice of adjournment of hearing and related correspondence. | 0.20 | 800.00 | $160.00 |
| 08/23/2023 | IAWN | IC | Review coverage chart, policies and coverage letters produced by Diocese of Ogdensburg | 3.40 | 800.00 | $2,720.00 |
| 08/23/2023 | IAWN | IC | Review first day motion for insurance | 0.80 | 800.00 | $640.00 |
| 08/23/2023 | IAWN | IC | Review first day motion re structure and PSIP | 0.80 | 800.00 | $640.00 |
| 08/24/2023 | IAWN | IC | Review file room re policies and inventory same | 1.50 | 800.00 | $1,200.00 |
| 08/25/2023 | EG | IC | Review documents in Everlaw to compile insurance and PSIP documents for I. Nasatir's review in connection with the Debtor's Insurance Motion and Mediation Motion in insurance adversary | 0.50 | 800.00 | $400.00 |
| 08/25/2023 | IAWN | IC | Review Everlaw documents and motions re PSIP | 2.50 | 800.00 | $2,000.00 |
| 08/26/2023 | KBD | IC | Review derivative standing motion for filing. | 0.30 | 800.00 | $240.00 |
| 09/01/2023 | IAWN | IC | Review Century 2004 in Oakland re statics in Diocese of Ogdensburg | 0.30 | 800.00 | $240.00 |
| 09/01/2023 | IDS | IC | Review first day declaration and insurance motion | 1.80 | 800.00 | $1,440.00 |
| 09/11/2023 | IAWN | IC | Review insurance motion and declarations in support | 0.90 | 800.00 | $720.00 |
| 09/11/2023 | IAWN | IC | Review Everlaw insurance documents | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    20

Invoice 135073

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/11/2023 | IAWN | IC | Analyze and draft lengthy recommendation re insurance motion to Diocese of Ogdensburg team | 1.20 | 800.00 | $960.00 |
| 09/14/2023 | EG | IC | Research re: insurance adversary and draft email re: same | 0.50 | 800.00 | $400.00 |
| 09/20/2023 | IAWN | IC | Review insurance motion order and send revised language to I. Scharf and E. Gray | 0.80 | 800.00 | $640.00 |
| 09/27/2023 | KBD | IC | Analyze pleadings filed by insurers regarding discovery. | 0.30 | 800.00 | $240.00 |
| 09/28/2023 | EG | IC | Draft Motion to Intervene in insurance adversary. | 0.50 | 800.00 | $400.00 |
| | | | | 16.70 | | $13,360.00 |

**Meetings of and Communications with Creditors**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/22/2023 | JSP | MC | Correspondence regarding meeting of creditors | 0.10 | 800.00 | $80.00 |
| 08/23/2023 | KBD | MC | Participate in telephonic 341 meeting. | 0.10 | 800.00 | $80.00 |
| 09/07/2023 | EG | MC | Draft email to OUST re: 341(a). | 0.10 | 800.00 | $80.00 |
| 09/11/2023 | IDS | MC | Prepare for 341 meeting | 2.80 | 800.00 | $2,240.00 |
| 09/11/2023 | IDS | MC | Attend 341 meeting | 3.50 | 800.00 | $2,800.00 |
| | | | | 6.60 | | $5,280.00 |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/18/2023 | KBD | ME | Call with PSZJ team regarding mediation issues. | 0.20 | 800.00 | $160.00 |
| 08/21/2023 | JIS | ME | Call to B. Michael regarding mediator issues. | 0.10 | 800.00 | $80.00 |
| 08/21/2023 | JIS | ME | Call to mediator candidate regarding availability for case. | 0.30 | 800.00 | $240.00 |
| 09/26/2023 | KBD | ME | Analyze response to mediation motion. | 0.20 | 800.00 | $160.00 |
| | | | | 0.80 | | $640.00 |

**PSZJ Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/25/2023 | KLL | RP | Prepare PSZJ retention application. | 1.40 | 545.00 | $763.00 |
| 09/05/2023 | EG | RP | Review and revise application to employ PSZJ. | 0.70 | 800.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    21

Diocese of Ogdensburg O.C.C.

Invoice 135073

Client 18493.00002

September 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/05/2023 | IDS | RP | Review and respond to email from Gray regarding PSZJ retention application | 0.40 | 800.00 | $320.00 |
| 09/05/2023 | KBD | RP | Analyze issues relating to PSZJ employment application. | 0.10 | 800.00 | $80.00 |
| 09/05/2023 | KBD | RP | Telephone call with E. Gray regarding PSZJ employment application. | 0.10 | 800.00 | $80.00 |
| 09/06/2023 | EG | RP | Draft email to J. Stang and I. Scharf with follow up questions regarding application to employ PSZJ | 0.30 | 800.00 | $240.00 |
| 09/07/2023 | EG | RP | Revise application to employ PSZJ | 0.80 | 800.00 | $640.00 |
| 09/13/2023 | EG | RP | Compile parties for conflicts checks for retention of professionals | 1.80 | 800.00 | $1,440.00 |
| 09/14/2023 | EG | RP | Revise retention application for PSZJ | 1.00 | 800.00 | $800.00 |
| 09/14/2023 | IDS | RP | Review and revise conflicts list | 1.10 | 800.00 | $880.00 |
| 09/14/2023 | IDS | RP | Review and revise PSZJ retention application | 0.90 | 800.00 | $720.00 |
| 09/15/2023 | IDS | RP | Finalize PSZJ fee application | 1.50 | 800.00 | $1,200.00 |
| 09/19/2023 | EG | RP | Finalize and file PSZJ's employment application. | 0.50 | 800.00 | $400.00 |
| | | | | **10.60** | | **$8,123.00** |

**Other Professional Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/21/2023 | KLL | RPO | Review and prepare summary re employment applications Diocese retained. | 1.30 | 545.00 | $708.50 |
| 09/13/2023 | EG | RPO | draft email to K. LaBrada re:application to retain BRG | 0.10 | 800.00 | $80.00 |
| 09/19/2023 | KLL | RPO | Prepare BRG retention application. | 1.80 | 545.00 | $981.00 |
| 09/20/2023 | EG | RPO | Draft email to Timothy Burns and Jesse Bair re: employment. | 0.10 | 800.00 | $80.00 |
| 09/20/2023 | EG | RPO | Draft email to Jesse Bair re: retention application | 0.10 | 800.00 | $80.00 |
| 09/21/2023 | EG | RPO | Edit application to retain BRG. | 1.00 | 800.00 | $800.00 |
| | | | | **4.40** | | **$2,729.50** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    22

Invoice 135073

September 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Stay Litigation** | | | | | | |
| 08/19/2023 | KBD | SL | Research and analyze legal issues relating to motion for stay | 0.60 | 800.00 | $480.00 |
| 08/19/2023 | KBD | SL | Prepare objection to motion regarding stay | 0.80 | 800.00 | $640.00 |
| 08/21/2023 | KBD | SL | Research and analyze legal issues regarding the automatic stay | 2.20 | 800.00 | $1,760.00 |
| 08/21/2023 | KBD | SL | Draft objection to Debtor motion regarding the automatic stay | 1.40 | 800.00 | $1,120.00 |
| 08/22/2023 | BMM | SL | Communication with debtor's counsel regarding plaintiff discovery issue (w/ K. Dine in part). | 0.30 | 800.00 | $240.00 |
| 08/23/2023 | KBD | SL | Analyze issues relating to motion for stay. | 0.60 | 800.00 | $480.00 |
| 08/24/2023 | KBD | SL | Analyze issues relating to Diocese stay motion. | 0.60 | 800.00 | $480.00 |
| 09/01/2023 | BMM | SL | Review stay motion | 0.40 | 800.00 | $320.00 |
| 09/13/2023 | EG | SL | Review and comment on opposition to the Debtor's motion for "confirmation" of automatic stay | 0.40 | 800.00 | $320.00 |
| 09/13/2023 | IDS | SL | Begin review and revisions of objection to stay motion | 0.80 | 800.00 | $640.00 |
| 09/13/2023 | KBD | SL | Prepare objection to motion relating to confirmation of the stay. | 1.80 | 800.00 | $1,440.00 |
| 09/15/2023 | IDS | SL | Continue revisions to stay motion | 1.10 | 800.00 | $880.00 |
| 09/22/2023 | KBD | SL | Revisions to objection to stay motion and order. | 0.30 | 800.00 | $240.00 |
| | | | | **11.30** | | **$9,040.00** |

**TOTAL SERVICES FOR THIS MATTER:**                    $181,889.50

Pachulski Stang Ziehl & Jones LLP
Diocese of Ogdensburg O.C.C.
Client 18493.00002

Page:     23
Invoice 135073
September 30, 2023

---

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 08/21/2023 | LN | 18493.00002 Lexis Charges for 08-21-23 | 21.91 |
| 08/22/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 08/31/2023 | OS | EVERLAW, INC.-91980. - Litigation Support Vendors | 250.00 |
| 09/27/2023 | DC | Mobile Parcel Carrier, Inv. 243700 | 15.00 |
| 09/27/2023 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 09/27/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 09/27/2023 | RE2 | SCAN/COPY ( 196 @0.10 PER PG) | 19.60 |
| 09/27/2023 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 09/28/2023 | RE | ( 1432 @0.10 PER PG) | 143.20 |
| 09/29/2023 | FE | 18493.00002 FedEx Charges for 09-29-23 | 26.81 |
| 09/29/2023 | RE | ( 40 @0.10 PER PG) | 4.00 |
| 09/29/2023 | RE | ( 43 @0.10 PER PG) | 4.30 |
| 09/29/2023 | RE | ( 144 @0.10 PER PG) | 14.40 |
| 09/29/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 09/29/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 09/29/2023 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 09/29/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 09/29/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 09/29/2023 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 09/30/2023 | OS | Litigation Support Vendors. Everlaw, Inv. 93088 | 250.00 |
| 09/30/2023 | PAC | Pacer - Court Research | 41.60 |

**Total Expenses for this Matter**                    **$808.82**