**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg, New York, | Case No. 23-60507 (PGR) |
| Debtor. | |

## NOTICE OF FILING OF SECOND MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

PLEASE TAKE NOTICE that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Second Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period October 1, 2023 Through October 31, 2023, a copy of which is attached hereto and is hereby served upon you.

LA:4857-2402-5234.2 18493.002

Dated: New York, New York
     November 20, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
Email: ischarf@pszjlaw.com
Email: kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg, New York, | Case No. 23-60507 (PGR) |
| Debtor. | |

**SECOND MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 10/1/23-10/30/23 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $78,104.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,939.06 |

This is a monthly fee statement. It is the second monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated: New York, New York
   November 20, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
Email: ischarf@pszjlaw.com
Email: kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

# EXHIBIT A



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

October 31, 2023
Invoice    135075
Client     18493.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2023

| | |
|---|---:|
| FEES | $78,104.50 |
| EXPENSES | $1,939.06 |
| **TOTAL CURRENT CHARGES** | **$80,043.56** |
| **BALANCE FORWARD** | **$182,698.32** |
| **TOTAL BALANCE DUE** | **$262,741.88** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    2

Invoice 135075

October 31, 2023

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| IAWN | Nasatir, Iain A.W. | Partner | 800.00 | 1.10 | $880.00 |
| IDS | Scharf, Ilan D. | Partner | 800.00 | 30.30 | $24,240.00 |
| IDS | Scharf, Ilan D. | Partner | 0.00 | 9.90 | $0.00 |
| JIS | Stang, James I. | Partner | 800.00 | 1.50 | $1,200.00 |
| JSP | Pomerantz, Jason S. | Partner | 800.00 | 21.90 | $17,520.00 |
| EG | Gray, Erin | Counsel | 800.00 | 14.40 | $11,520.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 27.00 | $21,600.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 545.00 | 2.10 | $1,144.50 |
| | | | | 108.20 | $78,104.50 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    3

Invoice 135075

October 31, 2023

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| AA | Asset Analysis and Recovery | 32.90 | $26,320.00 |
| BL | Bankruptcy Litigation | 6.10 | $4,829.00 |
| CA | Case Administration | 14.30 | $10,955.50 |
| CO | Claims Administration and Objections | 11.90 | $9,520.00 |
| GC | General Creditors' Committee | 7.30 | $5,840.00 |
| HE | Hearings | 16.10 | $12,880.00 |
| IC | Insurance Coverage | 2.60 | $2,080.00 |
| ME | Mediation | 2.70 | $2,160.00 |
| RP | PSZJ Retention | 0.50 | $400.00 |
| RPO | Other Professional Retention | 2.80 | $2,240.00 |
| SL | Stay Litigation | 1.10 | $880.00 |
| TR | Travel | 9.90 | $0.00 |
| | | 108.20 | $78,104.50 |

Pachulski Stang Ziehl & Jones LLP                         Page:     4
Diocese of Ogdensburg O.C.C.                              Invoice 135075
Client 18493.00002                                        October 31, 2023

---

## Summary of Expenses

| Description | Amount |
|---|---|
| Auto Travel Expense | $344.77 |
| Lexis/Nexis- Legal Research | $10.69 |
| Litigation Support Vendors | $250.00 |
| Reproduction Expense - @0.20 per page | $24.30 |
| Reproduction Expense - @0.10 per page | $2.70 |
| Transcript | $1,306.60 |
| | $1,939.06 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:      5

Invoice 135075

October 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 10/03/2023 | JSP | AA | Correspondence to G. Walter, S. Donato regarding DLF/DTF documents/information requested | 0.10 | 800.00 | $80.00 |
| 10/04/2023 | JSP | AA | Confer with I. Scharf and K. Dine regarding Debtor's failure to respond to request for DLT/DTF information | 0.30 | 800.00 | $240.00 |
| 10/04/2023 | JSP | AA | Correspondence to S. Donato, G. Walter and C. Sullivan regarding Debtor's failure to respond to request for DLT/DTF information | 0.50 | 800.00 | $400.00 |
| 10/04/2023 | KBD | AA | Telephone call with J. Pomerantz regarding discovery issues. | 0.10 | 800.00 | $80.00 |
| 10/04/2023 | KBD | AA | Draft email regarding discovery. | 0.20 | 800.00 | $160.00 |
| 10/05/2023 | JSP | AA | Call with K. Dine, S. Donato, C. Sullivan, S. Temes and others regarding NDA and DLF/DTF | 0.40 | 800.00 | $320.00 |
| 10/05/2023 | KBD | AA | Prepare comments to confidentiality agreement. | 0.50 | 800.00 | $400.00 |
| 10/05/2023 | KBD | AA | Call with J. Pomerantz regarding discovery issues. | 0.10 | 800.00 | $80.00 |
| 10/05/2023 | KBD | AA | Prepare for call with Bond, Schoeneck & King, PLLC regarding discovery. | 0.20 | 800.00 | $160.00 |
| 10/05/2023 | KBD | AA | Call with J. Pomerantz, S. Donato, G. Walter, C. Sullivan and S. Temes regarding discovery and confidentiality agreement. | 0.40 | 800.00 | $320.00 |
| 10/05/2023 | KBD | AA | Correspondence with Bond, Schoeneck & King, PLLC regarding confidentiality agreement. | 0.10 | 800.00 | $80.00 |
| 10/08/2023 | JSP | AA | Review correspondence from K. Dine and M. Babcock regarding discovery | 0.80 | 800.00 | $640.00 |
| 10/09/2023 | IDS | AA | Review schedules, other information regarding data requests. | 1.80 | 800.00 | $1,440.00 |
| 10/09/2023 | JSP | AA | Review correspondence regarding DLF/DTF | 0.60 | 800.00 | $480.00 |
| 10/10/2023 | JSP | AA | Attention to discovery issues | 1.20 | 800.00 | $960.00 |
| 10/10/2023 | KBD | AA | Analyze proposed changes to Confidentiality Agreement. | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    6

Invoice 135075

October 31, 2023

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 10/10/2023 | KBD | AA | Draft correspondence to Bond, Schoeneck & King, PLLC regarding Confidentiality Agreement. | 0.10 | 800.00 | $80.00 |
| 10/11/2023 | JSP | AA | Review correspondence in connection with discovery | 0.70 | 800.00 | $560.00 |
| 10/12/2023 | JSP | AA | Prepare for call regarding DLF/DTF discovery | 0.70 | 800.00 | $560.00 |
| 10/12/2023 | KBD | AA | Analyze discovery issues. | 0.30 | 800.00 | $240.00 |
| 10/12/2023 | KBD | AA | Work on discovery requests. | 0.60 | 800.00 | $480.00 |
| 10/13/2023 | IDS | AA | Call with Diocese regarding  DLF/DTF discovery. | 0.60 | 800.00 | $480.00 |
| 10/13/2023 | JSP | AA | Prepare for and participate on call regarding DLF and DTF discovery | 0.50 | 800.00 | $400.00 |
| 10/13/2023 | KBD | AA | Call with C. Sullivan, G. Walter, S. Temes, I. Scharf and J. Pomerantz regarding outstanding discovery matters. | 0.40 | 800.00 | $320.00 |
| 10/13/2023 | KBD | AA | Analyze issues relating to discovery. | 0.50 | 800.00 | $400.00 |
| 10/15/2023 | JSP | AA | Review correspondence regarding discovery (M. Babcock and others) | 0.60 | 800.00 | $480.00 |
| 10/16/2023 | JSP | AA | Prepare for call regarding DLF, DTF and other discovery | 0.90 | 800.00 | $720.00 |
| 10/16/2023 | KBD | AA | Call with S. Temes regarding NDA. | 0.10 | 800.00 | $80.00 |
| 10/16/2023 | KBD | AA | Review proposed changes to NDA and related correspondence. | 0.40 | 800.00 | $320.00 |
| 10/17/2023 | JSP | AA | Correspondence regarding discovery | 0.70 | 800.00 | $560.00 |
| 10/18/2023 | JSP | AA | Call with M. Babcock and K. Dine regarding discovery | 0.70 | 800.00 | $560.00 |
| 10/18/2023 | JSP | AA | Prepare for call with M. Babcock and K. Dine regarding discovery | 0.40 | 800.00 | $320.00 |
| 10/18/2023 | KBD | AA | Analyze documents produced in discovery regarding Diocese operations. | 1.20 | 800.00 | $960.00 |
| 10/18/2023 | KBD | AA | Call with I. Scharf regarding discovery matters. | 0.10 | 800.00 | $80.00 |
| 10/18/2023 | KBD | AA | Call with J. Pomerantz and M. Babcock regarding discovery. | 0.70 | 800.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    7

Diocese of Ogdensburg O.C.C.

Invoice 135075

Client 18493.00002

October 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/18/2023 | KBD | AA | Analyze proposed document requests from BRG. | 0.30 | 800.00 | $240.00 |
| 10/19/2023 | IDS | AA | Call with K. Dine and J. Pomerantz regarding discovery. | 0.30 | 800.00 | $240.00 |
| 10/19/2023 | IDS | AA | Review revisions to NDA. | 0.50 | 800.00 | $400.00 |
| 10/19/2023 | JSP | AA | Call with K. Dine and I. Scharf regarding discovery | 0.30 | 800.00 | $240.00 |
| 10/19/2023 | KBD | AA | Call with J. Pomerantz and I. Scharf regarding discovery issues. | 0.30 | 800.00 | $240.00 |
| 10/19/2023 | KBD | AA | Draft discovery requests. | 0.30 | 800.00 | $240.00 |
| 10/20/2023 | JSP | AA | Attention to discovery issues | 1.60 | 800.00 | $1,280.00 |
| 10/20/2023 | KBD | AA | Draft document requests. | 1.20 | 800.00 | $960.00 |
| 10/23/2023 | JSP | AA | Attention to discovery matters | 1.90 | 800.00 | $1,520.00 |
| 10/23/2023 | KBD | AA | Work on discovery requests. | 0.20 | 800.00 | $160.00 |
| 10/24/2023 | JIS | AA | Call with I. Scharf regarding status. | 0.30 | 800.00 | $240.00 |
| 10/24/2023 | JSP | AA | Review correspondence from M. Babcock regarding discovery | 1.80 | 800.00 | $1,440.00 |
| 10/26/2023 | IDS | AA | Final review and execution of NDA | 0.50 | 800.00 | $400.00 |
| 10/26/2023 | JSP | AA | Analysis regarding discovery issues, including review of correspondence/documents in connectxion with same | 1.40 | 800.00 | $1,120.00 |
| 10/26/2023 | KBD | AA | Call with I. Scharf regarding discovery. | 0.10 | 800.00 | $80.00 |
| 10/26/2023 | KBD | AA | Correspondence with Burns Bair LLP regarding discovery issues. | 0.10 | 800.00 | $80.00 |
| 10/26/2023 | KBD | AA | Coordinate execution of NDA. | 0.20 | 800.00 | $160.00 |
| 10/27/2023 | JSP | AA | Attention to issues regarding DLF and DTF | 0.80 | 800.00 | $640.00 |
| 10/30/2023 | JSP | AA | Attention to discovery issues | 2.30 | 800.00 | $1,840.00 |
| 10/31/2023 | JSP | AA | Correspondence regarding discovery issues, including DLF and DTF | 0.80 | 800.00 | $640.00 |
| | | | | **32.90** | | **$26,320.00** |

Pachulski Stang Ziehl & Jones LLP

Page:    8

Diocese of Ogdensburg O.C.C.

Invoice 135075

Client 18493.00002

October 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 10/02/2023 | KBD | BL | Analyze pleadings filed in response to motions for hearing. | 0.40 | 800.00 | $320.00 |
| 10/03/2023 | KBD | BL | Review revised forms of orders. | 0.20 | 800.00 | $160.00 |
| 10/05/2023 | JIS | BL | Call I. I. Scharf regarding issues related to wages motion. | 1.00 | 800.00 | $800.00 |
| 10/10/2023 | KBD | BL | Review filed orders. | 0.30 | 800.00 | $240.00 |
| 10/11/2023 | IDS | BL | Review C Sullivan letter regarding request for additional time. | 0.20 | 800.00 | $160.00 |
| 10/16/2023 | JSP | BL | Correspondence regarding bar date order and NDA | 0.40 | 800.00 | $320.00 |
| 10/17/2023 | IDS | BL | Call with K Dine regarding letter to Chambers, | 0.20 | 800.00 | $160.00 |
| 10/17/2023 | IDS | BL | Review Diocese submission of mediation order and bar date order with insurer and committee comments. | 1.10 | 800.00 | $880.00 |
| 10/17/2023 | IDS | BL | Revise letter regarding mediation order and bar date order. | 0.50 | 800.00 | $400.00 |
| 10/17/2023 | IDS | BL | Review LMI letter regarding bar date order and mediation order. | 1.00 | 800.00 | $800.00 |
| 10/17/2023 | KBD | BL | Call w/I. Scharf regarding letter to chambers. | 0.20 | 800.00 | $160.00 |
| 10/20/2023 | KBD | BL | Review submission on cash management order. | 0.10 | 800.00 | $80.00 |
| 10/20/2023 | KBD | BL | Review orders as entered. | 0.10 | 800.00 | $80.00 |
| 10/25/2023 | KLL | BL | Review 10-3 transcript from transcriber. | 0.20 | 545.00 | $109.00 |
| 10/26/2023 | KBD | BL | Analyze pleadings filed in case. | 0.20 | 800.00 | $160.00 |
|  |  |  |  | **6.10** |  | **$4,829.00** |
| **Case Administration** | | | | | | |
| 10/03/2023 | KLL | CA | Correspond with J&J transcribers to transcribe 9/11 341(a) meeting. | 0.40 | 545.00 | $218.00 |
| 10/05/2023 | EG | CA | Update Work in Progress List and Calendar | 1.10 | 800.00 | $880.00 |
| 10/05/2023 | EG | CA | Weekly team work in progress call. | 0.70 | 800.00 | $560.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     9

Invoice 135075

October 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/2023 | EG | CA | Draft email to K. LaBrada re: ordering transcripts | 0.10 | 800.00 | $80.00 |
| 10/05/2023 | IAWN | CA | Telephone call with team re WIP. | 0.80 | 800.00 | $640.00 |
| 10/05/2023 | JSP | CA | Prepare for (.4) and participate (.5) on call regarding case status | 0.90 | 800.00 | $720.00 |
| 10/05/2023 | KBD | CA | Call with PSZJ team regarding action items and next steps. | 0.80 | 800.00 | $640.00 |
| 10/10/2023 | KLL | CA | Prepare for filing transcript request re 10/3/23 hearing. | 0.40 | 545.00 | $218.00 |
| 10/11/2023 | EG | CA | Update weekly work in progress list and calendar. | 1.00 | 800.00 | $800.00 |
| 10/11/2023 | KLL | CA | Correspond with court transcriber on filing of transcript request form and prepare revised form for filing. | 0.40 | 545.00 | $218.00 |
| 10/12/2023 | EG | CA | Update weekly work in progress list and calendar. | 1.00 | 800.00 | $800.00 |
| 10/13/2023 | KLL | CA | Update critical dates memo. | 0.20 | 545.00 | $109.00 |
| 10/17/2023 | EG | CA | Review new docket and docket items, calendar and update work in progress list. | 1.00 | 800.00 | $800.00 |
| 10/17/2023 | IDS | CA | Call with BSK team regarding pending matters. | 0.40 | 800.00 | $320.00 |
| 10/17/2023 | KBD | CA | Call with Debtor's counsel and I. Scharf regarding outstanding case matters. | 0.40 | 800.00 | $320.00 |
| 10/17/2023 | KLL | CA | Review correspondence with transcriber re 341a meeting transcript  and circulate to PSZJ team. | 0.30 | 545.00 | $163.50 |
| 10/18/2023 | EG | CA | Update and distribute WIP list. | 0.50 | 800.00 | $400.00 |
| 10/23/2023 | EG | CA | Update WIP List. | 0.50 | 800.00 | $400.00 |
| 10/24/2023 | KLL | CA | Review updates to critical dates memo. | 0.20 | 545.00 | $109.00 |
| 10/25/2023 | EG | CA | Update WIP list and calendar for weekly team call. | 0.70 | 800.00 | $560.00 |
| 10/25/2023 | JSP | CA | Prepare for call regarding case status (including review of correspondence in connection with same) | 0.60 | 800.00 | $480.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    10

Invoice 135075

October 31, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/2023 | KBD | CA | Telephone call with BOND, SCHOENECK & KING, PLLC team and I. Scharf regarding outstanding case issues. | 0.20 | 800.00 | $160.00 |
| 10/26/2023 | EG | CA | Update WIP and reschedule WIP Call. | 0.40 | 800.00 | $320.00 |
| 10/31/2023 | EG | CA | Update WIP and critical dates (.50); draft email to PSZJ re: same (.20); organize NDA signature pages and draft email to Karen Dine re: same (.40); draft email to Stretto re: claims page (.10); draft email to B. Michaels re: parishes, schools and law firms for claims database (.10). | 1.30 | 800.00 | $1,040.00 |
|  |  |  |  | **14.30** |  | **$10,955.50** |

**Claims Administration and Objections**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/08/2023 | KBD | CO | Prepare comments to Bar Date Order. | 0.70 | 800.00 | $560.00 |
| 10/09/2023 | IDS | CO | Review revised bar date order. | 0.80 | 800.00 | $640.00 |
| 10/09/2023 | KBD | CO | Analyze proposed bar date order revisions. | 0.20 | 800.00 | $160.00 |
| 10/10/2023 | IDS | CO | Revise bar date order. | 1.20 | 800.00 | $960.00 |
| 10/10/2023 | KBD | CO | Analyze comments to bar date order. | 0.40 | 800.00 | $320.00 |
| 10/11/2023 | KBD | CO | Analyze comments to bar date order. | 0.40 | 800.00 | $320.00 |
| 10/15/2023 | KBD | CO | Prepare comments to bar date order. | 0.70 | 800.00 | $560.00 |
| 10/16/2023 | IDS | CO | Review Diocese revisions to bar date order and exhibits. | 0.90 | 800.00 | $720.00 |
| 10/16/2023 | KBD | CO | Review revisions to bar date order. | 0.50 | 800.00 | $400.00 |
| 10/17/2023 | KBD | CO | Analyze LMI letter regarding bar date and other orders. | 0.50 | 800.00 | $400.00 |
| 10/17/2023 | KBD | CO | Analyze proposed changes to bar date order. | 0.80 | 800.00 | $640.00 |
| 10/17/2023 | KBD | CO | Prepare comments to bar date order. | 0.40 | 800.00 | $320.00 |
| 10/17/2023 | KBD | CO | Attention to correspondence from Chambers regarding bar date. | 0.20 | 800.00 | $160.00 |
| 10/17/2023 | KBD | CO | Draft letter to Court regarding the Bar Date. | 1.60 | 800.00 | $1,280.00 |
| 10/17/2023 | KBD | CO | Revisions to letter regarding bar date for filing. | 0.70 | 800.00 | $560.00 |
| 10/19/2023 | IDS | CO | Review bar date order as entered. | 1.10 | 800.00 | $880.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    11

Invoice 135075

October 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/19/2023 | KBD | CO | Analyze bar date as entered by court. | 0.40 | 800.00 | $320.00 |
| 10/30/2023 | JIS | CO | Telephone call with I. Scharf regarding bar date issues. | 0.20 | 800.00 | $160.00 |
| 10/31/2023 | EG | CO | Obtain offender list and email to Les and Brittany. | 0.20 | 800.00 | $160.00 |
| | | | | 11.90 | | $9,520.00 |

**General Creditors' Committee**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2023 | IDS | GC | Prepare agenda for committee meeting | 0.70 | 800.00 | $560.00 |
| 10/02/2023 | IDS | GC | Meeting with committee on case issues | 0.60 | 800.00 | $480.00 |
| 10/02/2023 | KBD | GC | Call with Committee, SCC and PSZJ regarding ongoing case issues. | 0.60 | 800.00 | $480.00 |
| 10/02/2023 | KBD | GC | Follow-up with I. Scharf regarding Committee meeting. | 0.20 | 800.00 | $160.00 |
| 10/02/2023 | KBD | GC | Prepare minutes of Committee meeting. | 0.10 | 800.00 | $80.00 |
| 10/06/2023 | KBD | GC | Call with PSZJ and SCC regarding ongoing case issues. | 0.50 | 800.00 | $400.00 |
| 10/09/2023 | IDS | GC | Email to committee regarding call agenda. | 0.20 | 800.00 | $160.00 |
| 10/09/2023 | IDS | GC | Call with Committee regarding case matters. | 0.80 | 800.00 | $640.00 |
| 10/09/2023 | KBD | GC | Participate in call w/the Committee and SCC on outstanding issues. | 0.60 | 800.00 | $480.00 |
| 10/09/2023 | KBD | GC | Prepare minutes of Committee meeting. | 0.10 | 800.00 | $80.00 |
| 10/11/2023 | KBD | GC | Correspondence among PSZJ and SCC on ongoing case issues. | 0.10 | 800.00 | $80.00 |
| 10/13/2023 | IDS | GC | Email to SCC in lieu of call. | 0.50 | 800.00 | $400.00 |
| 10/17/2023 | KBD | GC | Draft correspondence to SCC regarding ongoing case matters. | 0.20 | 800.00 | $160.00 |
| 10/20/2023 | IDS | GC | Email to SCC regarding case status in lieu of meeting | 0.30 | 800.00 | $240.00 |
| 10/23/2023 | IDS | GC | Call w/Committee and PSZJ on ongoing case issues. | 0.80 | 800.00 | $640.00 |
| 10/23/2023 | KBD | GC | Participate in call with Committee on ongoing case issues. | 0.80 | 800.00 | $640.00 |
| 10/23/2023 | KBD | GC | Call with I. Scharf re Committee meeting. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:   12

Invoice 135075

October 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/23/2023 | KBD | GC | Draft correspondence to Committee on ongoing case issues. | 0.10 | 800.00 | $80.00 |
| | | | | **7.30** | | **$5,840.00** |

**Hearings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2023 | IDS | HE | Prepare for hearing on various motions | 2.20 | 800.00 | $1,760.00 |
| 10/02/2023 | IDS | HE | Call with Karen Dine regarding hearing | 0.30 | 800.00 | $240.00 |
| 10/03/2023 | IDS | HE | Prepare for contested hearing on multiple matters. | 3.50 | 800.00 | $2,800.00 |
| 10/03/2023 | IDS | HE | Attend hearing on multiple matters. | 4.00 | 800.00 | $3,200.00 |
| 10/03/2023 | KBD | HE | Attend hearing telephonically (partial) regarding outstanding motions. | 3.00 | 800.00 | $2,400.00 |
| 10/03/2023 | KBD | HE | Call with I. Scharf regarding follow-up from hearing. | 0.30 | 800.00 | $240.00 |
| 10/16/2023 | IDS | HE | Prepare for hearing regarding insurance 2004 | 1.80 | 800.00 | $1,440.00 |
| 10/16/2023 | IDS | HE | Attend hearing regarding insurance 2004. | 1.00 | 800.00 | $800.00 |
| | | | | **16.10** | | **$12,880.00** |

**Insurance Coverage**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/04/2023 | EG | IC | Draft Motion to Intervene in Insurance Adversary | 1.50 | 800.00 | $1,200.00 |
| 10/05/2023 | EG | IC | Motion to Intervene in insurance Adversary. | 1.10 | 800.00 | $880.00 |
| | | | | **2.60** | | **$2,080.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/09/2023 | IDS | ME | Review mediation order. | 0.50 | 800.00 | $400.00 |
| 10/10/2023 | IAWN | ME | Review mediation order and comment re same to I. Scharf. | 0.30 | 800.00 | $240.00 |
| 10/10/2023 | IDS | ME | Revise mediation order. | 0.70 | 800.00 | $560.00 |
| 10/10/2023 | KBD | ME | Prepare comments to mediation order. | 0.30 | 800.00 | $240.00 |
| 10/11/2023 | KBD | ME | Analyze comments to proposed mediation order. | 0.20 | 800.00 | $160.00 |
| 10/16/2023 | IDS | ME | Review revised mediation order. | 0.40 | 800.00 | $320.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    13

Invoice 135075

October 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/16/2023 | KBD | ME | Review revisions to mediation order. | 0.30 | 800.00 | $240.00 |
| | | | | 2.70 | | $2,160.00 |

**PSZJ Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/11/2023 | EG | RP | Revise and submit order approving employment of PSZJ | 0.50 | 800.00 | $400.00 |
| | | | | 0.50 | | $400.00 |

**Other Professional Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2023 | EG | RPO | Review final BRG application (.20); draft email to I. Scharf re: same | 0.30 | 800.00 | $240.00 |
| 10/02/2023 | EG | RPO | Draft email to Matthew Babcock re: final BRG application | 0.10 | 800.00 | $80.00 |
| 10/02/2023 | EG | RPO | Edit application to retain Burns Bair | 1.00 | 800.00 | $800.00 |
| 10/09/2023 | EG | RPO | Finalize and file Application to retain BRG. | 0.50 | 800.00 | $400.00 |
| 10/10/2023 | EG | RPO | Review, edit and distribute Application to retain Burns Bair. | 0.50 | 800.00 | $400.00 |
| 10/15/2023 | EG | RPO | Draft email to I. Scharf re: final approval of Burns Bair application | 0.10 | 800.00 | $80.00 |
| 10/31/2023 | EG | RPO | Prepare order approving BRG Application for lodging. | 0.30 | 800.00 | $240.00 |
| | | | | 2.80 | | $2,240.00 |

**Stay Litigation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/24/2023 | IDS | SL | Review motion for stay relief regarding probate matter | 0.90 | 800.00 | $720.00 |
| 10/24/2023 | KBD | SL | Review motion for relief from stay. | 0.20 | 800.00 | $160.00 |
| | | | | 1.10 | | $880.00 |

**Travel**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2023 | IDS | TR | Travel from New Rochelle to Syracuse for hearing. | 4.00 | 0.00 | N/C |
| 10/03/2023 | IDS | TR | Travel from Utica to Syracuse after hearing. | 1.00 | 0.00 | N/C |
| 10/03/2023 | IDS | TR | Travel from Syracuse to Utica for hearing. | 0.90 | 0.00 | N/C |

Pachulski Stang Ziehl & Jones LLP

Page:    14

Diocese of Ogdensburg O.C.C.

Invoice 135075

Client 18493.00002

October 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2023 | IDS | TR | Travel from Syracuse to NYC. | 4.00 | 0.00 | N/C |
| | | | | **9.90** | | **$0.00** |

**TOTAL SERVICES FOR THIS MATTER:**                        **$78,104.50**

Pachulski Stang Ziehl & Jones LLP                                Page:    15
Diocese of Ogdensburg O.C.C.                                    Invoice 135075
Client 18493.00002                                             October 31, 2023

---

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/02/2023 | AT | Elite Transportation, Inv. 1892894 IDS | 189.40 |
| 10/04/2023 | AT | Elite Transportation, Inv. 1892894 IDS | 155.37 |
| 10/17/2023 | TR | JJ Court Transcribers, Inc. Inv. 2023-02030, KLL | 517.00 |
| 10/18/2023 | LN | 18493.00002 Lexis Charges for 10-18-23 | 10.69 |
| 10/20/2023 | RE | ( 243 @0.10 PER PG) | 24.30 |
| 10/20/2023 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 10/25/2023 | TR | J & J COURT TRANSCRIBERS, INC.INV.2023-02087, KLL | 789.60 |
| 10/31/2023 | OS | EVERLAW, INC.-95699 | 250.00 |

**Total Expenses for this Matter**                              **$1,939.06**

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    16

Invoice 135075

October 31, 2023

---

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  10/31/2023**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135073 | 09/30/2023 | $181,889.50 | $808.82 | $182,698.32 |

**Total Amount Due on Current and Prior Invoices:**          **$262,741.88**