**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| The Roman Catholic Diocese of | )    Case No. |
| Ogdensburg, New York, | )    23-60507 (PGR) |
| | ) |
| Debtor. | )    Chapter 11 |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                                 )
COUNTY OF LOS ANGELES    )

       I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang

Ziehl & Jones LLP.  I am not a party to the within action; my business address is10100 Santa

Monica Boulevard, Suite 1300, Los Angeles, California 90067.

       I hereby certify that on November 20, 2023, I electronically filed the following documents

with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such

filing to parties listed on the attached Exhibit A.

1.     *NOTICE OF FILING OF FIRST MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD AUGUST 17, 2023 THROUGH SEPTEMBER 30, 2023*

2.     *NOTICE OF FILING OF SECOND MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023*

And, I hereby certify that on November 20, 2023, I have mailed by the United States Postal Service the documents to the non CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of November, 2023 at Santa Clarita, California.

*/s/ Myra Kulick*

Myra Kulick

## **EXHIBIT A**

**23-60507-6-pgr Notice will be electronically mailed to:**

- *Jeffrey Robert Anderson   jeff@andersonadvocates.com,
  therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com*
- *Alexander Bein     abein@carltonfields.com*
- *Sheryl Betance     sheryl.betance@stretto.com*
- *Ashlyn Capote     acapote@goldbergsegalla.com, bfaulkner@goldbergsegalla.com*
- *Keith Caughlin     caughlin@schwerzmannwise.com*
- *Erin Champion     USTPRegion02.UT.ECF@usdoj.gov*
- *Gaetano Dandrea     cvgdteam@laffeybuccikent.com*
- *Jillian Grace Dennehy     jillian.dennehy@kennedyslaw.com*
- *Robert Wagner DiUbaldo     rdiubaldo@carltonfields.com*
- *Karen B. Dine     kdine@pszjlaw.com*
- *Stephen A. Donato     sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com*
- *Jeffrey A. Dove     jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
  1212@ecf.pacerpro.com*
- *Adam P. Haberkorn     ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com*
- *Jeff D. Kahane     jkahane@duanemorris.com*
- *Amy Christine Keller     akeller@lglaw.com, sfischer@lglaw.com*
- *Marianne G. May     marianne.may@clydeco.us*
- *Stuart S. Mermelstein     smermelstein@hermanlaw.com*
- *Brett L Messinger     BLMessinger@duanemorris.com, emariney@duanemorris.com*
- *Andrew Mina     amina@duanemorris.com*
- *Siobhain P. Minarovich     Siobhain.Minarovich@rivkin.com*
- *Luis Orengo     lorengo@carltonfields.com, kathompson@carltonfields.com*
- *Bradley Puklin     bradley.puklin@clydeco.us*
- *Nathan W. Reinhardt     nreinhardt@duanemorris.com*
- *Andrew Scott Rivera     arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com*
- *Matthew Roberts     mroberts@phrd.com*
- *Russell W. Roten     RWRoten@duanemorris.com*
- *Russell Webb Roten     rwroten@duanemorris.com*
- *Jonathan Schapp     jschapp@goldbergsegalla.com,
  kallen@goldbergsegalla.com;bfaulkner@goldbergsegalla.com*
- *Ilan D. Scharf     ischarf@pszjlaw.com*
- *Tancred V. Schiavoni     tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com*
- *Taylor Stippel     taylor@andersonadvocates.com,
  erin@andersonadvocates.com;therese@andersonadvocates.com;elin@andersonadvocates.com*
- *Catalina J. Sugayan     catalina.sugayan@clydeco.us, nancy.lima@clydeco.us*
- *Charles J. Sullivan     csullivan@bsk.com,
  kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Sara C. Temes     stemes@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *U.S. Trustee     USTPRegion02.UT.ECF@usdoj.gov*
- *Nora Anne Valenza-Frost     nvalenza-frost@carltonfields.com*
- *Grayson T Walter     gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *Jennifer Wang     jwang@ccf-law.com, lalesci@ccf-law.com*
- *Matthew Michael Weiss     mweiss@phrd.com*
- *Harris Winsberg     hwinsberg@phrd.com*
- *Yongli Yang     yongli.yang@clydeco.us*

## EXHIBIT B

The Roman Catholic Diocese of Ogdensburg
Attn: Mark Mashaw
Diocesan Fiscal Officer
622 Washington Street
Ogdensburg, NY 13669