UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period July 17, 2023 Through July 31, 2023*, a copy of which is attached hereto and hereby served upon you.

Dated:  November 29, 2023

BOND, SCHOENECK & KING, PLLC

By:  /s/ Charles J. Sullivan
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
  csullivan@bsk.com
  gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

# MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD JULY 17, 2023 THROUGH JULY 31, 2023

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 31, 2023 |
| Period for which compensation and reimbursement is sought: | July 17, 2023 through July 31, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $48,896.50 ($39,117.20) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,322.46 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's first monthly fee statement in this case.

16867867.1 11/29/2023

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Mr. Mark Mashaw  
Diocesan Fiscal Officer  
Diocese of Ogdensburg  
622 Washington Street  
Ogdensburg, NY 13669

For Legal Services Rendered through 07/31/23.

**Chapter 11 Bankruptcy**  
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 07/17/23 | K.M.Doner | 0.50 | $90.00 | Finalized voluntary petition, 20 largest and related creditor matrices. |
| | K.M.Doner | 0.40 | $72.00 | Revised utility motion and related exhibits. |
| | K.M.Doner | 0.20 | $36.00 | Revised motion for extension of time to file schedules, together with related exhibits. |
| | K.M.Doner | 0.20 | $36.00 | Revised motion to file documents under seal, together with related exhibits. |
| 07/18/23 | R.A.Peterson | 0.30 | $42.00 | Consulted with Attorney Eaton regarding filings. |
| | R.A.Peterson | 0.30 | $42.00 | Updated service list with contact information for Utilities. |
| 07/19/23 | G.T.Walter | 0.50 | $207.00 | Drafted correspondence to Diocese regarding chapter 11 operating guidelines. |
| | G.T.Walter | 1.10 | $455.40 | Conferred with Diocese regarding compliance with operating guidelines and first day orders. |
| | G.T.Walter | 0.50 | $207.00 | Drafted guidance to Diocese regarding monthly operating reporting obligations. |
| | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with Attorney Walter regarding case administration matters. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/19/23 | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with Attorney Champion regarding case administration matters. |
| 07/20/23 | J.D.Eaton | 0.10 | $32.40 | Conducted telephonic conference with Attorney Walter regarding initial debtor interview. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding chapter 11 follow-up issues. |
| | C.J.Sullivan | 0.80 | $381.60 | Responded to U.S. Trustee inquiries concerning various information requests. |
| | J.D.Eaton | 0.80 | $259.20 | Drafted case strategy charter document with various deadlines. |
| | J.D.Eaton | 0.30 | $97.20 | Drafted correspondence to Father O'Brien, M. Mashaw, and Attorney Sullivan regarding initial debtor interview. |
| | J.D.Eaton | 0.20 | $64.80 | Drafted correspondence to S. Becker with the U.S. Trustee's office regarding initial debtor interview. |
| 07/21/23 | C.J.Sullivan | 0.50 | $238.50 | Prepared for meeting with Parish priests. |
| | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with Attorney Dove to prepare for Parish meetings. |
| | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with Father O'Brien to prepare for Parish meetings. |
| | C.J.Sullivan | 2.20 | $1,049.40 | Participated in Parish meeting. |
| | J.D.Eaton | 0.30 | $97.20 | Conducted telephonic conferences with M. Mashaw regarding initial debtor interview. |
| 07/24/23 | J.D.Eaton | 0.10 | $32.40 | Conducted telephonic conference with Attorney Walter regarding initial debtor interview. |
| | J.D.Eaton | 0.30 | $97.20 | Drafted correspondence to S. Becker with U.S. Trustee regarding initial debtor interview. |
| | J.D.Eaton | 0.10 | $32.40 | Drafted correspondence to Father O'Brien regarding initial debtor interview. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/24/23 | J.D.Eaton | 0.50 | $162.00 | Conducted telephonic conferences with Attorneys Sullivan and Temes regarding initial debtor interview. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Stretto regarding request from U.S. Trustee for contact information for 20 largest unsecured creditors. |
| | K.M.Doner | 0.20 | $36.00 | Revised notice of chapter 11 filing and first day motions. |
| | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with Attorney Eaton regarding case administration matters. |
| | J.D.Eaton | 0.20 | $64.80 | Drafted correspondence to S. Becker with U.S. Trustee's office regarding insurance information needed for initial debtor interview. |
| 07/25/23 | J.D.Eaton | 0.80 | $259.20 | Attended the initial debtor interview. |
| | C.J.Sullivan | 0.80 | $381.60 | Participated in initial debtor interview. |
| | C.J.Sullivan | 0.20 | $95.40 | Conducted various follow-up conferences with Diocese regarding initial debtor interview. |
| 07/26/23 | K.M.Doner | 0.20 | $36.00 | Reviewed contact information for 20 largest unsecured creditors requested by the U.S. Trustee. |
| 07/27/23 | J.D.Eaton | 0.20 | $64.80 | Drafted correspondence to S. Becker with the U.S. Trustee's office regarding waiver for ministerial matters. |
| | C.J.Sullivan | 0.20 | $95.40 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |
| 07/28/23 | J.D.Eaton | 0.20 | $64.80 | Drafted updates to case strategy charter. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Walter regarding schedules and related issues. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding information needed for schedules and statement of financial affairs. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/28/23 | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding case administration issues. |
| | Subtotal: | Hours: | 16.80 | |
| | | Amount: | $6,409.20 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/17/23 | K.M.Doner | 0.50 | $90.00 | Participated in various telephone conferences with Attorney Eaton regarding adversary complaint against insurance carriers. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Sullivan regarding adversary complaint and related issues. |
| | K.M.Doner | 0.80 | $144.00 | Drafted adversary proceeding cover sheet and related schedule. |
| | R.A.Peterson | 0.50 | $70.00 | Revised schedule 1 of adversary proceeding. |
| | K.M.Doner | 2.50 | $450.00 | Revised adversary complaint. |
| | J.D.Eaton | 0.40 | $129.60 | Conducted multiple telephonic conferences with Attorney Krell regarding the insurance carrier adversary proceeding. |
| 07/21/23 | A.S.Rivera | 0.20 | $52.20 | Consulted with Attorney Donato regarding motion to refer case to mediation. |
| 07/24/23 | J.D.Eaton | 0.10 | $32.40 | Conducted telephonic conference with Attorney Donato regarding mediation motion. |
| 07/25/23 | C.J.Sullivan | 1.50 | $715.50 | Worked on motion to refer action to mediation. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding mediation issues. |
| 07/26/23 | J.D.Eaton | 0.40 | $129.60 | Participated in various telephone conferences with K. Doner regarding adversary complaint and mediation motion. |

BOND, SCHOENECK & KING, PLLC  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center  TEL: (315) 218-8000
Syracuse, New York  13202-1355  FAX: (315) 218-8100

November 26, 2023
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/26/23 | J.D.Eaton | 0.40 | $129.60 | Conducted telephonic conferences with Attorney Michaelson regarding reissuance of adversary summons and service of same. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding logistics for service of adversary complaint. |
| | K.M.Doner | 0.30 | $54.00 | Prepared shortened caption for adversary proceeding. |
| | K.M.Doner | 0.20 | $36.00 | Communicated with Attorney Eaton regarding shortened caption for insurance adversary proceeding. |
| | K.M.Doner | 0.30 | $54.00 | Revised motion to refer case to mediation. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding motion to refer case to mediation. |
| | J.D.Eaton | 1.00 | $324.00 | Revised motion to refer case to mediation. |
| | C.J.Sullivan | 2.00 | $954.00 | Revised draft of mediation motion. |
| | C.J.Sullivan | 0.50 | $238.50 | Drafted correspondence to insurance carrier counsel regarding adversary proceeding. |
| 07/28/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding timing for submission of motion to refer case to mediation. |
| | K.M.Doner | 0.40 | $72.00 | Drafted notice of hearing on motion referring certain matters to mediation. |
| | K.M.Doner | 0.20 | $36.00 | Consulted with Attorney Eaton regarding motion referring certain matters to mediation. |
| | K.M.Doner | 0.30 | $54.00 | Revised notice of motion and motion referring certain matters to mediation, together with related exhibit. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding motion referring certain matters to mediation. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/28/23 | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with Attorney Sullivan and K. Doner regarding mediation motion. |
| | J.D.Eaton | 0.20 | $64.80 | Revised notice of motion on mediation motion. |
| | C.J.Sullivan | 0.50 | $238.50 | Revised motion referring action to mediation. |
| 07/31/23 | J.D.Eaton | 0.10 | $32.40 | Drafted correspondence to Attorney Michaelson regarding consent of insurance carriers to accept email service. |
| | C.J.Sullivan | 0.50 | $238.50 | Drafted correspondence to counsel for LMI regarding meditation motion and status of adversary proceeding. |

Subtotal: Hours: 15.10  
Amount: $4,696.90

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/17/23 | K.M.Doner | 0.40 | $72.00 | Revised stay confirmation motion and related exhibits. |
| 07/18/23 | G.T.Walter | 1.50 | $621.00 | Analyzed strategy regarding automatic stay issues. |
| | C.J.Sullivan | 0.50 | $238.50 | Reviewed correspondence from special litigation counsel regarding state court actions. |
| 07/20/23 | A.S.Rivera | 2.20 | $574.20 | Researched issues related to pending state court actions. |
| 07/24/23 | J.D.Eaton | 0.40 | $129.60 | Conducted telephonic conference with Attorney Krell regarding research into automatic stay and Fogarty decision. |
| 07/26/23 | J.S.Krell | 1.00 | $378.00 | Performed legal research in connection with the extension of the automatic stay to state court litigation naming the Diocese as a defendant in light of the Fogarty decision. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center    TEL: (315) 218-8000  
Syracuse, New York  13202-1355    FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/27/23 | C.J.Sullivan | 1.20 | $572.40 | Worked on stay motion supplemental pleading. |
| 07/31/23 | G.T.Walter | 2.00 | $828.00 | Conducted research in support of motion to confirm stay of third party litigation. |
| | Subtotal: | Hours: | 9.20 | |
| | | Amount: | $3,413.70 | |

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/19/23 | G.T.Walter | 0.20 | $82.80 | Conferred with Attorney Champion regarding Committee solicitation information. |
| | G.T.Walter | 0.70 | $289.80 | Reviewed file regarding Committee solicitation information requested by U.S. Trustee. |
| 07/25/23 | S.A.Donato | 0.30 | $148.50 | Conferred with prospective Committee counsel regarding initial chapter 11 issues. |
| 07/31/23 | C.J.Sullivan | 0.50 | $238.50 | Reviewed correspondence from Diocese concerning Section 341 meeting. |
| | Subtotal: | Hours: | 1.70 | |
| | | Amount: | $759.60 | |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/17/23 | K.M.Doner | 0.50 | $90.00 | Revised Stretto retention papers. |
| 07/19/23 | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with Attorney Rivera regarding Bond retention application. |
| | A.S.Rivera | 1.50 | $391.50 | Addressed issues related to professional retention applications. |
| 07/21/23 | A.S.Rivera | 0.20 | $52.20 | Conferred with attorney from Schwerzmann & Wise regarding retention application. |
| | A.S.Rivera | 0.20 | $52.20 | Conferred with attorney from Costello Firm regarding retention application. |
| | A.S.Rivera | 0.70 | $182.70 | Revised retention application for special litigation counsel. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW                                                                                                  Federal Tax ID 27-0015651

One Lincoln Center                                                                                                  TEL: (315) 218-8000  
Syracuse, New York  13202-1355                                                                           FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/26/23 | S.C.Temes | 0.90 | $368.55 | Reviewed retention application revisions for insurance and litigation counsel. |
| 07/28/23 | S.C.Temes | 0.50 | $204.75 | Reviewed retention application issues. |
| 07/31/23 | S.C.Temes | 0.60 | $245.70 | Reviewed standard and addressed questions related to special counsel retention application. |
| | Subtotal: | Hours:<br>Amount: | 5.30<br>$1,652.40 | |

**B185: Assumption/Rejection of Leases and Contracts**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/25/23 | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with representative of Wells Fargo regarding copier lease. |
| | Subtotal: | Hours:<br>Amount: | 0.50<br>$238.50 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/17/23 | J.S.Krell | 3.50 | $1,323.00 | Telephonically attended first day hearings. |
| | K.M.Doner | 2.00 | $360.00 | Prepared first day motions for distribution to interested parties and coordinated same with Stretto. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed correspondence from Stretto regarding first day motions. |
| | K.M.Doner | 0.30 | $54.00 | Drafted response to Stretto regarding notice provisions for first day motions. |
| | K.M.Doner | 0.50 | $90.00 | Communicated with Attorney Eaton regarding first day motions and related issues. |
| | J.S.Krell | 0.50 | $189.00 | Revised omnibus notice of hearing in connection with second day hearings. |
| | R.A.Peterson | 0.80 | $112.00 | Consulted with K. Doner regarding revisions to first day motions and filings. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/17/23 | G.T.Walter | 2.80 | $1,159.20 | Prepared for oral argument on first day motions. |
| | G.T.Walter | 1.30 | $538.20 | Conferred with U.S. Trustee and other parties in interest in advance of first day hearings. |
| | G.T.Walter | 3.50 | $1,449.00 | Attended first day hearings in Utica. |
| | G.T.Walter | 0.50 | $207.00 | Attended telephonic hearing before Judge Kinsella on various first day motions. |
| | G.T.Walter | 0.80 | $331.20 | Consulted with Attorney Eaton regarding first day debrief and preparation of proposed orders. |
| | S.A.Donato | 0.70 | $346.50 | Continued preparation for first day hearings. |
| | S.A.Donato | 3.50 | $1,732.50 | Attended first day motion hearings. |
| | J.D.Eaton | 0.50 | $162.00 | Attended portion of first day hearings regarding cash collateral, cash management, and interim liquidity. |
| | J.D.Eaton | 0.70 | $226.80 | Drafted correspondence to counsel for pre-petition ad hoc committee, with first day pleadings. |
| | J.D.Eaton | 0.20 | $64.80 | Reviewed order shortening time on first day motions. |
| | J.D.Eaton | 0.80 | $259.20 | Conducted multiple telephonic conferences with Attorney Walter regarding first day motion issues. |
| | C.J.Sullivan | 2.00 | $954.00 | Prepared for first day hearings. |
| | C.J.Sullivan | 3.50 | $1,669.50 | Participated in first day hearings. |
| | C.J.Sullivan | 0.20 | $95.40 | Reviewed drafts of first day motions. |
| | J.D.Eaton | 1.00 | $324.00 | Conducted multiple telephonic conferences with K. Doner and R. Peterson regarding finalized first day motions and orders. |
| | J.D.Eaton | 4.40 | $1,425.60 | Finalized motions and proposed orders for first day motions. |
| | A.S.Rivera | 2.00 | $522.00 | Revised first day pleadings. |
| | A.S.Rivera | 0.30 | $78.30 | Consulted with Attorney Eaton regarding preparation of interim orders. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW                              Federal Tax ID 27-0015651

One Lincoln Center                            TEL: (315) 218-8000  
Syracuse, New York  13202-1355                FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/17/23 | A.S.Rivera | 0.50 | $130.50 | Participated in first day hearings on cash collateral, cash management, and liquidity motion. |
| | K.M.Doner | 0.30 | $54.00 | Revised application shortening time for first day motions. |
| | K.M.Doner | 0.30 | $54.00 | Revised insurance motion and related exhibits. |
| | K.M.Doner | 0.30 | $54.00 | Revised liquidity motion and related exhibits. |
| | K.M.Doner | 0.30 | $54.00 | Revised cash management motion and related exhibits. |
| | K.M.Doner | 0.40 | $72.00 | Revised O'Brien and Mashaw declarations in support of first day motions. |
| 07/18/23 | G.T.Walter | 3.00 | $1,242.00 | Revised proposed interim orders granting first day motions. |
| | J.D.Eaton | 2.90 | $939.60 | Finalized additional first day orders and redlines. |
| | J.D.Eaton | 0.30 | $97.20 | Conducted office conference with R. Peterson regarding first day motion orders. |
| | J.D.Eaton | 0.40 | $129.60 | Conducted multiple telephonic conferences with Attorney Walter regarding first day motion orders. |
| | J.D.Eaton | 2.30 | $745.20 | Revised first day orders. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding first day motion hearing follow-up issues. |
| 07/19/23 | G.T.Walter | 0.70 | $289.80 | Confirmed agreement of counsel on first day orders and submitted same to Chambers for entry. |
| | G.T.Walter | 0.50 | $207.00 | Consulted with Attorney Sullivan regarding first day hearing debrief and next steps. |
| | G.T.Walter | 1.00 | $414.00 | Attended to first day service issues. |
| | J.D.Eaton | 0.40 | $129.60 | Conducted telephonic conference with Attorney Walter and R. Peterson regarding first day orders. |
| | S.A.Donato | 0.20 | $99.00 | Consulted with Attorney Sullivan regarding follow-up issues concerning first day motion hearings. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/19/23 | J.S.Krell | 1.50 | $567.00 | Revised notice of bankruptcy filing and first day orders in connection with terms of interim orders on first day motions. |
| 07/20/23 | J.D.Eaton | 0.30 | $97.20 | Conducted telephonic conference with R. Peterson regarding first day orders. |
| | J.S.Krell | 0.80 | $302.40 | Finalized draft of notice of bankruptcy filing and first day motions. |
| | J.D.Eaton | 0.60 | $194.40 | Conducted multiple telephonic conferences with R. Peterson and A. Westmoreland regarding first day orders and service of same. |
| | R.A.Peterson | 0.60 | $84.00 | Conducted telephonic conference with Attorney Eaton and A. Westmoreland regarding first day orders and service of same. |
| | R.A.Peterson | 0.30 | $42.00 | Conducted follow up telephonic conference with Attorney Eaton regarding first day orders. |
| | C.J.Sullivan | 0.80 | $381.60 | Reviewed drafts of various first-day orders. |
| | J.D.Eaton | 0.30 | $97.20 | Performed brief research regarding questions posed by Stretto related to service of first day orders. |
| 07/21/23 | J.D.Eaton | 0.10 | $32.40 | Drafted correspondence to Diocesan state court counsel regarding state court claimant information for first day orders. |
| | G.T.Walter | 0.30 | $124.20 | Exchanged correspondence with Diocese regarding first day matters and chapter 11 compliance measures. |
| | R.A.Peterson | 0.50 | $70.00 | Conducted telephonic conference with Attorney Eaton and A. Westmoreland regarding first day orders and service of same. |
| | J.D.Eaton | 0.50 | $162.00 | Conducted telephonic conference with R. Peterson, A. Westmoreland, and G. Lesage regarding completion of first day motion and interim order service issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/21/23 | J.S.Krell | 0.30 | $113.40 | Conferred with Attorney Sullivan regarding status of first day orders. |
| 07/24/23 | J.D.Eaton | 0.50 | $162.00 | Drafted correspondence to Attorney Dove and Stretto regarding service of first day orders and motions. |
| | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conferences with Attorney Walter and R. Peterson regarding service of first day orders and motions. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding notice of second day hearings. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorney Eaton regarding notice of chapter 11 filing and first day motions. |
| | R.A.Peterson | 0.20 | $28.00 | Conducted telephonic conference with Attorney Eaton regarding service of first day orders and motions. |
| | G.T.Walter | 1.00 | $414.00 | Revised notice of second day hearings. |
| | G.T.Walter | 1.00 | $414.00 | Coordinated service issues regarding notice of first day motions and orders and second day hearings. |
| | J.D.Eaton | 0.30 | $97.20 | Reviewed multiple spreadsheets with depositor information related to third party liquidity motion. |
| | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conferences with G. Lesage and A. Westmoreland regarding service questions posed by Stretto. |
| | J.D.Eaton | 0.20 | $64.80 | Finalized notice of commencement of case and second day hearing. |
| | J.S.Krell | 0.30 | $113.40 | Reviewed correspondence from Attorney Walter regarding revisions to the notice of bankruptcy filing and first day motions. |
| 07/26/23 | K.M.Doner | 0.10 | $18.00 | Received inquiry from Stretto regarding distribution of first day motions to CVA claimant. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/26/23 | K.M.Doner | 0.10 | $18.00 | Reviewed file materials and researched Stretto inquiry on CVA claimant for distribution of first day motions. |
| | K.M.Doner | 0.10 | $18.00 | Drafted response to Stretto regarding CVA claimant information for distribution of first day motions. |
| | A.S.Rivera | 0.80 | $208.80 | Addressed follow up issues from first day hearings. |
| 07/28/23 | G.T.Walter | 0.60 | $248.40 | Consulted with Attorney Sullivan regarding open matters and preparation for second day hearings. |
| | Subtotal: | Hours: | 63.40 | |
| | | Amount: | $22,825.20 | |

**B195: Non-Working Travel**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/17/23 | C.J.Sullivan | 1.00 | $477.00 | Traveled from Syracuse to Utica for first day hearings. |
| | C.J.Sullivan | 1.30 | $620.10 | Traveled from Syracuse to Watertown for press conference on chapter 11 filing. |
| 07/21/23 | C.J.Sullivan | 1.30 | $620.10 | Traveled from Syracuse to Watertown to attend Parish meetings. |
| 07/24/23 | C.J.Sullivan | 2.50 | $1,192.50 | Traveled from Syracuse to and from Malone, New York for meeting with pastors and trustees. |
| | Subtotal: | Hours: | 6.10 | |
| | | Amount: | $2,909.70 | |

**B210: Business Operations**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/17/23 | C.J.Sullivan | 2.00 | $954.00 | Participated in press conference pertaining to chapter 11 filing. |
| 07/18/23 | C.J.Sullivan | 0.80 | $381.60 | Prepared for employee meeting following chapter 11 filing. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/18/23 | C.J.Sullivan | 1.20 | $572.40 | Participated in employee meeting following chapter 11 filing. |
| 07/19/23 | S.A.Donato | 0.20 | $99.00 | Consulted with Attorney Sullivan regarding business operations issue. |
| 07/20/23 | C.J.Sullivan | 0.50 | $238.50 | Responded to Diocese inquiry concerning Cabrini grants. |
| 07/21/23 | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with M. Mashaw regarding credit card functionality question. |
| | J.D.Eaton | 0.20 | $64.80 | Drafted correspondence to Attorney Walter regarding credit card functionality issue. |
| 07/24/23 | G.T.Walter | 0.20 | $82.80 | Reviewed correspondence from insurer regarding adding U.S. Trustee as additional insured. |
| | C.J.Sullivan | 0.50 | $238.50 | Prepared for meeting with pastors and trustees. |
| | C.J.Sullivan | 2.00 | $954.00 | Participated in meeting with pastors and trustees. |
| | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with M. Mashaw regarding credit card issue. |
| | G.T.Walter | 0.30 | $124.20 | Responded to Diocese regarding addition of U.S. Trustee as additional insured. |
| 07/25/23 | J.D.Eaton | 0.30 | $97.20 | Communicated with Attorney Walter and M. Mashaw regarding additional fee for additional insured endorsement. |
| | J.D.Eaton | 0.30 | $97.20 | Drafted correspondence to S. Becker regarding proof of NY disability insurance and cyber insurance. |

| | Subtotal: | Hours: | 8.90 | |
|---|---|---|---|---|
| | | Amount: | $4,033.80 | |

**B220: Employee Benefits/Pensions**

| 07/17/23 | K.M.Doner | 0.30 | $54.00 | Revised wage motion and related exhibits. |
|---|---|---|---|---|

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/25/23 | J.D.Eaton | 0.20 | $64.80 | Drafted correspondence to M. Mashaw regarding interim wage order questions. |
| | Subtotal: | Hours: 0.50 | | |
| | | Amount: $118.80 | | |

**B230: Financing/Cash Collections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/17/23 | K.M.Doner | 0.40 | $72.00 | Revised cash collateral order motion and related exhibits. |
| | Subtotal: | Hours: 0.40 | | |
| | | Amount: $72.00 | | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/18/23 | G.T.Walter | 2.00 | $828.00 | Revised bar date motion. |
| 07/21/23 | J.D.Eaton | 0.30 | $97.20 | Conducted telephonic conference with Attorney Sullivan regarding bar date motion. |
| | C.J.Sullivan | 0.30 | $143.10 | Participated in telephone conference with Attorney Donato regarding bar date motion. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding bar date motion issues. |
| 07/28/23 | K.M.Doner | 0.30 | $54.00 | Participated in telephone conference with Attorneys Sullivan and Walter regarding bar date motion. |
| | J.D.Eaton | 0.30 | $97.20 | Conducted telephonic conference with Attorneys Donato, Sullivan, and Walter regarding the bar date motion. |
| | J.S.Krell | 0.30 | $113.40 | Conferred with Attorneys Sullivan and Walter regarding status of the bar date motion. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/31/23 | G.T.Walter | 0.50 | $207.00 | Reviewed correspondence from Diocese and research regarding payment of certain claims under first day orders. |
| | Subtotal: | Hours: 4.30 | | |
| | | Amount: $1,688.40 | | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 07/18/23 | A.S.Rivera | 0.30 | $78.30 | Examined recent diocese bankruptcy precedent for effect on Diocese. |
| | Subtotal: | Hours: 0.30 | | |
| | | Amount: $78.30 | | |

**Total Hours and Fees For This Matter:**         132.50         $48,896.50

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 6.40 | $495.00 | $3,168.00 |
| C. J. Sullivan (Member) | 34.80 | 477.00 | 16,599.60 |
| S. C. Temes (Member) | 2.00 | 409.50 | 819.00 |
| G. T. Walter (Member) | 26.50 | 414.00 | 10,971.00 |
| J. S. Krell (Of Counsel) | 8.20 | 378.00 | 3,099.60 |
| J. D. Eaton (Associate) | 26.60 | 324.00 | 8,618.40 |
| A. S. Rivera (Associate) | 8.90 | 261.00 | 2,322.90 |
| K. M. Doner (Paralegal) | 15.60 | 180.00 | 2,808.00 |
| R. A. Peterson (Paralegal) | 3.50 | 140.00 | 490.00 |
| **Total** | 132.50 | | $48,896.50 |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 26, 2023  
Bill Number: 19980493

Diocese of Ogdensburg

**Matter Disbursement Summary**

| | |
|---|---:|
| Color Copy Charges | $70.40 |
| Copy Charges | 1,394.60 |
| Data Hosting & Storage | 165.00 |
| Travel Expense | 564.96 |
| Westlaw | 127.50 |
| **Total Disbursements** | **$2,322.46** |
| **TOTAL FOR THIS MATTER** | **$51,218.96** |

Accounts Are Due Within 30 Days.

Page: 17