UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period August 1, 2023 Through August 31, 2023*, a copy of which is attached hereto and hereby served upon you.

Dated:  November 29, 2023

BOND, SCHOENECK & KING, PLLC

By: _____*/s/ Charles J. Sullivan*_____
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                                Debtor.

Case No.  23-60507

Chapter 11

## MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD AUGUST 1, 2023 THROUGH AUGUST 31, 2023

Name of Applicant:                      Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:             The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession

Date of Retention:                    Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:       August 1, 2023 through August 31, 2023

Amount of compensation sought
as actual, reasonable and necessary:    80% of $92,085.30 ($73,668.24)

Amount of expense reimbursement sought
as actual, reasonable and necessary:    $503.78

This is a: __X__ monthly _____ quarterly _____ final application.

This is Bond, Schoeneck & King, PLLC's second monthly fee statement in this case.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Mr. Mark Mashaw
Diocesan Fiscal Officer
Diocese of Ogdensburg
622 Washington Street
Ogdensburg, NY 13669

For Legal Services Rendered through 08/31/23.

**Chapter 11 Bankruptcy**
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 08/01/23 | K.M.Doner | 3.00 | $540.00 | Began preparing confidential schedules pertaining to CVA litigation claimants. |
| 08/02/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conferences with Attorney Walter regarding U.S. Trustee updates to 20 largest unsecured creditors. |
| | K.M.Doner | 0.10 | $18.00 | Received and reviewed correspondence from U.S. Trustee regarding inquiries with respect to 20 largest unsecured creditors. |
| | K.M.Doner | 0.50 | $90.00 | Conducted research regarding updated contact information for various CVA claimants listed on 20 largest unsecured creditors. |
| | K.M.Doner | 0.30 | $54.00 | Revised 20 largest unsecured creditors list. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Stretto regarding updates to counsel for various CVA claimants identified on 20 largest list. |
| 08/03/23 | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to M. Mashaw regarding information needed for schedules and statement of financial affairs. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 08/04/23 | J.S.Krell | 0.80 | $302.40 | Reviewed transcript of first day hearing in connection with drafting supplemental brief in support of the motion for extending the stay under Fogarty. |
| 08/07/23 | J.D.Eaton | 0.10 | $32.40 | Drafted revisions to case strategy charter document. |
| 08/09/23 | K.M.Doner | 0.20 | $36.00 | Corresponded with M. Mashaw regarding information needed for schedules and related documents. |
| | K.M.Doner | 0.80 | $144.00 | Participated in telephone conference with M. Mashaw regarding information needed for schedules, statement of financial affairs and monthly operating reports. |
| | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to Attorneys Sullivan and Walter regarding M. Mashaw's inquiries pertaining to initial debtor interview and monthly operating reports. |
| | K.M.Doner | 0.30 | $54.00 | Prepared form schedules for monthly operating reports. |
| | K.M.Doner | 0.20 | $36.00 | Drafted follow up correspondence to M. Mashaw regarding operating report issues. |
| | C.J.Sullivan | 0.50 | $238.50 | Corresponded with Diocese regarding operating reports and initial debtor interview deliverables. |
| 08/10/23 | K.M.Doner | 0.30 | $54.00 | Participated in telephone conference with Attorney Sullivan regarding schedules, Bond retention and operating report issues. |
| | K.M.Doner | 0.10 | $18.00 | Responded to M. Mashaw inquiry on schedules. |
| | J.D.Eaton | 0.10 | $32.40 | Drafted updates to case strategy charter. |
| | G.T.Walter | 0.50 | $207.00 | Confer with C. Sullivan regarding Bar Date motion and case strategy. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 08/11/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan and Walter regarding operating report issues. |
| | J.D.Eaton | 0.10 | $32.40 | Drafted correspondence to M. Mashaw regarding follow up on initial debtor interview deliverables. |
| 08/14/23 | J.D.Eaton | 0.10 | $32.40 | Drafted correspondence S. Becker regarding follow up on initial debtor interview deliverables. |
| | K.M.Doner | 2.10 | $378.00 | Continued preparing Schedule E/F. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding request for updates pertaining to Schedule E/F. |
| 08/15/23 | K.M.Doner | 0.10 | $18.00 | Received correspondence from M. Mashaw regarding updates to accounts payable. |
| | K.M.Doner | 0.10 | $18.00 | Drafted response to M. Mashaw regarding updates to accounts payable, schedules and statement of financial affairs. |
| | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conferences with Attorney Eaton and K. Doner regarding case administration matters. |
| 08/16/23 | K.M.Doner | 0.70 | $126.00 | Participated in telephone conference with M. Mashaw regarding information needed for schedules and statement of financial affairs. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed updated information provided by M. Mashaw in connection with Schedule E/F. |
| | K.M.Doner | 0.80 | $144.00 | Revised Schedule E/F to include updated information provided by M. Mashaw. |
| | C.J.Sullivan | 0.50 | $238.50 | Consulted with K. Doner regarding schedules preparation. |
| 08/17/23 | K.M.Doner | 0.30 | $54.00 | Drafted proposed final order extending the Diocese's time to file schedules. |
| | K.M.Doner | 0.30 | $54.00 | Drafted proposed final order authorizing the Diocese to file certain documents under seal. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/17/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding updates to case charter. |
| | K.M.Doner | 0.60 | $108.00 | Continued preparing schedules. |
| | J.D.Eaton | 0.10 | $32.40 | Drafted strategy updates to case charter. |
| | J.D.Eaton | 0.10 | $32.40 | Revised order granting motion to file certain documents under seal on final basis. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed final order extending time to file schedules. |
| | J.D.Eaton | 0.10 | $32.40 | Reviewed order granting extension to file schedules on final basis. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed final order authorizing Diocese to file certain documents under seal. |
| 08/18/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Donato and Eaton regarding schedules and statement of financial affairs. |
| 08/21/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Sullivan regarding schedules and statement of financial affairs. |
| | J.D.Eaton | 0.10 | $32.40 | Conducted follow up telephonic conference with S. Becker regarding initial debtor interview documents. |
| | K.M.Doner | 0.30 | $54.00 | Participated in follow up telephone conference with M. Mashaw regarding information needed for schedules and statement of financial affairs. |
| | J.D.Eaton | 0.20 | $64.80 | Drafted correspondence to Attorney Sullivan regarding follow up with U.S. Trustee's office on the initial debtor interview deliverables from the Diocese. |
| | K.M.Doner | 1.50 | $270.00 | Continued preparation of schedules. |
| | C.J.Sullivan | 0.30 | $143.10 | Participated in conference with Attorney Donato regarding case status and strategy. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/23/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conferences with Bankruptcy Court Clerk regarding procedures for filing documents under seal. |
| | K.M.Doner | 0.70 | $126.00 | Prepared updated twenty largest creditor matrix pursuant to U.S. Trustee's request. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Champion regarding updated 20 largest creditor matrix. |
| | J.D.Eaton | 0.10 | $32.40 | Updated and revised case strategy charter document. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed final order extending deadline to file schedules. |
| | K.M.Doner | 0.20 | $36.00 | Revised proposed final order authorizing the Diocese to file certain documents under seal. |
| 08/24/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Stretto regarding updates to confidential creditor matrix. |
| | K.M.Doner | 0.10 | $18.00 | Drafted response to Trustee Champion regarding confidential CVA claimant creditor matrix. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Sullivan regarding schedules and related issues. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding revised schedule for submission of operating reports. |
| | K.M.Doner | 1.30 | $234.00 | Continued preparation of schedules and statement of financial affairs. |
| 08/25/23 | K.M.Doner | 0.60 | $108.00 | Continued preparation of schedules and statement of financial affairs. |
| | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to M. Mashaw regarding current draft of schedules and statement of financial affairs and outstanding items needed in connection with same. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/25/23 | S.C.Temes | 0.90 | $368.55 | Reviewed drafts of statement of financial affairs and schedules. |
| 08/27/23 | S.C.Temes | 0.80 | $327.60 | Continued review of schedules and statement of financial affairs. |
| 08/28/23 | K.M.Doner | 1.20 | $216.00 | Reviewed updated materials provided by M. Mashaw in connection with Schedules and Statement of Financial Affairs. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Sullivan regarding updates to Statement of Financial Affairs. |
| | K.M.Doner | 3.00 | $540.00 | Revised Schedule A/B, Schedule D, Schedule E/F, Schedule G and Statement of Financial Affairs. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Temes regarding Statement of Financial Affairs. |
| | S.C.Temes | 0.80 | $327.60 | Reviewed statement of financial affairs and schedules draft issues. |
| | C.J.Sullivan | 1.50 | $715.50 | Revised drafts of schedules. |
| 08/29/23 | K.M.Doner | 0.80 | $144.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding updates to schedules and statement of financial affairs. |
| | K.M.Doner | 3.80 | $684.00 | Continued preparation of schedules, statement of financial affairs and related documents. |
| | K.M.Doner | 1.50 | $270.00 | Participated in telephone conference with Father O'Brien and M. Mashaw regarding updates to schedules and statement of financial affairs. |
| | S.C.Temes | 1.50 | $614.25 | Participated in call with Diocese regarding schedules and statement of financial affairs. |
| | S.C.Temes | 1.70 | $696.15 | Revised drafts of schedules and statement of financial affairs. |
| | C.J.Sullivan | 1.50 | $715.50 | Reviewed updated drafts Schedules and Statement of Financial Affairs. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 08/29/23 | C.J.Sullivan | 0.80 | $381.60 | Participated in telephone conference with Attorney Temes and K. Doner regarding draft Schedules. |
| | C.J.Sullivan | 1.50 | $715.50 | Participated in telephone conference with Diocese regarding draft Schedules. |
| 08/30/23 | J.D.Eaton | 0.10 | $32.40 | Reviewed recent decision in similar diocesan case for potential precedential effect on the Diocese of Ogdensburg case. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Temes regarding updates to schedules, statement of financial affairs and disclosure of compensation. |
| | K.M.Doner | 3.50 | $630.00 | Revised schedules and statement of financial affairs. |
| | K.M.Doner | 0.20 | $36.00 | Drafted disclosure of compensation. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to M. Mashaw and Father O'Brien regarding updates to schedules, statement of financial affairs and related documents. |
| | G.T.Walter | 1.00 | $414.00 | Participated in call with Bond team regarding preparation of schedules and statement of financial affairs. |
| | G.T.Walter | 0.50 | $207.00 | Conducted research regarding plan confirmation issues in recent diocesan cases. |
| | K.M.Doner | 0.70 | $126.00 | Participated in telephone conference with M. Mashaw regarding additional updates to schedules and statement of financial affairs. |
| | S.C.Temes | 2.50 | $1,023.75 | Reviewed draft schedules and statement of financial affairs. |
| | C.J.Sullivan | 0.50 | $238.50 | Reviewed draft of Schedules. |
| | C.J.Sullivan | 1.00 | $477.00 | Participated in telephone conference with K. Doner and Attorney Temes regarding Schedules preparation. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center                                        TEL: (315) 218-8000
Syracuse, New York  13202-1355                            FAX: (315) 218-8100

Federal Tax ID 27-0015651

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/30/23 | S.A.Donato | 1.00 | $495.00 | Consulted with Attorneys Sullivan and Temes regarding schedule preparation issue. |
| 08/31/23 | K.M.Doner | 1.20 | $216.00 | Updated Schedules A/B and E/F to include recent information provided by M. Mashaw. |
| | J.D.Eaton | 0.10 | $32.40 | Drafted updates to case charter strategy document. |
| | K.M.Doner | 0.80 | $144.00 | Participated in telephone conference with Attorney Temes regarding updates to schedules and statement of financial affairs. |
| | S.C.Temes | 4.90 | $2,006.55 | Revised schedules and statement of financial affairs. |
| | K.M.Doner | 0.50 | $90.00 | Participated in additional telephone conference with Attorney Temes regarding updates to schedules and statement of financial affairs. |
| | K.M.Doner | 4.50 | $810.00 | Finalized Schedules, Disclosure of Compensation, List of Equity Security Holders, Statement of Financial Affairs and related attachments. |
| | C.J.Sullivan | 1.50 | $715.50 | Responded to various questions from Diocese pertaining to schedules. |
| | G.T.Walter | 0.50 | $207.00 | Consulted with Attorney Temes regarding schedules and statement of financial affairs. |
| | S.A.Donato | 0.20 | $99.00 | Continued review of court decision concerning unrelated diocese plan confirmation. |
| | A.S.Rivera | 0.70 | $182.70 | Examined recent diocesan bankruptcy precedent for impact on Diocese. |

|  | Subtotal: | Hours: | 70.80 | |
|  | | Amount: | $20,115.45 | |

**B120: Asset Analysis and Recovery**

| 08/01/23 | G.T.Walter | 0.30 | $124.20 | Conferred with Fr. O'Brien regarding treatment of specially designated donations. |
|---|---|---|---|---|

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/07/23 | G.T.Walter | 0.70 | $289.80 | Reviewed material regarding potential restricted gift to Diocese. |
| | G.T.Walter | 0.30 | $124.20 | Consulted with Attorney McGraw regarding potential restricted gift. |
| 08/08/23 | J.D.Eaton | 0.30 | $97.20 | Drafted correspondence to counsel for LMI regarding service of adversary complaint. |
| | J.D.Eaton | 0.30 | $97.20 | Drafted correspondence to counsel for Interstate regarding service of adversary complaint. |
| | J.D.Eaton | 0.30 | $97.20 | Drafted correspondence to counsel for certain carriers regarding service of adversary complaint. |
| | J.D.Eaton | 0.20 | $64.80 | Drafted correspondence to Attorney Sullivan regarding strategy with insurance companies in advance of conference call on adversary proceeding. |
| 08/09/23 | C.J.Sullivan | 0.50 | $238.50 | Corresponded with Diocese regarding commencement of adversary proceeding against insurers. |
| 08/10/23 | J.D.Eaton | 1.00 | $324.00 | Conducted video conference with insurance carrier counsel regarding preliminary adversary proceeding issues. |
| | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with Attorney Michaelson regarding correspondence from counsel to certain insurance carriers. |
| | J.D.Eaton | 0.30 | $97.20 | Conducted telephonic conference with K. Doner regarding adversary complaint and mediation motion. |
| | K.M.Doner | 0.30 | $54.00 | Participated in telephone conferences with Attorney Eaton regarding adversary complaint against insurance carriers and motion to refer action to mediation. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/10/23 | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Stretto regarding insurance carrier contact information in connection with adversary complaint. |
| | C.J.Sullivan | 1.00 | $477.00 | Participated in virtual meeting with attorneys for insurance carriers. |
| | C.J.Sullivan | 0.80 | $381.60 | Reviewed draft of standstill stipulation for insurance adversary proceeding. |
| 08/11/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding service logistics for insurance adversary proceeding. |
| | K.M.Doner | 0.20 | $36.00 | Drafted letter requesting reissuance of summons in insurance adversary proceeding. |
| | K.M.Doner | 0.30 | $54.00 | Participated in various follow up telephone conferences with Attorney Eaton regarding reissuance of summons and related issues. |
| | J.D.Eaton | 0.50 | $162.00 | Conducted telephonic conference with Attorney Sheehan regarding NY BCL 306 as it might impact adversary proceeding. |
| | J.D.Eaton | 0.30 | $97.20 | Communicated with Attorney Sullivan and K. Doner regarding NY BCL 306 as it might impact adversary proceeding. |
| | J.D.Eaton | 0.30 | $97.20 | Conducted telephonic conference with Attorney Michaelson regarding communications with insurance carriers regarding mediation. |
| | B.M.Sheehan | 0.50 | $173.25 | Consulted with Attorney Eaton regarding adversary proceeding. |
| 08/14/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding research concerning service logistics for insurance adversary summons and complaint and related motion referring action to mediation. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/14/23 | J.D.Eaton | 0.10 | $32.40 | Conducted telephonic conference with K. Doner regarding research in connection with service upon the Superintendent of the Department of Financial Services pursuant to Insurance Law 1212. |
| | J.D.Eaton | 0.20 | $64.80 | Drafted correspondence to Attorneys Carter and Michaelson regarding research regarding service upon the Superintendent of the Department of Financial Services pursuant to Insurance Law 1212. |
| | J.D.Eaton | 0.30 | $97.20 | Reviewed research regarding service upon the Superintendent of the Department of Financial Services pursuant to Insurance Law 1212. |
| | M.J.Mancini | 1.90 | $324.90 | Researched service of process on foreign insurance company. |
| | G.T.Walter | 0.70 | $289.80 | Participated in telephone conference with Attorney Eaton and Stretto regarding insurance coverage adversary service issues. |
| 08/15/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding summons and complaint issues in connection with insurance adversary proceeding. |
| | C.J.Sullivan | 0.80 | $381.60 | Participated in telephone conference with Diocese regarding mediation motion. |
| | J.D.Eaton | 0.40 | $129.60 | Communicated with A. Westmoreland of Stretto regarding service of adversary complaint pursuant to NY law. |
| 08/16/23 | C.J.Sullivan | 0.50 | $238.50 | Finalized stipulation staying proceedings in insurance adversary proceeding. |
| 08/18/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Donato regarding proposed stipulation staying further proceedings in insurance adversary proceeding. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/22/23 | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding mediation motion issues. |
| | S.C.Temes | 1.10 | $450.45 | Reviewed insurer information requests and prior productions. |
| | C.J.Sullivan | 1.50 | $715.50 | Prepared responses to insurance carrier discovery demands. |
| | C.J.Sullivan | 0.50 | $238.50 | Conferred with counsel for insurance carriers regarding discovery issues. |
| | G.T.Walter | 1.00 | $414.00 | Analyzed issues related to surrogate court proceeding regarding trust naming Diocese as beneficiary. |
| 08/24/23 | S.A.Donato | 0.30 | $148.50 | Reviewed correspondence from counsel for insurance carrier regarding proposed modifications to mediation standstill agreement. |
| | C.J.Sullivan | 0.50 | $238.50 | Corresponded with Diocese and K. Doner regarding stipulation staying adversary proceeding. |
| | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with Committee counsel regarding stay of discovery. |
| 08/25/23 | K.M.Doner | 0.20 | $36.00 | Prepared letter of adjournment related to motion referring action to mediation in connection with main bankruptcy case. |
| | K.M.Doner | 0.20 | $36.00 | Prepared letter of adjournment related to motion referring action to mediation in connection with insurance adversary proceeding. |

Subtotal:     Hours:        20.30
              Amount:    $7,500.60

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| **B140: Relief from Stay/Adequate Protection Proceedings** | | | | |
| 08/01/23 | G.T.Walter | 0.20 | $82.80 | Exchanged correspondence with M. Mashaw regarding disruption of utility services in violation of first day order. |
| 08/02/23 | J.D.Eaton | 0.10 | $32.40 | Communicated with Attorneys Walter and Krell regarding objection deadline on stay confirmation motion. |
| | J.S.Krell | 1.20 | $453.60 | Conducted research in preparation for drafting reply to objection to the first day motion seeking to implement the stay under Fogarty. |
| 08/03/23 | G.T.Walter | 0.30 | $124.20 | Consulted with Attorney Krell regarding stay confirmation motion issues. |
| | G.T.Walter | 1.30 | $538.20 | Analyzed state court motion for order to show cause to sever CVA case. |
| | G.T.Walter | 0.50 | $207.00 | Conferred with Attorneys Caughlin and Wang regarding order to show cause seeking severance. |
| | J.D.Eaton | 0.20 | $64.80 | Reviewed order to show cause on state court motion to sever the Diocese. |
| | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with plaintiff's counsel regarding motion to sever. |
| 08/04/23 | G.T.Walter | 0.20 | $82.80 | Consulted with Attorney Sullivan regarding possible stay violation and response to same. |
| | G.T.Walter | 0.70 | $289.80 | Prepared for call with plaintiff's counsel regarding potential stay violation. |
| | G.T.Walter | 0.20 | $82.80 | Participated in call with opposing counsel regarding stay violation. |
| | G.T.Walter | 0.20 | $82.80 | Participated in call with Diocese regarding response to stay violation. |
| | G.T.Walter | 0.60 | $248.40 | Drafted correspondence to opposing counsel regarding proposal to remedy stay violation. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/04/23 | C.J.Sullivan | 1.00 | $477.00 | Participated in telephone conference with Attorney Donato concerning stay relief motion and plaintiff's motion to sever. |
| | J.S.Krell | 2.20 | $831.60 | Began drafting supplemental brief in support of motion confirming stay. |
| 08/07/23 | J.D.Eaton | 0.40 | $129.60 | Conducted telephonic conference with Attorneys Sullivan and Walter regarding potential objection to Diocese's motion to confirm automatic stay. |
| | G.T.Walter | 2.50 | $1,035.00 | Conducted research regarding automatic stay issues. |
| 08/09/23 | G.T.Walter | 0.50 | $207.00 | Consulted with Attorney Krell regarding supplemental briefing in support of stay confirmation motion. |
| | G.T.Walter | 1.30 | $538.20 | Conferred with state court counsel regarding response to stay violation. |
| | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with defense counsel regarding motion to sever action against a Parish. |
| | J.S.Krell | 1.20 | $453.60 | Performed legal research in connection with drafting supplemental brief in support of motion confirming applicability of automatic stay. |
| | J.S.Krell | 2.00 | $756.00 | Continued drafting supplemental brief in support of motion confirming applicability of automatic stay. |
| 08/10/23 | C.J.Sullivan | 1.00 | $477.00 | Reviewed stipulation allowing limited stay relief for state court plaintiff. |
| | J.S.Krell | 5.00 | $1,890.00 | Finalized draft of supplemental brief in support of motion seeking to extend the automatic stay. |
| 08/11/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Walter regarding supplemental brief in connection with lift stay motion. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/11/23 | K.M.Doner | 0.20 | $36.00 | Participated in follow up telephone conferences with Attorney Sullivan regarding supplemental brief in support of motion confirming applicability of automatic stay. |
| | K.M.Doner | 0.20 | $36.00 | Finalized supplemental brief in support of motion confirming applicability of automatic stay. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding supplemental brief in support of motion confirming applicability of automatic stay. |
| | G.T.Walter | 4.50 | $1,863.00 | Revised supplemental brief regarding stay confirmation motion. |
| | G.T.Walter | 0.10 | $41.40 | Consulted with Attorney Sullivan regarding stay confirmation papers. |
| | G.T.Walter | 0.20 | $82.80 | Consulted with Attorney Krell regarding stay confirmation papers. |
| | G.T.Walter | 0.20 | $82.80 | Consulted with K. Doner regarding filing of stay confirmation papers. |
| | C.J.Sullivan | 1.20 | $572.40 | Revised supplemental brief in support of stay motion. |
| | J.S.Krell | 0.40 | $151.20 | Consulted with Attorney Sullivan on the  status of remaining first day motions and supplemental briefing on stay motion. |
| 08/14/23 | J.D.Eaton | 0.70 | $226.80 | Communicated with A. Westmoreland of Stretto regarding reissued summons in insurance adversary proceeding. |
| 08/15/23 | G.T.Walter | 0.30 | $124.20 | Drafted correspondence to U.S. Trustee regarding interim order on stay motion. |
| 08/17/23 | J.D.Eaton | 0.50 | $162.00 | Drafted second interim order confirming applicability of automatic stay. |
| | K.M.Doner | 0.30 | $54.00 | Drafted proposed final utilities order. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/17/23 | J.D.Eaton | 0.10 | $32.40 | Revised order granting utility motion on final basis. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed final utilities order. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed second interim order confirming applicability of automatic stay. |
| 08/18/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding CVA actions commenced to date. |
| 08/21/23 | J.D.Eaton | 0.30 | $97.20 | Conducted telephonic conferences with Attorneys Walter and Rivera regarding stipulation with state court counsel regarding relief on motion to sever. |
| | G.T.Walter | 0.30 | $124.20 | Consulted with Attorney Eaton regarding preparation of stay modification stipulation. |
| 08/22/23 | G.T.Walter | 0.30 | $124.20 | Consulted with Attorney Eaton regarding response to stay violation. |
| 08/23/23 | K.M.Doner | 0.20 | $36.00 | Revised proposed final utilities order. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed second interim order confirming applicability of stay. |
| 08/24/23 | A.S.Rivera | 0.40 | $104.40 | Consulted with Attorney Sullivan regarding stipulation to modify stay. |
| 08/25/23 | C.J.Sullivan | 0.50 | $238.50 | Corresponded with Diocese regarding lift stay motion. |
| 08/29/23 | A.S.Rivera | 1.90 | $495.90 | Drafted stipulation to modify automatic stay. |
| | A.S.Rivera | 2.00 | $522.00 | Drafted motion to approve stipulation to modify automatic stay. |
| 08/30/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding interim order confirming stay. |
| | G.T.Walter | 0.50 | $207.00 | Drafted correspondence to co-counsel regarding state court stay matters. |
| | J.D.Eaton | 0.50 | $162.00 | Revised stipulation for relief from stay. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center                                                    TEL: (315) 218-8000
Syracuse, New York  13202-1355                                        FAX: (315) 218-8100

Federal Tax ID 27-0015651

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 08/31/23 | G.T.Walter | 0.40 | $165.60 | Consulted with Attorney Eaton regarding stay modification stipulation. |
| | Subtotal: | Hours: | 40.80 | |
| | | Amount: | $15,447.60 | |

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 08/11/23 | K.M.Doner | 0.40 | $72.00 | Researched counsel for various Committee members. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorneys Sullivan and Walter regarding counsel for various Committee members. |
| | G.T.Walter | 0.50 | $207.00 | Reviewed Committee appointment notice and analysis of state court counsel representation regarding same. |
| | C.J.Sullivan | 0.30 | $143.10 | Reviewed Committee appointment notice. |
| | J.S.Krell | 2.50 | $945.00 | Drafted monthly report to the Committee for the month of July 2023. |
| | C.J.Sullivan | 0.20 | $95.40 | Drafted correspondence to Diocese regarding Committee appointment. |
| 08/14/23 | G.T.Walter | 0.30 | $124.20 | Conferred with prospective Committee counsel regarding case status and updates. |
| | C.J.Sullivan | 0.30 | $143.10 | Participated in telephone conference with Committee counsel regarding case status. |
| 08/16/23 | A.S.Rivera | 0.40 | $104.40 | Reviewed Creditors' Committee appointment analysis. |
| | C.J.Sullivan | 0.50 | $238.50 | Corresponded with Diocese regarding Committee appointment. |
| | C.J.Sullivan | 0.50 | $238.50 | Prepared for meeting of creditors. |
| 08/22/23 | C.J.Sullivan | 0.50 | $238.50 | Prepared for Section 341 meeting of creditors. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/23/23 | C.J.Sullivan | 0.50 | $238.50 | Assembled information for Section 341 meeting. |
| | C.J.Sullivan | 0.20 | $95.40 | Participated in Section 341 meeting. |
| 08/24/23 | G.T.Walter | 0.50 | $207.00 | Consulted with Attorneys Sullivan and Donato regarding status of second day orders and open case issues. |
| | G.T.Walter | 0.30 | $124.20 | Conferred with Committee counsel regarding state court litigation matters. |
| 08/30/23 | G.T.Walter | 0.70 | $289.80 | Responded to Committee requests for information. |
| | Subtotal: | Hours: | 8.80 | |
| | | Amount: | $3,540.60 | |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/02/23 | S.C.Temes | 0.70 | $286.65 | Reviewed retention issues with special litigation counsel. |
| 08/09/23 | C.J.Sullivan | 1.00 | $477.00 | Worked on retention applications. |
| 08/10/23 | C.J.Sullivan | 1.20 | $572.40 | Worked on retention applications for professionals. |
| 08/11/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding Bond's retention papers. |
| | S.C.Temes | 1.20 | $491.40 | Prepared retention application status report. |
| 08/14/23 | A.S.Rivera | 0.40 | $104.40 | Addressed issue regarding statement of connections. |
| | A.S.Rivera | 0.30 | $78.30 | Consulted with proposed accountant for Diocese concerning fee application. |
| | A.S.Rivera | 0.20 | $52.20 | Consulted with Attorney Sullivan regarding status of professional fee applications. |
| | C.J.Sullivan | 0.50 | $238.50 | Worked on Bond retention application. |
| 08/15/23 | A.S.Rivera | 3.90 | $1,017.90 | Finalized professional retention applications. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/15/23 | K.M.Doner | 0.40 | $72.00 | Participated in various telephone conferences with Attorney Rivera regarding retention applications of various professionals. |
| | K.M.Doner | 0.60 | $108.00 | Revised Bond's retention papers. |
| | K.M.Doner | 0.40 | $72.00 | Revised Blank Rome's retention papers. |
| | K.M.Doner | 0.40 | $72.00 | Revised Costello Cooney & Fearon retention papers. |
| | K.M.Doner | 0.30 | $54.00 | Revised Schwerzmann & Wise retention papers. |
| | K.M.Doner | 0.50 | $90.00 | Revised Pinto Mucenski's retention papers. |
| 08/17/23 | J.D.Eaton | 0.40 | $129.60 | Drafted second interim order on application to employ Stretto as administrative advisor to the Diocese. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed second interim orders authorizing the Diocese to retain Stretto as claims and noticing agent and administrative advisor. |
| 08/19/23 | K.M.Doner | 1.40 | $252.00 | Prepared Bond's July 2023 fee statement. |
| 08/23/23 | K.M.Doner | 0.20 | $36.00 | Revised proposed second interim orders authorizing retention of Stretto as claims and noticing agent, as well as administrative advisors. |
| 08/24/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to A. Westmoreland regarding retention issues. |
| | A.S.Rivera | 1.90 | $495.90 | Drafted interim compensation motion. |
| 08/25/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding updates to Bond's July 2023 fee statement. |
| | J.D.Eaton | 1.10 | $356.40 | Revised July monthly fee statement. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/30/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding second interim orders authorizing retention of Stretto as claims and noticing agent and administrative advisor. |

|  | Subtotal: | Hours: | 17.50 | |
|  |  | Amount: | $5,146.65 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/01/23 | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with Attorney Michaelson regarding insurance company service address issues. |
| 08/07/23 | G.T.Walter | 0.40 | $165.60 | Consulted with Attorney Sullivan regarding case status and strategy for upcoming motions. |
|  | C.J.Sullivan | 0.40 | $190.80 | Participated in telephone conference with Attorney Walter regarding case status and strategy for upcoming motions. |
| 08/08/23 | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Krell in preparation for second day hearings. |
|  | C.J.Sullivan | 1.00 | $477.00 | Participated in telephone conference with Attorneys Walter and Eaton regarding hearing on second day motions. |
| 08/09/23 | J.D.Eaton | 0.20 | $64.80 | Conducted office conference with Attorneys Sullivan and Walter regarding U.S. Trustee objection to cash management motion. |
|  | J.D.Eaton | 0.30 | $97.20 | Performed limited research on U.S. Trustee objection to cash management motion. |
|  | G.T.Walter | 0.60 | $248.40 | Reviewed U.S. Trustee objection to cash management motion. |
|  | S.A.Donato | 0.40 | $198.00 | Consulted with Attorney Walter regarding U.S. Trustee 345 supplemental objection issues in regard to second day hearings. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/10/23 | J.D.Eaton | 0.10 | $32.40 | Conducted telephonic conference with Attorney Sullivan regarding objection to cash management motion. |
| | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with Attorney Walter regarding U.S. Trustee section 345 objection. |
| | J.D.Eaton | 0.40 | $129.60 | Conducted follow up communication with Attorney Sullivan regarding cash management motion objection and consent of U.S. Trustee to an additional interim order and briefing schedule. |
| 08/11/23 | G.T.Walter | 0.40 | $165.60 | Consulted with Attorney Sullivan regarding preparation for second day hearings. |
| | J.D.Eaton | 0.40 | $129.60 | Conducted telephonic conference with Attorney Sullivan regarding second day hearing preparation. |
| | C.J.Sullivan | 0.40 | $190.80 | Participated in telephone conference with Attorney Walter regarding preparation for second day hearings. |
| 08/13/23 | S.A.Donato | 0.20 | $99.00 | Conferred with prospective Committee counsel regarding second day hearing issues. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding second day hearing preparation issues. |
| 08/14/23 | G.T.Walter | 1.50 | $621.00 | Prepared for second day hearings. |
| | G.T.Walter | 0.60 | $248.40 | Consulted with Attorney Sullivan regarding second day orders and revisions to same. |
| | C.J.Sullivan | 1.00 | $477.00 | Reviewed and revised cash management order. |
| | C.J.Sullivan | 1.20 | $572.40 | Prepared for second day hearings. |
| 08/15/23 | C.J.Sullivan | 1.50 | $715.50 | Prepared for second day hearings. |
| | C.J.Sullivan | 1.20 | $572.40 | Presented oral argument in connection with second day hearings. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/15/23 | S.A.Donato | 0.80 | $396.00 | Attended second day hearings regarding cash collateral motion, 345 motion and first day operating orders. |
| | J.D.Eaton | 1.20 | $388.80 | Attended second day hearing on various motions for interim and final relief. |
| | J.D.Eaton | 0.50 | $162.00 | Conducted telephonic conferences with Attorney Sullivan regarding second day hearing proposed orders. |
| | G.T.Walter | 1.00 | $414.00 | Conferred with prospective Committee counsel in advance of second day hearings. |
| | G.T.Walter | 1.20 | $496.80 | Participated in second day hearings. |
| | G.T.Walter | 0.30 | $124.20 | Consulted with Attorney Sullivan following second day hearings. |
| 08/16/23 | G.T.Walter | 0.20 | $82.80 | Consulted with Attorney Eaton regarding second day orders. |
| 08/17/23 | J.D.Eaton | 0.40 | $129.60 | Revised second interim order on cash management motion. |
| | J.D.Eaton | 0.30 | $97.20 | Drafted second interim order granting insurance motion. |
| | K.M.Doner | 0.30 | $54.00 | Participated in various telephone conferences with Attorney Eaton regarding final orders approving various first day motions. |
| | K.M.Doner | 0.20 | $36.00 | Drafted follow up correspondence to Attorney Eaton regarding proposed final orders related to first day motions. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed second interim order granting insurance motion. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed second interim cash management order. |
| 08/18/23 | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Walter regarding second day hearing follow-up issues. |

Accounts Are Due Within 30 Days.

# Bond, Schoeneck & King, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 08/18/23 | C.J.Sullivan | 1.00 | $477.00 | Reviewed drafts of second day orders. |
| | J.D.Eaton | 2.40 | $777.60 | Commenced drafting interim and final orders related to the second day hearings. |
| | G.T.Walter | 3.40 | $1,407.60 | Reviewed drafts of second day orders. |
| 08/19/23 | S.A.Donato | 0.30 | $148.50 | Reviewed remand decision in unrelated diocesan case regarding removal issues. |
| 08/20/23 | S.C.Temes | 0.60 | $245.70 | Reviewed removal issues. |
| 08/21/23 | K.M.Doner | 0.30 | $54.00 | Participated in telephone conference with Attorney Eaton regarding updates to proposed second day and final orders in connection with first day motions. |
| | G.T.Walter | 0.20 | $82.80 | Consulted with Attorney Eaton regarding proposed second day orders. |
| | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with Attorneys Sullivan and Walter regarding second day orders. |
| | S.A.Donato | 0.30 | $148.50 | Conferred with Committee counsel regarding third day hearing preparation issues. |
| | J.D.Eaton | 1.30 | $421.20 | Reviewed all first day orders to determine whether additional language added by Court is applicable to second day orders. |
| | J.D.Eaton | 2.00 | $648.00 | Further revised second day orders. |
| | C.J.Sullivan | 0.50 | $238.50 | Reviewed drafts of second day orders. |
| 08/22/23 | J.D.Eaton | 0.80 | $259.20 | Further revised interim orders related to cash collateral, cash management, wages, and Parish liquidity motions. |
| | J.D.Eaton | 0.30 | $97.20 | Drafted correspondence to Attorneys Champion and Dove regarding interim and final orders from second day hearings. |
| | C.J.Sullivan | 1.50 | $715.50 | Revised drafts of second day orders. |
| | G.T.Walter | 1.00 | $414.00 | Further revised second day orders. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/23/23 | J.D.Eaton | 0.20 | $64.80 | Communicated with K. Doner regarding interim and final orders from second day hearing. |
| | J.D.Eaton | 0.10 | $32.40 | Reviewed correspondence from Attorney Champion regarding second day orders. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding proposed orders from second day hearings. |
| | K.M.Doner | 0.20 | $36.00 | Revised proposed second interim cash management order. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed second interim insurance order. |
| | S.A.Donato | 0.20 | $99.00 | Reviewed correspondence from Committee counsel regarding post-petition state court counsel discovery issue. |
| | S.A.Donato | 0.20 | $99.00 | Prepared response to Committee counsel regarding post-petition state court counsel discovery issue. |
| 08/24/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding further adjournment of second day hearings. |
| | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with Bond attorneys regarding second day orders and open case matters. |
| | C.J.Sullivan | 0.50 | $238.50 | Responded to Diocese inquiry regarding subpoena. |
| | J.S.Krell | 0.30 | $113.40 | Conferred with Attorney Sullivan regarding reply to the U.S. Trustee objection to cash management motion. |
| 08/25/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Sullivan regarding schedules and adjournment of bar date and mediation motions. |
| | S.C.Temes | 0.80 | $327.60 | Reviewed document production issues with deposit and loan. |
| | C.J.Sullivan | 0.50 | $238.50 | Reviewed letter responding to FOIL request. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/25/23 | C.J.Sullivan | 1.00 | $477.00 | Worked on second day orders. |
| | C.J.Sullivan | 0.50 | $238.50 | Responded to Committee and insurance carrier information requests. |
| | B.M.Sheehan | 0.20 | $69.30 | Consulted with Bond team regarding discovery. |
| 08/29/23 | K.M.Doner | 0.20 | $36.00 | Prepared letter of adjournment of the cash management motion. |
| 08/30/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding second interim cash management order, final order authorizing Diocese to file certain documents under seal and final order extending time to file schedules. |
| | J.S.Krell | 0.70 | $264.60 | Conducted research in connection with the U.S. Trustee's objection to the cash management motion. |
| 08/31/23 | C.J.Sullivan | 0.50 | $238.50 | Responded to Creditors' Committee request for information. |
| | G.T.Walter | 0.20 | $82.80 | Exchanged correspondence with Committee counsel regarding information requests. |

| | Subtotal: | Hours: | 43.70 | |
|--|-----------|--------|-------|--|
| | | Amount: | $17,608.50 | |

**B195: Non-Working Travel**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/15/23 | G.T.Walter | 1.00 | $414.00 | Traveled to/from Utica courthouse for second day hearings. |

| | Subtotal: | Hours: | 1.00 | |
|--|-----------|--------|-------|--|
| | | Amount: | $414.00 | |

**B210: Business Operations**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/10/23 | G.T.Walter | 0.60 | $248.40 | Research and respond to client regarding billing practices for prepetition services. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/21/23 | K.M.Doner | 1.00 | $180.00 | Participated in telephone conference with special litigation counsel, Diocese representatives and Attorneys Donato, Sullivan and Walter regarding schedules, second interim orders, strategy and case updates. |
| | J.D.Eaton | 1.00 | $324.00 | Attended status call with Bond team and Diocese to discuss various outstanding items including the 341 meeting, second day orders, the mediation motion, and the bar date motion. |
| | G.T.Walter | 1.00 | $414.00 | Participated in status update call with Diocese. |
| | S.A.Donato | 1.00 | $495.00 | Participated in status update conference call with Diocese regarding chapter 11 filing update and business operational issues. |
| | C.J.Sullivan | 0.50 | $238.50 | Prepared for Diocese call regarding case status and business operational issues. |
| | C.J.Sullivan | 1.00 | $477.00 | Participated in Diocese call concerning case status and business operational issues. |
| | C.J.Sullivan | 0.50 | $238.50 | Responded to Diocese inquiry regarding post petition operations. |
| | Subtotal: | Hours:<br>Amount: | 6.60<br>$2,615.40 | |

**B220: Employee Benefits/Pensions**

| | | | | |
|---|---|---|---|---|
| 08/17/23 | K.M.Doner | 0.20 | $36.00 | Drafted proposed final wage order. |
| | J.D.Eaton | 0.10 | $32.40 | Reviewed order granting wage motion on a final basis. |
| 08/23/23 | K.M.Doner | 0.20 | $36.00 | Revised final wage order. |
| | Subtotal: | Hours:<br>Amount: | 0.50<br>$104.40 | |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| **B230: Financing/Cash Collections** | | | | |
| 08/17/23 | J.D.Eaton | 0.50 | $162.00 | Drafted second interim order granting Diocese the authority to use cash collateral. |
| | J.D.Eaton | 0.40 | $129.60 | Drafted second interim order granting related party liquidity motion. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed second interim order related to liquidity motion. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed second interim cash collateral order. |
| 08/22/23 | J.D.Eaton | 0.10 | $32.40 | Conducted telephonic conference regarding proposed revision to Parish liquidity motion interim order. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding section 345 compliance issues. |
| 08/23/23 | K.M.Doner | 0.20 | $36.00 | Revised second interim cash collateral order. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed second interim liquidity order. |
| 08/29/23 | K.M.Doner | 0.20 | $36.00 | Prepared letter of adjournment of the cash collateral motion. |
| | K.M.Doner | 0.20 | $36.00 | Prepared letter of adjournment of liquidity motion. |
| 08/30/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding second interim orders pertaining to liquidity motion and cash collateral motion. |
| | G.T.Walter | 0.50 | $207.00 | Reviewed correspondence relating to administration of deposit and loan fund and analysis of same. |
| | Subtotal: | Hours: | 2.80 | |
| | | Amount: | $859.50 | |
| **B240: Tax Issues** | | | | |
| 08/17/23 | K.M.Doner | 0.20 | $36.00 | Drafted proposed final tax order. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 08/17/23 | J.D.Eaton | 0.10 | $32.40 | Reviewed final order on tax motion on final basis. |
| 08/23/23 | K.M.Doner | 0.20 | $36.00 | Revised proposed final tax order. |
| 08/30/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding final order granting tax motion. |
| | Subtotal: | Hours: | 0.60 | |
| | | Amount: | $122.40 | |

**B310: Claims Administration and Objections**

| | | | | |
|------|------|------|------|------|
| 08/01/23 | G.T.Walter | 2.00 | $828.00 | Revised bar date motion. |
| | G.T.Walter | 3.50 | $1,449.00 | Researched regarding proof of claim evidentiary standards and burdens of proof. |
| 08/08/23 | G.T.Walter | 8.20 | $3,394.80 | Revised bar date motion. |
| 08/09/23 | G.T.Walter | 2.30 | $952.20 | Research regarding bar date issues in contemporary diocese reorganizations. |
| | G.T.Walter | 2.30 | $952.20 | Revised bar date motion. |
| | C.J.Sullivan | 1.50 | $715.50 | Conducted research regarding bar date motion. |
| 08/10/23 | G.T.Walter | 10.30 | $4,264.20 | Draft and revise bar date motion. |
| 08/14/23 | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with Attorney Michaelson regarding tender of claims to Riverstone. |
| 08/15/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding motion establishing procedures for proofs of claim. |
| | K.M.Doner | 0.40 | $72.00 | Drafted notice of hearing in connection with motion establishing bar date for filing proofs of claim. |
| | K.M.Doner | 0.20 | $36.00 | Revised notice of hearing in connection with motion establishing bar date for filing proofs of claim. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/15/23 | K.M.Doner | 1.10 | $198.00 | Revised motion establishing bar dates for filing proofs of claim, together with related exhibits. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Stretto regarding motion establishing bar dates for filing proofs of claim. |
| | C.J.Sullivan | 2.00 | $954.00 | Revised bar date motion. |
| | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with Attorney Walter regarding bar date motion. |
| | J.D.Eaton | 0.30 | $97.20 | Revised bar date motion to incorporate comments from the Diocese. |
| | G.T.Walter | 0.80 | $331.20 | Revised bar date motion. |
| | G.T.Walter | 0.40 | $165.60 | Drafted communication to Diocese regarding bar date motion. |
| 08/16/23 | G.T.Walter | 0.50 | $207.00 | Exchanged communications with Diocese regarding bar date motion. |
| | G.T.Walter | 0.60 | $248.40 | Reviewed correspondence from defense counsel regarding claimant information. |
| 08/18/23 | J.D.Eaton | 0.40 | $129.60 | Conducted telephonic conference with Attorneys Donato and Walter regarding claims bar date motion. |
| | A.S.Rivera | 0.10 | $26.10 | Consulted with Attorney Donato regarding bar date motion. |
| | J.S.Krell | 0.30 | $113.40 | Conferred with Attorneys Donato and Walter regarding bar date motion. |
| 08/23/23 | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to Bankruptcy Court Clerk regarding filing of certificate of service related to bar date motion under seal. |
| 08/25/23 | K.M.Doner | 0.30 | $54.00 | Prepared letter of adjournment of bar date motion. |

Accounts Are Due Within 30 Days.

**B**OND, **S**CHOENECK **& K**ING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 08/29/23 | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding bar date issues. |
| | Subtotal: | Hours:<br>Amount: | 38.90<br>$15,592.50 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 08/12/23 | G.T.Walter | 0.50 | $207.00 | Preliminary analysis of impact of Supreme Court review of Purdue Pharma plan may have re Diocese plan confirmation issues. |
| | S.A.Donato | 0.30 | $148.50 | Further analyzed second circuit decision confirming Purdue Pharma chapter 11 plan. |
| | S.A.Donato | 0.10 | $49.50 | Reviewed Supreme Court cert. confirmation regarding Purdue Pharma second circuit appeal. |
| | S.A.Donato | 0.10 | $49.50 | Reviewed interim stay regarding Purdue Pharma second circuit appeal. |
| 08/13/23 | S.M.Brewster | 0.60 | $97.20 | Conducted additional research related to non-consensual third party releases. |
| 08/14/23 | G.T.Walter | 2.00 | $828.00 | Researched regarding impact of Supreme Court review of Purdue Pharma on confirmation issues in Diocese chapter 11 case. |
| | C.J.Sullivan | 0.30 | $143.10 | Participated in telephone conference with Attorneys Donato and Brewster regarding Purdue Pharma decision and impact on chapter 11 case. |
| | S.A.Donato | 0.30 | $148.50 | Outlined initial issues regarding Purdue Pharma Supreme Court appeal documentation. |
| | S.A.Donato | 0.10 | $49.50 | Consulted with Attorney Sullivan regarding Purdue Pharma Supreme Court appeal documentation. |
| 08/17/23 | S.M.Brewster | 1.80 | $291.60 | Conducted additional research related to non-consensual third party releases. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 08/18/23 | C.J.Sullivan | 0.30 | $143.10 | Reviewed analysis of likely impact of Purdue Pharma appeal on diocesan chapter 11 cases. |
| 08/19/23 | S.A.Donato | 0.20 | $99.00 | Continued review and analysis of Purdue Pharma appeal issues. |
| 08/24/23 | C.J.Sullivan | 0.30 | $143.10 | Conducted research regarding reorganization strategies. |
| 08/31/23 | C.J.Sullivan | 1.30 | $620.10 | Drafted correspondence to Diocese regarding reorganization alternatives. |

Subtotal:    Hours:        8.20
Amount:    $3,017.70

**Total Hours and Fees For This Matter:**                260.50        $92,085.30

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| S. A. Donato (Member) | 7.80 | $495.00 | $3,861.00 |
| B. M. Sheehan (Member) | 0.70 | 346.50 | 242.55 |
| C. J. Sullivan (Member) | 48.00 | 477.00 | 22,896.00 |
| S. C. Temes (Member) | 17.50 | 409.50 | 7,166.25 |
| G. T. Walter (Member) | 70.60 | 414.00 | 29,228.40 |
| J. S. Krell (Of Counsel) | 16.60 | 378.00 | 6,274.80 |
| S. M. Brewster (Associate) | 2.40 | 162.00 | 388.80 |
| J. D. Eaton (Associate) | 25.10 | 324.00 | 8,132.40 |
| M. J. Mancini (Associate) | 1.90 | 171.00 | 324.90 |
| A. S. Rivera (Associate) | 12.20 | 261.00 | 3,184.20 |
| K. M. Doner (Paralegal) | 57.70 | 180.00 | 10,386.00 |
| **Total** | 260.50 | | $92,085.30 |

Accounts Are Due Within 30 Days.

B**OND**, S**CHOENECK** & K**ING**, PLLC

ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19987580

Diocese of Ogdensburg

**Matter Disbursement Summary**

| | |
|---|---:|
| Data Hosting & Storage | $165.00 |
| Travel Expense | 31.28 |
| Westlaw | 307.50 |
| **Total Disbursements** | **$503.78** |
| | |
| **TOTAL FOR THIS MATTER** | **$92,589.08** |