UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                                                    Debtor.

Case No.  23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period September 1, 2023 Through September 30, 2023*, a copy of which is attached hereto and hereby served upon you.

Dated:  November 29, 2023

BOND, SCHOENECK & KING, PLLC

By:  _____*/s/  Charles J. Sullivan*_____
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
            csullivan@bsk.com
            gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

### MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023

Name of Applicant:                          Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:                   The Roman Catholic Diocese of Ogdensburg, New
                                            York, Debtor-In-Possession

Date of Retention:                          Order entered September 5, 2023 [Docket No. 110]
                                            *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:                September 1, 2023 through September 30, 2023

Amount of compensation sought
as actual, reasonable and necessary:        80% of $73,156.05 ($58,524.84)

Amount of expense reimbursement sought
as actual, reasonable and necessary:        $258.74

This is a:  _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's third monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC                                    Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                             TEL: (315) 218-8000
Syracuse, New York  13202-1355                                 FAX: (315) 218-8100

---

November 26, 2023
Bill Number: 19993887

Mr. Mark Mashaw
Diocesan Fiscal Officer
Diocese of Ogdensburg
622 Washington Street
Ogdensburg, NY 13669

For Legal Services Rendered through 09/30/23.

**Chapter 11 Bankruptcy**
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 09/01/23 | K.M.Doner | 0.20 | $36.00 | Prepared certification of first amended mailing matrix. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Marshaw regarding first amended mailing matrix. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding operating report issues. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to M. Mashaw regarding operating report issues. |
| 09/05/23 | K.M.Doner | 5.90 | $1,062.00 | Continued preparation of confidential schedules relating to CVA claims. |
| 09/06/23 | K.M.Doner | 1.50 | $270.00 | Continued preparation of confidential bankruptcy schedules. |
| 09/07/23 | J.D.Eaton | 0.30 | $97.20 | Drafted updates to case strategy and management charter. |
| 09/08/23 | K.M.Doner | 0.10 | $18.00 | Consulted with Attorney Sullivan regarding operating report issues. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding certification of first amended mailing matrix. |

---

Accounts Are Due Within 30 Days.

# Bond, Schoeneck & King, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 09/13/23 | K.M.Doner | 0.50 | $90.00 | Finalized first amended mailing matrix and uploaded creditors to Court database. |
| 09/15/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Mashaw regarding the Diocese's July 2023 operating report. |
| 09/18/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding the Diocese's July 2023 operating report. |
| | G.T.Walter | 0.30 | $124.20 | Consulted with Attorneys Donato and Sullivan regarding case status and strategy. |
| | K.M.Doner | 0.40 | $72.00 | Participated in telephone conference with M. Mashaw regarding the Diocese's July 2023 operating report. |
| 09/19/23 | K.M.Doner | 0.10 | $18.00 | Received and reviewed correspondence from M. Mashaw regarding the Diocese's July 2023 operating report and responded to same. |
| 09/21/23 | J.D.Eaton | 0.30 | $97.20 | Drafted updates to case strategy charter document. |
| 09/22/23 | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with Attorney Sullivan regarding operating report. |
| 09/24/23 | S.A.Donato | 0.40 | $198.00 | Reviewed case dockets for unrelated diocesan cases to determine impact on Diocese case. |
| | S.A.Donato | 0.30 | $148.50 | Reviewed Committee's derivative standing motion in unrelated diocesan case regarding insurance and business law alleged claims to determine impact on Diocese case. |
| 09/28/23 | J.D.Eaton | 0.30 | $97.20 | Drafted revisions and updates to case strategy charter. |
| 09/29/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Donato, Temes and Eaton regarding the Diocese's outstanding operating reports. |

BOND, SCHOENECK & KING, PLLC

ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 09/30/23 | K.M.Doner | 2.40 | $432.00 | Continued preparation of confidential schedules and statement of financial affairs. |
| | Subtotal: | Hours:<br>Amount: | 14.10<br>$2,987.10 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 09/01/23 | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conference with Attorney Sullivan regarding insurance adversary proceeding issues. |
| 09/07/23 | K.M.Doner | 0.80 | $144.00 | Revised the stipulation staying further proceedings and related exhibit. |
| 09/08/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding stipulation staying further proceedings in insurance adversary proceeding. |
| | K.M.Doner | 0.30 | $54.00 | Drafted proposed order staying further proceedings in connection with insurance adversary proceeding. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding mediation motion issues and follow-up. |
| | C.J.Sullivan | 0.30 | $143.10 | Participated in telephone conference with Attorney Donato regarding mediation motion issues and follow up. |
| | C.J.Sullivan | 1.00 | $477.00 | Corresponded with counsel for various insurers regarding status of adversary proceeding. |
| | C.J.Sullivan | 0.50 | $238.50 | Finalized stipulation extending answering time in connection with insurance adversary proceeding. |
| 09/13/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding stipulation staying further proceedings in insurance adversary proceeding. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/13/23 | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Attorney Dennehy regarding order and stipulation staying further proceedings in insurance adversary proceeding through October 15, 2023. |
| | B.M.Sheehan | 0.20 | $69.30 | Consulted with Blank Rome regarding procedural issues for discovery in insurance adversary proceeding. |
| | C.J.Sullivan | 0.50 | $238.50 | Finalized insurance carrier stipulation. |
| 09/14/23 | C.J.Sullivan | 0.50 | $238.50 | Corresponded with Attorney Eaton and K. Doner regarding service of complaint in insurance adversary proceeding. |
| | J.D.Eaton | 0.10 | $32.40 | Drafted correspondence to A. Westmoreland of Stretto confirming service of insurance carriers through the NY Secretary of State. |
| | J.D.Eaton | 0.10 | $32.40 | Drafted correspondence to Attorney Sheehan regarding service of insurance carriers through NY Secretary of State. |
| 09/18/23 | S.A.Donato | 0.30 | $148.50 | Conferred with Committee counsel regarding mediation issues. |
| | S.A.Donato | 0.30 | $148.50 | Reviewed draft non-disclosure agreement regarding insurance carrier discovery issues. |
| 09/19/23 | S.A.Donato | 0.20 | $99.00 | Reviewed mediation motion. |
| 09/20/23 | J.D.Eaton | 0.40 | $129.60 | Conducted telephonic conference with Attorney Sheehan regarding resolution of service related issues in connection with service by New York State department of insurance. |
| | J.D.Eaton | 0.20 | $64.80 | Drafted correspondence to Attorney J. Carter regarding insurance adversary proceeding issues to be resolved around certain insurer defendants. |
| | B.M.Sheehan | 0.40 | $138.60 | Consulted with Attorney Eaton regarding service related issues in connection with insurance adversary complaint. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/21/23 | J.D.Eaton | 0.50 | $162.00 | Conducted telephonic conference with Attorneys Carter and Sheehan regarding insurance company service issues related to adversary complaint. |
| | B.M.Sheehan | 0.50 | $173.25 | Attended telephonic conference with Attorneys Carter and Eaton regarding insurance company service issues related to adversary complaint. |
| | B.M.Sheehan | 0.20 | $69.30 | Revised proposed service correspondence related to insurance adversary complaint. |
| 09/22/23 | C.J.Sullivan | 0.50 | $238.50 | Reviewed insurer discovery demands. |
| 09/25/23 | G.T.Walter | 0.40 | $165.60 | Review correspondence from counsel for various carriers regarding bar date and discovery issues. |
| | G.T.Walter | 0.40 | $165.60 | Consulted with Attorneys Donato and Sullivan regarding adversary complaint. |
| | G.T.Walter | 0.30 | $124.20 | Participated in call with carrier regarding bar date and discovery issues. |
| | G.T.Walter | 0.30 | $124.20 | Reviewed additional carrier discovery issues. |
| | G.T.Walter | 1.00 | $414.00 | Conferred with state court counsel regarding carrier discovery issues. |
| | G.T.Walter | 0.80 | $331.20 | Participated in follow up telephone conference with carrier counsel regarding discovery and bar date issues. |
| | S.A.Donato | 0.40 | $198.00 | Consulted with Attorneys Sullivan and Walter regarding initial carrier discovery request. |
| | S.A.Donato | 0.30 | $148.50 | Participated in initial conference call with carrier counsel regarding discovery request. |
| | C.J.Sullivan | 0.40 | $190.80 | Participated in internal call concerning insurance carrier discovery. |
| | C.J.Sullivan | 1.00 | $477.00 | Participated in telephone conference with defense counsel regarding insurance carrier discovery issues. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/25/23 | C.J.Sullivan | 0.30 | $143.10 | Participated in telephone conference with insurance carrier counsel regarding discovery. |
| | C.J.Sullivan | 0.50 | $238.50 | Corresponded with Diocese concerning insurance carrier discovery. |
| | B.M.Sheehan | 0.30 | $103.95 | Reviewed correspondence from carrier counsel regarding discovery issues. |
| | B.M.Sheehan | 0.40 | $138.60 | Consulted with Attorneys Donato and Sullivan regarding carrier discovery issues. |
| | B.M.Sheehan | 1.00 | $346.50 | Consulted with state court counsel regarding carrier discovery issues. |
| | B.M.Sheehan | 0.80 | $277.20 | Attended second teleconference with carrier regarding bar date and discovery issues. |
| | B.M.Sheehan | 0.50 | $173.25 | Drafted proposed correspondence to Diocese regarding discovery. |
| 09/26/23 | S.A.Donato | 0.60 | $297.00 | Conducted initial review of Committee objection to mediation motion. |
| | S.A.Donato | 0.60 | $297.00 | Reviewed 2004 motion filed by insurance carrier counsel regarding document production demands. |
| | J.S.Krell | 0.70 | $264.60 | Reviewed objection to the mediation motion filed by the Committee and other various insurance carriers. |
| 09/27/23 | B.M.Sheehan | 0.30 | $103.95 | Consulted with Attorney Sullivan regarding discovery issues. |
| | B.M.Sheehan | 0.30 | $103.95 | Drafted response to carrier counsel correspondence regarding discovery. |
| 09/29/23 | J.D.Eaton | 0.40 | $129.60 | Conducted telephonic conference with Attorney Donato regarding reply to Committee objection to mediation motion. |
| | B.M.Sheehan | 0.30 | $103.95 | Consulted with Attorney Temes regarding insurance carrier discovery issues. |
| | S.C.Temes | 0.70 | $286.65 | Reviewed insurance confidentiality agreement. |

Bond, Schoeneck & King, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 09/29/23 | S.A.Donato | 1.50 | $742.50 | Continued review of objections to mediation motion. |
| | S.A.Donato | 0.30 | $148.50 | Reviewed correspondence from counsel for carrier Insurance regarding discovery and mediation request. |
| | S.A.Donato | 0.20 | $99.00 | Reviewed correspondence from special insurance counsel regarding carrier Insurance discovery and mediation request. |
| | S.A.Donato | 0.40 | $198.00 | Initially reviewed draft response to carrier Insurance 2004 motion. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Krell regarding mediation reply issues. |
| | J.S.Krell | 3.50 | $1,323.00 | Drafted reply to objections to mediation motion. |
| | S.A.Donato | 0.40 | $198.00 | Outlined draft reply regarding mediation issues. |
| | J.S.Krell | 3.00 | $1,134.00 | Performed research in connection with objections to mediation motion. |
| 09/30/23 | S.A.Donato | 0.30 | $148.50 | Prepared correspondence to Attorney Krell regarding mediation reply documentation. |
| | Subtotal: | Hours: | 31.70 | |
| | | Amount: | $12,829.95 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| | | | | |
|------|------|------|------|------|
| 09/14/23 | G.T.Walter | 2.00 | $828.00 | Revised draft stipulation modifying automatic stay to allow severance in state court. |
| 09/18/23 | A.S.Rivera | 2.30 | $600.30 | Revised motion and stipulation modifying automatic stay. |
| 09/20/23 | G.T.Walter | 2.50 | $1,035.00 | Revised motion to approve stipulation and order modifying stay to allow severance. |
| | Subtotal: | Hours: | 6.80 | |
| | | Amount: | $2,463.30 | |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B150: Meetings of and Communications with Creditors** | | | | |
| 09/01/23 | K.M.Doner | 0.10 | $18.00 | Consulted with Attorney Sullivan regarding preparation for 341 meeting of creditors. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Trustee Champion regarding 341 meeting of creditors scheduled for September 11th. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Sullivan regarding 341 meeting of creditors. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding 341 meeting preparation. |
| | C.J.Sullivan | 0.30 | $143.10 | Participated in telephone conference with Attorney Sullivan regarding 341 meeting preparation. |
| | C.J.Sullivan | 1.20 | $572.40 | Prepared for Section 341 meeting of creditors. |
| 09/05/23 | C.J.Sullivan | 0.50 | $238.50 | Prepared for Section 341 meeting of creditors. |
| 09/06/23 | C.J.Sullivan | 0.50 | $238.50 | Prepared for Section 341 meeting of creditors. |
| 09/07/23 | G.T.Walter | 0.90 | $372.60 | Conferred with Diocese regarding preparation for 341 meeting. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan in preparation for 341 meeting. |
| | S.A.Donato | 0.90 | $445.50 | Conferred with Diocese in preparation for 341 meeting. |
| | C.J.Sullivan | 1.00 | $477.00 | Reviewed petition and schedules to prepare for Section 341 meeting. |
| | C.J.Sullivan | 0.90 | $429.30 | Participated in telephone conference with Diocese regarding Section 341 meeting preparation. |
| 09/11/23 | G.T.Walter | 1.70 | $703.80 | Attended portion of telephonic 341 hearing. |
| | S.C.Temes | 1.40 | $573.30 | Participated in portion of Section 341 meeting. |
| | C.J.Sullivan | 0.50 | $238.50 | Prepared for Section 341 meeting of creditors. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/11/23 | C.J.Sullivan | 0.50 | $238.50 | Participated in meeting with Diocese to prepare for Section 341 meeting of creditors. |
| | C.J.Sullivan | 3.50 | $1,669.50 | Participated in Section 341 meeting of creditors. |
| | S.A.Donato | 3.50 | $1,732.50 | Participated in 341 meeting with Diocese. |
| | S.A.Donato | 0.30 | $148.50 | Participated in supplemental consultation with Diocese regarding results of 341 meeting. |
| | A.S.Rivera | 3.50 | $913.50 | Participated in Section 341 meeting of creditors. |
| 09/13/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with U.S. Trustee's Office regarding transcript from the 341 meeting of creditors. |
| 09/18/23 | C.J.Sullivan | 0.30 | $143.10 | Participated in telephone conference with Committee counsel regarding case status. |

|  | Subtotal: | Hours: | 22.50 |
|---|---|---|---|
|  |  | Amount: | $9,665.10 |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/05/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Bond, Pinto, Blank Rome, Costello and Swerzmann retentions. |
| 09/06/23 | G.T.Walter | 1.50 | $621.00 | Revised interim compensation procedures motion. |
| 09/11/23 | C.J.Sullivan | 0.50 | $238.50 | Drafted correspondence to Diocese regarding follow up concerning application to retain broker. |
| 09/12/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Donato regarding Bond's July 2023 fee statement. |
| | J.D.Eaton | 0.10 | $32.40 | Drafted correspondence to K. Doner regarding July fee statement. |
| 09/18/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Donato regarding timing for submission of the interim compensation motion and related issues. |
| | S.A.Donato | 0.80 | $396.00 | Reviewed and revised interim compensation motion. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/19/23 | S.A.Donato | 0.40 | $198.00 | Prepared final revisions to interim compensation motion. |
| | G.T.Walter | 0.50 | $207.00 | Consulted with Attorney Donato regarding interim compensation motion. |
| 09/20/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conferences with Attorney Eaton regarding interim compensation motion. |
| | J.D.Eaton | 0.20 | $64.80 | Conducted telephonic conferences with K. Doner regarding filing interim compensation procedures. |
| | K.M.Doner | 0.40 | $72.00 | Drafted notice of hearing in connection with interim compensation procedures motion. |
| | K.M.Doner | 0.30 | $54.00 | Finalized interim compensation notice of motion and motion, together with proposed order. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding interim compensation procedures motion. |
| | J.D.Eaton | 0.50 | $162.00 | Reviewed draft of interim compensation procedures motion. |
| 09/29/23 | J.D.Eaton | 0.10 | $32.40 | Conducted telephonic conference with Attorney Donato and K. Doner regarding monthly fee statement issues. |
| | K.M.Doner | 0.10 | $18.00 | Participated in follow up telephone conference with Attorneys Donato and Eaton regarding fee statement issues. |

| | Subtotal: | Hours: | 6.00 |
|--|-----------|--------|------|
| | | Amount: | $2,204.10 |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/01/23 | A.S.Rivera | 0.20 | $52.20 | Consulted with Attorney Sullivan regarding section 345 waiver. |
| 09/06/23 | C.J.Sullivan | 1.50 | $715.50 | Reviewed draft responses to Committee discovery demands. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/07/23 | G.T.Walter | 1.50 | $621.00 | Analyzed financial information for production to Committee. |
| | A.S.Rivera | 4.20 | $1,096.20 | Drafted response to U.S. Trustee objection to cash management motion. |
| 09/08/23 | A.S.Rivera | 0.30 | $78.30 | Consulted with Attorney Sullivan regarding response to cash management motion. |
| | J.D.Eaton | 0.30 | $97.20 | Conducted telephonic conference with Attorneys Sullivan and Rivera regarding cash management motion strategy. |
| | G.T.Walter | 0.20 | $82.80 | Exchanged correspondence with Committee counsel regarding information requests. |
| 09/11/23 | S.C.Temes | 0.90 | $368.55 | Prepared insurers nondisclosure agreement. |
| | A.S.Rivera | 1.30 | $339.30 | Continued drafting response to cash management objection. |
| | A.S.Rivera | 1.40 | $365.40 | Drafted declaration in support of section 345 waiver. |
| 09/14/23 | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding third day hearing issues. |
| | G.T.Walter | 3.20 | $1,324.80 | Revised response to U.S. Trustee objection to cash management motion. |
| 09/15/23 | G.T.Walter | 0.40 | $165.60 | Exchanged correspondence with Committee counsel regarding discovery requests. |
| | S.C.Temes | 1.30 | $532.35 | Revised insurer confidentiality agreement. |
| 09/17/23 | S.C.Temes | 1.50 | $614.25 | Continued to revise insurer confidentiality agreement. |
| 09/18/23 | A.S.Rivera | 0.30 | $78.30 | Consulted with Attorney Sullivan regarding response to objection to cash management motion. |
| | G.T.Walter | 0.30 | $124.20 | Conferred with Committee counsel regarding outstanding motions. |
| | S.A.Donato | 0.30 | $148.50 | Initially reviewed U.S. Trustee's 345 objection. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC                    Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                              TEL: (315) 218-8000
Syracuse, New York  13202-1355                         FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/18/23 | C.J.Sullivan | 1.90 | $906.30 | Worked on cash management motion. |
| | J.S.Krell | 0.30 | $113.40 | Conferred with Attorneys Sullivan and Walter regarding response to the U.S. Trustee objection to cash management motion. |
| 09/19/23 | C.J.Sullivan | 0.50 | $238.50 | Worked on response to United States Trustee objection to cash management motion. |
| 09/21/23 | G.T.Walter | 0.20 | $82.80 | Consulted with Attorney Sullivan regarding Committee information requests. |
| | G.T.Walter | 0.10 | $41.40 | Drafted correspondence to Attorney Eaton regarding Committee information requests. |
| | S.A.Donato | 0.40 | $198.00 | Consulted with Attorneys Sullivan and Walter regarding third day hearing preparation issues. |
| 09/22/23 | A.S.Rivera | 0.40 | $104.40 | Consulted with Attorney Sullivan regarding response to U.S. Trustee cash management objection. |
| | G.T.Walter | 0.30 | $124.20 | Consulted with Attorney Sullivan regarding pending third day motions. |
| | G.T.Walter | 0.30 | $124.20 | Consulted with Attorney Donato and Sullivan regarding pending motions and Committee comments. |
| | G.T.Walter | 0.50 | $207.00 | Reviewed Committee comments to pending third day motions. |
| | S.A.Donato | 1.40 | $693.00 | Reviewed comments to third day motions from Committee counsel. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Sullivan regarding third day hearing preparation. |
| | S.A.Donato | 1.00 | $495.00 | Participated in conference call with Committee counsel regarding third day hearing preparation. |
| | C.J.Sullivan | 0.30 | $143.10 | Consulted with Attorney Donato regarding third day hearing preparation. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 09/22/23 | C.J.Sullivan | 1.00 | $477.00 | Prepared for Committee call regarding third day hearings. |
| | C.J.Sullivan | 1.00 | $477.00 | Participated in Committee call regarding third day hearing preparation. |
| | S.C.Temes | 1.00 | $409.50 | Participated in call with Diocese regarding third day motion status and negotiations with Committee and insurers. |
| | J.S.Krell | 0.30 | $113.40 | Conferred with Attorney Sullivan regarding cash management motion and M. Mashaw's declaration in support of same. |
| 09/25/23 | C.J.Sullivan | 2.50 | $1,192.50 | Worked on cash management motion response. |
| 09/26/23 | G.T.Walter | 0.50 | $207.00 | Consulted with Attorneys Sullivan and Rivera regarding response to U.S. Trustee objection to cash management motion. |
| | G.T.Walter | 0.50 | $207.00 | Consulted with Attorney Rivera and M. Mashaw regarding response to U.S. Trustee objection to cash management motion. |
| | G.T.Walter | 1.00 | $414.00 | Participated in follow up call with Diocese regarding preparation for hearing on final first day relief, bar date and mediation motions. |
| | G.T.Walter | 0.30 | $124.20 | Participated in call with Attorney Donato regarding Diocese conference concerning outstanding motions. |
| | G.T.Walter | 1.00 | $414.00 | Drafted revised proposed third interim orders for Committee consideration. |
| | G.T.Walter | 1.50 | $621.00 | Reviewed materials regarding motion seeking maintenance of existing investment accounts and practices. |
| | G.T.Walter | 3.80 | $1,573.20 | Revised response to U.S. Trustee objection to cash management motion and related declaration. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/26/23 | G.T.Walter | 1.50 | $621.00 | Conducted initial review of objections/responses to pending motions. |
| | S.A.Donato | 1.00 | $495.00 | Participated in conference call with Diocese in preparation for third day hearings. |
| | S.A.Donato | 0.70 | $346.50 | Reviewed revised orders regarding third day hearings. |
| | A.S.Rivera | 4.40 | $1,148.40 | Revised supplemental response to section 345 objection. |
| | A.S.Rivera | 2.70 | $704.70 | Prepared exhibits to declaration in support of response to section 345 objection. |
| | A.S.Rivera | 1.20 | $313.20 | Revised declaration in support of response to section 345 objection. |
| | A.S.Rivera | 0.50 | $130.50 | Consulted with Attorney Sullivan regarding revisions to section 345 objection response. |
| | S.C.Temes | 1.00 | $409.50 | Participated in case update call with Diocese regarding litigation and first day relief issues. |
| | S.C.Temes | 0.80 | $327.60 | Reviewed objections to first day relief in preparation for call. |
| | C.J.Sullivan | 6.50 | $3,100.50 | Worked on response to Trustee objection to cash management motion. |
| 09/27/23 | J.D.Eaton | 0.50 | $162.00 | Conducted telephonic strategy conferences with Attorneys Walter and Krell regarding various objections filed to Diocese pleadings and how to respond to each. |
| | B.M.Sheehan | 3.50 | $1,212.75 | Began drafting response to Rule 2004 motion. |
| | S.C.Temes | 0.90 | $368.55 | Reviewed insurer 2004 motion and response issues. |
| | J.S.Krell | 0.50 | $189.00 | Conferred with Attorney Eaton regarding the various objections filed to first day motions and interim orders and preparations for drafting responses to same. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 09/27/23 | C.J.Sullivan | 1.50 | $715.50 | Worked on response to 2004 motion. |
| 09/28/23 | J.D.Eaton | 1.20 | $388.80 | Prepared hearing materials for the Diocese and delivered same via email correspondence to Father O'Brien and M. Mashaw. |
| | G.T.Walter | 3.60 | $1,490.40 | Analyzed opposition/responses filed regarding motions to be heard on October 3. |
| | G.T.Walter | 0.60 | $248.40 | Participated in call with Committee counsel regarding pending motions and proposed orders. |
| | J.S.Krell | 2.00 | $756.00 | Reviewed objections to the Diocese's motions to direct parties to mediation and motion to set bar date and numerous documents in connection with same. |
| | J.D.Eaton | 0.10 | $32.40 | Conducted telephonic conference with Attorney Sullivan regarding opposition filed to motions set for hearing on October 3. |
| | A.S.Rivera | 2.60 | $678.60 | Examined filings to be heard on October 3 omnibus hearing. |
| | B.M.Sheehan | 0.20 | $69.30 | Consulted with Attorney Temes regarding discovery. |
| | B.M.Sheehan | 5.20 | $1,801.80 | Drafted objection to insurers' Rule 2004 discovery motion. |
| | S.A.Donato | 0.90 | $445.50 | Initially reviewed counsel for Committee and insurance carrier responses to third day hearings. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Walter regarding Committee and insurance carrier responses to third day hearings. |
| | S.A.Donato | 0.30 | $148.50 | Conferred with Fr. K. O'Brien regarding third day hearing issues. |
| | S.C.Temes | 0.20 | $81.90 | Participated in call with Attorney Sheehan regarding response to 2004 motion. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/28/23 | S.C.Temes | 0.60 | $245.70 | Reviewed additional research regarding response to 2004 motion. |
| 09/29/23 | G.T.Walter | 0.30 | $124.20 | Consulted with Attorney Donato regarding upcoming 10/3 hearings. |
| | G.T.Walter | 1.30 | $538.20 | Prepared revised orders for liquidity, stay and insurance motions. |
| | S.C.Temes | 0.90 | $368.55 | Revised 2004 motion objection. |
| | S.A.Donato | 0.40 | $198.00 | Continued preparation for third day hearings. |
| | S.A.Donato | 0.30 | $148.50 | Consulted with Attorney Walter in preparation for third day hearings. |
| 09/30/23 | S.A.Donato | 0.60 | $297.00 | Reviewed Committee's reply to insurance carrier 2004 motion. |
| | S.A.Donato | 0.20 | $99.00 | Consulted with Attorney Krell regarding reply to insurance carrier 2004 motion. |
| | S.A.Donato | 0.20 | $99.00 | Participated in follow up telephone conference with Attorney Krell regarding insurance carrier 2004 motion. |

|  | Subtotal: | Hours: | 90.90 | |
|  | | Amount: | $35,455.50 | |

**B210: Business Operations**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 09/01/23 | C.J.Sullivan | 0.80 | $381.60 | Responded to Diocese inquiry regarding various operating questions. |
| 09/06/23 | C.J.Sullivan | 0.50 | $238.50 | Responded to various operating questions from Diocese. |
| 09/08/23 | G.T.Walter | 0.70 | $289.80 | Consulted with Attorney Sullivan regarding Parish expenditures. |
| | C.J.Sullivan | 0.70 | $333.90 | Participated in telephone conference with Attorney Walter regarding Parish expenditures. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 09/08/23 | C.J.Sullivan | 0.50 | $238.50 | Participated in telephone conference with Father O'Brien and Attorney Walter regarding Parish expenditures. |
| 09/12/23 | C.J.Sullivan | 1.00 | $477.00 | Reviewed various requests for Parish expenditures. |
| 09/14/23 | C.J.Sullivan | 1.00 | $477.00 | Responded to various correspondence from Diocese regarding operating questions. |
| | G.T.Walter | 0.30 | $124.20 | Conferred with Diocese regarding proposed agreement for upcoming event. |
| | Subtotal: | Hours: | 5.50 | |
| | | Amount: | $2,560.50 | |

## B230: Financing/Cash Collections

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 09/06/23 | G.T.Walter | 0.50 | $207.00 | Reviewed financial materials. |
| 09/08/23 | G.T.Walter | 1.00 | $414.00 | Consulted with Attorney Sullivan regarding administration issues for DLF and DTF. |
| | G.T.Walter | 0.40 | $165.60 | Conferred with M. Mashaw regarding financial reporting issues. |
| | G.T.Walter | 0.40 | $165.60 | Participated in follow up call with Diocese regarding DLF/DTF administrative issues. |
| 09/12/23 | G.T.Walter | 1.00 | $414.00 | Communicated with Committee counsel regarding DLF issues. |
| 09/13/23 | G.T.Walter | 0.60 | $248.40 | Exchanged correspondence with Committee counsel regarding various DLF issues. |
| 09/15/23 | G.T.Walter | 0.30 | $124.20 | Exchanged correspondence with Diocese and Committee counsel regarding DLF withdrawal requests. |
| 09/28/23 | G.T.Walter | 0.30 | $124.20 | Exchanged correspondence with Diocese regarding financing and liquidity matters. |
| 09/29/23 | G.T.Walter | 2.50 | $1,035.00 | Reviewed materials regarding DTF/DLF budgeting needs. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 09/29/23 | G.T.Walter | 0.50 | $207.00 | Conferred with M. Mashaw regarding DTF/DLF budget issues. |
| | Subtotal: | Hours:<br>Amount: | 7.50<br>$3,105.00 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 09/19/23 | S.A.Donato | 0.10 | $49.50 | Reviewed claims bar date motion. |
| | S.A.Donato | 0.30 | $148.50 | Prepared correspondence to Attorney Krell regarding claims bar date follow-up issues. |
| 09/22/23 | A.S.Rivera | 0.70 | $182.70 | Researched issues related to proposed bar date order. |
| 09/29/23 | S.A.Donato | 1.50 | $742.50 | Continued review of objections to bar date motion. |
| | Subtotal: | Hours:<br>Amount: | 2.60<br>$1,123.20 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 09/05/23 | J.D.Eaton | 1.00 | $324.00 | Prepared update for Diocese on recent decision in similar bankruptcy case with implications on plan construction for the Diocese. |
| 09/06/23 | J.D.Eaton | 0.30 | $97.20 | Finalized Diocese update memo related to similar bankruptcy case which might affect Diocese. |
| 09/07/23 | S.A.Donato | 0.40 | $198.00 | Reviewed follow-up research regarding plan confirmation denial issues in unrelated diocesan case. |

## BOND, SCHOENECK & KING, PLLC
### ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 09/07/23 | C.J.Sullivan | 0.30 | $143.10 | Conducted research regarding chapter 11 reorganization developments. |

| | | Subtotal: | Hours: | 2.00 |
|---|---|---|---|---|
| | | | Amount: | $762.30 |

**Total Hours and Fees For This Matter:**           189.60           $73,156.05

| Matter Summary by Name | Hours | Rate | Total |
|------------------------|-------|------|-------|
| S. A. Donato (Member) | 24.50 | $495.00 | $12,127.50 |
| B. M. Sheehan (Member) | 14.10 | 346.50 | 4,885.65 |
| C. J. Sullivan (Member) | 36.70 | 477.00 | 17,505.90 |
| S. C. Temes (Member) | 11.20 | 409.50 | 4,586.40 |
| G. T. Walter (Member) | 44.00 | 414.00 | 18,216.00 |
| J. S. Krell (Of Counsel) | 10.30 | 378.00 | 3,893.40 |
| J. D. Eaton (Associate) | 7.30 | 324.00 | 2,365.20 |
| A. S. Rivera (Associate) | 26.00 | 261.00 | 6,786.00 |
| K. M. Doner (Paralegal) | 15.50 | 180.00 | 2,790.00 |
| **Total** | 189.60 | | $73,156.05 |

BOND, SCHOENECK & KING, PLLC

ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 26, 2023
Bill Number: 19993887

Diocese of Ogdensburg

**Matter Disbursement Summary**

| | |
|---|---:|
| Data Hosting & Storage | $165.00 |
| Filing Fee | 32.00 |
| Travel Expense | 24.24 |
| Westlaw | 37.50 |
| **Total Disbursements** | **$258.74** |
| **TOTAL FOR THIS MATTER** | **$73,414.79** |