# United States Bankruptcy Court
## Northern District of New York

**Chambers of the**
**Honorable Patrick G. Radel**
**U.S. Bankruptcy Judge**

To:        Charles J. Sullivan, Esq., attorney for the Debtor

From:      Chambers / Dwij Patel
Date:       December 7, 2023

Re:        The Roman Catholic Diocese of Ogdensburg, New York, Debtor
           Case No. 23-60507-6-pgr
           Application to Employ Stretto, Inc. as Claims and Noticing Agent (Doc. No. 19)
           Application to Employ Stretto, Inc. as Administrative Advisor (Doc. No. 20)

The Court held a hearing on October 3, 2023, granting the Applications (Doc. Nos. 19 and 20) on the record. Please perform the following actions:

1. Please upload Proposed Final Orders GRANTING the Applications on CM/ECF.

<u>Please upload the Proposed Orders by **December 15, 2023.**</u>