**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                         Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**(I) FIRST MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD AUGUST 17, 2023 THROUGH SEPTEMBER 30, 2023; AND (II) SECOND MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

The undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On November 9, 2023, this Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals And Members Of Official Committees* [Docket No. 250] (the "Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

LA:4873-4179-0101.4 18493.002

2. On **November 20, 2023**, the Committee filed the following:

- First Monthly Fee Statement Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To Official Committee Of Unsecured Creditors For The Roman Catholic Diocese Of Ogdensburg, New York For The Period August 17, 2023 Through September 30, 2023 [Docket No. 262] (the "PSZJ 1st Monthly Fee Statement"); and

- Second Monthly Fee Statement Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To Official Committee Of Unsecured Creditors For The Roman Catholic Diocese Of Ogdensburg, New York For The Period October 1, 2023 Through October 31, 2023 [Docket No. 263] (the "PSZJ 2nd Monthly Fee Statement").

3. The Monthly Fee Statements were served on **November 20, 2023** [Docket No. 264].

4. The Monthly Fee Statements complied with the requirements set forth in the Interim Compensation Order.

5. Pursuant to the Interim Compensation Order, **December 4, 2023** was the deadline to object to the Monthly Fee Statements (the "Objection Deadline"). As of the filing of this Certification of No Objection, more than 16hours have elapsed since the Objection Deadline. To the best of my knowledge, no responses to the Monthly Fee Statements have been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) been served on PSZJ.

6. Pursuant to the Interim Compensation Order, upon filing of this Certification of No Objection, the Debtor is authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statements and without the need for entry of a Court order approving the Monthly Fee Statements.

7. Accordingly, in accordance with the Monthly Fee Statements and the Interim Compensation Order, PSZJ requests that the Debtor remit the amount(s) indicated in the column "Total Authorized for Payment":

| No | Dates | 100% Fees | 80% Fees | 100% Exp. | Total Authorized for Payment | Total Holdback |
|---|---|---|---|---|---|---|
| 1 | 8/17/23-9/30/23 | $181,889.50 | $145,511.60 | $808.82 | $146,320.42 | $36,377.90 |
| 2 | 10/1/23-10/31/23 | $78,104.50 | $62,483.60 | $1,939.06 | $64,422.66 | $15,620.90 |

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 7, 2023            **PACHULSKI STANG ZIEHL & JONES LLP**

/s/ Ilan D. Scharf
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
Email: ischarf@pszjlaw.com
Email: kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York*