**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**NOTICE OF FILING OF THIRD MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

PLEASE TAKE NOTICE that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Third Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period November 1, 2023 Through November 30, 2023, a copy of which is attached hereto and is hereby served upon you.

| | |
|---|---|
| Dated: New York, New York<br>December 13, 2023 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted *pro hac vice*)<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>Email: ischarf@pszjlaw.com<br>Email: kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |

DE:4866-8966-8246.1 18493.002

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**THIRD MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 11/1/23-11/30/23 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $58,320.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,684.77 |

This is a monthly fee statement. It is the third monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

| | |
|---|---|
| Dated: New York, New York<br>December 13, 2023 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted *pro hac vice*)<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>Email: ischarf@pszjlaw.com<br>Email: kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |

# EXHIBIT A



| | |
|---|---|
| Diocese of Ogdensburg O.C.C. | November 30, 2023 |
| IDS | Invoice   135258 |
| | Client    18493.00002 |

RE: Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2023

| | |
|---|---:|
| FEES | $58,320.00 |
| EXPENSES | $1,684.77 |
| **TOTAL CURRENT CHARGES** | **$60,004.77** |
| **BALANCE FORWARD** | **$262,741.88** |
| **TOTAL BALANCE DUE** | **$322,746.65** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
Diocese of Ogdensburg O.C.C.  Invoice 135258
Client 18493.00002  November 30, 2023

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| IAWN | Nasatir, Iain A.W. | Partner | 800.00 | 0.80 | $640.00 |
| IDS | Scharf, Ilan D. | Partner | 800.00 | 15.30 | $12,240.00 |
| IDS | Scharf, Ilan D. | Partner | 0.00 | 9.00 | $0.00 |
| JSP | Pomerantz, Jason S. | Partner | 800.00 | 20.70 | $16,560.00 |
| JSP | Pomerantz, Jason S. | Partner | 0.00 | 0.00 | $0.00 |
| EG | Gray, Erin | Counsel | 800.00 | 14.70 | $11,760.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 21.40 | $17,120.00 |
| KBD | Dine, Karen B. | Counsel | 0.00 | 11.40 | $0.00 |
| | | | | 93.30 | $58,320.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 3
Diocese of Ogdensburg O.C.C.  Invoice 135258
Client 18493.00002  November 30, 2023

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis and Recovery | 25.80 | $20,640.00 |
| CA | Case Administration | 8.60 | $6,880.00 |
| CO | Claims Administration and Objections | 9.60 | $7,680.00 |
| CP | PSZJ Compensation | 14.30 | $11,440.00 |
| GC | General Creditors' Committee | 3.00 | $2,400.00 |
| HE | Hearings | 8.80 | $7,040.00 |
| IC | Insurance Coverage | 0.80 | $640.00 |
| ME | Mediation | 1.80 | $1,440.00 |
| RPO | Other Professional Retention | 0.20 | $160.00 |
| TR | Travel | 20.40 | $0.00 |
| | | 93.30 | $58,320.00 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 4 |
| Diocese of Ogdensburg O.C.C. | Invoice 135258 |
| Client 18493.00002 | November 30, 2023 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Air Fare | $507.80 |
| Attorney Service | $106.99 |
| Hotel Expense | $340.48 |
| Lexis/Nexis- Legal Research | $33.20 |
| Litigation Support Vendors | $250.00 |
| Pacer - Court Research | $42.00 |
| Reproduction Expense - @0.10 per page | $192.80 |
| Transcript | $211.50 |
| | $1,684.77 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 5 |
| Diocese of Ogdensburg O.C.C. | | | | | | Invoice 135258 |
| Client 18493.00002 | | | | | | November 30, 2023 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 11/01/2023 | IDS | AA | Review document requests and information. | 0.50 | 800.00 | $400.00 |
| 11/01/2023 | IDS | AA | Call with J.S. Pomerantz and K. Dine regarding information request regarding DLF/DTF | 0.30 | 800.00 | $240.00 |
| 11/01/2023 | JSP | AA | Call with M. Babcock, K. Dine and others regarding DLF and DTF issues | 0.30 | 800.00 | $240.00 |
| 11/01/2023 | JSP | AA | Correspondence regarding DLF and DTF | 0.20 | 800.00 | $160.00 |
| 11/01/2023 | JSP | AA | Review correspondence from M. Babcock and K. Dine regarding discovery | 0.40 | 800.00 | $320.00 |
| 11/01/2023 | JSP | AA | Correspondence regarding NDA | 0.20 | 800.00 | $160.00 |
| 11/01/2023 | KBD | AA | Telephone call regarding discovery with BRG, J. Pomerantz and I. Scharf. | 0.30 | 800.00 | $240.00 |
| 11/01/2023 | KBD | AA | Analyze correspondence among PSZJ and BSK regarding discovery. | 0.30 | 800.00 | $240.00 |
| 11/02/2023 | KBD | AA | Analysis of document production regarding DLF/DTF. | 1.30 | 800.00 | $1,040.00 |
| 11/02/2023 | KBD | AA | Correspondence among PSZJ and BOND, SCHOENECK & KING, PLLC regarding discovery. | 0.10 | 800.00 | $80.00 |
| 11/03/2023 | JSP | AA | Review correspondence from M. Babcock regarding DLF and DTF issues | 0.60 | 800.00 | $480.00 |
| 11/03/2023 | KBD | AA | Analyze draft order re DLF/DTF. | 0.10 | 800.00 | $80.00 |
| 11/03/2023 | KBD | AA | Analyze proposed DLF/DTF budget. | 0.10 | 800.00 | $80.00 |
| 11/06/2023 | JSP | AA | Analysis of discovery based on correspondence from M. Babcock | 1.60 | 800.00 | $1,280.00 |
| 11/06/2023 | KBD | AA | Draft document requests for Diocese and related entities. | 1.20 | 800.00 | $960.00 |
| 11/07/2023 | JSP | AA | Attention to DLF/DTF issues | 0.90 | 800.00 | $720.00 |
| 11/08/2023 | IDS | AA | Review discovery demands | 1.10 | 800.00 | $880.00 |
| 11/08/2023 | JSP | AA | Analysis of DLF/DTF proposed budget, including documents in connection with same | 1.80 | 800.00 | $1,440.00 |
| 11/08/2023 | KBD | AA | Call with Jason Pomerantz on discovery status and next steps. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP       Page:   6
Diocese of Ogdensburg O.C.C.            Invoice 135258
Client 18493.00002                      November 30, 2023

|            |     |    |                                                                                                             | Hours | Rate   | Amount     |
|------------|-----|----|-------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 11/08/2023 | KBD | AA | Correspondence with S. Temes regarding discovery.                                                           | 0.10  | 800.00 | $80.00     |
| 11/09/2023 | KBD | AA | Call with J. Pomerantz regarding discovery.                                                                 | 0.10  | 800.00 | $80.00     |
| 11/10/2023 | KBD | AA | Correspondence with BRG and PSZJ regarding discovery.                                                       | 0.10  | 800.00 | $80.00     |
| 11/10/2023 | KBD | AA | Correspondence with BOND, SCHOENECK & KING, PLLC regarding discovery.                                       | 0.10  | 800.00 | $80.00     |
| 11/10/2023 | KBD | AA | Review interim order on DLF.                                                                                | 0.10  | 800.00 | $80.00     |
| 11/10/2023 | KBD | AA | Correspondence with Anderson firm regarding discovery.                                                      | 0.10  | 800.00 | $80.00     |
| 11/14/2023 | JSP | AA | Correspondence from M. Babcock and others regarding DLF/DTF                                                 | 0.90  | 800.00 | $720.00    |
| 11/15/2023 | JSP | AA | Analysis of issues concerning DLT/DTF requests/production                                                   | 0.80  | 800.00 | $640.00    |
| 11/15/2023 | JSP | AA | Review correspondence from M. Babcock regarding discovery requests                                          | 0.70  | 800.00 | $560.00    |
| 11/15/2023 | KBD | AA | Analyze discovery issues relating to DLF/DTF.                                                               | 0.40  | 800.00 | $320.00    |
| 11/16/2023 | KBD | AA | Draft discovery requests to Debtor and related correspondence.                                              | 0.30  | 800.00 | $240.00    |
| 11/17/2023 | JSP | AA | Attention to DLF/DTF budget/discovery                                                                       | 0.80  | 800.00 | $640.00    |
| 11/17/2023 | JSP | AA | Review correspondence from M. Babcock and others at BRG regarding discovery                                 | 1.60  | 800.00 | $1,280.00  |
| 11/20/2023 | KBD | AA | Call with BSK and I. Scharf regarding outstanding discovery issues.                                         | 0.20  | 800.00 | $160.00    |
| 11/21/2023 | JSP | AA | Review discovery requests, including analyzing follow up, including correspondence in connection with same  | 2.60  | 800.00 | $2,080.00  |
| 11/21/2023 | KBD | AA | Attention to document production regarding DLF/DTF motion.                                                  | 0.40  | 800.00 | $320.00    |
| 11/22/2023 | JSP | AA | Attention to issues regarding DLF/DTF                                                                       | 0.80  | 800.00 | $640.00    |
| 11/27/2023 | JSP | AA | Attention to discovery issues                                                                               | 1.80  | 800.00 | $1,440.00  |
| 11/28/2023 | JSP | AA | Correspondence regarding discovery issues                                                                   | 0.60  | 800.00 | $480.00    |
| 11/30/2023 | IDS | AA | Call w/K. Dine and J. Pomerantz regarding discovery.                                                        | 0.40  | 800.00 | $320.00    |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002  

Page: 7  
Invoice 135258  
November 30, 2023

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/30/2023 | JSP | AA | Call regarding DLF, DTF and other related issues | 0.40 | 800.00 | $320.00 |
| 11/30/2023 | KBD | AA | Call with BRG and J. Pomerantz regarding document discovery. | 0.40 | 800.00 | $320.00 |
| 11/30/2023 | KBD | AA | Correspondence with PSZJ team regarding discovery. | 0.10 | 800.00 | $80.00 |
| 11/30/2023 | KBD | AA | Call with J. Pomerantz and I. Scharf regarding outstanding discovery issues. | 0.40 | 800.00 | $320.00 |
| 11/30/2023 | KBD | AA | Analyze materials in Everlaw relating to Debtor. | 0.20 | 800.00 | $160.00 |
| | | | | **25.80** | | **$20,640.00** |

**Case Administration**

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2023 | IDS | CA | Call with BSK regarding pending matters | 0.30 | 800.00 | $240.00 |
| 11/02/2023 | KBD | CA | Telephone call with J. Pomerantz regarding scheduling. | 0.10 | 800.00 | $80.00 |
| 11/06/2023 | EG | CA | Review filings and update WIP. | 1.00 | 800.00 | $800.00 |
| 11/07/2023 | KBD | CA | Telephone call BOND, SCHOENECK & KING, PLLC team regarding outstanding issues. | 0.20 | 800.00 | $160.00 |
| 11/08/2023 | IDS | CA | Call with K. Dine regarding case | 0.20 | 800.00 | $160.00 |
| 11/09/2023 | EG | CA | Update WIP | 1.00 | 800.00 | $800.00 |
| 11/09/2023 | EG | CA | Attend WIP Call. | 0.50 | 800.00 | $400.00 |
| 11/09/2023 | IDS | CA | Meeting with PSZJ team regarding case issues | 0.50 | 800.00 | $400.00 |
| 11/09/2023 | JSP | CA | Prepare for/participate on case status call | 0.50 | 800.00 | $400.00 |
| 11/09/2023 | KBD | CA | PSZJ team call regarding outstanding action items. | 0.50 | 800.00 | $400.00 |
| 11/10/2023 | KBD | CA | Telephone call with I. Scharf regarding next steps. | 0.10 | 800.00 | $80.00 |
| 11/12/2023 | EG | CA | Review filings, update WIP List and calendar items. | 0.50 | 800.00 | $400.00 |
| 11/13/2023 | EG | CA | Updated WIP | 1.00 | 800.00 | $800.00 |
| 11/15/2023 | EG | CA | Update WIP and distribute for WIP Call. | 0.30 | 800.00 | $240.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 8 | |
| Diocese of Ogdensburg O.C.C. | | | | | Invoice 135258 | |
| Client 18493.00002 | | | | | November 30, 2023 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/15/2023 | KBD | CA | Telephone call with J. Pomerantz regarding status. | 0.10 | 800.00 | $80.00 |
| 11/22/2023 | EG | CA | Update WIP and calendar dates. | 0.80 | 800.00 | $640.00 |
| 11/28/2023 | EG | CA | Update WIP. | 0.50 | 800.00 | $400.00 |
| 11/30/2023 | EG | CA | Update WIP. | 0.50 | 800.00 | $400.00 |
| | | | | **8.60** | | **$6,880.00** |

**Claims Administration and Objections**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2023 | KBD | CO | Analyze motion for reconsideration. | 0.20 | 800.00 | $160.00 |
| 11/03/2023 | KBD | CO | Draft objection to motion for reconsideration. | 0.80 | 800.00 | $640.00 |
| 11/03/2023 | KBD | CO | Research legal issues regarding reconsideration. | 0.30 | 800.00 | $240.00 |
| 11/09/2023 | IDS | CO | Call with Stang regarding bar date | 0.40 | 800.00 | $320.00 |
| 11/09/2023 | IDS | CO | Review orders entered today | 0.30 | 800.00 | $240.00 |
| 11/19/2023 | EG | CO | Research and draft response to Motion to Reconsider Bar Date Order | 3.10 | 800.00 | $2,480.00 |
| 11/19/2023 | KBD | CO | Draft objection to Century motion. | 0.50 | 800.00 | $400.00 |
| 11/19/2023 | KBD | CO | Analyze hearing transcript relating to Century motion. | 0.40 | 800.00 | $320.00 |
| 11/20/2023 | KBD | CO | Revisions to objection to Century motion for reconsideration. | 0.70 | 800.00 | $560.00 |
| 11/21/2023 | KBD | CO | Analyze objection to Century motion. | 0.30 | 800.00 | $240.00 |
| 11/21/2023 | KBD | CO | Telephone call with I. Scharf regarding Century motion. | 0.10 | 800.00 | $80.00 |
| 11/22/2023 | EG | CO | Finalize and file opposition to Century's Motion to Reconsider Bar Date Order. | 1.00 | 800.00 | $800.00 |
| 11/22/2023 | KBD | CO | Revise objection to Century motion and coordinate filing. | 0.70 | 800.00 | $560.00 |
| 11/30/2023 | KBD | CO | Analyze Century reply in support of reconsideration. | 0.70 | 800.00 | $560.00 |
| 11/30/2023 | KBD | CO | Correspondence with Century regarding request relating to Bar Date Order. | 0.10 | 800.00 | $80.00 |
| | | | | **9.60** | | **$7,680.00** |

Pachulski Stang Ziehl & Jones LLP                                                                                          Page:   9
Diocese of Ogdensburg O.C.C.                                                                                               Invoice 135258
Client 18493.00002                                                                                                         November 30, 2023

|            |     |    |                                                                                                                  | Hours | Rate   | Amount   |
|------------|-----|----|------------------------------------------------------------------------------------------------------------------|-------|--------|----------|

**PSZJ Compensation**

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/08/2023 | JSP | CP | Attention to fee application matters in anticipation of interim fee application | 0.40 | 800.00 | $320.00 |
| 11/08/2023 | KBD | CP | Working on preparation of monthly fee statements in anticipation of interim fee application | 1.80 | 800.00 | $1,440.00 |
| 11/09/2023 | EG | CP | Review interim compensation order (.40); draft email re same (.10) in anticipation of interim fee application | 0.50 | 800.00 | $400.00 |
| 11/11/2023 | KBD | CP | Work on monthly fee statement in anticipation of interim fee application | 1.30 | 800.00 | $1,040.00 |
| 11/13/2023 | EG | CP | Draft emails to professionals re: interim compensation procedures. | 0.20 | 800.00 | $160.00 |
| 11/14/2023 | JSP | CP | Work on fee application | 0.70 | 800.00 | $560.00 |
| 11/17/2023 | KBD | CP | Call with J. Pomerantz regarding monthly fee statement in anticipation of interim fee application | 0.10 | 800.00 | $80.00 |
| 11/17/2023 | KBD | CP | Analyze draft monthly fee statement in anticipation of interim fee application | 0.30 | 800.00 | $240.00 |
| 11/18/2023 | IDS | CP | Review and comment on PSZJ fee statements for in anticipation of interim fee application | 1.20 | 800.00 | $960.00 |
| 11/18/2023 | JSP | CP | Work on fee application | 0.60 | 800.00 | $480.00 |
| 11/19/2023 | KBD | CP | Revisions to fee statement in anticipation of interim fee application | 0.40 | 800.00 | $320.00 |
| 11/20/2023 | EG | CP | Finalize, review and serve PSZJ's first and second monthly fee statements in anticipation of interim fee application | 2.70 | 800.00 | $2,160.00 |
| 11/20/2023 | EG | CP | Finalize, review and serve PSZJ's first and second monthly fee statements in anticipation of interim fee application | 0.50 | 800.00 | $400.00 |
| 11/20/2023 | JSP | CP | Calls regarding fee application | 0.00 | 800.00 | N/C |
| 11/20/2023 | JSP | CP | Work on monthly fee application in anticipation of interim fee application | 0.90 | 800.00 | $720.00 |
| 11/20/2023 | KBD | CP | Call with W. Ramseyer and J. Pomerantz regarding monthly fee statements in anticipation of interim fee application | 0.30 | 800.00 | $240.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002  

Page: 10  
Invoice 135258  
November 30, 2023  

|            |     |    |                                                                                                                         | Hours | Rate   | Amount      |
|------------|-----|----|-------------------------------------------------------------------------------------------------------------------------|-------|--------|-------------|
| 11/20/2023 | KBD | CP | Call with W. Ramseyer, J. Pomerantz, and E. Gray regarding monthly fee statements in anticipation of interim fee application | 0.20  | 800.00 | $160.00     |
| 11/20/2023 | KBD | CP | Correspondence among team regarding monthly fee statement in anticipation of interim fee application                    | 0.10  | 800.00 | $80.00      |
| 11/20/2023 | KBD | CP | Review monthly fee statements in anticipation of interim fee application                                                | 0.40  | 800.00 | $320.00     |
| 11/21/2023 | IDS | CP | Review and revise PSZJ fee statement in anticipation of interim fee application                                         | 1.10  | 800.00 | $880.00     |
| 11/22/2023 | JSP | CP | Work on fee application                                                                                                  | 0.60  | 800.00 | $480.00     |
|            |     |    |                                                                                                                         | **14.30** |    | **$11,440.00** |

**General Creditors' Committee**

|            |     |    |                                                                                                                         | Hours | Rate   | Amount      |
|------------|-----|----|-------------------------------------------------------------------------------------------------------------------------|-------|--------|-------------|
| 11/01/2023 | IDS | GC | Email update to Committee                                                                                                | 1.20  | 800.00 | $960.00     |
| 11/01/2023 | KBD | GC | Analyze correspondence among Committee, SCC and PSZJ regarding ongoing case issues.                                     | 0.20  | 800.00 | $160.00     |
| 11/03/2023 | IDS | GC | Call with PSZJ, Burns Bair LLP and SCC regarding ongoing case issues.                                                   | 0.50  | 800.00 | $400.00     |
| 11/03/2023 | KBD | GC | Call with S. LeClair regarding ongoing case issues.                                                                      | 0.20  | 800.00 | $160.00     |
| 11/03/2023 | KBD | GC | Call with PSZJ, Burns Bair LLP and SCC regarding ongoing case issues.                                                   | 0.50  | 800.00 | $400.00     |
| 11/12/2023 | EG  | GC | Draft email to Myra and Camille Gibeau re: NDA (.10); draft email to committee counsel re: NDA (.30)                    | 0.40  | 800.00 | $320.00     |
|            |     |    |                                                                                                                         | **3.00** |    | **$2,400.00** |

**Hearings**

|            |     |    |                                                                         | Hours | Rate   | Amount     |
|------------|-----|----|-------------------------------------------------------------------------|-------|--------|------------|
| 11/01/2023 | KBD | HE | Telephone call with I. Scharf regarding hearing and next steps.         | 0.20  | 800.00 | $160.00    |
| 11/06/2023 | IDS | HE | Prepare for hearing                                                      | 2.50  | 800.00 | $2,000.00  |
| 11/06/2023 | KBD | HE | Call with I. Scharf regarding hearing.                                   | 0.10  | 800.00 | $80.00     |
| 11/07/2023 | IDS | HE | Attend hearing                                                           | 2.00  | 800.00 | $1,600.00  |
| 11/07/2023 | IDS | HE | Prepare for hearing                                                      | 2.00  | 800.00 | $1,600.00  |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002

Page: 11  
Invoice 135258  
November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2023 | KBD | HE | Prepare for and participate in hearing. | 2.00 | 800.00 | $1,600.00 |
|  |  |  |  | **8.80** |  | **$7,040.00** |

### Insurance Coverage

| 11/08/2023 | IAWN | IC | Review form of precedent re 2004 and send to I. Scharf, J. Stang and K. Dine re potential use. | 0.80 | 800.00 | $640.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | **0.80** |  | **$640.00** |

### Mediation

| 11/03/2023 | KBD | ME | Draft letter regarding mediator appointment. | 0.60 | 800.00 | $480.00 |
|---|---|---|---|---|---|---|
| 11/03/2023 | KBD | ME | Analyze Debtor letter to court regarding mediation. | 0.10 | 800.00 | $80.00 |
| 11/07/2023 | IDS | ME | Draft letter to court regarding mediators | 0.40 | 800.00 | $320.00 |
| 11/08/2023 | IDS | ME | Attention to court order regarding mediator selection | 0.20 | 800.00 | $160.00 |
| 11/08/2023 | IDS | ME | Attention to court order regarding mediator selection | 0.20 | 800.00 | $160.00 |
| 11/08/2023 | KBD | ME | Review court text order regarding mediator. | 0.10 | 800.00 | $80.00 |
| 11/10/2023 | KBD | ME | Review Diocese letter re mediator. | 0.10 | 800.00 | $80.00 |
| 11/10/2023 | KBD | ME | Review insurer letter re mediator. | 0.10 | 800.00 | $80.00 |
|  |  |  |  | **1.80** |  | **$1,440.00** |

### Other Professional Retention

| 11/13/2023 | EG | RPO | Review and lodge order approving Burns Bair application. | 0.20 | 800.00 | $160.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | **0.20** |  | **$160.00** |

### Travel

| 11/06/2023 | IDS | TR | Travel to Syracuse in advance of hearing | 4.00 | 800.00 | N/C |
|---|---|---|---|---|---|---|
| 11/06/2023 | KBD | TR | Travel to Utica for hearing. (No Charge) | 5.40 | 800.00 | N/C |
| 11/07/2023 | IDS | TR | Travel to hearing from Syracuse (No Charge) | 1.00 | 800.00 | N/C |
| 11/07/2023 | IDS | TR | Travel to NYC from hearing (No Charge) | 4.00 | 800.00 | N/C |
| 11/07/2023 | KBD | TR | Travel to and from hearing. | 6.00 | 800.00 | N/C |

Pachulski Stang Ziehl & Jones LLP     Page: 12
Diocese of Ogdensburg O.C.C.     Invoice 135258
Client 18493.00002     November 30, 2023

|  |  |
|---|---|
| 20.40 | $0.00 |

**TOTAL SERVICES FOR THIS MATTER:**     **$58,320.00**

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page:   13 |
| Diocese of Ogdensburg O.C.C. | | | Invoice 135258 |
| Client 18493.00002 | | | November 30, 2023 |

**Expenses**

| | | | |
|---|---|---|---:|
| 11/30/2020 | OS | Everlaw, Inv. 98374 | 250.00 |
| 11/03/2023 | LN | 18493.00002 Lexis Charges for 11-03-23 | 33.20 |
| 11/06/2023 | AS | Dial7 taxi cab to JFK airport, KBD | 106.99 |
| 11/07/2023 | AF | Delta Syracuse,NY - NYC Kennedy, Ticket NO. 0062186797195, KBD | 507.80 |
| 11/07/2023 | HT | Double Tree Hotel Syracuse, 1 night stay, Nov 6, KBD | 340.48 |
| 11/20/2023 | TR | JJ COURT, Inv. 2023-02266 ,KLL | 211.50 |
| 11/22/2023 | RE2 | ( 875 @0.10 PER PG) | 87.50 |
| 11/22/2023 | RE2 | ( 1053 @0.10 PER PG) | 105.30 |
| 11/30/2023 | PAC | Pacer - Court Research | 42.00 |
| | **Total Expenses for this Matter** | | **$1,684.77** |

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: 14 |
| Diocese of Ogdensburg O.C.C. | | Invoice 135258 |
| Client 18493.00002 | | November 30, 2023 |

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 11/30/2023**     **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135073 | 09/30/2023 | $181,889.50 | $808.82 | $182,698.32 |
| 135075 | 10/31/2023 | $78,104.50 | $1,939.06 | $80,043.56 |

**Total Amount Due on Current and Prior Invoices:**          **$322,746.65**