UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF<br>OGDENSBURG, NEW YORK,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507-PGR |
|---|---|

**NOTICE OF FILING OF SECOND MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Burns Bair LLP has filed its Second Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period December 1, 2023 through December 31, 2023, a copy of which is attached hereto and hereby served upon you.

Dated: Madison, Wisconsin
January 12, 2024

**BURNS BAIR LLP**

 */s/ Jesse J. Bair* .
Timothy W. Burns (*pro hac vice* forthcoming)
Jesse J. Bair (*pro hac vice* forthcoming)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507-PGR |
|---|---|

**SECOND MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York |
| Date of Retention: | September 18, 2023, by Order entered on November 22, 2023 [Dkt. No. 270] |
| Period for which compensation and reimbursement is sought: | December 1, 2023 through December 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | 80% of $1,710.00 ($1,368.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a: __X__ monthly ___ quarterly ___ final application.

This is Burns Bair LLP's second monthly fee statement in this case.[1]

---

[1] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated:  Madison, Wisconsin
       January 12, 2024

**BURNS BAIR LLP**

 /s/ *Jesse J. Bair*
Timothy W. Burns (*pro hac vice* forthcoming)
Jesse J. Bair (*pro hac vice* forthcoming)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York*

# EXHIBIT 1

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Committee of the Roman Catholic Diocese of Ogdensburg, New York**

**Issue Date:** 1/11/2024
**Bill #:** 01342

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 12/3/2023 | Jesse Bair | Review I. Scharf correspondence re case developments and status (.1); review Century's reply brief in support of its proof of claim reconsideration motion (.1); | 0.20 | $160.00 |
| 12/5/2023 | Timothy Burns | Review correspondence from I. Scharf re hearing and mediator selection (.1); review insurers' discovery motion papers (.2); | 0.30 | $240.00 |
| 12/5/2023 | Jesse Bair | Review I. Scharf correspondence re case developments, including hearing outcome on mediation issue and Century proof of claim motion for reconsideration (.1); | 0.10 | $80.00 |
| 12/11/2023 | Timothy Burns | Review agenda for upcoming Committee meeting (.1); review correspondence from K. Dine re discovery requests and related attachments (.1); | 0.20 | $160.00 |
| 12/11/2023 | Jesse Bair | Review I. Scharf correspondence re case developments and next-steps (.1); | 0.10 | $80.00 |
| 12/13/2023 | Karen Dempski | Draft pro hac vice documents for T. Burns and J. Bair (.7); | 0.70 | $210.00 |
| 12/13/2023 | Timothy Burns | Prepare for meeting with state court counsel re case insurance strategy (.2); met with state court counsel re same (.1); | 0.30 | $240.00 |
| 12/18/2023 | Timothy Burns | Review status update to court re insurer 2004 requests (.1); | 0.10 | $80.00 |
| 12/24/2023 | Timothy Burns | Brief review re letter from Century to Court re insurer's 2004 request (.1); correspondence with N. Kuenzi re same (.1); | 0.20 | $160.00 |
| 12/24/2023 | Nathan Kuenzi | Begin detailed review re Century's letter to the Court re the insurers' Rule 2004 motion, related declaration, and associated exhibits (.4); | 0.40 | $220.00 |
| 12/31/2023 | Jesse Bair | Review I. Scharf correspondence re case developments and updates (.1); | 0.10 | $80.00 |
| **Total Hours and Fees** | | | **2.70** | **$1,710.00** |

**Timekeeper Summary**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Jesse Bair | Partner | 0.50 | $800.00 | $400.00 |
| Karen Dempski | Paralegal | 0.70 | $300.00 | $210.00 |
| Nathan Kuenzi | Associate | 0.40 | $550.00 | $220.00 |
| Timothy Burns | Partner | 1.10 | $800.00 | $880.00 |

**Total Due This Invoice: $1,710.00**