**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507-PGR |

**CERTIFICATE OF SERVICE**

STATE OF WISCONSIN    )
                      )
COUNTY OF DANE        )

I, Brenda Horn-Edwards, am over the age of eighteen years and am employed by Burns Bair LLP. I am not a party to the within action; my business address is 10 E. Doty St., Suite 600, Madison, Wisconsin 53703-3392.

I hereby certify that on January 12, 2024, I electronically filed the following document with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A:

*Notice of Filing of Second Monthly Fee Statement of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period December 1, 2023 through December 31, 2023*

And, I hereby certify that on January 12, 2024, I have mailed by the United States Postal Service the document to the non-CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of Wisconsin and the United States of America that the foregoing is true and correct.

Executed this 12th day of January, 2024, at Madison, Wisconsin.

/s/ *Brenda Horn-Edwards*
Brenda Horn-Edwards

# **EXHIBIT A**

## **23-60507-6-pgr Notice will be electronically mailed to:**

- Jeffrey Robert Anderson — jeff@andersonadvocates.com, therese@andersonadvocates.com, erin@andersonadvocates.com, taylor@andersonadvocates.com
- Alexander Bein — abein@carltonfields.com
- Sheryl Betance — sheryl.betance@stretto.com
- Ashlyn Capote — acapote@goldbergsegalla.com, bfaulkner@goldbergsegalla.com
- Keith Caughlin — caughlin@schwerzmannwise.com
- Erin Champion — USTPRegion02.UT.ECF@usdoj.gov
- Gaetano Dandrea — cvgdteam@laffeybuccikent.com
- Jillian Grace Dennehy — jillian.dennehy@kennedyslaw.com
- Robert Wagner DiUbaldo — rdiubaldo@carltonfields.com
- Karen B. Dine — kdine@pszjlaw.com
- Stephen A. Donato — sdonato@bsk.com, ayerst@bsk.com, kdoner@bsk.com, courtmail@bsk.com
- Jeffrey A. Dove — jdove@barclaydamon.com, avrooman@barclaydamon.com, jeffrey-dove-1212@ecf.pacerpro.com
- Michael Finnegan — mike@andersonadvocates.com, therese@andersonadvocates.com, erin@andersonadvocates.com
- Adam P. Haberkorn — ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com
- Jeff D. Kahane — jkahane@duanemorris.com
- Amy Christine Keller — akeller@lglaw.com, sfischer@lglaw.com
- Cynthia S. LaFave — clafave@lwflegal.com, olena@lwflegal.com
- Marianne G. May — marianne.may@clydeco.us
- Stuart S. Mermelstein — smermelstein@hermanlaw.com
- Brett L Messinger — blmessinger@duanemorris.com, emariney@duanemorris.com
- Andrew Mina — amina@duanemorris.com
- Siobhain P. Minarovich — siobhain.minarovich@rivkin.com
- Luis Orengo — lorengo@carltonfields.com, kathompson@carltonfields.com
- Jon Travis Powers — powerst@whiteandwilliams.com
- Bradley Puklin — bradley.puklin@clydeco.us
- Nathan W. Reinhardt — nreinhardt@duanemorris.com
- Andrew Scott Rivera — arivera@bsk.com, kdoner@bsk.com, tayers@bsk.com, courtmail@bsk.com
- Matthew Roberts — mroberts@phrd.com, elyttle@phrd.com
- Russell Webb Roten — rwroten@duanemorris.com
- Jordan Russell — jordan.russell@clydeco.us
- Jonathan Schapp — jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com, bfaulkner@goldbergsegalla.com
- IIan D. Scharf — ischarf@pszjlaw.com
- Tancred V. Schiavoni — tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
- Taylor Stippel — taylor@andersonadvocates.com, erin@andersonadvocates.com, therese@andersonadvocates.com, elin@andersonadvocates.com
- Catalina J. Sugayan — catalina.sugayan@clydeco.us, nancy.lima@clydeco.us
- Charles J. Sullivan — csullivan@bsk.com, kdoner@bsk.com, jhunold@bsk.com, courtmail@bsk.com
- Sara C. Temes — stemes@bsk.com, kdoner@bsk.com, courtmail@bsk.com
- U.S. Trustee — USTPRegion02.UT.ECF@usdoj.gov
- Nora Anne Valenza-Frost — nvalenza-frost@carltonfields.com
- Grayson T Walter — gwalter@bsk.com, kdoner@bsk.com, courtmail@bsk.com
- Jennifer Wang — jwang@ccf-law.com, lalesci@ccf-law.com
- Matthew Michael Weiss — mweiss@phrd.com
- Harris Winsberg — hwinsberg@phrd.com
- Yongli Yang — yongli.yang@clydeco.us

**EXHIBIT B**

The Roman Catholic Diocese of Ogdensburg
Attention: Mark Mashaw, Diocesan Fiscal Officer
622 Washington Street
Ogdensburg, New York 13669