**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg, New York, | Case No. 23-60507 (PGR) |
| Debtor. | |

**NOTICE OF FILING OF FOURTH MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
<u>DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023</u>**

PLEASE TAKE NOTICE that in accordance with the *Order Establishing*

*Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and*

*Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed

its Fourth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement

of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman

Catholic Diocese of Ogdensburg, New York for the Period December 1, 2023 Through

December 31, 2023, a copy of which is attached hereto and is hereby served upon you.

Dated: New York, New York
      January 23, 2024

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*

James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
Email: ischarf@pszjlaw.com
Email: kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg, New York, | Case No. 23-60507 (PGR) |
| Debtor. | |

**FOURTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 12/1/23-12/31/23 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 40,080.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 3,136.33 |

This is a monthly fee statement. It is the fourth monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated: New York, New York
January 23, 2024

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
Email: ischarf@pszjlaw.com
Email: kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured*
*Creditors of The Roman Catholic Diocese of*
*Ogdensburg, New York*

# EXHIBIT A



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

December 31, 2023
Invoice    136248
Client      18493.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2023

| | |
|---|---|
| FEES | $40,080.00 |
| EXPENSES | $3,136.33 |
| **TOTAL CURRENT CHARGES** | **$43,216.33** |
| **BALANCE FORWARD** | **$322,746.65** |
| **LAST PAYMENT** | **-$210,743.10** |
| **TOTAL BALANCE DUE** | **$155,219.90** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    2

Invoice 136248

December 31, 2023

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 11.40 | $9,120.00 |
| IDS | Scharf, Ilan D. | Partner | 0.00 | 10.00 | $0.00 |
| JSP | Pomerantz, Jason S. | Partner | 800.00 | 23.30 | $18,640.00 |
| EG | Gray, Erin | Counsel | 800.00 | 7.80 | $6,240.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 7.60 | $6,080.00 |
| KBD | Dine, Karen B. | Counsel | 0.00 | 11.50 | $0.00 |
| | | | | 71.60 | $40,080.00 |

Pachulski Stang Ziehl & Jones LLP                                                    Page:    3
Diocese of Ogdensburg O.C.C.                                                         Invoice 136248
Client 18493.00002                                                                   December 31, 2023

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 26.70 | $21,360.00 |
| BL | Bankruptcy Litigation | 1.80 | $1,440.00 |
| CA | Case Administration | 5.10 | $4,080.00 |
| CO | Claims Administration and Objections | 2.20 | $1,760.00 |
| CP | PSZJ Compensation | 3.40 | $2,720.00 |
| GC | General Creditors' Committee | 5.30 | $4,240.00 |
| HE | Hearings | 5.20 | $4,160.00 |
| ME | Mediation | 0.40 | $320.00 |
| PD | Plan and Disclosure Statement | 7.50 | $0.00 |
| TR | Travel | 14.00 | $0.00 |
| | | 71.60 | $40,080.00 |

Pachulski Stang Ziehl & Jones LLP                    Page:    4
Diocese of Ogdensburg O.C.C.                         Invoice 136248
Client 18493.00002                                   December 31, 2023

---

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Auto Travel Expense | $968.12 |
| Court Fees | $200.00 |
| Hotel Expense | $1,452.51 |
| Litigation Support Vendors | $250.00 |
| Pacer - Court Research | $206.70 |
| Transcript | $59.00 |
| | $3,136.33 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    5

Invoice 136248

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 12/01/2023 | IDS | AA | Review and revise global document request. | 1.10 | 800.00 | $880.00 |
| 12/01/2023 | JSP | AA | Review correspondence/reports/documents in connection with discovery issues | 2.80 | 800.00 | $2,240.00 |
| 12/03/2023 | KBD | AA | Prepare discovery request. | 0.30 | 800.00 | $240.00 |
| 12/03/2023 | KBD | AA | Analyze documents relating to Everlaw. | 0.50 | 800.00 | $400.00 |
| 12/04/2023 | JSP | AA | Call with K. Dine and I. Scharf regarding DLF/DTF | 0.30 | 800.00 | $240.00 |
| 12/04/2023 | JSP | AA | Review/revise correspondence to Debtor's counsel regarding DLF/DTF | 0.30 | 800.00 | $240.00 |
| 12/04/2023 | KBD | AA | Prepare correspondence to Debtor regarding discovery. | 0.40 | 800.00 | $320.00 |
| 12/04/2023 | KBD | AA | Call with J. Pomerantz and I. Scharf (partial) regarding discovery. | 0.30 | 800.00 | $240.00 |
| 12/05/2023 | JSP | AA | Review correspondence regarding discovery issues | 0.80 | 800.00 | $640.00 |
| 12/07/2023 | KBD | AA | Work on discovery letter. | 0.20 | 800.00 | $160.00 |
| 12/10/2023 | JSP | AA | Review/revise letter to Debtor's counsel regarding discovery | 0.80 | 800.00 | $640.00 |
| 12/11/2023 | JSP | AA | Review correspondence/documents from K. Dine regarding discovery | 0.80 | 800.00 | $640.00 |
| 12/11/2023 | KBD | AA | Prepare letter regarding document request. | 0.20 | 800.00 | $160.00 |
| 12/11/2023 | KBD | AA | Review final document requests. | 0.20 | 800.00 | $160.00 |
| 12/12/2023 | JSP | AA | Analyze discovery issues | 0.80 | 800.00 | $640.00 |
| 12/13/2023 | JSP | AA | Correspondence to Debtor's counsel regarding meet and confer in connection with discovery requests | 0.20 | 800.00 | $160.00 |
| 12/13/2023 | JSP | AA | Review documents in connection with discovery requests | 0.70 | 800.00 | $560.00 |
| 12/14/2023 | IDS | AA | Attention to correspondence regarding meeting with diocese to meet and confer. | 0.40 | 800.00 | $320.00 |
| 12/14/2023 | JSP | AA | Correspondence to Debtor's counsel regarding discovery requests | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP                                                          Page:    6
Diocese of Ogdensburg O.C.C.                                                               Invoice 136248
Client 18493.00002                                                                         December 31, 2023

---

|            |     |    |                                                                                       | Hours | Rate   | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------------|-------|--------|------------|
| 12/14/2023 | JSP | AA | Attention to issues regarding discovery re DLF/DTF                                    | 0.40  | 800.00 | $320.00    |
| 12/15/2023 | JSP | AA | Review correspondence/documents in connection with discovery                          | 0.80  | 800.00 | $640.00    |
| 12/18/2023 | JSP | AA | Correspondence to S. Temes regarding non-response to meet and confer                  | 0.10  | 800.00 | $80.00     |
| 12/18/2023 | JSP | AA | Review discovery documents                                                            | 0.80  | 800.00 | $640.00    |
| 12/19/2023 | IDS | AA | Call with J.S. Pomerantz regarding document discovery; review correspondence regarding same | 0.20  | 800.00 | $160.00    |
| 12/19/2023 | JSP | AA | Correspondence to/from S. Temes regarding meet and confer                             | 0.10  | 800.00 | $80.00     |
| 12/19/2023 | JSP | AA | Review documents/correspondence in connection with upcoming meet and confer with Debtor's counsel regarding discovery issues | 0.90  | 800.00 | $720.00    |
| 12/20/2023 | IDS | AA | Call with J. Pomerantz, K. Dine regarding discovery demands                           | 0.30  | 800.00 | $240.00    |
| 12/20/2023 | JSP | AA | Call with I. Scharf and K. Dine regarding discovery                                   | 0.30  | 800.00 | $240.00    |
| 12/20/2023 | JSP | AA | Confer with M. Babcock regarding discovery                                            | 0.20  | 800.00 | $160.00    |
| 12/20/2023 | JSP | AA | Correspondence to S. Temes regarding discovery                                        | 0.30  | 800.00 | $240.00    |
| 12/20/2023 | JSP | AA | Review documents in connection with pending discovery requests                        | 0.90  | 800.00 | $720.00    |
| 12/21/2023 | JSP | AA | Prepare for call with Debtor's counsel regarding discovery                            | 0.60  | 800.00 | $480.00    |
| 12/21/2023 | JSP | AA | Participate on call with C. Sullivan and S. Temes regarding discovery                 | 0.30  | 800.00 | $240.00    |
| 12/21/2023 | JSP | AA | Confer with K. Dine regarding discovery issues                                        | 0.10  | 800.00 | $80.00     |
| 12/22/2023 | JSP | AA | Review discovery requests/notes in connection with same                              | 1.60  | 800.00 | $1,280.00  |
| 12/26/2023 | JSP | AA | Confer with K. Dine regarding discovery                                               | 0.20  | 800.00 | $160.00    |
| 12/26/2023 | JSP | AA | Confer with M. Babcock regarding discovery                                            | 0.20  | 800.00 | $160.00    |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    7

Invoice 136248

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/26/2023 | JSP | AA | Correspondence from S. Temes regarding discovery | 0.10 | 800.00 | $80.00 |
| 12/26/2023 | JSP | AA | Attention to issues regarding meet and confer with Debtor's counsel | 0.50 | 800.00 | $400.00 |
| 12/26/2023 | KBD | AA | Telephone call with J. Pomerantz regarding discovery. | 0.20 | 800.00 | $160.00 |
| 12/26/2023 | KBD | AA | Analyze correspondence among BSK, PSZJ and BRG regarding discovery. | 0.10 | 800.00 | $80.00 |
| 12/27/2023 | JSP | AA | Attention to issues in connection with call with DOO finance personnel | 1.70 | 800.00 | $1,360.00 |
| 12/27/2023 | JSP | AA | Correspondence to S. Temes regarding call with DOO finance personnel and BRG team | 1.70 | 800.00 | $1,360.00 |
| 12/28/2023 | JSP | AA | Prepare for call regarding discovery issues, including financial information from Debtor's designated finance personnel | 1.60 | 800.00 | $1,280.00 |
| 12/29/2023 | JSP | AA | Notes for discussion with M. Babcock regarding discovery | 1.30 | 800.00 | $1,040.00 |
| | | | | **26.70** | | **$21,360.00** |

**Bankruptcy Litigation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/15/2023 | EG | BL | Revise Motion to Intervene in Adversary Proceeding | 1.00 | 800.00 | $800.00 |
| 12/15/2023 | IDS | BL | Call with PSZJ team regarding claims database. | 0.50 | 800.00 | $400.00 |
| 12/27/2023 | EG | BL | Draft email to I. Scharf re: Motion to Intervene in Insurance Adversary | 0.10 | 800.00 | $80.00 |
| 12/27/2023 | JSP | BL | Call with M. Babcock regarding discovery | 0.20 | 800.00 | $160.00 |
| | | | | **1.80** | | **$1,440.00** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/05/2023 | IDS | CA | Call with BSK team regarding pending matters | 0.40 | 800.00 | $320.00 |
| 12/06/2023 | EG | CA | Update WIP in preparation for 12/7 WIP Call. | 1.00 | 800.00 | $800.00 |
| 12/07/2023 | JSP | CA | Prepare for weekly status call | 0.40 | 800.00 | $320.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:   8

Invoice 136248

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2023 | KBD | CA | Telephone call among PSZJ and Bond Schoeneck and King regarding outstanding issues. | 0.20 | 800.00 | $160.00 |
| 12/12/2023 | EG | CA | Update WIP | 0.50 | 800.00 | $400.00 |
| 12/12/2023 | EG | CA | Complile NDA and email Karen Dine re: same. | 0.50 | 800.00 | $400.00 |
| 12/14/2023 | EG | CA | Update WIP list and critical dates. | 1.00 | 800.00 | $800.00 |
| 12/14/2023 | EG | CA | Weekly WIP call with Karen Dine. | 0.30 | 800.00 | $240.00 |
| 12/15/2023 | EG | CA | Update WIP. | 0.30 | 800.00 | $240.00 |
| 12/27/2023 | EG | CA | Check docket and update WIP. | 0.50 | 800.00 | $400.00 |
| | | | | **5.10** | | **$4,080.00** |

**Claims Administration and Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/03/2023 | KBD | CO | Prepare response to Century reply. | 0.80 | 800.00 | $640.00 |
| 12/04/2023 | KBD | CO | Prepare for hearing on Century motion. | 0.80 | 800.00 | $640.00 |
| 12/14/2023 | EG | CO | Email team re: claims database issues. | 0.10 | 800.00 | $80.00 |
| 12/15/2023 | KBD | CO | Telephone call with B. Michael, L. Forrester and I. Scharf regarding claims issues. | 0.50 | 800.00 | $400.00 |
| | | | | **2.20** | | **$1,760.00** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/05/2023 | EG | CP | Prepare and submit certificates of non-objection to 1st and 2d Monthly Fee Statements (.70); draft email re: billing procedure to team (.20), and draft email to debtor's counsel re: payment (.10). | 1.00 | 800.00 | $800.00 |
| 12/06/2023 | KBD | CP | Prepare monthly fee statement. | 0.60 | 800.00 | $480.00 |
| 12/08/2023 | JSP | CP | Attention to monthly fee statement | 0.40 | 800.00 | $320.00 |
| 12/12/2023 | EG | CP | Prepare and review Third Interim Fee Statement. | 0.50 | 800.00 | $400.00 |
| 12/26/2023 | EG | CP | Draft email to Accounting re: payment of 1st and 2d monthly fee statements. | 0.10 | 800.00 | $80.00 |
| 12/27/2023 | EG | CP | Draft PSZJ fee summary and email to I. Scharf and Jason Pomerantz re: same | 0.40 | 800.00 | $320.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     9

Diocese of Ogdensburg O.C.C.

Invoice 136248

Client 18493.00002

December 31, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/28/2023 | EG | CP | Draft and arrange for filing of certificate of non-objection to 3rd Monthly Fee Statement. | 0.40 | 800.00 | $320.00 |
| | | | | 3.40 | | $2,720.00 |

**General Creditors' Committee**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2023 | IDS | GC | Counsel meeting regarding pending matters. | 0.40 | 800.00 | $320.00 |
| 12/01/2023 | IDS | GC | Prepare agenda for counsel meeting. | 0.40 | 800.00 | $320.00 |
| 12/01/2023 | IDS | GC | Email memo to SCC regarding case status | 0.80 | 800.00 | $640.00 |
| 12/01/2023 | IDS | GC | Meeting with SCC regarding pending matters | 0.40 | 800.00 | $320.00 |
| 12/01/2023 | KBD | GC | Telephone call (partial) with SCC and PSZJ regarding ongoing case issues. | 0.20 | 800.00 | $160.00 |
| 12/01/2023 | KBD | GC | Follow-up call with I. Scharf regarding next steps. | 0.10 | 800.00 | $80.00 |
| 12/04/2023 | IDS | GC | Email update memo to Committee regarding pending matters | 0.80 | 800.00 | $640.00 |
| 12/05/2023 | IDS | GC | Email to Committee regarding pending matters | 0.40 | 800.00 | $320.00 |
| 12/06/2023 | KBD | GC | Attention to correspondence among Committee, SCC and PSZJ. | 0.20 | 800.00 | $160.00 |
| 12/07/2023 | KBD | GC | Prepare and review correspondence among SCC regarding ongoing case issues. | 0.10 | 800.00 | $80.00 |
| 12/11/2023 | IDS | GC | Telephone call among PSZJ, Committee and SCC regarding ongoing case issues. | 0.50 | 800.00 | $400.00 |
| 12/11/2023 | KBD | GC | Telephone call among PSZJ, Committee and SCC regarding ongoing case issues. | 0.50 | 800.00 | $400.00 |
| 12/29/2023 | IDS | GC | Email to Committee regarding case status | 0.50 | 800.00 | $400.00 |
| | | | | 5.30 | | $4,240.00 |

**Hearings**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/01/2023 | IDS | HE | Prepare for 12/5 hearing. | 1.00 | 800.00 | $800.00 |
| 12/04/2023 | IDS | HE | Prepare for hearing, including review of filed pleadings | 1.50 | 800.00 | $1,200.00 |
| 12/05/2023 | IDS | HE | Attend hearing on motion for reconsideration, liquidity motion, other matters | 1.50 | 800.00 | $1,200.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/05/2023 | KBD | HE | Prepare for hearing on Century motion with I. Scharf (partial). | 1.20 | 800.00 | $960.00 |
| | | | | **5.20** | | **$4,160.00** |

**Mediation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/05/2023 | IDS | ME | Call with James Stang regarding mediator selection | 0.30 | 800.00 | $240.00 |
| 12/15/2023 | EG | ME | Email K. Dine and I. Scharf re: Judge Zive | 0.10 | 800.00 | $80.00 |
| | | | | **0.40** | | **$320.00** |

**Plan and Disclosure Statement**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/05/2023 | KBD | PD | Travel to and from Utica/Syracuse for hearing. | 7.50 | 800.00 | N/C |
| | | | | **7.50** | | **$0.00** |

**Travel**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2023 | IDS | TR | Travel from New Rochelle to Syracuse | 4.00 | 800.00 | N/C |
| 12/04/2023 | KBD | TR | Travel to Syracuse/Utica for hearing. | 4.00 | 800.00 | N/C |
| 12/05/2023 | IDS | TR | Travel to hearing from Syracuse | 1.00 | 800.00 | N/C |
| 12/05/2023 | IDS | TR | Travel from Utica to New Rochelle | 5.00 | 800.00 | N/C |
| | | | | **14.00** | | **$0.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$40,080.00**

Pachulski Stang Ziehl & Jones LLP                                    Page:     11
Diocese of Ogdensburg O.C.C.                                         Invoice 136248
Client 18493.00002                                                   December 31, 2023

---

### Expenses

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 08/15/2023 | HT | DoubleTree Hotel, IDS | 223.47 |
| 09/20/2023 | FF | US District Court NY, IDS | 100.00 |
| 09/20/2023 | FF | US DIstrict Court NY Pro Hac Vice -(EG) IDS | 100.00 |
| 10/04/2023 | HT | Embassy Suites Hotel, 10/2 - 10/4, IDS | 604.05 |
| 11/06/2023 | AT | Elite Transportation, Inv. 1895839, IDS | 197.22 |
| 11/07/2023 | AT | Elite Transportation, Inv. 1895839, IDS | 198.09 |
| 11/08/2023 | HT | DoubleTree Syracuse, IDS | 433.45 |
| 12/04/2023 | AT | Dial 7 Transportation, to airport related to trip to Syracuse/Utica for hearing, KBD | 85.39 |
| 12/04/2023 | AT | Elite Transportation, Inv. 1898098, IDS | 185.86 |
| 12/04/2023 | HT | Embassy Suites, 1 night, KBD | 191.54 |
| 12/05/2023 | AT | Elite Transportation, Inv. 1898098, IDS | 198.09 |
| 12/06/2023 | AT | Curb Transportation, to airport for hearing, KBD | 103.47 |
| 12/13/2023 | TR | Veritext, Inv#7048586,KLL | 59.00 |
| 12/31/2023 | OS | Everlaw Inc, Inv. 101138, Diocese of Ogdensburg database for the month of December 2023 | 250.00 |
| 12/31/2023 | PAC | Pacer - Court Research | 206.70 |

**Total Expenses for this Matter**                               **$3,136.33**

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    12

Invoice 136248

December 31, 2023

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  12/31/2023**            **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135073 | 09/30/2023 | $36,377.90 | $0.00 | $36,377.90 |
| 135075 | 10/31/2023 | $15,620.90 | $0.00 | $15,620.90 |
| 135258 | 11/30/2023 | $58,320.00 | $1,684.77 | $60,004.77 |

**Total Amount Due on Current and Prior Invoices:**                                **$155,219.90**