**United States Bankruptcy Court
Northern District of New York
All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name: The Roman Catholic Diocese of Ogdensburg, New York

Case No.: 23-60507

Division: Utica

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.: ___138___

    Reason for Adjournment Request: Consent of Parties

    Original Return Date of Motion: October 3, 2023 at 1pm

    Number of prior adjournment request that have been made ___0___

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing: February 6, 2024

Requested Adjourned Hearing Date: March 5, 2024 at 1pm

Requesting Attorney's Name, Office Address, Phone **and** Email Address:
    Charles J. Sullivan, Esq.
    Bond, Schoeneck & King, PLLC
    One Lincoln Center
    Syracuse, NY 13202   csullivan@bsk.com   (315) 218-8000

Consent of All Parties Obtained?   ☒ Yes   ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc: Tancred Schiavoni, Esq.; Erin Champion, Esq.; Ilan Scharf, Esq.

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing.  When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)