UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                                        Debtor.

Case No.  23-60507

Chapter 11

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period October 1, 2023 Through October 31, 2023*, a copy of which is attached hereto and hereby served upon you.

Dated:  February 1, 2024

BOND, SCHOENECK & KING, PLLC

By: _____ */s/  Charles J. Sullivan* _____
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
            csullivan@bsk.com
            gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Case No.  23-60507

Chapter 11

Debtor.

## MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

Name of Applicant:                           Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:                    The Roman Catholic Diocese of Ogdensburg, New
                                             York, Debtor-In-Possession

Date of Retention:                           Order entered September 5, 2023 [Docket No. 110]
                                             *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:                 October 1, 2023 through October 31, 2023

Amount of compensation sought
as actual, reasonable and necessary:         80% of $104,297.40 ($83,437.92)

Amount of expense reimbursement sought
as actual, reasonable and necessary:         $535.00

This is a:  _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's fourth monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Mr. Mark Mashaw
Diocesan Fiscal Officer
Diocese of Ogdensburg
622 Washington Street
Ogdensburg, NY 13669

For Legal Services Rendered through 10/31/23.

**Financial Review**
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 10/02/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Mashaw regarding the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding the Diocese's July 2023 operating report. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conferences with Attorney Donato and K. Doner regarding monthly operating report status. |
| | K.M.Doner | 1.30 | $234.00 | Participated in various telephone conferences with M. Mashaw regarding the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Temes regarding the Diocese's July 2023 operating report. |
| | K.M.Doner | 2.40 | $432.00 | Analyzed the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to M. Mashaw regarding updates to the Diocese's July 2023 operating report. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/02/23 | K.M.Doner | 0.20 | $36.00 | Participated in follow up telephone conference with Attorneys Sullivan and Temes regarding the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.60 | $108.00 | Reviewed updates to the Diocese's July 2023 operating report. |
| | K.M.Doner | 1.00 | $180.00 | Revised the Diocese's July 2023 operating report. |
| | S.C.Temes | 0.90 | $396.90 | Reviewed draft of July monthly operating report. |
| 10/03/23 | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Rivera regarding reconciliation of bank accounts for the Diocese's July 2023 operating report. |
| | K.M.Doner | 0.80 | $144.00 | Participated in telephone conference with K. Caughlin regarding information for confidential schedules and related issues. |
| | K.M.Doner | 1.40 | $252.00 | Continued preparation of confidential schedules. |
| 10/05/23 | K.M.Doner | 2.70 | $486.00 | Continued preparation of confidential schedules and statement of financial affairs. |
| | K.M.Doner | 0.40 | $72.00 | Corresponded with Attorney Caughlin regarding confidential schedules and statement of financial affairs. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding updates to case charter. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted updates to case charter strategy document. |
| 10/06/23 | C.J.Sullivan | 0.40 | $201.60 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | G.T.Walter | 0.40 | $178.20 | Reviewed case status and strategy considerations with Attorney Sullivan. |

Accounts Are Due Within 30 Days.

Page: 2

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/11/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding the Diocese's August and September 2023 operating reports. |
| | K.M.Doner | 1.80 | $324.00 | Revised confidential schedules and statement of financial affairs. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Caughlin regarding additional updates to confidential schedules and statement of financial affairs. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorney Caughlin regarding revised confidential schedules and statement of financial affairs. |
| 10/12/23 | K.M.Doner | 0.30 | $54.00 | Additional edits to confidential statement of financial affairs. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Caughlin regarding additional updates to confidential statement of financial affairs. |
| | G.T.Walter | 0.20 | $89.10 | Exchanged correspondence with Diocese regarding docket access. |
| 10/13/23 | K.M.Doner | 0.40 | $72.00 | Corresponded with Attorneys Sullivan and Temes regarding updates to confidential statement of financial affairs. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted updates to the case strategy charter document. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan, Temes and Sheehan regarding confidential statement of financial affairs. |
| | C.J.Sullivan | 0.30 | $151.20 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | C.J.Sullivan | 0.50 | $252.00 | Corresponded with Diocese regarding confidential schedules. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC                                        Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                                          TEL: (315) 218-8000
Syracuse, New York  13202-1355                                          FAX: (315) 218-8100

_____

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/13/23 | G.T.Walter | 0.30 | $133.65 | Consulted with Attorney Sullivan regarding case status and open issues. |
| 10/16/23 | K.M.Doner | 0.20 | $36.00 | Corresponded with M. Mashaw regarding the Diocese's August and September 2023 operating reports. |
| 10/18/23 | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorneys Donato, Sullivan and Temes regarding confidential statement of financial affairs. |
| | K.M.Doner | 0.30 | $54.00 | Participated in follow up telephone conferences with Attorney Temes regarding confidential schedules and statement of financial affairs. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed drafts of confidential schedules. |
| | S.C.Temes | 0.40 | $176.40 | Corresponded with Attorney Wang regarding confidential schedules. |
| 10/19/23 | K.M.Doner | 1.50 | $270.00 | Began analyzing the Diocese's August 2023 operating report. |
| 10/20/23 | J.D.Eaton | 0.10 | $34.65 | Conducted telephonic conference with K. Doner regarding operating reports for August and September. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding operating report issues. |
| | K.M.Doner | 1.50 | $270.00 | Completed analysis of the Diocese's August 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with M. Mashaw regarding updates to the Diocese's August 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's August 2023 operating report. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted updates to case strategy and management charter document. |

_____

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 10/23/23 | J.D.Eaton | 0.10 | $34.65 | Provided an update on operating reports to Attorney Sullivan. |
| | J.D.Eaton | 0.10 | $34.65 | Revised case charter consistent with Attorney Sullivan comments. |
| | J.D.Eaton | 0.10 | $34.65 | Conducted telephonic conference with Attorney Temes regarding August operating report. |
| 10/24/23 | J.D.Eaton | 0.50 | $173.25 | Conducted telephonic conferences with Attorneys Walter, Coughlin, and the Court Clerk regarding filing issue to be resolved. |
| 10/26/23 | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's August 2023 operating report, together with related schedules. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's August 2023 operating report. |
| 10/27/23 | K.M.Doner | 0.20 | $36.00 | Corresponded with M. Mashaw regarding reconciliation of U.S. Trustee quarterly fees. |
| | C.J.Sullivan | 0.50 | $252.00 | Revised auditor letter. |
| 10/29/23 | J.D.Eaton | 0.30 | $103.95 | Drafted updates to case strategy and management charter. |
| 10/30/23 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding the Diocese's September 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding confidential schedules. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with K. Doner regarding confidential schedules. |
| | K.M.Doner | 0.20 | $36.00 | Participated in follow up telephone conference with Attorney Eaton regarding confidential schedules. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/30/23 | G.T.Walter | 0.70 | $311.85 | Analyzed Stretto services agreement. |
| | Subtotal: | Hours: | 27.40 | |
| | | Amount: | $6,613.20 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| | | | | |
|---|---|---|---|---|
| 10/02/23 | G.T.Walter | 0.20 | $89.10 | Conferred with defense counsel regarding automatic stay issues. |
| 10/04/23 | G.T.Walter | 0.60 | $267.30 | Conferred with defense counsel regarding stay of pending litigation. |
| | G.T.Walter | 0.70 | $311.85 | Conferred with K. Caughlin regarding additional state court litigation matters. |
| 10/05/23 | G.T.Walter | 0.50 | $222.75 | Conferred with defense counsel regarding stay of state court litigation. |
| 10/13/23 | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with Attorney Walter regarding motion to enjoin third party litigation. |
| 10/23/23 | G.T.Walter | 0.30 | $133.65 | Consulted with Attorney Rivera regarding preparation of motion for expedited hearing on stay relief motion. |
| | J.S.Krell | 0.20 | $79.20 | Consulted with Attorney Walter regarding the stipulation to grant M&T relief from the automatic stay. |
| | A.M.Christian | 3.80 | $769.50 | Drafted application to shorten time for notice of motion for entry of stipulation and agreed order modifying the automatic stay. |
| 10/24/23 | G.T.Walter | 1.00 | $445.50 | Reviewed application shortening time related to stay relief motion. |
| | Subtotal: | Hours: | 7.50 | |
| | | Amount: | $2,388.15 | |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| **B150: Meetings of and Communications with Creditors** | | | | |
| 10/05/23 | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding Committee procedural issues. |
| 10/11/23 | C.J.Sullivan | 0.20 | $100.80 | Reviewed correspondence confirming that Section 341 meeting has been closed. |
| 10/17/23 | S.A.Donato | 0.40 | $210.60 | Participated in status update conference call with Committee counsel regarding third day orders and mediation follow-up issues. |
| | G.T.Walter | 0.40 | $178.20 | Conferred with Committee counsel regarding case status, third day orders and mediation. |
| 10/27/23 | G.T.Walter | 1.00 | $445.50 | Drafted correspondence to Committee counsel regarding Caligaris trust issues. |
| | Subtotal: | Hours: | 2.30 | |
| | | Amount: | $1,093.05 | |
| **B160: Fee/Employment Applications** | | | | |
| 10/06/23 | K.M.Doner | 3.50 | $630.00 | Prepared Bond's August 2023 fee statement. |
| 10/10/23 | K.M.Doner | 0.20 | $36.00 | Reviewed updates to Bond's August 2023 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Sullivan regarding Bond's August 2023 fee statement. |
| 10/20/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with D. Lowrance of Blank Rome regarding interim compensation motion and related procedures. |
| | Subtotal: | Hours: | 3.90 | |
| | | Amount: | $702.00 | |
| **B170: Fee/Employment Objections** | | | | |
| 10/29/23 | J.D.Eaton | 0.40 | $138.60 | Reviewed Burns Bair fee rates in comparison with other pending cases. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/30/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Donato and Eaton regarding potential objection to Burns Bair's retention. |
| | J.D.Eaton | 0.10 | $34.65 | Conducted telephonic conference with Attorney E. Champion regarding Burns Bair retention application. |
| | J.D.Eaton | 0.20 | $69.30 | Revised correspondence to Attorneys Burns and Bair regarding retention application questions and comments. |

| | Subtotal: | Hours: | 0.90 | |
|---|-----------|--------|------|---|
| | | Amount: | $278.55 | |

**B185: Assumption/Rejection of Leases and Contracts**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/13/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding motion to extend time to assume or reject leases and timing for submission of same. |

| | Subtotal: | Hours: | 0.10 | |
|---|-----------|--------|------|---|
| | | Amount: | $18.00 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/01/23 | S.A.Donato | 0.80 | $421.20 | Continued preparation for third day hearings. |
| 10/02/23 | G.T.Walter | 0.50 | $222.75 | Consulted with Attorneys Donato and Sullivan regarding pending motions and responses thereto. |
| | G.T.Walter | 0.80 | $356.40 | Conferred with Diocese regarding case status and updates and third day hearings. |
| | G.T.Walter | 0.50 | $222.75 | Exchanged correspondence with Committee counsel regarding proposed orders granting motions to be heard on 10/3. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/02/23 | G.T.Walter | 0.20 | $89.10 | Conferred with Committee counsel regarding pending motions. |
| | S.A.Donato | 0.50 | $263.25 | Consulted with Attorney Walter regarding third day hearing preparation issues. |
| | S.A.Donato | 0.80 | $421.20 | Conferred with Diocese in preparation for third day hearings. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding third day hearing preparation. |
| | S.A.Donato | 4.10 | $2,158.65 | Continued preparation for third day hearings. |
| | S.A.Donato | 0.40 | $210.60 | Conferred with Committee counsel regarding third day hearing preparation issues. |
| | C.J.Sullivan | 0.80 | $403.20 | Participated in telephone conference with Diocese regarding preparation for hearings to occur before the Bankruptcy Court on October 3. |
| | C.J.Sullivan | 1.50 | $756.00 | Prepared for cash management and Rule 2004 motion hearings. |
| | C.J.Sullivan | 0.50 | $252.00 | Participated in telephone conference with defense counsel for Diocese regarding discovery requests. |
| | G.T.Walter | 1.00 | $445.50 | Prepared for third day hearings. |
| 10/03/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Sullivan regarding stipulation extending answering time in insurance adversary and related insurance adversary proceeding issues. |
| | K.M.Doner | 1.10 | $198.00 | Assisted Attorney Sullivan with preparation for hearings on cash collateral, cash management, insurance, insurers 2004 motion, and mediation motion. |
| | J.D.Eaton | 4.00 | $1,386.00 | Telephonically attended hearing on multiple motions including, but not limited to mediation, cash collateral, cash management, and the bar date motion. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 10/03/23 | S.A.Donato | 2.10 | $1,105.65 | Continued preparation for third day hearings. |
| | S.A.Donato | 0.40 | $210.60 | Consulted with Attorney Sullivan in preparation for third day hearings. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Walter in preparation for third day hearings. |
| | S.A.Donato | 4.00 | $2,106.00 | Attended Bankruptcy Court hearings regarding third day hearings. |
| | C.J.Sullivan | 4.50 | $2,268.00 | Prepared for hearings on third-day motions. |
| | C.J.Sullivan | 4.00 | $2,016.00 | Appeared at hearings before Bankruptcy Court concerning various motions. |
| | B.M.Sheehan | 4.00 | $1,512.00 | Attended hearing regarding several pending motions. |
| | A.S.Rivera | 0.70 | $198.45 | Prepared materials concerning post-petition activity in bank accounts for cash management hearing motion. |
| | G.T.Walter | 1.80 | $801.90 | Prepared for third day hearings. |
| | G.T.Walter | 1.30 | $579.15 | Conferred with counsel for Committee and insurers regarding mediation and bar date motions. |
| | G.T.Walter | 4.00 | $1,782.00 | Attended chapter 11 hearings on first days, bar date and mediation motions. |
| 10/04/23 | S.A.Donato | 0.80 | $421.20 | Conferred with Diocese regarding results of third day hearings. |
| | C.J.Sullivan | 0.80 | $403.20 | Participated in telephone conference with Diocese regarding results of third day hearings. |
| | C.J.Sullivan | 0.50 | $252.00 | Worked on drafts of Orders arising from October 3 hearing. |
| 10/05/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding terms of interim cash management order. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 10/05/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with C. Johnson at the Bankruptcy Court regarding hearings held on October 3, 2023. |
| | J.D.Eaton | 0.10 | $34.65 | Conducted telephonic conference with K. Doner regarding cash management order. |
| | G.T.Walter | 1.50 | $668.25 | Prepared proposed orders granting insurance and stay motions. |
| 10/06/23 | J.D.Eaton | 0.30 | $103.95 | Conducted telephonic conference with Attorneys Donato and Sullivan regarding proposed orders related to October 3 hearings. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Eaton regarding third day order preparation. |
| | J.D.Eaton | 0.70 | $242.55 | Revised final cash management order. |
| | J.D.Eaton | 0.10 | $34.65 | Conducted telephonic conference with Attorney Sullivan regarding proposed final cash management order. |
| | J.S.Krell | 0.30 | $118.80 | Consulted with Attorney Sullivan regarding status of the third day hearings and revisions to the bar date order. |
| 10/09/23 | S.C.Temes | 1.90 | $837.90 | Reviewed documents for response to Committee investment fund inquiries. |
| 10/10/23 | J.D.Eaton | 0.40 | $138.60 | Conducted telephonic conference with Attorney Walter regarding status of proposed orders on third day hearings. |
| 10/11/23 | J.D.Eaton | 0.80 | $277.20 | Conducted telephonic conference with Attorney Walter regarding various outstanding orders and Committee and insurer comments to same. |
| | J.D.Eaton | 0.60 | $207.90 | Conducted telephonic conference with Attorneys Donato, Sullivan, Temes, and Walter regarding outstanding order issues from the October 3 hearing. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/11/23 | J.D.Eaton | 1.20 | $415.80 | Drafted letter to Judge Radel regarding request for additional time on certain proposed orders related to the October 3 hearing. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conferences with Chambers regarding status of remaining proposed orders from third day hearings. |
| | S.A.Donato | 0.60 | $315.90 | Participated in conference call with Attorney Walter regarding mediation and bar date orders. |
| | C.J.Sullivan | 0.80 | $403.20 | Reviewed claims bar date and mediation orders . |
| | G.T.Walter | 0.80 | $356.40 | Consulted with Attorney Eaton regarding preparation of bar date and mediation orders. |
| | G.T.Walter | 0.60 | $267.30 | Consulted with Attorney Donato regarding mediation and bar date order issues. |
| 10/12/23 | G.T.Walter | 0.20 | $89.10 | Consulted with Attorney Temes regarding motion to extend time to remove actions to federal court. |
| | A.S.Rivera | 2.00 | $567.00 | Researched issues related to removing pending state court actions. |
| | S.C.Temes | 2.80 | $1,234.80 | Researched regarding removal issues. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Temes regarding removal issues. |
| | C.J.Sullivan | 0.50 | $252.00 | Revised letter to Court regarding submission of proposed third day hearing orders. |
| | C.J.Sullivan | 0.50 | $252.00 | Participated in telephone conferences with Attorneys Temes and Caughlin and Father O'Brien regarding removal of state court CVA actions. |
| 10/13/23 | A.S.Rivera | 0.40 | $113.40 | Consulted with Attorney Sullivan regarding removal of state court actions. |
| | J.D.Eaton | 0.50 | $173.25 | Conducted telephonic conferences with Attorneys Donato and Sullivan regarding resolution of outstanding orders from October 3 hearing. |

Accounts Are Due Within 30 Days.

Bond, Schoeneck & King, PLLC                                      Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                                      TEL: (315) 218-8000
Syracuse, New York  13202-1355                                          FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/13/23 | K.M.Doner | 0.50 | $90.00 | Revised motion to extend period within which the Diocese may remove actions. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding motion to extend period within which the Diocese may remove actions. |
| | A.S.Rivera | 3.40 | $963.90 | Drafted motion to extend time to remove state court actions. |
| | S.C.Temes | 0.90 | $396.90 | Reviewed changes to confidentiality agreements. |
| | S.C.Temes | 0.90 | $396.90 | Revised removal motion. |
| | S.C.Temes | 1.80 | $793.80 | Reviewed financial documents for production to Committee. |
| | C.J.Sullivan | 0.50 | $252.00 | Revised cash management order. |
| | J.D.Eaton | 0.70 | $242.55 | Revised proposed final cash management order. |
| | J.S.Krell | 0.20 | $79.20 | Consulted with Attorney Eaton regarding motion to extend time for removal. |
| 10/14/23 | J.D.Eaton | 0.90 | $311.85 | Conducted telephonic conference with Attorney Donato regarding cash collateral, bar date, and mediation proposed orders. |
| 10/15/23 | J.D.Eaton | 0.40 | $138.60 | Drafted correspondence to Judge Radel regarding negotiation of proposed orders. |
| | J.D.Eaton | 0.70 | $242.55 | Drafted correspondence to insurers regarding proposed orders. |
| 10/16/23 | J.D.Eaton | 0.20 | $69.30 | Revised draft communication to insurer counsel regarding comments to proposed orders granting mediation motion and bar date motion. |
| | K.M.Doner | 0.50 | $90.00 | Communicated with Attorney Eaton regarding correspondence to Judge Radel regarding proposed bar date and mediation orders. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Temes regarding correspondence to Judge Radel regarding proposed bar date and mediation orders. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/16/23 | K.M.Doner | 0.40 | $72.00 | Finalized correspondence to Judge Radel, together with related exhibits, in connection with proposed bar date and mediation orders. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding correspondence to Judge Radel concerning proposed bar date and mediation orders. |
| | C.J.Sullivan | 0.70 | $352.80 | Revised final cash management order. |
| | J.D.Eaton | 1.90 | $658.35 | Finalized letter to Judge Radel and related exhibits regarding proposed mediation and bar date orders. |
| | J.D.Eaton | 0.40 | $138.60 | Conducted telephonic conferences with Attorney Donato regarding mediation and bar date orders. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney Haberkorn regarding mediation and bar date orders. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Chambers enclosing word versions of the proposed orders filed as exhibits to the letter. |
| 10/17/23 | C.J.Sullivan | 0.50 | $252.00 | Revised orders arising out of October 3 hearing. |
| | J.D.Eaton | 0.50 | $173.25 | Drafted correspondence to Court regarding proposed orders. |
| 10/18/23 | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Sullivan regarding proposed cash management order. |
| | C.J.Sullivan | 0.50 | $252.00 | Reviewed proposed orders arising out of October 3 hearing. |
| 10/19/23 | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with K. Doner regarding proposed orders in Ogdensburg. |
| | K.M.Doner | 0.30 | $54.00 | Finalized final cash management order. |
| | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to Judge Kinsella and interested parties regarding the Diocese's final cash management order. |
| 10/20/23 | S.C.Temes | 0.90 | $396.90 | Addressed filing of non-disclosure agreement and protective orders. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 10/25/23 | C.J.Sullivan | 0.30 | $151.20 | Participated in telephone conference with Committee counsel regarding case status and discovery updates. |
| | Subtotal: | Hours: | 85.30 | |
| | | Amount: | $36,279.00 | |

**B195: Non-Working Travel**

| | | | | |
|------|------|------|------|------|
| 10/03/23 | G.T.Walter | 1.00 | $445.50 | Traveled to and from Utica, New York for chapter 11 hearings on third day motions. |
| | Subtotal: | Hours: | 1.00 | |
| | | Amount: | $445.50 | |

**B210: Business Operations**

| | | | | |
|------|------|------|------|------|
| 10/02/23 | S.A.Donato | 0.30 | $157.95 | Reviewed correspondence from U.S. Trustee regarding section 345 compliance follow-up issues. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Eaton regarding section 345 compliance follow-up issues. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with U.S. Trustee regarding 345 motion and cash management issues. |
| 10/03/23 | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to M. Mashaw regarding insurance renewal. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to S. Becker with the United States Trustee's office regarding renewal of certain insurance policy. |
| 10/05/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding third interim order pertaining to deposit and loan fund. |
| 10/06/23 | C.J.Sullivan | 0.50 | $252.00 | Reviewed proposed Indemnity Agreement. |
| | G.T.Walter | 1.00 | $445.50 | Reviewed proposed indemnity agreement regarding upcoming event. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/11/23 | G.T.Walter | 0.70 | $311.85 | Revised update communication to Parishes. |
| 10/18/23 | C.J.Sullivan | 0.50 | $252.00 | Corresponded with Diocese regarding equipment lease and New York State Eucharistic Conference. |
| | Subtotal: | Hours: | 4.00 | |
| | | Amount: | $1,839.15 | |

**B230: Financing/Cash Collections**

| | | | | |
|------|--|-------|-----|-------------|
| 10/05/23 | S.A.Donato | 0.40 | $210.60 | Reviewed final cash collateral order. |
| 10/10/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding final cash collateral order. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conferences with Attorney Donato and K. Doner regarding cash collateral final order. |
| | J.D.Eaton | 0.40 | $138.60 | Revised final cash collateral order. |
| 10/19/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding proposed cash collateral order. |
| 10/20/23 | K.M.Doner | 0.20 | $36.00 | Finalized final cash collateral order. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding final cash collateral order. |
| | Subtotal: | Hours: | 1.70 | |
| | | Amount: | $544.50 | |

**B310: Claims Administration and Objections**

| | | | | |
|------|--|-------|-----|-------------|
| 10/01/23 | J.S.Krell | 2.50 | $990.00 | Performed research in connection with objections filed to the motion setting bar date and claim procedures. |
| | J.S.Krell | 1.50 | $594.00 | Drafted memorandum summarizing research in connection with objections to motion setting bar date and claim procedures. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/02/23 | J.S.Krell | 1.50 | $594.00 | Performed research in connection with the bar date orders entered in the unrelated diocesan cases. |
| 10/05/23 | S.A.Donato | 0.40 | $210.60 | Conferred with Committee counsel regarding claim objection protocols. |
| 10/06/23 | S.A.Donato | 0.70 | $368.55 | Revised proposed claim bar date order. |
| | A.S.Rivera | 0.30 | $85.05 | Consulted with Attorney Sullivan regarding proposed bar date order. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference call with Attorney Donato regarding claims bar date order. |
| | J.D.Eaton | 2.10 | $727.65 | Further revised proposed bar date order and all schedules and exhibits. |
| 10/07/23 | S.A.Donato | 1.30 | $684.45 | Revised draft claims bar date order. |
| | S.A.Donato | 0.20 | $105.30 | Prepared correspondence to Attorney Eaton regarding revisions to claims bar date order. |
| | J.D.Eaton | 0.30 | $103.95 | Further revised proposed bar date order. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney Scharf regarding proposed bar date order. |
| 10/10/23 | J.D.Eaton | 0.20 | $69.30 | Communicated with Attorneys Donato and Scharf regarding bar date order. |
| | J.D.Eaton | 0.40 | $138.60 | Reviewed Committee comments to bar date order. |
| 10/11/23 | J.D.Eaton | 0.30 | $103.95 | Drafted correspondence to the insurance carriers regarding proposed bar date order and Committee comments to same. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with Attorney Haberkorn regarding questions on proposed bar date order. |
| | S.A.Donato | 0.20 | $105.30 | Conferred with Committee counsel regarding modifications to claim bar date order. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/11/23 | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from Committee counsel regarding proposed changes to claims bar date order. |
| | S.A.Donato | 0.20 | $105.30 | Prepared correspondence to Attorney Eaton regarding proposed revisions to claims bar date order. |
| 10/12/23 | J.D.Eaton | 0.30 | $103.95 | Outlined concerns to insurance carrier comments to proposed bar date order. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding modifications to bar date order. |
| 10/13/23 | S.A.Donato | 1.00 | $526.50 | Conducted analysis of insurance carrier counsel and Committee counsel comments to bar date order. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Eaton regarding insurance carrier counsel and Committee counsel comments to bar date order. |
| | J.D.Eaton | 0.30 | $103.95 | Conducted telephonic conference with Attorney Donato regarding bar date order revisions provided by Committee. |
| 10/14/23 | S.A.Donato | 0.60 | $315.90 | Further analyzed insurance carrier comments to bar date order. |
| | S.A.Donato | 0.40 | $210.60 | Consulted with Attorney Eaton regarding bar date order modifications. |
| | J.D.Eaton | 1.10 | $381.15 | Further revised claims bar date proposed order and exhibits thereto. |
| 10/15/23 | S.A.Donato | 0.30 | $157.95 | Revised correspondence to insurance carrier and Committee counsel regarding further modified bar date order. |
| | S.A.Donato | 0.30 | $157.95 | Reviewed correspondence from insurance carrier counsel regarding claim bar date follow-up questions. |

Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/15/23 | J.D.Eaton | 0.30 | $103.95 | Drafted correspondence to Attorney Scharf regarding revised bar date order. |
| 10/16/23 | C.J.Sullivan | 0.20 | $100.80 | Consulted with Attorney Donato regarding Committee comments to bar date order. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding Committee's comments to claim bar date order. |
| | S.A.Donato | 0.40 | $210.60 | Consulted with Attorney Eaton regarding claim bar date confidentiality protocol issues. |
| | S.A.Donato | 0.30 | $157.95 | Prepared final review of claims bar date order. |
| | S.A.Donato | 0.20 | $105.30 | Revised correspondence to Court regarding claims bar date order. |
| | J.D.Eaton | 0.30 | $103.95 | Conducted telephonic conference with counsel for insurance carrier regarding comments to bar date order. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with Attorney Temes regarding carrier comments to bar date order. |
| 10/17/23 | S.A.Donato | 0.40 | $210.60 | Reviewed correspondence from counsel for insurance carrier regarding claims bar date order comments. |
| 10/18/23 | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from counsel for LMI regarding claims bar date  order comments. |
| 10/19/23 | J.D.Eaton | 0.30 | $103.95 | Reviewed claims bar date order entered by the Court. |
| 10/20/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Temes regarding resolution of terms of confidentiality agreement in connection with bar date order. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with K. Doner regarding sealed schedule F required by Stretto to serve claimants with bar date notice. |

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center                                                    Federal Tax ID 27-0015651
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/20/23 | J.D.Eaton | 0.50 | $173.25 | Conducted telephonic conference with A. Westmoreland regarding service of bar date order. |
| | J.D.Eaton | 0.30 | $103.95 | Drafted correspondence to Father O'Brien regarding the bar date order notice requirements. |
| | K.M.Doner | 0.20 | $36.00 | Participated in follow up telephone conference with Attorney Eaton regarding bar date package. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Stretto regarding bar date package. |
| 10/23/23 | J.D.Eaton | 0.10 | $34.65 | Communicated with Diocese personnel regarding claims bar date notices. |
| 10/24/23 | J.D.Eaton | 0.80 | $277.20 | Attended conference call with Father O'Brien, I. Fawcett, D. Fargo, and Attorney Sullivan regarding claims bar date order compliance. |
| | J.D.Eaton | 0.20 | $69.30 | Reviewed draft claims bar date press release. |
| | C.J.Sullivan | 0.50 | $252.00 | Prepared for call with Diocese regarding bar date notices. |
| | C.J.Sullivan | 0.80 | $403.20 | Participated in telephone conference with Diocese regarding bar date notices and related matters. |
| 10/25/23 | J.D.Eaton | 0.30 | $103.95 | Revised proposed press release related to the claims bar date order. |
| | J.D.Eaton | 0.10 | $34.65 | Reviewed functionality of links posted to Diocese website as required by claims bar date order. |
| 10/26/23 | J.D.Eaton | 0.10 | $34.65 | Drafted correspondence to D. Fargo regarding issuance of press release as required by bar date order. |
| 10/30/23 | J.D.Eaton | 0.30 | $103.95 | Attended telephonic conference with Attorney Sullivan regarding claims bar date service completion. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/30/23 | J.D.Eaton | 0.30 | $103.95 | Drafted correspondence to Father O'Brien and A. Westmoreland regarding claims bar date notice and service related to same. |

|  | Subtotal: | Hours: | 25.90 | |
|  |  | Amount: | $10,822.05 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/13/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding exclusivity issues. |
| 10/22/23 | A.S.Rivera | 0.20 | $56.70 | Examined recent Diocesan precedent regarding plan issues. |
| 10/24/23 | S.C.Temes | 0.80 | $352.80 | Revised motion to extend exclusivity period. |
|  | S.C.Temes | 0.90 | $396.90 | Revised exclusivity application to shorten time. |
|  | C.J.Sullivan | 0.50 | $252.00 | Revised draft of motion seeking to extend exclusive period to file chapter 11 plan. |
|  | A.S.Rivera | 2.70 | $765.45 | Drafted first exclusivity extension motion. |
|  | A.S.Rivera | 0.80 | $226.80 | Drafted affidavit in support of the first exclusivity extension motion. |
|  | A.S.Rivera | 1.50 | $425.25 | Drafted application to reduce time for exclusivity extension motion. |
| 10/25/23 | S.C.Temes | 0.90 | $396.90 | Revised application to shorten time regarding exclusivity extension motion. |
|  | A.S.Rivera | 1.90 | $538.65 | Researched issues related to exclusivity. |
|  | A.S.Rivera | 1.50 | $425.25 | Finalized application to shorten time in connection with exclusivity extension motion. |
| 10/26/23 | J.D.Eaton | 0.30 | $103.95 | Communicated with Attorney Walter and Stretto regarding service of order shortening time for hearing on exclusivity extension motion. |

BOND, SCHOENECK & KING, PLLC                              Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                            TEL: (315) 218-8000
Syracuse, New York  13202-1355                                FAX: (315) 218-8100

_____

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/26/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding motion to extend exclusive and acceptance periods. |
| | Subtotal: | Hours:<br>Amount: | 12.20<br>$3,976.65 | |

**B401: Mediation**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/01/23 | S.A.Donato | 0.90 | $473.85 | Revised reply to objections to mediation motion. |
| 10/02/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conferences with Attorneys Donato and Krell regarding omnibus reply to objections to Diocese's motion referring matters to mediation. |
| | K.M.Doner | 0.30 | $54.00 | Revised omnibus reply to pleadings filed in response to the Diocese's motion to refer certain matters to mediation. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding omnibus reply to objections to Diocese's motion to refer certain matters to mediation. |
| | J.S.Krell | 2.00 | $792.00 | Performed research in connection with the Diocese's reply to numerous objections filed to the motion authorizing the Diocese to refer matters to mediation. |
| | J.S.Krell | 2.00 | $792.00 | Revised reply to objections filed to motion authorizing the Diocese to refer matters to mediation. |
| 10/06/23 | J.D.Eaton | 0.30 | $103.95 | Drafted correspondence to Attorney Donato regarding proposed mediation order. |
| 10/07/23 | J.D.Eaton | 0.80 | $277.20 | Revised proposed mediation order. |
| 10/08/23 | J.D.Eaton | 0.30 | $103.95 | Drafted letter to insurers regarding mediation order and potential mediators. |
| | J.D.Eaton | 0.20 | $69.30 | Further revised mediation motion proposed order. |

_____
Accounts Are Due Within 30 Days.

# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|------|
| 10/09/23 | J.D.Eaton | 0.50 | $173.25 | Revised insurer letter regarding mediation and notice list regarding same. |
| 10/11/23 | J.D.Eaton | 0.30 | $103.95 | Drafted correspondence to Attorney Donato synthesizing insurer and Committee comments to mediation motion. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney Scharf regarding insurer comments received on proposed mediation order. |
| | S.A.Donato | 0.20 | $105.30 | Conferred with Committee counsel regarding modifications to mediation order. |
| | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from Committee counsel regarding proposed changes to mediation order. |
| | S.A.Donato | 0.10 | $52.65 | Prepared correspondence to Attorney Eaton regarding proposed revisions to mediation order. |
| | S.A.Donato | 0.40 | $210.60 | Conducted initial review of insurance carrier counsel comments to draft mediation order. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Eaton regarding insurance carrier counsel comments to draft mediation order. |
| 10/13/23 | S.A.Donato | 1.00 | $526.50 | Conducted analysis of insurance carrier counsel and Committee counsel comments to mediation referral order. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Eaton regarding insurance carrier counsel and Committee counsel comments to mediation referral order. |
| 10/14/23 | S.A.Donato | 0.60 | $315.90 | Further analyzed insurance carrier comments to mediation order. |
| | S.A.Donato | 0.50 | $263.25 | Consulted with Attorney Eaton regarding mediation order modifications. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/15/23 | S.A.Donato | 0.30 | $157.95 | Revised correspondence to insurance carrier and Committee counsel regarding further modified mediation order. |
| | J.D.Eaton | 0.20 | $69.30 | Further revised order granting mediation motion. |
| 10/16/23 | J.D.Eaton | 0.20 | $69.30 | Drafted communications to Attorneys Scharf, Dine, and Michael regarding mediation order. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding Committee's comments to mediation referral order. |
| | S.A.Donato | 0.30 | $157.95 | Prepared final review of mediation referral order. |
| | S.A.Donato | 0.10 | $52.65 | Revised correspondence to Court regarding mediation referral order. |
| 10/17/23 | S.A.Donato | 0.30 | $157.95 | Initially reviewed mediator candidates. |
| | S.A.Donato | 0.30 | $157.95 | Reviewed correspondence from insurance carrier counsel regarding mediation referral order comments. |
| | J.D.Eaton | 0.30 | $103.95 | Drafted correspondence to mediator candidate Judge Sontchi regarding proposed telephonic conference with Attorneys Donato and Sullivan. |
| 10/18/23 | C.J.Sullivan | 0.50 | $252.00 | Drafted correspondence to mediator candidates. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from counsel for LMI regarding mediation order comments. |
| | S.A.Donato | 0.40 | $210.60 | Consulted with Attorney Walter regarding mediation issues. |
| 10/19/23 | J.D.Eaton | 0.30 | $103.95 | Drafted follow up correspondence to former Judge Sontchi regarding mediator interview. |
| | C.J.Sullivan | 0.50 | $252.00 | Corresponded with Diocese regarding possible mediator engagement. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/20/23 | C.J.Sullivan | 0.50 | $252.00 | Conducted research regarding mediator candidates. |
| 10/23/23 | C.J.Sullivan | 0.30 | $151.20 | Participated in telephone conference with Attorney Donato regarding prospective mediator. |
| | C.J.Sullivan | 0.80 | $403.20 | Participated in meeting with mediator candidate. |
| | C.J.Sullivan | 0.30 | $151.20 | Drafted correspondence to mediator candidate. |
| | S.A.Donato | 0.80 | $421.20 | Conferred with prospective mediator regarding mediator role. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding prospective mediator. |
| | A.S.Rivera | 0.30 | $85.05 | Consulted with Attorney Sullivan regarding potential mediator selection. |
| 10/24/23 | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding mediator selection process. |
| | S.A.Donato | 0.50 | $263.25 | Conferred with prospective mediator regarding mediator role. |
| | S.A.Donato | 0.30 | $157.95 | Participated in supplemental consultation with Attorney Sullivan regarding mediator role. |
| 10/25/23 | S.C.Temes | 1.00 | $441.00 | Participated in call with insurance carriers regarding confidentiality agreement and mediation issues. |
| | S.A.Donato | 0.40 | $210.60 | Conferred with special insurance counsel regarding mediation discovery and mediation issues. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding mediation discovery issues and mediation issues. |
| | S.A.Donato | 0.40 | $210.60 | Conferred with prospective mediator regarding mediator retention issues. |
| | S.A.Donato | 0.80 | $421.20 | Reviewed financial information regarding potential mediator selections. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|------|------|-------------|
| 10/30/23 | G.T.Walter | 0.30 | $133.65 | Consulted with Attorney Sullivan regarding mediator selection issues. |
| | J.S.Krell | 0.30 | $118.80 | Consulted with Attorney Sullivan regarding selection of the mediator and start of the mediation process. |
| | A.S.Rivera | 0.30 | $85.05 | Consulted with Attorney Sullivan regarding selection of mediator. |
| | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding mediator selection process. |
| | S.A.Donato | 0.40 | $210.60 | Participated in conference call with insurance carrier representatives regarding mediation and non-disclosure issues. |
| | S.A.Donato | 0.40 | $210.60 | Consulted with Attorney Sullivan regarding mediator selection issues. |
| | C.J.Sullivan | 2.00 | $1,008.00 | Worked on mediator selection. |
| 10/31/23 | S.A.Donato | 0.90 | $473.85 | Conferred with prospective mediator candidates. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding mediator selection issues. |
| | S.A.Donato | 0.50 | $263.25 | Conferred with prospective mediator. |
| | C.J.Sullivan | 0.50 | $252.00 | Conferred with mediator candidate. |

|  | Subtotal: | Hours: | 29.40 |
|--|-----------|--------|-------|
|  |           | Amount: | $13,684.95 |

**B402: Discovery**

| Date | | Hours | Amt | Description |
|------|------|------|------|-------------|
| 10/02/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sheehan regarding objection to insurers' motion for Rule 2004 motion. |
| | K.M.Doner | 0.20 | $36.00 | Finalized objection to insurers' Rule 2004 motion, together with supporting declaration. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC

ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/02/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding objection to insurers' 2004 motion. |
| | G.T.Walter | 0.10 | $44.55 | Reviewed correspondence from insurance counsel regarding discovery issues. |
| | S.A.Donato | 0.80 | $421.20 | Reviewed draft reply to insurance carrier 2004 motion. |
| | C.J.Sullivan | 2.00 | $1,008.00 | Finalized response to insurance carrier Rule 2004 motion. |
| | B.M.Sheehan | 1.00 | $378.00 | Revised opposition to 2004 motion. |
| | B.M.Sheehan | 1.70 | $642.60 | Drafted Declaration of Charles J. Sullivan, Esq. in support of opposition to Rule 2004 motion and compiled exhibit thereto. |
| | B.M.Sheehan | 0.60 | $226.80 | Consulted with Attorneys Sullivan, Temes, Caughlin, and Wang regarding discovery. |
| | S.C.Temes | 1.80 | $793.80 | Reviewed information provided by Diocese in response to inquiries by Committee. |
| | S.C.Temes | 0.60 | $264.60 | Reviewed additional draft of 2004 motion response. |
| 10/03/23 | B.M.Sheehan | 0.30 | $113.40 | Performed research regarding Rule 2004 motion hearing. |
| | S.C.Temes | 1.40 | $617.40 | Reviewed additional document production issues and insurer requests. |
| 10/04/23 | C.J.Sullivan | 1.50 | $756.00 | Worked on confidentiality agreement drafts. |
| 10/05/23 | S.A.Donato | 0.70 | $368.55 | Conferred with Committee counsel regarding general discovery issues. |
| | C.J.Sullivan | 1.00 | $504.00 | Reviewed Committee document requests. |
| | S.C.Temes | 1.60 | $705.60 | Revised non-disclosure agreement. |
| | S.C.Temes | 0.70 | $308.70 | Participated in call with Committee counsel regarding document production issues. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 10/05/23 | G.T.Walter | 0.70 | $311.85 | Conferred with Committee counsel regarding discovery requests. |
| | C.J.Sullivan | 0.50 | $252.00 | Revised confidentiality agreement. |
| 10/06/23 | B.M.Sheehan | 0.30 | $113.40 | Reviewed discovery issues. |
| | B.M.Sheehan | 0.20 | $75.60 | Consulted with e-discovery group regarding discovery. |
| | S.C.Temes | 1.30 | $573.30 | Analyzed information requests from Committee and insurers. |
| 10/09/23 | C.J.Sullivan | 1.00 | $504.00 | Worked on confidentiality agreements. |
| 10/10/23 | S.C.Temes | 0.90 | $396.90 | Addressed open issue with Committee non-disclosure agreement. |
| | C.J.Sullivan | 1.00 | $504.00 | Worked on confidentiality agreement. |
| | S.C.Temes | 1.70 | $749.70 | Reviewed additional financial documents for production to Committee. |
| 10/11/23 | S.C.Temes | 0.90 | $396.90 | Analyzed status of confidentiality provisions and discovery issues. |
| | S.C.Temes | 1.70 | $749.70 | Reviewed financial records for requested production to Committee. |
| 10/12/23 | J.L.McIlroy | 0.10 | $24.30 | Prepared data in eDiscovery platform for Attorney Temes (General). |
| | C.J.Sullivan | 0.50 | $252.00 | Consulted with Attorney Temes regarding document production issues. |
| 10/13/23 | C.J.Sullivan | 0.50 | $252.00 | Participated in meet and confer with Committee counsel regarding deposit and loan fund document requests. |
| | B.M.Sheehan | 1.80 | $680.40 | Reviewed documents to be produced to Committee. |
| | B.M.Sheehan | 0.70 | $264.60 | Reviewed confidentiality stipulation. |

# BOND, SCHOENECK & KING, PLLC
## ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/13/23 | G.T.Walter | 0.50 | $222.75 | Participated in meet and confer with Committee counsel regarding deposit and loan fund document requests. |
| 10/16/23 | S.C.Temes | 0.60 | $264.60 | Drafted correspondence to the Court regarding non-disclosure agreement status. |
| | S.C.Temes | 0.70 | $308.70 | Participated in call with Diocese and litigation counsel to finalize non-disclosure agreement issues. |
| | S.A.Donato | 0.40 | $210.60 | Reviewed further revised non-disclosure agreement regarding Committee's comments. |
| | B.M.Sheehan | 0.20 | $75.60 | Consulted with Attorney Temes regarding confidentiality stipulation. |
| | B.M.Sheehan | 0.30 | $113.40 | Attended teleconference with Committee counsel regarding confidentiality stipulation. |
| | B.M.Sheehan | 4.50 | $1,701.00 | Reviewed documents to be produced to Committee. |
| 10/17/23 | B.M.Sheehan | 3.00 | $1,134.00 | Reviewed documents to be produced to Committee. |
| 10/23/23 | S.C.Temes | 1.10 | $485.10 | Reviewed confidentiality protective order issues. |
| | J.L.McIlroy | 0.30 | $72.90 | Performed conflict searches in eDiscovery platform in preparation for production (CVA). |
| | B.M.Sheehan | 0.20 | $75.60 | Consulted with Attorney Temes regarding Committee discovery. |
| | B.M.Sheehan | 1.70 | $642.60 | Reviewed documents to be produced to Committee. |
| | S.C.Temes | 1.30 | $573.30 | Analyzed additional documents to be provided by Diocese in response to Committee request. |
| 10/24/23 | B.M.Sheehan | 1.00 | $378.00 | Continued to review documents to be produced to Committee. |
| 10/25/23 | J.L.McIlroy | 0.50 | $121.50 | Prepared Vol004 production draft from eDiscovery platform for Attorney Sheehan (CVA). |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC

ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/25/23 | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding discovery updates. |
| | C.J.Sullivan | 2.00 | $1,008.00 | Worked on insurance company non-disclosure agreement. |
| 10/26/23 | S.C.Temes | 0.80 | $352.80 | Reviewed status of additional disclosures to insurers regarding initial document requests. |
| 10/27/23 | S.C.Temes | 0.80 | $352.80 | Addressed insurer discovery issues. |
| | C.J.Sullivan | 0.40 | $201.60 | Participated in telephone conference with various insurance carrier counsel regarding insurance carrier non-disclosure agreement. |
| 10/29/23 | S.C.Temes | 1.90 | $837.90 | Reviewed status of requested productions and non-disclosure agreements. |
| 10/30/23 | S.C.Temes | 0.70 | $308.70 | Revised insurance carrier non-disclosure agreement. |
| | S.C.Temes | 0.90 | $396.90 | Drafted response to insurer requests. |
| | B.M.Sheehan | 0.30 | $113.40 | Consulted with Attorney Temes regarding discovery issues. |
| 10/31/23 | S.C.Temes | 1.20 | $529.20 | Prepared financial documents for production to Committee. |
| | S.C.Temes | 0.90 | $396.90 | Revised insurer non-disclosure agreement. |
| | J.L.McIlroy | 1.00 | $243.00 | Prepared Vol003 production draft from eDiscovery platform for Attorney Temes (General). |
| | C.J.Sullivan | 2.00 | $1,008.00 | Reviewed draft Committee production. |

| | | | |
|---|---|---|---|
| Subtotal: | Hours: | 59.50 | |
| | Amount: | $25,612.65 | |

**Total Hours and Fees For This Matter:**                    261.10                    $104,297.40

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 19996031

Diocese of Ogdensburg

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 41.50 | $526.50 | $21,849.75 |
| B. M. Sheehan (Member) | 21.80 | 378.00 | 8,240.40 |
| C. J. Sullivan (Member) | 39.60 | 504.00 | 19,958.40 |
| S. C. Temes (Member) | 37.60 | 441.00 | 16,581.60 |
| G. T. Walter (Member) | 23.80 | 445.50 | 10,602.90 |
| J. D. Eaton (Senior Counsel) | 33.10 | 346.50 | 11,469.15 |
| J. S. Krell (Of Counsel) | 10.50 | 396.00 | 4,158.00 |
| A. M. Christian (Associate) | 3.80 | 202.50 | 769.50 |
| A. S. Rivera (Associate) | 16.00 | 283.50 | 4,536.00 |
| K. M. Doner (Paralegal) | 31.50 | 180.00 | 5,670.00 |
| J. L. McIlroy (Other) | 1.90 | 243.00 | 461.70 |
| **Total** | 261.10 | | $104,297.40 |

**Matter Disbursement Summary**

| | |
|---|---|
| Color Copy Charges | $53.00 |
| Computerized Research | 285.60 |
| Copy Charges | 18.80 |
| Data Hosting & Storage | 165.00 |
| Postal Service | 12.60 |
| **Total Disbursements** | **$535.00** |

**TOTAL FOR THIS MATTER**                    **$104,832.40**

Accounts Are Due Within 30 Days.