UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period November 1, 2023 Through November 30, 2023*, a copy of which is attached hereto and hereby served upon you.

Dated: February 1, 2024

BOND, SCHOENECK & KING, PLLC

By: _____/s/ Charles J. Sullivan_____
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

17211470.1 2/1/2024

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | November 1, 2023 through November 30, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $46,154.70 ($36,923.76) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $687.80 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's fifth monthly fee statement in this case.

17211470.1 2/1/2024

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Mr. Mark Mashaw  
Diocesan Fiscal Officer  
Diocese of Ogdensburg  
622 Washington Street  
Ogdensburg, NY 13669

For Legal Services Rendered through 11/30/23.

**Financial Review**  
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 11/01/23 | K.M.Doner | 1.00 | $180.00 | Continued drafting confidential statement of financial affairs. |
| | A.S.Rivera | 0.20 | $56.70 | Monitored unrelated diocesan case for holdings relevant to the Diocese of Ogdensburg case. |
| 11/02/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Mashaw regarding the Diocese's September 2023 operating report. |
| | K.M.Doner | 1.90 | $342.00 | Continued preparation of schedule of lawsuits in connection with confidential statement of financial affairs. |
| 11/03/23 | K.M.Doner | 2.50 | $450.00 | Continued preparation of confidential list of lawsuits to disclose in statement of financial affairs. |
| 11/06/23 | K.M.Doner | 0.30 | $54.00 | Participated in telephone conference with Attorney Sullivan regarding confidential schedules and statement of financial affairs. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding updates to case charter. |
| | K.M.Doner | 1.50 | $270.00 | Began analyzing the Diocese's September 2023 Operating Report. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/07/23 | K.M.Doner | 1.30 | $234.00 | Completed analysis of the Diocese's September 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to M. Mashaw regarding updates to the Diocese's September 2023 operating report. |
| | K.M.Doner | 0.30 | $54.00 | Reviewed updates to the Diocese's September 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's September 2023 operating report. |
| 11/10/23 | J.D.Eaton | 0.10 | $34.65 | Drafted updates to case strategy and management charter. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding the Diocese's September 2023 operating report. |
| | S.C.Temes | 0.60 | $264.60 | Reviewed monthly operating report. |
| | C.J.Sullivan | 0.50 | $252.00 | Participated in telephone conference with Diocese regarding case status. |
| 11/13/23 | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's September 2023 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's September 2023 operating report. |
| 11/19/23 | J.D.Eaton | 0.10 | $34.65 | Drafted updates to case strategy charter document. |
| 11/20/23 | K.M.Doner | 0.10 | $18.00 | Consulted with Attorney Sullivan regarding outstanding operating report issues. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding the Diocese's October 2023 operating report. |
| | G.T.Walter | 0.40 | $178.20 | Analyzed open case issues and strategy. |
| 11/22/23 | A.M.Christian | 0.50 | $101.25 | Reviewed motion filed in unrelated diocesan case to determine impact on Diocese. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/30/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding updates to case charter. |
| | J.D.Eaton | 0.30 | $103.95 | Drafted significant updates to the case strategy charter document. |
| | K.M.Doner | 0.20 | $36.00 | Drafted various correspondence to M. Mashaw regarding outstanding items for the Diocese's October 2023 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's October 2023 operating report. |
| | K.M.Doner | 2.50 | $450.00 | Analyzed the Diocese's October 2023 operating report. |
| | Subtotal: | Hours:<br>Amount: | 15.70<br>$3,366.00 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/30/23 | G.T.Walter | 1.40 | $623.70 | Conducted research regarding insurance neutrality issues. |
| | Subtotal: | Hours:<br>Amount: | 1.40<br>$623.70 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/02/23 | C.J.Sullivan | 0.50 | $252.00 | Reviewed stay relief stipulation. |
| 11/30/23 | C.J.Sullivan | 0.50 | $252.00 | Corresponded with Diocese regarding application of Parish stay. |
| | Subtotal: | Hours:<br>Amount: | 1.00<br>$504.00 | |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B150: Meetings of and Communications with Creditors** | | | | |
| 11/07/23 | C.J.Sullivan | 0.80 | $403.20 | Participated in telephone conference with Committee counsel regarding mediator selection issues, motion for 2004 examination and motion for relief from stay. |
| | S.A.Donato | 0.80 | $421.20 | Conferred with Committee counsel regarding mediator selection issues and in preparation for court hearings concerning liquidity motion, motion for 2004 examination and motion for relief from automatic stay. |
| 11/20/23 | G.T.Walter | 0.40 | $178.20 | Conferred with Committee counsel regarding case status, mediation and discovery issues. |
| | S.A.Donato | 0.40 | $210.60 | Participated in conference call with Committee counsel regarding appointment of mediator, mediation and discovery issues. |
| | Subtotal: | Hours: 2.40 | | |
| | | Amount: $1,213.20 | | |
| **B160: Fee/Employment Applications** | | | | |
| 11/06/23 | J.D.Eaton | 0.20 | $69.30 | Communicated with Attorney Sullivan regarding fee application and monthly fee statement. |
| 11/07/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Donato regarding fee statement issues. |
| 11/08/23 | K.M.Doner | 0.30 | $54.00 | Revised proposed interim compensation procedures order. |
| 11/10/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding interim compensation procedures. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding interim compensation procedures and Bond's fee statements. |

**BOND, SCHOENECK & KING, PLLC**  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                                                TEL: (315) 218-8000
Syracuse, New York  13202-1355                                                    FAX: (315) 218-8100

January 31, 2024
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/11/23 | K.M.Doner | 3.00 | $540.00 | Prepared Bond's September 2023 fee statement. |
| 11/13/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Sullivan regarding Bond's September 2023 fee statement. |
| 11/26/23 | C.J.Sullivan | 1.00 | $504.00 | Revised Bond's July, August and September fee statements. |
| 11/28/23 | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Attorney Donato regarding fee statement issues. |
| 11/29/23 | K.M.Doner | 0.70 | $126.00 | Finalized Bond's July, August and September 2023 fee statements. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Stretto regarding Bond's July, August and September 2023 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Champion regarding Bond's July, August and September 2023 fee statements. |
| | C.J.Sullivan | 0.50 | $252.00 | Corresponded with Diocese regarding fee statements for July, August and September. |
| 11/30/23 | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with K. Doner regarding question on the filed July monthly fee statement. |
| | Subtotal: | Hours:  6.80 | | |
| | | Amount:  $1,776.60 | | |

**B170: Fee/Employment Objections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/10/23 | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with Attorney Sullivan regarding retention application of Burns Bair. |
| 11/13/23 | J.D.Eaton | 0.10 | $34.65 | Conducted telephonic conference with Attorney Sullivan regarding retention application of Burns Bair. |

BOND, SCHOENECK & KING, PLLC    Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center    TEL: (315) 218-8000
Syracuse, New York  13202-1355    FAX: (315) 218-8100

January 31, 2024
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/20/23 | J.D.Eaton | 0.20 | $69.30 | Reviewed supplemental affidavit related to Burns Bair retention. |
| | Subtotal: | Hours: 0.50 | | |
| | | Amount: $173.25 | | |

**B185: Assumption/Rejection of Leases and Contracts**

| | | | | |
|---|---|---|---|---|
| 11/06/23 | C.J.Sullivan | 0.50 | $252.00 | Corresponded with Diocese regarding lease assumption and rejection issues. |
| | Subtotal: | Hours: 0.50 | | |
| | | Amount: $252.00 | | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| | | | | |
|---|---|---|---|---|
| 11/01/23 | S.A.Donato | 0.30 | $157.95 | Attended Bankruptcy Court hearing of unrelated diocesan case regarding 1112 dismissal updates to determine impact on Diocese. |
| 11/06/23 | K.M.Doner | 1.30 | $234.00 | Assisted Attorney Sullivan with preparation for November 7th hearings on various motions. |
| | C.J.Sullivan | 2.50 | $1,260.00 | Prepared for fourth day hearings. |
| | S.A.Donato | 0.40 | $210.60 | Initial preparation for fourth day hearings. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan in preparation for fourth day hearings. |
| | S.C.Temes | 0.70 | $308.70 | Prepared for hearing on exclusivity and removal motions. |
| 11/07/23 | A.S.Rivera | 1.30 | $368.55 | Participated in hearing concerning mediator selection, exclusivity extension and 105 status conference. |
| | J.D.Eaton | 1.30 | $450.45 | Telephonically attended hearing on various matters including mediator appointment, 2004 motion from insurer, Parish liquidity, and 105 status conference. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center                                        TEL: (315) 218-8000
Syracuse, New York  13202-1355                            FAX: (315) 218-8100

January 31, 2024
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/07/23 | J.D.Eaton | 0.30 | $103.95 | Conducted telephonic conferences with Attorney Sullivan and K. Doner regarding proposed hearing orders. |
| | C.J.Sullivan | 0.40 | $201.60 | Participated in telephone conference with Attorney Donato regarding preparation for court hearings in various motions. |
| | C.J.Sullivan | 2.50 | $1,260.00 | Prepared for hearings on various motions. |
| | C.J.Sullivan | 1.30 | $655.20 | Appeared at hearings on various motions. |
| | C.J.Sullivan | 0.30 | $151.20 | Consulted with Attorney Eaton regarding terms of orders arising out of hearings. |
| | S.C.Temes | 1.30 | $573.30 | Participated in hearing regarding exclusivity, discovery issues, removal, mediation and case update issues. |
| | S.A.Donato | 0.40 | $210.60 | Consulted with Attorney Sullivan regarding preparation for court hearings on various motions. |
| | S.A.Donato | 0.60 | $315.90 | Prepared for court hearings on various motions. |
| | S.A.Donato | 1.30 | $684.45 | Participated in court hearings in various motions. |
| 11/08/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding proposed orders in connection with motions heard at Judge Radel's November 7, 2023 motion calendar. |
| | K.M.Doner | 0.20 | $36.00 | Revised proposed order extending time to remove actions. |
| 11/09/23 | C.J.Sullivan | 1.50 | $756.00 | Revised various orders arising from November 7 hearing. |
| 11/10/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding order extending Diocese's time to remove actions. |
| 11/17/23 | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Temes regarding Committee document production updates. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/21/23 | S.A.Sharkey | 0.60 | $251.10 | Reviewed law regarding availability of funds persuant to Cabrini Foundation. |
| | Subtotal: | Hours: 19.30 | | |
| | | Amount: $8,506.80 | | |

**B195: Non-Working Travel**

| | | | | |
|---|---|---|---|---|
| 11/07/23 | S.C.Temes | 0.70 | $308.70 | Traveled to and from Utica, New York to attend hearings on various motions (partial). |
| | Subtotal: | Hours: 0.70 | | |
| | | Amount: $308.70 | | |

**B210: Business Operations**

| | | | | |
|---|---|---|---|---|
| 11/07/23 | C.J.Sullivan | 0.20 | $100.80 | Drafted correspondence to Diocese regarding various matters. |
| 11/13/23 | C.C.Ingerson | 4.70 | $930.60 | Researched availability of funds related to Cobrinni Foundation. |
| 11/14/23 | C.C.Ingerson | 3.50 | $693.00 | Continued researching availabiluty of grants persuant to Cobrinni Foundation. |
| 11/15/23 | S.A.Sharkey | 0.50 | $209.25 | Consulted with Attorney Sullivan regarding potential dispute with funding entity. |
| | C.J.Sullivan | 0.50 | $252.00 | Participated in telephone conference with Attorney Sharkey regarding Cabrini foundation. |
| 11/17/23 | G.T.Walter | 0.40 | $178.20 | Exchanged correspondence with Diocese regarding ongoing business operational issues. |
| 11/22/23 | C.J.Sullivan | 0.50 | $252.00 | Participated in telephone conference with Diocese regarding IRCP. |
| | C.J.Sullivan | 1.00 | $504.00 | Reviewed documents regarding IRCP. |
| 11/24/23 | S.C.Temes | 1.40 | $617.40 | Reviewed financial documents and additional Committee requests. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/27/23 | C.J.Sullivan | 0.50 | $252.00 | Reviewed draft response regarding IRCP matter. |
| 11/28/23 | S.A.Sharkey | 1.80 | $753.30 | Analyzed law regarding Cobrinni grant issue. |
| | S.A.Sharkey | 0.20 | $83.70 | Prepared correspondence to Attorney Sullivan regarding requested information relative to Cobrinni grant issue. |
| | Subtotal: | Hours: | 15.20 | |
| | | Amount: | $4,826.25 | |

**B230: Financing/Cash Collections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/02/23 | G.T.Walter | 0.20 | $89.10 | Conferred with M. Mashaw regarding Parish liquidity motion update. |
| 11/03/23 | G.T.Walter | 1.00 | $445.50 | Drafted proposed further interim liquidity order incorporating forward looking budget. |
| | G.T.Walter | 0.40 | $178.20 | Reviewed proposed Deposit and Loan Fund Diocesan Trust Fund budget. |
| | G.T.Walter | 0.20 | $89.10 | Exchanged correspondence with Committee counsel regarding Deposit and Loan Fund Diocesan Trust Fund budget. |
| 11/08/23 | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with M. Mashaw regarding fourth interim order on Parish liquidity motion. |
| | J.D.Eaton | 0.40 | $138.60 | Drafted fourth interim order granting Parish liquidity motion on interim basis. |
| | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney Scharf regarding draft of fourth interim order on Parish liquidity motion. |
| 11/10/23 | K.M.Doner | 0.20 | $36.00 | Finalized fourth interim order authorizing Diocese to continue to administer the deposit and loan fund and Diocesan Trust Fund. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

January 31, 2024
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/10/23 | K.M.Doner | 0.10 | $18.00 | Consulted with Attorney Eaton regarding fourth interim order authorizing Diocese to continue to administer the deposit and loan fund and Diocesan Trust Fund. |
| 11/13/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding fourth interim order granting liquidity motion. |
| | Subtotal: | Hours:<br>Amount: | 3.00<br>$1,151.10 | |

**B310: Claims Administration and Objections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/07/23 | J.D.Eaton | 0.30 | $103.95 | Conducted telephonic conference with Attorney Sullivan regarding Century motion to reconsider claims bar date order. |
| | J.D.Eaton | 0.10 | $34.65 | Conducted telephonic conference with A. Westmoreland regarding data room question pertaining to claims. |
| 11/09/23 | J.D.Eaton | 0.30 | $103.95 | Drafted correspondence addressing question from A. Westmoreland of Stretto regarding publication of bar date notice. |
| 11/13/23 | A.S.Rivera | 1.00 | $283.50 | Researched issues related to reconsideration motion of bar date motion. |
| 11/19/23 | A.S.Rivera | 2.60 | $737.10 | Drafted objection to insurance carrier motion for reconsideration of bar date. |
| 11/20/23 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Rivera regarding objection to insurance carrier's motion for reconsideration of bar date order. |
| | J.D.Eaton | 0.20 | $69.30 | Conducted telephonic conference with Attorney Rivera regarding motion to reconsider bar date order. |
| | A.S.Rivera | 0.30 | $85.05 | Conferred with counsel for the Committee concerning issues related to the bar date order. |

BOND, SCHOENECK & KING, PLLC       Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                 TEL: (315) 218-8000
Syracuse, New York  13202-1355     FAX: (315) 218-8100

January 31, 2024
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/20/23 | A.S.Rivera | 0.30 | $85.05 | Consulted with Attorney Sullivan regarding insurer expert access to proofs of claim. |
| 11/21/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Rivera regarding objection to Century's motion for reconsideration of bar date order. |
| | K.M.Doner | 0.30 | $54.00 | Finalized objection to insurance carrier's motion for reconsideration of bar date order. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Stretto regarding objection to insurance carrier's motion for reconsideration of bar date order. |
| | A.S.Rivera | 2.70 | $765.45 | Drafted response to insurance carrier's motion for reconsideration of bar date motion. |
| 11/28/23 | K.M.Doner | 0.10 | $18.00 | Prepared certificate of service to file under seal related to the bar date order. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to R. Murine at the Bankruptcy Court Clerk's Office regarding certificate of service related to bar date order to file under seal. |
| 11/30/23 | A.S.Rivera | 0.50 | $141.75 | Examined insurance carrier response to motion to reconsider objection. |

Subtotal:    Hours:        9.40
             Amount:    $2,607.75

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/02/23 | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Walter regarding plan preparation issues. |
| 11/13/23 | K.M.Doner | 0.40 | $72.00 | Drafted proposed order granting extension of exclusive and acceptance periods. |
| | K.M.Doner | 0.20 | $36.00 | Communicated with Attorney Eaton regarding proposed order extending exclusive and acceptance periods. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/13/23 | J.D.Eaton | 0.20 | $69.30 | Drafted correspondence to Attorney Sullivan regarding the proposed order on the first exclusivity motion. |
| 11/14/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding exclusivity order. |
| | K.M.Doner | 0.20 | $36.00 | Revised proposed order extending exclusive and acceptance periods. |
| 11/16/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding order granting extension of exclusive and acceptance periods. |
| | Subtotal: | Hours: 1.40 | | |
| | | Amount: $354.60 | | |

**B401: Mediation**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/01/23 | S.A.Donato | 0.40 | $210.60 | Consulted with Attorney Sullivan regarding mediator selection issues. |
| | S.A.Donato | 1.00 | $526.50 | Conferred with Diocese regarding mediator selection issues. |
| | C.J.Sullivan | 1.00 | $504.00 | Participated in telephone conference with Diocese to discuss mediator candidates. |
| | C.J.Sullivan | 0.50 | $252.00 | Reviewed credentials concerning various mediator candidates. |
| 11/02/23 | S.A.Donato | 1.20 | $631.80 | Prepared correspondence to Judge Radel regarding mediator selection issues. |
| 11/03/23 | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding mediator selection issues. |
| | S.A.Donato | 0.30 | $157.95 | Prepared correspondence to prospective mediator regarding mediator appointment issues. |
| 11/06/23 | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding mediator selection issues. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/06/23 | S.A.Donato | 0.30 | $157.95 | Conferred with Committee counsel regarding mediator selection issues. |
| | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding mediator appointment issues. |
| | S.A.Donato | 0.30 | $157.95 | Reviewed correspondence from insurance carrier counsel regarding mediator selection issues. |
| 11/07/23 | A.S.Rivera | 0.30 | $85.05 | Consulted with Attorney Sullivan regarding selection of mediator. |
| | J.S.Krell | 0.30 | $118.80 | Conferred with Attorney Sullivan regarding mediation motion. |
| | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from U.S. Trustee regarding mediator selection issues. |
| | S.A.Donato | 0.20 | $105.30 | Prepared response to U.S. Trustee regarding mediator selection issues. |
| 11/08/23 | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from Committee counsel regarding mediator selection issues. |
| 11/09/23 | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding mediator selection issues. |
| | S.A.Donato | 0.20 | $105.30 | Reviewed correspondence from Committee counsel regarding mediator issues. |
| | S.A.Donato | 0.60 | $315.90 | Conferred with prospective mediator regarding mediation duties. |
| | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding prospective mediator mediation duties. |
| | C.J.Sullivan | 0.40 | $201.60 | Prepared for interview of mediator candidate. |
| | C.J.Sullivan | 1.00 | $504.00 | Conferred with various mediation parties regarding mediator candidates. |
| | C.J.Sullivan | 0.60 | $302.40 | Conducted interview of mediator candidate. |
| 11/10/23 | K.M.Doner | 0.20 | $36.00 | Finalized correspondence to Judge Radel regarding selection of mediator. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/10/23 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding letter to Judge Radel regarding selection of mediator. |
| | A.S.Rivera | 0.30 | $85.05 | Consulted with Attorney Sullivan regarding selection of mediator. |
| | C.J.Sullivan | 0.30 | $151.20 | Participated in telephone conference with Attorney Rivera regarding mediator selection. |
| | C.J.Sullivan | 1.00 | $504.00 | Participated in numerous telephone conferences the Diocese regarding mediator selection. |
| | C.J.Sullivan | 1.00 | $504.00 | Drafted letter to Court regarding mediator selection. |
| 11/15/23 | S.A.Donato | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding mediator selection issues and updates. |
| 11/16/23 | S.A.Donato | 0.30 | $157.95 | Consulted with Attorneys Sullivan and Rivera regarding mediator appointment issues. |
| 11/22/23 | S.A.Donato | 0.10 | $52.65 | Consulted with Attorney Sullivan regarding mediator selection issues. |
| 11/30/23 | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding mediation issues. |

|  | Subtotal: | Hours:<br>Amount: | 14.20<br>$7,056.90 | |

**B402: Discovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/01/23 | J.L.McIlroy | 0.20 | $48.60 | Prepared data in eDiscovery platform for Attorney Sheehan (CVA). |
| | S.C.Temes | 0.90 | $396.90 | Revised draft production to Committee. |
| | C.J.Sullivan | 2.50 | $1,260.00 | Reviewed draft of production of documents. |
| 11/02/23 | K.M.Doner | 0.30 | $54.00 | Participated in office conferences with Attorney Temes regarding insurance carrier non-disclosure agreement. |

BOND, SCHOENECK & KING, PLLC    Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center    TEL: (315) 218-8000
Syracuse, New York  13202-1355    FAX: (315) 218-8100

January 31, 2024
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/02/23 | K.M.Doner | 0.20 | $36.00 | Revised proposed order approving form of confidentiality agreement between the Diocese and certain insurance carriers. |
| | K.K.Riordan | 0.80 | $194.40 | Finalized Vol003 DOO_General00011616-DOO_General00012048 production of documents for Attorney Temes. |
| | S.C.Temes | 0.90 | $396.90 | Finalized Committee document production. |
| | S.C.Temes | 0.60 | $264.60 | Revised insurance carrier non-dislcosure agreement and protective order for submission. |
| | S.C.Temes | 0.80 | $352.80 | Corresponded with E-Discovery team regarding production of publicly available documentation to insurance carriers. |
| | B.M.Sheehan | 0.20 | $75.60 | Consulted with Attorney Temes regarding discovery issues. |
| | B.M.Sheehan | 0.20 | $75.60 | Conferred with e-discovery group regarding discovery. |
| 11/03/23 | A.L.Labarge | 0.50 | $121.50 | Prepared Vol005 draft production for Attorney Sheehan. |
| | S.C.Temes | 1.20 | $529.20 | Reviewed production to insurers. |
| | B.M.Sheehan | 0.20 | $75.60 | Consulted with Attorneys Sullivan and Temes regarding discovery issues. |
| | B.M.Sheehan | 0.30 | $113.40 | Reviewed draft production. |
| | K.K.Riordan | 0.50 | $121.50 | Finalized DOO_CVA00016959-DOO_CVA00019502 production of documents for Attorney Sheehan. |
| 11/05/23 | S.C.Temes | 0.60 | $264.60 | Reviewed and researched status of prior Committee document requests. |
| 11/06/23 | S.C.Temes | 0.50 | $220.50 | Addressed insurer document production status and confidentiality agreement execution. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/07/23 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding protective order approving form of confidentiality agreement with insurance carriers. |
| | S.A.Donato | 0.30 | $157.95 | Reviewed insurance carrier motion for 2004 examination concerning document demands. |
| 11/10/23 | S.C.Temes | 1.30 | $573.30 | Drafted response to Committee document request. |
| 11/15/23 | J.L.McIlroy | 0.10 | $24.30 | Prepared data in eDiscovery platform for Attorney Temes (General). |
| | S.C.Temes | 0.90 | $396.90 | Reviewed additional financial documents for production. |
| 11/16/23 | S.C.Temes | 2.10 | $926.10 | Reviewed financial documents for Committee production. |
| | J.L.McIlroy | 0.10 | $24.30 | Prepared data in eDiscovery platform for Attorney Temes (General). |
| 11/17/23 | S.C.Temes | 2.20 | $970.20 | Reviewed additional documents for production to Committee. |
| 11/20/23 | C.J.Sullivan | 1.80 | $907.20 | Worked on insurance carrier discovery responses. |
| 11/21/23 | J.L.McIlroy | 0.50 | $121.50 | Prepared Vol004 DOO_General00012049-DOO_General00012839 production draft from eDiscovery platform for Attorney Temes (General). |
| | J.L.McIlroy | 0.50 | $121.50 | Finalized Vol004 DOO_General00012049-DOO_General00012839 production for Attorney Temes (General). |
| | C.J.Sullivan | 1.50 | $756.00 | Worked on insurance carrier production requests. |
| | C.J.Sullivan | 1.20 | $604.80 | Participated in telephone conference with insurance carrier counsel regarding document production requests. |
| | B.M.Sheehan | 0.90 | $340.20 | Attended teleconference with insurance counsel regarding discovery issues. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/21/23 | S.C.Temes | 1.50 | $661.50 | Reviewed additional documents for Committee production. |
|  | S.C.Temes | 0.90 | $396.90 | Participated in call with insurer regarding document demands. |
| 11/22/23 | S.A.Donato | 0.20 | $105.30 | Consulted with Attorney Sullivan regarding Committee discovery updates. |
| 11/27/23 | S.C.Temes | 2.20 | $970.20 | Conducted further review of financial documents for production. |
| 11/30/23 | C.J.Sullivan | 1.50 | $756.00 | Reviewed various discovery matters. |

Subtotal:  Hours:  31.20  
Amount:  $13,433.85

**Total Hours and Fees For This Matter:**     122.70     $46,154.70

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

January 31, 2024  
Bill Number: 20000896

Diocese of Ogdensburg

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---:|---:|---:|
| S. A. Donato (Member) | 12.60 | $526.50 | $6,633.90 |
| S. A. Sharkey (Member) | 3.10 | 418.50 | 1,297.35 |
| B. M. Sheehan (Member) | 1.80 | 378.00 | 680.40 |
| C. J. Sullivan (Member) | 29.80 | 504.00 | 15,019.20 |
| S. C. Temes (Member) | 21.30 | 441.00 | 9,393.30 |
| G. T. Walter (Member) | 4.40 | 445.50 | 1,960.20 |
| J. D. Eaton (Senior Counsel) | 4.90 | 346.50 | 1,697.85 |
| J. S. Krell (Of Counsel) | 0.30 | 396.00 | 118.80 |
| A. M. Christian (Associate) | 0.50 | 202.50 | 101.25 |
| A. S. Rivera  (Associate) | 9.50 | 283.50 | 2,693.25 |
| K. M. Doner (Paralegal) | 23.10 | 180.00 | 4,158.00 |
| C. C. Ingerson (Other) | 8.20 | 198.00 | 1,623.60 |
| A. L. Labarge (Other) | 0.50 | 243.00 | 121.50 |
| J. L. McIlroy (Other) | 1.40 | 243.00 | 340.20 |
| K. K. Riordan (Other) | 1.30 | 243.00 | 315.90 |
| **Total** | 122.70 | | $46,154.70 |

**Matter Disbursement Summary**

| | |
|---|---:|
| Color Copy Charges | $29.40 |
| Copy Charges | 178.40 |
| Data Hosting & Storage | 180.00 |
| Westlaw | 300.00 |
| **Total Disbursements** | **$687.80** |

| | |
|---|---:|
| **TOTAL FOR THIS MATTER** | **$46,842.50** |

Accounts Are Due Within 30 Days.