UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                     Debtor.

Case No.  23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period December 1, 2023 Through December 31, 2023*, a copy of which is attached hereto and hereby served upon you.

Dated:  February 5, 2024

BLANK ROME LLP

By:    _____/s/  James R. Murray_____
James R. Murray, Esq.
1825 Eye Street NW
Washington, D.C. 20006
Telephone:  (202) 420-3409
Email:  jmurray@blankrome.com

*Special Counsel for The Roman Catholic Diocese of Ogdensburg, New York*

17226130.1 2/5/2024

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                                    Debtor.

Case No.  23-60507

Chapter 11

### MONTHLY FEE STATEMENT OF BLANK ROME LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
### OF EXPENSES AS SPECIAL COUNSEL TO THE ROMAN CATHOLIC
### DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
### DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023

| | |
|---|---|
| Name of Applicant: | Blank Rome LLP |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 111] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | December 1, 2023 through December 31, 2023 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $21,393.68 ($17,114.94) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a:  _X_ monthly ____ quarterly ____ final application.

This is Blank Rome LLP's first monthly fee statement in this case.

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ▮▮▮▮▮

ROMAN CATHOLIC DIOCESE OF OGDENSBURG
ATTN: BISHOP TERRY R. LAVALLEY
622 WASHINGTON STREET, PO BOX 369
OGDENSBURG
NEW YORK, NY 13669

| | |
|---|---|
| INVOICE DATE: | JANUARY 16, 2024 |
| CLIENT ID: | 157456 |
| MATTER NUMBER: | 157456-00601 03348 |
| INVOICE NUMBER: | 2168239 |

**REGARDING:    ROMAN CATHOLIC DIOCESE OF OGDENSBURG**
**INSURANCE ADVICE**

| | |
|---|---|
| FOR LEGAL SERVICES RENDERED THROUGH 11/30/23 | $27,784.00 |
| LESS 23% ACCOMMODATION | ($6,390.32) |
| NET SERVICES | $21,393.68 |
| **CURRENT INVOICE TOTAL** | **$21,393.68** |

REMITTANCE

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▮▮▮▮▮ | 130 North 18th St |
| ABA Number: | ▮▮▮▮▮ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code: | ▮▮▮▮▮ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA    NEW YORK    NEW JERSEY    DELAWARE    WASHINGTON, DC    FLORIDA    CALIFORNIA    OHIO    TEXAS    ILLINOIS    SHANGHAI

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ████████

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF OGDENSBURG | INVOICE DATE:    JANUARY 16, 2024 |
| ATTN: BISHOP TERRY R. LAVALLEY | CLIENT ID:    157456 |
| 622 WASHINGTON STREET, PO BOX 369 | MATTER NUMBER:    157456-00601 |
| OGDENSBURG | INVOICE NUMBER:    2168239 |
| NEW YORK, NY 13669 | PAGE 1 |

REGARDING:    ROMAN CATHOLIC DIOCESE OF OGDENSBURG
INSURANCE ADVICE

**FOR LEGAL SERVICES RENDERED THROUGH NOVEMBER 30, 2023**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/10/23 | TELECONFERENCE WITH C. SULLIVAN REGARDING CARRIERS | J. MURRAY | 0.30 | 328.50 |
| 08/10/23 | REVIEW COVERAGE ANALYSIS FOR CALL WITH CARR | J. MURRAY | 0.90 | 985.50 |
| 08/10/23 | PARTICIPATE IN VIDEO CONFERENCE WITH INSURERS | J. CARTER | 0.70 | 567.00 |
| 08/10/23 | PREPARE SUMMARY OF CONFERENCE WITH INSURERS | J. CARTER | 0.60 | 486.00 |
| 08/10/23 | PREPARE FOR VIDEO CONFERENCE WITH INSURERS | J. CARTER | 0.60 | 486.00 |
| 08/17/23 | COORDINATE WITH D. KHANI RE INSURER REQUESTS | R. MICHAELSON | 0.10 | 62.50 |
| 08/17/23 | REVIEW EMAILS FROM CARRIERS REGARDING STIPULATION | J. MURRAY | 0.10 | 109.50 |
| 08/17/23 | COMMUNICATE WITH R. MICHAELSON AND J. CARTER REGARDING ASSISTANCE WITH MATTER AND REVIEW AND ANALYZE EMAIL FROM R. MICHAELSON REGARDING COVERAGE CHART IN FURTHERANCE OF THE SAME | D. KHANI | 0.20 | 121.00 |
| 08/18/23 | REVIEW AND REVISE DRAFT NOTICE OF CLAIMS TO RIVERSTONE | J. CARTER | 0.20 | 162.00 |
| 08/22/23 | FOLLOW UP RE SERVICE | R. MICHAELSON | 0.10 | 62.50 |
| 08/22/23 | REVIEW EMAIL FROM R. MICHAELSON REQUESTING REVIEW OF INSURANCE POLICIES ISSUED BY LONDON MARKET INSURERS | D. KHANI | 0.10 | 60.50 |
| 08/22/23 | REVIEW AND ANALYZE COVERAGE CHART | D. KHANI | 0.40 | 242.00 |
| 08/22/23 | REVIEW, ANALYZE, COMPILE LIST OF POLICIES | D. KHANI | 0.40 | 242.00 |
| 08/22/23 | REVIEW AND ANALYZE POLICIES AND COMPOSE LIST OF SUBSCRIBING | D. KHANI | 3.50 | 2,117.50 |

**ROMAN CATHOLIC DIOCESE OF OGDENSBURG**
**FILE NUMBER: 157456-00601**

PAGE 2
INVOICE # 2168239
JANUARY 16, 2024

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|------|-------------|------------|-------|--------|
| | SYNDICATES AND PERCENTAGES | | | |
| 08/22/23 | DRAFT QUESTIONS AND COMMENTS TO R. MICHAELSON REGARDING ANALYSIS FOR REVIEW | D. KHANI | 0.80 | 484.00 |
| 08/23/23 | REVIEW/ANALYZE POLICIES IN CONNECTION WITH INSURER REQUESTS | R. MICHAELSON | 4.10 | 2,562.50 |
| 08/23/23 | REVIEW REQUESTS FROM CHUBB COUNSEL AND FOLLOW UP | J. MURRAY | 0.30 | 328.50 |
| 08/23/23 | EMAIL TO C. SULLIVAN REGARDING EMAIL FROM INSURER | J. CARTER | 0.40 | 324.00 |
| 08/24/23 | COORDINATE WITH K. ROGERS RE INFORMATION MANAGEMENT, NEXT STEPS | R. MICHAELSON | 0.10 | 62.50 |
| 09/01/23 | REVIEW EMAIL FROM D. KHANI REGARDING CLASS ACTION SETTLEMENT | J. CARTER | 1.10 | 891.00 |
| 09/01/23 | REVIEW AND REPLY TO RESPONSE EMAIL TO J. CARTER REGARDING ANALYSIS REGARDING CLASS ACTION SETTLEMENT NOTICE AND REVIEW AND ANALYZE LLOYD'S INSURANCE POLICIES ISSUED TO DIOCESE OF OGDENSBURG IN FURTHERANCE OF THE SAME | D. KHANI | 0.70 | 423.50 |
| 09/01/23 | REVIEW AND ANALYZE CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON CLASS ACTION SETTLEMENT NOTICE AND EMAIL FROM G. WALTER AND FR. K. O' BRIEN REGARDING THE SAME | D. KHANI | 0.90 | 544.50 |
| 09/01/23 | REVIEW AND ANALYZE LLOYD'S POLICIES ISSUED TO DIOCESE OF OGDENSBURG | D. KHANI | 0.40 | 242.00 |
| 09/01/23 | COMPOSE EMAIL TO J. CARTER REGARDING ANALYSIS OF SETTLEMENT NOTICE AND AFFECT OF PARTICIPATION IN SETTLEMENT ON RIGHTS TO COLLECT INSURANCE | D. KHANI | 0.80 | 484.00 |
| 09/07/23 | EMAIL TO D. KHANI REGARDING EMAIL FROM MENDES RELATING SUBSCRIBER TO LONDON POLICY IN CONNECTION WITH SERVICE OF ADVERSARY ACTION AND REVIEW EMAIL FROM MENDES | J. CARTER | 0.10 | 81.00 |
| 09/07/23 | REVIEW EMAIL FROM J. CARTER REGARDING EMAIL STRING FROM O. WOJCICKY AT MENDES AND MOUNT REGARDING PROPER FULL NAME FOR TOKIO MARINE, A SYNDICATE SUBSCRIBING TO LONDON MARKET POLICIES, AND REPLY TO THE SAME | D. KHANI | 0.10 | 60.50 |
| 09/07/23 | COMPOSE MEMORANDUM ADDRESSING COVERAGE ISSUES UNDER FAT BRANDS INSURANCE POLICY TOWER AND REVIEW AND ANALYZE INSURER CORRESPONDENCE, CASE LAW, AND POLICIES IN FURTHERANCE OF THE SAME | D. KHANI | 2.10 | 1,270.50 |

**ROMAN CATHOLIC DIOCESE OF OGDENSBURG**
**FILE NUMBER: 157456-00601**

**PAGE 3**
**INVOICE # 2168239**
**JANUARY 16, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/08/23 | REVIEW CORRESPONDENCE RE FILINGS, INSURER CORPORATE INFORMATION | R. MICHAELSON | 0.20 | 125.00 |
| 09/08/23 | REVIEW AND REPLY FROM J. CARTER REGARDING NAMED TOKIO UK ENTITY SUBSCRIBING TO LMI POLICY IN RESPONSE TO INSURER REQUEST AND REVIEW AND ANALYZE LMI POLICIES IN FURTHERANCE OF THE SAME | D. KHANI | 0.70 | 423.50 |
| 09/11/23 | PREPARE EMAIL TO GRANITE STATE COUNSEL REQUESTING INSURANCE DOCUMENTATION | J. CARTER | 0.20 | 162.00 |
| 09/11/23 | REVIEW AND COMMENT ON DRAFT RESPONSE TO CX RE REQUEST FOR DISMISSAL BASED ON INSOLVENCY | J. CARTER | 0.10 | 81.00 |
| 09/11/23 | EMAILS WITH K. ROGERS COORDINATING REGARDING LIST OF COUNSEL APPEARING TO REPRESENT INSURERS IN ADVERSARY PROCEEDING | J. CARTER | 0.10 | 81.00 |
| 09/11/23 | EMAIL TO MENDES LAW FIRM RESPONDING TO QUESTIONS ABOUT NAME OF SUBSCRIBER TO LONDON MARKET INSURANCE POLICIES | J. CARTER | 0.30 | 243.00 |
| 09/11/23 | REVIEW/DRAFT RESPONSES TO INSURER CORRESPONDENCE | R. MICHAELSON | 0.70 | 437.50 |
| 09/11/23 | UPDATE ATTORNEY CONTACT LIST WITH RECENTLY ADDED ATTORNEYS TO THE MATTER | K. ROGERS | 1.10 | 357.50 |
| 09/11/23 | REVIEW AND ANALYZE EMAIL FROM J. CARTER TO O. WOJCICKYJ REGARDING SUBSCRIBER TO LLOYD'S OF LONDON POLICIES ISSUED TO DIOCESE | D. KHANI | 0.20 | 121.00 |
| 09/12/23 | REVIEW/DRAFT RESPONSES TO INSURER CORRESPONDENCE | R. MICHAELSON | 0.70 | 437.50 |
| 09/12/23 | REVISE DRAFT EMAIL TO CX RE REGARDING REQUEST FOR DISMISSAL | J. CARTER | 0.40 | 324.00 |
| 09/13/23 | EMAIL IN RESPONSE TO C. SULLIVAN REGARDING CX RE | J. CARTER | 0.20 | 162.00 |
| 09/13/23 | FOLLOW UP RE INSURER CORRESPONDENCE, SERVICE | R. MICHAELSON | 0.60 | 375.00 |
| 09/14/23 | CALL WITH B. SHEEHAN RE SERVICE | R. MICHAELSON | 0.10 | 62.50 |
| 09/14/23 | CALL WITH J. CARTER RE SERVICE | R. MICHAELSON | 0.10 | 62.50 |
| 09/14/23 | REVISE ANALYSIS OF SETTLEMENT NOTICE RELATING TO SETTLEMENT AGAINST LLOYD'S IN CASE PENDING IN NEW JERSEY | J. CARTER | 1.20 | 972.00 |
| 09/14/23 | REVIEW AND ANALYZE EMAIL FROM J. CARTER TO W. GRAYSON REGARDING REVIEW OF CLASS ACTION SETTLEMENT NOTICE AGAINST LLOYD'S OF LONDON | D. KHANI | 0.20 | 121.00 |

**ROMAN CATHOLIC DIOCESE OF OGDENSBURG**
**FILE NUMBER: 157456-00601**

**PAGE 4**
**INVOICE # 2168239**
**JANUARY 16, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|------|-------------|------------|-------|--------|
| | SYNDICATES | | | |
| 09/19/23 | REVIEW EMAIL FROM O. WOJCICKYJ REGARDING CONTACT INFORMATION FOR ADMINISTRATOR FOR TOKIO MARINE & FIRE INS. CO. UK | D. KHANI | 0.10 | 60.50 |
| 09/20/23 | REVIEW AND ANALYZE EMAIL STRING FROM J. CARTER AND J. EATON REGARDING LMI SERVICE ISSUES AND COMMUNICATE WITH J. CARTER REGARDING CALL TO DISCUSS SAME | D. KHANI | 0.10 | 60.50 |
| 09/21/23 | TELEPHONE CONFERENCE WITH DEBTOR'S BANKRUPTCY COUNSEL REGARDING SERVICE ISSUES | J. CARTER | 0.30 | 243.00 |
| 09/21/23 | PREPARE FOR TELEPHONE CONFERENCE WITH DEBTOR'S BANKRUPTCY COUNSEL REGARDING ISSUES RELATING TO SERVICE OF INSURERS WITH ADVERSARY PROCEEDING BY REVIEWING PRIOR CORRESPONDENCE RELATING TO SERVICE EFFORTS | J. CARTER | 1.10 | 891.00 |
| 09/21/23 | PREPARE FOR AND ATTEND CALL WITH J. CARTER, J. EATON, AND OTHERS REGARDING SERVICE ISSUES FOR LMI INSURERS | D. KHANI | 0.40 | 242.00 |
| 09/21/23 | REVIEW EMAIL FROM J. CARTER TO O. WOJCICKYJ REGARDING REQUEST FOR LIST OF LONDON MARKET INSURERS AND SYNDICATES IDENTIFIED BY MENDES | D. KHANI | 0.10 | 60.50 |
| 09/27/23 | REVIEW LETTER FROM CHUBB COUNSEL REQUESTING DOCUMENTS AND EMAILS WITH J. MURRAY REGARDING SAME | J. CARTER | 0.20 | 162.00 |
| 09/29/23 | REVIEW AND ANALYZE EMAIL FROM J. CARTER REGARDING EMAIL STRING FROM O. WOJCICKYJ AT MENDES AND MOUNT REGARDING STATUS OF SERVICE OF COMPLAINT ON LONDON MARKET INSURERS AND REQUEST FOR CHART REGARDING SERVICE AND SOLVENCY STATUS AND COMMUNICATE WITH J. CARTER AND J. HOFFMAN REGARDING SAME | D. KHANI | 0.30 | 181.50 |
| 09/29/23 | REVIEW/EDIT DRAFT CHART OF SOLVENCY STATUS AND SERVICE OF COMPLAINT ON LONDON MARKET INSURERS | D. KHANI | 0.80 | 484.00 |
| 10/02/23 | EMAIL TO DEBTOR BANKRUPTCY COUNSEL REGARDING INSURANCE COVERAGE IN PREPARATION FOR HEARING | J. CARTER | 0.20 | 162.00 |
| 10/16/23 | REVIEW BAR DATE ISSUE AND RELATED MOTIONS, PREPARE FOR CARRIER COMMUNICATION | J. MURRAY | 0.90 | 985.50 |
| 10/25/23 | TELEPHONE CONFERENCE WITH DEBTOR'S BANKRUPTCY COUNSEL REGARDING | J. CARTER | 0.30 | 243.00 |

**ROMAN CATHOLIC DIOCESE OF OGDENSBURG**
**FILE NUMBER: 157456-00601**

**PAGE 5**
**INVOICE # 2168239**
**JANUARY 16, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|------|-------------|------------|-------|--------|
| | MEDIATOR CANDIDATES AND OTHER ISSUES | | | |
| 10/30/23 | TELEPHONE CONFERENCE WITH C. SUGAYAN (LMI) REGARDING PROTECTIVE ORDER | J. MURRAY | 0.30 | 328.50 |
| 10/30/23 | REVIEW MEDIATOR CANDIDATES | J. MURRAY | 0.90 | 985.50 |
| 11/13/23 | REVIEW LETTER FROM INSURER REQUESTING SECONDARY POLICY INFORMATION AND EMAIL TO C. SULLIVAN REGARDING SAME | J. CARTER | 0.70 | 567.00 |
| 11/18/23 | PREPARE EMAIL TO INSURER IN RESPONSE TO REQUEST FOR POLICY INFORMATION AND REVIEW POLICY INFORMATION IN CONNECTION WITH SAME AND REVIEW RESPONSE | J. CARTER | 0.60 | 486.00 |
| 11/18/23 | REVIEW QUESTIONS FROM C. SULLIVAN REGARDING REQUESTS AS THEY RELATE TO INSURANCE AND PREPARE RESPONSE TO SAME | J. CARTER | 0.50 | 405.00 |
| 11/21/23 | REVIEW MATRIX | R. MICHAELSON | 0.10 | 62.50 |
| 11/21/23 | PREPARE FOR CONFERENCE WITH DEBTOR BANKRUPTCY COUNSEL REGARDING INSURER REQUESTS FOR CLAIM INFORMATION BY REVIEWING PRIOR CORRESPONDENCE WITH CHUBB COUNSEL | J. CARTER | 0.50 | 405.00 |
| 11/21/23 | CONFERENCE WITH DEBTOR BANKRUPTCY COUNSEL REGARDING INSURER REQUEST FOR CLAIM INFORMATION | J. CARTER | 0.60 | 486.00 |
| 11/21/23 | REVIEW CLAIM MATRIX FOR INFORMATION REQUESTED BY DEBTOR BANKRUPTCY COUNSEL IN PREPARATION FOR CONFERENCE WITH INSURER REQUESTING CLAIMS INFORMATION AND PREPARE EMAIL TO DEBTOR BANKRUPTCY COUNSEL REGARDING SAME | J. CARTER | 0.90 | 729.00 |
| 11/21/23 | CONFERENCE WITH CHUBB COUNSEL REGARDING INFORMATION REQUESTS | J. CARTER | 0.60 | 486.00 |
| 11/21/23 | EMAIL TO J. MURRAY REGARDING CONFERENCE WITH CHUBB | J. CARTER | 0.50 | 405.00 |
| 11/30/23 | RESPOND TO EMAIL FROM BANKRUPTCY COUNSEL REGARDING ARROWOOD | J. CARTER | 0.40 | 324.00 |

| | | | |
|---|---|---|---|
| **TOTAL SERVICES** | | | **$27,784.00** |
| **LESS 23% ACCOMMODATION** | | | **($6,390.32)** |
| **NET SERVICES** | | | **$21,393.68** |

| | | |
|---|---|---|
| **CURRENT INVOICE TOTAL** | | **$21,393.68** |

**ROMAN CATHOLIC DIOCESE OF OGDENSBURG**
**FILE NUMBER: 157456-00601**

**PAGE 6**
**INVOICE # 2168239**
**JANUARY 16, 2024**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 810.00 | 13.60 | 11,016.00 |
| JAMES MURRAY | 1,095.00 | 3.70 | 4,051.50 |
| DOMINIQUE G. KHANI | 605.00 | 13.30 | 8,046.50 |
| ROBYN MICHAELSON | 625.00 | 6.90 | 4,312.50 |
| KEVIN ROGERS | 325.00 | 1.10 | 357.50 |
| **TOTALS** | | **38.60** | **$27,784.00** |