**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| The Roman Catholic Diocese of | ) Case No. |
| Ogdensburg, New York, | ) 23-60507 (PGR) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| COUNTY OF LOS ANGELES | ) |

I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

I hereby certify that on February 5, 2024, I electronically filed the following document with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A.

1.  ***COVER SHEET TO FIRST INTERIM FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR THE PERIOD AUGUST 17, 2023 THROUGH NOVEMBER 30, 2023***

2.  ***COVER SHEET TO FIRST INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 11, 2023 THROUGH NOVEMBER 30, 2023***

And, I hereby certify that on February 5, 2024, I have mailed by the United States Postal Service the document to the non CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 5th day of February, 2024 at Santa Clarita, California.

*/s/ Myra Kulick*
Myra Kulick

## EXHIBIT A

**23-60507-6-pgr Notice will be electronically mailed to:**

- *Jeffrey Robert Anderson    jeff@andersonadvocates.com,
  therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com*
- *Jesse Bair    jbair@burnsbair.com, kdempski@burnsbair.com*
- *Alexander Bein    abein@carltonfields.com*
- *Sheryl Betance    sheryl.betance@stretto.com*
- *Timothy W. Burns    tburns@burnsbair.com, kdempski@burnsbair.com*
- *Ashlyn Capote    acapote@goldbergsegalla.com, bfaulkner@goldbergsegalla.com*
- *Keith Caughlin    caughlin@schwerzmannwise.com*
- *Erin Champion    USTPRegion02.UT.ECF@usdoj.gov*
- *Gaetano Dandrea    cvgdteam@laffeybuccikent.com*
- *Jillian Grace Dennehy    jillian.dennehy@kennedyslaw.com*
- *Robert Wagner DiUbaldo    rdiubaldo@carltonfields.com*
- *Karen B. Dine    kdine@pszjlaw.com*
- *Stephen A. Donato    sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com*
- *Jeffrey A. Dove    jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
  1212@ecf.pacerpro.com*
- *Michael Finnegan    mike@andersonadvocates.com,
  therese@andersonadvocates.com;erin@andersonadvocates.com*
- *Adam P. Haberkorn    ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com*
- *Jeff D. Kahane    jkahane@duanemorris.com*
- *Amy Christine Keller    akeller@lglaw.com, sfischer@lglaw.com*
- *Cynthia S. LaFave    CLAFAVE@LWFLEGAL.COM, olena@lwflegal.com*
- *Marianne G. May    marianne.may@clydeco.us*
- *Stuart S. Mermelstein    smermelstein@hermanlaw.com*
- *Brett L Messinger    BLMessinger@duanemorris.com, emariney@duanemorris.com*
- *Andrew Mina    amina@duanemorris.com*
- *Siobhain P. Minarovich    minarovichs@whiteandwilliams.com*
- *Luis Orengo    lorengo@carltonfields.com, kathompson@carltonfields.com*
- *Jon Travis Powers    powerst@whiteandwilliams.com*
- *Bradley Puklin    bradley.puklin@clydeco.us*
- *Nathan W. Reinhardt    nreinhardt@duanemorris.com*
- *Andrew Scott Rivera    arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com*
- *Matthew Roberts    mroberts@phrd.com, elyttle@phrd.com*
- *Russell W. Roten    RWRoten@duanemorris.com*
- *Russell Webb Roten    rwroten@duanemorris.com*
- *Jordan Russell    jordan.russell@clydeco.us*
- *Deborah Kall Schaal    debbie@dksattorney.com*
- *Jonathan Schapp    jschapp@goldbergsegalla.com,
  kallen@goldbergsegalla.com;bfaulkner@goldbergsegalla.com*
- *Ilan D. Scharf    ischarf@pszjlaw.com*
- *Tancred V. Schiavoni    tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com*
- *Taylor Stippel    taylor@andersonadvocates.com,
  erin@andersonadvocates.com;therese@andersonadvocates.com;elin@andersonadvocates.com*
- *Catalina J. Sugayan    catalina.sugayan@clydeco.us, nancy.lima@clydeco.us*
- *Charles J. Sullivan    csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Sara C. Temes    stemes@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *U.S. Trustee    USTPRegion02.UT.ECF@usdoj.gov*
- *Nora Anne Valenza-Frost    nvalenza-frost@carltonfields.com*
- *Grayson T Walter    gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *Jennifer Wang    jwang@ccf-law.com, lalesci@ccf-law.com*
- *Matthew Michael Weiss    mweiss@phrd.com*
- *Harris Winsberg    hwinsberg@phrd.com*
- *Yongli Yang    yongli.yang@clydeco.us*

## **EXHIBIT B**

The Roman Catholic Diocese of Ogdensburg
Attn: Mark Mashaw
Diocesan Fiscal Officer
622 Washington Street
Ogdensburg, NY 13669