**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK,<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**CERTIFICATION OF THE COMMITTEE [LR 2016-1(d)]**
**REGARDING ALLOWANCE AND PAYMENT OF THE FEES**
**AND EXPENSES SET FORTH IN THE FIRST INTERIM FEE APPLICATION OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR**
**FOR THE PERIOD AUGUST 17, 2023 THROUGH NOVEMBER 30, 2023**

      I, Charles Nadeau, am the chairman of the Official Committee of Unsecured Creditors (the "**Committee**") in the chapter 11 case of *In re Diocese of Ogdensburg, New York* (the "**Debtor**"). I certify that I have reviewed the *First Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered And Reimbursement of Expenses Incurred As Counsel to The Official Committee of Unsecured Creditors of the Debtor for the Period August 17, 2023 Through November 30, 2023* (the "**Application**") [Doc. 352], and

Check one:

      _X__ I do not object to allowance of the Application and payment of fees and expenses in full as the services rendered and fees charged appear reasonable:

or

      ___I object to the Application and to payment of the fees and expenses in full in the amounts and for the reasons set forth below:

Dated: February 5, 2024    */s/ Charles Nadeau*
Charles Nadeau
Chairman
Official Committee of Unsecured Creditors

4861-7911-7731.1 18493.002