UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York

Debtor.

Case No.: 23-60507 (PGR)

Chapter 11

**CERTIFICATION OF THE COMMITTEE REGARDING THE ALLOWANCE AND PAYMENT OF THE FEES AND EXPENSES SET FORTH IN THE FIRST INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 11, 2023 THROUGH NOVEMBER 30, 2023**

I, Charles Nadeau, am the chairman of the Official Committee of Unsecured Creditors (the "Committee") in the chapter 11 case of *In re Diocese of Ogdensburg, New York* (the "Debtor"). I certify that I have reviewed the *First Interim Application of Berkeley Research Group, LLC for Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors from the Period from September 11, 2023 through November 30, 2023*, filed by Berkeley Research Group, LLC, and

Check one:

☒ I do not object to allowance of the application and payment of fees and expenses in full as the services rendered and fees charged appear reasonable; or

☐ I object to the application and to payment of the fees and expenses in full in the amounts and for the reasons set forth below:

Date: February 5, 2024

/s/ *Charles Nadeau*
Charles Nadeau
Chairman
Official Committee of Unsecured Creditors