So Ordered.

Signed this 7 day of February, 2024.



_____

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese | ) | |
| of Ogdensburg, New York, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**SECOND ORDER EXTENDING EXCLUSIVE
PERIODS PURSUANT TO 11 U.S.C. § 1121(d)**

Upon the second motion of The Roman Catholic Diocese of Ogdensburg, New York (the

"Diocese") for the entry of an order pursuant to section 1121(d) of title 11 of the United States

Code (11 U.S.C. § 101 *et seq*., as amended, the "Bankruptcy Code") extending the Diocese's

exclusive periods within which to file and solicit acceptances of its chapter 11 plan from

February 12, 2024 and April 12, 2024, respectively, to June 11, 2024 and August 10, 2024,

respectively, and granting certain related relief (the "Motion");[1] and it appearing that the Court

has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

17027389.1

appearing that venue of this Chapter 11 Case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that, except as otherwise ordered herein, no other or further notice is necessary; notice of the Motion having been adequate and appropriate under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Diocese's estate, creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      All objections with regard to the relief sought in the Motion that have not been withdrawn, waived, settled, or otherwise dealt with as expressly provided herein, and all reservation of rights included in such objections, are overruled on the merits with prejudice.

3.      The Diocese's Exclusivity Period to file a chapter 11 plan is hereby extended through and including June 11, 2024.

4.      The Diocese's Solicitation Period to solicit acceptances of a chapter 11 plan is hereby extended through and including August 10, 2024.

5.      The entry of this Order shall be without prejudice to the Diocese's right to request further extensions of the Exclusivity Period and Solicitation Period or to seek other appropriate relief.

6.      The Diocese is authorized and empowered to take any and all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

17027389.1

7.    Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.    All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9.    This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

###

17027389.1