# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

**CHAMBERS OF THE**
Honorable Patrick G. Radel
**U.S. BANKRUPTCY JUDGE**

To:       Timothy W. Burns
From:     Chambers / Brenda Robie
Date:     February 14, 2024

Re:       The Roman Catholic Diocese of Ogdensburg, New York, Debtor
          Case No. 23-60507
          Motion to Appear Pro Hac Vice (Doc. 364).

The Court has received the motion.  Please perform the following action:

1. To comply with Local Bankruptcy Rule 2014-2(b)(1)(A), provide the following information in your DECLARATION IN SUPPORT OF EX PARTE MOTION TO ADMIT TIMOTHY W. BURNS AS COUNSEL PRO HAC VICE:

   a. place of residence (city and state are sufficient);

   b. indicate whether you have ever been convicted of a crime, either a felony or misdemeanor, and, if so, the facts and circumstances surrounding each case; and

   c. a declaration stating that you are familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of, and practice in, the United States Bankruptcy Courts; the Bankruptcy Code (Title 11 U.S.C.); the Federal Rules of Bankruptcy Procedure; the Local Rules of the Bankruptcy Court for the Northern District of New York; and the New York Rules of Professional Conduct.

      i. You must further affirm faithful adherence to these rules and responsibilities.

<u>Absent correction by February 29, 2024, the Court will deny the Motion to Appear Pro Hac Vice at Docket No. 364.</u>