UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Case No.: 23-60507
Chapter 11

Debtor.

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE
STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK
FOR THE PERIOD NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023.**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250] (the "Interim Compensation Order")[1], the undersigned hereby certifies that, as of the date hereof, Bond, Schoeneck & King, PLLC ("Bond") has received no Objections to the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period November 1, 2023 through November 30, 2023* [Docket No. 344] (the "November Monthly Fee Statement") filed on February 1, 2024.

Accordingly, pursuant to the Interim Compensation Order, The Roman Catholic Diocese of Ogdensburg, New York is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the November Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

17287158.1

Dated:  February 20, 2024                    BOND, SCHOENECK & KING, PLLC


By:_____*/s/  Charles J. Sullivan*_____
   Stephen A. Donato, Esq., Bar Roll No. 101522
   Charles J. Sullivan, Esq., Bar Roll No. 507717
   Grayson T. Walter, Esq., Bar Roll No. 518237
   One Lincoln Center
   Syracuse, NY 13202-1355
   Telephone: (315) 218-8000
   Emails:  sdonato@bsk.com
            csullivan@bsk.com
            gwalter@bsk.com

   *Attorneys for The Roman Catholic Diocese
   of Ogdensburg, New York*


17287158.1