**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| The Roman Catholic Diocese of | ) | Case No. |
| Ogdensburg, New York, | ) | 23-60507 (PGR) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| COUNTY OF LOS ANGELES | ) |

I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

I hereby certify that on February 27, 2024, I electronically filed the following documents with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A.

*OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION OF CERTAIN INSURERS FOR CLARIFICATION OF THE BAR DATE ORDER*

And, I hereby certify that on February 27, 2024, I have mailed by the United States Postal Service the documents to the non CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 27th day of February, 2024 at Santa Clarita, California.

*/s/ Myra Kulick*
Myra Kulick

2

# **EXHIBIT A**

**23-60507-6-pgr Notice will be electronically mailed to:**

- *Jeffrey Robert Anderson     jeff@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com*
- *Jesse Bair     jbair@burnsbair.com, kdempski@burnsbair.com*
- *Alexander Bein     abein@carltonfields.com*
- *Sheryl Betance     sheryl.betance@stretto.com*
- *Timothy W. Burns     tburns@burnsbair.com, kdempski@burnsbair.com;aturgeon@burnsbair.com*
- *Ashlyn Capote     acapote@goldbergsegalla.com, bfaulkner@goldbergsegalla.com*
- *Keith Caughlin     caughlin@schwerzmannwise.com*
- *Erin Champion     USTPRegion02.UT.ECF@usdoj.gov*
- *Gaetano Dandrea     cvgdteam@laffeybuccikent.com*
- *Jillian Grace Dennehy     jillian.dennehy@kennedyslaw.com*
- *Robert Wagner DiUbaldo     rdiubaldo@carltonfields.com*
- *Karen B. Dine     kdine@pszjlaw.com*
- *Stephen A. Donato     sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com*
- *Jeffrey A. Dove     jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Michael Finnegan     mike@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com*
- *Adam P. Haberkorn     ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com*
- *Jeff D. Kahane     jkahane@duanemorris.com*
- *Amy Christine Keller     akeller@lglaw.com, sfischer@lglaw.com*
- *Cynthia S. LaFave     CLAFAVE@LWFLEGAL.COM, olena@lwflegal.com*
- *Elin Lindstrom     elin@andersonadvocates.com*
- *Marianne G. May     marianne.may@clydeco.us*
- *Stuart S. Mermelstein     smermelstein@hermanlaw.com*
- *Brett L Messinger     BLMessinger@duanemorris.com, emariney@duanemorris.com*
- *Andrew Mina     amina@duanemorris.com*
- *Siobhain P. Minarovich     minarovichs@whiteandwilliams.com*
- *Luis Orengo     lorengo@carltonfields.com, kathompson@carltonfields.com*
- *Jon Travis Powers     powerst@whiteandwilliams.com*
- *Bradley Puklin     bradley.puklin@clydeco.us*
- *Nathan W. Reinhardt     nreinhardt@duanemorris.com*
- *Andrew Scott Rivera     arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com*
- *Matthew Roberts     mroberts@phrd.com, elyttle@phrd.com*
- *Russell W. Roten     RWRoten@duanemorris.com*
- *Russell Webb Roten     rwroten@duanemorris.com*
- *Jordan Russell     jordan.russell@clydeco.us*
- *Deborah Kall Schaal     debbie@dksattorney.com*
- *Jonathan Schapp     jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;bfaulkner@goldbergsegalla.com*
- *Ilan D. Scharf     ischarf@pszjlaw.com*
- *Tancred V. Schiavoni     tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com*
- *Taylor Stippel     taylor@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com;elin@andersonadvocates.com*
- *Catalina J. Sugayan     catalina.sugayan@clydeco.us, nancy.lima@clydeco.us*
- *Charles J. Sullivan     csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*
- *Sara C. Temes     stemes@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *U.S. Trustee     USTPRegion02.UT.ECF@usdoj.gov*

3

- *Nora Anne Valenza-Frost     nvalenza-frost@carltonfields.com*
- *Grayson T Walter     gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *Jennifer Wang     jwang@ccf-law.com, lalesci@ccf-law.com*
- *Matthew Michael Weiss     mweiss@phrd.com*
- *Harris Winsberg     hwinsberg@phrd.com*
- *Yongli Yang     yongli.yang@clydeco.us*

4

## **EXHIBIT B**

Barclay Damon LLP
Attn: Jeffrey A. Dove, Esq.
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202

Blank Rome LLP
Attn: James R. Murray, Esq.
1825 Eye Street NW
Washington, DC 20006

Costello, Cooney & Fearon, PLLC
211 West Jefferson Street
Syracuse, New York, 13202

Jeff Darryl Kahane
Duane Morris LLP
865 South Figueroa Street, Ste. 3100
Los Angeles, CA 90017

Marianne May
Clyde & Co US LLP
340 Mt. Kemble Avenue, Suite 300
Morristown, NJ 07960

Luis Orengo
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

Pinto, Mucenski, Hooper, Van House & Co.
42 Market Street
Potsdam, NY 13676

Schwerzmann & Wise, P.C.
220 Sterling Street
Watertown, NY 13601

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

DOCS_LA:351477.2 18493/002