**BOND SCHOENECK & KING**

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

BRENDAN M. SHEEHAN, ESQ.
bsheehan@bsk.com
P: 315.218.8276
F: 315.218.8916

March 8, 2024

**FILED**

MAR - 8 2024

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

<u>VIA ELECTRONIC FILING</u>

Hon. Patrick G. Radel
United States Bankruptcy Judge
Northern District of New York
Alexander Pirnie Federal Building & U.S. Courthouse
10 Broad St.
Utica, New York 13501

Re:   *In re: The Roman Catholic Diocese of Ogdensburg, New York (Ch. 11) – Case No. 23-60507 (PGR)*

Your Honor,

I write on behalf of the Roman Catholic Diocese of Ogdensburg, New York (the "Diocese") regarding the Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 (the "Rule 2004 Motion") filed by Century Indemnity Company ("Century"), Interstate Fire & Casualty Company ("Interstate") and London Market Insurers ("LMI") (collectively, the "Moving Insurers") [Dkt. No. 138]. During the hearing on March 5, 2024, Your Honor indicated that, absent agreement by the parties, Your Honor intended to issue an order on the Rule 2004 Motion by noon today. The parties are continuing to discuss the potential of an agreed-upon resolution of the Rule 2004 Motion and, as such, the parties respectfully request that Your Honor afford the parties a brief extension of time – until 3:00 p.m. today – to continue those discussions.

Thank you for your consideration.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Brendan Sheehan*

Brendan M. Sheehan
BMS/slp

So Ordered,
Signed this 8th day of March, 2024.

*Patrick G. Radel*

Patrick G. Radel
**United States Bankruptcy Judge**

17460562.1 3/8/2024

Attorneys At Law | A Professional Limited Liability Company