UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.: 23-60507
Chapter 11

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF BLANK ROME, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD DECEMBER 1, 2023 THROUGH DECEMBER 31, 2023.**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 350] (the "Interim Compensation Order")[1], the undersigned hereby certifies that, as of the date hereof, Blank Rome, LLP ("Blank Rome") has received no Objections to the *Monthly Fee Statement of Blank Rome, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period December 1, 2023 through December 31, 2023* [Docket No. 354] (the "December Monthly Fee Statement") filed on February 5, 2024.

Accordingly, pursuant to the Interim Compensation Order, The Roman Catholic Diocese of Ogdensburg, New York is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the December Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

17436835.1

Dated: March 8, 2024               BLANK ROME, LLP

                                    By: */s/ James R. Murray*
                                          James R. Murray, Esq.
                                          1825 Eye Street NW
                                          Washington, D.C. 20006
                                          Telephone: (202) 420-3409
                                          Email: jmurray@blankrome.com

                                          *Special Counsel for the Roman Catholic*
                                          *Diocese of Ogdensburg, New York*

17436835.1