**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

Debtor.

Chapter 11

Case No. 23-60507 (PGR)

**NOTICE OF FILING OF SIXTH MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
<u>FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024</u>**

PLEASE TAKE NOTICE that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Fifth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period February 1, 2024 Through February 29, 2024, a copy of which is attached hereto and is hereby served upon you.

DE:4879-9525-7517.1 18493.002

| | |
|---|---|
| Dated: New York, New York<br>March 14, 2024 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted *pro hac vice*)<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>Email: ischarf@pszjlaw.com<br>Email: kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**SIXTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 2/1/24-2/29/24 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 92,550.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 776.00 |

This is a monthly fee statement. It is the sixth monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

| | |
|---|---|
| Dated: New York, New York<br>March 14, 2024 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted *pro hac vice*)<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>Email: ischarf@pszjlaw.com<br>Email: kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

February 29, 2024
Invoice   137955
Client     18493.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2024

| | |
|---|---:|
| FEES | $92,550.00 |
| EXPENSES | $776.00 |
| **TOTAL CURRENT CHARGES** | **$93,326.00** |
| **BALANCE FORWARD** | **$266,893.92** |
| **LAST PAYMENT** | **-$83,541.10** |
| **TOTAL BALANCE DUE** | **$276,678.82** |

Pachulski Stang Ziehl & Jones LLP   Page:  2
Diocese of Ogdensburg O.C.C.   Invoice 137955
Client 18493.00002   February 29, 2024

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 23.50 | $18,800.00 |
| JSP | Pomerantz, Jason S. | Partner | 800.00 | 20.80 | $16,640.00 |
| BMM | Michael, Brittany Mitchell | Counsel | 800.00 | 17.80 | $14,240.00 |
| EG | Gray, Erin | Counsel | 800.00 | 9.90 | $7,920.00 |
| JMD | Dine, Jeffrey M. | Counsel | 800.00 | 1.90 | $1,520.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 18.50 | $14,800.00 |
| WLR | Ramseyer, William L. | Counsel | 800.00 | 1.80 | $1,440.00 |
| KLL | LaBrada, Kerri L. | Paralegal | 300.00 | 1.60 | $480.00 |
| LAF | Forrester, Leslie A. | Library | 300.00 | 14.90 | $4,470.00 |
| DHH | Hinojosa, Diane H. | Secretary | 300.00 | 40.80 | $12,240.00 |
| | | | | 151.50 | $92,550.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 3
Diocese of Ogdensburg O.C.C.  Invoice 137955
Client 18493.00002  February 29, 2024

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis and Recovery | 37.50 | $30,000.00 |
| BL | Bankruptcy Litigation | 5.80 | $3,840.00 |
| CA | Case Administration | 4.10 | $3,280.00 |
| CO | Claims Administration and Objections | 86.00 | $40,950.00 |
| CP | PSZJ Compensation | 5.00 | $4,000.00 |
| GC | General Creditors' Committee | 4.30 | $3,440.00 |
| HE | Hearings | 1.00 | $800.00 |
| IC | Insurance Coverage | 6.20 | $4,960.00 |
| ME | Mediation | 1.60 | $1,280.00 |
|  |  | 151.50 | $92,550.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:    4
Diocese of Ogdensburg O.C.C.                                               Invoice 137955
Client 18493.00002                                                         February 29, 2024

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Litigation Support Vendors | $682.00 |
| Pacer - Court Research | $12.00 |
| Postage | $23.90 |
| Copy Expense | $58.10 |
| | $776.00 |

| Pachulski Stang Ziehl & Jones LLP | Page: 5 |
|---|---|
| Diocese of Ogdensburg O.C.C. | Invoice 137955 |
| Client 18493.00002 | February 29, 2024 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 02/01/2024 | JSP | AA | Confer with K. Dine regarding discovery | 0.10 | 800.00 | $80.00 |
| 02/01/2024 | JSP | AA | Review correspondence regarding discovery | 0.60 | 800.00 | $480.00 |
| 02/01/2024 | JSP | AA | Correspondence to Debtor's counsel regarding discovery | 0.20 | 800.00 | $160.00 |
| 02/01/2024 | KBD | AA | Telephone call with J. Pomerantz regarding outstanding discovery. | 0.10 | 800.00 | $80.00 |
| 02/01/2024 | KBD | AA | Analyze correspondence regarding discovery among PSZJ and BSK. | 0.10 | 800.00 | $80.00 |
| 02/02/2024 | JSP | AA | Review correspondence from Debtor's counsel and BRG regarding discovery | 0.40 | 800.00 | $320.00 |
| 02/07/2024 | JSP | AA | Review correspondence in connection with discovery issues | 0.90 | 800.00 | $720.00 |
| 02/07/2024 | JSP | AA | Call with M. Babcock regarding discovery | 0.90 | 800.00 | $720.00 |
| 02/08/2024 | JSP | AA | Review discovery documents from M. Babcock and others | 1.70 | 800.00 | $1,360.00 |
| 02/12/2024 | JSP | AA | Review discovery correspondence | 0.80 | 800.00 | $640.00 |
| 02/13/2024 | JSP | AA | Analysis regarding discovery issues, including response to lack of production by Debtor | 0.90 | 800.00 | $720.00 |
| 02/13/2024 | KBD | AA | Telephone call with J. Pomerantz regarding discovery. | 0.10 | 800.00 | $80.00 |
| 02/14/2024 | JSP | AA | Review discovery correspondence for use in connection with 2004 motion | 1.60 | 800.00 | $1,280.00 |
| 02/14/2024 | JSP | AA | Calls - I. Sharf/K. Dine regarding discovery | 0.20 | 800.00 | $160.00 |
| 02/14/2024 | KBD | AA | Telephone call with J. Pomerantz and I. Scharf (partial) regarding discovery. | 0.20 | 800.00 | $160.00 |
| 02/15/2024 | JSP | AA | Begin analyzing discovery responses - Debtor | 1.80 | 800.00 | $1,440.00 |
| 02/15/2024 | KBD | AA | Analyze Diocese response to discovery requests. | 0.20 | 800.00 | $160.00 |
| 02/15/2024 | KBD | AA | Telephone call with I. Scharf and J. Pomerantz regarding discovery. | 0.20 | 800.00 | $160.00 |
| 02/15/2024 | KBD | AA | Telephone call with J. Pomerantz regarding discovery. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002

Page: 6  
Invoice 137955  
February 29, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/15/2024 | KBD | AA | Correspondence with Committee professionals regarding discovery. | 0.20 | 800.00 | $160.00 |
| 02/16/2024 | JSP | AA | Continue review/analysis of discovery responses | 1.70 | 800.00 | $1,360.00 |
| 02/20/2024 | JSP | AA | Review discovery responses | 0.90 | 800.00 | $720.00 |
| 02/22/2024 | JSP | AA | Attention to discovery issues | 1.90 | 800.00 | $1,520.00 |
| 02/22/2024 | JSP | AA | Call with M. Babcock regarding discovery issues | 0.20 | 800.00 | $160.00 |
| 02/22/2024 | KBD | AA | Telephone call with J. Pomerantz regarding status of discovery. | 0.10 | 800.00 | $80.00 |
| 02/23/2024 | JSP | AA | Review correspondence regarding discovery in preparation for upcoming call regarding same | 0.70 | 800.00 | $560.00 |
| 02/23/2024 | KBD | AA | Analyze responses/documents from Diocese. | 1.30 | 800.00 | $1,040.00 |
| 02/26/2024 | JSP | AA | Participate on call with M. Babcock and others regarding debtor's discovery responses | 0.50 | 800.00 | $400.00 |
| 02/26/2024 | JSP | AA | Review documents/correspondence in preparation for call regarding debtor's discovery responses | 1.20 | 800.00 | $960.00 |
| 02/26/2024 | KBD | AA | Telephone call with BRG, I. Scharf and J. Pomerantz regarding discovery issues. | 0.50 | 800.00 | $400.00 |
| 02/26/2024 | KBD | AA | Correspondence with BRG regarding document matters. | 0.40 | 800.00 | $320.00 |
| 02/27/2024 | IDS | AA | Call with BRG regarding parish financial analysis. | 0.50 | 800.00 | $400.00 |
| 02/27/2024 | IDS | AA | Spot reviews of parish financials produced by Diocese. | 2.00 | 800.00 | $1,600.00 |
| 02/27/2024 | IDS | AA | Confer w/K. Dine, J. Pomerantz and J. Dine regarding 2004 motion. | 0.60 | 800.00 | $480.00 |
| 02/27/2024 | JMD | AA | Call Jason Pomarantz, I. Scharf, K. Dine re Diocese document production issue (0.6). Call PSZJ, BRG re Diocese document production issued (0.5). Review correspondence re Diocese production issues (0.6). | 1.70 | 800.00 | $1,360.00 |
| 02/27/2024 | JSP | AA | Call with BRG and I. Scharf regarding discovery issues | 0.50 | 800.00 | $400.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002

Page: 7  
Invoice 137955  
February 29, 2024

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/27/2024 | JSP | AA | Analysis regarding discovery issues | 0.80 | 800.00 | $640.00 |
| 02/27/2024 | JSP | AA | Confer with J. Dine, K. Dine and I. Scharf regarding possible 2004 motion | 0.60 | 800.00 | $480.00 |
| 02/27/2024 | KBD | AA | Telephone call with BSK regarding outstanding discovery matters. | 0.60 | 800.00 | $480.00 |
| 02/27/2024 | KBD | AA | Analyze issues with respect to financial discovery. | 0.30 | 800.00 | $240.00 |
| 02/27/2024 | KBD | AA | Telephone call with J. Pomerantz, J. Dine and I. Scharf regarding discovery requests. | 0.60 | 800.00 | $480.00 |
| 02/27/2024 | KBD | AA | Telephone call with I. Scharf regarding financial discovery. | 0.10 | 800.00 | $80.00 |
| 02/28/2024 | JSP | AA | Review correspondence (M. Babcock) regarding discovery | 0.80 | 800.00 | $640.00 |
| 02/28/2024 | KBD | AA | Analyze BRG request regarding financial information. | 0.30 | 800.00 | $240.00 |
| 02/29/2024 | IDS | AA | Email to BSK team regarding discovery. | 0.40 | 800.00 | $320.00 |
| 02/29/2024 | IDS | AA | Review documents produced by Diocese regarding financial analysis for mediation. | 2.80 | 800.00 | $2,240.00 |
| 02/29/2024 | IDS | AA | Continue review of documents produced by Diocese regarding financial analysis for mediation. | 3.30 | 800.00 | $2,640.00 |
| 02/29/2024 | JSP | AA | Review correspondence and documents in connection with discovery issues (M. Babcock, S. Temes) | 0.90 | 800.00 | $720.00 |
| | | | | **37.50** | | **$30,000.00** |

**Bankruptcy Litigation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/12/2024 | EG | BL | Revise and finalize motion to intervene, order and declaration of I Scharf. | 4.20 | 800.00 | $3,360.00 |
| 02/15/2024 | KLL | BL | Review and upload for further review documents produced by DOO (Vol004 and Vol005). | 1.60 | 300.00 | $480.00 |
| | | | | **5.80** | | **$3,840.00** |

**Case Administration**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 02/01/2024 | KBD | CA | Analyze outstanding issues on WIP. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002

Page: 8  
Invoice 137955  
February 29, 2024

|            |     |    |                                                                                  | Hours | Rate   | Amount     |
|------------|-----|----|----------------------------------------------------------------------------------|-------|--------|------------|
| 02/05/2024 | IDS | CA | Call with BSK team regarding pending matters.                                    | 0.30  | 800.00 | $240.00    |
| 02/05/2024 | KBD | CA | Telephone call with BSK and I. Scharf regarding status of matters.               | 0.30  | 800.00 | $240.00    |
| 02/08/2024 | EG  | CA | Update WIP List (1.0); draft email to team re: same (.10)                        | 1.10  | 800.00 | $880.00    |
| 02/20/2024 | EG  | CA | Draft list of committee members and counsel with contact information for JNP.    | 1.00  | 800.00 | $800.00    |
| 02/20/2024 | KBD | CA | Telephone call with BSK team regarding outstanding issues.                       | 0.40  | 800.00 | $320.00    |
| 02/27/2024 | IDS | CA | Call with BSK team regarding case issues.                                        | 0.40  | 800.00 | $320.00    |
| 02/29/2024 | EG  | CA | Update and distribute work in progress list.                                     | 0.50  | 800.00 | $400.00    |
|            |     |    |                                                                                  | **4.10** |        | **$3,280.00** |

### Claims Administration and Objections

|            |     |    |                                                                                       | Hours | Rate   | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------------|-------|--------|------------|
| 02/01/2024 | BMM | CO | Respond to D. Hinojosa questions regarding claims chart.                              | 0.80  | 800.00 | $640.00    |
| 02/01/2024 | DHH | CO | Review of claims and update Claims Summary Chart.                                     | 4.20  | 300.00 | $1,260.00  |
| 02/01/2024 | LAF | CO | Work on abuse claims database.                                                        | 1.30  | 300.00 | $390.00    |
| 02/02/2024 | DHH | CO | Review of claims and update Claims Summary Chart.                                     | 5.10  | 300.00 | $1,530.00  |
| 02/02/2024 | IDS | CO | Continue claims review and analysis.                                                  | 3.30  | 800.00 | $2,640.00  |
| 02/02/2024 | LAF | CO | Work on abuse claims database.                                                        | 3.60  | 300.00 | $1,080.00  |
| 02/03/2024 | DHH | CO | Review of claims and update Claims Summary Chart.                                     | 3.80  | 300.00 | $1,140.00  |
| 02/04/2024 | DHH | CO | Review of claims and update Claims Summary Chart.                                     | 2.80  | 300.00 | $840.00    |
| 02/05/2024 | DHH | CO | Review of claims and update Claims Summary Chart.                                     | 3.80  | 300.00 | $1,140.00  |
| 02/05/2024 | IDS | CO | Call with K Dine regarding insurers requests for authorized party expansion.          | 0.30  | 800.00 | $240.00    |
| 02/05/2024 | IDS | CO | Call with Walter, Sullivan regarding authorized party access.                         | 0.30  | 800.00 | $240.00    |

Pachulski Stang Ziehl & Jones LLP  Page: 9
Diocese of Ogdensburg O.C.C.  Invoice 137955
Client 18493.00002  February 29, 2024

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/05/2024 | JMD | CO | Review Diocese of Gallup decision, email I. Scharf re same (0.2). | 0.20 | 800.00 | $160.00 |
| 02/05/2024 | KBD | CO | Analyze filed proofs of claims. | 1.30 | 800.00 | $1,040.00 |
| 02/05/2024 | KBD | CO | Telephone call with I. Scharf regarding insurer request/motion. | 0.30 | 800.00 | $240.00 |
| 02/05/2024 | KBD | CO | Prepare/review correspondence relating to Granite State request regarding Bar Date Order. | 0.20 | 800.00 | $160.00 |
| 02/05/2024 | LAF | CO | Work on abuse claims database. | 1.80 | 300.00 | $540.00 |
| 02/06/2024 | DHH | CO | Review of claims and update Claims Summary Chart. | 5.80 | 300.00 | $1,740.00 |
| 02/07/2024 | DHH | CO | Review of claims and update Claims Summary Chart. | 5.40 | 300.00 | $1,620.00 |
| 02/08/2024 | BMM | CO | Analyze claims. | 1.40 | 800.00 | $1,120.00 |
| 02/08/2024 | BMM | CO | Analyze claims. | 4.30 | 800.00 | $3,440.00 |
| 02/08/2024 | DHH | CO | Review of claims and update Claims Summary Chart. | 5.20 | 300.00 | $1,560.00 |
| 02/08/2024 | DHH | CO | Complete review of claims and update Claims Summary Chart. | 4.70 | 300.00 | $1,410.00 |
| 02/09/2024 | BMM | CO | Analyze claims. | 1.00 | 800.00 | $800.00 |
| 02/09/2024 | BMM | CO | Analyze claims. | 0.80 | 800.00 | $640.00 |
| 02/12/2024 | BMM | CO | Analyze claims. | 0.80 | 800.00 | $640.00 |
| 02/13/2024 | BMM | CO | Analyze claims. | 1.00 | 800.00 | $800.00 |
| 02/13/2024 | BMM | CO | Analyze claims. | 0.50 | 800.00 | $400.00 |
| 02/13/2024 | BMM | CO | Analyze claims. | 2.50 | 800.00 | $2,000.00 |
| 02/13/2024 | BMM | CO | Analyze claims. | 2.20 | 800.00 | $1,760.00 |
| 02/13/2024 | KBD | CO | Analyze request regarding proof of claim information from Diocese. | 0.20 | 800.00 | $160.00 |
| 02/14/2024 | BMM | CO | Analyze claims. | 2.00 | 800.00 | $1,600.00 |
| 02/14/2024 | BMM | CO | Analyze claims. | 0.50 | 800.00 | $400.00 |
| 02/16/2024 | LAF | CO | Work on abuse claims database. | 1.10 | 300.00 | $330.00 |
| 02/20/2024 | LAF | CO | Work on abuse claims database. | 0.50 | 300.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002  

Page: 10  
Invoice 137955  
February 29, 2024  

|            |     |    |                                                                                           | Hours | Rate   | Amount      |
|------------|-----|----|-------------------------------------------------------------------------------------------|-------|--------|-------------|
| 02/21/2024 | KBD | CO | Draft objection to LMI motion for clarification.                                          | 1.80  | 800.00 | $1,440.00   |
| 02/21/2024 | LAF | CO | Work on abuse claims database.                                                            | 1.00  | 300.00 | $300.00     |
| 02/22/2024 | KBD | CO | Prepare objection to LMI motion for clarification.                                        | 0.50  | 800.00 | $400.00     |
| 02/22/2024 | LAF | CO | Work on abuse claims database.                                                            | 2.80  | 300.00 | $840.00     |
| 02/23/2024 | LAF | CO | Work on abuse claims database.                                                            | 2.30  | 300.00 | $690.00     |
| 02/25/2024 | EG  | CO | Review objection to Certain Insurer's Clarification Motion and revise.                    | 0.30  | 800.00 | $240.00     |
| 02/25/2024 | KBD | CO | Analyze filed abuse proofs of claim.                                                      | 2.40  | 800.00 | $1,920.00   |
| 02/25/2024 | KBD | CO | Revisions to objection to clarification motion.                                           | 0.30  | 800.00 | $240.00     |
| 02/26/2024 | KBD | CO | Revisions to objection to clarification motion.                                           | 0.40  | 800.00 | $320.00     |
| 02/26/2024 | LAF | CO | Work on abuse claims database.                                                            | 0.50  | 300.00 | $150.00     |
| 02/27/2024 | EG  | CO | Finalize and file Opposition to Certain Insurers' Motion to Clarify Bar Date Order.       | 0.50  | 800.00 | $400.00     |
| 02/27/2024 | KBD | CO | Finalize/coordinate filing objection to clarification motion.                             | 0.20  | 800.00 | $160.00     |
|            |     |    |                                                                                           | **86.00** |    | **$40,950.00** |

**PSZJ Compensation**

|            |     |    |                                                                                                                                                                                   | Hours | Rate   | Amount   |
|------------|-----|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|----------|
| 02/05/2024 | EG  | CP | Draft email to Charles Nadeau re: fee applications (.10); draft email to I. Scharf re: fee application (.10); draft email to Cheryl Knots re: fee application (.10)                | 0.30  | 800.00 | $240.00  |
| 02/05/2024 | EG  | CP | Finalize and file PSZJ's First Interim fee Application and supporting documentation.                                                                                              | 1.00  | 800.00 | $800.00  |
| 02/08/2024 | EG  | CP | Draft certificate of no-objection to 4th Monthly Fee Statement.                                                                                                                   | 0.30  | 800.00 | $240.00  |
| 02/12/2024 | EG  | CP | Draft email re certificate of no-objection to 4th Monthly Fee Statement.                                                                                                          | 0.20  | 800.00 | $160.00  |
| 02/14/2024 | EG  | CP | Finalize and file 5th Monthly Fee Statement.                                                                                                                                      | 0.50  | 800.00 | $400.00  |
| 02/15/2024 | KBD | CP | Prepare comments to monthly fee statement.                                                                                                                                        | 0.50  | 800.00 | $400.00  |
| 02/15/2024 | WLR | CP | Review January 2024 bill in anticipation of interim fee application.                                                                                                              | 0.90  | 800.00 | $720.00  |

Pachulski Stang Ziehl & Jones LLP  Page: 11
Diocese of Ogdensburg O.C.C.  Invoice 137955
Client 18493.00002  February 29, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/15/2024 | WLR | CP | Draft 2nd interim fee application. | 0.90 | 800.00 | $720.00 |
| 02/27/2024 | IDS | CP | Review omnibus objection to fee applications filed by UST. | 0.40 | 800.00 | $320.00 |
|  |  |  |  | **5.00** |  | **$4,000.00** |

**General Creditors' Committee**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/13/2024 | KBD | GC | Analyze correspondence with SCC regarding ongoing case issues. | 0.10 | 800.00 | $80.00 |
| 02/16/2024 | KBD | GC | Telephone call with SCC and professionals regarding ongoing case issues. | 0.80 | 800.00 | $640.00 |
| 02/16/2024 | KBD | GC | Follow-up call with I. Scharf regarding next steps. | 0.10 | 800.00 | $80.00 |
| 02/26/2024 | IDS | GC | Email agenda to Committee members. | 0.40 | 800.00 | $320.00 |
| 02/26/2024 | IDS | GC | Attend Committee meeting. | 1.20 | 800.00 | $960.00 |
| 02/26/2024 | KBD | GC | Analyze correspondence relating to Committee meeting and next steps. | 0.10 | 800.00 | $80.00 |
| 02/26/2024 | KBD | GC | Telephone call with Committee and counsel regarding ongoing case issues. | 1.20 | 800.00 | $960.00 |
| 02/27/2024 | IDS | GC | Call with Stippel regarding mediation. | 0.40 | 800.00 | $320.00 |
|  |  |  |  | **4.30** |  | **$3,440.00** |

**Hearings**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2024 | KBD | HE | Attend telephonic hearing regarding exclusivity. | 1.00 | 800.00 | $800.00 |
|  |  |  |  | **1.00** |  | **$800.00** |

**Insurance Coverage**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2024 | IDS | IC | Review analysis of INA issues | 0.80 | 800.00 | $640.00 |
| 02/08/2024 | IDS | IC | Attention to INA solvency issues, restructurings | 1.10 | 800.00 | $880.00 |
| 02/13/2024 | IDS | IC | Work on slotting spreadsheet | 2.20 | 800.00 | $1,760.00 |
| 02/26/2024 | IDS | IC | Update insurance analysis. | 2.10 | 800.00 | $1,680.00 |
|  |  |  |  | **6.20** |  | **$4,960.00** |

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: | 12 |
| Diocese of Ogdensburg O.C.C. | | | | | | Invoice | 137955 |
| Client 18493.00002 | | | | | | | February 29, 2024 |

| | | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| **Mediation** | | | | | | | |
| 02/19/2024 | IDS | ME | Telephone call with mediator, J. Anderson, T. Stippel, C. Lafave and K. Dine regarding mediation. | | 0.70 | 800.00 | $560.00 |
| 02/19/2024 | KBD | ME | Telephone call with mediator, J. Anderson, T. Stippel, C. Lafave and I. Scharf regarding mediation. | | 0.70 | 800.00 | $560.00 |
| 02/26/2024 | KBD | ME | Analyze mediator engagement letter. | | 0.10 | 800.00 | $80.00 |
| 02/28/2024 | KBD | ME | Update on outstanding issues with I. Scharf. | | 0.10 | 800.00 | $80.00 |
| | | | | | **1.60** | | **$1,280.00** |

**TOTAL SERVICES FOR THIS MATTER:** $92,550.00

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: | 13 |
| Diocese of Ogdensburg O.C.C. | | Invoice | 137955 |
| Client 18493.00002 | | February 29, 2024 | |

**Expenses**

| | | | |
|---|---|---|---|
| 02/05/2024 | PO | Postage | 3.79 |
| 02/05/2024 | RE | Copy expense( 123 @0.10 PER PG) | 12.30 |
| 02/05/2024 | RE | Copy expense( 123 @0.10 PER PG) | 12.30 |
| 02/05/2024 | RE | Copy expense( 123 @0.10 PER PG) | 12.30 |
| 02/16/2024 | PO | Postage | 1.12 |
| 02/27/2024 | PO | Postage | 18.99 |
| 02/27/2024 | RE | Copy expense( 180 @0.10 PER PG) | 18.00 |
| 02/27/2024 | RE | Copy expense( 32 @0.10 PER PG) | 3.20 |
| 02/29/2024 | OS | Everlaw, Inv. 108251 | 682.00 |
| 02/29/2024 | PAC | Pacer - Court Research | 12.00 |
| **Total Expenses for this Matter** | | | **$776.00** |

Pachulski Stang Ziehl & Jones LLP  Page: 14
Diocese of Ogdensburg O.C.C.  Invoice 137955
Client 18493.00002  February 29, 2024

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 02/29/2024**  (May not include recent payments)

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135073 | 09/30/2023 | $36,377.90 | $0.00 | $36,377.90 |
| 135075 | 10/31/2023 | $15,620.90 | $0.00 | $15,620.90 |
| 135258 | 11/30/2023 | $11,664.00 | $0.00 | $11,664.00 |
| 136248 | 12/31/2023 | $8,016.00 | $0.00 | $8,016.00 |
| 137954 | 01/31/2024 | $110,320.00 | $1,354.02 | $111,674.02 |

**Total Amount Due on Current and Prior Invoices:** **$276,678.82**