UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period February 1, 2024 Through February 29, 2024*, a copy of which is attached hereto and hereby served upon you.

Dated: March 26, 2024

BLANK ROME LLP

By:   */s/ James R. Murray*
James R. Murray, Esq.
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Counsel for The Roman Catholic Diocese of Ogdensburg, New York*

17582615.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

# MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024

| | |
|---|---|
| Name of Applicant: | Blank Rome LLP |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 111] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | February 1, 2024 through February 29, 2024 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $21,956.16 ($17,564.92) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a:  X  monthly ____ quarterly ____ final application.

This is Blank Rome LLP's third monthly fee statement in this case.

17582615.1

# BLANKROME

**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** ▮

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF OGDENSBURG | INVOICE DATE:    MARCH 11, 2024 |
| ATTN: BISHOP TERRY R. LAVALLEY | CLIENT ID:    157456 |
| 622 WASHINGTON STREET, PO BOX 369 | MATTER NUMBER:    157456-00601 03348 |
| OGDENSBURG | INVOICE NUMBER:    2180094 |
| NEW YORK, NY 13669 | |

**REGARDING:    ROMAN CATHOLIC DIOCESE OF OGDENSBURG**
                        **INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 01/16/2024 | 2168239 | $21,393.68 | $0.00 | $21,393.68 |
| 01/19/2024 | 2169605 | $2,022.40 | $0.00 | $2,022.40 |
| 02/21/2024 | 2176847 | $8,650.95 | $0.00 | $8,650.95 |

**BALANCE FORWARD**                                                                                 $32,067.03

FOR LEGAL SERVICES RENDERED THROUGH 2/29/24                             $28,514.50
LESS 23% ACCOMMODATION                                                                   ($6,558.34)
NET SERVICES                                                                                            $21,956.16

**CURRENT INVOICE TOTAL**                                                                      $21,956.16

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**                 $54,023.19

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▮ | 130 North 18th St |
| ABA Number: | ▮ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ▮ (International) | |

To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments

PENNSYLVANIA    NEW YORK    NEW JERSEY    DELAWARE    WASHINGTON, DC    FLORIDA    CALIFORNIA    OHIO    TEXAS    ILLINOIS    SHANGHAI

# BLANKROME

**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** ▓▓▓▓▓

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF OGDENSBURG | INVOICE DATE: MARCH 11, 2024 |
| ATTN: BISHOP TERRY R. LAVALLEY | CLIENT ID: 157456 |
| 622 WASHINGTON STREET, PO BOX 369 | MATTER NUMBER: 157456-00601 |
| OGDENSBURG | INVOICE NUMBER: 2180094 |
| NEW YORK, NY 13669 | PAGE 1 |

**REGARDING:    ROMAN CATHOLIC DIOCESE OF OGDENSBURG**
             **INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH FEBRUARY 29, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/24 | REVIEW CHUBB RELATED COMPLAINTS AND ISSUES FOR C. SULLIVAN | J. MURRAY | 1.00 | 1,095.00 |
| 02/05/24 | UPDATE SPREADSHEET OF CLAIMS WITH LATEST INFORMATION FROM PROOFS OF CLAIMS AND THE CORRESPONDING INSURANCE INFORMATION | K. ROGERS | 0.90 | 292.50 |
| 02/08/24 | CONFERENCE WITH S. TEMES REGARDING RESPONDING TO INSURER REQUESTS FOR INFORMATION | J. CARTER | 0.50 | 405.00 |
| 02/08/24 | PREPARE FOR CONFERENCE WITH S. TEMES REGARDING RESPONDING TO INSURER REQUEST FOR INFORMATION | J. CARTER | 0.20 | 162.00 |
| 02/08/24 | EMAIL WITH INFORMATION TO S. TEMES REGARDING INSURER REQUESTS FOR INSURANCE-RELATED INFORMATION | J. CARTER | 0.40 | 324.00 |
| 02/09/24 | REVISE AND UPDATE SPREADSHEET OF CLAIMS WITH INFORMATION FROM THE LATEST PROOF OF CLAIMS AND THE CORRESPONDING INSURANCE INFORMATION | K. ROGERS | 0.30 | 97.50 |
| 02/09/24 | REVIEW/ANALYZE ADDITIONAL POCS, COVERAGE CHART | R. MICHAELSON | 0.90 | 562.50 |
| 02/12/24 | REVIEW DRAFT INSURER CORRESPONDENCE | R. MICHAELSON | 0.10 | 62.50 |
| 02/12/24 | EMAIL TO DEBTOR BANKRUPTCY COUNSEL IN RESPONSE TO REQUEST FROM INSURER FOR INSURANCE POLICIES | J. CARTER | 0.40 | 324.00 |
| 02/12/24 | ANALYZE EMAIL FROM INSURER REGARDING REQUEST FOR INFORMATION | J. CARTER | 0.20 | 162.00 |
| 02/13/24 | PROVIDE REVISION TO DRAFT LETTER TO INSURER REGARDING INFORMATION REQUESTS | J. CARTER | 0.40 | 324.00 |
| 02/15/24 | UPDATE SPREADSHEET OF CLAIMS WITH INFORMATION RELATING TO THE NOTICE OF CLAIMS TO VARIOUS INSURERS | K. ROGERS | 1.30 | 422.50 |

**ROMAN CATHOLIC DIOCESE OF OGDENSBURG** **PAGE 2**
**FILE NUMBER: 157456-00601** **INVOICE # 2180094**
**MARCH 11, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/15/24 | CONFERENCE WITH J. EATON REGARDING FILING APPLICATION TO REDACT FEE APPLICATION | J. CARTER | 0.10 | 81.00 |
| 02/15/24 | REVIEW DRAFT APPLICATION TO REDACT INVOICE | J. CARTER | 0.10 | 81.00 |
| 02/15/24 | EMAIL TO J. MURRAY REGARDING REVIEW OF DRAFT APPLICATION TO REDACT INVOICE | J. CARTER | 0.10 | 81.00 |
| 02/15/24 | REVIEW INSURANCE RELATED PROJECTS AND STATUS IN PREPARATION FOR CONFERENCE WITH MEDIATOR | J. CARTER | 0.90 | 729.00 |
| 02/15/24 | EMAIL TO J. MURRAY WITH STATUS OF MATRIX AND OTHER INSURANCE RELATED PROJECTS IN PREPARATION FOR CONFERENCE WITH MEDIATOR | J. CARTER | 0.40 | 324.00 |
| 02/15/24 | FOLLOW UP WITH J. CARTER, K. ROGERS RE CLAIMS MATRIX | R. MICHAELSON | 0.20 | 125.00 |
| 02/16/24 | TELECONFERENCE WITH C. SULLIVAN AND S. DONATO TO DISCUSS MEETING WITH MEDIATOR AND INSURANCE ISSUES | J. MURRAY | 0.70 | 766.50 |
| 02/16/24 | REVIEW COVERAGE CHART AND MATRIX STATUS TO PREPARE FOR CALL | J. MURRAY | 0.50 | 547.50 |
| 02/16/24 | PARTICIPATE IN TELEPHONE CONFERENCE REGARDING UPCOMING CONFERENCE WITH MEDIATOR | J. CARTER | 0.50 | 405.00 |
| 02/20/24 | MEETING WITH C. SULLIVAN AND CLIENT TEAM REGARDING MEDIATION | J. MURRAY | 1.00 | 1,095.00 |
| 02/20/24 | ATTEND (VIRTUALLY) MEDIATION | J. MURRAY | 2.00 | 2,190.00 |
| 02/20/24 | REVIEW CLAIMS MATRIX DRAFT AND REVISED COVERAGE CHART FOR MEDIATOR | J. MURRAY | 1.00 | 1,095.00 |
| 02/20/24 | REVIEW/ANALYZE/REVISE POCS, CLAIMS MATRIX | R. MICHAELSON | 6.20 | 3,875.00 |
| 02/20/24 | REVIEW PRIOR CORRESPONDENCE, RECORDS IN CONNECTION WITH NOTICE | R. MICHAELSON | 0.20 | 125.00 |
| 02/20/24 | ASSIST WITH PREPARATION FOR MEETING WITH MEDIATOR | R. MICHAELSON | 0.20 | 125.00 |
| 02/20/24 | EMAIL TO J. MURRAY REGARDING INSURANCE IN PREPARATION FOR CONFERENCE WITH DEBTOR COUNSEL AND MEDIATOR | J. CARTER | 0.40 | 324.00 |
| 02/20/24 | ATTEND AND PARTICIPATE IN CONFERENCE WITH DEBTOR BANKRUPTCY COUNSEL AND MEDIATOR | J. CARTER | 2.50 | 2,025.00 |
| 02/21/24 | REVIEW/ANALYZE/REVISE POCS, CLAIMS MATRIX | R. MICHAELSON | 6.00 | 3,750.00 |
| 02/22/24 | REVIEW/ANALYZE/REVISE POCS, CLAIMS MATRIX | R. MICHAELSON | 2.70 | 1,687.50 |

**ROMAN CATHOLIC DIOCESE OF OGDENSBURG**     **PAGE 3**
**FILE NUMBER: 157456-00601**     **INVOICE # 2180094**
    **MARCH 11, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/23/24 | REVIEW/ANALYZE/REVISE CLAIMS MATRIX, COVERAGE CHART | R. MICHAELSON | 0.90 | 562.50 |
| 02/24/24 | REVIEW/ANALYZE/REVISE CLAIMS MATRIX, COVERAGE CHART, POLICY LIST | R. MICHAELSON | 2.10 | 1,312.50 |
| 02/25/24 | REVIEW/ANALYZE/REVISE CLAIMS MATRIX | R. MICHAELSON | 4.10 | 2,562.50 |
| 02/26/24 | REVIEW/ANALYZE/REVISE CLAIMS MATRIX | R. MICHAELSON | 0.40 | 250.00 |
| 02/29/24 | REVIEW INSURANCE POLICY INFORMATION REQUESTED BY COMMITTEE | J. CARTER | 0.20 | 162.00 |
| | **TOTAL SERVICES** | | | **$28,514.50** |
| | **LESS 23% ACCOMMODATION** | | | **($6,558.34)** |
| | **NET SERVICES** | | | **$21,956.16** |

**CURRENT INVOICE TOTAL**     **$21,956.16**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 810.00 | 7.30 | 5,913.00 |
| JAMES MURRAY | 1,095.00 | 6.20 | 6,789.00 |
| ROBYN MICHAELSON | 625.00 | 24.00 | 15,000.00 |
| KEVIN ROGERS | 325.00 | 2.50 | 812.50 |
| **TOTALS** | | **40.00** | **$28,514.50** |