**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>The Roman Catholic Diocese of Ogdensburg, New York,<br>Debtor. | Case No.: 23-60507<br>Chapter 11 |

**GRANITE STATE INSURANCE COMPANY'S JOINDER TO INSURERS' LIMITED OBJECTION TO THE MOTION FOR ENTRY OF AN ORDER APPROVING MEDIATION FEE AGREEMENT PURSUANT TO SECTIONS 105(A) AND 363(B) OF THE BANKRUPTCY CODE**

Granite State Insurance Company ("Granite State") joins the *Partial Objection of Defendant Employers Insurance Company of Wausau's (f/k/a Employers Insurance of Wausau a Mutual Company f/k/a Employers Mutual Liability Insurance Company of Wisconsin) to the Diocese's motion for Entry of an Order Approving Mediation Fee Agreement* (Dkt. No. 79) ("Wausau's Partial Objection") and *Certain Underwriters at Lloyd's, London and London Market Insurance Companies' Limited Objection to the Motion for Entry of an Order Approving Mediation Fee Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code* (Dkt. No. 437) ("LMI's Limited Objection").

Specifically, Granite State objects to the part of The Roman Catholic Diocese of Ogdensburg, New York's (the "Diocese") *Motion for Entry of an Order Approving Mediation Fee Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Docket* (Dkt. No. 412) (the "Diocese's Motion") seeking an Order directing that the mediation costs be borne only by the Diocese and the Insurers who are parties to the Adversary Proceeding[1] for the reasons set forth in Wausau's Partial Objection and LMI's Limited Objection. Granite State joins Wausau's request

---

[1] *The Roman Catholic Diocese of Ogdensburg, New York et. al v. Certain Underwriters at Lloyd's, London, Certain London Market Companies et. al*, Adv. No. 23-80013 (Bankr. N.D.N.Y.) ("Adversary Proceeding").

that the Order regarding Judge Sontchi's fees specify that the Insurers pay their share of 50% only for mediation sessions that involve the Insurers. As an alternative proposal, Granite State would also support LMI's request that a 25% share of Judge Sontchi's fees and expenses be divided amongst each of the Debtor, Parishes, Committee and Insurers at the conclusion of mediation.

Dated: March 26, 2024
      New York, NY

Respectfully submitted,

CARLTON FIELDS, P.A.

By: */s/ Nora A. Valenza-Frost*
Nora A. Valenza-Frost
Robert W. DiUbaldo (admitted *pro hac vice*)
Alex M. Bein (admitted *pro hac vice*)
405 Lexington Ave., 36th Floor
New York, New York 10174
Telephone: (212) 785-2577
Facsimile: (212) 785-5203
NValenza-frost@carltonfields.com
RDiUbaldo@carltonfields.com
ABein@carltonfields.com

Luis E. Orengo, Jr.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
LOrengo@carltonfields.com

*Attorneys for Granite State Insurance Company*