**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**CERTIFICATION OF NO OBJECTION REGARDING**
**SIXTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES**
**LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW**
**YORK FOR THE PERIOD FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024**

　　　　　The undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

　　　　　1.　　On November 9, 2023, this Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals And Members Of Official Committees* [Docket No. 250] (the "Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order.

　　　　　2.　　On **March 14, 2024**, Pachulski Stang Ziehl & Jones LLP ("PSZJ") filed its *Sixth Monthly Fee Statement For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To Official Committee Of Unsecured Creditors For The Roman Catholic*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

DE:4885-7209-0034.1 18493.002

*Diocese Of Ogdensburg, New York For The Period February 1, 2024 Through February 29, 2024* [Docket No. 424] (the "Monthly Fee Statement").

3. The Monthly Fee Statement was served on **March 14, 2024** [Docket No. 425].

4. The Monthly Fee Statement complied with the requirements set forth in the Interim Compensation Order.

5. Pursuant to the Interim Compensation Order, **March 28, 2024** was the deadline to object to the Monthly Fee Statement (the "Objection Deadline"). As of the filing of this Certification of No Objection, more than 12 hours have elapsed since the Objection Deadline. To the best of my knowledge, no responses to the Monthly Fee Statement has been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) been served on PSZJ.

6. Pursuant to the Interim Compensation Order, upon filing of this Certification of No Objection, the Debtor is authorized and directed to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement without the need for entry of a Court order approving the Monthly Fee Statement.

7. Accordingly, in accordance with the Monthly Fee Statement and the Interim Compensation Order, PSZJ requests that the Debtor remit the amount(s) indicated in the column "Total Authorized for Payment":

| No | Dates | 100% Fees | 80% Fees | 100% Exp. | Total Authorized for Payment | Total Holdback |
|---|---|---|---|---|---|---|
| 6 | 2/1/24-2/29/24 | $92,550.00 | $74,040.00 | $776.00 | $74,816.00 | 18,510.00 |

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| Dated: March 29, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted *pro hac vice*)<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>Email: ischarf@pszjlaw.com<br>Email: kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| The Roman Catholic Diocese of ) | Case No. |
| Ogdensburg, New York, ) | 23-60507 (PGR) |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

I hereby certify that on March 29, 2024, I electronically filed the following document with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A.

- *Certification Of No Objection Regarding Sixth Monthly Fee Statement Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To Official Committee Of Unsecured Creditors For The Roman Catholic Diocese Of Ogdensburg, New York For The Period February 1, 2024 Through February 29, 2024*

And, I hereby certify that on March 29, 2024, I have mailed by the United States Postal Service the document to the non CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of March, 2024 at Santa Clarita, California.

                                      */s/ Myra Kulick*
                                      Myra Kulick

# EXHIBIT A

**23-60507-6-pgr Notice will be electronically mailed to:**

- *Jeffrey Robert Anderson*   jeff@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com
- *Jesse Bair*   jbair@burnsbair.com, kdempski@burnsbair.com
- *Alexander Bein*   abein@carltonfields.com
- *Sheryl Betance*   sheryl.betance@stretto.com
- *Timothy W. Burns*   tburns@burnsbair.com, kdempski@burnsbair.com;aturgeon@burnsbair.com
- *Ashlyn Capote*   acapote@goldbergsegalla.com, bfaulkner@goldbergsegalla.com;jmorrill@goldbergsegalla.com
- *Keith Caughlin*   caughlin@schwerzmannwise.com
- *Erin Champion*   USTPRegion02.UT.ECF@usdoj.gov
- *Gaetano Dandrea*   cvgdteam@laffeybuccikent.com
- *Jillian Grace Dennehy*   jillian.dennehy@kennedyslaw.com
- *Robert Wagner DiUbaldo*   rdiubaldo@carltonfields.com
- *Karen B. Dine*   kdine@pszjlaw.com
- *Stephen A. Donato*   sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com
- *Jeffrey A. Dove*   jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
- *Michael Finnegan*   mike@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com
- *Adam P. Haberkorn*   ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com
- *Jeff D. Kahane*   jkahane@duanemorris.com
- *Amy Christine Keller*   akeller@lglaw.com, sfischer@lglaw.com
- *Cynthia S. LaFave*   CLAFAVE@LWFLEGAL.COM, olena@lwflegal.com
- *Elin Lindstrom*   elin@andersonadvocates.com
- *Betty Luu*   bluu@duanemorris.com
- *Marianne G. May*   marianne.may@clydeco.us
- *Stuart S. Mermelstein*   smermelstein@hermanlaw.com
- *Brett L Messinger*   BLMessinger@duanemorris.com, emariney@duanemorris.com
- *Andrew Mina*   amina@duanemorris.com
- *Siobhain P. Minarovich*   minarovichs@whiteandwilliams.com
- *Luis Orengo*   lorengo@carltonfields.com, kathompson@carltonfields.com
- *Jon Travis Powers*   powerst@whiteandwilliams.com
- *Bradley Puklin*   bradley.puklin@clydeco.us
- *Nathan W. Reinhardt*   nreinhardt@duanemorris.com
- *Andrew Scott Rivera*   arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com
- *Matthew Roberts*   mroberts@phrd.com, elyttle@phrd.com
- *Russell W. Roten*   RWRoten@duanemorris.com
- *Russell Webb Roten*   rwroten@duanemorris.com, dmartinez@duanemorris.com
- *Jordan Russell*   jordan.russell@clydeco.us
- *Deborah Kall Schaal*   debbie@dksattorney.com
- *Jonathan Schapp*   jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;bfaulkner@goldbergsegalla.com
- *Ilan D. Scharf*   ischarf@pszjlaw.com
- *Tancred V. Schiavoni*   tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
- *Brendan M Sheehan*   bsheehan@bsk.com, spagano@bsk.com
- *Taylor Stippel*   taylor@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com;elin@andersonadvocates.com
- *Catalina J. Sugayan*   catalina.sugayan@clydeco.us, nancy.lima@clydeco.us
- *Charles J. Sullivan*   csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
- *Sara C. Temes*   stemes@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- *U.S. Trustee*   USTPRegion02.UT.ECF@usdoj.gov
- *Nora Anne Valenza-Frost*   nvalenza-frost@carltonfields.com
- *Grayson T Walter*   gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- *Jennifer Wang*   jwang@ccf-law.com, lalesci@ccf-law.com
- *Matthew Michael Weiss*   mweiss@phrd.com
- *Harris Winsberg*   hwinsberg@phrd.com

- *Yongli Yang    yongli.yang@clydeco.us*

# **EXHIBIT B**

The Roman Catholic Diocese of Ogdensburg
Attn: Mark Mashaw
Diocesan Fiscal Officer
622 Washington Street
Ogdensburg, NY 13669