So Ordered.

Signed this 9 day of April, 2024.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of ) | |
| Ogdensburg, New York, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER GRANTING APPLICATION TO**
**SHORTEN NOTICE PERIOD AND FOR EXPEDITING HEARING ON MOTION**

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), having requested pursuant to Fed. R. Bankr. P. 9006(c)-(d) that the notice period for Century's pending motion (Dkt. No. 444) ("Motion") be shortened and heard on an expedited basis; and the Court having given the matter due deliberation;

**NOW, THEREFORE**, it is hereby

**ORDERED,** that Century's motion to shorten notice and for an expedited hearing (Dkt. No. 458) is GRANTED, and it is further

**ORDERED,** that Century shall effectuate service of this Order and the Motion upon all interested parties pursuant to the Federal Rules of Bankruptcy Procedure on or before April 10, 2024; and it is further

**ORDERED,** that Century shall transmit courtesy copies of this Order and the Motion to counsel for all interested parties via e-mail by 12:00pm EST on April 10, 2024; and it is further

**ORDERED,** that any response(s) to the Motion shall be filed and served by 12:00 p.m. EST on April 15, 2024; and it is further

**ORDERED,** that a hearing with respect to the Motion will be held on April 16, 2024, at 1:30 p.m. EST, with counsel appearing at the Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Room 236, Utica, New York 13501 or via teleconference by calling (877) 411-9748 and entering access number 3229032#.

###