So Ordered.

Signed this 12 day of April, 2024.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg,<br>New York<br><br>                      Debtor. | Case No.: 23-60507 (PGR)<br><br>Chapter 11 |

**ORDER GRANTING FIRST INTERIM APPLICATION OF
BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM SEPTEMBER 11, 2023 THROUGH NOVEMBER 30, 2023**

Berkeley Research Group, LLC ("BRG"), financial advisor to the Official Committee of Unsecured Creditors in the above-captioned case, filed its First Interim Application for Compensation for the Period from September 11, 2023 through November 30, 2023 (the "Fee Application"). In the Application, BRG requests (i) allowance on an interim basis compensation in the amount of $32,964.28 for reasonable and necessary professional services and reimbursement of the actual and necessary costs and expenses in the amount of $0.00 for the Fee Period of September 11,

2023 through November 30, 2023, and (ii) authorizing and directing the Debtor to pay the balance of such amounts to BRG.

The Court has reviewed the Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fee Application, and having convened a hearing on March 5, 2024, were adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fee Application. Accordingly, it is hereby

**ORDERED** that the Fee Application is GRANTED. The Debtor in the above captioned Chapter 11 Case shall pay to BRG interim fees in the total amount of $32,964.28 for services rendered and actual and necessary expenses incurred in the Chapter 11 Case during the Fee Period.

**ORDERED** the allowance of compensation and reimbursement of expenses pursuant to this Order is without prejudice to BRG's right to seek additional compensation for services performed and expenses incurred during the Fee Period, which were not processed at the time of the Application.

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###