|  |  |
|---|---|
|  | Hearing Date: May 7, 2024<br>Hearing Time: 1:00 p.m. (Eastern)<br>Hearing Location: Utica, New York<br>Objection Deadline: April 30, 2024 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                      Debtor.

Case No. 23-60507 (PGR)

Chapter 11

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 16, 2024, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century") moved the United States Bankruptcy Court for the Northern District of New York (the "Court") for an order under Federal Rule of Bankruptcy Procedure 2004 authorizing Century to serve subpoenas upon the Archdiocese of Newark and the Archdiocese of New York (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion and any objections thereto will be held on May 7, 2024 at 1:00 p.m. (prevailing Eastern Time), or as soon thereafter as counsel may appear and be heard, before the Honorable Patrick G. Radel, United States Bankruptcy Judge for the Northern District of New York, Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Room 236, Utica, New York 13501.

**PLEASE TAKE FURTHER NOTICE** that appearances may be made in-person or by telephone, by calling 877-411-9748 and entering access code 3229032#.

**PLEASE TAKE FURTHER NOTICE** that any response(s) to the Motion shall be filed and served on or before April 30, 2024, and any replies thereto shall be filed and served no more than seven (7) days after service of the response papers.

Dated: April 16, 2024

Respectfully submitted,

By: /s/ *Tancred Schiavoni*

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
MICHAEL M. KLOTZ
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Email: tschiavoni@omm.com
         mklotz@omm.com

**CLYDE & CO US LLP**
MARIANNE MAY
340 Mt. Kemble Ave., Suite 300
Morristown, NJ 07960
Telephone:    (973) 120-6700
Email: Marianne.May@clydeco.us

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

2