|  |  |
|---|---|
|  | Hearing Date: May 7, 2024<br>Hearing Time: 1:00 p.m. (Eastern)<br>Hearing Location: Utica, New York<br>Objection Deadline: April 30, 2024 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                    Debtor.

Case No. 23-60507 (PGR)

Chapter 11

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 16, 2024, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century") moved the United States Bankruptcy Court for the Northern District of New York (the "Court") for an order requiring the Roman Catholic Diocese of Ogdensburg, New York (the "Diocese") to comply with the Court's March 11, 2024 order regarding the categories of documents pertaining to CVA Case No. EFCV-21-160236 and Msgr. Robert Aucoin, and requested authorization pursuant to Federal Rule of Bankruptcy Procedure 2004 to issue a subpoena to Missionaries of the Sacred Heart for documents concerning Msgr. Robert Aucoin (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion and any objections thereto will be held on May 7, 2024 at 1:00 p.m. (prevailing Eastern Time), or as soon thereafter as counsel may appear and be heard, before the Honorable Patrick G. Radel, United States Bankruptcy Judge for the Northern District of New York, Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Room 236, Utica, New York 13501.

**PLEASE TAKE FURTHER NOTICE** that appearances may be made in-person or by telephone, by calling 877-411-9748 and entering access code 3229032#.

2

**PLEASE TAKE FURTHER NOTICE** that any response(s) to the Motion shall be filed and served on or before April 30, 2024, and any replies thereto shall be filed and served no more than seven (7) days after service of the response papers.

Dated: April 16, 2024

Respectfully submitted,

By: */s/ Tancred Schiavoni*

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
MICHAEL M. KLOTZ
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Email: tschiavoni@omm.com
           mklotz@omm.com

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*