**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**NOTICE OF FILING OF SEVENTH MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
MARCH 1, 2024 THROUGH MARCH 31, 2024**

PLEASE TAKE NOTICE that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Seventh Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period March 1, 2024 Through March 31, 2024, a copy of which is attached hereto and is hereby served upon you.

4880-4435-8327.1 18493.002

2

| | |
|---|---|
| Dated: New York, New York<br>April 18, 2024 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted *pro hac vice*)<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>Email: ischarf@pszjlaw.com<br>Email: kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**SEVENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD MARCH 1, 2024 THROUGH MARCH 31, 2024**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 3/1/24-3/31/24 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 100,110.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 1,117.00 |

This is a monthly fee statement. It is the seventh monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

2

| | |
|---|---|
| Dated: New York, New York<br>April 18, 2024 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted *pro hac vice*)<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>Email: ischarf@pszjlaw.com<br>Email: kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |