**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**CORRECTED NOTICE OF FILING OF SEVENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD**
<u>**MARCH 1, 2024 THROUGH MARCH 31, 2024**</u>

PLEASE TAKE NOTICE that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Corrected Seventh Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period March 1, 2024 Through March 31, 2024, a copy of which is attached hereto and is hereby served upon you.

| | |
|---|---|
| Dated: New York, New York<br>April 18, 2024 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted *pro hac vice*)<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>Email: ischarf@pszjlaw.com<br>Email: kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**CORRECTED SEVENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
MARCH 1, 2024 THROUGH MARCH 31, 2024**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 3/1/24-3/31/24 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 100,110.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 1,117.00 |

This is a monthly fee statement. It is the seventh monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

2

| | |
|---|---|
| Dated: New York, New York<br>April 18, 2024 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang, Esq. (admitted *pro hac vice*)<br>Ilan D. Scharf, Esq.<br>Karen B. Dine, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>Email: ischarf@pszjlaw.com<br>Email: kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

March 31, 2024
Invoice    138691
Client    18493.00002

RE:    Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2024

| | |
|---|---:|
| FEES | $100,110.00 |
| EXPENSES | $1,117.00 |
| **TOTAL CURRENT CHARGES** | **$101,227.00** |
| **BALANCE FORWARD** | **$276,678.82** |
| **TOTAL BALANCE DUE** | **$372,405.82** |

Pachulski Stang Ziehl & Jones LLP                                                                             Page:     2
Diocese of Ogdensburg O.C.C.                                                                                  Invoice 138691
Client  18493.00002                                                                                           March 31, 2024

**Summary of Services by Professional**

| ID  | Name               | Title   | Rate   | Hours  | Amount      |
|-----|--------------------|---------|--------|--------|-------------|
| IDS | Scharf, Ilan D.    | Partner | 800.00 | 85.20  | $68,160.00  |
| IDS | Scharf, Ilan D.    | Partner | 0.00   | 9.00   | $0.00       |
| JSP | Pomerantz, Jason S.| Partner | 800.00 | 5.60   | $4,480.00   |
| EG  | Gray, Erin         | Counsel | 800.00 | 5.60   | $4,480.00   |
| KBD | Dine, Karen B.     | Counsel | 800.00 | 27.20  | $21,760.00  |
| LAF | Forrester, Leslie A.| Library| 300.00 | 4.10   | $1,230.00   |
|     |                    |         |        | 136.70 | $100,110.00 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 3 |
| Diocese of Ogdensburg O.C.C. | | | Invoice 138691 |
| Client 18493.00002 | | | March 31, 2024 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis and Recovery | 56.70 | $45,360.00 |
| BL | Bankruptcy Litigation | 4.50 | $3,600.00 |
| CA | Case Administration | 4.10 | $3,280.00 |
| CO | Claims Administration and Objections | 15.00 | $9,950.00 |
| CP | PSZJ Compensation | 4.00 | $3,200.00 |
| GC | General Creditors' Committee | 9.00 | $7,200.00 |
| HE | Hearings | 5.30 | $4,240.00 |
| IC | Insurance Coverage | 17.00 | $13,600.00 |
| ME | Mediation | 12.10 | $9,680.00 |
| TR | Travel | 9.00 | $0.00 |
| | | 136.70 | $100,110.00 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 4 |
| Diocese of Ogdensburg O.C.C. | Invoice 138691 |
| Client 18493.00002 | March 31, 2024 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Conference Call | $3.96 |
| Lexis/Nexis- Legal Research | $19.52 |
| Litigation Support Vendors | $682.00 |
| Pacer - Court Research | $410.00 |
| Postage | $1.52 |
| | $1,117.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 5
Diocese of Ogdensburg O.C.C.  Invoice 138691
Client 18493.00002  March 31, 2024

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

**Asset Analysis and Recovery**

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2024 | IDS | AA | Review financial information from diocese and related entities | 4.80 | 800.00 | $3,840.00 |
| 02/13/2024 | IDS | AA | Review file regarding allegations of abuse regarding priest KO. | 2.10 | 800.00 | $1,680.00 |
| 02/13/2024 | IDS | AA | Review CVA file regarding Ed Franklin. | 2.20 | 800.00 | $1,760.00 |
| 02/13/2024 | IDS | AA | Review indemnification claims regarding Ed Franklin. | 2.10 | 800.00 | $1,680.00 |
| 02/13/2024 | IDS | AA | Review research regarding indemnification claims. | 2.20 | 800.00 | $1,760.00 |
| 02/13/2024 | IDS | AA | Meeting regarding discovery with Diocese. | 1.00 | 800.00 | $800.00 |
| 03/01/2024 | JSP | AA | Review correspondence from M. Babcock regarding discovery | 0.20 | 800.00 | $160.00 |
| 03/01/2024 | KBD | AA | Telephone call with I. Scharf regarding discovery next steps. | 0.20 | 800.00 | $160.00 |
| 03/01/2024 | KBD | AA | Analyze MOR for prior month. | 0.10 | 800.00 | $80.00 |
| 03/03/2024 | KBD | AA | Analyze produced documents. | 1.50 | 800.00 | $1,200.00 |
| 03/04/2024 | JSP | AA | Review correspondence from M. Babcock regarding discovery | 0.60 | 800.00 | $480.00 |
| 03/04/2024 | KBD | AA | Analyze documents produced by Diocese. | 0.80 | 800.00 | $640.00 |
| 03/05/2024 | IDS | AA | Continue review of CVA and asset documents. | 4.00 | 800.00 | $3,200.00 |
| 03/05/2024 | JSP | AA | Review correspondence regarding discovery | 0.40 | 800.00 | $320.00 |
| 03/05/2024 | KBD | AA | Analyze documents/information produced by Diocese. | 2.80 | 800.00 | $2,240.00 |
| 03/06/2024 | KBD | AA | Analyze documents produced by Debtor to prepare for mediation. | 2.60 | 800.00 | $2,080.00 |
| 03/07/2024 | IDS | AA | Review CVA documents | 2.20 | 800.00 | $1,760.00 |
| 03/11/2024 | IDS | AA | Respond to J.S. Pomerantz question regarding document request to Diocese. | 0.20 | 800.00 | $160.00 |
| 03/11/2024 | JSP | AA | Correspondence regarding discovery issues | 0.70 | 800.00 | $560.00 |
| 03/12/2024 | JSP | AA | Analysis regarding possible additional discovery requests | 1.80 | 800.00 | $1,440.00 |

Pachulski Stang Ziehl & Jones LLP                                                                 Page:    6
Diocese of Ogdensburg O.C.C.                                                                      Invoice 138691
Client 18493.00002                                                                                March 31, 2024

|            |     |    |                                                                                       | Hours | Rate   | Amount     |
|------------|-----|----|---------------------------------------------------------------------------------------|-------|--------|------------|
| 03/14/2024 | JSP | AA | Call with K. Dine regarding discovery e-mail to BSK                                   | 0.10  | 800.00 | $80.00     |
| 03/14/2024 | JSP | AA | Revise correspondence in connection with discovery e-mail to BSK                      | 0.30  | 800.00 | $240.00    |
| 03/14/2024 | JSP | AA | Review documents in connection with discovery/BSK                                     | 0.70  | 800.00 | $560.00    |
| 03/14/2024 | KBD | AA | Prepare/review correspondence regarding discovery.                                    | 0.20  | 800.00 | $160.00    |
| 03/15/2024 | KBD | AA | Telephone call with J. Pomerantz regarding discovery.                                 | 0.10  | 800.00 | $80.00     |
| 03/15/2024 | KBD | AA | Prepare correspondence with BSK on discovery matters.                                 | 0.10  | 800.00 | $80.00     |
| 03/15/2024 | KBD | AA | Attention to financial documents produced by BSK.                                     | 0.40  | 800.00 | $320.00    |
| 03/16/2024 | KBD | AA | Analyze documents produced by Debtor in preparation for mediation.                    | 3.00  | 800.00 | $2,400.00  |
| 03/19/2024 | IDS | AA | Review financial information regarding parishes.                                      | 2.10  | 800.00 | $1,680.00  |
| 03/19/2024 | IDS | AA | Review pleadings filed in Diocese of Albany case regarding Cabrini fund (partial)     | 0.50  | 800.00 | $400.00    |
| 03/19/2024 | KBD | AA | Analyze documents produced by Debtor in preparation for mediation.                    | 1.20  | 800.00 | $960.00    |
| 03/20/2024 | IDS | AA | Call with BRG team regarding asset review                                             | 0.30  | 800.00 | $240.00    |
| 03/20/2024 | IDS | AA | Review documents regarding parish assets                                              | 2.10  | 800.00 | $1,680.00  |
| 03/20/2024 | JSP | AA | Correspondence regarding discovery issues                                             | 0.80  | 800.00 | $640.00    |
| 03/20/2024 | KBD | AA | Analyze documents produced by Debtor in connection with preparation for mediation.    | 1.80  | 800.00 | $1,440.00  |
| 03/22/2024 | IDS | AA | Review CVA documents                                                                  | 2.20  | 800.00 | $1,760.00  |
| 03/22/2024 | IDS | AA | Review CVA documents                                                                  | 2.90  | 800.00 | $2,320.00  |
| 03/22/2024 | KBD | AA | Analyze financial/insurance information in preparation for mediation.                 | 0.60  | 800.00 | $480.00    |
| 03/25/2024 | IDS | AA | Review documents regarding diocese and related entity assets                          | 2.80  | 800.00 | $2,240.00  |
| 03/26/2024 | IDS | AA | Continue review of parish financial docs                                              | 1.10  | 800.00 | $880.00    |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 7 |
| Diocese of Ogdensburg O.C.C. | | | | | | Invoice 138691 |
| Client 18493.00002 | | | | | | March 31, 2024 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2024 | KBD | AA | Attention to correspondence regarding document production. | 0.10 | 800.00 | $80.00 |
| 03/27/2024 | KBD | AA | Analyze documents produced by Diocese. | 0.50 | 800.00 | $400.00 |
| 03/27/2024 | KBD | AA | Attention to correspondence from BRG regarding information from Diocese. | 0.10 | 800.00 | $80.00 |
| 03/29/2024 | KBD | AA | Attention to document production. | 0.20 | 800.00 | $160.00 |
| | | | | **56.70** | | **$45,360.00** |

**Bankruptcy Litigation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/01/2024 | KBD | BL | Analyze Century 2004 papers. | 0.40 | 800.00 | $320.00 |
| 03/04/2024 | KBD | BL | Analyze pleadings filed in connection with upcoming hearing. | 0.60 | 800.00 | $480.00 |
| 03/05/2024 | IDS | BL | Review/analysis of Century 2004 motion. | 1.10 | 800.00 | $880.00 |
| 03/05/2024 | IDS | BL | Review/analysis of insurers' motion to reconsider. | 1.20 | 800.00 | $960.00 |
| 03/11/2024 | KBD | BL | Analyze pleadings filed by debtor regarding removal of cases/mediation. | 0.20 | 800.00 | $160.00 |
| 03/11/2024 | KBD | BL | Analyze pleadings relating to discovery order. | 0.20 | 800.00 | $160.00 |
| 03/11/2024 | KBD | BL | Analyze court order regarding discovery. | 0.20 | 800.00 | $160.00 |
| 03/29/2024 | KBD | BL | Analyze 2004 motion filed by Century. | 0.40 | 800.00 | $320.00 |
| 03/30/2024 | KBD | BL | Analyze issues/next steps relating to Century 2004 motion. | 0.20 | 800.00 | $160.00 |
| | | | | **4.50** | | **$3,600.00** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/04/2024 | EG | CA | Review emails and update WIP. | 0.20 | 800.00 | $160.00 |
| 03/11/2024 | EG | CA | Update WIP List. | 0.50 | 800.00 | $400.00 |
| 03/14/2024 | EG | CA | Update and distribute WIP and critical dates. | 0.50 | 800.00 | $400.00 |
| 03/18/2024 | KBD | CA | Telephone call with BSK regarding outstanding issues. | 0.10 | 800.00 | $80.00 |
| 03/20/2024 | EG | CA | Update critical dates and email I. Scharf re: same | 0.30 | 800.00 | $240.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 8
Diocese of Ogdensburg O.C.C.  Invoice 138691
Client 18493.00002  March 31, 2024

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/21/2024 | EG | CA | Update WIP and critical dates memo (.30); draft email to I. Scharf, Karen Dine and Jason Pomerantz re: same (.10) | 0.40 | 800.00 | $320.00 |
| 03/21/2024 | KBD | CA | Telephone call with E. Gray and I. Nasatir regarding case next steps. | 0.20 | 800.00 | $160.00 |
| 03/26/2024 | EG | CA | Update WIP. | 0.40 | 800.00 | $320.00 |
| 03/28/2024 | EG | CA | Work in progress call with I. Scharf and Karen Dine. | 0.30 | 800.00 | $240.00 |
| 03/28/2024 | EG | CA | Update work in progress list for WIP call. | 0.40 | 800.00 | $320.00 |
| 03/28/2024 | IDS | CA | PSZJ team meeting regarding case. | 0.40 | 800.00 | $320.00 |
| 03/28/2024 | KBD | CA | Telephone call with E. Gray and I. Scharf regarding ongoing case matters and mediation. | 0.40 | 800.00 | $320.00 |
| | | | | **4.10** | | **$3,280.00** |

**Claims Administration and Objections**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2024 | IDS | CO | Update claims analysis | 1.80 | 800.00 | $1,440.00 |
| 02/16/2024 | IDS | CO | Respond to committee member regarding claims process. | 0.80 | 800.00 | $640.00 |
| 03/04/2024 | IDS | CO | Follow-up review and analysis of POCs | 4.80 | 800.00 | $3,840.00 |
| 03/04/2024 | IDS | CO | Respond to email re Riverstone access to POC | 0.30 | 800.00 | $240.00 |
| 03/04/2024 | KBD | CO | Correspondence with BSK and counsel for insurer regarding bar date order matter. | 0.20 | 800.00 | $160.00 |
| 03/15/2024 | LAF | CO | Work on abuse claims database. | 4.10 | 300.00 | $1,230.00 |
| 03/20/2024 | KBD | CO | Analyze filed proofs of claim. | 1.20 | 800.00 | $960.00 |
| 03/25/2024 | IDS | CO | Update claims analysis | 1.80 | 800.00 | $1,440.00 |
| | | | | **15.00** | | **$9,950.00** |

**PSZJ Compensation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/01/2024 | KBD | CP | Analyze UST objection to fees. | 0.20 | 800.00 | $160.00 |
| 03/04/2024 | KBD | CP | Prepare comments to monthly fee statement. | 0.40 | 800.00 | $320.00 |
| 03/05/2024 | KBD | CP | Prepare comments to monthly fee statement. | 0.20 | 800.00 | $160.00 |
| 03/11/2024 | KBD | CP | Prepare comments relating to monthly fee statement. | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP                               Page:   9
Diocese of Ogdensburg O.C.C.                                    Invoice 138691
Client 18493.00002                                              March 31, 2024

|            |     |    |                                                                                                                                                 | Hours | Rate   | Amount     |
|------------|-----|----|-------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 03/11/2024 | KBD | CP | Telephone call with J. Pomerantz regarding billing matters.                                                                                     | 0.30  | 800.00 | $240.00    |
| 03/12/2024 | EG  | CP | Draft Certificate of Non Objection to 5th Monthly Fee Statement and prepare for filing (.40); draft email to Charles Sullivan re: same (.10).  | 0.50  | 800.00 | $400.00    |
| 03/12/2024 | EG  | CP | Revise Order Approving First Interim Fee Application and circulate.                                                                             | 0.50  | 800.00 | $400.00    |
| 03/12/2024 | KBD | CP | Telephone call with J. Pomerantz regarding fee statement.                                                                                       | 0.10  | 800.00 | $80.00     |
| 03/14/2024 | EG  | CP | Prepare 6th Monthly Fee Statement.                                                                                                              | 0.50  | 800.00 | $400.00    |
| 03/26/2024 | EG  | CP | Revise order granting first interim fee application.                                                                                            | 0.30  | 800.00 | $240.00    |
| 03/26/2024 | EG  | CP | Update professional fee tracker.                                                                                                                | 0.30  | 800.00 | $240.00    |
| 03/26/2024 | EG  | CP | Draft email to accounting re: write off.                                                                                                        | 0.10  | 800.00 | $80.00     |
| 03/29/2024 | EG  | CP | Submit Certificate of Nonobjection re: PSZJ's 6th Monthly Fee Statement.                                                                        | 0.30  | 800.00 | $240.00    |
| 03/29/2024 | EG  | CP | Draft email to Debtor's counsel re: Certificate of Nonobjection re: PSZJ's 6th Monthly Fee Statement.                                           | 0.10  | 800.00 | $80.00     |
|            |     |    |                                                                                                                                                 | **4.00** |     | **$3,200.00** |

**General Creditors' Committee**

|            |     |    |                                                                        | Hours | Rate   | Amount  |
|------------|-----|----|------------------------------------------------------------------------|-------|--------|---------|
| 02/07/2024 | IDS | GC | Email summary to counsel                                               | 0.80  | 800.00 | $640.00 |
| 02/13/2024 | IDS | GC | Email agenda for SCC meeting.                                          | 0.80  | 800.00 | $640.00 |
| 03/05/2024 | IDS | GC | Email to SCC regarding case status, pending motions                    | 0.80  | 800.00 | $640.00 |
| 03/07/2024 | KBD | GC | Correspondence with SCC regarding ongoing case issues.                 | 0.10  | 800.00 | $80.00  |
| 03/14/2024 | IDS | GC | Call with Stippel regarding case.                                      | 0.30  | 800.00 | $240.00 |
| 03/18/2024 | IDS | GC | Call with BSK team regarding case issues                               | 0.40  | 800.00 | $320.00 |
| 03/19/2024 | IDS | GC | Prepare for meeting with JAA regarding case strategy.                  | 0.40  | 800.00 | $320.00 |
| 03/19/2024 | KBD | GC | Analyze correspondence with committee regarding ongoing case issues.   | 0.10  | 800.00 | $80.00  |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002

Page: 10  
Invoice 138691  
March 31, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/20/2024 | IDS | GC | Meet with JAA regarding case strategy | 0.70 | 800.00 | $560.00 |
| 03/20/2024 | KBD | GC | Analyze correspondence among PSZJ and Committee and SCC regarding ongoing case issues. | 0.10 | 800.00 | $80.00 |
| 03/21/2024 | IDS | GC | PSZJ team meeting regarding case | 0.40 | 800.00 | $320.00 |
| 03/22/2024 | IDS | GC | Call with SCC regarding case and mediation | 1.00 | 800.00 | $800.00 |
| 03/22/2024 | KBD | GC | Telephone call with SCC regarding ongoing case issues. | 1.00 | 800.00 | $800.00 |
| 03/25/2024 | IDS | GC | Committee meeting regarding mediation | 1.00 | 800.00 | $800.00 |
| 03/25/2024 | KBD | GC | Telephone call with Committee and SCC regarding ongoing case issues. | 1.00 | 800.00 | $800.00 |
| 03/25/2024 | KBD | GC | Telephone call with I. Scharf regarding committee discussion. | 0.10 | 800.00 | $80.00 |
|  |  |  |  | **9.00** |  | **$7,200.00** |

**Hearings**

| 03/05/2024 | IDS | HE | Attend hearing and meeting with counsel afterwards re 2004 motion | 3.50 | 800.00 | $2,800.00 |
|---|---|---|---|---|---|---|
| 03/05/2024 | KBD | HE | Attend hearing telephonically on outstanding matters. | 1.70 | 800.00 | $1,360.00 |
| 03/05/2024 | KBD | HE | Follow-up call with I. Scharf regarding hearing. | 0.10 | 800.00 | $80.00 |
|  |  |  |  | **5.30** |  | **$4,240.00** |

**Insurance Coverage**

| 02/07/2024 | IDS | IC | Update coverage analysis. | 2.10 | 800.00 | $1,680.00 |
|---|---|---|---|---|---|---|
| 02/09/2024 | IDS | IC | Review Nasatir email regarding Century. | 0.30 | 800.00 | $240.00 |
| 02/09/2024 | IDS | IC | Update coverage analysis | 1.80 | 800.00 | $1,440.00 |
| 02/13/2024 | IDS | IC | Update insurance analysis. | 2.20 | 800.00 | $1,760.00 |
| 02/13/2024 | IDS | IC | Review Bair email regarding insurance analysis. | 0.70 | 800.00 | $560.00 |
| 02/16/2024 | IDS | IC | Review insurance agreements, documents. | 2.20 | 800.00 | $1,760.00 |
| 02/16/2024 | IDS | IC | Update insurance analysis. | 2.80 | 800.00 | $2,240.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 11
Diocese of Ogdensburg O.C.C.  Invoice 138691
Client 18493.00002  March 31, 2024

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/07/2024 | IDS | IC | Review insurance docs, update allocation/slotting. | 2.10 | 800.00 | $1,680.00 |
| 03/19/2024 | IDS | IC | Update insurance slotting chart. | 0.80 | 800.00 | $640.00 |
| 03/20/2024 | IDS | IC | Update slotting analysis | 1.80 | 800.00 | $1,440.00 |
| 03/21/2024 | IDS | IC | Email to Burns, Bair regarding insurance AVP | 0.20 | 800.00 | $160.00 |
| | | | | **17.00** | | **$13,600.00** |

**Mediation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/07/2024 | IDS | ME | Email to Sontchi regarding scheduling | 0.30 | 800.00 | $240.00 |
| 02/19/2024 | IDS | ME | Meeting with SCC and mediator regarding case. | 1.80 | 800.00 | $1,440.00 |
| 03/20/2024 | IDS | ME | Work on mediation statement | 1.70 | 800.00 | $1,360.00 |
| 03/20/2024 | KBD | ME | Telephone call with I. Scharf regarding preparation for mediation/document review. | 0.20 | 800.00 | $160.00 |
| 03/21/2024 | IDS | ME | Work on mediation statement | 1.90 | 800.00 | $1,520.00 |
| 03/26/2024 | IDS | ME | Work on mediation statement | 1.80 | 800.00 | $1,440.00 |
| 03/27/2024 | IDS | ME | Review insurers' objections to motion to pay mediators. | 1.00 | 800.00 | $800.00 |
| 03/27/2024 | KBD | ME | Analyze objection to mediation motion filed by insurers. | 0.60 | 800.00 | $480.00 |
| 03/28/2024 | IDS | ME | Email to Committee regarding mediation. | 0.80 | 800.00 | $640.00 |
| 03/28/2024 | IDS | ME | Work on mediation statement. | 1.80 | 800.00 | $1,440.00 |
| 03/29/2024 | KBD | ME | Analyze Debtor reply regarding mediator motion. | 0.20 | 800.00 | $160.00 |
| | | | | **12.10** | | **$9,680.00** |

**Travel**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/04/2024 | IDS | TR | Travel from New Rochelle to Syracuse | 4.00 | 0.00 | N/C |
| 03/05/2024 | IDS | TR | Travel from Utica to New Rochelle | 5.00 | 0.00 | N/C |
| | | | | **9.00** | | **$0.00** |

**TOTAL SERVICES FOR THIS MATTER:**  $100,110.00

| Pachulski Stang Ziehl & Jones LLP | Page: 12 |
|---|---|
| Diocese of Ogdensburg O.C.C. | Invoice 138691 |
| Client 18493.00002 | March 31, 2024 |

**Expenses**

| | | | |
|---|---|---|---:|
| 02/27/2024 | CC | AT&T Conference Call, JSP | 3.96 |
| 03/01/2024 | LN | 18493.00002 Lexis Charges for 03-01-24 | 19.52 |
| 03/14/2024 | PO | Postage | 0.88 |
| 03/29/2024 | PO | Postage | 0.64 |
| 03/31/2024 | OS | Everlaw, Inv. 111991 | 682.00 |
| 03/31/2024 | PAC | Pacer - Court Research | 410.00 |

**Total Expenses for this Matter**     **$1,117.00**

Pachulski Stang Ziehl & Jones LLP  Page: 13
Diocese of Ogdensburg O.C.C.  Invoice 138691
Client 18493.00002  March 31, 2024

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 03/31/2024**  (May not include recent payments)

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135073 | 09/30/2023 | $30,877.90 | $0.00 | $30,877.90 |
| 135075 | 10/31/2023 | $15,620.90 | $0.00 | $15,620.90 |
| 135258 | 11/30/2023 | $11,664.00 | $0.00 | $11,664.00 |
| 136248 | 12/31/2023 | $8,016.00 | $0.00 | $8,016.00 |
| 137954 | 01/31/2024 | $110,320.00 | $1,354.02 | $111,674.02 |
| 137955 | 02/29/2024 | $92,550.00 | $776.00 | $93,326.00 |

**Total Amount Due on Current and Prior Invoices:** **$372,405.82**