**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| The Roman Catholic Diocese of | ) Case No. |
| Ogdensburg, New York, | ) 23-60507 (PGR) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |

# CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| COUNTY OF LOS ANGELES | ) |

I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

I hereby certify that on April 18, 2024, I electronically filed the following document with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A.

- *Corrected Notice Of Filing Of Seventh Monthly Fee Statement Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To Official Committee Of Unsecured Creditors For The Roman Catholic Diocese Of Ogdensburg, New York For The Period March 1, 2024 Through March 31, 2024* [Docket No. 485]

And, I hereby certify that on April 18, 2024, I have mailed by the United States Postal Service the document to the non CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 18th day of April, 2024 at Santa Clarita, California.

*/s/ Myra Kulick*
Myra Kulick

# **EXHIBIT A**

**23-60507-6-pgr Notice will be electronically mailed to:**

- *Jeffrey Robert Anderson*   jeff@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com
- *Jesse Bair*   jbair@burnsbair.com, kdempski@burnsbair.com
- *Alexander Bein*   abein@carltonfields.com
- *Sheryl Betance*   sheryl.betance@stretto.com
- *Timothy W. Burns*   tburns@burnsbair.com, kdempski@burnsbair.com;aturgeon@burnsbair.com
- *Ashlyn Capote*   acapote@goldbergsegalla.com, bfaulkner@goldbergsegalla.com;jmorrill@goldbergsegalla.com
- *Keith Caughlin*   caughlin@schwerzmannwise.com
- *Erin Champion*   USTPRegion02.UT.ECF@usdoj.gov
- *Gaetano Dandrea*   cvgdteam@laffeybuccikent.com
- *Jillian Grace Dennehy*   jillian.dennehy@kennedyslaw.com
- *Robert Wagner DiUbaldo*   rdiubaldo@carltonfields.com
- *Karen B. Dine*   kdine@pszjlaw.com
- *Stephen A. Donato*   sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com
- *Jeffrey A. Dove*   jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com
- *Michael Finnegan*   mike@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com
- *Adam P. Haberkorn*   ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com
- *Jeff D. Kahane*   jkahane@duanemorris.com
- *Amy Christine Keller*   akeller@lglaw.com, sfischer@lglaw.com
- *Cynthia S. LaFave*   CLAFAVE@LWFLEGAL.COM, olena@lwflegal.com;mike@lwflegal.com
- *Elin Lindstrom*   elin@andersonadvocates.com
- *Betty Luu*   bluu@duanemorris.com
- *Marianne G. May*   marianne.may@clydeco.us
- *Stuart S. Mermelstein*   smermelstein@hermanlaw.com
- *Brett L Messinger*   BLMessinger@duanemorris.com, emariney@duanemorris.com
- *Andrew Mina*   amina@duanemorris.com
- *Siobhain P. Minarovich*   minarovichs@whiteandwilliams.com
- *Luis Orengo*   lorengo@carltonfields.com, kathompson@carltonfields.com
- *Jon Travis Powers*   powerst@whiteandwilliams.com
- *Bradley Puklin*   bradley.puklin@clydeco.us
- *Nathan W. Reinhardt*   nreinhardt@duanemorris.com
- *Andrew Scott Rivera*   arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com
- *Matthew Roberts*   mroberts@phrd.com, elyttle@phrd.com
- *Russell W. Roten*   RWRoten@duanemorris.com
- *Russell Webb Roten*   rwroten@duanemorris.com, dmartinez@duanemorris.com
- *Jordan Russell*   jordan.russell@clydeco.us
- *Deborah Kall Schaal*   debbie@dksattorney.com
- *Jonathan Schapp*   jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;bfaulkner@goldbergsegalla.com
- *Ilan D. Scharf*   ischarf@pszjlaw.com
- *Tancred V. Schiavoni*   tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com
- *Brendan M Sheehan*   bsheehan@bsk.com, spagano@bsk.com
- *Bruce F. Smith*   bsmith@murphyking.com
- *Taylor Stippel*   taylor@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com;elin@andersonadvocates.com
- *Catalina J. Sugayan*   catalina.sugayan@clydeco.us, nancy.lima@clydeco.us
- *Charles J. Sullivan*   csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com
- *Sara C. Temes*   stemes@bsk.com, kdoner@bsk.com;CourtMail@bsk.com
- *U.S. Trustee*   USTPRegion02.UT.ECF@usdoj.gov
- *Nora Anne Valenza-Frost*   nvalenza-frost@carltonfields.com
- *Grayson T Walter*   gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

- *Jennifer Wang     jwang@ccf-law.com, lalesci@ccf-law.com*
- *Matthew Michael Weiss    mweiss@phrd.com*
- *Harris Winsberg    hwinsberg@phrd.com*
- *Yongli Yang    yongli.yang@clydeco.us*

## **EXHIBIT B**

The Roman Catholic Diocese of Ogdensburg
Attn: Mark Mashaw
Diocesan Fiscal Officer
622 Washington Street
Ogdensburg, NY 13669