

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**JEFFREY D. EATON, ESQ.**
jeaton@bsk.com
P: 315.218.8165

May 2, 2024

**VIA ELECTRONIC FILING**

Hon. Patrick G. Radel
U.S. Bankruptcy Court
Alexander Pirnie U.S. Courthouse and Federal Building
10 Broad Street
Utica, NY  13501

Re:    *The Roman Catholic Diocese of Ogdensburg, New York; Case No. 23-60507*

Dear Judge Radel:

On March 8, 2024, the Diocese filed its *Motion for Entry of an Order Approving Mediation Fee Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code* [Docket No. 412] (the "Motion").  As the Court is aware, various parties filed opposition to the Motion. On April 2, 2024, a hearing was held and the Court granted the Motion, with an order to be submitted by the Diocese consistent with the Court's remarks on the record. The proposed order granting the Motion is due to be uploaded for the Court's consideration on or before May 2, 2024.  The Diocese respectfully requests an additional week to upload the proposed order granting the Motion.

I appreciate the Court's consideration in this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*[signature]*

Jeffrey D. Eaton

JDE/ta

17776759.3

Attorneys At Law | A Professional Limited Liability Company