**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.: 23-60507 (PGR) |
| The Roman Catholic Diocese of Ogdensburg, New York, | Chapter 11 |
| Debtor. | |

### REQUEST FOR LEAVE TO WITHDRAW APPEARANCES ON BEHALF OF CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND LONDON MARKET INSURERS

Pursuant to Local Bankruptcy Rule 2091-1, Jeff D. Kahane, Nathan Reinhardt, and Timothy W. Evanston (the "Movants"), formerly of Duane Morris LLP, seek leave to withdraw as counsel for the Certain Underwriters at Lloyd's, London and London Market Insurers (collectively "London Market Insurers" or "LMI"). In support of this Motion, Movants state as follows:

1. Effective February 10, 2025, Mr. Kahane, Mr. Reinhardt and Mr. Evanston will become attorneys at Skarzynski Marick & Black LLP ("Skarzynski Marick").

2. Mr. Kahane, Mr. Reinhardt and Mr. Evanston will file new Notices of Appearance shortly.

///

///

///

3. WHEREFORE, the Movants (a) seek leave to withdraw, (b) request entry of an order granting this motion, and (c) request such other and further relief as may be just and proper.

Dated: February 11, 2025                    **SKARZYNSKI MARICK & BLACK, LLP**

By: */s/Jeff D. Kahane*
Jeff D. Kahane (*pro hac vice*)

By: */s/Nathan Reinhardt*
Nathan Reinhardt (*pro hac vice*)

By: */s/ Timothy W. Evanston*
Timothy W. Evanston (*pro hac vice*)

SKARZYNSKI MARICK AND BLACK, LLP
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: 213-721-0650
*jkahane@skarzynski.com*
*nreinhardt@skarzynski.com*
*tevanston@skarzynski.com*

*Counsel for London Market Insurers*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was filed electronically on this 11th day of February 2025, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

*/s/ Jeff D. Kahane*