## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.: 23-60507

Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for Certain Underwriters at Lloyd's, London and Certain London Market Companies (collectively, "London Market Insurers"), and pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 1101, et seq. ("Bankruptcy Code"), demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below:

Jeff Kahane
**Skarzynski Marick & Black LLP**
663 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Telephone: (213) 721-0650
jkahane@skarzynski.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

1

written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect to seek to affect in any way of the London Market Insurers' rights or interests, in this case.

Dated:  February 11, 2025        **Skarzynski Marick & Black LLP**

                                       By: */s/ Jeff Kahane*
                                       Jeff Kahane

                                       *Counsel for London Market Insurers*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was filed electronically on this 11th day of February 2025, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

*/s/ Jeff Kahane*