**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>       Debtor. | Case No. 23-60507-6-pgr<br>Chapter 11 |

# REQUEST FOR LEAVE TO WITHDRAW APPEARANCES ON BEHALF OF CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND LONDON MARKET COMPANIES

Pursuant to Local Bankruptcy Rule 2091-1, Betty Luu and Andrew Mina (the "Movants"), of Duane Morris LLP, seek leave to withdraw as counsel for the Certain Underwriters at Lloyd's, London and London Market Companies ("LMI"). In support of this Motion, Movants state as follows:

1. Effective February 10, 2025, Betty Luu and Andrew Mina no longer represent LMI.

2. Jeff Kahane, Nathan Reinhardt and Timothy Evanston at Skayzinski Marick & Black LLP are counsel to LMI and have filed their Notices of Appearances.

3. WHEREFORE, the Movants (a) seek to withdraw, (b) request entry of an order granting this motion and (c) request such other and further relief as may be just and proper.

Dated: February 14, 2025

By */s/ Betty Luu*
Betty Luu (pro hac vice)
Andrew Mina (pro hac vice)
Duane Morris LLP
865 S. Figueroa Street, Suite 3100
Telephone: (213) 689-7400
Facsimile: (213) 689-7401
Email: Bluu@duanemorris.com

Attorneys for London Market Insurers

DM3\11269197.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was filed electronically on this 14th day of February 2025, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

By: */s/ Betty Luu*