UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period January 1, 2025 Through January 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: March 6, 2025

BLANK ROME LLP

By:   */s/ James R. Murray*
James R. Murray, Esq.
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Counsel for The Roman Catholic Diocese of Ogdensburg, New York*

21280406.v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

# MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025

Name of Applicant:   Blank Rome LLP

Authorized to Provide
Professional Services to:   The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession

Date of Retention:   Order entered September 5, 2023 [Docket No. 111] *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:   January 1, 2025 through January 31, 2025

Amount of compensation sought
as actual, reasonable and necessary:   80% of $5,798.48 ($4,638.78)

Amount of expense reimbursement sought
as actual, reasonable and necessary:   $0.00

This is a:  X  monthly  ____  quarterly  ____  final application.

This is Blank Rome LLP's fourteenth monthly fee statement in this case.

21280406.v1

# BLANKROME

1825 EYE STREET NW  
WASHINGTON, DC 20006-5403  
(202) 420-2200  
FEDERAL TAX ID NO. ▮

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF OGDENSBURG | INVOICE DATE:         FEBRUARY 24, 2025 |
| ATTN: BISHOP TERRY R. LAVALLEY | CLIENT ID:                              157456 |
| 622 WASHINGTON STREET, PO BOX 369 | MATTER NUMBER:       157456-00601 03348 |
| OGDENSBURG | INVOICE NUMBER:                  2259743 |
| NEW YORK, NY 13669 | |

**REGARDING:    ROMAN CATHOLIC DIOCESE OF OGDENSBURG**  
**                          INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 11/22/2024 | 2239835 | $26,328.61 | $0.00 | $26,328.61 |
| 01/06/2025 | 2247644 | $12,418.56 | $0.00 | $12,418.56 |
| 01/28/2025 | 2253679 | $3,036.88 | $0.00 | $3,036.88 |

**BALANCE FORWARD**                                                                                        **$41,784.05**

FOR LEGAL SERVICES RENDERED THROUGH 1/31/25          $7,530.50  
LESS 23% ACCOMMODATION                                                    ($1,732.02)  
NET SERVICES                                                                                 $5,798.48

**CURRENT INVOICE TOTAL**                                                                          **$5,798.48**

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**                       **$47,582.53**

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▮ | 130 North 18th St |
| ABA Number: | ▮ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA    NEW YORK    NEW JERSEY    DELAWARE    WASHINGTON, DC    FLORIDA    CALIFORNIA    OHIO    TEXAS    ILLINOIS    MASSACHUSETTS    SHANGHAI

# BLANK ROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ███

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF OGDENSBURG<br>ATTN: BISHOP TERRY R. LAVALLEY<br>622 WASHINGTON STREET, PO BOX 369<br>OGDENSBURG<br>NEW YORK, NY 13669 | INVOICE DATE:    FEBRUARY 24, 2025<br>CLIENT ID:    157456<br>MATTER NUMBER:    157456-00601<br>INVOICE NUMBER:    2259743<br>PAGE 1 |

**REGARDING:    ROMAN CATHOLIC DIOCESE OF OGDENSBURG
INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH JANUARY 31, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/27/25 | ANALYZE ISSUES IN PREPARATION FOR MEDIATION | J. CARTER | 1.50 | 1,215.00 |
| 01/28/25 | DRAFT LETTER TO WAUSAU RELATED TO MEDIATION | A. BERMAN | 1.10 | 544.50 |
| 01/28/25 | ANALYSIS OF LMI CLAIMS FOR MEDIATION | A. BERMAN | 0.40 | 198.00 |
| 01/28/25 | CONFERENCE WITH C. SULLIVAN REGARDING MEDIATION | J. CARTER | 0.80 | 648.00 |
| 01/28/25 | EMAILS WITH K. ROGERS AND R. MICHAELSON REGARDING COLLECTING INFORMATION FOR MEDIATION | J. CARTER | 0.40 | 324.00 |
| 01/29/25 | DRAFT MEDIATION LETTER TO WAUSAU | A. BERMAN | 0.80 | 396.00 |
| 01/29/25 | FINALIZE MEDIATION SUPPLEMENTAL SUBMISSION | J. MURRAY | 0.30 | 328.50 |
| 01/29/25 | PREPARE FOR 2/3 MEDIATION SESSION, REVIEWING CORRESPONDENCE WITH INSURER | J. CARTER | 0.30 | 243.00 |
| 01/29/25 | CONFERENCE WITH R. MICHAELSON REGARDING ISSUE IN CONNECTION WITH MEDIATION | J. CARTER | 0.10 | 81.00 |
| 01/29/25 | CALL WITH J. CARTER RE PREP FOR MEDIATION | R. MICHAELSON | 0.10 | 62.50 |
| 01/29/25 | REVIEW/ANALYZE CORRESPONDENCE IN CONNECTION WITH MEDIATION PREP | R. MICHAELSON | 0.40 | 250.00 |
| 01/30/25 | PREPARE EMAIL TO C. SULLIVAN WITH ANALYSIS OF WAUSAU IN PREPARATION FOR MEDIATION | J. CARTER | 0.40 | 324.00 |
| 01/31/25 | PREPARE FOR MEDIATION SESSION | J. CARTER | 3.60 | 2,916.00 |
| | **TOTAL SERVICES** | | | **$7,530.50** |
| | **LESS 23% ACCOMMODATION** | | | **($1,732.02)** |
| | **NET SERVICES** | | | **$5,798.48** |

**ROMAN CATHOLIC DIOCESE OF OGDENSBURG**   **PAGE 2**
**FILE NUMBER: 157456-00601**   **INVOICE # 2259743**
**FEBRUARY 24, 2025**

**CURRENT INVOICE TOTAL**   **$5,798.48**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---:|---:|---:|
| JAMES CARTER | 810.00 | 7.10 | 5,751.00 |
| JAMES MURRAY | 1,095.00 | 0.30 | 328.50 |
| ROBYN MICHAELSON | 625.00 | 0.50 | 312.50 |
| ALEXANDER H. BERMAN | 495.00 | 2.30 | 1,138.50 |
| **TOTALS** | | **10.20** | **$7,530.50** |