UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                      Debtor.

Case No.  23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period October 1, 2024 Through October 31, 2024*, a copy of which is attached hereto and hereby served upon you.

Dated: March 21, 2025

BOND, SCHOENECK & KING, PLLC

By: _____/s/  Charles J. Sullivan_____
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
         csullivan@bsk.com
         gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

21365343.v1-3/21/25

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                                                  Debtor.

Case No.  23-60507

Chapter 11

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024**

Name of Applicant:                          Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:                   The Roman Catholic Diocese of Ogdensburg, New
                                            York, Debtor-In-Possession

Date of Retention:                          Order entered September 5, 2023 [Docket No. 110]
                                            *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:                October 1, 2024 through October 31, 2024

Amount of compensation sought
as actual, reasonable and necessary:        80% of $24,856.40 ($19,885.12)

Amount of expense reimbursement sought
as actual, reasonable and necessary:        $669.70

This is a:  _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's sixteenth monthly fee statement in this case.

21365343.v1-3/21/25

BOND, SCHOENECK & KING, PLLC                                Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                                    TEL: (315) 218-8000
Syracuse, New York  13202-1355                                        FAX: (315) 218-8100

_____

                                                                    March 20, 2025
                                                              Bill Number: 20057628


Mr. Mark Mashaw
Diocesan Fiscal Officer
Diocese of Ogdensburg
622 Washington Street
Ogdensburg, NY 13669


For Legal Services Rendered through 10/31/24.

**Financial Review**
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 10/01/24 | G.T.Walter | 0.50 | $245.25 | Continued analysis of settlement issues. |
| | A.S.Rivera | 0.30 | $93.15 | Conducted research concerning recent precedent impacting the reorganization of the Diocese. |
| 10/03/24 | K.M.Doner | 0.90 | $162.00 | Assembled schedules to the Diocese's July 2024 operating report, including the necessary redactions. |
| | K.M.Doner | 2.90 | $522.00 | Analyzed the Diocese's July 2024 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's July 2024 operating report. |
| 10/05/24 | J.D.Eaton | 0.30 | $114.75 | Drafted updates to the case charter. |
| 10/07/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding the Diocese's July 2024 operating report. |
| | J.D.Eaton | 0.10 | $38.25 | Conducted telephonic conference with Attorney Sullivan regarding case status. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status, open matters and strategy. |

---

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/07/24 | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | S.C.Temes | 0.60 | $291.60 | Reviewed draft of the Diocese's July 2024 monthly operating report. |
| 10/08/24 | H.K.Adams | 0.60 | $84.00 | Revised Diocese of Ogdensburg July 2024 operating report. |
| | H.K.Adams | 0.20 | $28.00 | Drafted letter to the Clerk and interested parties regarding the Diocese's July 2024 operating report. |
| | H.K.Adams | 1.00 | $140.00 | Analyzed schedules to Diocese's July 2024 operating report. |
| 10/15/24 | G.T.Walter | 0.50 | $245.25 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| 10/17/24 | K.M.Doner | 2.50 | $450.00 | Analyzed the Diocese's August 2024 monthly operating report, together with related schedules. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to M. Mashaw providing comments to the Diocese's August 2024 operating report. |
| 10/18/24 | K.M.Doner | 0.20 | $36.00 | Corresponded with M. Mashaw regarding updates to the Diocese's August 2024 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding the Diocese's August 2024 operating report. |
| 10/21/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding the Diocese's August 2024 operating report. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and open issues. |
| | C.J.Sullivan | 0.20 | $108.90 | Revised case strategy charter. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/21/24 | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |
| 10/23/24 | H.K.Adams | 0.70 | $98.00 | Analyzed the Diocese's August 2024 operating report schedules. |
| | H.K.Adams | 0.20 | $28.00 | Finalized the Diocese's August 2024 operating report and related schedules. |
| | H.K.Adams | 0.20 | $28.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's August 2024 operating report. |
| 10/28/24 | E.J.LoBello | 0.20 | $108.90 | Participated in telephone conference with Attorney Sullivan regarding case updates and strategies. |
| | C.J.Sullivan | 0.30 | $163.35 | Revised case charter in preparation for group call concerning case status and strategy. |

|  | Subtotal: | Hours: | 14.70 | |
|  |  | Amount: | $3,986.65 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/01/24 | T.W.Simcoe | 1.50 | $816.75 | Continued analysis of restricted funds. |
| | C.J.Sullivan | 1.00 | $544.50 | Reviewed restricted fund documents. |
| 10/04/24 | T.W.Simcoe | 1.00 | $544.50 | Video conferenced with Fr. O'Brien regarding restricted gifts. |
| 10/09/24 | T.W.Simcoe | 0.40 | $217.80 | Consulted with Fr. K. O'Brien regarding questions on asset analysis. |
| | T.W.Simcoe | 0.30 | $163.35 | Consulted with Attorney Sullivan regarding asset analysis. |
| | T.W.Simcoe | 0.20 | $108.90 | Drafted follow up correspondence to Fr. K. O'Brien regarding asset analysis. |
| 10/15/24 | E.J.LoBello | 0.20 | $108.90 | Participated in telephone conference with Attorney Sullivan regarding restricted fund analysis. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 10/15/24 | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding restricted fund analysis. |
| 10/19/24 | T.W.Simcoe | 0.50 | $272.25 | Revised memo discussing restricted gifts. |
| 10/25/24 | T.W.Simcoe | 0.50 | $272.25 | Consulted with Attorney Sullivan regarding restricted funds analysis. |
| | T.W.Simcoe | 0.40 | $217.80 | Consulted with Attorney Sullivan and Fr. O'Brien regarding updates to restricted funds analysis. |
| | C.J.Sullivan | 2.00 | $1,089.00 | Reviewed restricted fund analysis. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Diocese and Attorney Simcoe regarding restricted fund analysis. |
| 10/29/24 | T.W.Simcoe | 0.90 | $490.05 | Revised Diocese summary memo regarding restricted funds analysis. |
| 10/30/24 | T.W.Simcoe | 0.30 | $163.35 | Corresponded with Fr. K. O'Brien regarding comments to restricted funds summary. |

|  | Subtotal: | Hours: | 9.90 | |
|  | | Amount: | $5,343.75 | |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 10/01/24 | K.M.Doner | 0.40 | $72.00 | Drafted proposed order approving Bond's second interim fee application. |
| | K.M.Doner | 0.40 | $72.00 | Drafted proposed order approving Blank Rome's second interim fee application. |
| | K.M.Doner | 0.40 | $72.00 | Drafted proposed order approving Schwerzmann & Wise's second interim fee application. |
| | K.M.Doner | 0.40 | $72.00 | Drafted proposed order approving Costello's second interim fee application. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Eaton regarding fee orders. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC                                    Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                             TEL: (315) 218-8000
Syracuse, New York  13202-1355                                 FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 10/01/24 | K.M.Doner | 0.10 | $18.00 | Revised proposed order approving Bond's second interim fee application. |
| | J.D.Eaton | 0.40 | $153.00 | Reviewed proposed fee orders. |
| | K.M.Doner | 0.10 | $18.00 | Reviewed Blank Rome's letter response to Court summarizing expenses associated with its second interim fee application. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Wang regarding proposed order approving Costello's second interim fee application. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Caughlin regarding proposed order approving Schwerzmann's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Murray regarding proposed order approving Blank Rome's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed order approving Costello's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed order approving Schwerzmann & Wise's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Reviewed draft of Blank Rome's August 2024 fee statement. |
| | J.D.Eaton | 0.20 | $76.50 | Reviewed letter to Court regarding explanation of certain expenses drafted by Blank Rome. |
| 10/03/24 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding order approving Bond's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Wang regarding Costello's July and August 2024 fee statements. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed Costello's July and August 2024 fee statements. |

BOND, SCHOENECK & KING, PLLC                    Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                          TEL: (315) 218-8000
Syracuse, New York  13202-1355                              FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628


Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/03/24 | K.M.Doner | 0.10 | $18.00 | Reviewed orders approving Costello's and Schwerzmann & Wise's second interim fee applications. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Wang regarding order approving Costello's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Caughlin regarding order approving Schwerzmann & Wise's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to M. Mashaw regarding order approving Costello's second interim fee application. |
| 10/04/24 | K.M.Doner | 0.10 | $18.00 | Reviewed certificate of no objection related to Blank Rome's July 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding Blank Rome's second fee order. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorney Murray regarding proposed order approving Blank Rome's second interim fee application. |
| | K.M.Doner | 0.20 | $36.00 | Revised proposed order approving Blank Rome's second interim fee application. |
| | K.M.Doner | 2.30 | $414.00 | Prepared Bond's August 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Murray and D. Lowrance regarding Blank Rome's July 2024 fee statement. |
| 10/07/24 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to D. Lowrance regarding order approving Blank Rome's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding fee statements issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/07/24 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding amendment to order approving Blank Rome's second interim fee application. |
| | J.D.Eaton | 0.20 | $76.50 | Conducted telephonic conference with K. Doner regarding Blank Rome fee order. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Court regarding amended order approving Blank Rome's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Drafted amended order approving Blank Rome's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Eaton regarding amended order approving Blank Rome's second fee application. |
| 10/10/24 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding Pachulski inquiry pertaining to balance due in connection with its second fee application. |
| 10/11/24 | C.J.Sullivan | 2.00 | $1,089.00 | Revised fee statements. |
| 10/14/24 | C.J.Sullivan | 0.50 | $272.25 | Reviewed fee statements. |
| 10/16/24 | K.M.Doner | 0.20 | $36.00 | Reviewed revisions to Bond's May and June 2024 fee statements. |
| 10/17/24 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding order approving Blank Rome's second interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding order approving Blank Rome's second interim fee application. |
| | H.K.Adams | 0.30 | $42.00 | Drafted certificate of no objection to Blank Rome's August 2024 fee statement. |
| | H.K.Adams | 0.30 | $42.00 | Drafted certificate of no objection to Costello's July 2024 fee statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/17/24 | H.K.Adams | 0.30 | $42.00 | Drafted certificate of no objection to Costello's August 2024 fee statement. |
| 10/18/24 | K.M.Doner | 0.10 | $18.00 | Reviewed draft of certificate of no objection related to Blank Rome's August 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Reviewed drafts of the certificates of no objection related to Costello's July and August 2024 fee statements. |
| | H.K.Adams | 0.20 | $28.00 | Finalized certificate of no objection to Blank Rome's August 2024 fee statement. |
| | H.K.Adams | 0.20 | $28.00 | Finalized certificate of no objection to Costello's July 2024 fee statement. |
| | H.K.Adams | 0.20 | $28.00 | Finalized certificate of no objection to Costello's August 2024 fee statement. |
| 10/21/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Wang regarding Costello's July and August 2024 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Murray and D. Lowrance regarding Blank Rome's August 2024 fee statement. |
| | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding preparation of fee application. |
| | J.D.Eaton | 0.10 | $38.25 | Conducted telephonic conference with Attorney Sullivan regarding interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding fee application issues. |
| | K.M.Doner | 0.50 | $90.00 | Reviewed revisions to Bond's May and June 2024 fee statements. |
| | J.D.Eaton | 0.10 | $38.25 | Conducted telephonic conference with K. Doner regarding upcoming fee application. |
| | K.M.Doner | 1.00 | $180.00 | Began preparing Bond's September 2024 fee statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/21/24 | C.J.Sullivan | 0.70 | $381.15 | Revised fee statements. |
| 10/22/24 | K.M.Doner | 0.10 | $18.00 | Reviewed updates to Bond's September 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Sullivan regarding Bond's September 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Reviewed updates to Bond's July 2024 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Drafted cover sheet and notice related to Bond's May 2024 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Drafted cover sheet and notice related to Bond's June 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Bond's May and June 2024 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Champion regarding Bond's May and June 2024 fee statements. |
| 10/24/24 | H.K.Adams | 0.30 | $42.00 | Drafted Blank Rome's September 2024 fee statement. |
| 10/30/24 | H.K.Adams | 0.20 | $28.00 | Finalized Blank Rome's August 2024 fee statement. |

| | Subtotal: | Hours: | 17.10 | |
| | | Amount: | $4,379.95 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/07/24 | E.J.LoBello | 0.20 | $108.90 | Participated in telephone conference with Attorney Sullivan regarding motion to extend time to remove actions. |
| | K.M.Doner | 0.10 | $18.00 | Reviewed case docket and corresponded with Attorneys Donato and Sullivan regarding October 8, 2024 hearings on various motions. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/08/24 | A.S.Rivera | 0.80 | $248.40 | Prepared for hearing on removal of state court hearing. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in hearing on motion to extend exclusive period to file chapter 11 plan and extend time to remove abuse actions to Federal Court. |
| 10/09/24 | K.M.Doner | 0.30 | $54.00 | Drafted proposed order granting third extension of time to remove actions. |
| 10/10/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding order granting third extension of time to remove actions. |
| 10/16/24 | C.J.Sullivan | 0.30 | $163.35 | Conducted research regarding developments in Diocesan caselaw. |

| | | | | |
|---|---|---|---|---|
| | Subtotal: | Hours: | 2.30 | |
| | | Amount: | $882.90 | |

**B195: Non-Working Travel**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/08/24 | A.S.Rivera | 1.50 | $465.75 | Traveled to and from Utica, New York to attend hearing on motion to approve exclusivity extension. |

| | | | | |
|---|---|---|---|---|
| | Subtotal: | Hours: | 1.50 | |
| | | Amount: | $465.75 | |

**B210: Business Operations**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/14/24 | C.J.Sullivan | 0.50 | $272.25 | Consulted with Attorney Walter regarding operating questions. |
| 10/15/24 | G.T.Walter | 0.30 | $147.15 | Exchanged correspondence with Diocese regarding various business operational issues. |
| 10/18/24 | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Diocese regarding Diocesan bank accounts. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/18/24 | J.D.Eaton | 0.30 | $114.75 | Drafted correspondence to Attorney Champion regarding new NBT bank account being opened by the Diocese. |
| 10/23/24 | J.D.Eaton | 0.30 | $114.75 | Drafted correspondence to Attorney Champion and M. Mashaw regarding opening additional NBT bank account. |
| 10/28/24 | J.D.Eaton | 0.10 | $38.25 | Conducted telephonic conference with Attorney Sullivan regarding new bank account request from Diocese. |
| 10/31/24 | G.T.Walter | 0.30 | $147.15 | Exchanged correspondence with Attorney Sullivan regarding ordinary course business operations. |
| | C.J.Sullivan | 0.50 | $272.25 | Drafted correspondence to Diocese concerning operating question. |

|  | Subtotal: | Hours: | 2.80 |
|--|-----------|--------|------|
|  |           | Amount: | $1,378.80 |

**B230: Financing/Cash Collections**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/09/24 | G.T.Walter | 0.60 | $294.30 | Exchanged correspondence with M. Mashaw regarding update to cash management order. |

|  | Subtotal: | Hours: | 0.60 |
|--|-----------|--------|------|
|  |           | Amount: | $294.30 |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 10/08/24 | A.S.Rivera | 1.00 | $310.50 | Prepared for hearing on fourth exclusivity motion. |
| | A.S.Rivera | 0.50 | $155.25 | Participated in hearing regarding extension of exclusivity period. |
| 10/09/24 | K.M.Doner | 0.30 | $54.00 | Drafted proposed order granting fourth extension of exclusivity period. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 10/10/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding order granting fourth extension of exclusive and acceptance periods. |
| | A.S.Rivera | 0.60 | $186.30 | Examined plan and disclosure statement filed in unrelated diocesan case to assess strategy for Diocese case. |
| 10/11/24 | A.S.Rivera | 1.50 | $465.75 | Examined plan and disclosure statement in unrelated diocesan case for strategy in Diocese's bankruptcy case. |
| 10/26/24 | S.A.Donato | 0.50 | $285.75 | Analyzed recent precedent impacting reorganization case. |
| | Subtotal: | Hours: | 4.50 | |
| | | Amount: | $1,475.55 | |

**B401: Mediation**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 10/01/24 | C.J.Sullivan | 1.00 | $544.50 | Prepared for meeting with mediator. |
| 10/02/24 | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorney Murray regarding mediation. |
| | J.D.Eaton | 0.20 | $76.50 | Drafted correspondence to Attorney Michaelson regarding insurer mediation reimbursement issues. |
| | J.D.Eaton | 0.30 | $114.75 | Communicated with Attorney Valenza-Frost regarding her client's overpayment and instructions on refund. |
| | J.D.Eaton | 0.20 | $76.50 | Drafted correspondence to M. Mashaw regarding mediator invoice for payment. |
| 10/03/24 | J.D.Eaton | 0.30 | $114.75 | Communicated with Attorney Valenza-Frost regarding mediator reimbursement issues. |
| | J.D.Eaton | 0.20 | $76.50 | Conducted telephonic conference with M. Mashaw regarding mediator reimbursement issues. |
| | J.D.Eaton | 0.30 | $114.75 | Reviewed mediator reimbursement issue. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--------|-------|-----|-------------|
| 10/03/24 | J.D.Eaton | 0.30 | $114.75 | Reviewed mediator invoices provided to Diocese. |
| 10/04/24 | C.J.Sullivan | 0.50 | $272.25 | Prepared for meeting with Judge Sontchi regarding mediation issues. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorney Murray regarding Judge Sontchi meeting pertaining to mediation. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in meeting with Judge Sontchi regarding mediation issues. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation follow up issues. |
| 10/06/24 | S.A.Donato | 0.20 | $114.30 | Conferred with Committee counsel regarding mediation follow up issues. |
| 10/07/24 | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding mediation issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation updates. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding mediation updates. |
| 10/08/24 | J.D.Eaton | 0.30 | $114.75 | Corresponded with Attorney Valenza-Frost regarding mediator invoice overpayment and reimbursement issues. |
| | J.D.Eaton | 0.30 | $114.75 | Communicated with M. Mashaw regarding refund to insurer for mediator overpayment. |
| 10/15/24 | J.D.Eaton | 0.20 | $76.50 | Conducted telephonic conference with Attorney Sullivan regarding research for mediation. |
| 10/21/24 | C.J.Sullivan | 0.50 | $272.25 | Reviewed draft of letter to mediator regarding late notice issues. |
| 10/23/24 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation updates. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/23/24 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation updates and BRG financial review issues. |
| 10/25/24 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation strategies. |
| 10/27/24 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation updates. |
| 10/28/24 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Donato regarding mediation updates. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding mediation updates. |

|  | Subtotal: | Hours: | 9.30 |
|---|---|---|---|
|  |  | Amount: | $4,664.25 |

**B402: Discovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/01/24 | B.M.Sheehan | 0.50 | $202.50 | Consulted with Diocesan counsel regarding insurer discovery inquiries. |
| 10/04/24 | B.M.Sheehan | 3.20 | $1,296.00 | Drafted response to insurance carrier discovery inquiry. |
| 10/07/24 | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Sullivan regarding discovery issues. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Diocesan counsel regarding discovery. |
| 10/08/24 | B.M.Sheehan | 0.20 | $81.00 | Drafted correspondence to insurer regarding discovery. |
| 10/14/24 | B.M.Sheehan | 0.30 | $121.50 | Reviewed correspondence from insurance carrier counsel regarding subpoenas. |
| 10/15/24 | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Sullivan regarding discovery issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 10/28/24 | B.M.Sheehan | 0.10 | $40.50 | Consulted with Attorney Sullivan regarding insurance carrier discovery issues. |

| | Subtotal: | Hours: | 4.90 | |
| | | Amount: | $1,984.50 | |

**Total Hours and Fees For This Matter:**          67.60          $24,856.40

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 2.50 | $571.50 | $1,428.75 |
| E. J. LoBello (Member) | 0.60 | 544.50 | 326.70 |
| B. M. Sheehan (Member) | 4.90 | 405.00 | 1,984.50 |
| T. W. Simcoe (Member) | 6.00 | 544.50 | 3,267.00 |
| C. J. Sullivan (Member) | 14.70 | 544.50 | 8,004.15 |
| S. C. Temes (Member) | 0.60 | 486.00 | 291.60 |
| G. T. Walter (Member) | 3.40 | 490.50 | 1,667.70 |
| J. D. Eaton (Senior Counsel) | 4.70 | 382.50 | 1,797.75 |
| A. S. Rivera (Associate) | 6.50 | 310.50 | 2,018.25 |
| H. K. Adams (Paralegal) | 4.90 | 140.00 | 686.00 |
| K. M. Doner (Paralegal) | 18.80 | 180.00 | 3,384.00 |
| **Total** | 67.60 | | $24,856.40 |

BOND, SCHOENECK & KING, PLLC                    Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                        TEL: (315) 218-8000
Syracuse, New York  13202-1355                            FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057628

Diocese of Ogdensburg

**Matter Disbursement Summary**

| | |
|---|---:|
| Color Copy Charges | $8.60 |
| Copy Charges | 98.60 |
| Data Hosting & Storage | 405.00 |
| Westlaw | 157.50 |
| **Total Disbursements** | **$669.70** |
| **TOTAL FOR THIS MATTER** | **$25,526.10** |