UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period November 1, 2024 Through November 30, 2024*, a copy of which is attached hereto and hereby served upon you.

Dated: March 21, 2025

BOND, SCHOENECK & KING, PLLC

By:  /s/  Charles J. Sullivan
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

21365354.v1-3/21/25

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

# MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | November 1, 2024 through November 30, 2024 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $28,531.35 ($22,825.08) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $435.00 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's seventeenth monthly fee statement in this case.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

March 20, 2025  
Bill Number: 20057629

Mr. Mark Mashaw  
Diocesan Fiscal Officer  
Diocese of Ogdensburg  
622 Washington Street  
Ogdensburg, NY 13669

For Legal Services Rendered through 11/30/24.

**Financial Review**  
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 11/03/24 | A.S.Rivera | 0.20 | $62.10 | Conducted research regarding recent precedent impacting reorganization of Diocese. |
| 11/04/24 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan case status and strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| 11/07/24 | K.M.Doner | 0.20 | $36.00 | Corresponded with M. Mashaw regarding the Diocese's September and October 2024 operating reports. |
| 11/11/24 | G.T.Walter | 0.30 | $147.15 | Reviewed case status and strategy with Attorney Sullivan. |
| | E.J.LoBello | 0.30 | $163.35 | Participated in telephone conference with Attorney Sullivan regarding case status and strategies. |
| 11/17/24 | C.J.Sullivan | 0.50 | $272.25 | Revised case charter in preparation for status call with Bond working group. |
| 11/18/24 | A.S.Rivera | 0.50 | $155.25 | Conducted research regarding recent precedent impacting reorganization of Diocese. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

March 20, 2025  
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/25/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding updates to case charter. |
| | J.D.Eaton | 0.10 | $38.25 | Conducted telephonic conference with Attorney Sullivan regarding operating report issues. |
| | G.T.Walter | 0.30 | $147.15 | Attended meeting with Attorney Sullivan regarding case status and strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |

Subtotal:  Hours: 3.40  Amount: $1,513.35

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/01/24 | T.W.Simcoe | 0.40 | $217.80 | Reviewed updated restricted gift summary and document overview from Fr. K. O'Brien. |
| | C.J.Sullivan | 1.00 | $544.50 | Reviewed summary of restricted funds. |
| 11/04/24 | E.J.LoBello | 0.20 | $108.90 | Participated in telephone conference with Attorney Sullivan regarding analysis of restricted funds. |
| 11/11/24 | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding analysis of restricted and unrestricted assets. |
| 11/13/24 | C.J.Sullivan | 0.50 | $272.25 | Reviewed file materials regarding Wassau denial of coverage. |
| 11/18/24 | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding status of restricted fund analysis. |
| 11/22/24 | C.J.Sullivan | 0.50 | $272.25 | Participated in call with Attorney Murray regarding Wassau coverage position. |

Subtotal:  Hours: 2.90  Amount: $1,508.85

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B150: Meetings of and Communications with Creditors** | | | | |
| 11/25/24 | G.T.Walter | 0.20 | $98.10 | Conferred with Committee counsel regarding case status, open issues and mediation. |
| | Subtotal: | Hours:<br>Amount: | 0.20<br>$98.10 | |
| **B160: Fee/Employment Applications** | | | | |
| 11/04/24 | J.D.Eaton | 0.10 | $38.25 | Conducted telephonic conference with Attorney Temes regarding amendment of Pinto retention. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed revisions to Bond's August and September 2024 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with J. Lewke regarding Bond's July, August and September 2024 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding Bond's third interim fee application. |
| | J.D.Eaton | 0.10 | $38.25 | Conducted telephonic conference with K. Doner regarding interim fee application. |
| | S.C.Temes | 0.60 | $291.60 | Reviewed amended retention application for Pinto. |
| 11/05/24 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding next round of fee applications. |
| | K.M.Doner | 0.30 | $54.00 | Participated in various follow up telephone conferences with Attorney Eaton regarding Bond's third interim fee application. |
| | K.M.Doner | 0.40 | $72.00 | Participated in follow up telephone conference with Attorney Sullivan regarding Bond's third interim fee application. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorney Eaton regarding fee application. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center                                            TEL: (315) 218-8000
Syracuse, New York  13202-1355                                FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/06/24 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Sullivan regarding Bond's third interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding third round of fee applications. |
| | K.M.Doner | 0.30 | $54.00 | Finalized Bond's July 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Bond's July 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Trustee Champion regarding Bond's July 2024 fee statement. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to D. Lowrance of Blank Rome regarding Blank Rome's third interim fee application. |
| | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to all professionals regarding third round of fee applications. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed certificates of no objection related to Bond's May and June and Costello's September 2024 fee statements. |
| | C.J.Sullivan | 1.00 | $544.50 | Reviewed fee statements. |
| | J.D.Eaton | 0.10 | $38.25 | Drafted communication to Attorney Gray regarding question on Committee fee applications. |
| | J.D.Eaton | 4.10 | $1,568.25 | Commenced preparation of interim fee application for Bond. |
| 11/07/24 | K.M.Doner | 0.50 | $90.00 | Drafted cover sheets and related notices in connection with Bond's August and September 2024 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Stretto regarding Bond's August and September 2024 fee statements. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding Bond's third interim fee application. |

BOND, SCHOENECK & KING, PLLC                                    Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                              TEL: (315) 218-8000
Syracuse, New York  13202-1355                                  FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/07/24 | J.D.Eaton | 0.20 | $76.50 | Conducted telephonic conferences with M. Mashaw and K. Doner regarding interim fee application. |
| | J.D.Eaton | 4.10 | $1,568.25 | Finalized draft interim fee application of Bond. |
| | K.M.Doner | 2.00 | $360.00 | Drafted Blank Rome's third interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Murray and D. Lowrance regarding Blank Rome's third interim fee application. |
| | K.M.Doner | 1.00 | $180.00 | Prepared summary report of fees and expenses incurred in connection with Bond's third interim fee application. |
| | K.M.Doner | 1.60 | $288.00 | Revised Bond's third interim fee application. |
| | C.J.Sullivan | 1.00 | $544.50 | Worked on fee statements. |
| 11/11/24 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Eaton regarding Bond's third interim fee application. |
| | J.D.Eaton | 0.20 | $76.50 | Conducted telephonic conference with Attorney Sullivan regarding fee application issues. |
| | K.M.Doner | 0.30 | $54.00 | Corresponded with Attorney Sullivan regarding Bond's third fee application and fee statement issues. |
| | K.M.Doner | 0.20 | $36.00 | Participated in follow up telephone conference with Attorney Eaton regarding fee application issues for various professionals. |
| | K.M.Doner | 0.40 | $72.00 | Drafted summary and cover sheet in connection with Bond's third interim fee application. |
| | K.M.Doner | 0.30 | $54.00 | Revised Blank Rome's third interim fee application. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

March 20, 2025  
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/11/24 | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorney Murray and D. Lowrance regarding Blank Rome's third interim fee application. |
| | K.M.Doner | 0.30 | $54.00 | Drafted summary and cover sheet in connection with Blank Rome's third interim fee application. |
| | K.M.Doner | 0.20 | $36.00 | Drafted exhibit to Blank Rome's third interim fee application. |
| | K.M.Doner | 0.80 | $144.00 | Drafted exhibits to Bond's third fee application. |
| | J.D.Eaton | 0.30 | $114.75 | Revised fee application of Schwerzmann & Wise. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Eaton regarding Schwerzmann's third fee application. |
| | K.M.Doner | 0.20 | $36.00 | Participated in follow up telephone conference with Attorney Eaton regarding fee applications of various professionals. |
| | J.D.Eaton | 0.20 | $76.50 | Conducted telephonic conference with K. Doner regarding revisions to Bond fee application. |
| | J.D.Eaton | 0.30 | $114.75 | Revised Costello, Cooney & Fearon fee application. |
| | K.M.Doner | 0.20 | $36.00 | Revised Bond's third interim fee application. |
| | K.M.Doner | 1.00 | $180.00 | Drafted joint notice of hearings in connection with third round of fee applications. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed draft of Schwerzmann & Wise's third fee application. |
| 11/12/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Eaton regarding fee applications of various professionals. |
| | K.M.Doner | 0.50 | $90.00 | Revised Blank Rome's third fee application. |
| | K.M.Doner | 0.20 | $36.00 | Revised Costello's third fee application and related cover sheet. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/12/24 | J.D.Eaton | 0.40 | $153.00 | Revised cover sheets for Bond and Blank Rome's third interim fee applications. |
| | K.M.Doner | 0.20 | $36.00 | Revised Schwerzmann & Wise's third fee application. |
| | K.M.Doner | 0.40 | $72.00 | Finalized Bond's third fee application, together with related exhibits and cover sheet. |
| | K.M.Doner | 0.10 | $18.00 | Revised summary and cover sheet in connection with Bond's third fee application. |
| | K.M.Doner | 0.10 | $18.00 | Revised summary and cover sheet in connection with Blank Rome's third fee application. |
| | K.M.Doner | 0.10 | $18.00 | Revised joint notice of hearings in connection with third round of fee applications. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Committee counsel regarding joint notice related to third round of fee applications. |
| | K.M.Doner | 0.20 | $36.00 | Finalized Blank Rome's third fee application, together with related exhibit and cover sheet. |
| | K.M.Doner | 0.20 | $36.00 | Finalized Costello's third fee application, together with exhibit and cover sheet. |
| | K.M.Doner | 0.30 | $54.00 | Finalized Schwerzmann & Wise's third fee application, together with related exhibits and cover sheet. |
| | K.M.Doner | 0.30 | $54.00 | Corresponded with Stretto regarding Bond, Blank Rome's, Costello's and Schwerzmann's third fee applications. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Gray regarding Committee's fee applications. |
| | K.M.Doner | 0.30 | $54.00 | Finalized joint notice of hearings in connection with third round of fee applications. |
| | J.D.Eaton | 0.40 | $153.00 | Conducted telephonic conference with Attorney Gray regarding Committee fee application filings. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/12/24 | J.D.Eaton | 0.30 | $114.75 | Reviewed joint notice of fee applications. |
| | J.D.Eaton | 0.30 | $114.75 | Revised Blank Rome fee application. |
| 11/21/24 | J.D.Eaton | 0.20 | $76.50 | Conducted telephonic conference with Attorney E. Champion regarding question on fee applications. |
| 11/22/24 | K.M.Doner | 0.60 | $108.00 | Drafted certificates of no objection related to Bond's July, August and September 2024 fee statements. |
| | K.M.Doner | 0.20 | $36.00 | Drafted certificate of no objection to Blank Rome's September 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Sullivan regarding Bond's July, August and September 2024 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Murray and D. Lowrance regarding Blank Rome's September 2024 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Drafted Certifications pursuant to Local Rule 2016 in connection with Bond's, Blank Rome's, Schwerzmann's and Costello's third interim fee applications. |
| | J.D.Eaton | 0.20 | $76.50 | Conferred with K. Doner regarding Diocese approval certifications to be filed in support of fee applications. |
| 11/26/24 | K.M.Doner | 1.20 | $216.00 | Drafted Bond's October 2024 fee statement. |
| 11/27/24 | C.J.Sullivan | 1.00 | $544.50 | Prepared for fee application hearing. |

Subtotal:   Hours:    34.10
            Amount:   $9,926.10

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

March 20, 2025  
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B190: Other Contested Matters (excluding assumption/rejection motions)** | | | | |
| 11/25/24 | S.C.Temes | 1.10 | $534.60 | Conferred with Attorney Sullivan regarding insurance documentation and reviewed same. |
| | Subtotal: | Hours:<br>Amount: | 1.10<br>$534.60 | |
| **B210: Business Operations** | | | | |
| 11/06/24 | C.J.Sullivan | 1.00 | $544.50 | Reviewed request concerning expenditure by Diocese of vehicle purchase. |
| | Subtotal: | Hours:<br>Amount: | 1.00<br>$544.50 | |
| **B230: Financing/Cash Collections** | | | | |
| 11/04/24 | G.T.Walter | 1.00 | $490.50 | Review budget for cash management order. |
| 11/25/24 | G.T.Walter | 0.50 | $245.25 | Prepare correspondence to Committee counsel regarding cash management order. |
| | Subtotal: | Hours:<br>Amount: | 1.50<br>$735.75 | |
| **B320: Plan and Disclosure Statement (including Business Plan)** | | | | |
| 11/04/24 | S.A.Donato | 0.40 | $228.60 | Analyzed recent precedent impacting Diocese's reorganization case. |
| | Subtotal: | Hours:<br>Amount: | 0.40<br>$228.60 | |
| **B401: Mediation** | | | | |
| 11/01/24 | S.A.Donato | 0.30 | $171.45 | Conferred with mediator regarding mediation updates. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW                                                             Federal Tax ID 27-0015651

One Lincoln Center                                                            TEL: (315) 218-8000
Syracuse, New York  13202-1355                                                FAX: (315) 218-8100

March 20, 2025  
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/06/24 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation issues and insurance carrier defense issues. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation issues and insurance carrier defense issues. |
| | C.J.Sullivan | 0.50 | $272.25 | Corresponded with the Diocese and Attorney Donato regarding upcoming mediation. |
| 11/11/24 | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding mediation follow up issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation follow up issues. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from mediator regarding follow up issues. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding mediation issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding mediation follow up issues. |
| 11/13/24 | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney Sullivan regarding mediation follow up issues. |
| | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Attorney Donato and Diocese regarding mediation. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from mediator regarding mediation follow up issues. |
| 11/14/24 | J.D.Eaton | 0.20 | $76.50 | Drafted correspondence to M. Mashaw requesting payment of mediator invoice. |
| 11/18/24 | E.J.LoBello | 0.30 | $163.35 | Participated in telephone conference with Attorney Sullivan regarding mediation strategies. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

March 20, 2025  
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/18/24 | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from mediator regarding mediation follow up issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to mediator regarding mediation follow up issues. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in conference call with Attorney Donato regarding mediation issues. |
| | C.J.Sullivan | 0.50 | $272.25 | Prepared for mediation. |
| 11/19/24 | C.J.Sullivan | 1.50 | $816.75 | Continued preparation for mediation. |
| 11/21/24 | C.J.Sullivan | 0.50 | $272.25 | Prepared for mediation. |
| 11/22/24 | T.W.Simcoe | 0.50 | $272.25 | Participated in telephone conference with Fr. K. O'Brien and Attorney Sullivan regarding preparation for mediation. |
| | C.J.Sullivan | 1.00 | $544.50 | Reviewed documents to prepare for mediation. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in meeting with Diocese regarding mediation preparation. |
| 11/25/24 | E.J.LoBello | 0.20 | $108.90 | Participated in telephone conference with Attorney Sullivan regarding mediation strategies. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with Committee counsel regarding mediation update issues. |
| | S.A.Donato | 0.40 | $228.60 | Participated in conference call with Diocese and special insurance counsel regarding mediation preparation. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Committee counsel regarding mediation updates. |
| | C.J.Sullivan | 1.00 | $544.50 | Participated in call with Diocese to prepare for mediation. |
| | C.J.Sullivan | 1.00 | $544.50 | Continued to prepare for mediation. |
| 11/26/24 | S.A.Donato | 0.60 | $342.90 | Prepared for mediation session. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

March 20, 2025  
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/26/24 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation session. |
| | S.A.Donato | 1.00 | $571.50 | Participated in mediation session. |
| | S.A.Donato | 0.30 | $171.45 | Participated in supplemental consultation with Attorney Sullivan regarding mediation session. |
| | C.J.Sullivan | 1.00 | $544.50 | Participated in mediation. |
| | Subtotal: | Hours: | 16.20 | |
| | | Amount: | $8,923.50 | |

**B402: Discovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/04/24 | T.W.Simcoe | 2.00 | $1,089.00 | Worked on reviewing and finalizing organization of documents for restricted funds for production. |
| | T.W.Simcoe | 0.40 | $217.80 | Consulted with Attorney Temes regarding production of documents. |
| | S.C.Temes | 0.30 | $145.80 | Participated in call with Attorney Sullivan regarding discovery issues. |
| | S.C.Temes | 0.40 | $194.40 | Participated in call with Attorney Simcoe regarding production of financial documents for Committee. |
| 11/05/24 | N.C.Searle | 0.10 | $18.45 | Prepared a secure file transfer link for Attorney Temes. |
| | T.W.Simcoe | 0.50 | $272.25 | Further reviewed materials from Fr. O'Brien in response to Committee discovery. |
| | T.W.Simcoe | 0.40 | $217.80 | Continued organization of documents for production. |
| 11/06/24 | J.L.McIlroy | 0.10 | $25.65 | Prepared data in eDiscovery platform for Attorney Temes. |
| 11/07/24 | J.L.McIlroy | 0.50 | $128.25 | Prepared production draft from eDiscovery platform for Attorney Temes. |

**BOND, SCHOENECK & KING, PLLC**  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                                                                               TEL: (315) 218-8000
Syracuse, New York  13202-1355                                                                        FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057629

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/08/24 | J.L.McIlroy | 0.50 | $128.25 | Finalized production from eDiscovery platform for Attorney Temes. |
| | T.W.Simcoe | 0.30 | $163.35 | Reviewed documents for disclosure and production. |
| | S.C.Temes | 1.30 | $631.80 | Reviewed restricted fund support for production. |
| 11/11/24 | S.C.Temes | 0.50 | $243.00 | Participated in call with Attorney Sheehan regarding open issues and document production follow up. |
| | B.M.Sheehan | 0.50 | $202.50 | Consulted with Attorney Temes regarding document production follow up issues. |
| | J.S.Krell | 0.20 | $87.30 | Discussed document production with Attorney Temes. |
| 11/19/24 | S.C.Temes | 1.10 | $534.60 | Reviewed insurance issues in document production. |
| 11/20/24 | T.W.Simcoe | 0.40 | $217.80 | Reviewed Diocesan Trust Fund analysis from Fr. K. O'Brien in preparation for production. |

Subtotal:   Hours:    9.50
            Amount:  $4,518.00

**Total Hours and Fees For This Matter:**                                               70.30                $28,531.35

BOND, SCHOENECK & KING, PLLC         Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                    TEL: (315) 218-8000
Syracuse, New York  13202-1355        FAX: (315) 218-8100

March 20, 2025
Bill Number: 20057629

Diocese of Ogdensburg

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---|---|---|
| S. A. Donato (Member) | 6.00 | $571.50 | $3,429.00 |
| E. J. LoBello (Member) | 1.00 | 544.50 | 544.50 |
| B. M. Sheehan (Member) | 0.50 | 405.00 | 202.50 |
| T. W. Simcoe (Member) | 4.90 | 544.50 | 2,668.05 |
| C. J. Sullivan (Member) | 16.70 | 544.50 | 9,093.15 |
| S. C. Temes (Member) | 5.30 | 486.00 | 2,575.80 |
| G. T. Walter (Member) | 2.90 | 490.50 | 1,422.45 |
| J. D. Eaton (Senior Counsel) | 11.80 | 382.50 | 4,513.50 |
| J. S. Krell (Senior Counsel) | 0.20 | 436.50 | 87.30 |
| A. S. Rivera (Associate) | 1.00 | 310.50 | 310.50 |
| K. M. Doner (Paralegal) | 18.80 | 180.00 | 3,384.00 |
| J. L. McIlroy (Other) | 1.10 | 256.50 | 282.15 |
| N. C. Searle (Other) | 0.10 | 184.50 | 18.45 |
| **Total** | 70.30 | | $28,531.35 |

**Matter Disbursement Summary**

| | |
|---|---|
| Data Hosting & Storage | $405.00 |
| Westlaw | 30.00 |
| **Total Disbursements** | **$435.00** |
| **TOTAL FOR THIS MATTER** | **$28,966.35** |