| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|
| Please Read Instructions: | **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. NAME<br>Eleanor Hauth-Schmid | 2. PHONE NUMBER<br>(202) 843-6254 | 3. DATE<br>3/31/2025 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>eleanor.hauth-schmid@tr.com | 5. CITY<br>Eagan | 6. STATE<br>MN | 7. ZIP CODE<br>55121 |
| 8. CASE NUMBER<br>6:23-bk-60507 | 9. JUDGE<br>Patrick Radel | DATES OF PROCEEDINGS | |
| | | 10. FROM 3/18/2025 | 11. TO 3/18/2025 |
| 12. CASE NAME<br>The Roman Catholic Diocese of Ogdensburg | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Utica | 14. STATE New York |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify)<br>Hearing | 03/18/2025 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [x] | [ ] | NO. OF COPIES 1 | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| Next-Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-Hour | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

RECEIVED 2025 APR -1 AM 10: 02 CLERK OF THE BANKRUPTCY COURT N.D. OF NY UTICA

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>Eleanor Hauth-Schmid | PROCESSED BY | |
| 19. DATE<br>3/31/2025 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY<br>J&J Court Transcribers, Inc<br>email: jjcourt@jjcourt.co | COURT ADDRESS | |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY