UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of | ) | |
| Ogdensburg, New York, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**STATUS REPORT**

Between the time of the last hearing and today, the Committee[1] sent a letter to Gallagher

asking that it comply.  Essentially nothing else has happened besides Gallagher asking for

extensions and the Committee agreeing.  We don't know what communications have taken place

between the Debtor and Gallagher because the Committee and Debtor have not told us.


Dated: April 1, 2025

Respectfully submitted,


By:    /s/ *Tancred Schiavoni*
**O'MELVENY & MYERS LLP**
Tancred V. Schiavoni, Esq.
Michael M. Klotz, Esq.
1301 Avenue of the Americas
Suite 1700
New York, NY  10019
Telephone:  212-326-2000
Email:  tschiavoni@omm.com
        mklotz@omm.com

**CLYDE & CO US LLP**
Marianne May
200 Campus Drive, Suite 300
Florham Park, NJ  07932
Telephone:  (973) 210-6700

---

[1] All defined terms from *Century's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Century to Enforce the Subpoena the Committee Issued to Gallagher* (Dkt. No. 849) are incorporated herein by reference.

-2-

Facsimile:  (973) 210-6701
E-mail:  marianne.may@clydeco.us

*Counsel for Century Indemnity Company,
as successor to CCI Insurance Company, as
successor to Insurance Company of North
America*