UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of | ) | |
| Ogdensburg, New York, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

    I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

    On April 21, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Fourth Order Extending the Period Within Which the Diocese May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rulesd of Bankruptcy Procedure** (Docket No. 901)

Dated: April 22, 2025

                                           */s/ Gregory A. Lesage*
                                           Gregory A. Lesage
                                         STRETTO
                                         410 Exchange, Suite 100
                                         Irvine, CA 92602
                                         (855) 329-4244

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| ABUSE CLAIMANTS | C/O ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ | ATTN: DEOLA T. ALI AND MUHAMMAD S. AZIZ | 800 COMMERCE ST | | HOUSTON | TX | 77002-1776 |
| ABUSE CLAIMANTS | C/O ASK LLP | | 2600 EAGAN WOODS DR # 400 | | ST PAUL | MN | 55121 |
| ABUSE CLAIMANTS | C/O BELLUCK & FOX, LLP | ATTN: HARRIS MARKS | 546 5TH AVE 5TH FLOOR | | NEW YORK | NY | 10036 |
| ABUSE CLAIMANTS | C/O D'ARCY JOHNSON DAY, PC | ATTN: PETER W. SMITH | 1501 BROADWAY | 12TH FLOOR | NEW YORK | NY | 10036 |
| ABUSE CLAIMANTS | C/O DOUGLAS & LONDON, P.C. | ATTN: RANDOLPH JANIS | 59 MAIDEN LN | 6TH FLOOR | NEW YORK | NY | 10038 |
| ABUSE CLAIMANTS | C/O FREESE & GOSS | ATTN: TIM K. GOSS AND PETER DE LA CERDA | 3500 MAPLE AVE | SUITE 1100 | DALLAS | TX | 75219 |
| ABUSE CLAIMANTS | C/O HERMAN LAW | ATTN: JEFF HERMAN, DAN ELLIS, AND SCOTT MICHAEL DUQUIN | 475 5TH AVENUE | 17TH FLOOR | NEW YORK | NY | 10017 |
| ABUSE CLAIMANTS | C/O HURLEY MCKENNA & MERTZ, P.C. | ATTN: CHRISTOPHER T. HURLEY, EVAN M. SMOLA, & MARK R. M | 20 S CLARK ST SUITE 2250 | | CHICAGO | IL | 60603 |
| ABUSE CLAIMANTS | C/O JAMES, VERNON AND WEEKS, P.A. | ATTN: LEANDER L. JAMES, IV AND CRAIG K. VERNON | 1626 LINCOLN WAY | | COEUR D'ALENE | ID | 83814 |
| ABUSE CLAIMANTS | C/O JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C. | ATTN: ERIC G. KAHN & RUBIN M. SININS | 505 MORRIS AVENUE | 2ND FLOOR | SPRINGFIELD | NJ | 07081 |
| ABUSE CLAIMANTS | C/O LAW OFFICES OF MICHAEL G. DOWD | ATTN: MICHAEL G. DOWD | 1981 MARCUS AVENUE | SUITE 200 | LAKE SUCCESS | NY | 11042 |
| ABUSE CLAIMANTS | C/O LAW OFFICES OF MICHAEL G. DOWD | ATTN: MICHAEL G. DOWD | 600 THIRD AVENUE | 15TH FLOOR | NEW YORK | NY | 10016 |
| ABUSE CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | ATTN: MITCHELL GARABEDIAN AND WILLIAM H. GORDON | 100 STATE STREET, 6TH FLOOR | | BOSTON | MA | 02109 |
| ABUSE CLAIMANTS | C/O LEVY KONIGSBERG, LLP | ATTN: CHRISTOPHER GANZ AND HELENE M. WEISS | 605 THIRD AVE., 33RD FL. | | NEW YORK | NY | 10158 |
| ABUSE CLAIMANTS | C/O MARC J. BERN & PARTNERS, LLP | 60 E 42ND ST | STE 1400 | | NEW YORK | NY | 10165-1499 |
| ABUSE CLAIMANTS | C/O MARSH LAW FIRM PLLC | ATTN: JAMES R. MARSH, JENNIFER FREEMAN AND ROBERT LEWIS | 31 HUDSON YARDS | 11TH FLOOR | NEW YORK | NY | 10001-2170 |
| ABUSE CLAIMANTS | C/O MATTHEWS & ASSOCIATES | ATTN: DAVID P. MATTHEWS AND LIZA L. ROYS | 2905 SACKETT STREET | | HOUSTON | TX | 77098 |
| ABUSE CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JORDAN K. MERSON, JESSE R. MAUTNER, AND MERSON LAW | 950 THIRD AVENUE | 18TH FLOOR | NEW YORK | NY | 10022 |
| ABUSE CLAIMANTS | C/O MONROE LAW LLC | ATTN: TERESA A. MONROE | 182 LOCUST AVENUE | | AMSTERDAM | NY | 12010 |
| ABUSE CLAIMANTS | C/O NOAKER LAW FIRM, LLC | ATTN: PATRICK NOAKER | 13 VILLAGE LN | | EXCELSIOR | MN | 55331-2608 |
| ABUSE CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: VINCENT T. NAPPO AND ANELGA DOUMANIAN | 31 HUDSON YARDS | 11TH FLOOR | NEW YORK | NY | 10001-2170 |
| ABUSE CLAIMANTS | C/O POWERS & SANTOLA, LLP | | 100 GREAT OAKS BLVD | SUITE 123 | ALBANY | NY | 12203 |
| ABUSE CLAIMANTS | C/O REICH & BINSTOCK | ATTN: DENNIS REICH | 4265 SAN FELIPE | SUITE 1000 | HOUSTON | TX | 77027 |
| ABUSE CLAIMANTS | C/O RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP | ATTN: THOMAS P. GIUFFRA | 551 FIFTH AVENUE | 29TH FLOOR | NEW YORK | NY | 10016 |
| ABUSE CLAIMANTS | C/O RONALD J. KIM, PC | ATTN: RONALD J. KIM | PO BOX 318 | | SARATOGA SPGS | NY | 12866 |
| ABUSE CLAIMANTS | C/O SEEGER WEISS, LLP | ATTN: CHRISTOPHER A. SEEGER, STEPHEN A. WEISS, MICHELLE SIMPSON TUEGEL, & RICK BARRECA | 100 CHURCH STREET | | NEW YORK | NY | 10007 |
| ABUSE CLAIMANTS | C/O SIMMONS HANLY CONROY LLC | ATTN: PAUL J. HANLY, JR., TRENT B. MIRACLE, JAYNE CONROY, & ANDREA BIERSTEIN | 112 MADISON AVENUE | 7TH FLOOR | NEW YORK | NY | 10016 |
| ABUSE CLAIMANTS | C/O SIMPSON TUEGEL LAW FIRM | ATTN: MICHELLE SIMPSON TUEGEL | 3611 SWISS AVENUE, SUITE 200 | | DALLAS | TX | 75204 |
| ABUSE CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | ATTN: ADAM P. SLATER & LINC C. LEDER | 488 MADISON AVE | 20TH FLOOR | NEW YORK | NY | 10022 |
| ABUSE CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | ATTN: ADAM P. SLATER, ROBERT CIAK, AND LINC C. LEDER | 445 BROAD HOLLOW RD | STE 419 | MELVILLE | NY | 11747 |
| ABUSE CLAIMANTS | C/O SWEENEY, REICH & BOLZ, LLP | ATTN: GERARD J. SWEENEY | 1981 MARCUS AVENUE | SUITE 200 | LAKE SUCCESS | NY | 11042 |
| ABUSE CLAIMANTS | C/O TOLMAGE, PESKIN, HARRIS & FALICK | ATTN: STEPHAN H. PESKIN | 20 VESEY ST | 7TH FLOOR | NEW YORK | NY | 10007 |
| ABUSE CLAIMANTS | C/O TREVETT CRISTO | ATTN: MELANIE S. WOLK | 500 CANAL VIEW BLVD | STE 600 | ROCHESTER | NY | 14623-2832 |
| ABUSE CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | ATTN: JERRY KRISTAL | 220 LAKE DRIVE EAST, SUITE 210 | | CHERRY HILL | NJ | 08002 |
| ABUSE CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | ATTN: JERRY KRISTAL AND JARED SCOTTO | 700 BROADWAY | | NEW YORK | NY | 10003 |
| ABUSE CLAIMANTS | C/O WILLIAMS CEDAR, LLC | ATTN: GERALD J. WILLIAMS, SHAUNA L. FRIEDMAN AND BETH G. COLE | ONE SOUTH BROAD STREET | SUITE 1510 | PHILADELPHIA | PA | 19107 |
| ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | PO BOX 183853 | | | | ARLINGTON | TX | 76096 |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | ATTN: LETITA JAMES | THE CAPITOL | | ALBANY | NY | 12224-0341 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES | C/O SKARZYNSKI MARICK & BLACK LLP | ATTN: JEFF D. KAHANE, NATHAN REINHARDT, TIMOTHY W. EVANSTON, & RUSSELL W. ROTEN | 663 WEST FIFTH STREET, 26TH FLOOR | | LOS ANGELES | CA | 90071 |
| CITIBANK | 1 PENNS WAY | | | | NEW CASTLE | DE | 19720 |
| COMMUNITY BANK | 825 STATE STREET | | | | OGDENSBURG | NY | 13669 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 |
| NBT BANK | 52 S. BROAD STREET | | | | NORWICH | NY | 13815 |
| NEW YORK STATE DEPARTMENT OF HEALTH | SARANAC LAKE DISTRICT OFFICE | 41 ST. BERNARD STREET | | | SARANAC LAKE | NY | 12983-1834 |
| NEW YORK STATE DEPARTMENT OF LABOR | W.A. HARRIMAN CAMPUS | BUILDING 12 | | | ALBANY | NY | 12226 |
| NEW YORK STATE DEPT. OF ENVIRONMENTAL CONSERVATION | 701 S. MAIN STREET | | | | NORTHVILLE | NY | 12134 |
| NEW YORK STATE DEPT. OF ENVIRONMENTAL CONSERVATION | OFFICE OF GENERAL COUNSEL | 625 BROADWAY | | | ALBANY | NY | 12233 |
| NEW YORK STATE DEPT. OF TAXATION & FINANCE | ATTN: OFFICE OF COUNSEL | 90 COHOES AVENUE | | | TROY | NY | 12183 |
| NEW YORK STATE WORKER'S COMPENSATION BOARD | COMMISSIONER OF TAXATION & FINANCE | 328 STATE STREET | FINANCE UNIT, ROOM 331 | | SCHENECTADY | NY | 12305-2318 |
| NYS DEPARTMENT OF TAXATION & FINANCE | ATTN: BANKRUPTCY UNIT | P.O. BOX 5300 | | | ALBANY | NY | 12202 |
| OFFICE OF THE U.S. TRUSTEE | ATTN: ERIN CHAMPION, ESQ. | 105 U.S. COURTHOUSE | 10 BROAD STREET | | UTICA | NY | 13501 |

# **<u>Exhibit B</u>**

**Exhibit B**
Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ABUSE CLAIMANTS | C/O ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ | ATTN: DEOLA T. ALI AND MUHAMMAD S. AZIZ | DALI@AWTXLAW.COM<br>MAZIZ@AWTXLAW.COM |
| ABUSE CLAIMANTS | C/O BELLUCK & FOX, LLP | ATTN: HARRIS MARKS | HGARCIA@BELLUCKFOX.COM |
| ABUSE CLAIMANTS | C/O D'ARCY JOHNSON DAY, PC | ATTN: PETER W. SMITH | PWS@DJD.LAW |
| ABUSE CLAIMANTS | C/O DOUGLAS & LONDON, P.C. | ATTN: RANDOLPH JANIS | RJANIS@DOUGLASANDLONDON.COM |
| ABUSE CLAIMANTS | C/O FREESE & GOSS | ATTN: TIM K. GOSS AND PETER DE LA CERDA | TIM@FREESEANDGOSS.COM<br>PETER@FREESEANDGOSS.COM |
| ABUSE CLAIMANTS | C/O HERMAN LAW | ATTN: JEFF HERMAN, DAN ELLIS, AND SCOTT MICHAEL DUQUIN | JHERMAN@HERMANLAW.COM<br>SDUQUIN@HERMANLAW.COM<br>DELLIS@HERMNALAW.COM |
| ABUSE CLAIMANTS | C/O HURLEY MCKENNA & MERTZ, P.C. | ATTN: CHRISTOPHER T. HURLEY, EVAN M. SMOLA, & MARK R. MCKENNA | CHURLEY@HURLEY-LAW.COM<br>ESMOLA@HURLEY-LAW.COM<br>MMCKENNA@HURLEY-LAW.COM |
| ABUSE CLAIMANTS | C/O JAMES, VERNON AND WEEKS, P.A. | ATTN: LEANDER L. JAMES, IV AND CRAIG K. VERNON | LJAMES@JVWLAW.NET<br>CVERNON@JVWLAW.NET |
| ABUSE CLAIMANTS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON, TAYLOR C. STIPPEL AND J. MICHAEL RECK | JEFF@ANDERSONADVOCATES.COM<br>THERESE@ANDERSONADVOCATES.COM<br>ERIN@ANDERSONADVOCATES.COM<br>TAYLOR@ANDERSONADVOCATES.COM |
| ABUSE CLAIMANTS | C/O LAW OFFICES OF MITCHELL GARABEDIAN | ATTN: MITCHELL GARABEDIAN AND WILLIAM H. GORDON | MGARABEDIAN@GARABEDIANLAW.COM<br>WGORDON@GARABEDIANLAW.COM |
| ABUSE CLAIMANTS | C/O LEVY KONIGSBERG, LLP | ATTN: CHRISTOPHER GANZ AND HELENE M. WEISS | CGANZ@LEVYLAW.COM<br>HWEISS@LEVYLAW.COM |
| ABUSE CLAIMANTS | C/O LIPSITZ GREEN SCIME CAMBRIA LLP | ATTN: AMY C. KELLER AND CHRISTINA M. CROGLIO | AKELLER@LGLAW.COM<br>SFISCHER@LGLAW.COM |
| ABUSE CLAIMANTS | C/O MARSH LAW FIRM PLLC | ATTN: JAMES R. MARSH, JENNIFER FREEMAN AND ROBERT LEWIS | JAMESMARSH@MARSH.LAW<br>JENNIFERFREEMAN@MARSH.LAW<br>ROBERTLEWIS@MARSH.LAW |
| ABUSE CLAIMANTS | C/O MATTHEWS & ASSOCIATES | ATTN: DAVID P. MATTHEWS AND LIZA L. ROYS | DMATTHEWS@THEMATTHEWSLAWFIRM.COM<br>LROYS@THEMATTHEWSLAWFIRM.COM |
| ABUSE CLAIMANTS | C/O MERSON LAW, PLLC | ATTN: JORDAN K. MERSON, JESSE R. MAUTNER, AND MERSON LAW | JMERSON@MERSONLAW.COM<br>SCANTOS@MERSONLAW.COM<br>INFO@MERSONLAW.COM<br>JMAUTNER@MERSONLAW.COM |
| ABUSE CLAIMANTS | C/O MONROE LAW LLC | ATTN: TERESA A. MONROE | TMONROE@MONROELAWLLP.COM |
| ABUSE CLAIMANTS | C/O NOAKER LAW FIRM, LLC | ATTN: PATRICK NOAKER | PATRICK@NOAKERLAW.COM |
| ABUSE CLAIMANTS | C/O PFAU COCHRAN VERTETIS AMALA PLLC | ATTN: VINCENT T. NAPPO AND ANELGA DOUMANIAN | VNAPPO@PCVALAW.COM<br>ADOUMANIAN@PCVALAW.COM |
| ABUSE CLAIMANTS | C/O RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP | ATTN: THOMAS P. GIUFFRA | TGIUFFRA@RHEINGOLDLAW.COM |
| ABUSE CLAIMANTS | C/O RONALD J. KIM, PC | ATTN: RONALD J. KIM | RON@RONALDKIMLAW.COM |
| ABUSE CLAIMANTS | C/O SEEGER WEISS, LLP | ATTN: CHRISTOPHER A. SEEGER, STEPHEN A. WEISS, MICHELLE SIMPSON TUEGEL, & RICK BARRECA | MSIMPSON-TUEGEL@SEEGERWEISS.COM<br>SWEISS@SEEGERWEISS.COM<br>RBARRECA@SEEGERWEISS.COM<br>CSEEGER@SEEGERWEISS.COM |
| ABUSE CLAIMANTS | C/O SIMMONS HANLY CONROY LLC | ATTN: PAUL J. HANLY, JR., TRENT B. MIRACLE, JAYNE CONROY, & ANDREA BIERSTEIN | PHANLY@SIMMONSFIRM.COM<br>JCONROY@SIMMONSFIRM.COM<br>TMIRACLE@SIMMONSFIRM.COM<br>ABIERSTEIN@SIMMONSFIRM.COM |
| ABUSE CLAIMANTS | C/O SIMPSON TUEGEL LAW FIRM | ATTN: MICHELLE SIMPSON TUEGEL | MICHELLE@STFIRM.COM.COM |
| ABUSE CLAIMANTS | C/O SLATER SLATER SCHULMAN LLP | ATTN: ADAM P. SLATER, ROBERT CIAK, AND LINC C. LEDER | LLEDER@SSSFIRM.COM |
| ABUSE CLAIMANTS | C/O TOLMAGE, PESKIN, HARRIS & FALICK | ATTN: STEPHAN H. PESKIN | PESKIN@TOLMAGEPESKINLAW.COM |
| ABUSE CLAIMANTS | C/O TREVETT CRISTO | ATTN: MELANIE S. WOLK | MWOLK@TREVETTCRISTO.COM |
| ABUSE CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | ATTN: JERRY KRISTAL | JKRISTAL@WEITZLUX.COM |
| ABUSE CLAIMANTS | C/O WEITZ & LUXENBERG, P.C. | ATTN: JERRY KRISTAL AND JARED SCOTTO | JKRISTAL@WEITZLUX.COM<br>JSCOTTO@WEITZLUX.COM |
| ABUSE CLAIMANTS | C/O WILLIAMS CEDAR, LLC | ATTN: GERALD J. WILLIAMS, SHAUNA L. FRIEDMAN AND BETH G. COLE | GWILLIAMS@WILLIAMSCEDAR.COM<br>SFRIEDMAN@WILLIAMSCEDAR.COM |
| ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | | | LEASESVCBNKRPCY@GMFINANCIAL.COM |
| AD HOC COMMITTEE OF PARISHES | C/O BARCLAY DAMON LLP | ATTN: JEFFERY A. DOVE | JDOVE@BARCLAYDAMON.COM<br>AVROOMAN@BARCLAYDAMON.COM |
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA | C/O CLYDE & CO US LLP | ATTN: MARIANNE MAY | MARIANNE.MAY@CLYDECO.US |

**Exhibit B**
Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| CERTAIN PERSONAL INJURY CREDITORS | C/O HERMAN LAW | ATTN: STUART S. MERMELSTEIN | SMERMELSTEIN@HERMANLAW.COM<br>ASLATER@HERMANLAW.COM<br>NMARQUES@HERMANLAW.COM<br>GJACK@HERMANLAW.COM<br>DOCKETING@HERMANLAW.COM |
| CERTAIN PERSONAL INJURY CREDITORS | C/O JEFF ANDERSON & ASSOCIATES, P.A. | ATTN: JEFFREY R. ANDERSON, TAYLOR STIPPEL SLOAN, MICHAEL G. FINNEGAN | JEFF@ANDERSONADVOCATES.COM<br>TAYLOR@ANDERSONADVOCATES.COM<br>MIKE@ANDERSONADVOCATES.COM<br>ERIN@ANDERSONADVOCATES.COM<br>THERESE@ANDERSONADVOCATES.COM<br>ELIN@ANDERSONADVOCATES.COM |
| CERTAIN PERSONAL INJURY CREDITORS | C/O LAFAVE, WEIN & FRAMENT, PLLC | ATTN: CYNTHIA S. LAFAVE AND MIKE LAFAVE | CLAFAVE@LWFLEGAL.COM<br>MIKE@LWFLEGAL.COM |
| CERTAIN PERSONAL INJURY CREDITORS | C/O LAFFEY BUCCI D'ANDREA REICH & RYAN LLP | ATTN: GAETANO A. D'ANDREA, AND LAUREN E. STRAM | OLENA@LWFLEGAL.COM<br>CVGDTEAM@LAFFEYBUCCI.COM |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES | C/O CLYDE & CO US LLP | ATTN: CATALINA J. SUGAYAN, YONGLI YANG | CATALINA.SUGAYAN@CLYDECO.US<br>YONGLI.YANG@CLYDECO.US<br>NANCY.LIMA@CLYDECO.US |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND CERTAIN LONDON MARKET INSURANCE COMPANIES | C/O CLYDE & CO US LLP | ATTN: JORDAN RUSSELL | JORDAN.RUSSELL@CLYDECO.US |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES | C/O DUANE MORRIS LLP | ATTN: RUSSELL W. ROTEN, ANDREW E. MINA, AND BETTY LUU | RWROTEN@DUANEMORRIS.COM<br>AMINA@DUANEMORRIS.COM<br>BLUU@DUANEMORRIS.COM |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN LONDON MARKET COMPANIES | C/O SKARZYNSKI MARICK & BLACK LLP | ATTN: JEFF D. KAHANE, NATHAN REINHARDT, TIMOTHY W. EVANSTON, & RUSSELL W. ROTEN | JKAHANE@SKARZYNSKI.COM<br>NREINHARDT@SKARZYNSKI.COM<br>TEVANSTON@SKARZYNSKI.COM<br>RROTEN@SKARZYNSKI.COM |
| EVANSTON INSURANCE COMPANY AS SUCCESSOR-IN-INTEREST TO ASSOCIATED INTERNATIONAL INSURANCE COMPANY AND INTERNATIONAL INSURANCE COMPANY | C/O KENNEDYS CMK LLP | ATTN: JILLIAN DENNEHY | JILLIAN.DENNEHY@KENNEDYSLAW.COM |
| GRANITE STATE INSURANCE COMPANY | C/O CARLTON FIELDS, P.A. | ATTN: LUIS ORENGO, JR. | LORENGO@CARLTONFIELDS.COM |
| GRANITE STATE INSURANCE COMPANY | C/O CARLTON FIELDS, P.A. | ATTN: NORA VALENZA-FROST, ALEX M. BEIN, AND ROBERT W. DIUBALDO | NVALENZA-FROST@CARLTONFIELDS.COM<br>ABEIN@CARLTONFIELDS.COM<br>RDIUBALDO@CARLTONFIELDS.COM |
| INTERSTATE FIRE & CASUALTY COMPANY | C/O PARKER, HUDSON, RAINER & DOBBS LLP | ATTN: HARRIS B. WINSBERG, MATTHEW M. WEISS, MATTHEW G. ROBERTS | HWINSBERG@PHRD.COM<br>MWEISS@PHRD.COM<br>MROBERTS@PHRD.COM |
| INTERSTATE FIRE & CASUALTY COMPANY | C/O WHITE AND WILLIAMS LLP | ATTN: JON T. POWERS | POWERST@WHITEANDWILLIAMS.COM |
| INTERSTATE FIRE AND CASUALTY COMPANY | C/O WHITE AND WILLIAMS LLP | ATTN: SIOBHAIN P. MINAROVICH | MINAROVICHS@WHITEANDWILLIAMS.COM |
| NBT BANK, NATIONAL ASSOCIATION | C/O BARCLAY DAMON, LLP | ATTN: JEFFREY A. DOVE | JDOVE@BARCLAYDAMON.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, KAREN B. DINE | JSTANG@PSZJLAW.COM<br>ISCHARF@PSZJLAW.COM<br>KDINE@PSZJLAW.COM |
| SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O BURNS BAIR, LLP | ATTN: TIMOTHY W. BURNS, JESSE J. BAIR | TBURNS@BURNSBAIR.COM<br>JBAIR@BURNSBAIR.COM<br>KDEMPSKI@BURNSBAIR.COM |
| SPECIAL LITIGATION COUNSEL FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK | C/O SCHWERZMANN & WISE, P.C. | ATTN: KEITH B. CAUGHLIN | CAUGHLIN@SCHWERZMANNWISE.COM |
| THE NATIONAL CATHOLIC RISK RETENTION GROUP, INC. | C/O MURPHY & KING, PROFESSIONAL CORPORATION | ATTN: D. ETHAN JEFFERY | EJEFFERY@MURPHYKING.COM |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK | C/O COSTELLO, COONEY & FEARON, PLLC | ATTN: JENNIFER L. WANG | JWANG@CCF-LAW.COM<br>LALESCI@CCF-LAW.COM |