So Ordered.

Signed this 5 day of May, 2025.



_____

Patrick G. Radel
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**ORDER GRANTING ADMISSION OF COUNSEL PRO HAC VICE**

Upon consideration of the Motion for Admission of Counsel Pro Hac Vice seeking admission pro hac vice of Timothy Karcher to represent Berkeley Research Group, LLC ("**BRG**") in the above-captioned Chapter 11 case before the United States Bankruptcy Court for the Northern District of New York as is more fully set forth in the motion ("**Motion**"), and the Court having jurisdiction to consider the Motion and the relief requested therein, and upon the Motion and all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefore, it is:

ORDERED, that Attorney Timothy Karcher is permitted to appear pro hac vice as counsel to BRG in the above-captioned Chapter 11 case.

###