So Ordered.

Signed this 5 day of May, 2025.



_____

Patrick G. Radel
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| The Roman Catholic Diocese of | ) |
| Ogdensburg, New York, | ) Case No. 23-60507 (PGR) |
| | ) |
| Debtor | ) |
| | ) |
| | ) |

## <u>ORDER OF ADMISSION OF COUNSEL PRO HAC VICE</u>

Upon consideration of the Motion For Admission of Counsel Pro Hac Vice seeking

admission pro hac vice of Paul Possinger to represent Berkeley Research Group, LLC ("**BRG**")

in the above-captioned Chapter 11 case before the United States Bankruptcy Court for the

Northern District of New York as is more fully set forth in the motion ("**Motion**"), and the Court

having jurisdiction to consider the Motion and the relief requested therein, and upon the Motion

and all of the proceedings had before the Court, and after due deliberation and sufficient cause

appearing therefore, it is:

ORDERED, that Attorney Paul Possinger is permitted to appear pro hac vice as counsel to BRG in the above-captioned Chapter 11 case.

###