UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period December 1, 2024 Through December 31, 2024*, a copy of which is attached hereto and hereby served upon you.

Dated: May 5, 2025

BOND, SCHOENECK & KING, PLLC

By: /s/ Charles J. Sullivan
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

# MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | December 1, 2024 through December 31, 2024 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $20,552.85 ($16,442.28) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $635.59 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's eighteenth monthly fee statement in this case.

21624153.v1-5/5/25

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 30, 2025
Bill Number: 20067121

Mr. Mark Mashaw
Diocesan Fiscal Officer
Diocese of Ogdensburg
622 Washington Street
Ogdensburg, NY 13669

For Legal Services Rendered through 12/31/24.

**Financial Review**
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 12/03/24 | E.J.LoBello | 0.30 | $163.35 | Participated in telephone conference with Attorney Sullivan regarding case status and strategies. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and strategy. |
| 12/04/24 | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding the Diocese's September and October 2024 operating reports. |
| 12/05/24 | S.A.Donato | 0.30 | $171.45 | Monitored developments in unrelated diocesan cases regarding case developments that impact this case. |
| 12/09/24 | K.M.Doner | 0.10 | $18.00 | Consulted with Attorneys Sullivan and Temes regarding outstanding operating report issues. |
| | K.M.Doner | 0.20 | $36.00 | Corresponded with M. Mashaw regarding outstanding operating report issues. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

April 30, 2025  
Bill Number: 20067121

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/16/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding outstanding operating report issues. |
| | G.T.Walter | 0.20 | $98.10 | Analyzed case status and strategy. |
| | J.S.Krell | 0.50 | $218.25 | Discussed case strategy with Attorney Sheehan. |
| 12/17/24 | J.S.Krell | 1.30 | $567.45 | Prepared case status memo for Attorney Sheehan. |
| 12/18/24 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Temes regarding outstanding operating report issues. |
| 12/20/24 | K.M.Doner | 2.30 | $414.00 | Analyzed the Diocese's September 2024 operating report and related schedules. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to M. Mashaw regarding updates to the Diocese's September 2024 operating report. |
| 12/23/24 | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | E.J.LoBello | 0.20 | $108.90 | Consulted with Attorney Sullivan regarding case status and strategies. |

Subtotal:   Hours: 6.90   Amount: $2,423.25

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/02/24 | T.W.Simcoe | 2.10 | $1,143.45 | Conducted research regarding restricted fund information from Fr. O'Brien. |
| | T.W.Simcoe | 0.70 | $381.15 | Drafted correspondence to Fr. O'Brien regarding analysis of restricted funds. |
| 12/03/24 | S.A.Donato | 0.40 | $228.60 | Reviewed correspondence from special counsel regarding coverage denial issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared response to special counsel regarding coverage denial issues. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

April 30, 2025  
Bill Number: 20067121

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/04/24 | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Diocese regarding Wassau coverage defenses. |
| 12/05/24 | T.W.Simcoe | 0.80 | $435.60 | Conferenced with Fr. K. O'Brien regarding DLT analysis. |
| 12/13/24 | T.W.Simcoe | 0.30 | $163.35 | Reviewed additional gift documentation. |
| | T.W.Simcoe | 0.20 | $108.90 | Corresponded with Fr. K. O'Brien regarding additional gift documentation. |
| | C.M.Carr | 0.20 | $49.50 | Consulted with Attorney Sheehan about researching insurer defenses. |
| 12/16/24 | C.J.Sullivan | 0.50 | $272.25 | Reviewed correspondence regarding Wausau denials. |
| 12/18/24 | C.M.Carr | 1.60 | $396.00 | Researched insurer defenses. |
| 12/30/24 | C.M.Carr | 0.80 | $198.00 | Continued researching insurer defenses. |
| | S.C.Temes | 1.10 | $534.60 | Reviewed insurer letter issue and litigation counsel correspondence regarding same. |
| 12/31/24 | C.M.Carr | 2.80 | $693.00 | Continued researching insurer defenses. |

Subtotal: Hours: 12.20  
Amount: $4,990.95

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/02/24 | J.D.Eaton | 0.20 | $76.50 | Drafted correspondence to Attorney Murray regarding fee application issue. |
| | J.D.Eaton | 0.20 | $76.50 | Drafted correspondence to Attorney Wang regarding fee application hearing questions. |
| | J.D.Eaton | 0.20 | $76.50 | Drafted correspondence to Attorney Caughlin regarding fee application hearing questions. |
| | J.D.Eaton | 1.20 | $459.00 | Commenced preparation for fee application hearings. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 30, 2025
Bill Number: 20067121

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/03/24 | R.Clement | 3.80 | $923.40 | Drafted proposed orders approving Costello, Schwerzman, Bond and Blank Rome fee applications. |
| | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding fee application hearing. |
| | J.D.Eaton | 1.20 | $459.00 | Continued preparation for hearing on various fee applications. |
| | J.D.Eaton | 0.60 | $229.50 | Attended hearing on various fee applications. |
| | A.S.Rivera | 0.40 | $124.20 | Drafted correspondence to Attorney Clement regarding interim fee application orders. |
| 12/04/24 | J.D.Eaton | 0.20 | $76.50 | Conferred with K. Doner regarding fee application orders. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Eaton regarding proposed orders approving professional fee applications. |
| | K.M.Doner | 0.40 | $72.00 | Drafted Blank Rome's October 2024 fee statement, together with related summary and cover sheet and notice. |
| | K.M.Doner | 0.20 | $36.00 | Revised proposed order approving Bond's third interim fee application. |
| | J.D.Eaton | 0.50 | $191.25 | Performed analysis of outstanding fees and expenses owed to various Diocese and Committee professionals for M. Mashaw. |
| | J.D.Eaton | 0.20 | $76.50 | Revised Schwerzmann & Wise interim fee order. |
| | J.D.Eaton | 0.20 | $76.50 | Revised Costello interim fee application order. |
| | J.D.Eaton | 0.20 | $76.50 | Revised Blank Rome interim fee order. |
| 12/06/24 | K.M.Doner | 0.20 | $36.00 | Revised proposed order granting Bond's third interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed order granting Blank Rome's third interim fee application. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 30, 2025
Bill Number: 20067121

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/06/24 | K.M.Doner | 0.10 | $18.00 | Revised proposed order granting Costello's third interim fee application. |
| | K.M.Doner | 0.10 | $18.00 | Revised proposed order granting Schwerzmann & Wise's third interim fee application. |
| 12/09/24 | J.D.Eaton | 0.20 | $76.50 | Conferred with Attorney Sullivan regarding fee orders. |
| | J.D.Eaton | 0.50 | $191.25 | Prepared summary of all outstanding fees and expenses owed by the Diocese to various professionals with respect to recently entered court orders. |
| 12/10/24 | J.D.Eaton | 0.50 | $191.25 | Further revised Pinto revision to retention. |
| 12/15/24 | K.M.Doner | 1.90 | $342.00 | Prepared Bond's November 2024 fee statement. |
| 12/16/24 | J.D.Eaton | 0.20 | $76.50 | Conferred with Attorney Sullivan regarding application to amend Pinto retention. |
| 12/17/24 | J.D.Eaton | 0.50 | $191.25 | Further revised motion to amend Pinto retention. |
| 12/18/24 | K.M.Doner | 0.30 | $54.00 | Reviewed updates to Bond's October and November 2024 fee statements. |

Subtotal:   Hours: 14.60
Amount: $4,309.65

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/09/24 | E.J.LoBello | 0.30 | $163.35 | Consulted with Attorney Sullivan regarding motion to extend time to remove actions. |
| | A.S.Rivera | 0.30 | $93.15 | Consulted with Attorney Sullivan regarding extension of deadline to remove actions. |
| | B.M.Sheehan | 1.20 | $486.00 | Reviewed statute of limitations legal research. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 30, 2025
Bill Number: 20067121

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/16/24 | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding extension of time to remove actions. |
| | Subtotal: | Hours:<br>Amount: | 2.00<br>$804.60 | |

**B195: Non-Working Travel**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/03/24 | J.D.Eaton | 1.30 | $497.25 | Traveled to and from Utica New York for a hearings on fee applications. |
| | Subtotal: | Hours:<br>Amount: | 1.30<br>$497.25 | |

**B210: Business Operations**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/19/24 | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Father O'Brien regarding personnel matter. |
| 12/24/24 | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorney Donato regarding personnel issue. |
| 12/26/24 | C.J.Sullivan | 0.50 | $272.25 | Drafted correspondence to Diocese regarding personnel matter. |
| 12/28/24 | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Attorney Leonard regarding personnel matter. |
| 12/29/24 | C.M.Leonard | 1.00 | $391.50 | Worked on personnel matter. |
| 12/30/24 | S.A.Donato | 0.60 | $342.90 | Consulted with Attorney Leonard regarding documentation received from Diocese concerning personnel matter. |
| | Subtotal: | Hours:<br>Amount: | 3.30<br>$1,665.45 | |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 30, 2025
Bill Number: 20067121

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B230: Financing/Cash Collections** | | | | |
| 12/03/24 | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney Sullivan and Diocese regarding Parish liquidity issues. |
| 12/16/24 | E.J.LoBello | 0.20 | $108.90 | Consulted with Attorney Sullivan regarding Deposit and Loan Fund. |
| | G.T.Walter | 0.10 | $49.05 | Drafted correspondence to Committee counsel regarding Parish liquidity budget. |
| | C.J.Sullivan | 0.50 | $272.25 | Corresponded with the Diocese regarding budgets concerning Deposit & Loan Fund and Diocesan Trust Funds. |
| | Subtotal: | Hours: | 1.00 | |
| | | Amount: | $528.30 | |
| **B401: Mediation** | | | | |
| 12/02/24 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation updates. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding mediation updates. |
| 12/08/24 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation updates. |
| 12/16/24 | J.D.Eaton | 0.40 | $153.00 | Drafted correspondence to M. Mashaw regarding mediator reimbursement issues. |
| 12/23/24 | J.D.Eaton | 0.10 | $38.25 | Consulted with Attorney Sullivan regarding mediation issues. |
| | C.J.Sullivan | 0.40 | $217.80 | Participated in telephone conference with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney Sullivan regarding mediation issues. |
| | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding status of mediation. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 30, 2025
Bill Number: 20067121

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/26/24 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding follow up mediation issues. |
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Diocese regarding mediation issues. |
| 12/27/24 | S.A.Donato | 0.90 | $514.35 | Analyzed documentation received from Diocese regarding mediation. |
| | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to Diocese regarding mediation issues. |
| 12/30/24 | S.A.Donato | 0.60 | $342.90 | Further analyzed documents received from Diocese regarding mediation issues. |
| | S.A.Donato | 0.80 | $457.20 | Participated in conference call with Diocese regarding mediation follow up issues. |
| | S.A.Donato | 0.20 | $114.30 | Participated in supplemental consultation with Attorney Leonard regarding documentation received from Diocese regarding mediation issues. |
| | C.M.Leonard | 5.00 | $1,957.50 | Continued preparing for mediation. |

Subtotal:  Hours: 10.50
Amount: $4,961.25

**B402: Discovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/16/24 | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney Sullivan regarding discovery issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Sheehan regarding discovery issues. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

April 30, 2025  
Bill Number: 20067121

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 12/16/24 | J.S.Krell | 0.20 | $87.30 | Discussed document production with Attorneys Sullivan and Temes. |
| | Subtotal: | Hours: 0.80 | | |
| | | Amount: $372.15 | | |

**Total Hours and Fees For This Matter:**   52.60   $20,552.85

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 5.90 | $571.50 | $3,371.85 |
| C. M. Leonard (Member) | 6.00 | 391.50 | 2,349.00 |
| E. J. LoBello (Member) | 1.00 | 544.50 | 544.50 |
| B. M. Sheehan (Member) | 1.50 | 405.00 | 607.50 |
| T. W. Simcoe (Member) | 4.10 | 544.50 | 2,232.45 |
| C. J. Sullivan (Member) | 4.30 | 544.50 | 2,341.35 |
| S. C. Temes (Member) | 1.10 | 486.00 | 534.60 |
| G. T. Walter (Member) | 1.30 | 490.50 | 637.65 |
| J. D. Eaton (Senior Counsel) | 8.60 | 382.50 | 3,289.50 |
| J. S. Krell (Senior Counsel) | 2.00 | 436.50 | 873.00 |
| C. M. Carr (Associate) | 5.40 | 247.50 | 1,336.50 |
| R. Clement (Associate) | 3.80 | 243.00 | 923.40 |
| A. S. Rivera (Associate) | 1.10 | 310.50 | 341.55 |
| K. M. Doner (Paralegal) | 6.50 | 180.00 | 1,170.00 |
| **Total** | **52.60** | | **$20,552.85** |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

April 30, 2025
Bill Number: 20067121

Diocese of Ogdensburg

**Matter Disbursement Summary**

| | |
|---|---:|
| Copy Charges | $52.00 |
| Courier Service | 53.70 |
| Data Hosting & Storage | 405.00 |
| Travel Expense | 79.89 |
| Westlaw | 45.00 |
| **Total Disbursements** | **$635.59** |
| | |
| **TOTAL FOR THIS MATTER** | **$21,188.44** |