UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period January 1, 2025 Through January 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: May 5, 2025

BOND, SCHOENECK & KING, PLLC

By: /s/ Charles J. Sullivan
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

21624221.v1-5/5/25

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD JANUARY 1, 2025 THROUGH JANUARY 31, 2025

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | January 1, 2025 through January 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $23,482.80 ($18,786.24) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $422.54 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's nineteenth monthly fee statement in this case.

21624221.v1-5/5/25

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

May 4, 2025  
Bill Number: 20075571

Mr. Mark Mashaw  
Diocesan Fiscal Officer  
Diocese of Ogdensburg  
622 Washington Street  
Ogdensburg, NY 13669

For Legal Services Rendered through 01/31/25.

**Financial Review**  
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 01/02/25 | K.M.Doner | 0.30 | $54.00 | Corresponded with M. Mashaw regarding the Diocese's September 2024 operating report and outstanding operating report issues. |
| 01/06/25 | K.M.Doner | 0.10 | $18.00 | Consulted with Attorney Sullivan regarding outstanding operating report issue. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding open case issues and strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | J.D.Eaton | 0.20 | $76.50 | Corresponded with M. Mashaw regarding insurance renewal request from the U.S. Trustee. |
| 01/07/25 | K.M.Doner | 0.50 | $90.00 | Revised the Diocese's September 2024 operating report and related schedules. |
| | S.C.Temes | 0.50 | $243.00 | Reviewed a draft of the Diocese's September 2024 monthly operating report. |
| 01/09/25 | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Attorney Donato regarding case status and strategy. |

Accounts Are Due Within 30 Days.

Page: 1

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075571

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/13/25 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding the Diocese's outstanding operating report issues. |
| | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney Temes regarding case status and strategy. |
| | S.C.Temes | 0.20 | $97.20 | Participated in strategy conference call with Attorney Walter regarding case administration and other matters. |
| 01/14/25 | A.S.Rivera | 0.70 | $217.35 | Conducted research regarding recent precedent impacting reorganization of the Diocese. |
| 01/21/25 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Sullivan regarding the Diocese's October and November 2024 operating reports. |
| | E.J.LoBello | 0.10 | $54.45 | Participated in conference call with Attorney Sullivan regarding agenda, status and next steps. |
| | B.M.Sheehan | 0.10 | $40.50 | Consulted with Attorney Sullivan regarding case status issues. |
| 01/22/25 | K.M.Doner | 1.10 | $198.00 | Began analyzing the Diocese's October 2024 operating report. |
| 01/23/25 | K.M.Doner | 2.70 | $486.00 | Completed analysis of the Diocese's October 2024 operating report and related schedules. |
| | K.M.Doner | 0.50 | $90.00 | Corresponded with M. Mashaw on various occasions regarding updates to the Diocese's October 2024 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Revised the operating report to include updates proposed by M. Mashaw. |
| | K.M.Doner | 0.10 | $18.00 | Drafted correspondence to Attorney Temes regarding updates to the Diocese's October 2024 operating report. |
| 01/27/25 | K.M.Doner | 0.10 | $18.00 | Participated in call with Attorney Sullivan to discuss case status and strategy. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075571

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/27/25 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding outstanding operating report issues. |
|  | E.J.LoBello | 0.20 | $108.90 | Participated in conference call regarding case status and next steps. |
|  | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney Sullivan regarding case status and strategy. |
|  | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Walter regarding case status and strategy. |
|  | J.S.Krell | 0.20 | $87.30 | Discussed operating report issues with K. Doner. |
| 01/28/25 | S.C.Temes | 0.50 | $243.00 | Reviewed draft of the Diocese's October 2024 monthly operating report. |
| 01/30/25 | K.M.Doner | 0.30 | $54.00 | Finalized the Diocese's October 2024 operating report and related schedules. |
|  | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Clerk and interested parties regarding the Diocese's October 2024 operating report. |

Subtotal:    Hours:       10.70
             Amount:   $3,052.80

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/06/25 | S.C.Temes | 1.10 | $534.60 | Reviewed restricted fund information and memoranda regarding same. |
| 01/22/25 | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorney Sheehan regarding Wassau defenses. |
| 01/28/25 | S.A.Donato | 0.30 | $171.45 | Participated in supplemental consultation with Attorney Sullivan regarding specific insurance carrier coverage issues. |
|  | B.M.Sheehan | 0.50 | $202.50 | Consulted with Attorneys Sullivan and Carter regarding Wausau arguments. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075571

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/28/25 | C.J.Sullivan | 0.50 | $272.25 | Prepared for call with Attorneys Carter and Sheehan regarding insurance defense to coverage. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorneys Carter and Sheehan regarding insurance defense to coverage. |
| | C.J.Sullivan | 0.50 | $272.25 | Conducted research regarding approval of agreements outside of the ordinary course. |
| 01/29/25 | R.Clement | 2.40 | $583.20 | Began researching regarding approval of agreements outside of the ordinary course. |
| 01/30/25 | R.Clement | 5.80 | $1,409.40 | Continued researching regarding approval of agreements outside of the ordinary course. |
| | T.W.Simcoe | 0.10 | $54.45 | Consulted with Attorney Sullivan regarding review of final fund analysis. |
| 01/31/25 | R.Clement | 4.10 | $996.30 | Continued researching court approval requirements for agreements. |
| | C.J.Sullivan | 1.00 | $544.50 | Prepared for mediation. |

Subtotal:    Hours:    17.30
             Amount:   $5,585.40

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/03/25 | J.D.Eaton | 0.40 | $153.00 | Communicated with M. Mashaw regarding motion to amend Pinto retention. |
| 01/09/25 | K.M.Doner | 0.40 | $72.00 | Drafted Blank Rome's November 2024 fee statement, together with related exhibit, summary and cover sheet and notice. |
| 01/24/25 | K.M.Doner | 0.30 | $54.00 | Prepared Costello's October 1 through December 31, 2024 fee statement. |
| | K.M.Doner | 0.30 | $54.00 | Drafted certificate of no objection related to Blank Rome's November 2024 fee statement. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075571

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/24/25 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Murray and D. Lowrance regarding Blank Rome's November 2024 fee statement. |
| | Subtotal: | Hours: Amount: | 1.50 $351.00 | |

**B180: Avoidance Action Analysis**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/06/25 | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding avoidance action issues. |
| | J.S.Krell | 0.30 | $130.95 | Discussed avoidance action analysis with Attorneys Sullivan and Temes. |
| 01/07/25 | S.C.Temes | 1.50 | $729.00 | Reviewed background materials regarding potential avoidance action issues. |
| 01/08/25 | R.Clement | 4.50 | $1,093.50 | Conducted research regarding avoidance actions. |
| 01/09/25 | R.Clement | 6.50 | $1,579.50 | Analyzed case law regarding avoidance powers. |
| 01/13/25 | K.M.Doner | 0.10 | $18.00 | Consulted with Attorney Sullivan regarding avoidance action analysis. |
| | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding avoidance action analysis. |
| 01/15/25 | S.C.Temes | 0.90 | $437.40 | Researched avoidance action issues. |
| 01/17/25 | R.Clement | 1.00 | $243.00 | Conducted additional research regarding potential avoidance actions. |
| 01/21/25 | S.C.Temes | 0.90 | $437.40 | Analyzed avoidance action research. |
| | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney Sullivan regarding avoidance actions. |
| 01/23/25 | S.C.Temes | 0.80 | $388.80 | Reviewed research regarding financial history and analysis of avoidance actions. |
| 01/27/25 | R.Clement | 1.00 | $243.00 | Participated in telephone conference with Attorney Sullivan regarding avoidance action analysis. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075571

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/27/25 | S.C.Temes | 0.20 | $97.20 | Participated in call with Attorney Sullivan regarding potential avoidance action analysis. |
|  | C.J.Sullivan | 1.50 | $816.75 | Conducted research regarding potential avoidance actions. |
|  | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding potential avoidance action analysis. |

Subtotal:    Hours:    19.90
             Amount:   $6,467.85

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/13/25 | B.M.Sheehan | 2.70 | $1,093.50 | Performed supplemental legal research regarding insurance adversary proceeding. |
| 01/22/25 | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney Sullivan regarding insurance adversary proceeding. |

Subtotal:    Hours:    3.00
             Amount:   $1,215.00

**B210: Business Operations**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/06/25 | C.J.Sullivan | 0.70 | $381.15 | Corresponded with the Diocese regarding personnel issue. |
|  | C.J.Sullivan | 0.30 | $163.35 | Consulted with Attorney Donato regarding personnel issue. |
| 01/21/25 | C.J.Sullivan | 0.30 | $163.35 | Reviewed letter from counsel for employer for departed employee. |
|  | C.J.Sullivan | 0.20 | $108.90 | Drafted correspondence to Attorney Leonard regarding personnel issue. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center  TEL: (315) 218-8000
Syracuse, New York  13202-1355  FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075571

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/22/25 | C.J.Sullivan | 0.50 | $272.25 | Reviewed draft of responding letter concerning personnel matter. |
| | Subtotal: | Hours: | 2.00 | |
| | | Amount: | $1,089.00 | |

**B230: Financing/Cash Collections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/06/25 | G.T.Walter | 0.20 | $98.10 | Confer with Committee counsel on DTF budget issues. |
| 01/10/25 | C.J.Sullivan | 0.50 | $272.25 | Drafted correspondence to Committee counsel regarding DLF and DTF budget. |
| | Subtotal: | Hours: | 0.70 | |
| | | Amount: | $370.35 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/10/25 | S.C.Temes | 0.20 | $97.20 | Participated in conference call with Attorney Donato regarding plan strategy. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorneys Sullivan, Temes and Walter regarding chapter 11 plan issues. |
| | Subtotal: | Hours: | 0.40 | |
| | | Amount: | $211.50 | |

**B401: Mediation**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/06/25 | E.J.LoBello | 0.20 | $108.90 | Consulted with Attorney Donato regarding mediation issues. |
| | C.M.Leonard | 0.20 | $78.30 | Prepared for mediation. |
| | S.C.Temes | 0.20 | $97.20 | Participated in Committee planning conference call regarding mediation. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with Committee counsel regarding mediation issues. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075571

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/13/25 | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney Sullivan regarding mediation issues. |
| | C.J.Sullivan | 0.40 | $217.80 | Participated in meeting with Attorney Donato regarding mediation issues. |
| 01/21/25 | C.M.Leonard | 2.00 | $783.00 | Continued to prepare for mediation. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding mediation updates. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation updates. |
| | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding mediation issues. |
| 01/22/25 | C.M.Leonard | 2.00 | $783.00 | Continued preparation for mediation. |
| 01/24/25 | C.J.Sullivan | 0.50 | $272.25 | Prepared for meeting with mediator. |
| 01/27/25 | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding mediation updates and issues. |
| | S.A.Donato | 0.50 | $285.75 | Conferred with mediator regarding mediation updates. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation updates and issues. |
| | C.J.Sullivan | 0.40 | $217.80 | Participated in telephone conference with Attorney Donato regarding mediation updates. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding mediation updates. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with mediator regarding status of mediation. |
| 01/28/25 | S.A.Donato | 0.40 | $228.60 | Participated in conference call with Diocese and Attorney Sullivan regarding mediation updates. |
| | C.J.Sullivan | 0.40 | $217.80 | Participated in telephone conference with Diocese regarding mediation updates. |
| 01/29/25 | C.J.Sullivan | 0.50 | $272.25 | Prepared for mediation. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075571

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 01/31/25 | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan in preparation for mediation. |

| | | | |
|---|---|---|---|
| Subtotal: | Hours: | 10.60 | |
| | Amount: | $5,139.90 | |

**Total Hours and Fees For This Matter:**          66.10          $23,482.80

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 2.80 | $571.50 | $1,600.20 |
| C. M. Leonard (Member) | 4.20 | 391.50 | 1,644.30 |
| E. J. LoBello (Member) | 0.50 | 544.50 | 272.25 |
| B. M. Sheehan (Member) | 3.80 | 405.00 | 1,539.00 |
| T. W. Simcoe (Member) | 0.10 | 544.50 | 54.45 |
| C. J. Sullivan (Member) | 10.80 | 544.50 | 5,880.60 |
| S. C. Temes (Member) | 7.00 | 486.00 | 3,402.00 |
| G. T. Walter (Member) | 1.40 | 490.50 | 686.70 |
| J. D. Eaton (Senior Counsel) | 0.60 | 382.50 | 229.50 |
| J. S. Krell (Senior Counsel) | 0.50 | 436.50 | 218.25 |
| R. Clement (Associate) | 25.30 | 243.00 | 6,147.90 |
| A. S. Rivera (Associate) | 1.30 | 310.50 | 403.65 |
| K. M. Doner (Paralegal) | 7.80 | 180.00 | 1,404.00 |
| **Total** | 66.10 | | $23,482.80 |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

May 4, 2025  
Bill Number: 20075571

Diocese of Ogdensburg

**Matter Disbursement Summary**

| | |
|---|---:|
| Courier Service | $17.54 |
| Data Hosting & Storage | 405.00 |
| **Total Disbursements** | **$422.54** |
| **TOTAL FOR THIS MATTER** | **$23,905.34** |