UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period February 1, 2025 Through February 28, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: May 5, 2025

BOND, SCHOENECK & KING, PLLC

By:  /s/  Charles J. Sullivan
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

21624290.v1-5/5/25

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

# MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD FEBRUARY 1, 2025 THROUGH FEBRUARY 28, 2025

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | February 1, 2025 through February 28, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $20,783.70 ($16,626.96) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $405.00 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's twentieth monthly fee statement in this case.

21624290.v1-5/5/25

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075570

Mr. Mark Mashaw
Diocesan Fiscal Officer
Diocese of Ogdensburg
622 Washington Street
Ogdensburg, NY 13669

For Legal Services Rendered through 02/28/25.

**Financial Review**
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 02/04/25 | K.M.Doner | 1.00 | $180.00 | Began analyzing the Diocese's November 2024 operating report, together with related schedules. |
| 02/07/25 | K.M.Doner | 1.00 | $180.00 | Continued analyzing the Diocese's November 2024 operating report. |
| 02/10/25 | E.J.LoBello | 0.30 | $163.35 | Participated in telephone conference with Attorney Sullivan regarding case status and agenda items. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with M. Mashaw regarding the Diocese's November 2024 operating report. |
| | K.M.Doner | 1.60 | $288.00 | Completed analysis of the Diocese's November 2024 operating report and related schedules. |
| | K.M.Doner | 0.10 | $18.00 | Drafted follow up correspondence to Attorney Temes regarding the Diocese's November 2024 operating report. |
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorneys Sullivan and Walter regarding case status issues. |

Accounts Are Due Within 30 Days.

Page: 1

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

May 4, 2025  
Bill Number: 20075570

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/10/25 | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| 02/21/25 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Temes regarding updates to the Diocese's November 2024 operating report. |
| 02/24/25 | K.M.Doner | 0.30 | $54.00 | Participated in telephone conference with Attorney Sullivan to discuss case status and strategy. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding outstanding operating report issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Bond attorneys regarding case status and strategy. |
| 02/27/25 | K.M.Doner | 0.40 | $72.00 | Revised the Diocese's November 2024 operating report and related schedules. |

Subtotal:  Hours: 6.20  
Amount: $1,604.70

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/03/25 | R.Clement | 5.40 | $1,312.20 | Finalized research regarding court approval requirements for agreements. |
| 02/05/25 | C.J.Sullivan | 1.00 | $544.50 | Participated in meeting with mediator regarding review of available assets. |
| 02/10/25 | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from mediator regarding insurance carrier settlement issues. |

Subtotal:  Hours: 6.60  
Amount: $1,971.00

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075570

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B160: Fee/Employment Applications** | | | | |
| 02/03/25 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Sullivan regarding updates to Bond's October and November 2024 fee statements. |
| | K.M.Doner | 0.40 | $72.00 | Drafted Blank Rome's December 2024 fee statement, together with summary and cover sheet and related notice. |
| 02/04/25 | R.Clement | 1.00 | $243.00 | Reviewed the amended Pinto retention application. |
| 02/05/25 | R.Clement | 0.70 | $170.10 | Participated in telephone conference with Attorney Eaton regarding amended Pinto retention agreement. |
| | K.M.Doner | 0.90 | $162.00 | Drafted Bond's December 2024 fee statement. |
| 02/06/25 | K.M.Doner | 0.30 | $54.00 | Participated in telephone conference with Attorneys Sullivan, Eaton and Clement regarding fee application procedures and related issues. |
| | R.Clement | 0.30 | $72.90 | Participated in meeting with Attorneys Sullivan and Eaton and K. Doner fee application issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Attended meeting with Attorneys Eaton and Clement and K. Doner regarding fee application issues. |
| 02/07/25 | C.J.Sullivan | 1.00 | $544.50 | Revised fee statements. |
| 02/10/25 | K.M.Doner | 0.30 | $54.00 | Reviewed revisions to Bond's October and November 2024 fee statements. |
| 02/11/25 | K.M.Doner | 0.30 | $54.00 | Drafted certificate of no objection related to Costello's October 1, 2024 through December 31, 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorneys Wang and Eaton regarding Costello's October 1, 2024 through December 31, 2024 fee statement. |
| 02/17/25 | J.S.Krell | 0.20 | $87.30 | Discussed auditor retention regarding expansion of scope of services with Attorney Sullivan. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

May 4, 2025  
Bill Number: 20075570

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/18/25 | K.M.Doner | 0.30 | $54.00 | Drafted certificate of no objection related to Blank Rome's December 2024 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Murray regarding Blank Rome's December 2024 fee statement. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conferences with Attorney Sullivan and J. Lewke regarding updates to Bond's October, November and December fee statements. |
| | K.M.Doner | 0.40 | $72.00 | Revised Bond's October, November and December 2024 fee statements. |
| 02/24/25 | K.M.Doner | 0.30 | $54.00 | Participated in telephone conference with J. Lewke regarding updates to Bond's October and November 2024 fee statements. |
| | K.M.Doner | 0.20 | $36.00 | Reviewed correspondence from Burns Bair regarding reconciliation of payments due to Burns Bair in connection with the order approving its second interim fee application and its November and December 2024 fee statements. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to M. Mashaw regarding reconciliation of fees and expenses owed to Burns Bair in connection with its second interim fee application and November and December 2024 fee statements. |
| | K.M.Doner | 0.60 | $108.00 | Revised Bond's October, November and December 2024 fee statements. |
| | J.S.Krell | 0.20 | $87.30 | Discussed fee applications with Attorney Sullivan. |
| 02/25/25 | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Sullivan regarding updates to Bond's October and November 2024 fee statements. |

Subtotal:   Hours:       8.60  
            Amount:   $2,250.45

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075570

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B180: Avoidance Action Analysis** | | | | |
| 02/04/25 | R.Clement | 2.00 | $486.00 | Finished review of preliminary materials pertaining to potential avoidance actions. |
| | S.C.Temes | 0.20 | $97.20 | Participated in call with Attorney Sullivan regarding avoidance action analysis. |
| | J.S.Krell | 0.20 | $87.30 | Discussed avoidance claim analysis with Attorneys Temes and Attorney Sullivan. |
| 02/05/25 | S.C.Temes | 0.90 | $437.40 | Reviewed potential avoidance action analysis. |
| 02/06/25 | S.C.Temes | 0.40 | $194.40 | Reviewed research regarding potential avoidance action issues. |
| 02/07/25 | R.Clement | 3.00 | $729.00 | Analyzed issues concerning potential avoidance actions. |
| | R.Clement | 0.20 | $48.60 | Participated in call with Attorney Temes to discuss potential avoidance analysis memo. |
| | R.Clement | 0.70 | $170.10 | Drafted avoidance action analysis memo for Attorney Temes. |
| | S.C.Temes | 0.90 | $437.40 | Reviewed avoidance action research. |
| 02/10/25 | R.Clement | 7.80 | $1,895.40 | Drafted avoidance action analysis memo. |
| | S.C.Temes | 0.10 | $48.60 | Participated in strategy conference call with Attorney Clement regarding avoidance action analysis. |
| 02/13/25 | S.C.Temes | 0.80 | $388.80 | Reviewed additional background and revised potential avoidance action memo. |
| 02/14/25 | S.C.Temes | 1.10 | $534.60 | Revised potential avoidance action memo. |
| | Subtotal: | Hours: | 18.30 | |
| | | Amount: | $5,554.80 | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/17/25 | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding extending deadline for removal of actions. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

May 4, 2025  
Bill Number: 20075570

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/24/25 | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding removal of actions motion. |
| | Subtotal: | Hours: 0.30 | | |
| | | Amount: $93.15 | | |

**B230: Financing/Cash Collections**

| | | | | |
|---|---|---|---|---|
| 02/04/25 | A.S.Rivera | 0.50 | $155.25 | Addressed issues related to the Deposit and Loan Fund and Diocesan Trust Fund. |
| 02/15/25 | A.S.Rivera | 0.70 | $217.35 | Drafted notice of revised budget for Deposit and Loan Fund. |
| 02/19/25 | A.S.Rivera | 0.20 | $62.10 | Drafted correspondence to the Committee regarding Deposit and Loan Fund. |
| | Subtotal: | Hours: 1.40 | | |
| | | Amount: $434.70 | | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| | | | | |
|---|---|---|---|---|
| 02/27/25 | A.S.Rivera | 0.30 | $93.15 | Conducted research regarding recent precedent impacting reorganization of the Diocese. |
| | Subtotal: | Hours: 0.30 | | |
| | | Amount: $93.15 | | |

**B401: Mediation**

| | | | | |
|---|---|---|---|---|
| 02/03/25 | S.A.Donato | 2.00 | $1,143.00 | Participated in mediation with mediator and insurance carrier. |
| | S.A.Donato | 0.30 | $171.45 | Participated in supplemental consultation with insurance counsel regarding mediation follow up issues. |
| | C.J.Sullivan | 2.00 | $1,089.00 | Participated in mediation with Wausau and Committee. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

May 4, 2025  
Bill Number: 20075570

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/03/25 | C.J.Sullivan | 1.00 | $544.50 | Conducted various follow-up tasks from mediation with Wausau and Committee. |
| 02/04/25 | S.A.Donato | 0.20 | $114.30 | Conferred with Committee counsel regarding mediation issues. |
| | S.A.Donato | 1.00 | $571.50 | Participated in conference call with Diocese in preparation for mediation. |
| | S.A.Donato | 0.30 | $171.45 | Participated in supplemental consultation with Attorney Sullivan in preparation for mediation. |
| | S.A.Donato | 0.40 | $228.60 | Began reviewing documents from CFO regarding mediation follow up issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding mediation preparation. |
| | C.J.Sullivan | 1.00 | $544.50 | Participated in meeting with Diocese to prepare for meeting with mediator regarding available assets. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorneys Donato and Sullivan regarding mediation strategies. |
| 02/05/25 | C.J.Sullivan | 1.20 | $653.40 | Prepared for meeting with mediator concerning review of available assets. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed follow up information from Diocese in preparation for mediation session. |
| | S.A.Donato | 1.00 | $571.50 | Participated in mediation session with Judge Sontchi. |
| 02/10/25 | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Diocese representatives, special counsel and Attorney Donato regarding mediation involving insurers. |
| 02/12/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation issues and updates. |
| 02/17/25 | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney Sullivan regarding mediation strategies. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Attorney Walter regarding mediation strategies. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                                              TEL: (315) 218-8000
Syracuse, New York  13202-1355                                                  FAX: (315) 218-8100

May 4, 2025
Bill Number: 20075570

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/17/25 | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Diocese representatives and Attorney Donato regarding preparation for mediation. |
| | S.C.Temes | 0.20 | $97.20 | Participated in call with Attorney Sullivan regarding mediation strategies. |
| 02/24/25 | S.A.Donato | 0.20 | $114.30 | Prepared correspondence to mediator regarding mediation updates. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from mediator regarding mediation updates. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding mediation updates. |
| 02/26/25 | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Diocese representatives and Attorney Donato regarding mediation. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding mediation issues. |

Subtotal:    Hours:    14.60
             Amount:   $8,091.90

**B402: Discovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/04/25 | T.W.Simcoe | 0.30 | $163.35 | Reviewed files and corresponded with Fr. K. O'Brien regarding documentation provided to creditors Committee related to discovery. |
| 02/22/25 | B.M.Sheehan | 0.40 | $162.00 | Consulted with Attorney Sullivan regarding discovery motion. |
| 02/24/25 | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Temes regarding discovery issues. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Diocese regarding discovery motion. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

May 4, 2025  
Bill Number: 20075570

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 02/28/25 | B.M.Sheehan | 0.50 | $202.50 | Consulted with counsel regarding discovery motion. |

| | Subtotal: | Hours: | 1.60 | |
| | | Amount: | $689.85 | |

**Total Hours and Fees For This Matter:**           57.90           $20,783.70

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 6.90 | $571.50 | $3,943.35 |
| E. J. LoBello (Member) | 0.30 | 544.50 | 163.35 |
| B. M. Sheehan (Member) | 1.60 | 405.00 | 648.00 |
| T. W. Simcoe (Member) | 0.30 | 544.50 | 163.35 |
| C. J. Sullivan (Member) | 10.10 | 544.50 | 5,499.45 |
| S. C. Temes (Member) | 4.60 | 486.00 | 2,235.60 |
| G. T. Walter (Member) | 0.80 | 490.50 | 392.40 |
| J. S. Krell (Senior Counsel) | 0.60 | 436.50 | 261.90 |
| R. Clement (Associate) | 21.10 | 243.00 | 5,127.30 |
| A. S. Rivera (Associate) | 2.00 | 310.50 | 621.00 |
| K. M. Doner (Paralegal) | 9.60 | 180.00 | 1,728.00 |
| **Total** | 57.90 | | $20,783.70 |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

May 4, 2025  
Bill Number: 20075570

Diocese of Ogdensburg

**Matter Disbursement Summary**

| | |
|---|---:|
| Data Hosting & Storage | $405.00 |
| **Total Disbursements** | **$405.00** |
| | |
| **TOTAL FOR THIS MATTER** | **$21,188.70** |