**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>          Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

<u>**NOTICE OF CHANGE OF FIRM ADDRESS**</u>

**PLEASE TAKE NOTICE** that the New York offices of Pachulski Stang Ziehl & Jones

LLP, counsel to the Official Committee of Unsecured Creditors of the above-captioned debtor and

debtor in possession, have relocated.  Notices and pleadings given or filed in the above-captioned

case should now be given and served upon each of the following listed below:

> James I. Stang, Esq. (admitted *pro hac vice*)
> Ilan D. Scharf, Esq.
> Karen B. Dine, Esq.
> PACHULSKI STANG ZIEHL & JONES LLP
> 1700 Broadway, 36th Floor
> New York, NY 10019
> Telephone: (212) 561-7700
> Facsimile: (212) 561-7777
> Email: jstang@pszjlaw.com
> Email: ischarf@pszjlaw.com
> Email: kdine@pszjlaw.com

Dated: New York, New York
     May 5, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
Email: ischarf@pszjlaw.com
Email: kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*