**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| The Roman Catholic Diocese of | ) Case No. |
| Ogdensburg, New York, | ) 23-60507 (PGR) |
| | ) |
| Debtor. | ) Chapter 11 |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| COUNTY OF LOS ANGELES | ) |

I, Janice G. Washington, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

I hereby certify that on May 5, 2025, I electronically filed the following document with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A:

- **NOTICE OF CHANGE OF ADDRESS [DKT. 933]**

- **SUPPLEMENTAL STATUS REPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO CENTURY'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING CENTURY TO ENFORCE THE SUBPOENA THE COMMITTEE ISSUED TO GALLAGHER [DKT. 934]**

- **SUPPLEMENTAL DECLARATION OF KAREN B. DINE IN SUPPORT OF THE FURTHER OBJECTION AND STATUS REPORT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO CENTURY'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING CENTURY TO ENFORCE THE SUBPOENA THE COMMITTEE ISSUED TO GALLAGHER [DKT. 935]**

And, I certify that on May 6, 2025, I have mailed by the United States Postal Service the document to the non-CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 6th day of May, 2025 at Los Angeles, California.

*/s/ Janice G. Washington*

Janice G. Washington

### EXHIBIT A

**23-60507-6-pgr Notice will be electronically mailed to:**

Jeffrey Robert Anderson on behalf of Creditor Certain Personal Injury Creditors
jeff@andersonadvocates.com,
therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvoc
ates.com

Jesse Bair on behalf of Creditor Committee Official Committee of Unsecured Creditors
jbair@burnsbair.com, kdempski@burnsbair.com

Jesse Bair on behalf of Spec. Counsel Burns Bair LLP
jbair@burnsbair.com, kdempski@burnsbair.com

Sheryl Betance
sheryl.betance@stretto.com, aw01@ecfcbis.com,pacerpleadings@stretto.com

Timothy W. Burns on behalf of Creditor Committee Official Committee of Unsecured
Creditors
tburns@burnsbair.com, kdempski@burnsbair.com

Timothy W. Burns on behalf of Spec. Counsel Burns Bair LLP
tburns@burnsbair.com, kdempski@burnsbair.com

Ashlyn Capote on behalf of Defendant Employers Insurance Company of Wausau (f/k/a
Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual Liability
Insurance Company of Wisconsin)
acapote@goldbergsegalla.com,
bfaulkner@goldbergsegalla.com;jmorrill@goldbergsegalla.com

Ashlyn Capote on behalf of Interested Party Employers Insurance Company of Wausau
(f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual
Liability Insurance Company of Wisconsin)
acapote@goldbergsegalla.com,
bfaulkner@goldbergsegalla.com;jmorrill@goldbergsegalla.com

Keith Caughlin on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New
York
caughlin@schwerzmannwise.com

Keith Caughlin on behalf of Spec. Counsel Schwerzmann & Wise, P.C.
caughlin@schwerzmannwise.com

Erin Champion on behalf of U.S. Trustee U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

Gaetano Dandrea on behalf of Creditor Certain Personal Injury Creditors
cvgdteam@laffeybuccikent.com

Jillian Grace Dennehy on behalf of Defendant Evanston Insurance Company as
successor-in-interest to Associated International Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Defendant International Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Interested Party Evanston Insurance Company as
successor-in-interest to Associated International Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of Interested Party International Insurance Company
jillian.dennehy@kennedyslaw.com

Robert Wagner DiUbaldo on behalf of Creditor Granite State Insurance Company
rdiubaldo@carltonfields.com

Robert Wagner DiUbaldo on behalf of Defendant Granite State Insurance Company
rdiubaldo@carltonfields.com

Karen B. Dine on behalf of Creditor Committee Official Committee of Unsecured
Creditors
kdine@pszjlaw.com

Stephen A. Donato on behalf of Debtor The Roman Catholic Diocese of Ogdensburg,
New York
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Stephen A. Donato on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg,
New York
sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Jeffrey A. Dove on behalf of Creditor NBT Bank, National Association
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Interested Party Ad Hoc Committee of Parishes
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-

1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Catholic Community of St. Philip of Jesus
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of All Saints of Mineville (Catholic
Community of Moriah)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. James Major of Lake Pleasant,
Hamilton County
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. John the Baptist Madrid
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of St. Mary of Champlain
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a St.
Bernards Church, Saranac Lake)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Assumption, Redford
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Family of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Holy Name of Au Sable Forks
(Catholic Community of Holy Name and St. Matthews)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Immaculate Conception of
Keeseville (The Roman Catholic Community of Keeseville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown
Point
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Holy Cross Parish of Plattsburgh
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Immaculate Conception Church of Brownville
(The Roman Catholic Community of Brownville and Dexter)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Immaculate Heart Central Schoolss
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our Lady
of Grace Parish)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake,
N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Parish of the Visitation and St. Raymond
(Norfolk and Raymondville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star
Lake, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Roman Catholic Community Center, Inc. (St.
Kateri Hall) of Hogansburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint
James Church, of Gouverneur)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Seton Academy in Plattsburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Society of St. James Minor Church of Carthage
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Society of St. Patricks Church of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Alexanders Church of Morrisonville (The

Roman Catholic Community of St. Alexander and St. Joseph)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of Tupper Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish, Malone, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Norwood
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Andrews Church, Sackets Harbor
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Mooers Forks
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church of Wells, Hamilton County
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and Raquette Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Anthonys Church of Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustine Church of North Bangor (The

Catholic Community of St. Augustine in North Bangor, N.Y.)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Augustines Church of Peru, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bartholomews Church of Old Forge
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards Church, Saranac Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon
Mountain and Ellenburg)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Bernards and St. Edmunds Parish of Ellenburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Brendans Roman Catholic Church of Keene
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cecilia's Church of Adams, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the Catholic
Community of Alexandria)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Elizabeth Roman Catholic Church of
Elizabethtown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New

York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Francis of Assisi Church of Constable
(Catholic Community of Constable, Westville and Trout River)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Henrys Church of Long Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. James Church of Cadyville, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. James Church of Gouverneur
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Johns Church of Lyons Falls
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Joseph of Willsboro, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Dannemora
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Josephs Church of Essex (The Catholic
Community of St. Philip of Jesus and St. Joseph)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-

1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Margarets Roman Catholic Church of Wilmington
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Martins Church, Port Leyden
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church (now Cathedral) of Ogdensburg
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Brushton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Clayton
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Constableville
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church of Glenfield (Catholic Community of St. Peter and St. Mary and St. Hedwig)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Copenhagen, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Church, Waddington
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Nativity Church of West Leyden
(Church of the Nativity, B.M.V.)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys Roman Catholic Church of Evans
Mills, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain
Lake and Indian Lake)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington,
N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patrick's Church of Brasher Falls
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic
Community of Burke and Chateaugay)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Colton, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church of Port Henry (The Catholic
Community of Moriah)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Patricks Church, Rouses Point

jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Paul's Church of Black River
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic
Community of St. Peter and St. Mary and St. Hedwig)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Philip Neri Roman Catholic Church of
Westport, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Raphaels Church of Heuvelton
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Stephens Church, Croghan, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent (The
Roman Catholic Community of Cape Vincent, Rosiere and Chaumont)
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Church of Our Lady of Sacred Heart of
Watertown
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary in
Canton, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey A. Dove on behalf of Plaintiff The Roman Catholic Church of St. Mary of
Potsdam, New York
jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-
1212@ecf.pacerpro.com

Jeffrey David Eaton on behalf of Debtor The Roman Catholic Diocese of Ogdensburg,
New York
jeaton@bsk.com, tayers@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Timothy Evanston on behalf of Defendant Certain London Market Companies
tevanston@skarzynski.com, tevanston@ecf.courtdrive.com

Timothy Evanston on behalf of Defendant Certain Underwriters at Lloyds, London
tevanston@skarzynski.com, tevanston@ecf.courtdrive.com

Timothy Evanston on behalf of Interested Party Certain Underwriters at Lloyd's,
London and Certain London Market Companies (collectively, London Market Insurers)
tevanston@skarzynski.com, tevanston@ecf.courtdrive.com

Timothy Evanston on behalf of Interested Party London Market Insurers
tevanston@skarzynski.com, tevanston@ecf.courtdrive.com

Michael Finnegan on behalf of Creditor Certain Personal Injury Creditors
mike@andersonadvocates.com,
therese@andersonadvocates.com;erin@andersonadvocates.com

Adam P. Haberkorn on behalf of Interested Party Century Indemnity Company, as
successor to CCI Insurance Company, as successor to Insurance Company of North
America
ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com

Donald Ethan Jeffery on behalf of Interested Party National Catholic Risk Retention
Group, Inc.
ejeffery@murphyking.com

Jeff D. Kahane on behalf of Defendant Certain London Market Companies
jkahane@skarzynski.com

Jeff D. Kahane on behalf of Defendant Certain Underwriters at Lloyds, London
jkahane@skarzynski.com

Jeff D. Kahane on behalf of Interested Party Certain Underwriters at Lloyd's, London
and Certain London Market Companies (collectively, London Market Insurers)
jkahane@skarzynski.com

Jeff D. Kahane on behalf of Interested Party London Market Insurers
jkahane@skarzynski.com

Amy Christine Keller on behalf of Creditor LG Abuse Claimants
akeller@lglaw.com, sfischer@lglaw.com

Michael Klotz on behalf of Interested Party Century Indemnity Company, as successor
to CCI Insurance Company, as successor to Insurance Company of North America
mklotz@omm.com

Cynthia S. LaFave on behalf of Creditor Certain Personal Injury Creditors
CLAFAVE@LWFLEGAL.COM, olena@lwflegal.com;mike@lwflegal.com

Elin Lindstrom on behalf of Creditor Certain Personal Injury Creditors
elin@andersonadvocates.com

Marianne G. May on behalf of Defendant Insurance Company of North America
marianne.may@clydeco.us

Marianne G. May on behalf of Interested Party Century Indemnity Company, as
successor to CCI Insurance Company, as successor to Insurance Company of North
America
marianne.may@clydeco.us

Stuart S. Mermelstein on behalf of Creditor Certain Personal Injury Creditors
smermelstein@hermanlaw.com

Siobhain P. Minarovich on behalf of Defendant Interstate Fire & Casualty Company
minarovichs@whiteandwilliams.com

Siobhain P. Minarovich on behalf of Interested Party Interstate Fire & Casualty
Company
minarovichs@whiteandwilliams.com

Luis Orengo, Jr on behalf of Creditor Granite State Insurance Company
lorengo@carltonfields.com, kathompson@carltonfields.com

Luis Orengo, Jr on behalf of Defendant Granite State Insurance Company
lorengo@carltonfields.com, kathompson@carltonfields.com

Jon Travis Powers on behalf of Defendant Interstate Fire & Casualty Company
powerst@whiteandwilliams.com

Jon Travis Powers on behalf of Interested Party Interstate Fire & Casualty Company
powerst@whiteandwilliams.com

Bradley Puklin on behalf of Defendant Certain London Market Companies
bradley.puklin@clydeco.us

Bradley Puklin on behalf of Defendant Certain Underwriters at Lloyds, London
bradley.puklin@clydeco.us

Bradley Puklin on behalf of Interested Party Certain Underwriters at Lloyd's, London
and Certain London Market Companies (collectively, London Market Insurers)
bradley.puklin@clydeco.us

Nathan W. Reinhardt on behalf of Defendant Certain London Market Companies
nreinhardt@skarzynski.com

Nathan W. Reinhardt on behalf of Defendant Certain Underwriters at Lloyds, London
nreinhardt@skarzynski.com

Nathan W. Reinhardt on behalf of Interested Party Certain Underwriters at Lloyd's,
London and Certain London Market Companies (collectively, London Market Insurers)
nreinhardt@skarzynski.com

Nathan W. Reinhardt on behalf of Interested Party London Market Insurers
nreinhardt@skarzynski.com

Andrew Scott Rivera on behalf of Debtor The Roman Catholic Diocese of Ogdensburg,
New York
arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com

Matthew Roberts on behalf of Defendant Interstate Fire & Casualty Company
mroberts@phrd.com, elyttle@phrd.com

Matthew Roberts on behalf of Interested Party Interstate Fire & Casualty Company
mroberts@phrd.com, elyttle@phrd.com

Russell Webb Roten on behalf of Defendant Certain London Market Companies
rroten@skarzynski.com, dmartinez@duanemorris.com

Russell Webb Roten on behalf of Defendant Certain Underwriters at Lloyds, London
rroten@skarzynski.com, dmartinez@duanemorris.com

Russell Webb Roten on behalf of Interested Party Certain Underwriters at Lloyd's,
London and Certain London Market Companies (collectively, London Market Insurers)

rroten@skarzynski.com, dmartinez@duanemorris.com

Russell Webb Roten on behalf of Interested Party London Market Insurers
rroten@skarzynski.com, dmartinez@duanemorris.com

Jordan Russell on behalf of Defendant Certain London Market Companies
jordan.russell@clydeco.us

Jordan Russell on behalf of Defendant Certain Underwriters at Lloyds, London
jordan.russell@clydeco.us

Jordan Russell on behalf of Interested Party Certain Underwriters at Lloyd's, London
and Certain London Market Companies (collectively, London Market Insurers)
jordan.russell@clydeco.us

Jordan Russell on behalf of Interested Party London Market Insurers
jordan.russell@clydeco.us

Deborah Kall Schaal on behalf of Creditor ACAR Leasing Ltd. dba GM Financial
Leasing
debbie@dksattorney.com

Jonathan Schapp on behalf of Defendant Employers Insurance Company of Wausau
(f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers Mutual
Liability Insurance Company of Wisconsin)
jschapp@goldbergsegalla.com,
kallen@goldbergsegalla.com;bfaulkner@goldbergsegalla.com

Jonathan Schapp on behalf of Interested Party Employers Insurance Company of
Wausau (f/k/a Employers Insurance of Wausau A Mutual Company f/k/a Employers
Mutual Liability Insurance Company of Wisconsin)
jschapp@goldbergsegalla.com,
kallen@goldbergsegalla.com;bfaulkner@goldbergsegalla.com

IIan D. Scharf on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
ischarf@pszjlaw.com

IIan D. Scharf on behalf of Creditor Committee Official Committee of Unsecured
Creditors
ischarf@pszjlaw.com

IIan D. Scharf on behalf of Interested Party The Official Committee of Unsecured
Creditors
ischarf@pszjlaw.com

LA:4936-1067-3713.1 18493.002

IIan D. Scharf on behalf of Other Prof. Berkeley Research Group, LLC
ischarf@pszjlaw.com

Tancred V. Schiavoni on behalf of Defendant Insurance Company of North America
tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com

Tancred V. Schiavoni on behalf of Interested Party Century Indemnity Company, as
successor to CCI Insurance Company, as successor to Insurance Company of North
America
tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com

Brendan M Sheehan on behalf of Attorney Bond, Schoeneck & King, PLLC
bsheehan@bsk.com, spagano@bsk.com

Brendan M Sheehan on behalf of Debtor The Roman Catholic Diocese of Ogdensburg,
New York
bsheehan@bsk.com, spagano@bsk.com

Bruce F. Smith, I on behalf of Interested Party National Catholic Risk Retention Group,
Inc.
bsmith@murphyking.com

Taylor Stippel on behalf of Creditor Certain Personal Injury Creditors
taylor@andersonadvocates.com,
erin@andersonadvocates.com;therese@andersonadvocates.com;elin@andersonadvocat
es.com

Catalina J. Sugayan on behalf of Defendant Certain London Market Companies
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Catalina J. Sugayan on behalf of Defendant Certain Underwriters at Lloyds, London
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Catalina J. Sugayan on behalf of Interested Party Certain Underwriters at Lloyd's,
London and Certain London Market Companies (collectively, London Market Insurers)
catalina.sugayan@clydeco.us, nancy.lima@clydeco.us

Charles J. Sullivan on behalf of Attorney Bond, Schoeneck & King, PLLC
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Debtor The Roman Catholic Diocese of Ogdensburg,
New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Catholic Community of St. Philip of Jesus
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of All Saints of Mineville (Catholic
Community of Moriah)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. James Major of Lake Pleasant,
Hamilton County
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. John the Baptist Madrid
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of St. Mary of Champlain
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Assumption of Gabriels (n/k/a
St. Bernards Church, Saranac Lake)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Assumption, Redford
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Angels of Altona, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Cross of Hopkinton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Family of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Holy Name of Au Sable Forks
(Catholic Community of Holy Name and St. Matthews)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Immaculate Conception of
Keeseville (The Roman Catholic Community of Keeseville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Church of the Sacred Heart of Jesus of Crown
Point

LA:4936-1067-3713.1 18493.002

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Holy Cross Parish of Plattsburgh
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Immaculate Conception Church of Brownville
(The Roman Catholic Community of Brownville and Dexter)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Immaculate Heart Central Schoolss
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Our Lady of Grace of Hammond (n/k/a Our
Lady of Grace Parish)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Our Lady of Lourdes Church, Schroon Lake,
N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Parish of the Visitation and St. Raymond
(Norfolk and Raymondville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Queen of Heaven Church, Henderson, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Roman Catholic Church of St. Hubert in Star
Lake, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Roman Catholic Community Center, Inc. (St.
Kateri Hall) of Hogansburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Chazy, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Sacred Heart Church of Edwards (n/k/a Saint
James Church, of Gouverneur)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Seton Academy in Plattsburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Society of St. James Minor Church of
Carthage
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Society of St. Patricks Church of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff Ss. Philip & James Church of Lisbon Center
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Agnes Church of Lake Placid, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Alexanders Church of Morrisonville (The
Roman Catholic Community of St. Alexander and St. Joseph)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Alphonsus Holy Name of Jesus Parish of
Tupper Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andre Bessette Roman Catholic Parish,
Malone, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Norwood
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Andrews Church, Sackets Harbor
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Mooers Forks
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church of Wells, Hamilton County
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anns Church, St. Regis Falls, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anthony of Padua Parish of Inlet and
Raquette Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Anthonys Church of Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustine Church of North Bangor (The
Catholic Community of St. Augustine in North Bangor, N.Y.)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Augustines Church of Peru, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bartholomews Church of Old Forge
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards Church, Saranac Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish (Lyon
Mountain and Ellenburg)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Bernards and St. Edmunds Parish of
Ellenburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Brendans Roman Catholic Church of
Keene
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Cecilia's Church of Adams, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Cyril Church of Alexandria Bay (the
Catholic Community of Alexandria)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Elizabeth Roman Catholic Church of
Elizabethtown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Francis Solanus Church of Harrisville, New
York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Francis of Assisi Church of Constable
(Catholic Community of Constable, Westville and Trout River)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Henrys Church of Long Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. James Church of Cadyville, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. James Church of Gouverneur
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Johns Church of Lyons Falls
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Joseph of Willsboro, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church Minerva (Olmstedville)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church West Chazy, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Dannemora
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Josephs Church of Essex (The Catholic
Community of St. Philip of Jesus and St. Joseph)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Margarets Roman Catholic Church of
Wilmington
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Martins Church, Port Leyden
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church (now Cathedral) of
Ogdensburg
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Brushton, N.Y.

csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Clayton
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Constableville
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church of Glenfield (Catholic
Community of St. Peter and St. Mary and St. Hedwig)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Copenhagen, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Ticonderoga, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Church, Waddington
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Nativity Church of West Leyden
(Church of the Nativity, B.M.V.)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys Roman Catholic Church of Evans
Mills, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish (Blue Mountain
Lake and Indian Lake)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys and St. Pauls Parish of Indian Lake
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Marys of the Fort Church, Fort Covington,
N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patrick's Church of Brasher Falls
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Chateaugay (Catholic

Community of Burke and Chateaugay)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Colton, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church of Port Henry (The
Catholic Community of Moriah)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Patricks Church, Rouses Point
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Paul's Church of Black River
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Peters Parish of Lowville (n/k/a Catholic
Community of St. Peter and St. Mary and St. Hedwig)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Philip Neri Roman Catholic Church of
Westport, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Raphaels Church of Heuvelton
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Stephens Church, Croghan, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Therese Church of Newcomb, N.Y.
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff St. Vincent of Paul Church of Cape Vincent
(The Roman Catholic Community of Cape Vincent, Rosiere and Chaumont)
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Church of Our Lady of Sacred Heart of
Watertown
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary in
Canton, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Church of St. Mary of Potsdam, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Plaintiff The Roman Catholic Diocese of Ogdensburg, New York
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Charles J. Sullivan on behalf of Spec. Counsel Blank Rome LLP
csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

Sara C. Temes on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
stemes@bsk.com, kdoner@bsk.com;CourtMail@bsk.com;tayers@bsk.com

U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

Nora Anne Valenza-Frost on behalf of Creditor Granite State Insurance Company
nvalenza-frost@carltonfields.com

Nora Anne Valenza-Frost on behalf of Defendant Granite State Insurance Company
nvalenza-frost@carltonfields.com

Grayson T Walter on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com

Jennifer Wang on behalf of Debtor The Roman Catholic Diocese of Ogdensburg, New York
jwang@ccf-law.com, lalesci@ccf-law.com

Matthew Michael Weiss on behalf of Defendant Interstate Fire & Casualty Company
mweiss@phrd.com

Matthew Michael Weiss on behalf of Interested Party Interstate Fire & Casualty Company
mweiss@phrd.com

Harris Winsberg on behalf of Defendant Interstate Fire & Casualty Company
hwinsberg@phrd.com

Harris Winsberg on behalf of Interested Party Interstate Fire & Casualty Company

hwinsberg@phrd.com

Yongli Yang on behalf of Defendant Certain London Market Companies
yongli.yang@clydeco.us

Yongli Yang on behalf of Defendant Certain Underwriters at Lloyds, London
yongli.yang@clydeco.us

Yongli Yang on behalf of Interested Party Certain Underwriters at Lloyd's, London and
Certain London Market Companies (collectively, London Market Insurers)
yongli.yang@clydeco.us

## EXHIBIT B

The Roman Catholic Diocese of Ogdensburg
Attention:  Mark Mashaw, Diocesan Fiscal Officer
622 Washington Street
Ogdensburg, New York 13669