UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

　　　　　　　Debtor.

Case No. 23-60507 (PGR)

Chapter 11

# CERTIFICATE OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On May 5, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period December 1, 2024 Through December 31, 2024** (Docket No. 930)

- **Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period January 1, 2025 Through January 31, 2025** (Docket No. 931)

- **Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period February 1, 2025 Through February 28, 2025** (Docket No. 932)

Dated: May 6, 2025

*/s/ Gregory A. Lesage*
Gregory A. Lesage
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 329-4244

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE | ATTN: ERIN CHAMPION, ESQ. | 105 U.S. COURTHOUSE | 10 BROAD STREET | UTICA | NY | 13501 |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK | ATTN: MARK MASHAW, DIOCESAN FISCAL OFFICER | 622 WASHINGTON STREET | | OGDENSBURG | NY | 13669 |

In re: The Roman Catholic Diocese of Ogdensburg, New York
Case No. 23-60507 (PGR)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC COMMITTEE OF PARISHES | C/O BARCLAY DAMON LLP | ATTN: JEFFERY A. DOVE | JDOVE@BARCLAYDAMON.COM AVROOMAN@BARCLAYDAMON.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, KAREN B. DINE | JSTANG@PSZJLAW.COM ISCHARF@PSZJLAW.COM KDINE@PSZJLAW.COM |