UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK, | ) ) ) | Case No. 23-60507 |
| Debtor. | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 2016

I, Mark Mashaw, certify that I have reviewed the Second Application for Interim Compensation and Reimbursement of Expenses of Pinto Mucenski Hooper Vanhouse & Co., Certified Public Accountants, P.C., as accountants for the Diocese and:

■ I do not object to allowance of the application and payment of fees and expenses in full as the services rendered and fees charged appear reasonable;
or

☐ I object to the application and to payment of the fees and expenses in full in the amounts and for the reasons set forth below:

Dated: May 19, 2025

                                              /s/ Mark Mashaw
                                              Mark Mashaw
                                              Diocesan Fiscal Officer, The Roman Catholic
                                              Diocese of Ogdensburg, New York