UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period April 1, 2025 Through April 30, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: May 19, 2025

BLANK ROME LLP

By:    */s/ James R. Murray*
James R. Murray, Esq.
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Counsel for The Roman Catholic Diocese of Ogdensburg, New York*

21704071.v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

# MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD APRIL 1, 2025 THROUGH APRIL 30, 2025

| | |
|---|---|
| Name of Applicant: | Blank Rome LLP |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 111] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | April 1, 2025 through April 30, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $1,161.54 ($929.23) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a:  X  monthly ____ quarterly ____ final application.

This is Blank Rome LLP's seventeenth monthly fee statement in this case.

21704071.v1

# BLANKROME

**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** ▇

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF OGDENSBURG | INVOICE DATE: MAY 19, 2025 |
| ATTN: BISHOP TERRY R. LAVALLEY | CLIENT ID: 157456 |
| 622 WASHINGTON STREET, PO BOX 369 | MATTER NUMBER: 157456-00601 03348 |
| OGDENSBURG | INVOICE NUMBER: 2280158 |
| NEW YORK, NY 13669 | |

**REGARDING:** **ROMAN CATHOLIC DIOCESE OF OGDENSBURG**
**INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 11/22/2024 | 2239835 | $26,328.61 | $0.00 | $26,328.61 |
| 01/06/2025 | 2247644 | $12,418.56 | $0.00 | $12,418.56 |
| 01/28/2025 | 2253679 | $3,036.88 | $0.00 | $3,036.88 |
| 02/24/2025 | 2259743 | $5,798.48 | $0.00 | $5,798.48 |
| 03/11/2025 | 2263247 | $10,826.20 | $0.00 | $10,826.20 |
| 04/16/2025 | 2272747 | $2,567.56 | $0.00 | $2,567.56 |

**BALANCE FORWARD** $60,976.29

FOR LEGAL SERVICES RENDERED THROUGH 4/30/25   $1,508.50
LESS 23% ACCOMMODATION   ($346.96)
NET SERVICES   $1,161.54

**CURRENT INVOICE TOTAL**   **$1,161.54**

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**   **$62,137.83**

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ▇ | 130 North 18th St |
| ABA Number: | ▇ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ▇ (International) | |
| | To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments | |

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ▮

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF OGDENSBURG | INVOICE DATE: MAY 19, 2025 |
| ATTN: BISHOP TERRY R. LAVALLEY | CLIENT ID: 157456 |
| 622 WASHINGTON STREET, PO BOX 369 | MATTER NUMBER: 157456-00601 |
| OGDENSBURG | INVOICE NUMBER: 2280158 |
| NEW YORK, NY 13669 | PAGE 1 |

**REGARDING:    ROMAN CATHOLIC DIOCESE OF OGDENSBURG
INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH APRIL 30, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | FOLLOW UP RE INSURER QUERIES, INCLUDING DRAFTING CORRESPONDENCE, REVIEWING RECORDS IN CONNECTION WITH THE SAME | R. MICHAELSON | 0.60 | 375.00 |
| 04/01/25 | REVIEW DRAFT EMAIL TO INSURER PROVIDING INFORMATION ABOUT CLAIMS AND PROVIDE COMMENTS TO R. MICHAELSON | J. CARTER | 0.20 | 162.00 |
| 04/07/25 | EMAIL TO A. SPENCER RELATING TO RESEARCH REGARDING PRIVILEGE QUESTION RAISED BY BANKRUPTCY COUNSEL | J. CARTER | 0.10 | 81.00 |
| 04/07/25 | RESEARCH PRIVILEGE FOR BROKER CORRESPONDENCE FOR J. CARTER | A. SPENCER | 1.00 | 460.00 |
| 04/07/25 | CALL WITH J. CARTER, C. SULLIVAN, B. SHEEHAN RE INSURER QUERIES | R. MICHAELSON | 0.30 | 187.50 |
| 04/07/25 | CONFERENCE WITH C. SULLIVAN AND B. SHEEHAN REGARDING REQUEST FROM INSURER FOR CLAIM INFORMATION | J. CARTER | 0.30 | 243.00 |

| | |
|---|---|
| TOTAL SERVICES | $1,508.50 |
| LESS 23% ACCOMMODATION | ($346.96) |
| NET SERVICES | $1,161.54 |

**CURRENT INVOICE TOTAL**                                            **$1,161.54**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 810.00 | 0.60 | 486.00 |
| ROBYN MICHAELSON | 625.00 | 0.90 | 562.50 |
| AMY J. SPENCER | 460.00 | 1.00 | 460.00 |

**ROMAN CATHOLIC DIOCESE OF OGDENSBURG** **PAGE 2**
**FILE NUMBER: 157456-00601** **INVOICE # 2280158**
**MAY 19, 2025**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| **TOTALS** | | **2.50** | **$1,508.50** |