So Ordered.

Signed this 19 day of May, 2025.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>            Debtor. | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

**ORDER AMENDING THE TERMS OF APPOINTMENT OF
PINTO MUCENSKI HOOPER VANHOUSE & CO., CERTIFIED PUBLIC
ACCOUNTANTS, P.C. AS ACCOUNTANTS TO THE DIOCESE**

Upon the Motion[1] of The Roman Catholic Diocese of Ogdensburg, New York (the "Diocese") for entry of an order amending the retention terms of Pinto Mucenski Hooper Vanhouse & Co., Certified Public Accountants, P.C. ("Pinto"), as appointed accountants for the Diocese in this case, to bill for its services based on a flat-rate, yearly audit fee while keeping intact all other provisions of the Pinto Retention Application, as approved by the Pinto Retention Order;

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

21643451.v1

and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this Chapter 11 Case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court being satisfied, based on the representations made in the Motion and the Supplemental Mucenski Affidavit; and after due deliberation thereon, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Paragraph 2 of the Pinto Retention Order is amended as follows "Pinto, with offices at 42 Market Street, Potsdam, New York 13676, is hereby appointed to act as auditors and accountants for the Diocese herein, effective as of July 17, 2023, its compensation to be paid at a fixed flat rate annual fee of $27,500.00 (the "Flat Rate Fee"), and paid upon application to the Court in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other orders of this Court."

3. Pinto shall be authorized to adjust the Flat Rate Fee annually, by filing a supplemental notice of the proposed increase to the Flat Rate Fee on the docket of this Chapter 11 Case.

4. Should the Diocese request Pinto's assistance on unusual or extraordinary matters beyond the scope of the Flat Rate Fee, such services would be billed to the Diocese at Pinto's customary hourly rates. In the event that such fees are incurred for unusual or extraordinary services beyond the flat rate fee, Pinto will make an additional fee application for such fees, with detailed invoices included.

21643451.v1

5.       The Diocese is hereby authorized to take all actions it determines are necessary to effectuate the relief granted pursuant to this Motion.

6.       The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

21643451.v1