**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507-PGR |

**CERTIFICATION OF NO OBJECTION REGARDING NINETEENTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD MAY 1, 2025 THROUGH MAY 31, 2025**

The undersigned special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On November 9, 2023, this Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals And Members Of Official Committee*s [Docket No. 250] (the "Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order.

2. On **June 9, 2025**, Burns Bair LLP ("Burns Bair") filed its *Nineteenth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to Official Committee of Unsecured Creditors for The Roman Catholic Diocese of Ogdensburg, New York for the Period May 1, 2025 through May 31, 2025* [Docket No. 987] (the "Monthly Fee Statement").

3. The Monthly Fee Statement was served on **June 9, 2025** [Docket No. 987-1].

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

4. The Monthly Fee Statement complied with the requirements set forth in the Interim Compensation Order.

5. Pursuant to the Interim Compensation Order, **June 23, 2025** was the deadline to object to the Monthly Fee Statement (the "Objection Deadline"). As of the filing of this Certification of No Objection, more than 12 hours have elapsed since the Objection Deadline. To the best of my knowledge, no responses to the Monthly Fee Statement have been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) been served on Burns Bair.

6. Pursuant to the Interim Compensation Order, upon filing of this Certification of No Objection, the Debtor is authorized and directed to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement without the need for entry of a Court order approving the Monthly Fee Statement.

7. Accordingly, in accordance with the Monthly Fee Statement and the Interim Compensation Order, Burns Bair requests that the Debtor remit the amount(s) indicated in the column "Total Authorized for Payment":

| Dates | 100% Fees | 80% Fees | 100% Expenses | Total Authorized for Payment | Total Holdback |
|---|---|---|---|---|---|
| 5/1/2025 - 5/31/2025 | $3,165.00 | $2,532.00 | $3.04 | $2,535.04 | $633.00 |

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 24, 2025              **BURNS BAIR LLP**

                                                 */s/ Jesse J. Bair*
Jesse J. Bair (admitted *pro hac vice*)
Timothy W. Burns (admitted *pro hac vice*)
10 E. Doty St., Suite 600
Madison, WI 53703-3392
Telephone: (608) 286-2808
Email:  jbair@burnsbair.com
Email:  tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York*