UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period March 1, 2025 Through March 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: September 15, 2025

BOND, SCHOENECK & KING, PLLC

By:    /s/ Charles J. Sullivan
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
        csullivan@bsk.com
        gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

22277204.v1-9/15/25

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
<u>MARCH 1, 2025 THROUGH MARCH 31, 2025</u>**

| | |
|---|---|
| Name of Applicant: | <u>Bond, Schoeneck & King, PLLC</u> |
| Authorized to Provide Professional Services to: | <u>The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession</u> |
| Date of Retention: | <u>Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023</u> |
| Period for which compensation and reimbursement is sought: | <u>March 1, 2025 through March 31, 2025</u> |
| Amount of compensation sought as actual, reasonable and necessary: | <u>80% of $23,685.75 ($18,948.60)</u> |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | <u>$522.40</u> |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's twenty-first monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

September 9, 2025
Bill Number: 20078595

Mr. Mark Mashaw
Diocesan Fiscal Officer
Diocese of Ogdensburg
622 Washington Street
Ogdensburg, NY 13669

For Legal Services Rendered through 03/31/25.

**Financial Review**
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 03/03/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case strategy and open issues. |
| 03/07/25 | R.Clement | 0.20 | $48.60 | Conducted research regarding recent precedent impacting reorganization of Diocese. |
| 03/10/25 | K.M.Doner | 1.10 | $198.00 | Began analyzing the Diocese's December 2024 operating report. |
| | S.C.Temes | 0.30 | $145.80 | Discussed case strategy and deadlines with Attorney Sullivan. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding open issues and strategy. |
| 03/11/25 | K.M.Doner | 2.70 | $486.00 | Completed analysis of the Diocese's December 2024 operating report and related schedules. |
| | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to M. Mashaw summarizing proposed updates to the Diocese's December 2024 operating report. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

September 9, 2025  
Bill Number: 20078595

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | K.M.Doner | 0.50 | $90.00 | Reviewed updates provided by M. Mashaw to the December 2024 operating report and revised same. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Temes regarding the Diocese's December 2024 operating report. |
| 03/17/25 | K.M.Doner | 0.10 | $18.00 | Reviewed correspondence from M. Mashaw regarding merging of Ss. Peter and Paul in Fish Creek and corresponded with Stretto regarding updates to creditor matrix related to same. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Temes regarding the Diocese's December 2024 operating report. |
| | K.M.Doner | 0.10 | $18.00 | Participated in follow up telephone conference with Attorney Temes regarding updates to the Diocese's December 2024 operating report. |
| | K.M.Doner | 0.40 | $72.00 | Revised the Diocese's December 2024 operating report and related schedules. |
| 03/19/25 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Temes regarding the Diocese's December and January operating reports. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Bond attorneys regarding case status and strategy. |
| 03/21/25 | C.J.Sullivan | 0.20 | $108.90 | Drafted correspondence to Attorney Wang regarding case status. |
| 03/24/25 | K.M.Doner | 0.10 | $18.00 | Consulted with Attorney Sullivan regarding the Diocese's January 2025 operating report. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding open matters and case strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | S.C.Temes | 0.10 | $48.60 | Participated in telephone conference with K. Doner regarding the Diocese's January 2025 operating report. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

September 9, 2025
Bill Number: 20078595

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/28/25 | K.M.Doner | 0.90 | $162.00 | Began analyzing the Diocese's January 2025 operating report. |
| 03/31/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |

Subtotal:  Hours: 9.70
           Amount: $2,763.90

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/03/25 | R.Clement | 0.30 | $72.90 | Participated in telephone conference with Attorney LoBello regarding preserving claim related to recovery on insurance assets of estate. |
| | E.J.LoBello | 0.30 | $163.35 | Participated in telephone conference with Attorney Clement regarding preserving claim related to recovery on insurance assets of estate. |
| | R.Clement | 1.30 | $315.90 | Performed research regarding preserving claim related to recovery on insurance assets of estate. |
| 03/04/25 | R.Clement | 1.40 | $340.20 | Updated research regarding preserving claim related to recovery on insurance assets of estate. |
| | C.J.Sullivan | 0.50 | $272.25 | Reviewed draft of letter to Century Insurance. |
| 03/05/25 | E.J.LoBello | 0.50 | $272.25 | Reviewed updated research regarding preserving claim related to recovery on insurance assets of estate. |
| | R.Clement | 0.50 | $121.50 | Participated at teleconference with Attorneys Sullivan and LoBello regarding research for preserving claim related to recovery on insurance assets of estate. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorneys LoBello and Clement regarding Wausau coverage defenses. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

September 9, 2025
Bill Number: 20078595

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | C.J.Sullivan | 0.50 | $272.25 | Reviewed results of research regarding Wausau coverage defense issue. |
| 03/06/25 | R.Clement | 3.00 | $729.00 | Drafted memorandum regarding coverage defenses. |
| 03/10/25 | E.J.LoBello | 0.80 | $435.60 | Revised memorandum regarding coverage defenses. |
| | E.J.LoBello | 0.20 | $108.90 | Participated in telephone conference with Attorneys Sullivan and Clement regarding coverage defenses. |
| | R.Clement | 0.20 | $48.60 | Participated in telephone conference with Attorney LoBello regarding coverage defenses. |
| | R.Clement | 1.00 | $243.00 | Revised memorandum concerning coverage defenses. |
| 03/26/25 | T.W.Simcoe | 0.40 | $217.80 | Reviewed information regarding Diocesan trust fund. |

Subtotal:   Hours:   11.40
            Amount:  $3,885.75

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/26/25 | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from litigation counsel regarding state court litigation issues. |

Subtotal:   Hours:   0.30
            Amount:  $171.45

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/06/25 | C.J.Sullivan | 0.50 | $272.25 | Drafted correspondence to Committee regarding demolition of Parish property. |
| 03/10/25 | S.C.Temes | 0.30 | $145.80 | Participated in conference call with Committee counsel to discuss case issues. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

September 9, 2025  
Bill Number: 20078595

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding case status. |
| | Subtotal: | Hours: Amount: | 1.10 $581.40 | |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/06/25 | K.M.Doner | 0.40 | $72.00 | Drafted Blank Rome's January 2025 fee statement, together with summary and cover sheet and related notice. |
| 03/07/25 | K.M.Doner | 1.50 | $270.00 | Drafted Bond's January 2025 fee statement. |
| 03/10/25 | J.S.Krell | 0.30 | $130.95 | Discussed fee applications with Attorney Clement. |
| 03/17/25 | K.M.Doner | 0.10 | $18.00 | Corresponded with D. Lowrance regarding Blank Rome's February 2025 fee statement. |
| | K.M.Doner | 0.40 | $72.00 | Drafted Blank Rome's February 2025 fee statement, including summary and cover sheet and related notice. |
| 03/19/25 | K.M.Doner | 0.20 | $36.00 | Communicated with Attorney Clement regarding Pinto retention. |
| | R.Clement | 0.20 | $48.60 | Participated in telephone conference with K. Doner regarding amendments to Pinto retention. |
| | R.Clement | 0.70 | $170.10 | Revised motion for amended Pinto agreement. |
| 03/20/25 | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Sullivan regarding Bond's October and November 2024 fee statements. |
| 03/21/25 | K.M.Doner | 0.70 | $126.00 | Drafted summary and cover sheets and related notices in connection with Bond's October and November 2024 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Trustee Champion regarding Bond's October and November 2024 fee statements. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW                                                                 Federal Tax ID 27-0015651

One Lincoln Center                                                               TEL: (315) 218-8000  
Syracuse, New York  13202-1355                                                   FAX: (315) 218-8100

---

September 9, 2025  
Bill Number: 20078595

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/22/25 | K.M.Doner | 1.50 | $270.00 | Prepared Bond's February 2025 fee statement. |
| 03/24/25 | K.M.Doner | 0.20 | $36.00 | Consulted with Attorneys Sullivan and Clement regarding Pinto amended retention. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with J. Lewke and Attorney Sullivan regarding fee statement issues. |
| | R.Clement | 0.20 | $48.60 | Participated in call with Attorney Krell regarding Pinto agreement. |
| | R.Clement | 1.20 | $291.60 | Drafted notice of motion for revised Pinto retention agreement and revised related motion. |
| | J.S.Krell | 0.20 | $87.30 | Discussed the Pinto agreement with Attorney Clement. |
| 03/25/25 | K.M.Doner | 0.30 | $54.00 | Finalized notice of annual rate increase for Stretto, Inc. |
| 03/26/25 | K.M.Doner | 0.30 | $54.00 | Drafted certificate of no objection related to Blank Rome's January 2025 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Murray and D. Lowrance regarding Blank Rome's January 2025 fee statement. |
| 03/31/25 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding next round of fee applications. |
| | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorneys Sullivan and Clement regarding application to modify Pinto retention. |

    Subtotal:       Hours:        9.10  
                    Amount:     $1,911.15

**B180: Avoidance Action Analysis**

| 03/19/25 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding potential avoidance action analysis. |

---

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

September 9, 2025  
Bill Number: 20078595

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/31/25 | S.C.Temes | 1.50 | $729.00 | Revised potential avoidance action memo. |
| | Subtotal: | Hours: 1.70 | | |
| | | Amount: $765.00 | | |

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/05/25 | R.Clement | 5.00 | $1,215.00 | Drafted fourth motion for extension of time to remove actions. |
| 03/06/25 | R.Clement | 1.30 | $315.90 | Finalized draft of fourth motion for extension of time to remove actions. |
| 03/07/25 | R.Clement | 0.40 | $97.20 | Revised notice of motion for extension of time to remove actions. |
| 03/12/25 | C.J.Sullivan | 0.50 | $272.25 | Reviewed fourth motion to extend time to remove actions. |
| | A.S.Rivera | 1.40 | $434.70 | Revised motion to extend deadline to remove actions. |
| 03/14/25 | S.C.Temes | 0.30 | $145.80 | Reviewed fourth motion to extend time to remove actions. |
| 03/17/25 | K.M.Doner | 0.60 | $108.00 | Revised fourth motion to extend time within which the Diocese may remove actions. |
| | Subtotal: | Hours: 9.50 | | |
| | | Amount: $2,588.85 | | |

**B230: Financing/Cash Collections**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/03/25 | K.M.Doner | 0.30 | $54.00 | Revised notice of supplemental budget to liquidity order and related budget. |
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding preparing supplemental budget for deposit and loan fund. |
| 03/10/25 | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding deposit and loan fund budget issues. |

BOND, SCHOENECK & KING, PLLC  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center  TEL: (315) 218-8000
Syracuse, New York  13202-1355  FAX: (315) 218-8100

September 9, 2025
Bill Number: 20078595

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | A.S.Rivera | 0.20 | $62.10 | Addressed issues regarding deposit and loan fund. |
| 03/19/25 | S.C.Temes | 1.00 | $486.00 | Reviewed deposit and loan fund files. |
| 03/20/25 | S.C.Temes | 0.30 | $145.80 | Corresponded with Diocese regarding deposit and loan fund. |
| 03/24/25 | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding deposit and loan fund supplemental budget. |
| | Subtotal: | Hours: | 2.20 | |
| | | Amount: | $872.10 | |

**B320: Plan and Disclosure Statement (including Business Plan)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/06/25 | R.Clement | 0.10 | $24.30 | Reviewed Purdue article regarding opt-out releases for implications to diocesan case. |
| 03/19/25 | R.Clement | 0.90 | $218.70 | Conducted research regarding opt-out mechanisms. |
| | Subtotal: | Hours: | 1.00 | |
| | | Amount: | $243.00 | |

**B401: Mediation**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/03/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation updates. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding mediation updates. |
| 03/16/25 | C.J.Sullivan | 0.50 | $272.25 | Consulted with Attorney Donato regarding restricted assets matters and upcoming mediation. |
| | S.A.Donato | 0.50 | $285.75 | Consulted with Attorney Sullivan regarding mediation updates. |
| | S.A.Donato | 0.20 | $114.30 | Reviewed correspondence from mediator regarding mediation updates. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

September 9, 2025
Bill Number: 20078595

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/18/25 | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding mediation updates. |
| | Subtotal: | Hours: 2.00 Amount: $1,121.40 | | |

**B402: Discovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 03/03/25 | B.M.Sheehan | 2.60 | $1,053.00 | Began preparing response to Century's motion to enforce Gallagher subpoenas. |
| 03/06/25 | B.M.Sheehan | 1.20 | $486.00 | Drafted brief in opposition to Century motion to enforce Gallagher subpoenas. |
| 03/07/25 | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney Temes regarding discovery issues. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Committee counsel regarding discovery issues. |
| 03/09/25 | B.M.Sheehan | 1.20 | $486.00 | Revised brief in opposition to Century motion to enforce Gallagher subpoenas. |
| 03/11/25 | K.M.Doner | 0.40 | $72.00 | Revised objection to Century's motion to enforce subpoena on Arthur Gallagher & Co. and Gallagher Basset, Inc. |
| | B.M.Sheehan | 0.50 | $202.50 | Finalized the objection to Century's discovery motion. |
| | S.C.Temes | 0.50 | $243.00 | Reviewed objections to Gallagher Bassett subpoena. |
| | C.J.Sullivan | 0.50 | $272.25 | Reviewed draft of brief in opposition to Century discovery motion. |
| 03/17/25 | B.M.Sheehan | 1.50 | $607.50 | Reviewed papers filed in relation to Century' discovery motion. |
| 03/18/25 | R.Clement | 1.00 | $243.00 | Attended hearing on Century's motion to enforce subpoena served on Gallagher via Teams. |

BOND, SCHOENECK & KING, PLLC  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center  TEL: (315) 218-8000
Syracuse, New York  13202-1355  FAX: (315) 218-8100

September 9, 2025
Bill Number: 20078595

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | B.M.Sheehan | 4.50 | $1,822.50 | Prepared for hearing on Century's discovery motion. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorneys Donato and Sullivan regarding hearing on Century's discovery motion. |
| | B.M.Sheehan | 1.00 | $405.00 | Attended hearing on Century's discovery motion before Judge Radel. |
| 03/19/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding Century Insurance discovery follow up issues. |
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sheehan regarding Century discovery issues. |
| | S.C.Temes | 0.20 | $97.20 | Participated in conference call with Attorney Sheehan to discuss discovery. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorney Temes regarding discovery issues. |
| 03/25/25 | T.W.Simcoe | 0.20 | $108.90 | Corresponded with Attorney Temes regarding Bates table preparation project. |
| 03/26/25 | C.J.Sullivan | 1.00 | $544.50 | Participated in telephone conference with Diocese regarding litigation and discovery issues. |
| | S.A.Donato | 1.00 | $571.50 | Participated in conference call with state court counsel and Diocese regarding litigation and discovery issues. |
| | B.M.Sheehan | 1.00 | $405.00 | Participated in teleconference regarding discovery and case status with Diocese and state court counsel. |
| 03/31/25 | A.S.Rivera | 0.10 | $31.05 | Consulted with Attorney Sullivan regarding Diocesan Trust Fund document review for Committee. |
| | T.W.Simcoe | 0.40 | $217.80 | Revised files regarding request for Bates numbers connected with Diocesan Trust Fund. |

| BOND, SCHOENECK & KING, PLLC | Federal Tax ID 27-0015651 |
|---|---|
| ATTORNEYS AT LAW | |
| One Lincoln Center | TEL: (315) 218-8000 |
| Syracuse, New York  13202-1355 | FAX: (315) 218-8100 |

September 9, 2025
Bill Number: 20078595

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | D.M.Knapp | 1.00 | $315.00 | Revised analysis of funds comprising Diocese Trust Fund in connection with discovery. |

| Subtotal: | Hours: | 21.20 |
|---|---|---|
| | Amount: | $8,781.75 |

**Total Hours and Fees For This Matter:**  69.20   $23,685.75

| **Matter Summary by Name** | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 2.80 | $571.50 | $1,600.20 |
| E. J. LoBello (Member) | 1.80 | 544.50 | 980.10 |
| B. M. Sheehan (Member) | 14.40 | 405.00 | 5,832.00 |
| T. W. Simcoe (Member) | 1.00 | 544.50 | 544.50 |
| C. J. Sullivan (Member) | 6.50 | 544.50 | 3,539.25 |
| S. C. Temes (Member) | 4.50 | 486.00 | 2,187.00 |
| G. T. Walter (Member) | 1.20 | 490.50 | 588.60 |
| J. S. Krell (Senior Counsel) | 0.50 | 436.50 | 218.25 |
| R. Clement (Associate) | 18.90 | 243.00 | 4,592.70 |
| D. M. Knapp (Associate) | 1.00 | 315.00 | 315.00 |
| A. S. Rivera (Associate) | 2.30 | 310.50 | 714.15 |
| K. M. Doner (Paralegal) | 14.30 | 180.00 | 2,574.00 |
| **Total** | 69.20 | | $23,685.75 |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

One Lincoln Center  
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000  
FAX: (315) 218-8100

September 9, 2025  
Bill Number: 20078595

Diocese of Ogdensburg

**Matter Disbursement Summary**

| | |
|---|---:|
| Color Copy Charges | $13.60 |
| Copy Charges | 87.40 |
| Courier Service | 16.40 |
| Data Hosting & Storage | 405.00 |
| **Total Disbursements** | **$522.40** |
| | |
| **TOTAL FOR THIS MATTER** | **$24,208.15** |