UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period April 1, 2025 Through April 30, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: September 15, 2025

BOND, SCHOENECK & KING, PLLC

By:   /s/  Charles J. Sullivan
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
        csullivan@bsk.com
        gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

22277309.v1-9/15/25

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
APRIL 1, 2025 THROUGH APRIL 30, 2025**

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | April 1, 2025 through April 30, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $34,254.00 ($27,403.20) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $602.67 |

This is a:  X  monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's twenty-second monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

September 9, 2025  
Bill Number: 20088741

Mr. Mark Mashaw  
Diocesan Fiscal Officer  
Diocese of Ogdensburg  
622 Washington Street  
Ogdensburg, NY 13669

For Legal Services Rendered through 04/30/25.

**Financial Review**  
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 04/01/25 | K.M.Doner | 1.70 | $306.00 | Continued to analyze the Diocese's January 2025 operating report and related schedules. |
| 04/07/25 | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorney Sullivan regarding case status issues. |
| | G.T.Walter | 0.30 | $147.15 | Conferred with Attorney Sullivan regarding case strategy and open issues. |
| | S.C.Temes | 0.50 | $243.00 | Reviewed draft of the Diocese's January 2025 monthly operating report. |
| 04/08/25 | K.M.Doner | 0.40 | $72.00 | Revised the Diocese's January 2025 monthly operating report and related schedules. |
| | C.J.Sullivan | 0.40 | $217.80 | Prepared for telephone conference with Diocese to discuss case status and strategy. |
| | C.J.Sullivan | 0.60 | $326.70 | Participated in telephone conference with Diocese and Attorney Wang regarding case status and strategy. |
| 04/11/25 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Clement regarding operating reports and fee statement issues. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

September 9, 2025
Bill Number: 20088741

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/14/25 | R.Clement | 0.30 | $72.90 | Participated in call with Attorney Sullivan regarding case status and strategies. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case strategy and open issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding case status. |
| 04/21/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorney Sullivan regarding case status and strategy. |
| 04/28/25 | G.T.Walter | 0.50 | $245.25 | Reviewed Berkeley Research Group's notice regarding data breach. |
| 04/30/25 | K.M.Doner | 0.30 | $54.00 | Began analyzing the Diocese's February 2025 operating report. |

Subtotal:   Hours:   6.60
            Amount:  $2,445.30

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/03/25 | S.C.Temes | 1.00 | $486.00 | Participated in meet and confer with Gallagher Basset and insurers. |
| | S.C.Temes | 0.50 | $243.00 | Reviewed correspondence regarding meet and confer with Gallagher Basset and insurers. |
| | S.C.Temes | 0.20 | $97.20 | Participated in supplemental conference call with Attorney Sheehan regarding follow up items following meet and confer with Gallagher Basset and insurers. |
| | B.M.Sheehan | 1.00 | $405.00 | Participated in meet and confer with Gallagher Bassett and Arthur J. Gallagher counsel. |
| 04/07/25 | S.C.Temes | 0.20 | $97.20 | Consulted with Attorney Sheehan regarding insurance issues. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center                                        TEL: (315) 218-8000  
Syracuse, New York  13202-1355                            FAX: (315) 218-8100

September 9, 2025  
Bill Number: 20088741

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/09/25 | E.A.Ahlqvist | 0.60 | $121.50 | Reviewed files for missing or incomplete documentation for restricted funds. |
| | Subtotal: | Hours: 3.50 | | |
| | | Amount: $1,449.90 | | |

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/07/25 | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding case issues and mediation issues. |
| | Subtotal: | Hours: 0.30 | | |
| | | Amount: $147.15 | | |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/02/25 | K.M.Doner | 0.30 | $54.00 | Drafted certificate of no objection related to Blank Rome's February 2025 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Murray and D. Lowrance regarding Blank Rome's February 2025 fee statement. |
| 04/07/25 | K.M.Doner | 0.50 | $90.00 | Drafted certificates of no objection related to Bond's October and November 2024 fee statements. |
| | K.M.Doner | 0.30 | $54.00 | Drafted certificate of no objection to Blank Rome's February 2025 fee statement. |
| | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Murray regarding Blank Rome's February 2025 fee statement. |
| 04/11/25 | K.M.Doner | 0.30 | $54.00 | Reviewed revisions to Bond's January and February 2025 fee statements. |
| | K.M.Doner | 0.30 | $54.00 | Drafted correspondence to all professionals regarding fourth round of fee applications. |

BOND, SCHOENECK & KING, PLLC  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center  TEL: (315) 218-8000
Syracuse, New York 13202-1355  FAX: (315) 218-8100

September 9, 2025
Bill Number: 20088741

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/14/25 | R.Clement | 0.20 | $48.60 | Reviewed draft of motion to amend Pinto retention with respect to professional accounting services for the Diocese. |
| 04/15/25 | R.Clement | 2.00 | $486.00 | Revised motion to amend Pinto retention. |
| | A.S.Rivera | 0.40 | $124.20 | Addressed issues related to amended Pinto retention application. |
| 04/21/25 | K.M.Doner | 0.20 | $36.00 | Corresponded with Burns Bair and M. Mashaw regarding Burns Bair's February and March 2025 fee statements. |
| | K.M.Doner | 0.10 | $18.00 | Reviewed updates to Bond's December 2024 fee statement. |
| 04/24/25 | K.M.Doner | 0.40 | $72.00 | Drafted Blank Rome's March 2025 fee statement, together with summary and cover sheet and related notice. |
| | Subtotal: | Hours: | 5.20 | |
| | | Amount: | $1,126.80 | |

**B180: Avoidance Action Analysis**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/01/25 | S.C.Temes | 4.20 | $2,041.20 | Conducted research regarding potential avoidance actions. |
| 04/02/25 | R.Clement | 0.50 | $121.50 | Reviewed Attorney Temes's comments on the potential avoidance action memo. |
| 04/07/25 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Sullivan and Temes regarding potential avoidance action analysis. |
| | R.Clement | 0.20 | $48.60 | Participated in call with Attorney Sullivan regarding potential avoidance action analysis. |
| | Subtotal: | Hours: | 5.10 | |
| | | Amount: | $2,247.30 | |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

September 9, 2025
Bill Number: 20088741

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B190: Other Contested Matters (excluding assumption/rejection motions)** | | | | |
| 04/01/25 | B.M.Sheehan | 0.30 | $121.50 | Reviewed motion status letters filed by Committee and Century. |
| 04/08/25 | B.M.Sheehan | 4.00 | $1,620.00 | Prepared for hearings on multiple motions. |
| | C.J.Sullivan | 1.00 | $544.50 | Attended hearing on motions concerning exclusivity and discovery issues. |
| | B.M.Sheehan | 1.00 | $405.00 | Participated in hearing on multiple motions before Judge Radel. |
| 04/11/25 | K.M.Doner | 0.20 | $36.00 | Revised proposed fourth order extending time to remove actions. |
| | R.Clement | 1.40 | $340.20 | Conducted research of Supreme Court case regarding treatment of fee litigation costs. |
| | A.S.Rivera | 0.20 | $62.10 | Revised order granting motion to extend removal period. |
| 04/14/25 | A.S.Rivera | 0.20 | $62.10 | Conferred with Attorney Krell regarding motion to extend time to remove actions. |
| | J.S.Krell | 0.20 | $87.30 | Discussed status of removal motion with Attorney Rivera. |
| | Subtotal: | Hours: | 8.50 | |
| | | Amount: | $3,278.70 | |
| **B320: Plan and Disclosure Statement (including Business Plan)** | | | | |
| 04/04/25 | S.A.Donato | 0.20 | $114.30 | Conducted research regarding plan confirmation issues in diocese cases. |
| 04/08/25 | R.Clement | 0.30 | $72.90 | Conducted research regarding plan confirmation and strategy in diocesan cases. |
| | Subtotal: | Hours: | 0.50 | |
| | | Amount: | $187.20 | |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center                                       TEL: (315) 218-8000
Syracuse, New York  13202-1355                           FAX: (315) 218-8100

September 9, 2025
Bill Number: 20088741

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B401: Mediation** | | | | |
| 04/02/25 | K.M.Doner | 0.20 | $36.00 | Received inquiry from mediator regarding outstanding invoices and drafted correspondence to M. Mashaw regarding same. |
| | S.A.Donato | 0.20 | $114.30 | Conducted research regarding motion to compel mediation. |
| 04/07/25 | S.A.Donato | 0.20 | $114.30 | Participated in supplemental consultation with Attorney Sullivan regarding mediation updates. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding mediation follow up issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel and Attorney Sullivan regarding mediation follow up issues. |
| 04/11/25 | C.J.Sullivan | 2.00 | $1,089.00 | Prepared for mediation. |
| 04/14/25 | C.J.Sullivan | 1.00 | $544.50 | Participated in telephone conference with mediator regarding mediation preparation. |
| | C.J.Sullivan | 1.00 | $544.50 | Participated in telephone conference with Diocese to prepare for mediation. |
| | S.A.Donato | 1.00 | $571.50 | Conferred with mediator regarding mediation updates and follow up issues. |
| | S.A.Donato | 1.00 | $571.50 | Participated in conference call with Diocese in preparation for mediation session with Committee. |
| 04/15/25 | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding mediation issues. |
| | S.A.Donato | 0.40 | $228.60 | Conducted initial preparation for mediation sessions. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation preparation issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding mediation issues. |
| | C.J.Sullivan | 2.00 | $1,089.00 | Prepared for mediation. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

September 9, 2025  
Bill Number: 20088741

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/16/25 | T.W.Simcoe | 2.00 | $1,089.00 | Participated in mediation. |
| | T.W.Simcoe | 0.30 | $163.35 | Participated in post-mediation debrief meeting with Attorney Sullivan and Diocese. |
| | S.A.Donato | 0.30 | $171.45 | Prepared for mediation session with Committee. |
| | S.A.Donato | 0.30 | $171.45 | Participated in supplemental consultation with Attorney Sullivan regarding mediation session with Committee. |
| | S.A.Donato | 0.30 | $171.45 | Participated in supplemental consultation with Committee counsel regarding mediation session. |
| | C.J.Sullivan | 1.00 | $544.50 | Prepared for mediation. |
| | C.J.Sullivan | 2.00 | $1,089.00 | Participated in mediation. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in follow-up telephone conference with Diocese regarding mediation. |
| | S.A.Donato | 2.00 | $1,143.00 | Participated in mediation session with Committee. |
| 04/17/25 | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from Attorney Sullivan regarding mediation issues. |
| 04/21/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation issues. |
| | S.A.Donato | 0.20 | $114.30 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.C.Temes | 0.20 | $97.20 | Participated in mediation planning and strategy call with Attorney Donato. |
| | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding mediation issues. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorneys Donato and Sullivan regarding mediation issues. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Attorney Donato regarding mediation issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding mediation issues. |

BOND, SCHOENECK & KING, PLLC  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center  TEL: (315) 218-8000
Syracuse, New York  13202-1355  FAX: (315) 218-8100

September 9, 2025
Bill Number: 20088741

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding status of mediation. |
| | Subtotal: | Hours:<br>Amount: | 21.20<br>$11,543.40 | |

**B402: Discovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/01/25 | D.M.Knapp | 2.30 | $724.50 | Reviewed Xera production to confirm Bates numbers correspond to correct fund documentation. |
| | E.A.Ahlqvist | 1.20 | $243.00 | Worked with Attorney Knapp to confirm that bates ranges corresponded to DTF fund gift documentation. |
| | E.A.Ahlqvist | 1.00 | $202.50 | Prepared cover sheet that listed each DTF fund and the supporting documents' bates ranges. |
| 04/02/25 | S.C.Temes | 0.30 | $145.80 | Reviewed backup of DTF fund information. |
| | S.C.Temes | 1.00 | $486.00 | Consulted with Attorney Sullivan regarding DTF fund discovery issues. |
| | B.M.Sheehan | 1.00 | $405.00 | Consulted with Attorney Sullivan regarding discovery. |
| | C.J.Sullivan | 1.00 | $544.50 | Participated in telephone conference with Attorneys Sheehan and Michaelson regarding insurance carrier information requests. |
| | C.J.Sullivan | 1.00 | $544.50 | Reviewed documents regarding restricted assets pertaining to DTF funds in connection with discovery. |
| 04/07/25 | B.M.Sheehan | 0.50 | $202.50 | Consulted with Diocese regarding forthcoming motion hearing on discovery. |
| | B.M.Sheehan | 1.50 | $607.50 | Reviewed motion papers pertaining to discovery in preparation for forthcoming hearing before Judge Radel. |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

September 9, 2025  
Bill Number: 20088741

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | B.M.Sheehan | 0.50 | $202.50 | Participated in meet and confer with Century's counsel regarding subpoenas. |
| | B.M.Sheehan | 0.50 | $202.50 | Consulted with special insurance counsel regarding insurer information requests. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorneys Sheehan and Nicholson regarding insurer information requests. |
| | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Diocese and Attorneys Sheehan and Temes regarding Century discovery. |
| | S.C.Temes | 0.20 | $97.20 | Participated in call with Attorney Walter regarding case planning and strategy related to discovery. |
| | S.C.Temes | 0.50 | $243.00 | Participated in meet and confer with Century counsel regarding Gallagher Basset documents. |
| | S.C.Temes | 0.50 | $243.00 | Participated in conference call with Attorney Sheehan and Diocese regarding Gallagher Bassett issues. |
| | S.C.Temes | 0.90 | $437.40 | Reviewed DTF fund additional documents for production. |
| 04/08/25 | S.C.Temes | 0.80 | $388.80 | Analyzed DTF fund documentation. |
| | A.S.Rivera | 1.00 | $310.50 | Participated in hearing regarding various matters including issuance of subpoenas. |
| 04/09/25 | D.M.Knapp | 0.10 | $31.50 | Consulted with Attorney Temes regarding additional document review. |
| | B.M.Sheehan | 0.20 | $81.00 | Corresponded with insurer counsel regarding subpoenas. |
| | S.C.Temes | 0.90 | $437.40 | Reviewed additional DTF fund support. |
| 04/10/25 | E.A.Ahlqvist | 1.20 | $243.00 | Reviewed files for missing or incomplete documentation for restricted funds. |
| | B.M.Sheehan | 0.40 | $162.00 | Consulted with Attorney Donato regarding discovery. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

September 9, 2025  
Bill Number: 20088741

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney Sheehan regarding insurance carrier discovery issues. |
| 04/11/25 | B.M.Sheehan | 0.50 | $202.50 | Reviewed correspondence between insurers and Committee counsel regarding subpoenas. |
| | E.A.Ahlqvist | 1.40 | $283.50 | Reviewed files for missing or incomplete documentation for restricted funds. |
| | C.J.Sullivan | 0.50 | $272.25 | Reviewed correspondence regarding Century discovery issues. |
| 04/14/25 | B.M.Sheehan | 0.40 | $162.00 | Consulted with Diocese regarding discovery and pending motions related to compel same. |
| 04/15/25 | J.L.McIlroy | 0.30 | $76.95 | Prepared documents from eDiscovery platform in response to insurer discovery. |
| | T.W.Simcoe | 0.30 | $163.35 | Consulted with Attorney Sullivan regarding document production summaries. |
| | E.A.Ahlqvist | 1.00 | $202.50 | Completed review of files for missing or incomplete documentation for restricted funds. |
| | B.M.Sheehan | 1.00 | $405.00 | Participated in meet and confer with Committee counsel and insurers in relation to Gallagher subpoenas. |
| | A.S.Rivera | 0.50 | $155.25 | Addressed issues related to DLT and DTF funds. |
| | C.J.Sullivan | 1.00 | $544.50 | Participated in telephone conference with Committee and insurers regarding discovery matters. |
| 04/16/25 | D.M.Knapp | 0.40 | $126.00 | Reviewed produced documents. |
| | E.A.Ahlqvist | 1.30 | $263.25 | Conducted research to determine timeline of restricted gift analysis. |
| 04/22/25 | B.M.Sheehan | 1.00 | $405.00 | Reviewed Committee motion papers and exhibits thereto regarding subpoena to Gallagher entities. |
| 04/23/25 | B.M.Sheehan | 0.50 | $202.50 | Revised draft pretrial order. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

September 9, 2025  
Bill Number: 20088741

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | B.M.Sheehan | 1.00 | $405.00 | Performed legal research regarding evidentiary issues. |
| Subtotal: | | Hours: | 31.00 | |
| | | Amount: | $11,828.25 | |

**Total Hours and Fees For This Matter:**         81.90         $34,254.00

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 7.70 | $571.50 | $4,400.55 |
| B. M. Sheehan (Member) | 15.80 | 405.00 | 6,399.00 |
| T. W. Simcoe (Member) | 2.60 | 544.50 | 1,415.70 |
| C. J. Sullivan (Member) | 17.50 | 544.50 | 9,528.75 |
| S. C. Temes (Member) | 11.90 | 486.00 | 5,783.40 |
| G. T. Walter (Member) | 2.30 | 490.50 | 1,128.15 |
| J. S. Krell (Senior Counsel) | 0.20 | 436.50 | 87.30 |
| R. Clement (Associate) | 4.90 | 243.00 | 1,190.70 |
| D. M. Knapp (Associate) | 2.80 | 315.00 | 882.00 |
| A. S. Rivera (Associate) | 2.50 | 310.50 | 776.25 |
| E. A. Ahlqvist (Associate) | 7.70 | 202.50 | 1,559.25 |
| K. M. Doner (Paralegal) | 5.70 | 180.00 | 1,026.00 |
| J. L. McIlroy (Other) | 0.30 | 256.50 | 76.95 |
| **Total** | **81.90** | | **$34,254.00** |

BOND, SCHOENECK & KING, PLLC  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center  TEL: (315) 218-8000
Syracuse, New York  13202-1355  FAX: (315) 218-8100

September 9, 2025
Bill Number: 20088741

Diocese of Ogdensburg

**Matter Disbursement Summary**

| | |
|---|---:|
| Color Copy Charges | $6.20 |
| Computerized Research | 18.20 |
| Copy Charges | 73.60 |
| Courier Service | 16.33 |
| Data Hosting & Storage | 405.00 |
| Travel Expense | 83.34 |
| **Total Disbursements** | **$602.67** |
| | |
| **TOTAL FOR THIS MATTER** | **$34,856.67** |