UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Costello, Cooney & Fearon, PLLC has filed the *Tenth Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period April 1, 2025 Through April 30, 2025*, copies of which are attached hereto and hereby served upon you.

Dated: September 10, 2025

COSTELLO, COONEY & FEARON, PLLC

By: _____/s/ Jennifer L. Wang_____
Jennifer L. Wang (Bar Roll No. 516323)
211 West Jefferson Street
Syracuse, NY 13202
Telephone: (315) 422-1152
Email: jwang@ccf-law.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD APRIL 1, 2025 THROUGH APRIL 30, 2025

Name of Applicant: Costello, Cooney & Fearon, PLLC

Authorized to Provide
Professional Services to: The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession

Date of Retention: Order entered September 15, 2023 [Docket No. 112] *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought: April 1, 2025 through April 30, 2025

Amount of compensation sought
as actual, reasonable and necessary: 80% of $10,535.00 ($8,428.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary: $3.20

This is a: _X_ monthly ____ quarterly ____ final application.

This is Costello, Cooney & Fearon, PLLC's tenth monthly fee statement in this case.

## COSTELLO, COONEY & FEARON, PLLC
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152  FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0001
STATEMENT NO. 276529
JLW
August 21, 2025

REGARDING:   214-G CLAIMS

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/02/2025 | Received and reviewed email from B. Sheehan, re Discovery requests in bankruptcy proceeding. | JLW | 0.20 | 55.00 |
| 04/02/2025 | Reviewed Pleadings and Discovery on ▮▮▮▮, re response to Demand on Discovery. | JLW | 0.70 | 192.50 |
| 04/02/2025 | Reviewed Pleadings and Discovery on ▮▮▮▮, re response to Demand on Discovery. | JLW | 0.80 | 220.00 |
| 04/02/2025 | Reviewed Pleadings and Discovery on ▮▮▮▮, re response to Demand on Discovery. | JLW | 0.60 | 165.00 |
| 04/02/2025 | Reviewed Pleadings and Discovery on ▮▮▮▮, re response to Demand on Discovery. | JLW | 0.70 | 192.50 |
| 04/02/2025 | Reviewed Pleadings and Discovery on ▮▮▮▮, re response to Demand on Discovery. | JLW | 0.60 | 165.00 |
| 04/02/2025 | Reviewed Pleadings and Discovery on ▮▮▮▮ re response to Demand on Discovery. | JLW | 0.80 | 220.00 |
| 04/02/2025 | Prepared notes on cases, re response to Demand on Discovery. | JLW | 1.20 | 330.00 |
| 04/03/2025 | Prepared email to B. Sheehan, re discovery questions. | JLW | 0.30 | 82.50 |
| 04/04/2025 | Telephone conference with K. Caughlin, re discovery request from insurers. | JLW | 0.30 | 82.50 |
| 04/04/2025 | Received and reviewed emails, re discovery request from insurers. | JLW | 0.20 | 55.00 |
| 04/11/2025 | Received and reviewed email from K. Doner, re fee application and deadlines for same. | JLW | 0.20 | 55.00 |
| 04/15/2025 | Received and reviewed filings, re extension of time to remove State Court actions. | JLW | 0.50 | 137.50 |
| 04/15/2025 | Received and reviewed application to retain accountants, re bankruptcy. | JLW | 0.50 | 137.50 |
| 04/21/2025 | Received and reviewed efiling on ▮▮▮▮ case. | JLW | 0.20 | 55.00 |
| 04/21/2025 | Emailed Father K. O'Brien, re mediation. | JLW | 0.20 | 55.00 |
| 04/23/2025 | Telephone conference with Father K. O'Brien, re summary of recent mediation. | JLW | 0.50 | 137.50 |
| 04/28/2025 | Reviewed New Jersey Courts Civil Case Portal to confirm that no new | LJP | 0.30 | 30.00 |

| | | | TOTAL SERVICES RENDERED | | 2,367.50 |

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| LJP | LORI PITCHER - PARALEGAL | 100.00 | 0.30 | 30.00 |
| JLW | JENNIFER WANG - PARTNER | 275.00 | 8.50 | 2,337.50 |
| | | | | 2,367.50 |

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| 2 copies at $0.10 per page | | 0.20 |
| TOTAL DISBURSEMENTS | | 0.20 |

TOTAL AMOUNT DUE                                                                                                                $2,367.70

COSTELLO, COONEY & FEARON, PLLC                                                                        276529
MATTER: 14984.0001                                                                                                          Page 2

**COSTELLO, COONEY & PEARSON, PLLC**
*A Massachusetts Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0137
STATEMENT NO. 276528
JLW
August 21, 2025

REGARDING: OUTSIDE GENERAL COUNSEL LEGAL WORK

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 04/02/2025 | Reviewed various sources, re ICE agent detainment and search in worship sites. | 1.00 |
| 04/02/2025 | Emailed Father K. O'Brien, re policy on ICE searches/warrants. | 0.20 |
| 04/04/2025 | Reviewed established protocols in place at worship sites and New York State schools, re draft of ICE policy. | 2.10 |
| 04/11/2025 | Reviewed immigration enforcement guidelines to prepare informational notice for parishes. | 2.50 |
| 04/11/2025 | Reviewed various documents which could be shown during an immigration raid, including Judicial Warrants, Judicial Subpoenas, immigration orders, administrative orders, re protocol for immigration enforcement. | 1.50 |
| 04/11/2025 | Prepared immigration enforcement protocol response. | 3.00 |
| 04/11/2025 | Emailed Father K. O'Brien, re protocol immigration enforcement. | 0.20 |
| 04/14/2025 | Received and reviewed email from Father K. O'Brien, re immigration protocol. | 0.20 |
| 04/27/2025 | Attended National Diocesan Annual Attorney Convention in Washington, D.C. | 7.00 |
| 04/28/2025 | Attended National Diocesan Annual Attorney Convention. | 7.00 |
| 04/29/2025 | Attended and traveled back from National Diocesan Annual Attorney Convention in Washington, D.C. | 5.00 |
| | TOTAL SERVICES RENDERED | 8,167.50 |

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 29.70 | 8,167.50 |
| | | | | 8,167.50 |

| DISBURSEMENTS | AMOUNT |
|---|---|
| 20 color copies at $0.12 per page | 2.40 |
| 6 copies at $0.10 per page | 0.60 |
| TOTAL DISBURSEMENTS | 3.00 |

|  |  |
|---|---|
| TOTAL AMOUNT DUE | $8,170.50 |

COSTELLO, COONEY & FEARON, PLLC  276528
MATTER: 14984.0137  Page 2