UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Costello, Cooney & Fearon, PLLC has filed the *Eleventh Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period May 1, 2025 Through May 31, 2025*, copies of which are attached hereto and hereby served upon you.

Dated: September 10, 2025

COSTELLO, COONEY & FEARON, PLLC

By: _____/s/ Jennifer L. Wang_____
Jennifer L. Wang (Bar Roll No. 516323)
211 West Jefferson Street
Syracuse, NY 13202
Telephone: (315) 422-1152
Email: jwang@ccf-law.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

**MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
MAY 1, 2025 THROUGH MAY 31, 2025**

| | |
|---|---|
| Name of Applicant: | Costello, Cooney & Fearon, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 15, 2023 [Docket No. 112] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | May 1, 2025 through May 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $2,530.00 ($2,024.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2.74 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Costello, Cooney & Fearon, PLLC's eleventh monthly fee statement in this case.

**COSTELLO, COONEY & FEARON, PLLC**
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0001
STATEMENT NO. 276526
JLW
August 21, 2025

REGARDING:   214-G CLAIMS

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/2025 | Reviewed documents and prepared fourth fee application. | JLW | 2.00 | 550.00 |
| 05/06/2025 | Corresponded with counsel, re update on CVA case status. | JLW | 0.30 | 82.50 |
| 05/07/2025 | Received and reviewed efiling, re debtor's counsel's fee filing. | JLW | 0.20 | 55.00 |
| 05/07/2025 | Received and reviewed emails and attachments, re coordinated examinations before trial. | JLW | 0.50 | 137.50 |
| 05/09/2025 | Conferred with bankruptcy counsel's office, re fee application. | JLW | 0.20 | 55.00 |
| 05/09/2025 | Revised fee application to file with Court. | JLW | 1.50 | 412.50 |
| 05/16/2025 | Emailed with bankruptcy counsel, re fee applications. | JLW | 0.20 | 55.00 |
| 05/22/2025 | Emailed with T. Stippel, re ▇ matter. | JLW | 0.10 | 27.50 |
| 05/23/2025 | Received and reviewed correspondence from Mind Matters, re preparation for telephone conference with client on same for ▇ matter. | JLW | 0.50 | 137.50 |
| 05/23/2025 | Telephone conference with Father K. O'Brien, re Mind Matters and ▇ matter. | JLW | 0.50 | 137.50 |
| 05/23/2025 | Telephone conference with Father T. Stippel, re Mind Matters and ▇ matter. | JLW | 0.50 | 137.50 |
| 05/29/2025 | Reviewed Mind Matters' material and telephone conference with T. Stippel, re ▇ matter. | JLW | 1.00 | 275.00 |
| 05/30/2025 | Reviewed notes and prepared summary of current issues facing dioceses, re summary for client. | JLW | 1.00 | 275.00 |
| | TOTAL SERVICES RENDERED | | | 2,337.50 |

ATTORNEY RECAP

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 8.50 | 2,337.50 |
| | | | | 2,337.50 |

| DISBURSEMENTS | AMOUNT |
|---|---|
| 12 color copies at $0.12 per page | 1.44 |
| 13 copies at $0.10 per page | 1.30 |
| TOTAL DISBURSEMENTS | 2.74 |

TOTAL AMOUNT DUE     $2,340.24

**COSTELLO, COONEY & PEARON, PLLC**
*A Professional Service Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0137
STATEMENT NO. 275980
JLW
August 21, 2025

REGARDING:    OUTSIDE GENERAL COUNSEL LEGAL WORK

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 05/23/2025 | Received and reviewed D. Poust's legislative update with summaries on same. | 0.50 |
| 05/30/2025 | Reviewed legislative updates from D. Poust. | 0.20 |
|  | TOTAL SERVICES RENDERED | 192.50 |

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 0.70 | 192.50 |
|  |  |  |  | 192.50 |

AMOUNT DUE CURRENT INVOICE                                      $192.50