UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Costello, Cooney & Fearon, PLLC has filed the Twelfth *Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period June 1, 2025 Through June 30, 2025*, copies of which are attached hereto and hereby served upon you.

Dated: September 10, 2025

COSTELLO, COONEY & FEARON, PLLC

By: _____/s/ Jennifer L. Wang_____
Jennifer L. Wang (Bar Roll No. 516323)
211 West Jefferson Street
Syracuse, NY 13202
Telephone: (315) 422-1152
Email: jwang@ccf-law.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD JUNE 1, 2025 THROUGH JUNE 30, 2025

Name of Applicant:   Costello, Cooney & Fearon, PLLC

Authorized to Provide
Professional Services to:   The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession

Date of Retention:   Order entered September 15, 2023 [Docket No. 112] *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:   June 1, 2025 through June 30, 2025

Amount of compensation sought
as actual, reasonable and necessary:   80% of $2,667.50 ($2,134.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary:   $8.82

This is a:  _X_ monthly  ____ quarterly  ____ final application.

This is Costello, Cooney & Fearon, PLLC's twelfth monthly fee statement in this case.

## COSTELLO, COONEY & FEARON, PLLC
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0001
STATEMENT NO. 275977
JLW
August 21, 2025

REGARDING:   214-G CLAIMS

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/02/2025 | Emailed with Plaintiff's counsel, re ▮ treatments. | JLW | 0.20 | 55.00 |
| 06/02/2025 | Telephone conference with Plaintiff's counsel, re ▮ matter. | JLW | 0.30 | 82.50 |
| 06/02/2025 | Received and reviewed Joint Notice of Hearing on professional applications. | JLW | 0.20 | 55.00 |
| 06/03/2025 | Emailed with K. O'Brien, re ▮ matter. | JLW | 0.20 | 55.00 |
| 06/05/2025 | Telephone conference with K. O'Brien, re ▮ matter. | JLW | 0.30 | 82.50 |
| 06/05/2025 | Telephone conference and emailed with T. Sloan, re ▮ matter. | JLW | 0.20 | 55.00 |
| 06/05/2025 | Emailed M. Mashaw, re payment of treatments for ▮. | JLW | 0.20 | 55.00 |
| 06/05/2025 | Emailed on bankruptcy hearing. | JLW | 0.20 | 55.00 |
| 06/10/2025 | Attended bankruptcy hearing. | JLW | 1.00 | 275.00 |
| 06/13/2025 | Received and reviewed e-filings, re matters in New York County for preliminary conferences on matters. | JLW | 0.50 | 137.50 |
| 06/13/2025 | Conferred on reason for Supreme Court request for conferences on stayed matters. | JLW | 0.20 | 55.00 |
| 06/27/2025 | Received and reviewed efilings on ▮ file, re Court-mandated conference with PSCO attached. | JLW | 0.50 | 137.50 |
| 06/27/2025 | Received and reviewed efilings on ▮ file, re Court-mandated conference with PSCO attached. | JLW | 0.50 | 137.50 |
| 06/27/2025 | Received and reviewed notices from Court, ▮, re Court-mandated conference with PSCO attached. | JLW | 0.50 | 137.50 |
| 06/27/2025 | Received and reviewed 29-page Decision, Order & Judgment in Diocese of Buffalo v. Office of the New York State Attorney General, re order requiring AG to provide FOIL responses to The Buffalo News. | JLW | 0.70 | 192.50 |
| 06/27/2025 | Emailed counsel, re recent Decision, Order & Judgment in Diocese of Buffalo v. Office of the New York State Attorney General, re order requiring AG to provide FOIL responses to The Buffalo News. | JLW | 0.50 | 137.50 |
| 06/30/2025 | Reviewed documents from Court, status of litigation stays in matter, re ▮ matter. | JLW | 0.50 | 137.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/30/2025 | Reviewed documents from Court, status of litigation stays in matter, re ▓ matter. | JLW | 0.50 | 137.50 |
| 06/30/2025 | Drafted letter to Court on conference scheduled and how stays remain in place, re ▓ matter. | JLW | 0.50 | 137.50 |
| 06/30/2025 | Drafted letter to Court on conference scheduled and how stays remain in place, re ▓ matter. | JLW | 0.50 | 137.50 |
| 06/30/2025 | Received and reviewed emails from counsel on Diocese of Buffalo v. NYSAG decision, re FOIL production of documents. | JLW | 0.50 | 137.50 |
| 06/30/2025 | Efiled letter to Court, re ▓ matter. | JLW | 0.50 | 137.50 |
| 06/30/2025 | Efiled letter to Court, re ▓ matter. | JLW | 0.50 | 137.50 |
| | TOTAL SERVICES RENDERED | | | 2,667.50 |

## ATTORNEY RECAP

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 9.70 | 2,667.50 |
| | | | | 2,667.50 |

| DISBURSEMENTS | | AMOUNT | |
|---|---|---|---|
| 6 copies at $.12 per page | | 0.72 | |
| 81 copies at $.10 per page | | 8.10 | |
| TOTAL DISBURSEMENTS | | | 8.82 |

AMOUNT DUE CURRENT INVOICE        $2,676.32

COSTELLO, COONEY & FEARON, PLLC
MATTER: 14984.0001

275977
Page 2