UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Costello, Cooney & Fearon, PLLC has filed the *Thirteenth Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period July 1, 2025 Through July 31, 2025*, copies of which are attached hereto and hereby served upon you.

Dated: September 10, 2025

COSTELLO, COONEY & FEARON, PLLC

By: _____/s/ Jennifer L. Wang_____
Jennifer L. Wang (Bar Roll No. 516323)
211 West Jefferson Street
Syracuse, NY 13202
Telephone: (315) 422-1152
Email: jwang@ccf-law.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD JULY 1, 2025 THROUGH JULY 31, 2025

Name of Applicant:    Costello, Cooney & Fearon, PLLC

Authorized to Provide
Professional Services to:    The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession

Date of Retention:    Order entered September 15, 2023 [Docket No. 112] *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:    July 1, 2025 through July 31, 2025

Amount of compensation sought
as actual, reasonable and necessary:    80% of $5,775.00 ($4,620.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary:    $8.22

This is a: _X_ monthly ____ quarterly ____ final application.

This is Costello, Cooney & Fearon, PLLC's thirteenth monthly fee statement in this case.

**COSTELLO, COONEY & FEARON, PLLC**
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0001
STATEMENT NO. 275978
JLW
August 21, 2025

REGARDING:   214-G CLAIMS

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/02/2025 | Received and responded to emails from Court on conference scheduled in ▮ matter. | JLW | 0.50 | 137.50 |
| 07/02/2025 | Received and reviewed correspondence from Court on ▮ matter, re conference and stay. | JLW | 0.50 | 137.50 |
| 07/03/2025 | Attended common interest call with counsel. | JLW | 1.00 | 275.00 |
| 07/03/2025 | Reviewed decision on restricted v. unrestricted funds, re bankruptcy ruling. | JLW | 1.00 | 275.00 |
| 07/03/2025 | Prepared email to client, re two cases of interest related to CVA claims and bankruptcy. | JLW | 0.30 | 82.50 |
| 07/11/2025 | Reviewed order from Court, re stay of action ▮. | JLW | 0.50 | 137.50 |
| 07/11/2025 | Researched requirements for filing Notice of Order with New York County Supreme Court Clerk ▮. | JLW | 0.50 | 137.50 |
| 07/11/2025 | Prepared Notice of Entry, re stay ▮. | JLW | 0.50 | 137.50 |
| 07/11/2025 | Prepared Notice of Order to New York County Clerk re stay ▮. | JLW | 0.50 | 137.50 |
| 07/11/2025 | Prepared Notice of Order to New York County Clerk re stay ▮. | JLW | 0.50 | 137.50 |
| 07/11/2025 | Reviewed Order from Court, re stay of action ▮. | JLW | 0.50 | 137.50 |
| 07/11/2025 | Prepared Notice of Entry, re stay ▮. | JLW | 0.50 | 137.50 |
| 07/17/2025 | Received and reviewed efilings from Court, re ▮ matter. | JLW | 0.30 | 82.50 |
| 07/17/2025 | Received and reviewed efilings from Court, re ▮ matter. | JLW | 0.30 | 82.50 |
| 07/17/2025 | Prepared for diocesean bi-weekly common interest meeting. | JLW | 0.70 | 192.50 |
| 07/17/2025 | Attended diocesean common interest call. | JLW | 0.70 | 192.50 |
| 07/17/2025 | Reviewed Summons and Complaint of parishes opposing contribution to Diocese of Buffalo bankruptcy settlement. | JLW | 0.80 | 220.00 |
| 07/17/2025 | Researched ability of non-debtors to challenge contribution of settlement but still be offered insulation from lawsuit, re bankruptcy proceedings. | JLW | 2.30 | 632.50 |
| 07/21/2025 | Received and reviewed efilings on matter, re ▮ matter. | JLW | 0.30 | 82.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/21/2025 | Received and reviewed efilings on matter, re ▮▮▮ matter. | JLW | 0.30 | 82.50 |
| 07/21/2025 | Reviewed Court docket on ▮▮▮ matter and exhibits and affirmations attached to pleadings and OTSC. | JLW | 1.00 | 275.00 |
| 07/21/2025 | Prepared detailed email to Father K. O'Brien, re ▮▮▮ Complaint and any information on similar suits to be filed. | JLW | 0.50 | 137.50 |
| 07/21/2025 | Emailed J. Dove, re ▮▮▮ Complaint. | JLW | 0.20 | 55.00 |
| 07/22/2025 | Received and reviewed emails and Stipulations from counsel, re ▮▮▮ matter. | JLW | 1.30 | 357.50 |
| 07/22/2025 | Emailed bankruptcy counsel, re ▮▮▮ Stipulation. | JLW | 0.20 | 55.00 |
| 07/22/2025 | Emailed with K. O'Brien, re status update on emerging suits. | JLW | 0.20 | 55.00 |
| 07/23/2025 | Prepared email to bankruptcy counsel, re ▮▮▮ matter. | JLW | 0.30 | 82.50 |
| 07/24/2025 | Communicated with bankruptcy counsel, re ▮▮▮ Stipulation. | JLW | 0.50 | 137.50 |
| 07/24/2025 | Reviewed Stipulation for execution as well as documents filed in NYSEF and bankruptcy proceeding on same, re ▮▮▮ Stipulation. | JLW | 0.50 | 137.50 |
| 07/24/2025 | Executed Stipulation, re ▮▮▮ Stipulation. | JLW | 0.20 | 55.00 |
| 07/24/2025 | Emailed counsel J. Dine, re ▮▮▮ Stipulation. | JLW | 0.20 | 55.00 |
| 07/24/2025 | Received and reviewed several efilings on Stipulation, re ▮▮▮ matter. | JLW | 0.50 | 137.50 |
| 07/29/2025 | Received and reviewed email from T. Stippel Sloan, re ▮▮▮. | JLW | 0.20 | 55.00 |
| 07/29/2025 | Received and reviewed email from client and responded to same, re ▮▮▮. | JLW | 0.20 | 55.00 |
| 07/31/2025 | Attended common interest call. | JLW | 0.50 | 137.50 |
| 07/31/2025 | Researched ▮▮▮ v. Diocese of Buffalo matter, re suit on contribution to bankruptcy settlement. | JLW | 0.50 | 137.50 |
| 07/31/2025 | Prepared email to Father K. O'Brien, re ▮▮▮ Summons and Complaint and issues around same. | JLW | 0.30 | 82.50 |
| | TOTAL SERVICES RENDERED | | | 5,445.00 |

## ATTORNEY RECAP

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 19.80 | 5,445.00 |
| | | | | 5,445.00 |

| DISBURSEMENTS | AMOUNT |
|---|---|
| 11 copies at $.12 per page | 1.32 |
| 69 copies at $.10 per page | 6.90 |
| TOTAL DISBURSEMENTS | 8.22 |

| AMOUNT DUE CURRENT INVOICE | $5,453.22 |
|---|---|

COSTELLO, COONEY & FEARON, PLLC  
MATTER: 14984.0001

275978  
Page 2

**COSTELLO, COONEY & PEARSON, PLLC**
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0137
STATEMENT NO. 275981
JLW
August 21, 2025

REGARDING:   OUTSIDE GENERAL COUNSEL LEGAL WORK

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 07/22/2025 | Received and reviewed email and article from D. Poust, re school choice funding. | 0.70 |
| 07/22/2025 | Received and reviewed Diocesan enotes, re updates in Diocese. | 0.50 |
|  | TOTAL SERVICES RENDERED | 330.00 |

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 1.20 | 330.00 |
|  |  |  |  | 330.00 |

AMOUNT DUE CURRENT INVOICE                                                                    $330.00