UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of | ) |
| Ogdensburg, New York, | ) Chapter 11 |
|  | ) |
| Debtor. | ) |
|  | ) |

# CERTIFICATE OF SERVICE

I, Ivan Salas, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On September 15, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period March 1, 2025 Through March 31, 2025** (Docket No. 1035)

- **Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period April 1, 2025 Through April 30, 2025** (Docket No. 1037)

- **Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period April 1, 2025 Through April 30, 2025** (Docket No. 1039)

- **Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period May 1, 2025 Through May 31, 2025** (Docket No. 1040)

- **Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period June 1, 2025 Through June 30, 2025** (Docket No. 1041)

- **Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period July 1, 2025 Through July 31, 2025** (Docket No. 1042)

- **Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period August 1, 2025 Through August 31, 2025** (Docket No. 1043)

- **Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period May 1, 2025 Through May 31, 2025** (Docket No. 1044)

Dated: September 16, 2025

*/s/ Ivan Salas*
Ivan Salas
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 329-4244

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE | ATTN: ERIN CHAMPION, ESQ. | 105 U.S. COURTHOUSE | 10 BROAD STREET | UTICA | NY | 13501 |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK | ATTN: MARK MASHAW, DIOCESAN FISCAL OFFICER | 622 WASHINGTON STREET | | OGDENSBURG | NY | 13669 |

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC COMMITTEE OF PARISHES | C/O BARCLAY DAMON LLP | ATTN: JEFFERY A. DOVE | JDOVE@BARCLAYDAMON.COM AVROOMAN@BARCLAYDAMON.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, KAREN B. DINE | JSTANG@PSZJLAW.COM ISCHARF@PSZJLAW.COM KDINE@PSZJLAW.COM |