UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Case No.: 23-60507
Chapter 11

Debtor.

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD JULY 1, 2025 THROUGH JULY 31, 2025**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250] (the "Interim Compensation Order")[1], the undersigned hereby certifies that, as of the date hereof, Costello, Cooney & Fearon, PLLC ("Costello") has received no Objections to the *Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period July 1, 2025 through July 31, 2025* [Docket No. 1042] (the "July Monthly Fee Statement") filed on September 15, 2025.

Accordingly, pursuant to the Interim Compensation Order, The Roman Catholic Diocese of Ogdensburg, New York is authorized to pay on an interim basis eighty percent (80%) of Costello's fees and one hundred percent (100%) of Costello's expenses, as reflected in the July Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

2

Dated: September 30, 2025                    COSTELLO, COONEY & FEARON, PLLC

By: */s/ Jennifer L. Wang*
Jennifer L. Wang, Esq., Bar Roll No. 516323
211 West Jefferson Street
Syracuse, New York 13202-2455
Telephone: (315) 422-1152
Email:  jwang@ccf-law.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*