# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of | ) | |
| Ogdensburg, New York, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## [PROPOSED] ORDER GRANTING CENTURY'S MOTION TO APPOINT PAUL FINN AS AN ADDITIONAL MEDIATOR

On October 18, 2023, this Court entered an Order Referring Certain Matters to Mediation (Adv. Proc. Dkt. No. 39) ("Mediation Order"), on January 17, 2024, this Court entered an Order Vacating the Prior Appointment of a Mediator and Appointing a New Mediator (Adv. Proc. Dkt. No. 69) appointing Judge Christopher S. Sontchi (ret.) as mediator, and on May 10, 2024, this court entered an Order Approving Mediation Fee Agreement Pursuant to Section 105(a) and 363(b) of the Bankruptcy Code (Dkt. No. 544) ("Mediator Fee Order").

Upon the motion of Century Indemnity Company as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Movants") for entry of an order appointing an additional mediator [Docket No. __] (the "Motion"), and upon finding that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having

determined appointing an additional mediator and granting the other relief requested in the Motion is in the best interests of the Diocese, its estate, its creditors, the Movants, and other parties in interest, and proper and adequate notice of the Motion having been given under the circumstances and no other or further notice being necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

 IT IS HEREBY ORDERED:

1. The Motion is GRANTED as set forth herein.

2. Mr. Paul Finn ("Mr. Finn") is hereby appointed to serve as an additional mediator in this Chapter 11 Case.

3. Mr. Finn shall maintain detailed records of all actual, necessary and appropriate costs and expenses incurred in connection with the aforementioned professional services.

4. Notwithstanding anything to the contrary, the terms and conditions of this Order are effective immediately and enforceable upon its entry.

5. All other terms and provisions of the Mediation Order and Mediator Fee Order apply in full to this Order.

6. The Court retains discretion to modify any aspect of this Order and retains exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

###