UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of | ) |
| Ogdensburg, New York, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

## APPLICATION FOR AN ORDER SHORTENING NOTICE PERIOD AND EXPEDITING HEARING ON MOTION

Pursuant to Fed. R. Bankr. P. 9006(c)(1), Century respectfully requests that the time period for *Century's Motion to Appoint Paul Finn as an Additional Mediator* [Dkt. No. 1070] ("Motion") be shortened by two (2) days to allow for the Motion to be heard at the same October 21, 2025, hearing date as the Diocese's *Motion for Entry of an Order Authorizing the Appointment of an Additional Mediator* [Dkt. No. 1065] (the "Diocese's Motion"), in a manner consistent with the proposed order attached as **Exhibit A**.  In support its application, Century states that:

1.      Century's Motion was filed on Oct. 2, 2025, and relevant parties were served electronic and/or paper copies.  Under the current schedule, Century's Motion cannot be scheduled to be heard until October 23, 2025, at the earliest and the deadline for responses does not run until October 16, 2025, because Local Bankruptcy Rule 9013-1(e) requires a notice period of at least 21 days before a motion is heard.

2.      The purpose of this Motion to Shorten Notice is so that the Court can have the Motion heard at the upcoming hearing on October 21, 2025, where it will also consider the appointment of an additional mediator, Hon. Melanie L. Cyganowski (Ret.), pursuant to the Diocese's Motion, filed by the Debtor in this case.

3.      Due to the overlapping issues set forth in the Motion and the Diocese's Motion,

*i.e.*, whether to appoint Mr. Paul Finn as an additional mediator pursuant to the Motion, or whether to appoint former Judge Cyganowski as an additional mediator pursuant to the Diocese's Motion, Movants submit the Motion should be heard at the same time the Court considers the Diocese's Motion.

4. Accordingly, Century now respectfully requests that this Motion to Shorten Notice be granted, and that the Court shorten the time period under the Local Bankruptcy Rules by only two (2) days (i.e., shortening the notice period from 21 to 19 days), so that a hearing on the Motion be set for **October 21, 2025, at 1:00 p.m. (prevailing Eastern time)**, and that

(i) any responses to the motion are due by *October 14, 2025*; and

(ii) any reply submissions by Century are due by *October 17, 2025*; and

5. Shortening the notice period by only two (2) days will not prejudice any party but rather serve the interest of all parties in resolving the Motion at the same time as the Diocese's Motion on nearly identical issues.

6. WHEREFORE, Century respectfully requests the Court grant Century's application to shorten the notice period so that, (i) any responses to the motion are due by *October 14, 2025*; (ii) any reply submissions by Century are due by *October 17, 2025*; and (iii) the matter be set for hearing on such date as is convenient for the court on *October 21, 2025 at 1:00 p.m. (prevailing Eastern time)*.

2

Dated:  October 3, 2025

Respectfully submitted,

By: */s/ Tancred Schiavoni*

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
ADAM P. HABERKORN
MICHAEL M. KLOTZ
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Email: tschiavoni@omm.com
  ahaberkorn@omm.com
  mklotz@omm.com

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*