Case 23-60507-6-pgr    Doc 1072    Filed 10/03/25    Entered 10/03/25 10:31:46    Desc
Main Document    Page 1 of 3

So Ordered.

Signed this 3 day of October, 2025.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of Ogdensburg, New York, | |
| | Chapter 11 |
| Debtor. | |

## ORDER GRANTING APPLICATION FOR SHORTENING NOTICE PERIOD AND EXPEDITING HEARING ON MOTION

Having reviewed the application by Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), requesting pursuant to Fed. R. Bankr. P. 9006(c)-(d) that the notice period for *Century's Motion to Appoint Paul Finn as an Additional Mediator* [Dkt. No. 1070] ("Motion") be shortened by two (2) days so that any responses to the Motion are due by October 14, 2025, any reply submissions by Century are due by October 17, 2025, and that the matter be set for hearing on October 21, 2025, at 1:00 p.m. (prevailing Eastern time), the same date as the Diocese's *Motion for Entry of an Order Authorizing the Appointment of an Additional Mediator* [Dkt. No. 1065] is scheduled to be heard, the application to shorten the notice period under Local Bankruptcy Rule 9013-1(e) is hereby **GRANTED**, and it is

**ORDERED** as follows:

1. Any responses to the Motion are due by **October 14, 2025**;

2. Any reply submissions by Century are due by **October 17, 2025**; and

3. A hearing on the matter is scheduled for **October 21, 2025 at 1:00 p.m. (prevailing Eastern time)** before honorable Patrick G. Radel, United States Bankruptcy Judge for the Northern District of New York, Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Room 236, Utica, New York 13501. Appearances may be made in-person at the courthouse OR by video via Teams, for which pre-registration is required by 3:00 PM one business day before the hearing. Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances to register.

4. Applicant must serve a copy of this Order, and all related documents, on all interested parties by e-mail as of the date of this Order.

PGR

###

2