UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                  Debtor.

Case No. 23-60507 (PGR)

Chapter 11

## CENTURY'S STATEMENT REGARDING ITS MOTION TO APPOINT PAUL FINN

If the Court concludes a second mediator is necessary, Century proposed Paul Finn as a less expensive alternative and someone with a different but complementary skill set from former Judge Christopher Sontchi [Dkt. No. 1070]. After Mr. Finn agreed to be offered as a candidate and our motion was served on the Committee, he suddenly informed us he was withdrawing. We are troubled by this and ask that the Committee be directed to disclose whether it or someone else asked him to withdraw before he dropped as an alternative candidate.

Respectfully submitted,

Dated: October 14, 2025

By:   /s/ *Tancred Schiavoni*
       **O'MELVENY & MYERS LLP**
       Tancred V. Schiavoni, Esq.
       Michael M. Klotz, Esq.
       1301 Avenue of the Americas
       Suite 1700
       New York, NY 10019
       Telephone: (212) 326-2000
       Email: tschiavoni@omm.com
              mklotz@omm.com

       **CLYDE & CO US LLP**
       Marianne May
       200 Campus Drive, Suite 300
       Florham Park, NJ 07932
       Telephone: (973) 210-6700
       Facsimile: (973) 210-6701
       E-mail: marianne.may@clydeco.us

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*