UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) ) ) |
|  | ) Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of Ogdensburg, New York, | ) ) Chapter 11 |
|  | ) |
| Debtor. | ) ) |

**RESPONSE OF THE DIOCESE TO CENTURY'S MOTION TO
APPOINT PAUL FINN AS AN ADDITIONAL MEDIATOR**

The Roman Catholic Diocese of Ogdensburg, New York (the "Diocese"), by and through its undersigned counsel, hereby submits its response (this "Response") to Century's Motion to Appoint Paul Finn as an Additional Mediator [Docket No. 1070] (the "Century Motion"). In support of this Response, the Diocese respectfully states as follows:

1. Through the Century Motion, Century Indemnity Company as successor to CCI Insurance Company, and successor to Insurance Company of North America ("Century") supports the Diocese's proposal to seek the appointment of an additional mediator. However, as an alternative to the candidate proposed by the Diocese (the Honorable Melanie L. Cyganowski, retired, who is supported by various other parties in interest, including the Committee and certain insurers), Century proposes an alternative candidate, Paul Finn.

2. Importantly, Century does not oppose the appointment of Judge Cyganowski as an additional mediator, but instead asserts that she may be "positionally if not legally conflicted by her acceptance of a position for the plaintiff bar in the *Avon* bankruptcy proceeding . . . ."

3. As set forth in the Declaration of Melanie L. Cyganowski in Support of the Diocese's Motion for Entry of an Order Authorizing the Appointment of an Additional Mediator submitted herewith and incorporated herein by reference, Judge Cyganowski does not have a

22432639.v1

conflict that would prohibit her from serving in the capacity as mediator in this case or would otherwise impair her ability to serve as mediator in this case.

4. Additionally, it is the Diocese's understanding that Mr. Finn has informed Century that he wishes for his name to be withdrawn from consideration as a potential mediator candidate in this case.

**WHEREFORE**, the Diocese respectfully requests that this Court enter an order: (i) granting its Motion for Entry of an Order Authorizing the Appointment of an Additional Mediator, (ii) denying the Century Motion as moot, and (iii) granting such other relief as the Court may deem just and proper.

Dated: October 14, 2025        BOND, SCHOENECK & KING, PLLC

By:     /s/ Charles J. Sullivan
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Sara C. Temes (Bar Roll No. 514148)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Fax: (315) 218-8100
Emails:  sdonato@bsk.com
         csullivan@bsk.com
         stemes@bsk.com
         gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*