So Ordered.

Signed this 22 day of October, 2025.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

Debtor.

Case No. 23-60507 (PGR)

Chapter 11

### ORDER GRANTING CENTURY'S MOTION FOR LEAVE TO FILE AN ADDITIONAL EXHIBIT

The Court has considered Interested Party Century's Motion for Leave to File an Additional Exhibit in support of *Century's Objection to the Diocese of Ogdensburg's Motion for Entry of an Order Authorizing the Appointment of an Additional Mediator* [Dkt. No. 1082]. Good cause being shown in support of the Motion,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

2. The declaration and exhibit appended to the Motion is deemed filed without further action by Interested Party Century. Notwithstanding the foregoing, Interested Party Century is authorized, but not required, to file the declaration as a stand-alone pleading.

###