UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                                        Debtor.

Case No.  23-60507

Chapter 11

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period September 1, 2025 Through September 30, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: October 22, 2025                    BLANK ROME LLP


                        By:    */s/ James R. Murray*
                                James R. Murray, Esq.
                                1825 Eye Street NW
                                Washington, D.C. 20006
                                Telephone:  (202) 420-3409
                                Email:  jmurray@blankrome.com

                                *Special Counsel for The Roman Catholic Diocese of Ogdensburg, New York*

22490617.v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

**MONTHLY FEE STATEMENT OF BLANK ROME LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS SPECIAL COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
SEPTEMBER 1, 2025 THROUGH SEPPTEMBER 30, 2025**

| | |
|---|---|
| Name of Applicant: | Blank Rome LLP |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 111] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | September 1, 2025 through September 30, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $2,827.05 ($2,261.64) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a:  _X_ monthly ____ quarterly ____ final application.

This is Blank Rome LLP's twenty-second monthly fee statement in this case.

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ███1874

ROMAN CATHOLIC DIOCESE OF OGDENSBURG
ATTN: BISHOP TERRY R. LAVALLEY
622 WASHINGTON STREET, PO BOX 369
OGDENSBURG
NEW YORK, NY 13669

| | |
|---|---|
| INVOICE DATE: | OCTOBER 22, 2025 |
| CLIENT ID: | 157456 |
| MATTER NUMBER: | 157456-00601 03348 |
| INVOICE NUMBER: | 2318219 |

**REGARDING:**   **ROMAN CATHOLIC DIOCESE OF OGDENSBURG**
**INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/16/2025 | 2272747 | $2,567.56 | ($2,054.05) | $513.51 |
| 05/19/2025 | 2280158 | $1,161.54 | ($929.23) | $232.31 |
| 06/16/2025 | 2287416 | $1,861.09 | ($1,488.87) | $372.22 |
| 07/15/2025 | 2293844 | $11,570.02 | ($9,256.02) | $2,314.00 |
| 08/07/2025 | 2299138 | $6,953.87 | ($5,563.10) | $1,390.77 |
| 09/10/2025 | 2307013 | $3,280.58 | ($2,624.46) | $656.12 |

**BALANCE FORWARD** **$5,478.93**

| | | |
|---|---|---|
| FOR LEGAL SERVICES RENDERED THROUGH 9/30/25 | $3,671.50 | |
| LESS 23% ACCOMMODATION | ($844.45) | |
| NET SERVICES | $2,827.05 | |
| **CURRENT INVOICE TOTAL** | | **$2,827.05** |

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**  **$8,305.98**

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ███ | 130 North 18th St |
| ABA Number: | ███ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ███ (International) | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   MASSACHUSETTS   SHANGHAI

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. ████1874

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF OGDENSBURG | INVOICE DATE: |
| ATTN: BISHOP TERRY R. LAVALLEY | CLIENT ID: |
| 622 WASHINGTON STREET, PO BOX 369 | MATTER NUMBER: |
| OGDENSBURG | INVOICE NUMBER: |
| NEW YORK, NY 13669 | PAGE 1 |

INVOICE DATE: OCTOBER 22, 2025
CLIENT ID: 157456
MATTER NUMBER: 157456-00601
INVOICE NUMBER: 2318219
PAGE 1

**REGARDING:    ROMAN CATHOLIC DIOCESE OF OGDENSBURG
INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2025**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/04/25 | DRAFT CHART OF CLAIMS WHICH FALLS WITHIN A CERTAIN TIME PERIOD | K. ROGERS | 0.70 | 227.50 |
| 09/04/25 | REVIEW SETTLEMENT ALLOCATIONS FOR MEDIATION PURPOSES | J. MURRAY | 1.00 | 1,095.00 |
| 09/04/25 | ATTEND MEDIATION SESSION | J. CARTER | 1.50 | 1,215.00 |
| 09/04/25 | PREPARE FOR MEDIATION SESSION WITH CHUBB | J. CARTER | 0.90 | 729.00 |
| 09/04/25 | EMAIL TO J. MURRAY REGARDING MEDIATION WITH CHUBB AND NEXT STEPS | J. CARTER | 0.30 | 243.00 |
| 09/09/25 | RESPOND TO EMAIL FROM J. MURRAY REGARDING STATUS OF MEDIATION | J. CARTER | 0.20 | 162.00 |
| | **TOTAL SERVICES** | | | **$3,671.50** |
| | **LESS 23% ACCOMMODATION** | | | **($844.45)** |
| | **NET SERVICES** | | | **$2,827.05** |

| | |
|---|---|
| **CURRENT INVOICE TOTAL** | **$2,827.05** |

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 810.00 | 2.90 | 2,349.00 |
| JAMES MURRAY | 1,095.00 | 1.00 | 1,095.00 |
| KEVIN ROGERS | 325.00 | 0.70 | 227.50 |
| **TOTALS** | | **4.60** | **$3,671.50** |