| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER**<br>*Please Read Instructions:* | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1. NAME<br>Jolene Schultz | 2. PHONE NUMBER<br>(763) 326-3068 | | 3. DATE<br>10/20/2025 |
| 4. DELIVERY ADDRESS OR EMAIL<br>jolene.schultz@thomsonreuters.com | 5. CITY<br>Eagan | 6. STATE<br>MN | 7. ZIP CODE<br>55121 |
| 8. CASE NUMBER<br>6:23-bk-60507 | 9. JUDGE<br>Patrick G Radel | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/21/2025 | 11. TO 10/21/2025 |
| 12. CASE NAME<br>Roman Catholic Diocese of Ogdensburg | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Utica | 14. STATE New York |

15. ORDER FOR
☐ APPEAL            ☐ CRIMINAL             ☐ CRIMINAL JUSTICE ACT            ☒ BANKRUPTCY
☐ NON-APPEAL   ☐ CIVIL                    ☐ IN FORMA PAUPERIS                 ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Entire Hearing | 10/21/2025 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☒ -12H | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next-Day | ☐ | ☐ | NO. OF COPIES | | |
| 2-Hour | ☐ | ☒ | NO. OF COPIES | | |
| REALTIME | ☐ | | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>Jolene Schultz | PROCESSED BY | |
| 19. DATE<br>10/20/2025 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY<br>J&J Court Transcribers, Inc  jjcourt@jjcourt.com | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:       COURT COPY       TRANSCRIPTION COPY       ORDER RECEIPT       ORDER COPY

*Stamp: 2025 OCT 22 PM 12:11 CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY — R&F*