UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of<br>Ogdensburg, New York, | )<br>) Chapter 11<br>) |
| Debtor. | )<br>)<br>) |

## SUPPLMENTAL CERTIFICATE OF SERVICE

    I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

    On October 22, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Abuse Claimants, c/o Darcy Johnson Day, PC, Attn: Peter W. Smith at 104 W 40th St, Fl 5, New York, NY 10018-3770:

- **Notice of Filing of Supplemental Budget** (Docket No. 1053)

Dated: October 23, 2025

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 329-4244