**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**NOTICE OF FILING OF NINETEENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD APRIL 1, 2025 THROUGH APRIL 30, 2025**

**PLEASE TAKE NOTICE** that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Nineteenth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period April 1, 2025 Through April 30, 2025, a copy of which is attached hereto and is hereby served upon you.

4938-2548-7177.2 18493.002

| | |
|---|---|
| Dated: New York, New York<br>　　　October 29, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang (admitted *pro hac vice*)<br>Ilan D. Scharf<br>Karen B. Dine<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:　　jstang@pszjlaw.com<br>　　　　　ischarf@pszjlaw.com<br>　　　　　kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**NINETEENTH MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
APRIL 1, 2025 THROUGH APRIL 30, 2025**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 4/1/25-4/30/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 69,130.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 1,293.69 |
| Total | $ 70,423.69 |

This is a monthly fee statement. It is the nineteenth monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

| | |
|---|---|
| Dated: New York, New York<br>October 29, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang (admitted *pro hac vice*)<br>Ilan D. Scharf<br>Karen B. Dine<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:     jstang@pszjlaw.com<br>            ischarf@pszjlaw.com<br>            kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

April 30, 2025
Invoice    148918
Client      18493.00002

RE:   Committee Representation

## STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2025

| | |
|---|---:|
| FEES | $69,130.00 |
| EXPENSES | $1,293.69 |
| **TOTAL CURRENT CHARGES** | **$70,423.69** |
| **BALANCE FORWARD** | **$71,884.23** |
| **TOTAL BALANCE DUE** | **$142,307.92** |

Pachulski Stang Ziehl & Jones LLP  Page: 2
Diocese of Ogdensburg O.C.C.  Invoice 148918
Client 18493.00002  April 30, 2025

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 25.70 | $20,560.00 |
| IDS | Scharf, Ilan D. | Partner | 0.00 | 0.00 | $0.00 |
| EG | Gray, Erin | Counsel | 800.00 | 1.30 | $1,040.00 |
| JMD | Dine, Jeffrey M. | Counsel | 800.00 | 10.40 | $8,320.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 46.00 | $36,800.00 |
| WLR | Ramseyer, William L. | Counsel | 800.00 | 1.40 | $1,120.00 |
| NJH | Hall, Nathan J. | Paralegal | 300.00 | 4.30 | $1,290.00 |
|  |  |  |  | 89.10 | $69,130.00 |

Pachulski Stang Ziehl & Jones LLP                                                                 Page:     3
Diocese of Ogdensburg O.C.C.                                                                      Invoice 148918
Client 18493.00002                                                                                April 30, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 8.30 | $6,640.00 |
| BL | Bankruptcy Litigation | 63.50 | $49,550.00 |
| CA | Case Administration | 2.30 | $940.00 |
| CP | PSZJ Compensation | 2.80 | $2,240.00 |
| GC | General Creditors' Committee | 1.20 | $960.00 |
| HE | Hearings | 1.60 | $1,280.00 |
| ME | Mediation | 9.40 | $7,520.00 |
| | | 89.10 | $69,130.00 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 4 |
| Diocese of Ogdensburg O.C.C. | Invoice 148918 |
| Client 18493.00002 | April 30, 2025 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Lexis/Nexis- Legal Research | $99.00 |
| Litigation Support Vendors | $1,100.00 |
| Postage | $25.89 |
| Reproduction Expense | $23.70 |
| Transcript | $45.10 |
| | $1,293.69 |

| Pachulski Stang Ziehl & Jones LLP | | | | | | Page: 5 |
|---|---|---|---|---|---|---|
| Diocese of Ogdensburg O.C.C. | | | | | | Invoice 148918 |
| Client 18493.00002 | | | | | | April 30, 2025 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 04/08/2025 | IDS | AA | Attend meeting with BRG regarding restricted assets. | 0.60 | 800.00 | $480.00 |
| 04/07/2025 | KBD | AA | Analyze documents relating to restricted assets. | 1.40 | 800.00 | $1,120.00 |
| 04/08/2025 | IDS | AA | Call with BRG and K. Dine regarding restricted assets. | 0.60 | 800.00 | $480.00 |
| 04/08/2025 | IDS | AA | Attend meeting with BRG regarding restricted assets. | 0.60 | 800.00 | $480.00 |
| 04/08/2025 | KBD | AA | Analyze documents relating to restricted assets. | 1.70 | 800.00 | $1,360.00 |
| 04/08/2025 | KBD | AA | Revise memorandum regarding restricted assets. | 0.40 | 800.00 | $320.00 |
| 04/08/2025 | KBD | AA | Call with BRG and I. Scharf regarding restricted assets. | 0.60 | 800.00 | $480.00 |
| 04/09/2025 | KBD | AA | Analyze issues relating to restricted assets with I. Scharf (for part). | 1.30 | 800.00 | $1,040.00 |
| 04/10/2025 | IDS | AA | Attention to analysis of restricted assets. | 1.10 | 800.00 | $880.00 |
| | | | | **8.30** | | **$6,640.00** |
| **Bankruptcy Litigation** | | | | | | |
| 04/01/2025 | JMD | BL | T/cs K. Dine re Century/Gallagher discovery issues (0.2). Research re Century/Gallagher discovery issues (0.3). | 0.50 | 800.00 | $400.00 |
| 04/01/2025 | KBD | BL | Prepare status report regarding Gallagher subpoena. | 1.00 | 800.00 | $800.00 |
| 04/01/2025 | KBD | BL | Analyze issues relating to Gallagher subpoena w/J. Dine (for part). | 0.60 | 800.00 | $480.00 |
| 04/01/2025 | KBD | BL | Correspondence among parties relating to Gallagher subpoena. | 0.10 | 800.00 | $80.00 |
| 04/02/2025 | KBD | BL | Analyze issues relating to subpoena to Gallagher. | 0.20 | 800.00 | $160.00 |
| 04/02/2025 | KBD | BL | Correspondence among parties relating to meet and confer. | 0.10 | 800.00 | $80.00 |

| Pachulski Stang Ziehl & Jones LLP | Page: 6 |
|---|---|
| Diocese of Ogdensburg O.C.C. | Invoice 148918 |
| Client 18493.00002 | April 30, 2025 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | Hours | Rate | Amount |
| 04/03/2025 | JMD | BL | Rev. Gallagher subpoena correspondence (0.2). Zoom conf. A. Kaufman (Gallagher), K. Dine, N. Kuenzi. other ins. counsel( 0.9 ). Zoom conf. N. Kuenzi, K. Dine re requests for docs (0.3). Review doc list (1.2) T/c N. Kuenzi re document requests (.2). | 2.80 | 800.00 | $2,240.00 |
| 04/03/2025 | KBD | BL | Meet and confer with counsel for Gallagher and other interested parties relating to subpoena. | 0.90 | 800.00 | $720.00 |
| 04/03/2025 | KBD | BL | Call with N. Kuenzi and J. Dine regarding next steps with respect to subpoena. | 0.30 | 800.00 | $240.00 |
| 04/03/2025 | KBD | BL | Prepare for meet and confer regarding Gallagher subpoena. | 0.50 | 800.00 | $400.00 |
| 04/03/2025 | KBD | BL | Attention to correspondence from T. Schiavoni regarding subpoena. | 0.10 | 800.00 | $80.00 |
| 04/03/2025 | KBD | BL | Analyze document list for production materials. | 0.40 | 800.00 | $320.00 |
| 04/04/2025 | KBD | BL | Extensive correspondence among parties regarding discovery matters. | 0.60 | 800.00 | $480.00 |
| 04/04/2025 | KBD | BL | Call with I. Scharf regarding discovery matters. | 0.10 | 800.00 | $80.00 |
| 04/06/2025 | KBD | BL | Analyze issues relating to discovery from Gallagher. | 0.40 | 800.00 | $320.00 |
| 04/07/2025 | IDS | BL | Prepare for status conference with KBD. | 0.30 | 800.00 | $240.00 |
| 04/07/2025 | IDS | BL | Call with K Dine regarding Gallagher subpoena. | 0.30 | 800.00 | $240.00 |
| 04/07/2025 | IDS | BL | Prepare for hearing regarding Gallagher subpoena. | 1.10 | 800.00 | $880.00 |
| 04/07/2025 | JMD | BL | Zoom meet and confer re Gallagher subpoena with N. Kuenzi, B. Sheehan, K. Dine, A. Kaufrman, M. Klotz, J. Russell, M. Liptak (0.4). | 0.40 | 800.00 | $320.00 |
| 04/07/2025 | KBD | BL | Prepare for meet and confer with Gallagher with I. Scharf (for part). | 0.30 | 800.00 | $240.00 |
| 04/07/2025 | KBD | BL | Correspondence with counsel for Century regarding subpoena to Gallagher. | 0.30 | 800.00 | $240.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002  

Page: 7  
Invoice 148918  
April 30, 2025  

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/2025 | KBD | BL | Call with C. Sullivan and B. Sheehan regarding subpoena. | 0.30 | 800.00 | $240.00 |
| 04/07/2025 | KBD | BL | Call with counsel for Gallagher and counsel for other parties to meet and confer regarding subpoena. | 0.40 | 800.00 | $320.00 |
| 04/07/2025 | KBD | BL | Prepare for status conference regarding subpoena with I. Scharf (for part). | 0.30 | 800.00 | $240.00 |
| 04/08/2025 | KBD | BL | Prepare for status conference relating to subpoena. | 0.60 | 800.00 | $480.00 |
| 04/08/2025 | KBD | BL | Attend telephonic status conference regarding subpoena. | 0.80 | 800.00 | $640.00 |
| 04/09/2025 | KBD | BL | Analyze correspondence relating to Gallagher subpoena among parties. | 0.40 | 800.00 | $320.00 |
| 04/09/2025 | KBD | BL | Work on action items relating to Gallagher subpoena w/I. Scharf (for part). | 0.70 | 800.00 | $560.00 |
| 04/10/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena. | 0.40 | 800.00 | $320.00 |
| 04/10/2025 | IDS | BL | Email to Kaufman regarding meet and confer. | 0.10 | 800.00 | $80.00 |
| 04/10/2025 | IDS | BL | Review email correspondence regarding Gallagher subpoena. | 1.10 | 800.00 | $880.00 |
| 04/11/2025 | IDS | BL | Call with K. Dine regarding subpoena to Gallagher. | 0.30 | 800.00 | $240.00 |
| 04/11/2025 | IDS | BL | Respond to Schiavoni email regarding subpoena to Gallagher. | 0.30 | 800.00 | $240.00 |
| 04/11/2025 | IDS | BL | Review correspondence from Century counsel re subpoena to Gallagher. | 0.60 | 800.00 | $480.00 |
| 04/11/2025 | IDS | BL | Draft email to Diocese and Century counsel re subpoena to Gallagher | 0.60 | 800.00 | $480.00 |
| 04/11/2025 | IDS | BL | Follow up discussion with K Dine regarding subpoena to Gallagher. | 0.30 | 800.00 | $240.00 |
| 04/11/2025 | IDS | BL | Review caselaw regarding subpoena enforcement with Gallagher. | 1.50 | 800.00 | $1,200.00 |
| 04/11/2025 | JMD | BL | Review emails re Gallagher subpoena (0.5). | 0.50 | 800.00 | $400.00 |
| 04/11/2025 | KBD | BL | Analyze restricted assets w/M. Babcock from BRG for part. | 0.60 | 800.00 | $480.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002

Page: 8  
Invoice 148918  
April 30, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/11/2025 | KBD | BL | Extensive correspondence among parties relating to Gallagher subpoena. | 0.50 | 800.00 | $400.00 |
| 04/11/2025 | KBD | BL | Call with I. Scharf regarding enforcement of subpoena. | 0.30 | 800.00 | $240.00 |
| 04/11/2025 | KBD | BL | Call with I. Scharf regarding emails relating to meet and confer. | 0.10 | 800.00 | $80.00 |
| 04/15/2025 | IDS | BL | Meet and confer with Gallagher and insurers regarding subpoena to Gallagher. | 1.00 | 800.00 | $800.00 |
| 04/15/2025 | IDS | BL | Prepare for meet and confer with Gallagher; review caselaw, pleadings, subpoena and email correspondence. | 1.50 | 800.00 | $1,200.00 |
| 04/15/2025 | KBD | BL | Prepare for meet and confer call regarding Gallagher subpoena. | 0.40 | 800.00 | $320.00 |
| 04/15/2025 | KBD | BL | Participate in meet and confer with counsel for Gallagher, counsel for Century, counsel for the Diocese and counsel for other insurers. | 1.00 | 800.00 | $800.00 |
| 04/16/2025 | IDS | BL | Call with Schiavoni regarding Gallagher subpoena. | 1.00 | 800.00 | $800.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #1. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #2. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #3. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #4. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #5. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #6. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #7. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #8. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Draft email to all parties regarding Gallagher subpoena after follow up to meet and confer. | 1.00 | 800.00 | $800.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 9 |
| Diocese of Ogdensburg O.C.C. | | | | | Invoice | 148918 |
| Client 18493.00002 | | | | | April 30, 2025 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/16/2025 | IDS | BL | Review Klotz email regarding Gallagher subpoena. | 0.40 | 800.00 | $320.00 |
| 04/16/2025 | IDS | BL | Revise email to all parties regarding Gallagher subpoena. | 0.30 | 800.00 | $240.00 |
| 04/16/2025 | IDS | BL | Further revisions to email to all parties regarding Gallagher subpoena per Klotz note. | 0.30 | 800.00 | $240.00 |
| 04/16/2025 | IDS | BL | Call with K. Dine regarding Gallagher subpoena. | 0.20 | 800.00 | $160.00 |
| 04/16/2025 | KBD | BL | Analyze extensive correspondence among parties relating to enforcement of Gallagher subpoena. | 0.60 | 800.00 | $480.00 |
| 04/16/2025 | KBD | BL | Call with I. Scharf regarding Gallagher subpoena. | 0.20 | 800.00 | $160.00 |
| 04/17/2025 | KBD | BL | Prepare/analyze correspondence regarding Gallagher subpoena among parties, including Century. | 0.60 | 800.00 | $480.00 |
| 04/17/2025 | KBD | BL | Outline status report/motion regarding Gallagher subpoena. | 0.80 | 800.00 | $640.00 |
| 04/18/2025 | KBD | BL | Draft status report/motion regarding Gallagher subpoena. | 2.80 | 800.00 | $2,240.00 |
| 04/19/2025 | JMD | BL | Review draft motion re Century subpoena participation (0.5). | 0.50 | 800.00 | $400.00 |
| 04/19/2025 | KBD | BL | Analyze correspondence relating to Gallagher Subpoena enforcement. | 1.20 | 800.00 | $960.00 |
| 04/19/2025 | KBD | BL | Draft motion and status report regarding enforcement of Gallagher subpoena. | 2.30 | 800.00 | $1,840.00 |
| 04/20/2025 | JMD | BL | Review draft motion re Century subpoena participation (2.1). | 2.10 | 800.00 | $1,680.00 |
| 04/21/2025 | IDS | BL | Call with BSK and K. Dine regarding outstanding case issues. | 0.30 | 800.00 | $240.00 |
| 04/21/2025 | JMD | BL | Review draft motion re Century subpoena participation (0.4). | 0.40 | 800.00 | $320.00 |
| 04/21/2025 | KBD | BL | Draft correspondence regarding Gallagher subpoena. | 0.10 | 800.00 | $80.00 |
| 04/21/2025 | KBD | BL | Draft Declaration in support of motion regarding Gallagher Subpoena. | 2.60 | 800.00 | $2,080.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 10
Diocese of Ogdensburg O.C.C.  Invoice 148918
Client 18493.00002  April 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/21/2025 | KBD | BL | Revisions to motion regarding Gallagher Subpoena. | 1.10 | 800.00 | $880.00 |
| 04/21/2025 | KBD | BL | Call with BSK and I. Scharf regarding outstanding case issues. | 0.30 | 800.00 | $240.00 |
| 04/22/2025 | IDS | BL | Review and revise motion and status report. | 1.80 | 800.00 | $1,440.00 |
| 04/22/2025 | JMD | BL | Revise draft objection re Century participation in Gallagher subpoena (1.8). | 1.80 | 800.00 | $1,440.00 |
| 04/22/2025 | KBD | BL | Prepare Declaration in support of motion for filing. | 2.80 | 800.00 | $2,240.00 |
| 04/22/2025 | KBD | BL | Revise objection to Century motion relating to Gallagher subpoena for filing. | 1.70 | 800.00 | $1,360.00 |
| 04/22/2025 | NJH | BL | Cite check the declaration of K. Dine. | 0.50 | 300.00 | $150.00 |
| 04/22/2025 | NJH | BL | Cite check the motion to exclude Century from participation in enforcement of the subpoena to Gallagher. | 1.60 | 300.00 | $480.00 |
| 04/22/2025 | NJH | BL | Preparation of exhibit documents to the declaration of K. Dine. | 0.40 | 300.00 | $120.00 |
| 04/23/2025 | KBD | BL | Correspondence relating to Gallagher Subpoena matters. | 0.10 | 800.00 | $80.00 |
| 04/23/2025 | KBD | BL | Call with I. Scharf re subpoena. | 0.10 | 800.00 | $80.00 |
| 04/24/2025 | IDS | BL | Review further correspondence regarding Gallagher subpoena. | 0.30 | 800.00 | $240.00 |
| 04/24/2025 | IDS | BL | Call with Karen B. Dine regarding Gallagher subpoena. | 0.20 | 800.00 | $160.00 |
| 04/24/2025 | JMD | BL | Zoom discussion of Gallagher custodian issues with N. Kuenzi, K. Dine (0.1).. Review custodian issues (0.7). | 0.80 | 800.00 | $640.00 |
| 04/24/2025 | KBD | BL | Call with I. Scharf regarding Gallagher subpoena. | 0.20 | 800.00 | $160.00 |
| 04/24/2025 | KBD | BL | Call with N. Kuenzi and J. Dine regarding discovery issues. | 0.10 | 800.00 | $80.00 |
| 04/24/2025 | KBD | BL | Correspondence relating to Gallagher Subpoena. | 0.30 | 800.00 | $240.00 |
| 04/24/2025 | KBD | BL | Analyze Century status report. | 0.30 | 800.00 | $240.00 |
| 04/25/2025 | JMD | BL | Emails re Gallagher custodian questions (0.3). | 0.30 | 800.00 | $240.00 |

Pachulski Stang Ziehl & Jones LLP　　　　　　　　　　　　　　　　　　　　　　　　　　　Page:　11
Diocese of Ogdensburg O.C.C.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice 148918
Client 18493.00002　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　April 30, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 04/25/2025 | KBD | BL | Analyze correspondence relating to Gallagher Subpoena. | 0.20 | 800.00 | $160.00 |
| 04/29/2025 | JMD | BL | Telephone call K. Dine re subpoena follow-up (0.1). Research re subpoenant's document preservation obligation (0.2). | 0.30 | 800.00 | $240.00 |
| 04/29/2025 | KBD | BL | Call with J. Dine regarding discovery matters. | 0.10 | 800.00 | $80.00 |
| 04/29/2025 | KBD | BL | Analyze issues relating to enforcement of Gallagher Subpoena. | 0.30 | 800.00 | $240.00 |
| 04/29/2025 | KBD | BL | Attention to correspondence with counsel for Gallagher regarding subpoena matters. | 0.20 | 800.00 | $160.00 |
| 04/29/2025 | KBD | BL | Work on outline for motion to compel. | 1.40 | 800.00 | $1,120.00 |
| 04/30/2025 | KBD | BL | Analyze legal issues for motion to compel. | 1.00 | 800.00 | $800.00 |
| 04/30/2025 | KBD | BL | Draft motion to compel. | 0.80 | 800.00 | $640.00 |
| 04/30/2025 | KBD | BL | Attention to correspondence regarding Subpoena. | 0.10 | 800.00 | $80.00 |
|  |  |  |  | **63.50** |  | **$49,550.00** |

**Case Administration**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 04/04/2025 | NJH | CA | Revise critical dates in WIP list. | 0.30 | 300.00 | $90.00 |
| 04/07/2025 | IDS | CA | Call with BSK team regarding case status. | 0.30 | 800.00 | $240.00 |
| 04/14/2025 | NJH | CA | Revise critical dates in WIP list. | 0.60 | 300.00 | $180.00 |
| 04/16/2025 | IDS | CA | Call with J. Stang regarding Gallagher subpoena. | 0.00 | 800.00 | N/C |
| 04/18/2025 | NJH | CA | Revise the critical dates in WIP list. | 0.40 | 300.00 | $120.00 |
| 04/21/2025 | EG | CA | Review WIP and critical dates and draft email re: same. | 0.20 | 800.00 | $160.00 |
| 04/21/2025 | NJH | CA | Revise critical dates on the WIP list. | 0.10 | 300.00 | $30.00 |
| 04/25/2025 | NJH | CA | Revise the critical dates in the WIP list. | 0.40 | 300.00 | $120.00 |
|  |  |  |  | **2.30** |  | **$940.00** |

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: 12 |
| Diocese of Ogdensburg O.C.C. | | Invoice 148918 |
| Client 18493.00002 | | April 30, 2025 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| 04/14/2025 | EG | CP | Review status of monthly fee statements (.20); draft email to I. Scharf re: same (.10); draft email to Accounting re: same (.10); draft email to WLR re: same (.20). | 0.60 | 800.00 | $480.00 |
| 04/16/2025 | WLR | CP | Review and revise January and February 2024 bills in anticipation of preparation of fee application. | 0.30 | 800.00 | $240.00 |
| 04/16/2025 | WLR | CP | Draft Fourth interim fee application. | 0.60 | 800.00 | $480.00 |
| 04/17/2025 | KBD | CP | Work on fee application. | 0.30 | 800.00 | $240.00 |
| 04/20/2025 | WLR | CP | Review and revise February 2025 bill in anticipation of preparation of interim fee application. | 0.20 | 800.00 | $160.00 |
| 04/21/2025 | EG | CP | Draft and supervise filing and service of monthly fee statements. | 0.50 | 800.00 | $400.00 |
| 04/21/2025 | WLR | CP | Draft Fourth interim fee application. | 0.30 | 800.00 | $240.00 |
| | | | | **2.80** | | **$2,240.00** |

**General Creditors' Committee**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| 04/08/2025 | IDS | GC | Call with Stippel regarding case matters. | 0.20 | 800.00 | $160.00 |
| 04/15/2025 | IDS | GC | Call with C. LaFave, M. Finnegan, T. Stippel and K. Dine regarding ongoing case matters. | 0.50 | 800.00 | $400.00 |
| 04/15/2025 | KBD | GC | Call with C. LaFave, M. Finnegan, T. Stippel and I. Scharf regarding ongoing case matters. | 0.50 | 800.00 | $400.00 |
| | | | | **1.20** | | **$960.00** |

**Hearings**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| 04/08/2025 | IDS | HE | Attend hearing regarding Gallagher subpoena. | 0.80 | 800.00 | $640.00 |
| 04/08/2025 | KBD | HE | Attend hearing regarding Gallagher subpoena. | 0.80 | 800.00 | $640.00 |
| | | | | **1.60** | | **$1,280.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| 04/08/2025 | IDS | ME | Call with K. Dine regarding outstanding issues. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP                                                     Page:    13
Diocese of Ogdensburg O.C.C.                                                          Invoice 148918
Client 18493.00002                                                                    April 30, 2025

|            |     |    |                                                                                    | Hours | Rate   | Amount    |
|------------|-----|----|------------------------------------------------------------------------------------|-------|--------|-----------|
| 04/08/2025 | IDS | ME | Call with K. Dine regarding outstanding issues for mediation.                      | 0.10  | 800.00 | $80.00    |
| 04/08/2025 | KBD | ME | Call with I. Scharf regarding outstanding issues for mediation.                    | 0.10  | 800.00 | $80.00    |
| 04/15/2025 | IDS | ME | Call with K. Dine regarding next steps relating to mediation.                      | 0.10  | 800.00 | $80.00    |
| 04/15/2025 | IDS | ME | Call with K. Dine regarding next steps relating to mediation.                      | 0.10  | 800.00 | $80.00    |
| 04/15/2025 | IDS | ME | Call with Stippel regarding mediation.                                             | 0.30  | 800.00 | $240.00   |
| 04/15/2025 | IDS | ME | Call with K. Dine regarding mediation.                                             | 0.30  | 800.00 | $240.00   |
| 04/15/2025 | IDS | ME | Review K. Dine and BRG analysis regarding restricted assets to prepare for mediation session. | 1.00 | 800.00 | $800.00 |
| 04/15/2025 | IDS | ME | Call with Sontchi regarding mediation.                                             | 0.30  | 800.00 | $240.00   |
| 04/15/2025 | KBD | ME | Analyze issues on restricted assets in preparation for mediation.                  | 1.80  | 800.00 | $1,440.00 |
| 04/15/2025 | KBD | ME | Call with I. Scharf regarding next steps regarding mediation.                      | 0.10  | 800.00 | $80.00    |
| 04/15/2025 | KBD | ME | Call with BSK team and I. Scharf regarding matters relating to mediation.          | 0.30  | 800.00 | $240.00   |
| 04/16/2025 | IDS | ME | Attend mediation session with Diocese.                                             | 2.00  | 800.00 | $1,600.00 |
| 04/16/2025 | IDS | ME | Meeting with Stippel and LaFave regarding mediation, case next steps.              | 0.40  | 800.00 | $320.00   |
| 04/16/2025 | KBD | ME | Participate in Zoom mediation w/mediators and parties.                             | 2.00  | 800.00 | $1,600.00 |
| 04/16/2025 | KBD | ME | Follow-up with I. Scharf regarding next steps.                                     | 0.10  | 800.00 | $80.00    |
| 04/21/2025 | IDS | ME | Follow up with Bair regarding insurance mediation status.                          | 0.30  | 800.00 | $240.00   |
|            |     |    |                                                                                    | 9.40  |        | $7,520.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                                                            $69,130.00

| | | | | |
|---|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page: | 14 |
| Diocese of Ogdensburg O.C.C. | | | Invoice | 148918 |
| Client 18493.00002 | | | April 30, 2025 | |

**Expenses**

| | | | |
|---|---|---|---:|
| 04/18/2025 | PO | Postage | 0.97 |
| 04/20/2025 | LN | 18493.00002 Lexis Charges for 04-20-25 | 39.60 |
| 04/21/2025 | PO | Postage | 0.97 |
| 04/21/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/22/2025 | LN | 18493.00002 Lexis Charges for 04-22-25 | 39.60 |
| 04/22/2025 | RE | SCAN/COPY ( 196 @0.10 PER PG) | 19.60 |
| 04/23/2025 | PO | Postage | 23.95 |
| 04/23/2025 | RE | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 04/29/2025 | LN | 18493.00002 Lexis Charges for 04-29-25 | 19.80 |
| 04/30/2025 | OS | Everlaw, Inv. 150815 | 1,100.00 |
| 04/30/2025 | TR | J&J Court Transcribers, Inv. 2025-00690 | 45.10 |
| **Total Expenses for this Matter** | | | **$1,293.69** |

Pachulski Stang Ziehl & Jones LLP                                                                       Page:     15
Diocese of Ogdensburg O.C.C.                                                                            Invoice 148918
Client 18493.00002                                                                                      April 30, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 04/30/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 144496 | 10/31/2024 | $2,090.00 | $0.00 | $2,090.00 |
| 145260 | 11/30/2024 | $7,596.00 | $0.00 | $7,596.00 |
| 145262 | 12/31/2024 | $4,830.00 | $1,100.00 | $5,930.00 |
| 146408 | 01/31/2025 | $12,910.00 | $1,663.29 | $14,573.29 |
| 146939 | 03/31/2025 | $11,790.00 | $1,100.69 | $12,890.69 |
| 146413 | 02/28/2025 | $26,780.00 | $1,124.25 | $27,904.25 |

**Total Amount Due on Current and Prior Invoices:**                                                     **$142,307.92**