**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**NOTICE OF FILING OF TWENTIETH MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
MAY 1, 2025 THROUGH MAY 31, 2025**

**PLEASE TAKE NOTICE** that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Twentieth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period May 1, 2025 Through May 31, 2025, a copy of which is attached hereto and is hereby served upon you.

4908-7983-4471.1 18493.002

| | |
|---|---|
| Dated: New York, New York<br>      October 29, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang (admitted *pro hac vice*)<br>Ilan D. Scharf<br>Karen B. Dine<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:   (212) 561-7777<br>Email:     jstang@pszjlaw.com<br>            ischarf@pszjlaw.com<br>            kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**TWENTIETH MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
MAY 1, 2025 THROUGH MAY 31, 2025**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 5/1/25-5/31/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 67,310.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 2,136.36 |
| Total | $ 69,446.36 |

This is a monthly fee statement. It is the twentieth monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

| | |
|---|---|
| Dated: New York, New York<br>October 29, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang (admitted *pro hac vice*)<br>Ilan D. Scharf<br>Karen B. Dine<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:  jstang@pszjlaw.com<br>          ischarf@pszjlaw.com<br>          kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

May 31, 2025
Invoice   148920
Client    18493.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2025

| | |
|---|---:|
| FEES | $67,310.00 |
| EXPENSES | $2,136.36 |
| **TOTAL CURRENT CHARGES** | **$69,446.36** |
| **BALANCE FORWARD** | **$142,307.92** |
| **TOTAL BALANCE DUE** | **$211,754.28** |

Pachulski Stang Ziehl & Jones LLP          Page: 2
Diocese of Ogdensburg O.C.C.               Invoice 148920
Client 18493.00002                         May 31, 2025

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 18.00 | $14,400.00 |
| EG | Gray, Erin | Counsel | 800.00 | 6.20 | $4,960.00 |
| JMD | Dine, Jeffrey M. | Counsel | 800.00 | 3.10 | $2,480.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 52.10 | $41,680.00 |
| WLR | Ramseyer, William L. | Counsel | 800.00 | 2.30 | $1,840.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 300.00 | 3.60 | $1,080.00 |
| NJH | Hall, Nathan J. | Paralegal | 300.00 | 2.90 | $870.00 |
|  |  |  |  | 88.20 | $67,310.00 |

| Pachulski Stang Ziehl & Jones LLP | Page: 3 |
|---|---|
| Diocese of Ogdensburg O.C.C. | Invoice 148920 |
| Client 18493.00002 | May 31, 2025 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| BL | Bankruptcy Litigation | 62.10 | $48,880.00 |
| CA | Case Administration | 3.60 | $2,230.00 |
| CP | PSZJ Compensation | 11.40 | $7,320.00 |
| GC | General Creditors' Committee | 3.00 | $2,400.00 |
| HE | Hearings | 5.70 | $4,560.00 |
| ME | Mediation | 2.40 | $1,920.00 |
|  |  | 88.20 | $67,310.00 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 4 |
| Diocese of Ogdensburg O.C.C. | Invoice 148920 |
| Client 18493.00002 | May 31, 2025 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Lexis/Nexis- Legal Research | $771.52 |
| Litigation Support Vendors | $1,104.60 |
| Pacer - Court Research | $185.10 |
| Postage | $15.04 |
| Reproduction Expense | $16.10 |
| Transcript | $44.00 |
| | $2,136.36 |

Pachulski Stang Ziehl & Jones LLP  Page: 5
Diocese of Ogdensburg O.C.C.  Invoice 148920
Client 18493.00002  May 31, 2025

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Bankruptcy Litigation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2025 | KBD | BL | Draft Motion to compel. | 1.30 | 800.00 | $1,040.00 |
| 05/04/2025 | KBD | BL | Draft supplemental status report. | 1.50 | 800.00 | $1,200.00 |
| 05/05/2025 | IDS | BL | Call with K. Dine regarding case and Century request for information. | 0.30 | 800.00 | $240.00 |
| 05/05/2025 | IDS | BL | Review and revise supplemental status report. | 0.80 | 800.00 | $640.00 |
| 05/05/2025 | IDS | BL | Review pleadings regarding case 5.6 hearing. | 0.80 | 800.00 | $640.00 |
| 05/05/2025 | IDS | BL | Call with K. Dine regarding case and Century request for information. | 0.30 | 800.00 | $240.00 |
| 05/05/2025 | KBD | BL | Draft Committee Supplemental Status Report. | 1.80 | 800.00 | $1,440.00 |
| 05/05/2025 | KBD | BL | Draft Dine declaration relating to Supplemental Status Report. | 0.70 | 800.00 | $560.00 |
| 05/05/2025 | KBD | BL | Call with I. Scharf regarding next steps relating to case matters. | 0.30 | 800.00 | $240.00 |
| 05/05/2025 | NJH | BL | Cite check and revise supplemental status report and accompanying documents. | 1.20 | 300.00 | $360.00 |
| 05/06/2025 | KBD | BL | Analyze correspondence relating to Gallagher Subpoena. | 0.20 | 800.00 | $160.00 |
| 05/09/2025 | NJH | BL | Revise critical dates in WIP list. | 0.40 | 300.00 | $120.00 |
| 05/12/2025 | IDS | BL | Prepare for meet and confer with Gallagher. | 0.50 | 800.00 | $400.00 |
| 05/12/2025 | IDS | BL | Meet and confer with Gallagher. | 0.80 | 800.00 | $640.00 |
| 05/12/2025 | IDS | BL | Call with J. Dine regarding Gallagher subpoena. | 0.30 | 800.00 | $240.00 |
| 05/12/2025 | JMD | BL | Gallagher Zoom meet and confer I Scharf, K. Dine, S. Temes, A. Kaufman (0.8). | 0.80 | 800.00 | $640.00 |
| 05/12/2025 | KBD | BL | Call with A. Kafuman, S. Temes, I. Scharf and J. Dine regarding subpoena. | 0.80 | 800.00 | $640.00 |
| 05/13/2025 | KBD | BL | Analyze legal issues with respect to potential avoidance complaint. | 0.40 | 800.00 | $320.00 |
| 05/14/2025 | KBD | BL | Analyze legal issues with respect to potential avoidance complaint. | 2.40 | 800.00 | $1,920.00 |
| 05/20/2025 | IDS | BL | Review K Dine email regarding Gallagher. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 6
Diocese of Ogdensburg O.C.C.  Invoice 148920
Client 18493.00002  May 31, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/20/2025 | KBD | BL | Correspondence regarding meet and confer with Gallagher. | 0.10 | 800.00 | $80.00 |
| 05/20/2025 | KBD | BL | Analyze issues for avoidance action with I. Scharf (for part). | 2.60 | 800.00 | $2,080.00 |
| 05/21/2025 | IDS | BL | Follow-up with K. Dine re meet and confer. | 0.20 | 800.00 | $160.00 |
| 05/21/2025 | IDS | BL | Assess estate claims regarding DTF. | 0.90 | 800.00 | $720.00 |
| 05/21/2025 | IDS | BL | Assess claimants' rights regarding DLF and DILT. | 0.90 | 800.00 | $720.00 |
| 05/21/2025 | KBD | BL | Analyze factual issues relating to potential avoidance actions. | 1.70 | 800.00 | $1,360.00 |
| 05/21/2025 | KBD | BL | Analyze legal issues relating to potential avoidance actions. | 1.40 | 800.00 | $1,120.00 |
| 05/21/2025 | KBD | BL | Analyze issues relating to committee standing. | 0.80 | 800.00 | $640.00 |
| 05/21/2025 | KBD | BL | Meet and confer with counsel for Gallagher. | 0.30 | 800.00 | $240.00 |
| 05/21/2025 | KBD | BL | Follow-up from meet and confer with Gallagher with I. Scharf (for part). | 0.20 | 800.00 | $160.00 |
| 05/22/2025 | IDS | BL | Work on motion for standing regarding DLF | 1.00 | 800.00 | $800.00 |
| 05/22/2025 | IDS | BL | Review document list from Gallagher | 0.30 | 800.00 | $240.00 |
| 05/22/2025 | KBD | BL | Analyze agreements relating to allegedly restricted funds. | 1.80 | 800.00 | $1,440.00 |
| 05/22/2025 | KBD | BL | Outline potential avoidance actions. | 0.50 | 800.00 | $400.00 |
| 05/22/2025 | KBD | BL | Analyze legal issues relating to claims. | 2.30 | 800.00 | $1,840.00 |
| 05/22/2025 | KBD | BL | Outline issues for standing motion. | 1.40 | 800.00 | $1,120.00 |
| 05/22/2025 | KBD | BL | Analyze document list regarding Gallagher documents. | 0.30 | 800.00 | $240.00 |
| 05/23/2025 | IDS | BL | Review status report prepared by K Dine regarding discovery. | 0.40 | 800.00 | $320.00 |
| 05/23/2025 | IDS | BL | Meeting with Gallagher regarding discovery | 0.50 | 800.00 | $400.00 |
| 05/23/2025 | KBD | BL | Meet and confer with Gallagher regarding subpoena. | 0.50 | 800.00 | $400.00 |
| 05/23/2025 | KBD | BL | Strategize regarding next steps with I. Scharf. | 0.10 | 800.00 | $80.00 |
| 05/23/2025 | KBD | BL | Call with S. Temes regarding subpoena. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002

Page: 7  
Invoice 148920  
May 31, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/23/2025 | KBD | BL | Draft status report for court regarding Gallagher subpoena. | 1.10 | 800.00 | $880.00 |
| 05/23/2025 | KBD | BL | Correspondence relating to Gallagher subpoena. | 0.10 | 800.00 | $80.00 |
| 05/23/2025 | KBD | BL | Analyze legal issues relating to DLF. | 2.30 | 800.00 | $1,840.00 |
| 05/26/2025 | KBD | BL | Analyze legal issues relating to DLF. | 3.30 | 800.00 | $2,640.00 |
| 05/26/2025 | KBD | BL | Draft standing motion. | 1.70 | 800.00 | $1,360.00 |
| 05/27/2025 | IDS | BL | Call with K. Dine regarding complaint analysis. | 0.40 | 800.00 | $320.00 |
| 05/27/2025 | KBD | BL | Draft motion for standing. | 1.40 | 800.00 | $1,120.00 |
| 05/27/2025 | KBD | BL | Analyze legal issues relating to complaint w/B. Michael (for part). | 3.20 | 800.00 | $2,560.00 |
| 05/27/2025 | KBD | BL | Finalize status report for filing. | 0.30 | 800.00 | $240.00 |
| 05/27/2025 | KBD | BL | Call w/I. Scharf regarding complaint analysis. | 0.40 | 800.00 | $320.00 |
| 05/28/2025 | IDS | BL | Call with K. Dine re complaint issues. | 0.20 | 800.00 | $160.00 |
| 05/28/2025 | JMD | BL | Call with K. Dine re complaint issues. | 0.20 | 800.00 | $160.00 |
| 05/28/2025 | JMD | BL | Review draft standing motion re DTF (0.4). Legal research re avoidance issues (1.0). | 1.40 | 800.00 | $1,120.00 |
| 05/28/2025 | KBD | BL | Revisions to motion regarding standing. | 0.40 | 800.00 | $320.00 |
| 05/28/2025 | KBD | BL | Prepare correspondence regarding Gallagher discovery. | 0.20 | 800.00 | $160.00 |
| 05/28/2025 | KBD | BL | Call w/J. Dine regarding complaint issues. | 0.20 | 800.00 | $160.00 |
| 05/29/2025 | JMD | BL | Research re restricted funds issues (0.7). | 0.70 | 800.00 | $560.00 |
| 05/29/2025 | KBD | BL | Call w/M. Babcock and C. Tergovorkian regarding DLF/DILT matters. | 1.00 | 800.00 | $800.00 |
| 05/29/2025 | KBD | BL | Analyze legal issues relating to DLF and DILT. | 1.70 | 800.00 | $1,360.00 |
| 05/29/2025 | KBD | BL | Draft complaint regarding estate property. | 1.40 | 800.00 | $1,120.00 |
| 05/30/2025 | IDS | BL | Call with K. Dine regarding potential avoidance actions. | 0.40 | 800.00 | $320.00 |
| 05/30/2025 | KBD | BL | Draft complaint regarding DLF Assets. | 2.10 | 800.00 | $1,680.00 |
| 05/30/2025 | KBD | BL | Analyze legal issues with respect to potential avoidance actions, | 1.60 | 800.00 | $1,280.00 |

Pachulski Stang Ziehl & Jones LLP  
Diocese of Ogdensburg O.C.C.  
Client 18493.00002

Page: 8  
Invoice 148920  
May 31, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/30/2025 | KBD | BL | Call w/I. Scharf regarding potential avoidance actions. | 0.40 | 800.00 | $320.00 |
| 05/31/2025 | KBD | BL | Analyze legal issues relating to complaint. | 0.70 | 800.00 | $560.00 |
| 05/31/2025 | KBD | BL | Draft complaint. | 1.30 | 800.00 | $1,040.00 |
| | | | | **62.10** | | **$48,880.00** |

**Case Administration**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/02/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 05/05/2025 | EG | CA | Update WIP. | 0.50 | 800.00 | $400.00 |
| 05/08/2025 | EG | CA | Update WIP and critical dates. | 1.00 | 800.00 | $800.00 |
| 05/12/2025 | NJH | CA | Analyze case deadlines to revise WIP list critical dates. | 0.10 | 300.00 | $30.00 |
| 05/16/2025 | NJH | CA | Analyze case deadlines to revise critical dates WIP list. | 0.60 | 300.00 | $180.00 |
| 05/21/2025 | EG | CA | Update WIP and critical dates. | 0.50 | 800.00 | $400.00 |
| 05/22/2025 | IDS | CA | Review supplemental budget. | 0.30 | 800.00 | $240.00 |
| 05/23/2025 | NJH | CA | Analyze case deadlines to revise critical dates WIP list. | 0.40 | 300.00 | $120.00 |
| | | | | **3.60** | | **$2,230.00** |

**PSZJ Compensation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 05/05/2025 | EG | CP | Review and approve CNO re: 16th Monthly Fee Statement; review and approve CNO re: 17th Monthly Fee Statement, review and approve 18th Monthly Fee Statement, draft emails and calendaring re: same. | 1.00 | 800.00 | $800.00 |
| 05/07/2025 | EG | CP | Draft emails re: fee applications. | 0.20 | 800.00 | $160.00 |
| 05/07/2025 | EG | CP | Revise and file CNO re: 17th Monthly Fee Statement. | 0.30 | 800.00 | $240.00 |
| 05/07/2025 | WLR | CP | Draft Fourth interim fee application. | 0.90 | 800.00 | $720.00 |
| 05/09/2025 | CAK | CP | Update spreadsheet in preparation of 4th Quarterly fee application | 0.40 | 300.00 | $120.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 9 | |
| Diocese of Ogdensburg O.C.C. | | | | | Invoice 148920 | |
| Client 18493.00002 | | | | | May 31, 2025 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2025 | WLR | CP | Review and revise March 2025 bill in anticipation of preparation of interim fee application. | 0.30 | 800.00 | $240.00 |
| 05/09/2025 | WLR | CP | Review and revise Fourth interim fee application. | 0.70 | 800.00 | $560.00 |
| 05/12/2025 | CAK | CP | Review and update 4th Quarterly fee application | 1.90 | 300.00 | $570.00 |
| 05/12/2025 | KBD | CP | Revisions to fee application. | 0.60 | 800.00 | $480.00 |
| 05/13/2025 | CAK | CP | Continue updating 4th Quarterly fee application | 0.60 | 300.00 | $180.00 |
| 05/13/2025 | CAK | CP | Edit 4th Quarterly fee application | 0.30 | 300.00 | $90.00 |
| 05/13/2025 | EG | CP | Review and revise 4th Interim Fee Application. | 1.50 | 800.00 | $1,200.00 |
| 05/13/2025 | EG | CP | Draft, file and calendar 19th Monthly Fee Statement (March 2025). | 0.60 | 800.00 | $480.00 |
| 05/13/2025 | EG | CP | Draft email to Charles Nadeau re: 4th Interim Fee Application. | 0.10 | 800.00 | $80.00 |
| 05/13/2025 | KBD | CP | Revise fee application. | 0.30 | 800.00 | $240.00 |
| 05/14/2025 | CAK | CP | Edit and email 4th Quarterly fee application | 0.20 | 300.00 | $60.00 |
| 05/14/2025 | CAK | CP | Prepare and email to E. Gray the exhibits to 4th Quarterly fee application | 0.20 | 300.00 | $60.00 |
| 05/14/2025 | EG | CP | Revise 4th Interim Fee Application. | 0.20 | 800.00 | $160.00 |
| 05/20/2025 | KBD | CP | Prepare comments to fee statements. | 0.40 | 800.00 | $320.00 |
| 05/20/2025 | WLR | CP | Review and revise April 2025 bill in anticipation of preparation of interim fee application. | 0.40 | 800.00 | $320.00 |
| 05/21/2025 | EG | CP | Draft CNO re: 18th Monthly Fee Statement. | 0.30 | 800.00 | $240.00 |
| | | | | **11.40** | | **$7,320.00** |

**General Creditors' Committee**

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/22/2025 | IDS | GC | Email to SCC regarding case status and mediation. | 0.60 | 800.00 | $480.00 |
| 05/23/2025 | IDS | GC | Email to SCC regarding meeting agenda and case status. | 0.50 | 800.00 | $400.00 |

Pachulski Stang Ziehl & Jones LLP    Page: 10
Diocese of Ogdensburg O.C.C.    Invoice 148920
Client 18493.00002    May 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/23/2025 | IDS | GC | SCC meeting regarding case status. | 0.80 | 800.00 | $640.00 |
| 05/23/2025 | IDS | GC | Email to Barr regarding client requests for information. | 0.30 | 800.00 | $240.00 |
| 05/23/2025 | KBD | GC | Call with SCC and counsel regarding ongoing case issues. | 0.80 | 800.00 | $640.00 |
|  |  |  |  | **3.00** |  | **$2,400.00** |

**Hearings**

| 05/06/2025 | IDS | HE | Prepare for hearing regarding motion to compel. | 2.50 | 800.00 | $2,000.00 |
|---|---|---|---|---|---|---|
| 05/06/2025 | IDS | HE | Call with LaFave regarding hearing. | 0.20 | 800.00 | $160.00 |
| 05/06/2025 | IDS | HE | Attend hearing on motion to compel. | 1.50 | 800.00 | $1,200.00 |
| 05/06/2025 | KBD | HE | Attend court hearing regarding Gallagher Subpoena. | 1.50 | 800.00 | $1,200.00 |
|  |  |  |  | **5.70** |  | **$4,560.00** |

**Mediation**

| 05/20/2025 | IDS | ME | Email to SCC regarding mediation | 0.30 | 800.00 | $240.00 |
|---|---|---|---|---|---|---|
| 05/20/2025 | KBD | ME | Attention to correspondence relating to mediation. | 0.20 | 800.00 | $160.00 |
| 05/23/2025 | IDS | ME | Review documents and analysis regarding Catholic Mutual mediation. | 1.50 | 800.00 | $1,200.00 |
| 05/28/2025 | IDS | ME | Email to Committee regarding mediation scheduling and case status. | 0.40 | 800.00 | $320.00 |
|  |  |  |  | **2.40** |  | **$1,920.00** |

**TOTAL SERVICES FOR THIS MATTER:**    **$67,310.00**

| Pachulski Stang Ziehl & Jones LLP | Page: 11 |
|---|---|
| Diocese of Ogdensburg O.C.C. | Invoice 148920 |
| Client 18493.00002 | May 31, 2025 |

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/01/2025 | LN | 18493.00002 Lexis Charges for 05-01-25 | 1.29 |
| 05/05/2025 | PO | Postage | 1.66 |
| 05/05/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/05/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/05/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/05/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/06/2025 | PO | Postage | 4.63 |
| 05/09/2025 | OS | Reproduction, 46 pages, WLR | 4.60 |
| 05/13/2025 | PO | Postage | 1.94 |
| 05/13/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/13/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/16/2025 | PO | Postage | 4.31 |
| 05/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/16/2025 | RE | SCAN/COPY ( 89 @0.10 PER PG) | 8.90 |
| 05/16/2025 | RE | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/22/2025 | LN | 18493.00002 Lexis Charges for 05-22-25 | 54.79 |
| 05/22/2025 | LN | 18493.00002 Lexis Charges for 05-22-25 | 70.10 |
| 05/22/2025 | LN | 18493.00002 Lexis Charges for 05-22-25 | 9.78 |
| 05/25/2025 | LN | 18493.00002 Lexis Charges for 05-25-25 | 91.32 |
| 05/25/2025 | LN | 18493.00002 Lexis Charges for 05-25-25 | 17.53 |
| 05/25/2025 | LN | 18493.00002 Lexis Charges for 05-25-25 | 9.78 |
| 05/25/2025 | LN | 18493.00002 Lexis Charges for 05-25-25 | 9.78 |
| 05/27/2025 | LN | 18493.00002 Lexis Charges for 05-27-25 | 237.43 |
| 05/27/2025 | LN | 18493.00002 Lexis Charges for 05-27-25 | 36.90 |

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 12 |
| Diocese of Ogdensburg O.C.C. | | | Invoice 148920 |
| Client 18493.00002 | | | May 31, 2025 |

| | | | |
|---|---|---|---:|
| 05/27/2025 | LN | 18493.00002 Lexis Charges for 05-27-25 | 19.56 |
| 05/27/2025 | LN | 18493.00002 Lexis Charges for 05-27-25 | 48.89 |
| 05/27/2025 | TR | Escribers, Inv. 1157145 | 44.00 |
| 05/28/2025 | LN | 18493.00002 Lexis Charges for 05-28-25 | 109.58 |
| 05/28/2025 | PO | Postage | 2.50 |
| 05/29/2025 | LN | 18493.00002 Lexis Charges for 05-29-25 | 54.79 |
| 05/31/2025 | OS | Everlaw, Inv. 154108 | 1,100.00 |
| 05/31/2025 | PAC | Pacer - Court Research | 185.10 |
| **Total Expenses for this Matter** | | | **$2,136.36** |

Pachulski Stang Ziehl & Jones LLP　　　　　　　　　　　　　　　　　　　　　　　　Page:　13
Diocese of Ogdensburg O.C.C.　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice 148920
Client 18493.00002　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　May 31, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 05/31/2025**　　　　　　　　(May not include recent payments)

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 144496 | 10/31/2024 | $2,090.00 | $0.00 | $2,090.00 |
| 145260 | 11/30/2024 | $7,596.00 | $0.00 | $7,596.00 |
| 145262 | 12/31/2024 | $4,830.00 | $1,100.00 | $5,930.00 |
| 146408 | 01/31/2025 | $12,910.00 | $1,663.29 | $14,573.29 |
| 146939 | 03/31/2025 | $11,790.00 | $1,100.69 | $12,890.69 |
| 146413 | 02/28/2025 | $26,780.00 | $1,124.25 | $27,904.25 |
| 148918 | 04/30/2025 | $69,130.00 | $1,293.69 | $70,423.69 |

**Total Amount Due on Current and Prior Invoices:**　　　　　　　　　　　　　　　　**$211,754.28**