**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**NOTICE OF FILING OF TWENTY-FIRST MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
JUNE 1, 2025 THROUGH JUNE 30, 2025**

**PLEASE TAKE NOTICE** that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Twenty-First Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period June 1, 2025 Through June 30, 2025, a copy of which is attached hereto and is hereby served upon you.

4915-8834-3399.1 18493.002

| | |
|---|---|
| Dated: New York, New York<br>October 29, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang (admitted *pro hac vice*)<br>Ilan D. Scharf<br>Karen B. Dine<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:   (212) 561-7777<br>Email:     jstang@pszjlaw.com<br>              ischarf@pszjlaw.com<br>              kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
JUNE 1, 2025 THROUGH JUNE 30, 2025**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 6/1/25-6/30/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 34,850.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 1,457.39 |
| Total | $ 36,307.39 |

This is a monthly fee statement. It is the twenty-first monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

| | |
|---|---|
| Dated: New York, New York<br>October 29, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang (admitted *pro hac vice*)<br>Ilan D. Scharf<br>Karen B. Dine<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email:  jstang@pszjlaw.com<br>         ischarf@pszjlaw.com<br>         kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

June 30, 2025
Invoice    148921
Client    18493.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2025

|   |   |
|---|---:|
| FEES | $34,850.00 |
| EXPENSES | $1,457.39 |
| **TOTAL CURRENT CHARGES** | **$36,307.39** |
| **BALANCE FORWARD** | **$211,754.28** |
| **LAST PAYMENT** | **-$16,955.29** |
| **TOTAL BALANCE DUE** | **$231,106.38** |

| | Pachulski Stang Ziehl & Jones LLP | | | Page: 2 |
|---|---|---|---|---|
| | Diocese of Ogdensburg O.C.C. | | | Invoice 148921 |
| | Client 18493.00002 | | | June 30, 2025 |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 25.10 | $20,080.00 |
| EG | Gray, Erin | Counsel | 800.00 | 1.00 | $800.00 |
| JMD | Dine, Jeffrey M. | Counsel | 800.00 | 1.00 | $800.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 14.90 | $11,920.00 |
| WLR | Ramseyer, William L. | Counsel | 800.00 | 0.70 | $560.00 |
| NJH | Hall, Nathan J. | Paralegal | 300.00 | 2.30 | $690.00 |
| | | | | 45.00 | $34,850.00 |

Pachulski Stang Ziehl & Jones LLP     Page: 3
Diocese of Ogdensburg O.C.C.     Invoice 148921
Client 18493.00002     June 30, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis and Recovery | 0.10 | $80.00 |
| BL | Bankruptcy Litigation | 14.40 | $11,020.00 |
| CA | Case Administration | 1.80 | $790.00 |
| CP | PSZJ Compensation | 1.40 | $1,120.00 |
| GC | General Creditors' Committee | 4.70 | $3,760.00 |
| HE | Hearings | 3.90 | $3,120.00 |
| IC | Insurance Coverage | 2.70 | $2,160.00 |
| ME | Mediation | 16.00 | $12,800.00 |
| | | 45.00 | $34,850.00 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: 4 |
| Diocese of Ogdensburg O.C.C. | Invoice 148921 |
| Client 18493.00002 | June 30, 2025 |

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Litigation Support Vendors | $1,100.00 |
| Pacer - Court Research | $106.70 |
| Postage | $0.69 |
| Reproduction Expense | $4.30 |
| Transcript | $245.70 |
| | $1,457.39 |

Pachulski Stang Ziehl & Jones LLP                                              Page:   5
Diocese of Ogdensburg O.C.C.                                                   Invoice 148921
Client 18493.00002                                                             June 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 06/17/2025 | KBD | AA | Correspondence with BSK regarding restricted asset issue. | 0.10 | 800.00 | $80.00 |
| | | | | **0.10** | | **$80.00** |
| **Bankruptcy Litigation** | | | | | | |
| 06/01/2025 | JMD | BL | Review draft DFT fraudulent transfer complaint (0..6) | 0.60 | 800.00 | $480.00 |
| 06/02/2025 | JMD | BL | Review draft DFT complaint (0.4). | 0.40 | 800.00 | $320.00 |
| 06/02/2025 | KBD | BL | Draft complaint regarding DLF. | 1.60 | 800.00 | $1,280.00 |
| 06/02/2025 | KBD | BL | Analyze legal issues relating to DLF. | 0.80 | 800.00 | $640.00 |
| 06/03/2025 | KBD | BL | Draft complaint. | 1.30 | 800.00 | $1,040.00 |
| 06/04/2025 | IDS | BL | Call with K. Dine regarding next steps. | 0.20 | 800.00 | $160.00 |
| 06/04/2025 | KBD | BL | Call w/I. Scharf regarding next steps. | 0.20 | 800.00 | $160.00 |
| 06/09/2025 | KBD | BL | Prepare exhibit to complaint. | 1.50 | 800.00 | $1,200.00 |
| 06/09/2025 | KBD | BL | Call w/I. Scharf and C. Sullivan regarding status conference. | 0.40 | 800.00 | $320.00 |
| 06/09/2025 | KBD | BL | Correspondence with A. Kaufman regarding outstanding matters. | 0.10 | 800.00 | $80.00 |
| 06/09/2025 | KBD | BL | Analyze pleadings filed by Century regarding status conference. | 0.20 | 800.00 | $160.00 |
| 06/10/2025 | IDS | BL | Review Century statement and request for motion to compel. | 1.00 | 800.00 | $800.00 |
| 06/10/2025 | KBD | BL | Prepare exhibit for complaint. | 0.50 | 800.00 | $400.00 |
| 06/10/2025 | NJH | BL | Draft request for the June 10, 2025 hearing transcript. | 0.40 | 300.00 | $120.00 |
| 06/11/2025 | IDS | BL | Confer with K. Dine regarding complaint matters. | 0.10 | 800.00 | $80.00 |
| 06/11/2025 | KBD | BL | Confer w/I. Scharf regarding complaint matters. | 0.10 | 800.00 | $80.00 |
| 06/12/2025 | KBD | BL | Analyze legal issues relating to complaint regarding property of the estate. | 0.40 | 800.00 | $320.00 |
| 06/13/2025 | KBD | BL | Analyze legal issues relating to complaint. | 0.40 | 800.00 | $320.00 |

Pachulski Stang Ziehl & Jones LLP                                                         Page:    6
Diocese of Ogdensburg O.C.C.                                                              Invoice 148921
Client 18493.00002                                                                        June 30, 2025

|            |     |    |                                                                                      | Hours | Rate   | Amount     |
|------------|-----|----|--------------------------------------------------------------------------------------|-------|--------|------------|
| 06/16/2025 | KBD | BL | Call w/M. Babcock regarding DLF matters.                                             | 0.30  | 800.00 | $240.00    |
| 06/17/2025 | NJH | BL | Analyze first supplemental declaration of D. Ray Strong in preparation for filing.   | 0.60  | 300.00 | $180.00    |
| 06/18/2025 | KBD | BL | Prepare Exhibit to complaint.                                                        | 0.50  | 800.00 | $400.00    |
| 06/23/2025 | IDS | BL | Review and revise motion for standing; associated complaint.                         | 2.10  | 800.00 | $1,680.00  |
| 06/25/2025 | KBD | BL | Attention to tolling of causes of action w/I. Scharf.                                | 0.10  | 800.00 | $80.00     |
| 06/25/2025 | KBD | BL | Correspondence with Gallagher regarding subpoena.                                    | 0.10  | 800.00 | $80.00     |
| 06/26/2025 | KBD | BL | Call w/A. Kaufman and S. Temes regarding discovery from Gallagher.                   | 0.50  | 800.00 | $400.00    |
|            |     |    |                                                                                      | **14.40** |    | **$11,020.00** |

**Case Administration**

|            |     |    |                                                                                      | Hours | Rate   | Amount   |
|------------|-----|----|--------------------------------------------------------------------------------------|-------|--------|----------|
| 06/03/2025 | EG  | CA | Update critical dates, review docket, calendar items and email team re: same.        | 0.30  | 800.00 | $240.00  |
| 06/03/2025 | NJH | CA | Analyze case deadlines to revise WIP list critical dates.                            | 0.20  | 300.00 | $60.00   |
| 06/09/2025 | NJH | CA | Analyze case deadlines to revise WIP list critical dates.                            | 0.40  | 300.00 | $120.00  |
| 06/13/2025 | NJH | CA | Analyze case deadlines to revise WIP list critical dates.                            | 0.30  | 300.00 | $90.00   |
| 06/16/2025 | IDS | CA | Call with K. Dine and BSK regarding ongoing case issues.                             | 0.10  | 800.00 | $80.00   |
| 06/16/2025 | KBD | CA | Call w/BSK and I. Scharf regarding ongoing case issues.                              | 0.10  | 800.00 | $80.00   |
| 06/27/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list.                         | 0.40  | 300.00 | $120.00  |
|            |     |    |                                                                                      | **1.80** |    | **$790.00** |

**PSZJ Compensation**

|            |    |    |                                                                                          | Hours | Rate   | Amount  |
|------------|----|----|------------------------------------------------------------------------------------------|-------|--------|---------|
| 06/03/2025 | EG | CP | Review, revise and approve for filing (CNO re: 19th Monthly Fee Statement, 3/1-3/31).    | 0.20  | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 7
Diocese of Ogdensburg O.C.C.  Invoice 148921
Client 18493.00002  June 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/03/2025 | EG | CP | Draft 20th Monthly Fee Statement and review bill re: same. | 0.50 | 800.00 | $400.00 |
| 06/23/2025 | WLR | CP | Draft portion of Fifth interim fee application. | 0.70 | 800.00 | $560.00 |
|  |  |  |  | **1.40** |  | **$1,120.00** |

**General Creditors' Committee**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 06/04/2025 | IDS | GC | Attend committee meeting | 1.00 | 800.00 | $800.00 |
| 06/04/2025 | IDS | GC | Prepare for committee meeting | 1.00 | 800.00 | $800.00 |
| 06/04/2025 | IDS | GC | Email to Committee regarding agenda for meeting | 0.60 | 800.00 | $480.00 |
| 06/04/2025 | IDS | GC | Begin review of complaint regarding DLF status | 1.00 | 800.00 | $800.00 |
| 06/04/2025 | KBD | GC | Call w/Committee, SCC and counsel regarding ongoing issues. | 1.00 | 800.00 | $800.00 |
| 06/25/2025 | KBD | GC | Correspondence with SCC regarding mediation. | 0.10 | 800.00 | $80.00 |
|  |  |  |  | **4.70** |  | **$3,760.00** |

**Hearings**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 06/09/2025 | IDS | HE | Call with BSK, PSZJ regarding hearing on 6.10.25 | 0.40 | 800.00 | $320.00 |
| 06/09/2025 | IDS | HE | Call with Champion regarding UST objection to PSZJ fee app. | 0.30 | 800.00 | $240.00 |
| 06/09/2025 | IDS | HE | Email to Champion regarding resolution of UST objection to PSZJ fee app. | 0.30 | 800.00 | $240.00 |
| 06/10/2025 | IDS | HE | Prepare for hearing | 0.30 | 800.00 | $240.00 |
| 06/10/2025 | IDS | HE | Attend hearing regarding fee apps, status conference | 0.90 | 800.00 | $720.00 |
| 06/10/2025 | KBD | HE | Prepare for status conference. | 0.80 | 800.00 | $640.00 |
| 06/10/2025 | KBD | HE | Participate in status conference with court. | 0.90 | 800.00 | $720.00 |
|  |  |  |  | **3.90** |  | **$3,120.00** |

**Insurance Coverage**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 06/11/2025 | IDS | IC | Review coverage and exposure for Wausau. | 0.90 | 800.00 | $720.00 |

Pachulski Stang Ziehl & Jones LLP　　　　　　　　　　　　　　　　　　　　　　　Page:　8
Diocese of Ogdensburg O.C.C.　　　　　　　　　　　　　　　　　　　　　　　　　Invoice 148921
Client 18493.00002　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　June 30, 2025

|            |     |    |                                                                                           | Hours | Rate   | Amount     |
|------------|-----|----|-------------------------------------------------------------------------------------------|-------|--------|------------|
| 06/27/2025 | IDS | IC | Review standards for bad faith in mediation regarding INA.                                | 1.80  | 800.00 | $1,440.00  |
|            |     |    |                                                                                           | 2.70  |        | $2,160.00  |

**Mediation**

|            |     |    |                                                                                                      | Hours | Rate   | Amount     |
|------------|-----|----|------------------------------------------------------------------------------------------------------|-------|--------|------------|
| 06/05/2025 | IDS | ME | Respond to Committee member inquiry regarding mediation schedule and strategy.                       | 0.40  | 800.00 | $320.00    |
| 06/10/2025 | IDS | ME | Call with Sullivan re case and mediation                                                             | 0.30  | 800.00 | $240.00    |
| 06/10/2025 | IDS | ME | Call with Sloane regarding mediation.                                                                | 0.20  | 800.00 | $160.00    |
| 06/10/2025 | IDS | ME | Email to Sontchi regarding mediation                                                                 | 0.20  | 800.00 | $160.00    |
| 06/11/2025 | IDS | ME | Follow up emails with SCC regarding mediations.                                                      | 0.30  | 800.00 | $240.00    |
| 06/19/2025 | IDS | ME | Prepare for mediation with Interstate; update and analyze settlement comps in recent cases.          | 1.50  | 800.00 | $1,200.00  |
| 06/20/2025 | IDS | ME | Mediation with Interstate.                                                                           | 3.00  | 800.00 | $2,400.00  |
| 06/20/2025 | IDS | ME | Email to Sugayan regarding mediation.                                                                | 0.20  | 800.00 | $160.00    |
| 06/20/2025 | KBD | ME | Participate in mediation with Interstate (for part).                                                 | 1.30  | 800.00 | $1,040.00  |
| 06/23/2025 | IDS | ME | Mediation with Wausau.                                                                               | 3.00  | 800.00 | $2,400.00  |
| 06/23/2025 | IDS | ME | Prepare for mediation with Wausau.                                                                   | 0.50  | 800.00 | $400.00    |
| 06/23/2025 | KBD | ME | Participate in zoom mediation with insurer (for part).                                               | 1.60  | 800.00 | $1,280.00  |
| 06/27/2025 | IDS | ME | Prepare for mediation.                                                                               | 0.40  | 800.00 | $320.00    |
| 06/27/2025 | IDS | ME | Attend mediation with Chubb.                                                                         | 2.00  | 800.00 | $1,600.00  |
| 06/30/2025 | IDS | ME | Prepare for upcoming mediations with insurers.                                                       | 1.10  | 800.00 | $880.00    |
|            |     |    |                                                                                                      | 16.00 |        | $12,800.00 |

**TOTAL SERVICES FOR THIS MATTER:**　　　　　　　　　　　　　　　　　　　　　　　$34,850.00

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 9 |
| Diocese of Ogdensburg O.C.C. | | | Invoice 148921 |
| Client 18493.00002 | | | June 30, 2025 |

**Expenses**

| | | | |
|---|---|---|---|
| 06/03/2025 | PO | Postage | 0.69 |
| 06/10/2025 | TR | Escribers, Inv. 1169980, IDS | 245.70 |
| 06/26/2025 | RE | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 06/30/2025 | OS | Everlaw, Inv. 157702 | 1,100.00 |
| 06/30/2025 | PAC | Pacer - Court Research | 106.70 |
| | | **Total Expenses for this Matter** | **$1,457.39** |

Pachulski Stang Ziehl & Jones LLP    Page:   10
Diocese of Ogdensburg O.C.C.    Invoice 148921
Client 18493.00002    June 30, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 06/30/2025**   (May not include recent payments)

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 144496 | 10/31/2024 | $2,090.00 | $0.00 | $2,090.00 |
| 145260 | 11/30/2024 | $7,596.00 | $0.00 | $7,596.00 |
| 145262 | 12/31/2024 | $966.00 | $0.00 | $966.00 |
| 146408 | 01/31/2025 | $2,582.00 | $0.00 | $2,582.00 |
| 146939 | 03/31/2025 | $11,790.00 | $1,100.69 | $12,890.69 |
| 146413 | 02/28/2025 | $26,780.00 | $1,124.25 | $27,904.25 |
| 148918 | 04/30/2025 | $69,130.00 | $1,293.69 | $70,423.69 |
| 148920 | 05/31/2025 | $67,310.00 | $2,136.36 | $69,446.36 |

**Total Amount Due on Current and Prior Invoices:**    **$231,106.38**