**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>                     Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**NOTICE OF FILING OF TWENTY-SECOND MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD <u>JULY 1, 2025 THROUGH JULY 31, 2025</u>**

      **PLEASE TAKE NOTICE** that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Twenty-Second Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period July 1, 2025 Through July 31, 2025, a copy of which is attached hereto and is hereby served upon you.

4916-3126-9735.1 18493.002

| | |
|---|---|
| Dated: New York, New York<br>October 29, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang (admitted *pro hac vice*)<br>Ilan D. Scharf<br>Karen B. Dine<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: jstang@pszjlaw.com<br>ischarf@pszjlaw.com<br>kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**TWENTY-SECOND MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD JULY 1, 2025 THROUGH JULY 31, 2025**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 7/1/25-7/31/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 15,340.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 1,194.30 |
| Total | $ 16,534.30 |

This is a monthly fee statement. It is the twenty-second monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

| | |
|---|---|
| Dated: New York, New York<br>October 29, 2025 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Ilan D. Scharf*<br>James I. Stang (admitted *pro hac vice*)<br>Ilan D. Scharf<br>Karen B. Dine<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:   (212) 561-7777<br>Email:     jstang@pszjlaw.com<br>           ischarf@pszjlaw.com<br>           kdine@pszjlaw.com<br><br>*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York* |



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

August 8, 2025
Invoice    148922
Client     18493.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2025

| | |
|---|---:|
| FEES | $15,340.00 |
| EXPENSES | $1,194.30 |
| **TOTAL CURRENT CHARGES** | **$16,534.30** |
| **BALANCE FORWARD** | **$231,106.38** |
| **LAST PAYMENT** | **-$51,670.94** |
| **TOTAL BALANCE DUE** | **$195,969.74** |

| | | | | | |
|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 2 |
| Diocese of Ogdensburg O.C.C. | | | | | Invoice 148922 |
| Client 18493.00002 | | | | | August 8, 2025 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 9.40 | $7,520.00 |
| JMD | Dine, Jeffrey M. | Counsel | 800.00 | 2.00 | $1,600.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 7.40 | $5,920.00 |
| NJH | Hall, Nathan J. | Paralegal | 300.00 | 1.00 | $300.00 |
| | | | | 19.80 | $15,340.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 3
Diocese of Ogdensburg O.C.C.  Invoice 148922
Client 18493.00002  August 8, 2025

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| AA | Asset Analysis and Recovery | 0.30 | $240.00 |
| BL | Bankruptcy Litigation | 7.10 | $5,680.00 |
| CA | Case Administration | 2.10 | $1,180.00 |
| IC | Insurance Coverage | 2.10 | $1,680.00 |
| ME | Mediation | 8.20 | $6,560.00 |
|  |  | 19.80 | $15,340.00 |

Pachulski Stang Ziehl & Jones LLP                                                        Page:    4
Diocese of Ogdensburg O.C.C.                                                             Invoice 148922
Client 18493.00002                                                                        August 8, 2025

**Summary of Expenses**

| Description | Amount |
|---|---:|
| Litigation Support Vendors | $1,100.00 |
| Pacer - Court Research | $94.30 |
| | $1,194.30 |

Pachulski Stang Ziehl & Jones LLP  Page: 5
Diocese of Ogdensburg O.C.C.  Invoice 148922
Client 18493.00002  August 8, 2025

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

**Asset Analysis and Recovery**

| 07/04/2025 | KBD | AA | Analyze issues relating to restricted assets. | 0.30 | 800.00 | $240.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | **0.30** |  | **$240.00** |

**Bankruptcy Litigation**

| 07/01/2025 | IDS | BL | Call with Sloane re tolling avoidance claims. | 0.20 | 800.00 | $160.00 |
|---|---|---|---|---|---|---|
| 07/04/2025 | JMD | BL | Review DTF complaint (1.5). | 1.50 | 800.00 | $1,200.00 |
| 07/08/2025 | KBD | BL | Analyze revisions to tolling agreement. | 0.20 | 800.00 | $160.00 |
| 07/09/2025 | JMD | BL | Review DTF complaint (0.5). | 0.50 | 800.00 | $400.00 |
| 07/09/2025 | KBD | BL | Work on draft complaint regarding restricted assets. | 0.50 | 800.00 | $400.00 |
| 07/10/2025 | KBD | BL | Prepare Exhibit A to complaint. | 1.30 | 800.00 | $1,040.00 |
| 07/14/2025 | IDS | BL | Call with K. Dine regarding tolling matters. | 0.10 | 800.00 | $80.00 |
| 07/14/2025 | KBD | BL | Prepare Exhibit A to complaint and tolling agreement. | 1.80 | 800.00 | $1,440.00 |
| 07/14/2025 | KBD | BL | Call w/I. Scharf regarding tolling matters. | 0.10 | 800.00 | $80.00 |
| 07/15/2025 | KBD | BL | Revisions to exhibit A to complaint. | 0.30 | 800.00 | $240.00 |
| 07/16/2025 | KBD | BL | Analyze execution version of tolling agreement. | 0.30 | 800.00 | $240.00 |
| 07/30/2025 | IDS | BL | Confer with K. Dine regarding ongoing case issues and upcoming hearing. | 0.10 | 800.00 | $80.00 |
| 07/30/2025 | KBD | BL | Analyze correspondence relating to discovery. | 0.10 | 800.00 | $80.00 |
| 07/30/2025 | KBD | BL | Confer w/I. Scharf regarding ongoing case issues and upcoming hearing. | 0.10 | 800.00 | $80.00 |
|  |  |  |  | **7.10** |  | **$5,680.00** |

**Case Administration**

| 07/01/2025 | KBD | CA | Call w/BSK regarding ongoing case issues. | 0.20 | 800.00 | $160.00 |
|---|---|---|---|---|---|---|
| 07/03/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 07/07/2025 | KBD | CA | Call w/BSK team regarding ongoing case issues. | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP  Page: 6
Diocese of Ogdensburg O.C.C.  Invoice 148922
Client 18493.00002  August 8, 2025

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/14/2025 | IDS | CA | Call with K. Dine and BSK regarding outstanding matters. | 0.10 | 800.00 | $80.00 |
| 07/14/2025 | KBD | CA | Call w/I. Scharf and BSK regarding outstanding matters. | 0.10 | 800.00 | $80.00 |
| 07/14/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.30 | 300.00 | $90.00 |
| 07/16/2025 | KBD | CA | Call w/I. Scharf, C. Sullivan, and S. Donato regarding case issues. | 0.50 | 800.00 | $400.00 |
| 07/21/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 07/25/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 07/31/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.10 | 300.00 | $30.00 |
| | | | | **2.10** | | **$1,180.00** |

**Insurance Coverage**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/2025 | IDS | IC | Begin updated analysis of Wausau insurance position. | 2.10 | 800.00 | $1,680.00 |
| | | | | **2.10** | | **$1,680.00** |

**Mediation**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/01/2025 | IDS | ME | Call with mediator regarding excess carriers. | 0.20 | 800.00 | $160.00 |
| 07/01/2025 | IDS | ME | Call with mediator regarding Century, Wausau. | 0.20 | 800.00 | $160.00 |
| 07/01/2025 | IDS | ME | Email to SCC regarding mediation offers, status. | 0.50 | 800.00 | $400.00 |
| 07/02/2025 | IDS | ME | Mediation with Associated\International. | 2.50 | 800.00 | $2,000.00 |
| 07/02/2025 | IDS | ME | Mediation with Granite. | 3.00 | 800.00 | $2,400.00 |
| 07/02/2025 | IDS | ME | Call with Bair regarding mediations. | 0.40 | 800.00 | $320.00 |
| 07/18/2025 | KBD | ME | Participate in mediation with insurer. | 1.40 | 800.00 | $1,120.00 |
| | | | | **8.20** | | **$6,560.00** |

**TOTAL SERVICES FOR THIS MATTER:** $15,340.00

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page:   7 |
| Diocese of Ogdensburg O.C.C. | | | Invoice 148922 |
| Client 18493.00002 | | | August 8, 2025 |

**Expenses**

| | | | |
|---|---|---|---:|
| 07/31/2025 | OS | Everlaw, Inv. 161042 | 1,100.00 |
| 07/31/2025 | PAC | Pacer - Court Research | 94.30 |
| | **Total Expenses for this Matter** | | **$1,194.30** |

Pachulski Stang Ziehl & Jones LLP  Page: 8
Diocese of Ogdensburg O.C.C.  Invoice 148922
Client 18493.00002  August 8, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 07/31/2025**   (May not include recent payments)

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 146939 | 03/31/2025 | $1,257.31 | $1,100.69 | $2,358.00 |
| 148918 | 04/30/2025 | $69,130.00 | $1,293.69 | $70,423.69 |
| 148920 | 05/31/2025 | $67,310.00 | $2,136.36 | $69,446.36 |
| 148921 | 06/30/2025 | $34,850.00 | $1,457.39 | $36,307.39 |

**Total Amount Due on Current and Prior Invoices:**  **$195,969.74**