

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**CHARLES J. SULLIVAN**
csullivan@bsk.com
P: 315.218.8144
F: 315.218.8100

November 3, 2025

**VIA ELECTRONIC FILING**

Honorable Patrick G. Radel
United States Bankruptcy Court
Northern District of New York
10 Broad Street
Utica, New York 13501

Re:     *The Roman Catholic Diocese of Ogdensburg, New York*
        *Chapter 11 Case No. 23-60507*

Dear Judge Radel:

Enclosed herewith for the Court's consideration please find a proposed Order
Authorizing the Appointment of an Additional Mediator in connection with the Diocese's
*Motion for Entry of an Order Authorizing the Appointment of an Additional Mediator*
[Docket No. 1065] (the "Motion") in the above-referenced case.  The Motion was heard
by the Court on October 21, 2025.

The proposed order has been circulated to counsel for each of the United States
Trustee, Interstate Fire & Casualty Company ("Interstate"), Century Indemnity Company
("Century"), Employers Insurance Company of Wausau (f/k/a Employers Insurance of
Wausau A Mutual Company f/k/a Employers Mutual Liability Insurance Company of
Wisconsin), Certain Underwriters at Lloyd's, London and London Market Companies
and Granite State Insurance Company.  The proposed Order incorporates certain
comments provided by counsel for Interstate and Century.

Honorable Patrrick G. Radel
November 3, 2025
Page 2


If the proposed Order is acceptable to your Honor, I would ask that the Court sign the
Order and ask that your Clerk file the original with the Clerk's office.  I appreciate the
Court's time and consideration in this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC


Charles J. Sullivan

CJS/kmd
Enclosure

cc:     All parties receiving notice via CM/ECF