UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of Ogdensburg, New York, | Chapter 11 |
| Debtor. | |

**DECLARATION OF MICHAEL M. KLOTZ IN SUPPORT OF CENTURY'S MOTION FOR A STAY OF ORDER AUTHORIZING CLAIMANT STATEMENT HEARING**

I, Michael M. Klotz, pursuant to pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1.      I am a Counsel at the firm O'Melveny & Myers LLP, attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century")*.*  I am a member in good standing of the Bar of the State of New York, and am admitted to practice in the United States District Court for the Northern District of New York.

2.      I submit this declaration in support of *Century's Motion for a Stay of Order Authorizing Claimant Statement Hearing* filed in the above-captioned bankruptcy case.  I also submit this declaration based on my personal knowledge of the proceedings in the above-captioned bankruptcy case, and my review of the documents described below.

3.      Attached as **<u>Exhibit 1</u>** is a true and correct copy of the transcript from the hearing in this proceeding on October 21, 2025.

4.      Attached as **<u>Exhibit 2</u>** is a true and correct copy of an article by Tommie Clark, "Survivors call out Archdiocese of Baltimore for continued hypocrisy," published on MSN.com on January 21, 2025.

5.      Attached as **<u>Exhibit 3</u>** is a true and correct copy of an article by Ian Round, "A questionable prosecutor pursuing questionable prosecutions," published in thedailyrecord.com on November 5, 2025.

6.      Attached as **<u>Exhibit 4</u>** is a true and correct copy of an article by Tommie Clark, "Survivors call out Archdiocese of Baltimore for hypocrisy," published on wbaltv.com on November 5, 2025.

Dated: November 7, 2025

By: */s/ Michael M. Klotz*
MICHAEL M. KLOTZ
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone:    (212) 326-2000
Email: mklotz@omm.com

*Attorney for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*