# EXHIBIT 2

# Survivors call out Archdiocese of Baltimore for continued hypocrisy

msn.com/en-us/news/us/survivors-call-out-archdiocese-of-baltimore-for-continued-hypocrisy/ar-AA1PT4nd

Tommie Clark                                                                                                          January 21, 2025

Survivors of child sexual abuse were in court on Wednesday, calling out the Catholic Church and Archdiocese of Baltimore for ongoing hypocrisy.

"I need to make it clear that the hypocrisy that is going on inside the Catholic Church is continuing," said Erin Maze, a survivor of child sexual abuse and one of 10 people who spoke at the hearing.

[Sign up for our Newsletters](#)

It has been two years since the [Archdiocese of Baltimore went into bankruptcy](#). In September, survivors filed a motion to dismiss the process because they believe there has been no meaningful progress.

"Somebody in the church needs to realize they keep throwing roadblocks up, and it's hurting survivors more," said Teresa Lancaster, an attorney and survivor.

Now, the court is deciding if the archdiocese should get [charitable immunity](#).

"People may have different definitions of what charity is," said Frank Schindler, a survivor. "Raping a child is not a charitable act."

Last month, the archdiocese formally made a resolution package that would provide each survivor with $33,000 — an amount that survivors called insulting.

Lori said they're in negotiations with those who said the offer is not enough.

"We're in mediation and those conversations will continue," Lori said.

"Lori just stood here and told you guys they're doing everything they can, yet they challenged the constitutionality of the [(Child Victims Act)](#), they are claiming charitable immunity and they're trying to offer us something, and that is complete crap," Maze said.

The Archdiocese of Baltimore said it did not challenge the constitutionality of the CVA. However, the archdiocese did file for bankruptcy right before the CVA went into effect.

The archdiocese told WBAL-TV 11 News they have not asserted charitable immunity, but it is rather defending its relevancy in the case.

A decision on charitable immunity and next steps in the bankruptcy case will be made in a December trial.

In a statement after the hearing, Lori said:

> "I admire the courage of those victim-survivors who shared their heart-wrenching experiences today and I offer my sincere gratitude to them and Judge Harner. Listening to their stories today, as I have done throughout my priesthood, is an important and necessary step in the Church's efforts to support them in their lifelong journey toward healing. Today has also been an opportunity for me, on behalf of the Archdiocese of Baltimore, to again apologize to them for the pain that was so unfairly and harmfully inflicted upon them by representatives of the Church, and for the damage it has caused them and their loved ones. Their traumatic stories resonate with those of us responsible for ensuring the safety and welfare of those in our care, especially young people. It is our duty and our promise to rid the Church of abuse and to keep children in our care safe. What happened to them must never, ever be allowed to happen again. As this Chapter 11 process continues, I am deeply aware of how difficult this time is for survivors. This ongoing situation reminds me that we must act with urgency and determination to reach an equitable and compassionate resolution."

**TOP STORIES FROM WBAL:**

Fiery Kentucky plane crash leaves at least 11 dead, trail of destruction

Officials provide up-close look at progress made at Key Bridge site

Help sought to fill BMore Kind Pet Food Bank amid shutdown

FAA reducing air traffic by 10% across 40 "high-volume" markets due to ongoing shutdown

Applying for health insurance? Here's how to avoid potential snags

**READ THE FULL STORY:** Survivors call out Archdiocese of Baltimore for continued hypocrisy

**CHECK OUT WBAL:** Get all the latest Baltimore news, weather and sports. WBAL-TV brings you the best in Maryland news online, anytime.



Weekly Financial Solution

Many people in credit card debt aren't aware of this opportunity
Weekly Financial Solution
;



The Sister Islands - Grand Cayman Restaurants - The Cayman Islands
visitcaymanislands.com
; ;
　　　Continue reading
Sponsored

Visit WBAL TV Baltimore

2-alarm fire burns down UnWined on the Water restaurant in Elkton

State reverses Harford County decision to remove book from libraries

Businesses near Social Security HQ feel financial impacts of shutdown

Sponsored

## Sponsored Content



discoverlosangeles.com

LA Has Something for Everyone - LA's Must-See Hidden Gems - LA Attractions



FinanceBuzz.com

[Seniors Born Between 1941-1979 Can Receive These 10 Benefits This Month](#)

[Explore](#)



The Coolest GIfts

[The Coolest GIfts](#)



Smart Lifestyle Trends

[Best Senior Car Insurance](#)

## More for You



Bradenton Herald ·14h
Stephen Miller Defends Wife After Citizenship Threat

155



History Snob
The 20 Oldest And Most Beautiful Churches Around The World

24



HuffPost UK

I'm A Grandma To 10 Kids – Here Are 4 Common Mistakes Grandparents Make

1



TODAY

Her inability to swallow was dismissed as an eating disorder. She had a rare condition

20

Sean Kelley

The Biggest Misconception About The Bible



FOX News ·20h

Mamdani victory speech draws concern as NYC mayor-elect vows 'no problem too large for government to solve'

Opinion

544



People ·5d

Diane Lane Recalls What Tom Cruise Did In "The Outsiders" That Made Her Think 'That's Impressive' (Exclusive)

12



BuzzFeed

Older Adults Are Sharing The Difficult Truths About Aging That No One Talks About

3



hear.com

Americans Are Ditching Their Hearing Aids for This Game-Changer



phxhomesold.com

Homes For Sale in Peoria, AZ - Inventory is Low, We Have It. - Buckeye New Listings

Close