# EXHIBIT 3

# A questionable prosecutor pursuing questionable prosecutions

thedailyrecord.com/2025/11/05/baltimore-archdiocese-abuse-bankruptcy-hearing

Ian Round                                                                                                     November 5, 2025

Home >Law >
Survivors speak on sexual abuse within Baltimore Archdiocese during bankruptcy hearing



Erin Maze, one of the victims who spoke Nov. 5, 2025, speaks to reporters after a hearing in the Archdiocese of Baltimore's ongoing bankruptcy case. (Ian Round/The Daily Record)

## Survivors speak on sexual abuse within Baltimore Archdiocese during bankruptcy hearing

Listen to this article

**Key Takeaways:**

- Ten victims of clergy sexual abuse testified in the Baltimore Archdiocese's ongoing bankruptcy case.
- Survivors described lifelong trauma, including addiction, homelessness and loss of faith.
- The archdiocese offered $33 million toward a settlement, while victims seek nearly $900 million.
- A trial next month will decide if the church's claim of charitable immunity holds up in court.

Ten victims of child sexual abuse within the Roman Catholic [Archdiocese of Baltimore](#) shared their stories Wednesday at a hearing in the archdiocese's ongoing bankruptcy case.

The survivors, who ranged in age from their 30s to their 70s, came to the federal courthouse in downtown Baltimore to speak about addiction, homelessness, suicide attempts, loss of education and feelings of worthlessness they endured as a result of being abused.

The oldest victims described abuse dating to the late 1950s; the youngest said they were victimized in the early- to mid-2000s and fear seeing their abusers around town.

Thomas Roberts, a former correspondent and anchor for CNN and MSNBC, said he was abused at Calvert Hall College High School in the 1980s by a priest who took advantage of him after he had been physically hurt by his father.

"You're sorry you got caught. You're not sorry it happened," Roberts told Baltimore Archbishop William Lori. "I hope you go to confession and ask for forgiveness for treating children so goddamn horribly."

Another victim, a combat veteran, said he had never been more afraid than he was on Wednesday, telling his story and confronting Lori.

"You should be ashamed of yourself," he told Lori, demanding his resignation.

**MORE FROM THE AUTHOR:**
- [Survivors speak on sexual abuse within Baltimore Archdiocese during bankruptcy hearing](#)
- [MD law schools see slight rise in July bar exam pass rates](#)
- [Anti-trafficking nonprofit suspends services after alleged breach of contract by Moore admin](#)

Some survivors said they lost their faith, while one said he felt called to work for the church in order to be the kind of mentor he didn't have.

One woman said she was raped and impregnated at 15 by a church employee. Another victim, after describing her own abuse, said her sister became pregnant after being raped by a church employee, and "I have no idea what happened to that baby."

The survivors spoke for about 15 minutes each at the third session of victim-impact statements since the archdiocese filed for chapter 11 bankruptcy more than two years ago. The first two such sessions were in April and May of last year.

Their statements came as the archdiocese claims that, thanks to the doctrine of charitable immunity, it is not legally required to put any of its own money toward an eventual settlement with survivors.

The archdiocese last month announced that it would voluntarily pay $33 million into a settlement, adding that it expected insurance companies to contribute hundreds of millions. Early on in the bankruptcy case, lawyers for the archdiocese said the church expected to contribute about 40-45% of the settlement, according to sources.



Baltimore Archbishop William Lori speaks to reporters after hearing from 10 victims of abuse. Lori said it was "soul-searing to hear their stories." (Ian Round/The Daily Record)

Lawyers for victims called the offer "insulting," and said the archdiocese doesn't belong in bankruptcy court if it is immune and doesn't owe survivors money. The Official Committee of Unsecured Creditors, which represents the more than 900 survivors with a claim in the bankruptcy, is asking for nearly $900 million. A trial on the charitable immunity issue is scheduled for next month.

"It is soul-searing to hear their stories," Lori told reporters after the hearing. "I have apologized many times but I realize there is no apology that can ever cover what has happened to these individuals … I cannot pretend to imagine how difficult this must be for those who have survived abuse."

Lori reiterated that the archdiocese is working toward a settlement that provides "fair, equitable and just compensation."

"From the very beginning, we have said we would put the resources of the church toward a settlement," he said. "It is our desire to bring this to closure as soon as we can."

In response to a question about the victims' committee rejecting his $33 million offer, Lori said, "We're in negotiations … and those conversations will continue."

And in response to a question about an allegation that abuse is ongoing, he said, "We have done everything and are doing everything possible to ensure that it is not happening."

After Lori spoke, Erin Maze, one of the victims who spoke Wednesday, approached the microphones and described Lori's words as "complete crap." She reiterated that the archdiocese has sought to limit its liability by challenging the constitutionality of the [Child Victims Act](#) and then seeking charitable immunity.

During the hearing, she said she had "very good information" about ongoing abuse, and told Lori, "You are not trying to equitably compensate us."

Maze stepped away from the cameras and microphones, joined a small group of fellow victims and said, "God, that felt good."

Tags: [Bankruptcy Law](#), [federal court](#), [Child Victims Act](#), [Archdiocese of Baltimore](#), [bankruptcy](#), [religion](#), [sexual abuse](#), [Catholic Church](#)

### Related Articles