# EXHIBIT 4

# Survivors call out Archdiocese of Baltimore for hypocrisy

wbaltv.com/article/survivors-archdiocese-baltimore-decision-charitable-immunity/69267923

Tommie Clark  November 5, 2025



## Survivors appear in court as Archdiocese of Baltimore awaits decision on charitable immunity

Updated: 7:16 PM EST Nov 5, 2025

[Editorial Standards ⓘ](#)

**BALTIMORE —**
Survivors of child sexual abuse were in court on Wednesday, calling out the Catholic Church and Archdiocese of Baltimore for ongoing hypocrisy.

"I need to make it clear that the hypocrisy that is going on inside the Catholic Church is continuing," said Erin Maze, a survivor of child sexual abuse and one of 10 people who spoke at the hearing.

It has been two years since the [Archdiocese of Baltimore went into bankruptcy](#). In September, survivors filed a motion to dismiss the process because they believe there has been no meaningful progress.

"Somebody in the church needs to realize they keep throwing roadblocks up, and it's hurting survivors more," said Teresa Lancaster, an attorney and survivor.

Now, the court is deciding if the archdiocese should get [charitable immunity](#).

"People may have different definitions of what charity is," said Frank Schindler, a survivor. "Raping a child is not a charitable act."

Last month, the archdiocese formally made a resolution package that would provide each survivor with $33,000 — an amount that survivors called insulting.

"From the very beginning, we have said we will put the resources of the church toward a settlement. And we have already made a proposal," said Archbishop William Lori.

Lori said they're in negotiations with those who said the offer is not enough.

"We're in mediation and those conversations will continue," Lori said.

"Lori just stood here and told you guys they're doing everything they can, yet they challenged the constitutionality of the [(Child Victims Act)](#), they are claiming charitable immunity and they're trying to offer us something, and that is complete crap," Maze said.

The Archdiocese of Baltimore said it did not challenge the constitutionality of the CVA. However, the archdiocese did file for bankruptcy right before the CVA went into effect.

The archdiocese told WBAL-TV 11 News they have not asserted charitable immunity, but it is rather defending its relevancy in the case.

A decision on charitable immunity and next steps in the bankruptcy case will be made in a December trial.

In a statement after the hearing, Lori said:

> "I admire the courage of those victim-survivors who shared their heart-wrenching experiences today and I offer my sincere gratitude to them and Judge Harner. Listening to their stories today, as I have done throughout my priesthood, is an important and necessary step in the Church's efforts to support them in their lifelong journey toward healing. Today has also been an opportunity for me, on behalf of the Archdiocese of Baltimore, to again apologize to them for the pain that was so unfairly and harmfully inflicted upon them by representatives of the Church, and for the damage it has caused them and their loved ones. Their traumatic stories resonate with those of us responsible for ensuring the safety and welfare of those in our care, especially young people. It is our duty and our promise to rid the Church of abuse and to keep children in our care safe. What happened to them must never, ever be allowed to happen again. As this Chapter 11 process continues, I am deeply aware of how difficult this time is for survivors. This ongoing situation reminds me that we must act with urgency and determination to reach an equitable and compassionate resolution."

[Archdiocese of Baltimore wants charitable immunity in bankruptcy case](#)



[Clergy sex abuse survivors speak at status conference in Archdiocese of Baltimore's bankruptcy case](#)



[Clergy sex abuse survivors granted status conference in Archdiocese of Baltimore's bankruptcy case](#)



[Clergy sex abuse survivors again push to be heard in Archdiocese of Baltimore's bankruptcy case](#)
[Archdiocese of Baltimore faces daunting task, identity crisis into future](#)



[Sexual abuse survivors testify in Baltimore Archdiocese bankruptcy case](#)



Sexual abuse survivors allowed to testify in archdiocese bankruptcy case



(Corrected) Archdiocese of Baltimore makes first appearance in federal bankruptcy court



Archdiocese of Baltimore files for Chapter 11 bankruptcy amid potential child sex abuse lawsuits



Maryland AG releases revised sexual abuse report on Archdiocese of Baltimore



I-Team: Baltimore Archdiocese warns it is considering bankruptcy, lawsuits incoming
WBAL-TV 11 MOBILE: Get our app & email newsletters, follow us on social media