UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                     Debtor.

Case No. 23-60507 (PGR)

Chapter 11

## APPLICATION FOR AN ORDER SHORTENING NOTICE PERIOD AND EXPEDITING HEARING ON MOTION

Pursuant to Fed. R. Bankr. P. 9006(c)(1), Century respectfully requests that the time period for Century's Motion for a Stay of Order Authorizing Nontestimonial Hearing [Dkt. No. 1120] (the "Stay Motion") be shortened to allow the motion to be decided by the Court as soon as possible and as is convenient for the Court.

1.     Century briefed its application for a stay pending appeal as part of its Objection filed on October 14, 2025, so the Committee of Unsecured Creditors and plaintiffs' counsel are familiar with the issue and argument offered. In its opposition to the Committee's motion requesting a claimant hearing, Century requested a stay pending appeal. In its Order dated October 27, 2025, the Court noted that Century requested a stay and requested renewal of the motion for a stay via a separate motion. [Dkt. No. 1102 at p. 11 n.2].

2.     Unless the Court grants a motion to shorten notice, Century's Motion will not be scheduled to be heard until the eve of the claimant statement hearing. Shortened notice is merited to avoid inconveniencing the District Court with having to take up a stay motion on an emergency basis. Century does not object to the Stay Motion being decided on the papers without a hearing.

3.     WHEREFORE, Century respectfully requests that the Court grant Century's application to shorten the notice period to allow the Stay Motion to be decided as soon as

possible and as is convenient for the Court, and that the Court establish a briefing schedule allowing for Century's reply in support of the Stay Motion.

Respectfully submitted,

Dated: November 7, 2025

By: /s/ *Tancred Schiavoni*
**O'MELVENY & MYERS LLP**
Tancred V. Schiavoni, Esq.
Michael M. Klotz, Esq.
1301 Avenue of the Americas
Suite 1700
New York, NY  10019
Telephone:  (212) 326-2000
Email:  tschiavoni@omm.com
mklotz@omm.com

**CLYDE & CO US LLP**
Marianne May
200 Campus Drive, Suite 300
Florham Park, NJ  07932
Telephone:  (973) 210-6700
Facsimile:  (973) 210-6701
E-mail:  marianne.may@clydeco.us

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*