UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                Debtor.

Case No. 23-60507 (PGR)

Chapter 11

### [PROPOSED] ORDER GRANTING CENTURY'S APPLICATION FOR AN ORDER SHORTENING NOTICE PERIOD AND EXPEDITING HEARING ON MOTION

Upon the motion of Century Indemnity Company as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Movant") for entry of an order shortening the notice period and scheduling an expedited hearing on Century's Motion for a Stay of Order Authorizing Nontestimonial Hearing (the "Motion"), and upon finding that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that a shortened notice period and expedited hearing on the Stay Motion [Dkt. No. 1120] is in the best interests of the Diocese, its estate, its creditors, the Movant, and other parties in interest, and proper and adequate notice of the Motion having been given under the circumstances and no other or further notice being necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Motion is GRANTED as set forth herein.

2. A hearing on Century's Motion for a Stay of Order Authorizing Nontestimonial Hearing is scheduled for November __, 2025.  Any responses to this motion are due on November __, 2025.  Century's reply submission in support of its motion is due the following day.

###