UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of<br>Ogdensburg, New York, | )<br>) Chapter 11 |
| Debtor. | )<br>) |

# CERTIFICATE OF SERVICE

     I, Ivan Salas, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

     On November 10, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period October 1, 2025 Through October 31, 2025** (Docket No. 1122)

Dated: November 12, 2025

                                                                                    */s/ Ivan Salas*
                                                                                    Ivan Salas
                                                                                    STRETTO
                                                                                    410 Exchange, Suite 100
                                                                                    Irvine, CA 92602
                                                                                    (855) 329-4244

# **<u>Exhibit A</u>**



**Exhibit A**

Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE | ATTN: ERIN CHAMPION, ESQ. | 105 U.S. COURTHOUSE | 10 BROAD STREET | UTICA | NY | 13501 |
| OFFICE OF THE UNITED STATES TRUSTEE | 100 STATE STREET, SUITE 4230 | | | ROCHESTER | NY | 14614 |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK | ATTN: MARK MASHAW, DIOCESAN FISCAL OFFICER | 622 WASHINGTON STREET | | OGDENSBURG | NY | 13669 |

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC COMMITTEE OF PARISHES | C/O BARCLAY DAMON LLP | ATTN: JEFFERY A. DOVE | JDOVE@BARCLAYDAMON.COM AVROOMAN@BARCLAYDAMON.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, KAREN B. DINE | JSTANG@PSZJLAW.COM ISCHARF@PSZJLAW.COM KDINE@PSZJLAW.COM |