UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period August 1, 2025 Through August 31, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: November 13, 2025

BOND, SCHOENECK & KING, PLLC

By:  /s/ Charles J. Sullivan
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
          csullivan@bsk.com
          gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | August 1, 2025 through August 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $20,270.70 ($16,216.56) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $896.49 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's twenty-sixth monthly fee statement in this case.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109800

Mr. Mark Mashaw  
Diocesan Fiscal Officer  
Diocese of Ogdensburg  
622 Washington Street  
Ogdensburg, NY 13669

For Legal Services Rendered through 08/31/25.

**Financial Review**  
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 08/04/25 | K.M.Doner | 0.20 | $36.00 | Updated case charter in preparation for call with Attorneys Donato and Sullivan to discuss case status and strategies. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorneys Walter, Temes and Sheehan to discuss case status and strategies. |
| | R.Clement | 0.30 | $72.90 | Participated in telephone conference with Attorneys Sullivan and Walter regarding case status and strategy. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorneys Sullivan and Temes regarding case status and strategy. |
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorneys Sullivan, Walter and Temes regarding case status issues. |
| | S.C.Temes | 0.30 | $145.80 | Participated in conference call with Attorneys Sullivan, Walter and Sheehan regarding status and strategies. |
| | J.S.Krell | 0.20 | $87.30 | Discussed status of the monthly operating reports with K. Doner. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109800

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/07/25 | K.M.Doner | 2.30 | $414.00 | Analyzed the Diocese's May 2025 operating report and related schedules. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to M. Mashaw summarizing comments for May 2025 operating report and related schedules. |
| 08/08/25 | K.M.Doner | 0.20 | $36.00 | Corresponded with M. Mashaw regarding additional updates to the Diocese's May 2025 operating report. |
| | K.M.Doner | 0.20 | $36.00 | Revised the Diocese's May 2025 operating report. |
| | K.M.Doner | 0.30 | $54.00 | Reviewed file materials and updated case charter summarizing case updates. |
| 08/11/25 | K.M.Doner | 0.30 | $54.00 | Participated in telephone conference with Attorneys Donato and Sullivan regarding case status and strategies and updated case charter to reflect same. |
| | G.T.Walter | 0.30 | $147.15 | Consulted with Attorneys Sullivan, Donato and Temes regarding case status and strategy. |
| | R.Cappiello | 0.30 | $54.00 | Participated in status meeting with Attorneys Donato, Sullivan, and Walter. |
| | R.Clement | 0.30 | $72.90 | Participated and status meeting with Attorney Sullivan. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in call among with Attorneys Donato and Walter regarding case status and strategy. |
| 08/13/25 | S.C.Temes | 0.50 | $243.00 | Reviewed draft of the Diocese's May 2025 monthly operating report. |
| 08/20/25 | K.M.Doner | 0.50 | $90.00 | Revised and finalized the Diocese's May 2025 operating report and related schedules. |
| 08/25/25 | K.M.Doner | 0.10 | $18.00 | Participated in telephone conference with Attorney Sullivan regarding outstanding operating report issues. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109800

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | R.Cappiello | 0.20 | $36.00 | Participated in case status meeting with Attorneys Donato and Sullivan. |
| | R.Clement | 0.20 | $48.60 | Participated in telephone conference with Attorney Sullivan regarding case status and strategy. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorneys Donato and Sullivan regarding case status issues. |
| | Subtotal: | Hours: | 8.30 | |
| | | Amount: | $2,358.00 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/21/25 | G.T.Walter | 0.20 | $98.10 | Consulted with Attorney Sullivan regarding insurance settlement communications to Committee counsel. |
| | Subtotal: | Hours: | 0.20 | |
| | | Amount: | $98.10 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/27/25 | C.J.Sullivan | 0.50 | $272.25 | Drafted correspondence to Diocese regarding stay relief question. |
| 08/29/25 | C.J.Sullivan | 0.50 | $272.25 | Reviewed subpoena and conducted Section 362 research pertaining to stay relief issues. |
| | Subtotal: | Hours: | 1.00 | |
| | | Amount: | $544.50 | |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW                                Federal Tax ID 27-0015651

One Lincoln Center                              TEL: (315) 218-8000  
Syracuse, New York  13202-1355                  FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109800

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B160: Fee/Employment Applications** | | | | |
| 08/12/25 | K.M.Doner | 0.20 | $36.00 | Received inquiry from M. Mashaw regarding Blank Rome's March and April 2025 fee statements, reviewed file materials and drafted response to same. |
| 08/13/25 | K.M.Doner | 0.40 | $72.00 | Drafted Blank Rome's July 2025 fee statement, together with summary and cover sheet and related notice. |
| | K.M.Doner | 0.30 | $54.00 | Drafted certificate of no objection to Blank Rome's July 2025 fee statement. |
| | Subtotal: | Hours: 0.90 | | |
| | | Amount: $162.00 | | |
| **B210: Business Operations** | | | | |
| 08/04/25 | G.T.Walter | 0.30 | $147.15 | Prepared notice to Committee regarding proposed insurance program payments. |
| 08/19/25 | A.S.Rivera | 0.20 | $62.10 | Conferred with M. Mashaw regarding DLF and DTF budgets. |
| 08/25/25 | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding DTF and DLF budget issues. |
| | Subtotal: | Hours: 0.70 | | |
| | | Amount: $271.35 | | |
| **B220: Employee Benefits/Pensions** | | | | |
| 08/04/25 | C.J.Sullivan | 0.30 | $163.35 | Drafted correspondence to Diocese regarding settlement of workers' compensation claim. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109800

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding potential workers' compensation claim. |
| | Subtotal: | Hours: | 0.50 | |
| | | Amount: | $225.45 | |

**B401: Mediation**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/04/25 | C.J.Sullivan | 0.40 | $217.80 | Participated in telephone conference with Attorney Donato concerning preparation for Section 105(a) status conference related to mediation. |
| | S.A.Donato | 0.40 | $228.60 | Conferred with Committee counsel regarding mediation issues and preparation for court ordered status conference regarding mediation updates. |
| | S.A.Donato | 0.40 | $228.60 | Consulted with Attorney Sullivan in preparation for status conference regarding mediation updates. |
| | G.T.Walter | 0.40 | $196.20 | Conferred with Committee counsel regarding mediation and other case management issues. |
| 08/05/25 | R.Clement | 0.30 | $72.90 | Attended status hearing pertaining to mediation. |
| | S.A.Donato | 1.10 | $628.65 | Reviewed court transcript in preparation for status conference related to mediation. |
| | S.C.Temes | 0.30 | $145.80 | Participated in court status conference pertaining to mediation. |
| 08/06/25 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with R. Cappiello regarding reconciliation of insurance carrier reimbursement in connection with mediation. |
| | R.Cappiello | 0.20 | $36.00 | Participated in telephone conference with K. Doner regarding reconciliation of insurance carrier reimbursement related to mediation. |

BOND, SCHOENECK & KING, PLLC  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center  TEL: (315) 218-8000
Syracuse, New York  13202-1355  FAX: (315) 218-8100

November 12, 2025
Bill Number: 20109800

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.30 | $171.45 | Prepared correspondence to Attorney Sullivan regarding status conference results pertaining to mediation. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation issues and in preparation for status conference. |
| 08/08/25 | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Diocese and Committee counsel regarding mediation matters. |
| 08/18/25 | G.T.Walter | 0.30 | $147.15 | Consulted with Attorneys Donato and Sullivan regarding insurance carrier mediation. |
| | R.Clement | 0.30 | $72.90 | Participated in telephone conference with Attorneys Donato and Sullivan to discuss mediation strategies. |
| | S.A.Donato | 0.40 | $228.60 | Prepared for mediation session with Interstate. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with special insurance counsel regarding mediation session with Interstate. |
| | S.A.Donato | 2.00 | $1,143.00 | Attended mediation session with Interstate. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding insurance carrier mediation issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding insurance carrier mediation. |
| | C.J.Sullivan | 1.00 | $544.50 | Prepared for mediation. |
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorneys Donato, Sullivan, Walter and Temes regarding mediation strategies. |
| | J.S.Krell | 0.30 | $130.95 | Discussed mediation with Attorney Sullivan. |
| 08/19/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding insurance carrier mediation updates. |
| | C.J.Sullivan | 0.50 | $272.25 | Prepared for mediation. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 12, 2025
Bill Number: 20109800

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/21/25 | C.J.Sullivan | 1.20 | $653.40 | Prepared for mediation. |
| 08/22/25 | C.J.Sullivan | 0.50 | $272.25 | Continued preparation for mediation and corresponded with Diocese and Committee counsel regarding same. |
| 08/24/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation preparation issues. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed mediation notes in preparation for in-person mediation session. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding mediation preparation. |
| 08/25/25 | S.A.Donato | 0.60 | $342.90 | Reviewed documentation from Diocese concerning mediation issues. |
| | S.C.Temes | 0.30 | $145.80 | Participated in conference call with Committee to discuss mediation. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in meeting with Diocese to prepare for mediation. |
| | C.J.Sullivan | 0.50 | $272.25 | Reviewed asset analysis prepared by Diocese. |
| | C.J.Sullivan | 0.60 | $326.70 | Prepared for mediation. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in meeting with Committee counsel regarding preparation for mediation. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Attorney Donato regarding mediation preparation. |
| | S.A.Donato | 0.50 | $285.75 | Participated in conference call with Diocese regarding mediation preparation. |
| | S.A.Donato | 0.50 | $285.75 | Consulted with Attorney Sullivan regarding mediation preparation. |
| 08/26/25 | C.J.Sullivan | 0.50 | $272.25 | Participated in meeting with Diocese to prepare for mediation. |
| | C.J.Sullivan | 4.50 | $2,450.25 | Participated in mediation. |
| | S.A.Donato | 0.60 | $342.90 | Prepared for mediation session. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 12, 2025
Bill Number: 20109800

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan in preparation for mediation session. |
| | S.A.Donato | 4.50 | $2,571.75 | Attended mediation session. |
| | S.A.Donato | 0.50 | $285.75 | Participated in supplemental consultation with Diocese regarding mediation session. |
| | S.A.Donato | 0.30 | $171.45 | Participated in supplemental consultation with Attorney Sullivan regarding mediation issues. |
| | Subtotal: | Hours: | 29.60 | |
| | | Amount: | $16,037.55 | |

**B402: Discovery**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 08/01/25 | S.C.Temes | 0.50 | $243.00 | Corresponded with Diocese regarding Gallagher Basset issues. |
| 08/04/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Temes regarding Gallagher Basset discovery updates. |
| 08/18/25 | S.C.Temes | 0.20 | $97.20 | Participated in conference call with Attorney Rivera regarding Gallagher discovery issues. |
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Temes regarding Gallagher discovery issues. |
| | Subtotal: | Hours: | 1.20 | |
| | | Amount: | $573.75 | |

**Total Hours and Fees For This Matter:**                42.40          $20,270.70

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109800

Diocese of Ogdensburg

| **Matter Summary by Name** | **Hours** | **Rate** | **Total** |
|---|---:|---:|---:|
| S. A. Donato (Member) | 14.90 | $571.50 | $8,515.35 |
| B. M. Sheehan (Member) | 0.80 | 405.00 | 324.00 |
| C. J. Sullivan (Member) | 14.00 | 544.50 | 7,623.00 |
| S. C. Temes (Member) | 2.10 | 486.00 | 1,020.60 |
| G. T. Walter (Member) | 1.80 | 490.50 | 882.90 |
| J. S. Krell (Associate) | 0.50 | 436.50 | 218.25 |
| R. Clement (Associate) | 1.40 | 243.00 | 340.20 |
| A. S. Rivera (Associate) | 0.80 | 310.50 | 248.40 |
| R. Cappiello (Paralegal) | 0.70 | 180.00 | 126.00 |
| K. M. Doner (Paralegal) | 5.40 | 180.00 | 972.00 |
| **Total** | 42.40 | | $20,270.70 |

**Matter Disbursement Summary**

| | |
|---|---:|
| Business Meals | $408.53 |
| Courier Service | 16.65 |
| Data Hosting & Storage | 405.00 |
| Travel Expense | 66.31 |
| **Total Disbursements** | **$896.49** |

| | |
|---|---:|
| **TOTAL FOR THIS MATTER** | **$21,167.19** |