UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period September 1, 2025 Through September 30, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: November 13, 2025

BOND, SCHOENECK & KING, PLLC

By: /s/ Charles J. Sullivan
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

22593123.v2-11/13/25

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

_____

# MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | September 1, 2025 through September 30, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $25,488.45 ($20,390.76) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $486.10 |

This is a:  _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's twenty-seventh monthly fee statement in this case.

22593123.v2-11/13/25

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109828

Mr. Mark Mashaw  
Diocesan Fiscal Officer  
Diocese of Ogdensburg  
622 Washington Street  
Ogdensburg, NY 13669

For Legal Services Rendered through 09/30/25.

**Financial Review**  
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 09/02/25 | R.Cappiello | 0.30 | $54.00 | Participated in status meeting conducted by Attorneys Donato and Sullivan. |
| | G.T.Walter | 0.30 | $147.15 | Participated in call with Attorney Sullivan regarding case strategy and open issues. |
| | R.Clement | 0.30 | $72.90 | Participated in call with Attorneys Sullivan and Walter regarding case status and strategy. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorney Sullivan regarding outstanding operating report issue and corresponded with M. Mashaw regarding status of operating reports. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | B.M.Sheehan | 0.30 | $121.50 | Consulted with Attorneys Sullivan and Walter regarding case status issues. |
| | A.S.Rivera | 0.30 | $93.15 | Participated in conference call with Attorneys Donato, Sullivan and Walter regarding case status and strategy. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 12, 2025
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/04/25 | K.M.Doner | 0.10 | $18.00 | Corresponded with Diocese regarding new procedures for payment of U.S. Trustee quarterly fees. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with K. Doner regarding review and modification of case charter. |
| 09/05/25 | K.M.Doner | 0.20 | $36.00 | Updated case charter to reflect recent activity in Diocese case in preparation for status and strategy call with Bond team. |
| | K.M.Doner | 1.10 | $198.00 | Began analyzing the Diocese's June 2025 operating report and related schedules. |
| 09/08/25 | R.Cappiello | 0.20 | $36.00 | Participated in status meeting with Attorneys Donato and Sullivan. |
| | S.C.Temes | 0.20 | $97.20 | Participated in conference call with Attorneys Donato and Sullivan regarding case status. |
| | S.C.Temes | 0.30 | $145.80 | Participated in Committee conference call regarding case status. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorneys Donato and Sullivan regarding case status issues. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Committee counsel regarding case status. |
| | G.T.Walter | 0.30 | $147.15 | Participated in call with Committee counsel regarding case status and strategy. |
| | A.S.Rivera | 0.30 | $93.15 | Conferred with Committee counsel regarding supplemental DLF and DTF budgets. |
| 09/10/25 | K.M.Doner | 0.20 | $36.00 | Updated case charter in preparation for case status and strategy call with Attorneys Sullivan and Donato. |
| 09/11/25 | K.M.Doner | 2.00 | $360.00 | Completed analysis of the Diocese's June 2025 monthly operating report and related schedules. |

BOND, SCHOENECK & KING, PLLC                                    Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center                                              TEL: (315) 218-8000
Syracuse, New York  13202-1355                                  FAX: (315) 218-8100

November 12, 2025
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/15/25 | G.T.Walter | 0.20 | $98.10 | Participated in call with Attorney Sullivan regarding case status and strategy. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Attorneys Temes and Walter regarding case status and strategy. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorneys Sullivan and Walter regarding case status issues. |
| 09/16/25 | K.M.Doner | 0.10 | $18.00 | Corresponded with Attorney Temes regarding the Diocese's June 2025 operating report. |
| 09/19/25 | K.M.Doner | 0.40 | $72.00 | Revised the Diocese's June 2025 operating report and related schedules. |
| | K.M.Doner | 0.20 | $36.00 | Updated the case charter summarizing case updates in preparation for strategy call with Attorneys Donato and Sullivan. |
| 09/22/25 | G.T.Walter | 0.20 | $98.10 | Consulted with Attorneys Donato and Sullivan regarding case status and strategy. |
| | G.T.Walter | 0.20 | $98.10 | Conferred with Committee counsel regarding case status and open issues. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Attorneys Donato and Walter regarding case status and strategies. |
| | C.J.Sullivan | 0.20 | $108.90 | Participated in telephone conference with Committee counsel regarding case status. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorneys Sullivan and Walter regarding case status and strategy. |
| | S.C.Temes | 0.10 | $48.60 | Participated in Team conference call regarding status updates and strategies. |
| | S.C.Temes | 0.20 | $97.20 | Participated in status update conference call with Committee counsel. |
| 09/27/25 | K.M.Doner | 0.20 | $36.00 | Updated case charter in preparation for call with Bond team to discuss case status and strategies. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/29/25 | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with Attorneys Temes and Walter regarding updates to case status. |
| | R.Clement | 0.20 | $48.60 | Participated in call with Attorneys Donato and Walter regarding case status and strategies. |
| | B.M.Sheehan | 0.20 | $81.00 | Consulted with Attorneys Donato and Walter regarding case status issues. |
| | S.C.Temes | 0.30 | $145.80 | Participated in status update conference call with Committee counsel. |
| | Subtotal: | Hours:<br>Amount: | 11.40<br>$3,665.25 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/03/25 | A.S.Rivera | 1.40 | $434.70 | Researched issues related to removing state court actions in bankruptcy. |
| 09/08/25 | R.Clement | 0.30 | $72.90 | Analyzed order on motion for stay relief in an unrelated diocesan case for implications to the Diocese. |
| 09/29/25 | S.C.Temes | 0.60 | $291.60 | Reviewed and revised motion to extend time to remove CVA actions. |
| | A.S.Rivera | 1.20 | $372.60 | Drafted motion to extend time to remove state court actions. |
| 09/30/25 | R.Cappiello | 0.60 | $108.00 | Finalized fifth motion to extend time to remove actions. |
| | Subtotal: | Hours:<br>Amount: | 4.10<br>$1,279.80 | |

**BOND, SCHOENECK & KING, PLLC**  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B150: Meetings of and Communications with Creditors** | | | | |
| 09/17/25 | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding victim statement procedures. |
| | Subtotal: | Hours: | 0.30 | |
| | | Amount: | $171.45 | |
| **B160: Fee/Employment Applications** | | | | |
| 09/02/25 | K.M.Doner | 0.30 | $54.00 | Drafted certificate of no objection related to Blank Rome's July 2025 fee statement and corresponded with M. Mashaw regarding same. |
| 09/08/25 | C.J.Sullivan | 0.50 | $272.25 | Revised fee statements. |
| 09/10/25 | K.M.Doner | 0.40 | $72.00 | Reviewed revised draft of Bond's March, April and May 2025 fee statements. |
| | K.M.Doner | 1.40 | $252.00 | Drafted Bond's June 2025 fee statement. |
| 09/11/25 | K.M.Doner | 0.30 | $54.00 | Reviewed revisions to Bond's June 2025 fee statement. |
| | C.J.Sullivan | 1.50 | $816.75 | Reviewed and revised fee statements. |
| 09/12/25 | K.M.Doner | 0.30 | $54.00 | Finalized Bond's March, April and May 2025 fee statements. |
| | K.M.Doner | 0.50 | $90.00 | Revised Bond's June 2025 fee statement. |
| | R.Cappiello | 1.50 | $270.00 | Drafted summary and cover sheets and related notices pertaining to Bond's March, April and May 2025 fee statements. |
| 09/15/25 | K.M.Doner | 0.30 | $54.00 | Reviewed and revised summary and cover sheets and related notices pertaining to Bond's March, April and May 2025 fee statements. |
| | K.M.Doner | 0.40 | $72.00 | Reviewed and revised Costello's April, May, June and July 2025 fee statements and corresponded with Attorney Wang regarding same. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | K.M.Doner | 0.20 | $36.00 | Reviewed and revised Blank Rome's August 2025 fee statement. |
| | K.M.Doner | 0.20 | $36.00 | Participated in telephone conference with R. Cappiello regarding procedures for withdrawal of documents filed in case. |
| | K.M.Doner | 0.20 | $36.00 | Drafted correspondence to Trustee Champion regarding Bond's March, April and May 2025 fee statements. |
| | R.Cappiello | 0.50 | $90.00 | Revised and finalized Blank Rome's August 2025 fee statement. |
| | R.Cappiello | 1.00 | $180.00 | Revised and finalized Bond's March, April and May 2025 fee statements. |
| 09/22/25 | R.Cappiello | 0.20 | $36.00 | Corresponded with Attorney Sullivan regarding certificates of no objection related to Bond's March, April and May 2025 fee statements. |
| | R.Cappiello | 0.80 | $144.00 | Drafted follow up correspondence to Attorney Sullivan regarding certificates of no objection related to Costello Cooney & Fearon's April, May and June 2025 fee statements and Blank Rome's August 2025 fee statement. |
| | R.Cappiello | 1.00 | $180.00 | Drafted certificates of no objection related to Costello Cooney & Fearon's April, May and June 2025 fee statements. |
| | R.Cappiello | 0.30 | $54.00 | Drafted Costello Cooney & Fearon's July 2025 fee statement. |
| | R.Cappiello | 0.90 | $162.00 | Drafted certificates of no objection for Bond's March, April and May 2025 fee statements. |
| | R.Cappiello | 0.30 | $54.00 | Drafted certificate of no objection for Blank Rome's August 2025 fee statement. |
| 09/24/25 | R.Cappiello | 0.50 | $90.00 | Drafted summary and cover sheet and related notice pertaining to Bond's June 2025 fee statement. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center  TEL: (315) 218-8000
Syracuse, New York  13202-1355  FAX: (315) 218-8100

November 12, 2025
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/25/25 | K.M.Doner | 0.20 | $36.00 | Communicated with Attorney Sullivan and R. Cappiello regarding Bond's June 2025 fee statement. |
| 09/30/25 | K.M.Doner | 0.20 | $36.00 | Corresponded with Attorney Sullivan regarding certificates of no objection related to Bond's March, April and May 2025 fee statements. |
| | K.M.Doner | 0.30 | $54.00 | Corresponded with M. Mashaw regarding Blank Rome's August 2025 fee statement and Costello's April, May, June and July 2025 fee statements. |
| | R.Cappiello | 0.20 | $36.00 | Revised Blank Rome's August 2025 fee statement. |
| | R.Cappiello | 0.60 | $108.00 | Revised certificates of no objection related to Bond's March, April and May 2025 fee statements. |
| | R.Cappiello | 0.80 | $144.00 | Revised certificates of no objection related to Costello's April, May and June 2025 fee statements and Costello's July 2025 fee statement. |

Subtotal:  Hours:  15.80
Amount:  $3,573.00

**B190: Other Contested Matters (excluding assumption/rejection motions)**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/29/25 | S.C.Temes | 0.30 | $145.80 | Reviewed survivor impact statement motion. |

Subtotal:  Hours:  0.30
Amount:  $145.80

BOND, SCHOENECK & KING, PLLC  Federal Tax ID 27-0015651
ATTORNEYS AT LAW

One Lincoln Center  TEL: (315) 218-8000
Syracuse, New York  13202-1355  FAX: (315) 218-8100

November 12, 2025
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B195: Non-Working Travel** | | | | |
| 09/09/25 | C.J.Sullivan | 1.00 | $544.50 | Travelled to and from Utica to appear in Bankruptcy Court for status conference. |
| | A.S.Rivera | 1.00 | $310.50 | Travelled to and from Utica to appear in Bankruptcy Court for status conference regarding mediation. |
| | Subtotal: | Hours: | 2.00 | |
| | | Amount: | $855.00 | |
| **B210: Business Operations** | | | | |
| 09/25/25 | G.T.Walter | 0.60 | $294.30 | Reviewed correspondence from Diocese Parish safety concerns and analysis of issues regarding same. |
| 09/29/25 | G.T.Walter | 0.30 | $147.15 | Communicated with Attorney Donato regarding Parish cathedral repair issues. |
| | G.T.Walter | 0.20 | $98.10 | Conferred with Diocese regarding funding safety repairs. |
| | G.T.Walter | 1.00 | $490.50 | Drafted detailed correspondence to Committee counsel regarding funding necessary for safety repairs. |
| | S.A.Donato | 0.40 | $228.60 | Reviewed correspondence from Diocese regarding Parish cathedral repair issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel and Attorney Walter regarding Parish cathedral repair issues. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed follow up correspondence from Attorney Walter regarding Parish cathedral repair issues. |
| | Subtotal: | Hours: | 3.10 | |
| | | Amount: | $1,601.55 | |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B230: Financing/Cash Collections** | | | | |
| 09/03/25 | A.S.Rivera | 0.50 | $155.25 | Drafted amended notice of liquidity order budget and corresponded with Committee counsel regarding same. |
| 09/29/25 | A.S.Rivera | 0.50 | $155.25 | Analyzed issue related to funding request out of the DTF and DLF. |
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Walter regarding analysis of DLF DTF liquidity order. |
| | Subtotal: | Hours:<br>Amount: | 1.20<br>$372.60 | |
| **B401: Mediation** | | | | |
| 09/03/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan in preparation for court status conference and mediation issues. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel in preparation for court status conference and mediation issues. |
| 09/04/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation issues. |
| | C.J.Sullivan | 2.50 | $1,361.25 | Participated in mediation. |
| 09/05/25 | C.J.Sullivan | 2.20 | $1,197.90 | Prepared for mediation. |
| 09/08/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation updates and in preparation for status conference. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding mediation updates. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Judge Sontchi regarding status of mediation. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York  13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | C.J.Sullivan | 0.70 | $381.15 | Participated in telephone conference with various insurance carriers regarding upcoming status conference before Bankruptcy Court pertaining to mediation. |
| | C.J.Sullivan | 1.20 | $653.40 | Prepared for status conference pertaining to mediation. |
| 09/09/25 | R.Clement | 0.70 | $170.10 | Attended status conference hearing regarding mediation via Teams. |
| | S.C.Temes | 0.50 | $243.00 | Prepared for status conference pertaining to mediatino and consulted with Attorney Sullivan regarding same. |
| | S.C.Temes | 0.70 | $340.20 | Attended court status conference pertaining to mediatin. |
| | C.J.Sullivan | 0.40 | $217.80 | Participated in telephone conference with mediator candidate. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with Mediator Sontchi regarding status of mediation. |
| | C.J.Sullivan | 1.00 | $544.50 | Participated in various telephone conferences with counsel for insurance carriers and Committee regarding status of mediation. |
| | C.J.Sullivan | 1.00 | $544.50 | Prepared for status conference before Court pertaining to mediation. |
| | C.J.Sullivan | 0.70 | $381.15 | Participated in Section 105 status conference regarding mediation. |
| | A.S.Rivera | 0.70 | $217.35 | Participated in Section 105 status conference regarding mediation. |
| 09/11/25 | R.Clement | 0.50 | $121.50 | Reviewed and assessed insurer's letter to Judge following mediation hearing. |
| | C.J.Sullivan | 0.50 | $272.25 | Participated in telephone conference with mediator candidate. |

BOND, SCHOENECK & KING, PLLC  
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center  
Syracuse, New York 13202-1355

TEL: (315) 218-8000  
FAX: (315) 218-8100

November 12, 2025  
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | C.J.Sullivan | 0.50 | $272.25 | Conferred with Attorney Rivera regarding mediation motion. |
| 09/15/25 | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation updates. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding mediation updates. |
| | A.S.Rivera | 0.20 | $62.10 | Consulted with Attorney Sullivan regarding appointment of an additional mediator. |
| 09/17/25 | C.J.Sullivan | 0.70 | $381.15 | Participated in telephone conference with Diocese regarding case status and mediation updates. |
| 09/18/25 | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Diocese and Committee counsel regarding appointment of additional mediator. |
| 09/22/25 | C.J.Sullivan | 0.50 | $272.25 | Corresponded with Diocese regarding appointment of additional mediator. |
| | C.J.Sullivan | 0.30 | $163.35 | Participated in telephone conference with Attorney Donato regarding mediation issues. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.20 | $114.30 | Conferred with Committee counsel regarding mediation issues. |
| 09/25/25 | A.S.Rivera | 3.20 | $993.60 | Prepared motion to appoint additional mediator. |
| | C.J.Sullivan | 0.40 | $217.80 | Drafted correspondence to Diocese regarding application to appoint additional mediator. |
| 09/26/25 | S.A.Donato | 0.30 | $171.45 | Reviewed retention agreement for mediator. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Rivera regarding mediator retention agreement. |
| | S.A.Donato | 0.60 | $342.90 | Reviewed and revised draft mediator appointment motion. |

Accounts Are Due Within 30 Days.

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

November 12, 2025
Bill Number: 20109828

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 09/27/25 | S.A.Donato | 0.60 | $342.90 | Continued to review and revise additional mediator appointment motion. |
| | S.A.Donato | 0.30 | $171.45 | Reviewed correspondence from Attorney Sullivan regarding additional mediator appointment motion. |
| | S.A.Donato | 0.30 | $171.45 | Prepared response to Attorney Sullivan regarding additional mediator appointment motion. |
| | A.S.Rivera | 0.40 | $124.20 | Revised motion to appoint additional mediator. |
| 09/29/25 | G.T.Walter | 0.30 | $147.15 | Conferred with Committee counsel regarding mediation updates. |
| | S.A.Donato | 0.30 | $171.45 | Conferred with Committee counsel regarding mediation issues. |
| 09/30/25 | R.Cappiello | 1.40 | $252.00 | Finalized motion for authorization to appoint an additional mediator. |
| | S.A.Donato | 0.70 | $400.05 | Prepared final revisions to mediator appointment motion. |
| | S.A.Donato | 0.30 | $171.45 | Consulted with Attorney Rivera regarding final revisions to mediator appointment motion. |

Subtotal:  Hours:    28.80
           Amount:   $13,824.00

**Total Hours and Fees For This Matter:**          67.00          $25,488.45

| BOND, SCHOENECK & KING, PLLC | Federal Tax ID 27-0015651 |
| --- | --- |
| ATTORNEYS AT LAW | |
| One Lincoln Center | TEL: (315) 218-8000 |
| Syracuse, New York 13202-1355 | FAX: (315) 218-8100 |

November 12, 2025
Bill Number: 20109828

Diocese of Ogdensburg

**Matter Summary by Name**

| Name | Hours | Rate | Total |
| --- | ---: | ---: | ---: |
| S. A. Donato (Member) | 7.00 | $571.50 | $4,000.50 |
| B. M. Sheehan (Member) | 1.10 | 405.00 | 445.50 |
| C. J. Sullivan (Member) | 19.00 | 544.50 | 10,345.50 |
| S. C. Temes (Member) | 3.20 | 486.00 | 1,555.20 |
| G. T. Walter (Member) | 3.60 | 490.50 | 1,765.80 |
| R. Clement (Associate) | 2.00 | 243.00 | 486.00 |
| A. S. Rivera (Associate) | 9.90 | 310.50 | 3,073.95 |
| R. Cappiello (Paralegal) | 11.10 | 180.00 | 1,998.00 |
| K. M. Doner (Paralegal) | 10.10 | 180.00 | 1,818.00 |
| **Total** | 67.00 | | $25,488.45 |

**Matter Disbursement Summary**

| | |
| --- | ---: |
| Data Hosting & Storage | $405.00 |
| Travel Expense | 81.10 |
| **Total Disbursements** | **$486.10** |

| | |
| --- | ---: |
| **TOTAL FOR THIS MATTER** | **$25,974.55** |