UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Costello, Cooney & Fearon, PLLC has filed the *Fifteenth Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period September 1, 2025 Through September 30, 2025*, copies of which are attached hereto and hereby served upon you.

Dated: November 12, 2025

COSTELLO, COONEY & FEARON, PLLC

By: _____/s/ Jennifer L. Wang_____
Jennifer L. Wang (Bar Roll No. 516323)
211 West Jefferson Street
Syracuse, NY 13202
Telephone: (315) 422-1152
Email: jwang@ccf-law.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

**MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

| | |
|---|---|
| Name of Applicant: | Costello, Cooney & Fearon, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 15, 2023 [Docket No. 112] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | September 1, 2025 through September 30, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $14,807.50 ($11,846.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $28.44 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Costello, Cooney & Fearon, PLLC's Fourteenth monthly fee statement in this case.

**COSTELLO, COONEY & FEARON, PLLC**
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0001
STATEMENT NO. 278100
JLW
November 11, 2025

REGARDING:    214-G CLAIMS

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/2025 | Reviewed scope of subpoena and time to respond, re ▓▓▓▓ matter/non-party subpoena. | JLW | 1.10 | 302.50 |
| 09/03/2025 | Reviewed motion papers in other diocesan bankruptcy actions, re lift of stay orders and motion to modify lift stay order. | JLW | 2.00 | 550.00 |
| 09/05/2025 | Reviewed 1,000s of documents in Relativity to identify those related to claims against C. Stone, re ▓▓▓▓ matter (non-party subpoena). | JLW | 5.50 | 1,512.50 |
| 09/09/2025 | Corresponded with Plaintiff's counsel, re ▓▓▓▓ matter/non-party subpoena. | JLW | 0.30 | 82.50 |
| 09/09/2025 | Prepared April 2025 monthly fee application. | JLW | 1.00 | 275.00 |
| 09/09/2025 | Prepared May 2025 monthly fee application. | JLW | 1.00 | 275.00 |
| 09/09/2025 | Prepared June 2025 monthly fee application. | JLW | 1.00 | 275.00 |
| 09/10/2025 | Communicated with Plaintiff's counsel and reviewed same, re ▓▓▓▓ non-party subpoena. | JLW | 1.00 | 275.00 |
| 09/10/2025 | Prepared July 2025 monthly fee application. | JLW | 1.00 | 275.00 |
| 09/11/2025 | Reviewed notes and case law in advance of moderating common interest telephone conference. | JLW | 1.00 | 275.00 |
| 09/11/2025 | Attended common interest telephone conference. | JLW | 0.50 | 137.50 |
| 09/12/2025 | Reviewed correspondence from insurance counsel, re objection to request to appoint new mediator and settlement of matter in bankruptcy. | JLW | 0.50 | 137.50 |
| 09/12/2025 | Communicated with bankruptcy counsel, re fee applications. | JLW | 0.20 | 55.00 |
| 09/15/2025 | Emailed with bankruptcy counsel, re fee applications. | JLW | 0.20 | 55.00 |
| 09/15/2025 | Reviewed filed fee applications. | JLW | 0.50 | 137.50 |
| 09/15/2025 | Reviewed dockets on cases with pre-trial conferences scheduled, re whether stay orders filed for notice to Court. | JLW | 0.70 | 192.50 |
| 09/18/2025 | Reviewed New Jersey Courts website to confirm that no new documents have been filed in those cases. | LJP | 0.40 | 40.00 |
| 09/19/2025 | Received and reviewed filed documents on mediation status and efforts to settle with Committee. | JLW | 0.50 | 137.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/24/2025 | Prepared 14th Monthly Fee Statement with Invoices. | JLW | 1.00 | 275.00 |
| 09/25/2025 | Reviewed latest developments in CVA bankruptcies, re preparation as moderator for common interest telephone conference. | JLW | 1.00 | 275.00 |
| 09/25/2025 | Moderated common interest telephone conference. | JLW | 0.50 | 137.50 |
| 09/25/2025 | Received and reviewed non-party document subpoena, re CVA claim, ▆▆▆ v. Archdiocese matter. | JLW | 1.00 | 275.00 |
| 09/25/2025 | Emailed client and bankruptcy counsel, re non-party document subpoena in ▆▆▆ v. Archdiocese matter. | JLW | 0.30 | 82.50 |
| 09/29/2025 | Received and preliminary review of subpoena for records in ▆▆▆ matter. | JLW | 1.00 | 275.00 |
| 09/29/2025 | Emailed K. O'Brien, re ▆▆▆ matter subpoena. | JLW | 0.20 | 55.00 |
| 09/29/2025 | Received and reviewed emails on ▆▆▆ conference. | JLW | 0.50 | 137.50 |
| 09/29/2025 | Prepared correspondence to Judge Tisch, re conference scheduled in ▆▆▆ matter. | JLW | 0.50 | 137.50 |
| 09/29/2025 | Received Court notice on oral argument in ▆▆▆ matter. | JLW | 0.50 | 137.50 |
| 09/29/2025 | Prepared correspondence to Judge's Chambers on scheduled conference, re ▆▆▆ matter. | JLW | 0.50 | 137.50 |
| 09/30/2025 | Reviewed monthly fee statements/no objections and emailed M. Mashaw on same. | JLW | 0.50 | 137.50 |
| 09/30/2025 | Received and reviewed correspondence via NYSEF, re Court conference in ▆▆▆ matter. | JLW | 0.20 | 55.00 |
| 09/30/2025 | Received and reviewed email from counsel, re ▆▆▆ matter. | JLW | 10.00 | 2,750.00 |
| | **TOTAL SERVICES RENDERED** | | | **9,857.50** |

### ATTORNEY RECAP

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| LJP | LORI PITCHER - PARALEGAL | 100.00 | 0.40 | 40.00 |
| JLW | JENNIFER WANG - PARTNER | 275.00 | 35.70 | 9,817.50 |
| | | | | 9,857.50 |

### DISBURSEMENTS

| | AMOUNT |
|---|---|
| 27 color copies at $0.12 per page | 3.24 |
| 102 copies at $0.10 per page | 10.20 |
| 08/28/2025 INFO QUICK SOLUTIONS- Outside Copies- DBA Search | 15.00 |
| **TOTAL DISBURSEMENTS** | **28.44** |

**TOTAL AMOUNT DUE** — **$9,885.94**

COSTELLO, COONEY & FEARON, PLLC  
MATTER: 14984.0001

278100  
Page 2

COSTELLO, COONEY & PEARON, PLLC
*A Massachusetts Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0137
STATEMENT NO. 278102
JLW
November 11, 2025

REGARDING:   OUTSIDE GENERAL COUNSEL LEGAL WORK

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 09/05/2025 | Reviewed memorandum on NYS Abortion Mandate litigation. | 0.50 |
| 09/05/2025 | Attended meeting with counsel, re NYS Abortion Mandate litigation. | 0.50 |
| | TOTAL SERVICES RENDERED | 275.00 |

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 1.00 | 275.00 |
| | | | | 275.00 |

TOTAL AMOUNT DUE                                                                                              $275.00

COSTELLO, COONEY & FEARON, PLLC
*A Mass. Document Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0138
STATEMENT NO. 278104
JLW
November 11, 2025

REGARDING: ST. MARY'S CHURCH OF CLAYTON/COMMISSIONERS OF THE NEW YORK STATE

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/2025 | Received and reviewed email from J. Morrison, re no coverage on claim and no contact from Kyle Felder to parish on matter. | JLW | 0.20 | 55.00 |
| 09/02/2025 | Telephone conference to brokers, re insurance coverage for Felder's Plumbing. | JLW | 0.50 | 137.50 |
| 09/04/2025 | Telephone conference with M. McGeever, WestCongress Insurance, re insurance coverage for Felder's Construction. | JLW | 0.50 | 137.50 |
| 09/04/2025 | Emailed with M. McGeever, WestCongress Insurance, re insurance coverage for Felder's Construction. | JLW | 0.50 | 137.50 |
| 09/04/2025 | Emailed update to client, re insurance coverage for Felder's Construction. | JLW | 0.20 | 55.00 |
| 09/15/2025 | Received and reviewed email from M. McGeever, re tender letter and request for documents. | JLW | 0.50 | 137.50 |
| 09/15/2025 | Telephone conference with M. McGeever, re tender letter and no documents provided yet on matter as litigation is early. | JLW | 0.50 | 137.50 |
| 09/15/2025 | Emailed with client, re status of tender request and filing of Answer on behalf of client. | JLW | 0.30 | 82.50 |
| 09/15/2025 | Initial review of Summons and Complaint to determine Affirmative Defenses to raise. | JLW | 1.00 | 275.00 |
| 09/15/2025 | Telephone conference with K. O'Brien, re Answer and Affirmative Defenses. | JLW | 0.20 | 55.00 |
| 09/17/2025 | Reviewed documents, re preparation of Answer with Affirmative Defenses. | JLW | 2.50 | 687.50 |
| 09/17/2025 | Reviewed Workers' Compensation law and what right of recovery the Commissioners where they seek to recover for G. Robbins' pain and suffering. | JLW | 3.00 | 825.00 |
| 09/18/2025 | Drafted Verified Answer with Affirmative Defenses. | JLW | 4.50 | 1,237.50 |
| 09/18/2025 | Emailed with client, re Answer with Affirmative Defenses. | JLW | 0.30 | 82.50 |
| 09/18/2025 | Communicated on coverage of claim by Felder's Roofing. | JLW | 0.50 | 137.50 |
| 09/19/2025 | Prepared final revisions to Answer and Examination Before Trial Notices to file same in matter. | JLW | 1.30 | 357.50 |
| 09/19/2025 | Filed Answer in matter. | JLW | 0.30 | 82.50 |

09/19/2025 Case 23-60507-6-pgr Doc 1132 Filed 11/13/25 Entered 11/13/25 15:40:03 Desc 55.00
Prepared correspondence to Plaintiff's counsel re Answer and
Examination Before Trial documents. Main Document Page 7 of 7

| | | TOTAL SERVICES RENDERED | | 4,675.00 |

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 17.00 | 4,675.00 |
| | | | | 4,675.00 |

| | TOTAL AMOUNT DUE | | | $4,675.00 |