UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Costello, Cooney & Fearon, PLLC has filed the *Fourteenth Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period August 1, 2025 Through August 31, 2025*, copies of which are attached hereto and hereby served upon you.

Dated: November 12, 2025

COSTELLO, COONEY & FEARON, PLLC

By: /s/ Jennifer L. Wang
Jennifer L. Wang (Bar Roll No. 516323)
211 West Jefferson Street
Syracuse, NY 13202
Telephone: (315) 422-1152
Email: jwang@ccf-law.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD AUGUST 1, 2025 THROUGH AUGUST 31, 2025

Name of Applicant: Costello, Cooney & Fearon, PLLC

Authorized to Provide
Professional Services to: The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession

Date of Retention: Order entered September 15, 2023 [Docket No. 112] *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought: August 1, 2025 through August 31, 2025

Amount of compensation sought
as actual, reasonable and necessary: 80% of $9,247.50 ($7,398.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary: $9.80

This is a: _X_ monthly ____ quarterly ____ final application.

This is Costello, Cooney & Fearon, PLLC's Fourteenth monthly fee statement in this case.

## COSTELLO, COONEY & FEARON, PLLC
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0001
STATEMENT NO. 276874
JLW
September 23, 2025

REGARDING:   214-G CLAIMS

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/2025 | Telephone conference with Father K. O'Brien, re suits filed by parish trustees in Diocese of Buffalo. | JLW | 0.50 | 137.50 |
| 08/01/2025 | Reviewed policy on process to commence lawsuits on behalf of entity parishes. | JLW | 0.50 | 137.50 |
| 08/07/2025 | Received and reviewed email from counsel, re Stipulation on ▮▮▮ matter. | JLW | 0.20 | 55.00 |
| 08/13/2025 | Received and reviewed Stipulation-partial discontinuance and related documents in ▮▮▮ matter. | JLW | 0.50 | 137.50 |
| 08/14/2025 | Reviewed opposition papers in Diocese of Buffalo case filed by parishes and oral argument on same, re status of law on viability of action. | JLW | 1.00 | 275.00 |
| 08/14/2025 | Attended common interest telephone conference with diocesan counsel. | JLW | 0.50 | 137.50 |
| 08/14/2025 | Emailed counsel for Diocese of Rockville Centre, re AG subpoenas. | JLW | 0.20 | 55.00 |
| 08/14/2025 | Reviewed legal briefs with case law from NDAA, re case law related to diocesan issues. | JLW | 1.00 | 275.00 |
| 08/14/2025 | Reviewed Diocese of Ogdensburg updates, re status of matters in diocese. | JLW | 0.50 | 137.50 |
| 08/18/2025 | Reviewed discussions on NDAA, re immigration and policies. | JLW | 0.20 | 55.00 |
| 08/21/2025 | Emailed with client and bankruptcy counsel, re mediation. | JLW | 0.30 | 82.50 |
| 08/21/2025 | Received and reviewed non-party subpoena for records in ▮▮▮ matter. | JLW | 0.50 | 137.50 |
| 08/21/2025 | Emailed with client and bankruptcy counsel, re non-party subpoena for records in ▮▮▮ matter. | JLW | 0.20 | 55.00 |
| 08/21/2025 | Reviewed NYSEF efilings on matter, re non-party subpoena for records in ▮▮▮ matter. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed file notes in preparation for telephone conference on preparation for mediation. | JLW | 1.00 | 275.00 |
| 08/25/2025 | Attended telephone conference with clients and bankruptcy counsel, re preparation for mediation. | JLW | 1.00 | 275.00 |
| 08/25/2025 | Reviewed claims Nos. 1-10, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 08/25/2025 | Reviewed claims Nos. 11-20, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 21-30, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 31-40, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 41-50, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 51-60, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 61-70, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 71-80, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 81-90, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 91-100, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 101-110, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 111-121, re preparation of documents in preparation for mediation. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Reviewed claims Nos. 131-137, re preparation of documents in preparation for mediation. | JLW | 0.30 | 82.50 |
| 08/25/2025 | Prepared detailed email to client, re preparation for mediation in matter. | JLW | 0.50 | 137.50 |
| 08/25/2025 | Received and reviewed email from bankruptcy counsel and client, re preparation for mediation in matter. | JLW | 0.20 | 55.00 |
| 08/26/2025 | Reviewed notes in advance of mediation, re Catholic Families mediation with Judge Sontchi. | JLW | 1.00 | 275.00 |
| 08/26/2025 | Attended mediation session with Judge Sontchi, re Catholic Families mediation. | JLW | 6.50 | 1,787.50 |
| 08/29/2025 | Received, reviewed and responded to emails from bankruptcy counsel, re third-party subpoena. | JLW | 0.40 | 110.00 |
| | **TOTAL SERVICES RENDERED** | | | 6,462.50 |

## ATTORNEY RECAP

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 23.50 | 6,462.50 |
| | | | | 6,462.50 |

| DISBURSEMENTS | AMOUNT |
|---|---|
| 40 copies at $0.10 per page | 4.00 |
| TOTAL DISBURSEMENTS | 4.00 |

TOTAL AMOUNT DUE $6,466.50

COSTELLO, COONEY & FEARON, PLLC
MATTER: 14984.0001

276874
Page 2

COSTELLO, COONEY & PEARON, PLLC
*A Professional Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0138
STATEMENT NO. 276868
JLW
September 23, 2025

REGARDING:   ST. MARY'S CHURCH OF CLAYTON/COMMISSIONERS OF THE NEW YORK STATE

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/18/2025 | Received and reviewed emails from J. Morrison, re new suit filed. | JLW | 1.00 | 275.00 |
| 08/18/2025 | Received and reviewed Summons and Complaint. | JLW | 1.50 | 412.50 |
| 08/18/2025 | Reviewed NYSEF efilings on matter, including pleadings and Affidavit of Service. | JLW | 0.50 | 137.50 |
| 08/18/2025 | Reviewed documents and notes related to roof repair, including contract with Felder's Roofing, payments for work and timeline of work. | JLW | 2.10 | 577.50 |
| 08/19/2025 | Received, reviewed and responded to emails from J. Morrison, re additional facts of matter. | JLW | 0.50 | 137.50 |
| 08/20/2025 | Telephone conference with Father K. O'Brien, re strategy of litigation and indemnification/additional insured provisions in contract for Felder's Roofing to defend/indemnify. | JLW | 0.20 | 55.00 |
| 08/20/2025 | Telephone conference with Plaintiff's counsel, re failure to name indispensable party, extension of time to Answer. | JLW | 0.50 | 137.50 |
| 08/20/2025 | Emailed with Plaintiff's counsel, re extension to Answer. | JLW | 0.20 | 55.00 |
| 08/20/2025 | Reviewed documents and prepared correspondence to K. Felder, re defense and indemnification. | JLW | 0.80 | 220.00 |
| 08/20/2025 | Prepared Stipulation to Extend Time to Answer Summons and Complaint. | JLW | 0.50 | 137.50 |
| 08/21/2025 | Emailed with Plaintiff's counsel's office, re Stipulation to Extend Time to Answer. | JLW | 0.50 | 137.50 |
| 08/21/2025 | Finalized correspondence seeking defense and indemnification from Felder's Roofing. | JLW | 0.20 | 55.00 |
| 08/21/2025 | Emailed J. Morrison and Father K. O'Brien, re status of lawsuit. | JLW | 0.20 | 55.00 |
| 08/26/2025 | Received and reviewed correspondence from Admiral Insurance, re denial of coverage of matter. | JLW | 0.50 | 137.50 |
| 08/26/2025 | Emailed with client, re Admiral Insurance denial letter. | JLW | 0.20 | 55.00 |
| 08/27/2025 | Researched HH Construction & Excavation; Researched Department of State, Corporation Division; Researched Jefferson County portal; Obtained DBA Certificates and Judgment Satisfactions; Researched NYSCEF for lawsuits involving HH Construction & Excavation and/or | AMR | 2.00 | 200.00 |

| | | TOTAL SERVICES RENDERED | | 2,785.00 |

## ATTORNEY RECAP

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| AMR | AMANDA M. ROCCO - PARALEGAL | 100.00 | 2.00 | 200.00 |
| JLW | JENNIFER WANG - PARTNER | 275.00 | 9.40 | 2,585.00 |
| | | | | 2,785.00 |

| DISBURSEMENTS | AMOUNT |
|---|---|
| 58 copies at $0.10 per page | 5.80 |
| TOTAL DISBURSEMENTS | 5.80 |

| TOTAL AMOUNT DUE | $2,790.80 |
|---|---|