UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Costello, Cooney & Fearon, PLLC has filed the *Sixteenth Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period October 1, 2025 Through October 31, 2025*, copies of which are attached hereto and hereby served upon you.

Dated: November 12, 2025

COSTELLO, COONEY & FEARON, PLLC

By: ___/s/ Jennifer L. Wang___
Jennifer L. Wang (Bar Roll No. 516323)
211 West Jefferson Street
Syracuse, NY 13202
Telephone: (315) 422-1152
Email: jwang@ccf-law.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

## MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025

| | |
|---|---|
| Name of Applicant: | Costello, Cooney & Fearon, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 15, 2023 [Docket No. 112] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | October 1, 2025 through October 31, 2025 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $14,182.50 ($11,346.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $6.06 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Costello, Cooney & Fearon, PLLC's Fourteenth monthly fee statement in this case.

## COSTELLO, COONEY & FEARON, PLLC
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0001
STATEMENT NO. 278101
JLW
November 11, 2025

REGARDING:    214-G CLAIMS

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/2025 | Received and reviewed notice of motion and motion papers, re motion to appoint an additional mediator in bankruptcy proceeding. | JLW | 0.50 | 137.50 |
| 10/01/2025 | Received and reviewed notice of motion and motion papers, re motion to appoint an additional mediator in bankruptcy proceeding. | JLW | 0.50 | 137.50 |
| 10/02/2025 | Received and reviewed notice of motion to authorize appointment of additional mediator. | JLW | 0.20 | 55.00 |
| 10/03/2025 | Reviewed motion filings, re appointment of additional/new mediator. | JLW | 0.70 | 192.50 |
| 10/08/2025 | Reviewed hundreds of documents, re preparation of response to non-party subpoena in ▇ v. Archdiocese of New York. | JLW | 4.50 | 1,237.50 |
| 10/09/2025 | Reviewed updated CVA and bankruptcy filings, re preparation to moderate common interest telephone conference. | JLW | 1.00 | 275.00 |
| 10/09/2025 | Attended common interest telephone conference. | JLW | 0.70 | 192.50 |
| 10/09/2025 | Reviewed decisions on coverage issues. | JLW | 0.50 | 137.50 |
| 10/09/2025 | Reviewed recent verdict information, re valuation of CVA matters. | JLW | 0.50 | 137.50 |
| 10/09/2025 | Telephone conference with Avalon, re production set in ▇ v. Archdiocese of New York. | JLW | 0.50 | 137.50 |
| 10/09/2025 | Reviewed hundreds of documents, re review for production of documents related to ▇ v. Archdiocese of New York non-party subpoena. | JLW | 3.50 | 962.50 |
| 10/10/2025 | Reviewed 100s of documents for response to non-party subpoena in ▇ v. Archdiocese of New York. | JLW | 4.50 | 1,237.50 |
| 10/10/2025 | Reviewed CMO governing New York County actions, re production of documents in ▇ v. Archdiocese of New York. | JLW | 0.50 | 137.50 |
| 10/10/2025 | Prepared email to P. Mazzu, re production of documents in ▇ v. Archdiocese of New York. | JLW | 0.50 | 137.50 |
| 10/13/2025 | Reviewed production documents for ▇ v. Archdiocese of New York. | JLW | 5.20 | 1,430.00 |
| 10/13/2025 | Reviewed Case Management Order, re response to non-party subpoena and production of documents related to same on ▇ v. Archdiocese of New York. | JLW | 1.00 | 275.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---:|---:|
| 10/13/2025 | Reviewed efilings in bankruptcy matter on pending motions before Court. | JLW | 1.00 | 275.00 |
| 10/14/2025 | Communicated with Avalon, re production of documents in ▓▓▓ v. Archdiocese of New York matter. | JLW | 1.00 | 275.00 |
| 10/14/2025 | Reviewed specific documents provided by Avalon on whether to produce the same in production, re ▓▓▓ v. Archdiocese of New York non-party subpoena. | JLW | 0.50 | 137.50 |
| 10/14/2025 | Prepared written response to non-party judicial subpoena duces tecum, re ▓▓▓ v. Archdiocese of New York matter. | JLW | 2.20 | 605.00 |
| 10/15/2025 | Prepared revisions to response to subpoena, re ▓▓▓ v. Archdiocese. | JLW | 2.00 | 550.00 |
| 10/15/2025 | Prepared correspondence to Plaintiff's counsel, re response to subpoena in ▓▓▓ v. Archdiocese. | JLW | 0.20 | 55.00 |
| 10/15/2025 | Prepared correspondence to Plaintiff's counsel and counsel of record, re response to subpoena in ▓▓▓ v. Archdiocese. | JLW | 0.20 | 55.00 |
| 10/15/2025 | Received and reviewed motions papers, attorney affidavits, and memorandums of law, re motions to appoint an additional mediator and motion for victim statements and objections thereto. | JLW | 1.00 | 275.00 |
| 10/15/2025 | Initially reviewed non-party subpoena, re ▓▓▓ v. Our Lady Star of the Sea. | JLW | 1.20 | 330.00 |
| 10/15/2025 | Telephone conference with Plaintiff's counsel, re non-party subpoena on ▓▓▓ v. Our Lady Star of the Sea. | JLW | 0.20 | 55.00 |
| 10/15/2025 | Reviewed Father Franklin documents for use in providing the original file to J. Wang for use in disclosure to the Archdiocese. | LJP | 0.60 | 60.00 |
| 10/16/2025 | Telephone conference with Plaintiff's counsel, re subpoena directed to Diocese of Ogdensburg in ▓▓▓ v. Our Lady Star of the Sea matter. | JLW | 0.50 | 137.50 |
| 10/16/2025 | Telephone conference with L. Pitcher, re document production in ▓▓▓ v. Our Lady Star of the Sea matter. | JLW | 0.50 | 137.50 |
| 10/16/2025 | Reviewed 100s of documents, re ▓▓▓ v. Our Lady Star of the Sea subpoena for records. | JLW | 3.40 | 935.00 |
| 10/16/2025 | Conferred with J. Wang re response to a subpoena from the Archdiocese. | LJP | 0.30 | 30.00 |
| 10/16/2025 | Reviewed various paper files and folders related to Father Franklin and a list of Franklin cases to locate a case where discovery was complete for allegations that took place during the same time period and locations as the case for which J. Wang has to reply to a subpoena served by the Archdiocese. | LJP | 0.40 | 40.00 |
| 10/17/2025 | Emailed with counsel, re preliminary conference scheduled in ▓▓▓ v. Holy Ghost matter. | JLW | 0.50 | 137.50 |
| 10/17/2025 | Reviewed 100s of pages of documents, re response to non-party subpoena in ▓▓▓ v. Our Lady Star of the Sea matter. | JLW | 6.50 | 1,787.50 |
| 10/20/2025 | Received and reviewed papers, re motion on appointment of additional mediator. | JLW | 0.50 | 137.50 |
| 10/22/2025 | Received and reviewed efilings on several bankruptcy motions holdings and orders. | JLW | 0.50 | 137.50 |
| 10/22/2025 | Reviewed and heard transcript of hearing on bankruptcy motions. | JLW | 1.00 | 275.00 |
| 10/23/2025 | Attended common interest telephone conference. | JLW | 0.50 | 137.50 |
| | TOTAL SERVICES RENDERED | | | 13,385.00 |

## ATTORNEY RECAP

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---:|---:|---:|
| LJP | LORI PITCHER - PARALEGAL | 100.00 | 1.30 | 130.00 |

COSTELLO, COONEY & FEARON, PLLC  
MATTER: 14984.0001

278101  
Page 2

| | | | | |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 48.20 | 13,255.00 |
| | | | | 13,385.00 |

| DISBURSEMENTS | AMOUNT |
|---|---|
| 18 copies at $0.10 per page | 1.80 |
| TOTAL DISBURSEMENTS | 1.80 |

TOTAL AMOUNT DUE $13,386.80

COSTELLO, COONEY & FEARON, PLLC  
MATTER: 14984.0001

278101  
Page 3

**COSTELLO, COONEY & FEARON, PLLC**
*A Mass. Document Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0138
STATEMENT NO. 278103
JLW
November 11, 2025

REGARDING: ST. MARY'S CHURCH OF CLAYTON/COMMISSIONERS OF THE NEW YORK STATE

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/07/2025 | Emailed with M. McGeever, re defense and indemnification request. | JLW | 0.50 | 137.50 |
| 10/07/2025 | Emailed with client, re request for defense and indemnification. | JLW | 0.20 | 55.00 |
| 10/09/2025 | Telephone conference on coverage in action, re Felder's Roofing. | JLW | 0.50 | 137.50 |
| 10/10/2025 | Corresponded with M. McGeever, re settlement discussions and tender of defense and indemnification. | JLW | 0.50 | 137.50 |
| 10/10/2025 | Emailed client, re discussions with M. McGeever on possible settlement, entities to name in release, and tender of coverage. | JLW | 0.30 | 82.50 |
| 10/10/2025 | Reviewed Summons and Complaint and contracts, re entities to include in settlement documents. | JLW | 0.50 | 137.50 |
| 10/10/2025 | Emailed with M. McGeever, re entities to be named in release of settlement. | JLW | 0.20 | 55.00 |
| 10/22/2025 | Corresponded with M. McGeever, re status of attempts to settle matter. | JLW | 0.20 | 55.00 |
| | TOTAL SERVICES RENDERED | | | 797.50 |

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| JLW | JENNIFER WANG - PARTNER | 275.00 | 2.90 | 797.50 |
| | | | | 797.50 |

| DISBURSEMENTS | AMOUNT |
|---|---|
| 18 color copies at $0.12 per page | 2.16 |
| 21 copies at $0.10 per page | 2.10 |
| TOTAL DISBURSEMENTS | 4.26 |

| TOTAL AMOUNT DUE | $801.76 |
|---|---|