**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-60507-PGR |

**CERTIFICATION OF NO OBJECTION REGARDING TWENTY-FOURTH MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD OCTOBER 1, 2025 THROUGH OCTOBER 31, 2025**

The undersigned special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On November 9, 2023, this Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals And Members Of Official Committee*s [Docket No. 250] (the "Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order.

2. On **November 3, 2025**, Burns Bair LLP ("Burns Bair") filed its *Twenty-Fourth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to Official Committee of Unsecured Creditors for The Roman Catholic Diocese of Ogdensburg, New York for the Period October 1, 2025 through October 31, 2025* [Docket No. 1116] (the "Monthly Fee Statement").

3. The Monthly Fee Statement was served on **November 3, 2025** [Docket No. 1116-1].

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

4. The Monthly Fee Statement complied with the requirements set forth in the Interim Compensation Order.

5. Pursuant to the Interim Compensation Order, **November 17, 2025** was the deadline to object to the Monthly Fee Statement (the "Objection Deadline"). As of the filing of this Certification of No Objection, more than 12 hours have elapsed since the Objection Deadline. To the best of my knowledge, no responses to the Monthly Fee Statement have been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) been served on Burns Bair.

6. Pursuant to the Interim Compensation Order, upon filing of this Certification of No Objection, the Debtor is authorized and directed to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement without the need for entry of a Court order approving the Monthly Fee Statement.

7. Accordingly, in accordance with the Monthly Fee Statement and the Interim Compensation Order, Burns Bair requests that the Debtor remit the amount(s) indicated in the column "Total Authorized for Payment":

| Dates | 100% Fees | 80% Fees | 100% Expenses | Total Authorized for Payment | Total Holdback |
|---|---|---|---|---|---|
| 10/1/2025 – 10/31/2025 | $6,430.00 | $5,144.00 | $0.78 | $5,144.78 | $1,286.00 |

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  November 18, 2025    **BURNS BAIR LLP**

　　　　　　　　　　　　　　　　　　　　　　 /s/ Jesse J. Bair
　　　　　　　　　　　　　　　　　　　　　Jesse J. Bair (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Timothy W. Burns (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　10 E. Doty St., Suite 600
　　　　　　　　　　　　　　　　　　　　　Madison, WI 53703-3392
　　　　　　　　　　　　　　　　　　　　　Telephone: (608) 286-2808
　　　　　　　　　　　　　　　　　　　　　Email:  jbair@burnsbair.com
　　　　　　　　　　　　　　　　　　　　　Email:  tburns@burnsbair.com

*Special Insurance Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York*