**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF<br>OGDENSBURG, NEW YORK,<br><br>          Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**COVER SHEET TO FIFTH INTERIM FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR THE PERIOD MARCH 1, 2025 THROUGH SEPTEMBER 30, 2025**

Name of Applicant:     Pachulski Stang Ziehl & Jones LLP ("PSZJ")

Authorized to Provide Professional Services to:     The Official Committee of Unsecured Creditors of the Debtor

Date of Retention:     August 17, 2023 [Doc. 193]

Period for Which Compensation is Sought:     March 1, 2025 through September 30, 2025 ("Fee Period")

Amount of Fees Sought:     $234,270.00

Amount of Expense Reimbursement Sought:     $ 15,531.39[1]

This is PSZJ's Fifth Interim Fee Application.

**SUMMARY OF MONTHLY FEE STATEMENTS FOR THE FEE PERIOD[2]**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 05/13/25 | 03/01/25 – 03/31/25 | $11,790.00 | $1,100.69 | $9,432.00 | $1,100.69 |
| 10/29/25 | 04/01/25 – 04/30/25 | $69,130.00 | $1,293.69 | $55,304.00 | $1,293.69 |
| 10/29/25 | 05/01/25 – 05/31/25 | $67,310.00 | $2,136.36 | $53,848.00 | $2,136.36 |
| 10/29/25 | 06/01/25 – 06/30/25 | $34,850.00 | $1,457.39 | $27,880.00 | $1,457.39 |

---

[1] Certain of the expenses relate to travel expenses for Committee members that PSZJ reviewed and reimbursed directly to or on behalf of the Committee members.

[2] No objections were filed to any of the Monthly Fee Statements filed by PSZJ during the Fee Period. The objection period will expire on December 3, 2025 for the Monthly Fee Statements for August and September. The Debtor paid the Firm on the Monthly Fee Statements as follows: Compensation $9,432.00 and Expenses $1,100.69 for a total of $10,532.69.

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 10/29/25 | 07/01/25 – 07/31/25 | $15,340.00 | $1,194.30 | $12,272.00 | $1,194.30 |
| 11/19/25 | 08/01/25 – 08/31/25 | $11,550.00 | $7,203.70 | Pending | Pending |
| 11/19/25 | 09/01/25 – 09/30/25 | $24,300.00 | $1,145.26 | Pending | Pending |

## SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS FOR THE FEE PERIOD

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ilan D. Scharf | Partner 2010; Member of NY Bar since 2002 | $800.00 $   0.00 | 109.50 9.50 | $  87,600.00 $           0.00 |
| Erin E. Gray | Of Counsel 1997; Member of CA Bar since 1992; Member of SC Bar since 2018 | $800.00 | 10.40 | $    8,320.00 |
| Jeffrey M. Dine | Of Counsel 2021; Member of NJ Bar since 2019; Member of NY Bar since 1996 | $800.00 | 17.00 | $  13,600.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $800.00 $   0.00 | 145.20 9.40 | $116,160.00 $           0.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $800.00 | 4.40 | $    3,520.00 |
| Cheryl A. Knotts | Paralegal | $300.00 | 3.60 | $    1,080.00 |
| Nathan J. Hall | Paralegal | $300.00 | 13.30 | $    3,990.00 |

**Grand Total:**    **$234,270.00**
**Total Hours:**          **322.30**
**Blended Rate:**       **$726.87**

## TASK CODE SUMMARY FOR THE FEE PERIOD

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 8.70 | $   6,960.00 |
| Bankruptcy Litigation | 162.60 | $127,530.00 |
| Case Administration | 13.60 | $   6,780.00 |
| PSZJ Compensation | 18.90 | $  13,320.00 |
| General Creditors Committee | 12.90 | $  10,320.00 |
| Hearing | 15.60 | $  12,480.00 |
| Insurance Coverage | 4.80 | $   3,840.00 |
| Mediation | 66.30 | $  53,040.00 |
| Travel | 18.90 | $           0.00 |

**EXPENSE SUMMARY FOR THE FEE PERIOD**

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | Delta Airlines | $1,596.72 |
| Auto Travel Expense | Uber; Car Rental; Airport Parking | $ 594.69 |
| Working Meals | Paradise Café; American Food and Vending; Palladino Farms; Denny's; Mirabito | $ 123.58 |
| Hotel Expense | Marriott Syracuse Downtown | $3,417.75 |
| Lexis/Nexis - Legal Research | | $ 885.38 |
| Litigation Support Vendors | Everlaw | $7,704.60 |
| Out of Town Travel | Mileage reimbursement; Tips; Salina Expressway Corp | $ 346.66 |
| Pacer - Court Research | | $ 434.40 |
| Postage | | $ 42.31 |
| Reproduction Expense | | $ 50.50 |
| Transcript | J&J Court Transcribers; Escribers | $ 334.80 |

**PRIOR INTERIM FEE APPLICATIONS[4]**

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 02/05/24 | 08/17/23 – 11/30/23 | $315,080.00[5] | $ 4,432.65 | $309,580.00[6] | $ 4,432.65 |
| 08/20/24 | 12/01/13 – 05/31/24 | $ 518,830.00 | $17,372.31 | $514,830.00[7] | $17,372.31 |
| 11/12/24 | 06/01/24 – 09/30/24 | $144,420.00[8] | $14,211.42 | $141,920.00[9] | $14,211.42 |
| 05/16/24 | 10/01/24 – 02/28/25 | $ 92,950.00 | $ 6,700.46 | $ 86,870.00[10] | $ 6,700.46 |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

[4] The Firm was paid $1,004,846.38 related to fees and expenses incurred during the First, Second and Third Interim Fee Periods.

[5] This amount includes a reduction of $3,234.00 due to erroneously billing Kerri LaBrada's rate at $545 in the First and Second Monthly Statements.

[6] In the Court's Order Approving the First Interim Fee Application, compensation was approved at $309,580.00 which reflects a reduction of $5,500.00.

[7] In the Court's Order Approving the Second Interim Fee Application, compensation was approved at $514,830.00 which reflects a reduction of $4,000.00.

[8] This amount includes a voluntary reduction of $3,400.00 for the fees billed for travel in September 2024 invoice.

[9] In the Court's Order Approving the Third Interim Fee Application, compensation was approved at $141,920.00 which reflects a reduction of $2,500.00.

[10] In the Court's Order Approving the Fourth Interim Fee Application, compensation was approved at $86,870.00 which reflects a reduction of $6,080.00.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK, | Case No. 23-60507 (PGR) |
| Debtor. | |

### FIFTH INTERIM APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR THE PERIOD MARCH 1, 2025 THROUGH SEPTEMBER 30, 2025

Pachulski Stang Ziehl & Jones LLP. ("**PSZJ**" or the "**Firm**"), counsel to the Official Committee of Unsecured Creditors of the debtor (the "**Committee**"), hereby submits this Fifth Interim Fee Application (the "**Application**"), pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the period commencing March 1, 2025 through September 30, 2025.   In further support of the Application, PSZJ respectfully states as follows:

### Preliminary Statement

1.     PSZJ requests: (a) interim allowance of compensation in the amount of $234,270.00 for fees on account of reasonable and necessary professional services rendered and reimbursement of actual and necessary costs and expenses in the amount of $15,531.39 for the period from March 1, 2025 through September 30, 2025 (the "**Fee Period**"), and (b) payment of any unpaid portion of all such allowed fees and expenses.

### Jurisdiction

2.      The Court has jurisdiction over this application pursuant to 28 U.S.C.

§§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The statutory predicates for relief are sections 330 and 331 of Title 11 of

the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Bankruptcy Rule 2016-1.

### Background

5.      On July 17, 2023 (the "**Petition Date**"), The Roman Catholic Diocese of

Ogdensburg, New York (the "**Debtor**" or the "**Diocese**") filed a voluntary petition for relief

under chapter 11 of the Bankruptcy Code.

6.      On August 11, 2023, the United States Trustee appointed the Committee,

pursuant to section 1102 of the Bankruptcy Code.  *See Appointment of Committee of Unsecured

Creditors* [Docket No. 65].  Following the Committee's appointment, the Committee, subject to

Court approval, retained PSZJ as its counsel.

7.      On or about September 19, 2023, PSZJ filed its application seeking to be

employed in this case [Docket No. 123] (the "**Retention Application**").  As set forth in the

Declaration of Ilan Scharf in support of the Retention Application, due to the unique

circumstances of this case, PSZJ proposed to charge hourly rates which are below its regular

hourly rates, specifically, to charge its normal and customary hourly rates, subject to a cap of

$800 per hour for attorneys working on this case and $300 per hour for paraprofessionals

working on this case.  On October 16, 2023, the Court entered its *Order Approving Ex Parte*

*Application to Retain and Employ Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of August 17, 2023* [Docket No. 193] (the "**Retention Order**"), authorizing the employment of PSZJ as counsel to the Committee effective as of August 17, 2023.  The Retention Order authorized PSZJ to apply for compensation for professional services rendered and reimbursement of expenses as set forth in the Retention Application, subject to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of this Court.

        8.      PSZJ did not receive a retainer in connection with its employment and, to date, has only received compensation for services and reimbursement of expenses pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* entered November 9, 2023 [Docket No. 250] (the "**Interim Compensation Order**").  As is disclosed in the Cover Sheet, the Firm filed Monthly Fee Statements for the Fee Period.  No objections were filed as of the date hereof.[1]  The Debtor has paid the Firm a total of $10,532.69 on the Monthly Fee Statements for the Fee Period.

        9.      PSZJ has received payments on such Monthly Fee Statements only from the Debtor and has no agreement to share compensation received in this case other than among the partners, of counsel and associates of the Firm.

---

[1] The objection period for the Monthly Fee Statements for August and September will expire on December 3, 2025.

## **Statement Regarding the Status of the Case (LBR 2016-1(b)(3)(B)[2]**

10.    The Committee and the Committee's professionals have been able to accomplish a great deal since the Petition Date.  In addition to the customary matters that must be worked through at the commencement of any chapter 11 case to ensure that the Debtor's operations continue unimpeded, the Committee (with the assistance of the Firm) has (i) formed, elected a chairman, and hired and consulted with its general bankruptcy counsel (PSZJ), its financial advisors (BRG) and its special insurance counsel (Burns Bair) (collectively, the "**Committee Professionals**"); (ii) negotiated a nondisclosure agreement that permits Committee members and Committee Professionals access to records produced by the Diocese; (iii) negotiated with the Diocese over the terms of its use of funds from the Diocesan Trust Fund (the "**DTF**") and the Deposit and Loan Fund ("**DLF**"); (iv) performed an investigation of the extent and nature of  the Debtor's assets (including its insurance assets) and has requested and obtained documents relating to some of those assets; (v) negotiated a bar date order (after opposing the Debtor's motion); (vi) negotiated an order (after opposing the Debtor's motion) that established a mediation process and appointed a mediator; and (vii) participated and engaged in multiple mediation sessions and discussions with the mediator.

11.    The last day for creditors to file claims against the Diocese passed on January 18, 2024. 128 claims were docketed by the Debtor's claims agent Stretto, and the Committee and the Committee Professionals are well into the process of reviewing the claims and assessing insurance coverage.  The Committee also spent significant time analyzing

---

[2] Local Bankruptcy Rule 2016-1(b)(3)(B) provides that an interim application shall provide, "an explanation of the status of the case, a projection as to the percentage of work that the current application covers in relation to the overall case, and any other matters that will enable the Court to determine the reasonable value of such services."

information on the millions of dollars of assets that the Diocese claims are restricted and not

available for direct compensation of Abuse Claims.  The Committee expects the mediation

process to continue before retired United States Bankruptcy Judges Christopher Sontchi and

Melanie Cyganowski.  PSZJ cannot assess what percentage of the work in the case is yet to be

done, but it has already made significant progress on all three of these items (claim review,

mediation and asset investigation) and is prepared to negotiate and is actively involved in

negotiations through mediation with the Diocese and certain insurers towards a plan of

reorganization.

### Statement Regarding the Estate's Ability to Pay Requested Fees (LBR 2016-1(b)(7)[3]

12.    To the best of the Firm's knowledge, the Debtor's estate is able to pay the

requested fees and expenses.  Such fees and costs are being sought only from the Debtor's estate

and not from a third party.

### Summary of Services Rendered by PSZJ During the Fee Period[4]

13.    During the Fee Period, PSZJ has rendered numerous, varied, and

substantial services to the Committee in connection with this case, including but not limited to:

### A.    Asset Analysis and Recovery

14.    This category relates to work regarding asset analysis and recovery issues.

During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed documents and

issues regarding restricted assets; (2) prepared for and participated in telephonic conferences

---

[3] Local Bankruptcy Rule 2016-1(b)((7) requires, "A statement describing the estate's ability to pay the fees requested and the status of fees owed to other administrative claimants of equal priority to the extent the professional is employed pursuant to §§ 327 or 1103 and compensation is sought from the estate and not a third party."

[4] PSZJ billed some similar services to different categories.  Such billing has not resulted in any duplication of fees.

with Committee professionals regarding restricted asset issues; (3) performed work regarding a

memorandum relating to restricted assets; and (4) corresponded and conferred regarding asset

analysis issues.

Fees: $6,960.00;    Hours: 8.70

**B.    Bankruptcy Litigation**

15.    This category relates to work regarding motions or adversary proceedings

in the Bankruptcy Court.  During the Fee Period, the Firm, among other things:  (1) prepared for

and attended a hearing on March 18, 2025; (2) reviewed and analyzed a Century motion to

compel and performed work regarding an objection to such motion;  (3) reviewed and analyzed

subpoena issues with respect to third parties; (4) reviewed and analyzed discovery issues relating

to Century and Gallagher; (5) performed research regarding legal issues relating to discovery; (6)

prepared status reports for the Court relating to Gallagher subpoena issues; (7) prepared for and

attended several meet and confers with counsel for Gallagher and other interested parties

regarding subpoena issues; (8) performed work regarding a document list relating to production

issues; (9) prepared for and attended a status conferences before the Court regarding subpoena

issues; (10) reviewed and analyzed extensive correspondence from Century counsel regarding

the subpoena to Gallagher and performed work regarding correspondence to the Diocese and

Century counsel regarding the subpoena to Gallagher; (11) performed work regarding a motion

to exclude Century from participation in enforcement of the Gallagher subpoena; (12) reviewed

and analyzed issues relating to documents to be produced by Gallagher; (13) reviewed and

analyzed issues regarding a motion to compel; (14) reviewed and analyzed issues regarding a

potential avoidance complaint; (15) performed work regarding a motion for standing relating to potential avoidance actions; (16) reviewed and analyzed agreements relating to allegedly restricted funds; (17) reviewed and analyzed tolling issues relating to avoidance actions; (18) performed work regarding a tolling agreement; (19) performed work regarding a motion for survivor statements; and (20) conferred and corresponded regarding bankruptcy litigation issues.

> Fees:  $127,530.00;    Hours:  162.60

### C.      Case Administration

16.      This category relates to work regarding administration of this case. During the Fee Period, the Firm, among other things:  (1) performed work regarding work-in-progress memorandums; (2) maintained a memorandum of critical dates; and (3) conferred and corresponded regarding case administration issues.

> Fees:  $6,780.00;      Hours:  13.60

### D.      PSZJ Compensation

17.      This category relates to issues regarding the compensation of the Firm. During the Fee Period, the Firm, among other things:  (1) performed work regarding its October, November and December 2024 and January, February, March, April, May, June and July 2025 monthly fee statements in anticipation of the preparation of interim fee applications; (2) performed work regarding the Firm's Fourth interim fee application; (3) monitored the status and filing of fee applications and monthly fee statements; and (4) corresponded regarding compensation issues.

> Fees:  $13,320.00;      Hours:  18.90

**E.      General Creditors Committee**

18.      This category relates to general Committee matters.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding the disposition of a building in Massena; (2) reviewed and analyzed mediation issues; (3) prepared for and attended meetings with State Court Counsel and the Committee regarding case issues; (4) reviewed and responded to information requests; (5) reviewed and analyzed issues regarding restricted assets with State Court Counsel and the Committee; and (6) corresponded and conferred regarding general Committee matters.

Fees:  $10,320.00;      Hours:  12.90

**F.      Hearings**

19.      This category relates to issues regarding Court hearings.   During the Fee Period, the Firm, among other things:  (1) prepared for and attended a hearing on April 8, 2025 regarding the Gallagher subpoena; (2) prepared for and attended a hearing on May 6, 2025 regarding a motion to compel relating to Gallagher subpoena issues; (3) prepared for and attended a hearing on June 10, 2025 regarding fee applications and status conference issues; (4) prepared for and attended a status conference hearing on August 5, 2025; (5) prepared for and attended a hearing on September 9, 2025 regarding mediation and status conference issues; and (6) conferred regarding hearing issues.

Fees:  $12,480.00;      Hours:  15.60

### G.    Insurance Coverage

20.    This category relates to issues regarding insurance coverage and other insurance issues.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding Wausau coverage and exposure; (2) reviewed and analyzed issues regarding bad faith in mediation; and (3) performed work regarding an updated analysis of the Wausau insurance position.

Fees:  $3,840.00;      Hours:  4.80

### H.    Mediation

21.    This category relates to mediation issues.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding next steps relating to mediation; (2) reviewed and analyzed issues regarding restricted assets in preparation for a mediation session; (3) prepared for and attended multiple mediation sessions with the Diocese and/or certain insurers; (4) reviewed and analyzed issues for mediation regarding insurance coverage; (5) reviewed and analyzed strategy issues regarding mediation;  ; and (6) conferred and corresponded regarding mediation issues.

Fees:  $53,040.00;      Hours:  66.30

### I.    Travel Time

22.    During the Fee Period, the Firm incurred non-working time while traveling on case matters.  The Firm did not charge for such time.

Fees:  $0.00;      Hours:  18.90

23.    The above-referenced description of services is not intended to be exhaustive of the scope of PSZJ's services rendered on behalf of the Committee.  A full accounting of all services rendered on behalf of the Committee during the Fee Period is contained in the monthly fee statements attached hereto as **Exhibits B, C, D, E, F, G and H** and specifically in the invoices attached to such monthly fee statements[5].

24.    As contained in the time records in the attached invoices, PSZJ has expended a total of 322.30 hours during the Fee Period representing the Committee in this case. The value of the services rendered to the Committee by PSZJ is $234,270.00 and PSZJ has incurred actual and necessary out-of-pocket expenses in the amount of $15,531.39 during the Fee Period in connection with such professional services.

### Professional Services Rendered During the Fee Period

25.    The value of the professional services rendered to the Committee during the Fee Period has been billed at rates normally charged by PSZJ for comparable services performed for other clients, subject to an $800/hour cap for attorneys working in this case and a $300/hour cap for paraprofessionals working in this case.

26.    PSZJ has attempted to avoid any duplication of services by its professionals in rendering services.  When more than one professional participated in any conference or hearing, such joint participation was necessary because of the complexity of the legal issues involved, the various legal disciplines required, or the need to familiarize the

---

[5] The March and April 2025 monthly fee statements are erroneously both captioned as the "Nineteenth" monthly fee statement.

professional with such matters so that he or she could independently perform further essential

services in connection with this case.

### Actual and Necessary Expenses Incurred During the Fee Period

27.     During the Fee Period, PSZJ has incurred actual and necessary out-of-

pocket expenses in the total amount of $15,531.39.  PSZJ customarily charges $0.10 per page for

photocopying expense and $0.10 per page for scanning and printing charges.  PSZJ's

photocopying machines automatically record the number of copies made when the person that is

doing the copying enters the client's account number into a device attached to the photocopier.

PSZJ summarizes each client's photocopying charges on a daily basis.

28.     With respect to providers of on-line legal research (*e.g.* LEXIS), PSZJ

charges the standard usage rates these providers charge for computerized legal research.  PSZJ

bills its clients the actual amount charged by such service providers, with no premium.  Any

volume discount received by PSZJ is passed on to the client.

29.     PSZJ believes the foregoing rates are the market rates that the majority of

law firms charge clients for such services.  In addition, PSZJ believes that such charges are in

accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's

Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other

charges.

### Notice

30.     Notice of this application is being given to (a) the Debtor, (b) the Debtor's

counsel, (c) the U.S. Trustee, and (d) those parties who have appeared in this case or have

requested notice pursuant to Bankruptcy Rule 2002.

**No Prior Request**

31.     No prior application for the relief requested herein has been made to this

or any other court.

**WHEREFORE**, PSZJ respectfully requests the Court enter an order,

substantially in the form attached as **Exhibit A**:  (i) allowing, on an interim basis, compensation

in the amount of $234,270.00 for reasonable and necessary professional services rendered and

reimbursement of actual and necessary costs and expenses in the amount of $15,531.39 for the

Fee Period, (ii) authorizing and directing the Debtor to pay the unpaid balance of such amounts

to PSZJ, and (iii) granting PSZJ all other just and proper relief.

 Respectfully submitted,

Date: November 21, 2025          **PACHULSKI STANG ZIEHL & JONES LLP**

                          */s/ Ilan D. Scharf*
                          James I. Stang (admitted *pro hac vice*)
                          Ilan D. Scharf
                          Karen B. Dine
                          1700 Broadway, 36th Floor
                          New York, NY 10019
                          Telephone:  (212) 561-7700
                          Facsimile:  (212) 561-7777
                          Email:     jstang@pszjlaw.com
                                     ischarf@pszjlaw.com
                                     kdine@pszjlaw.com

                          *Counsel to the Official Committee of Unsecured
                          Creditors*

## VERIFICATION

STATE OF NEW YORK   :
                       :
COUNTY OF NEW YORK  :

      Ilan D. Scharf, after being duly sworn according to law, deposes and says:

      a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

      b)      I am familiar with the work performed on behalf of the Committee by the lawyers and paraprofessionals of PSZJ.

      c)      I certify pursuant to LR 2016-(1) (c) (2) that all expenses for which reimbursement is sought were incurred on behalf of the Committee and no other person and that the reimbursement, if allowed in full, will not exceed the amount applicant paid for the items.

      d)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Local Rule 2016-1 and the Interim Compensation Order entered November 9, 2023 and believe that this Application substantially complies with such Rule and Order.

                             */s/ Ilan D. Scharf*
                                 Ilan D. Scharf

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK, | Case No. 23-60507 (PGR) |
| Debtor. | |

**ORDER GRANTING
FIFTH INTERIM FEE APPLICATION OF PACHULSKI
STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR
THE PERIOD MARCH 1, 2025 THROUGH SEPTEMBER 30, 2025**

This matter is before the Court on the *Fifth Interim Fee Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period March 1, 2025 through September 30, 2025* [Docket No. ____] (the "**Application**"), filed by Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), counsel to the Committee.  In the Application, PSZJ requests (i) allowance on an interim basis compensation in the amount of $234,270.00 for reasonable and necessary professional services rendered and reimbursement of actual and necessary costs and expenses in the amount of $15,531.39 for the Fee Period of March 1, 2025 through September 30, 2025, and (ii) authorizing and directing the Debtor to pay the unpaid balance of such amounts to PSZJ.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing on _____ ___, 2025 and being otherwise

duly advised in the premises, determines that the Application should be, and hereby is

GRANTED.  Accordingly,

IT IS THEREFORE ORDERED as follows:

1.      The Application is GRANTED as set forth herein.

2.      PSZJ's compensation for professional services rendered during the period March

1, 2025 through September 30, 2025 (the "**Fee Period**") is allowed on an interim basis in the

amount of $___.

3.      Reimbursement of PSZJ's expenses incurred during the Fee Period is allowed on

an interim basis in the amount of $___.

4.      The Debtor is directed to pay PSZJ the amount of $___ for professional services

rendered and $___ for reimbursement of expenses incurred during the Fee Period, less any

amount previously paid, within 15 days of the entry of this Order.

5.      The allowance of compensation and reimbursement of expenses pursuant to this

Order is without prejudice to PSZJ's right to seek additional compensation for services

performed and expenses incurred during the Fee Period, which were not processed at the time of

the Application.

6.      This Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.

###

**EXHIBIT B**

(March 1, 2025 – March 31, 2025 Monthly Fee Statement)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                     Debtor.

Chapter 11

Case No. 23-60507 (PGR)

---

**NOTICE OF FILING OF NINETEENTH MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
<u>MARCH 1, 2025 THROUGH MARCH 31, 2025</u>**

      **PLEASE TAKE NOTICE** that in accordance with the *Order Establishing*

*Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and*

*Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed

its Nineteenth Monthly Fee Statement for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for

the Roman Catholic Diocese of Ogdensburg, New York for the Period March 1, 2025 Through

March 31, 2025, a copy of which is attached hereto and is hereby served upon you.

Dated: New York, New York
May 13, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*

James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
           ischarf@pszjlaw.com
           kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                   Debtor.

Chapter 11

Case No. 23-60507 (PGR)

---

### NINETEENTH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD <u>MARCH 1, 2025 THROUGH MARCH 31, 2025</u>

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 3/1/25-3/31/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 11,790.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 1,100.69 |
| Total | $ 12,890.69 |

This is a monthly fee statement. It is the nineteenth monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated: New York, New York
May 13, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
            ischarf@pszjlaw.com
            kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

# EXHIBIT A



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

April 10, 2025
Invoice    146939
Client     18493.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2025

| | |
|---|---:|
| FEES | $11,790.00 |
| EXPENSES | $1,100.69 |
| **TOTAL CURRENT CHARGES** | **$12,890.69** |
| **BALANCE FORWARD** | **$31,089.29** |
| **TOTAL BALANCE DUE** | **$43,979.98** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     2

Invoice 146939

April 10, 2025

---

## <u>Summary of Services by Professional</u>

| <u>ID</u> | <u>Name</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|-----------|-------------|--------------|-------------|--------------|---------------|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 6.20 | $4,960.00 |
| EG | Gray, Erin | Counsel | 800.00 | 0.60 | $480.00 |
| JMD | Dine, Jeffrey M. | Counsel | 800.00 | 0.50 | $400.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 7.10 | $5,680.00 |
| NJH | Hall, Nathan J. | Paralegal | 300.00 | 0.90 | $270.00 |
| | | | | 15.30 | $11,790.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    3

Diocese of Ogdensburg O.C.C.

Invoice 146939

Client 18493.00002

April 10, 2025

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 12.90 | $10,320.00 |
| CA | Case Administration | 1.50 | $750.00 |
| CP | PSZJ Compensation | 0.60 | $480.00 |
| GC | General Creditors' Committee | 0.30 | $240.00 |
| | | 15.30 | $11,790.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    4

Invoice 146939

April 10, 2025

---

### Summary of Expenses

| Description | Amount |
| --- | --- |
| Litigation Support Vendors | $1,100.00 |
| Postage | $0.69 |
| | $1,100.69 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    5

Invoice 146939

April 10, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 03/18/2025 | IDS | BL | Participate in hearing via zoom. | 1.00 | 800.00 | $800.00 |
| 03/04/2025 | IDS | BL | Attention to 2004 motion filed by Century. | 0.80 | 800.00 | $640.00 |
| 03/06/2025 | JMD | BL | Review draft response to Century Insurance motion to compel (0.2). | 0.20 | 800.00 | $160.00 |
| 03/06/2025 | KBD | BL | Draft objection to Century discovery motion. | 1.20 | 800.00 | $960.00 |
| 03/07/2025 | IDS | BL | Call with Schiavoni regarding motion to compel. | 0.90 | 800.00 | $720.00 |
| 03/07/2025 | IDS | BL | Call with Bair regarding motion to compel. | 0.20 | 800.00 | $160.00 |
| 03/07/2025 | JMD | BL | Review draft response to Century Insurance motion to compel (0.3). | 0.30 | 800.00 | $240.00 |
| 03/07/2025 | KBD | BL | Revisions to objection to Century motion. | 0.50 | 800.00 | $400.00 |
| 03/07/2025 | KBD | BL | Prepare K. Dine declaration in support of objection. | 0.40 | 800.00 | $320.00 |
| 03/10/2025 | IDS | BL | Review and revise response to Century motion to compel. | 1.00 | 800.00 | $800.00 |
| 03/10/2025 | KBD | BL | Prepare objection to Century motion. | 0.50 | 800.00 | $400.00 |
| 03/11/2025 | IDS | BL | Review and assess proposed order regarding Century motion. | 0.80 | 800.00 | $640.00 |
| 03/11/2025 | IDS | BL | Final review of response to Century motion to compel. | 0.70 | 800.00 | $560.00 |
| 03/11/2025 | KBD | BL | Finalize/coordinate filing of objection to Century Motion. | 0.30 | 800.00 | $240.00 |
| 03/11/2025 | KBD | BL | Analyze Debtor objection to motion. | 0.30 | 800.00 | $240.00 |
| 03/12/2025 | IDS | BL | Call with Dine regarding Century proposed order. | 0.30 | 800.00 | $240.00 |
| 03/12/2025 | KBD | BL | Analyze Century proposal to revise motion. | 0.30 | 800.00 | $240.00 |
| 03/12/2025 | KBD | BL | Call with I. Scharf regarding Century motion. | 0.30 | 800.00 | $240.00 |
| 03/14/2025 | KBD | BL | Correspondence relating to response to Century motion. | 0.10 | 800.00 | $80.00 |
| 03/18/2025 | KBD | BL | Participate in hearing via zoom. | 1.00 | 800.00 | $800.00 |
| 03/18/2025 | KBD | BL | Correspondence relating to setting meet and confer regarding subpoena. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    6

Invoice 146939

April 10, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2025 | KBD | BL | Analyze issues relating to subpoena with I. Scharf (for part). | 0.30 | 800.00 | $240.00 |
| 03/19/2025 | KBD | BL | Call with T. Schiavoni regarding subpoena to Gallagher. | 0.30 | 800.00 | $240.00 |
| 03/19/2025 | KBD | BL | Call with B. Sheehan regarding subpoena to Gallagher. | 0.20 | 800.00 | $160.00 |
| 03/19/2025 | KBD | BL | Call with I. Scharf regarding subpoena matters. | 0.20 | 800.00 | $160.00 |
| 03/20/2025 | KBD | BL | Prepare correspondence regarding subpoena to Gallagher. | 0.20 | 800.00 | $160.00 |
| 03/20/2025 | KBD | BL | Analyze information to be requested for subpoena. | 0.30 | 800.00 | $240.00 |
| 03/25/2025 | KBD | BL | Correspondence among parties regarding Gallagher subpoena. | 0.10 | 800.00 | $80.00 |
| 03/25/2025 | KBD | BL | Call with I. Scharf regarding Gallagher subpoena. | 0.10 | 800.00 | $80.00 |
| | | | | 12.90 | | $10,320.00 |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/07/2025 | NJH | CA | Revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 03/10/2025 | IDS | CA | Call with Diocese regarding status. | 0.30 | 800.00 | $240.00 |
| 03/10/2025 | KBD | CA | Call with BSK and I. Scharf regarding ongoing case matters. | 0.30 | 800.00 | $240.00 |
| 03/19/2025 | NJH | CA | Revise the critical dates in the WIP list spreadsheet. | 0.50 | 300.00 | $150.00 |
| 03/28/2025 | NJH | CA | Analyze case deadlines to update WIP list. | 0.20 | 300.00 | $60.00 |
| | | | | 1.50 | | $750.00 |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/10/2025 | EG | CP | Review and file certificates of no objection to 14th and 15th Monthly Fee Statements. | 0.50 | 800.00 | $400.00 |
| 03/10/2025 | EG | CP | Draft email to I. Scharf re 16th Monthly Fee Statemens. | 0.10 | 800.00 | $80.00 |
| | | | | 0.60 | | $480.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     7

Invoice 146939

April 10, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **General Creditors' Committee** | | | | | | |
| 03/10/2025 | IDS | GC | Email to Stippel regarding disposition of building on St Mary's in Massena. | 0.20 | 800.00 | $160.00 |
| 03/11/2025 | KBD | GC | Correspondence with SCC regarding ongoing matters. | 0.10 | 800.00 | $80.00 |
| | | | | **0.30** | | **$240.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                          **$11,790.00**

Pachulski Stang Ziehl & Jones LLP

Page:    8

Diocese of Ogdensburg O.C.C.

Invoice 146939

Client 18493.00002

April 10, 2025

---

**Expenses**

| | | | |
|---|---|---|---:|
| 03/10/2025 | PO | Postage | 0.69 |
| 03/31/2025 | OS | Everlaw, Inv. 147490 | 1,100.00 |
| | **Total Expenses for this Matter** | | **$1,100.69** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     9

Invoice 146939

April 10, 2025

**A/R STATEMENT**

**Outstanding Balance from prior invoices as of 03/31/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|-----------------|--------------|------------|-----------------|-------------|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 144496 | 10/31/2024 | $2,090.00 | $0.00 | $2,090.00 |
| 145260 | 11/30/2024 | $7,596.00 | $0.00 | $7,596.00 |
| 145262 | 12/31/2024 | $4,830.00 | $1,100.00 | $5,930.00 |
| 146408 | 01/31/2025 | $12,910.00 | $1,663.29 | $14,573.29 |

**Total Amount Due on Current and Prior Invoices:**                    **$43,979.98**

**EXHIBIT C**
(April 1, 2025 – April 30, 2025 Monthly Fee Statement)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:                                                                  Chapter 11

The Roman Catholic Diocese of
Ogdensburg, New York,                                   Case No. 23-60507 (PGR)

                                Debtor.

**NOTICE OF FILING OF NINETEENTH MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
APRIL 1, 2025 THROUGH APRIL 30, 2025**

       **PLEASE TAKE NOTICE** that in accordance with the *Order Establishing
Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and
Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed
its Nineteenth Monthly Fee Statement for Compensation for Services Rendered and
Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for
the Roman Catholic Diocese of Ogdensburg, New York for the Period April 1, 2025 Through
April 30, 2025, a copy of which is attached hereto and is hereby served upon you.

Dated: New York, New York          PACHULSKI STANG ZIEHL & JONES LLP
      October 29, 2025

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
           ischarf@pszjlaw.com
           kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                    Debtor.

Chapter 11

Case No. 23-60507 (PGR)

---

### NINETEENTH MONTHLY FEE STATEMENT OF
### PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
### RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
### DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
### APRIL 1, 2025 THROUGH APRIL 30, 2025

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 4/1/25-4/30/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 69,130.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 1,293.69 |
| Total | $ 70,423.69 |

This is a monthly fee statement. It is the nineteenth monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated: New York, New York
October 29, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:     jstang@pszjlaw.com
           ischarf@pszjlaw.com
           kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

April 30, 2025
Invoice    148918
Client      18493.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2025

| | |
|---|---|
| FEES | $69,130.00 |
| EXPENSES | $1,293.69 |
| **TOTAL CURRENT CHARGES** | **$70,423.69** |
| **BALANCE FORWARD** | **$71,884.23** |
| **TOTAL BALANCE DUE** | **$142,307.92** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    2

Invoice 148918

April 30, 2025

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 25.70 | $20,560.00 |
| IDS | Scharf, Ilan D. | Partner | 0.00 | 0.00 | $0.00 |
| EG | Gray, Erin | Counsel | 800.00 | 1.30 | $1,040.00 |
| JMD | Dine, Jeffrey M. | Counsel | 800.00 | 10.40 | $8,320.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 46.00 | $36,800.00 |
| WLR | Ramseyer, William L. | Counsel | 800.00 | 1.40 | $1,120.00 |
| NJH | Hall, Nathan J. | Paralegal | 300.00 | 4.30 | $1,290.00 |
| | | | | 89.10 | $69,130.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    3

Invoice 148918

April 30, 2025

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 8.30 | $6,640.00 |
| BL | Bankruptcy Litigation | 63.50 | $49,550.00 |
| CA | Case Administration | 2.30 | $940.00 |
| CP | PSZJ Compensation | 2.80 | $2,240.00 |
| GC | General Creditors' Committee | 1.20 | $960.00 |
| HE | Hearings | 1.60 | $1,280.00 |
| ME | Mediation | 9.40 | $7,520.00 |
| | | 89.10 | $69,130.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    4

Invoice 148918

April 30, 2025

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Lexis/Nexis- Legal Research | $99.00 |
| Litigation Support Vendors | $1,100.00 |
| Postage | $25.89 |
| Reproduction Expense | $23.70 |
| Transcript | $45.10 |
| | $1,293.69 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    5

Invoice 148918

April 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 04/08/2025 | IDS | AA | Attend meeting with BRG regarding restricted assets. | 0.60 | 800.00 | $480.00 |
| 04/07/2025 | KBD | AA | Analyze documents relating to restricted assets. | 1.40 | 800.00 | $1,120.00 |
| 04/08/2025 | IDS | AA | Call with BRG and K. Dine regarding restricted assets. | 0.60 | 800.00 | $480.00 |
| 04/08/2025 | IDS | AA | Attend meeting with BRG regarding restricted assets. | 0.60 | 800.00 | $480.00 |
| 04/08/2025 | KBD | AA | Analyze documents relating to restricted assets. | 1.70 | 800.00 | $1,360.00 |
| 04/08/2025 | KBD | AA | Revise memorandum regarding restricted assets. | 0.40 | 800.00 | $320.00 |
| 04/08/2025 | KBD | AA | Call with BRG and I. Scharf regarding restricted assets. | 0.60 | 800.00 | $480.00 |
| 04/09/2025 | KBD | AA | Analyze issues relating to restricted assets with I. Scharf (for part). | 1.30 | 800.00 | $1,040.00 |
| 04/10/2025 | IDS | AA | Attention to analysis of restricted assets. | 1.10 | 800.00 | $880.00 |
| | | | | **8.30** | | **$6,640.00** |
| **Bankruptcy Litigation** | | | | | | |
| 04/01/2025 | JMD | BL | T/cs K. Dine re Century/Gallagher discovery issues  (0.2). Research re Century/Gallagher discovery issues (0.3). | 0.50 | 800.00 | $400.00 |
| 04/01/2025 | KBD | BL | Prepare status report regarding Gallagher subpoena. | 1.00 | 800.00 | $800.00 |
| 04/01/2025 | KBD | BL | Analyze issues relating to Gallagher subpoena w/J. Dine (for part). | 0.60 | 800.00 | $480.00 |
| 04/01/2025 | KBD | BL | Correspondence among parties relating to Gallagher subpoena. | 0.10 | 800.00 | $80.00 |
| 04/02/2025 | KBD | BL | Analyze issues relating to subpoena to Gallagher. | 0.20 | 800.00 | $160.00 |
| 04/02/2025 | KBD | BL | Correspondence among parties relating to meet and confer. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    6

Invoice 148918

April 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/03/2025 | JMD | BL | Rev. Gallagher subpoena correspondence (0.2). Zoom conf. A. Kaufman (Gallagher), K. Dine, N. Kuenzi. other ins. counsel( 0.9 ). Zoom conf. N. Kuenzi, K. Dine re requests for docs (0.3). Review doc list (1.2) T/c N. Kuenzi re document requests (.2). | 2.80 | 800.00 | $2,240.00 |
| 04/03/2025 | KBD | BL | Meet and confer with counsel for Gallagher and other interested parties relating to subpoena. | 0.90 | 800.00 | $720.00 |
| 04/03/2025 | KBD | BL | Call with N. Kuenzi and J. Dine regarding next steps with respect to subpoena. | 0.30 | 800.00 | $240.00 |
| 04/03/2025 | KBD | BL | Prepare for meet and confer regarding Gallagher subpoena. | 0.50 | 800.00 | $400.00 |
| 04/03/2025 | KBD | BL | Attention to correspondence from T. Schiavoni regarding subpoena. | 0.10 | 800.00 | $80.00 |
| 04/03/2025 | KBD | BL | Analyze document list for production materials. | 0.40 | 800.00 | $320.00 |
| 04/04/2025 | KBD | BL | Extensive correspondence among parties regarding discovery matters. | 0.60 | 800.00 | $480.00 |
| 04/04/2025 | KBD | BL | Call with I. Scharf regarding discovery matters. | 0.10 | 800.00 | $80.00 |
| 04/06/2025 | KBD | BL | Analyze issues relating to discovery from Gallagher. | 0.40 | 800.00 | $320.00 |
| 04/07/2025 | IDS | BL | Prepare for status conference with KBD. | 0.30 | 800.00 | $240.00 |
| 04/07/2025 | IDS | BL | Call with K Dine regarding Gallagher subpoena. | 0.30 | 800.00 | $240.00 |
| 04/07/2025 | IDS | BL | Prepare for hearing regarding Gallagher subpoena. | 1.10 | 800.00 | $880.00 |
| 04/07/2025 | JMD | BL | Zoom meet and confer re Gallagher subpoena with N. Kuenzi, B. Sheehan, K. Dine, A. Kaufrman, M. Klotz, J. Russell, M. Liptak (0.4). | 0.40 | 800.00 | $320.00 |
| 04/07/2025 | KBD | BL | Prepare for meet and confer with Gallagher with I. Scharf (for part). | 0.30 | 800.00 | $240.00 |
| 04/07/2025 | KBD | BL | Correspondence with counsel for Century regarding subpoena to Gallagher. | 0.30 | 800.00 | $240.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Ogdensburg O.C.C.
Client 18493.00002

Page:    7
Invoice 148918
April 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/2025 | KBD | BL | Call with C. Sullivan and B. Sheehan regarding subpoena. | 0.30 | 800.00 | $240.00 |
| 04/07/2025 | KBD | BL | Call with counsel for Gallagher and counsel for other parties to meet and confer regarding subpoena. | 0.40 | 800.00 | $320.00 |
| 04/07/2025 | KBD | BL | Prepare for status conference regarding subpoena with I. Scharf (for part). | 0.30 | 800.00 | $240.00 |
| 04/08/2025 | KBD | BL | Prepare for status conference relating to subpoena. | 0.60 | 800.00 | $480.00 |
| 04/08/2025 | KBD | BL | Attend telephonic status conference regarding subpoena. | 0.80 | 800.00 | $640.00 |
| 04/09/2025 | KBD | BL | Analyze correspondence relating to Gallagher subpoena among parties. | 0.40 | 800.00 | $320.00 |
| 04/09/2025 | KBD | BL | Work on action items relating to Gallagher subpoena w/I. Scharf (for part). | 0.70 | 800.00 | $560.00 |
| 04/10/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena. | 0.40 | 800.00 | $320.00 |
| 04/10/2025 | IDS | BL | Email to Kaufman regarding meet and confer. | 0.10 | 800.00 | $80.00 |
| 04/10/2025 | IDS | BL | Review email correspondence regarding Gallagher subpoena. | 1.10 | 800.00 | $880.00 |
| 04/11/2025 | IDS | BL | Call with K. Dine regarding subpoena to Gallagher. | 0.30 | 800.00 | $240.00 |
| 04/11/2025 | IDS | BL | Respond to Schiavoni email regarding subpoena to Gallagher. | 0.30 | 800.00 | $240.00 |
| 04/11/2025 | IDS | BL | Review correspondence from Century counsel re subpoena to Gallagher. | 0.60 | 800.00 | $480.00 |
| 04/11/2025 | IDS | BL | Draft email to Diocese and Century counsel re subpoena to Gallagher | 0.60 | 800.00 | $480.00 |
| 04/11/2025 | IDS | BL | Follow up discussion with K Dine regarding subpoena to Gallagher. | 0.30 | 800.00 | $240.00 |
| 04/11/2025 | IDS | BL | Review caselaw regarding subpoena enforcement with Gallagher. | 1.50 | 800.00 | $1,200.00 |
| 04/11/2025 | JMD | BL | Review emails re Gallagher subpoena (0.5). | 0.50 | 800.00 | $400.00 |
| 04/11/2025 | KBD | BL | Analyze restricted assets w/M. Babcock from BRG for part. | 0.60 | 800.00 | $480.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    8

Invoice 148918

April 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/11/2025 | KBD | BL | Extensive correspondence among parties relating to Gallagher subpoena. | 0.50 | 800.00 | $400.00 |
| 04/11/2025 | KBD | BL | Call with I. Scharf regarding enforcement of subpoena. | 0.30 | 800.00 | $240.00 |
| 04/11/2025 | KBD | BL | Call with I. Scharf regarding emails relating to meet and confer. | 0.10 | 800.00 | $80.00 |
| 04/15/2025 | IDS | BL | Meet and confer with Gallagher and insurers regarding subpoena to Gallagher. | 1.00 | 800.00 | $800.00 |
| 04/15/2025 | IDS | BL | Prepare for meet and confer with Gallagher; review caselaw, pleadings, subpoena and email correspondence. | 1.50 | 800.00 | $1,200.00 |
| 04/15/2025 | KBD | BL | Prepare for meet and confer call regarding Gallagher subpoena. | 0.40 | 800.00 | $320.00 |
| 04/15/2025 | KBD | BL | Participate in meet and confer with counsel for Gallagher, counsel for Century, counsel for the Diocese and counsel for other insurers. | 1.00 | 800.00 | $800.00 |
| 04/16/2025 | IDS | BL | Call with Schiavoni regarding Gallagher subpoena. | 1.00 | 800.00 | $800.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #1. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #2. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #3. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #4. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #5. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #6. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #7. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Respond to Schiavoni email regarding Gallagher subpoena #8. | 0.10 | 800.00 | $80.00 |
| 04/16/2025 | IDS | BL | Draft email to all parties regarding Gallagher subpoena after follow up to meet and confer. | 1.00 | 800.00 | $800.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    9

Invoice 148918

April 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/16/2025 | IDS | BL | Review Klotz email regarding Gallagher subpoena. | 0.40 | 800.00 | $320.00 |
| 04/16/2025 | IDS | BL | Revise email to all parties regarding Gallagher subpoena. | 0.30 | 800.00 | $240.00 |
| 04/16/2025 | IDS | BL | Further revisions to email to all parties regarding Gallagher subpoena per Klotz note. | 0.30 | 800.00 | $240.00 |
| 04/16/2025 | IDS | BL | Call with K. Dine regarding Gallagher subpoena. | 0.20 | 800.00 | $160.00 |
| 04/16/2025 | KBD | BL | Analyze extensive correspondence among parties relating to enforcement of Gallagher subpoena. | 0.60 | 800.00 | $480.00 |
| 04/16/2025 | KBD | BL | Call with I. Scharf regarding Gallagher subpoena. | 0.20 | 800.00 | $160.00 |
| 04/17/2025 | KBD | BL | Prepare/analyze correspondence regarding Gallagher subpoena among parties, including Century. | 0.60 | 800.00 | $480.00 |
| 04/17/2025 | KBD | BL | Outline status report/motion regarding Gallagher subpoena. | 0.80 | 800.00 | $640.00 |
| 04/18/2025 | KBD | BL | Draft status report/motion regarding Gallagher subpoena. | 2.80 | 800.00 | $2,240.00 |
| 04/19/2025 | JMD | BL | Review draft motion re Century subpoena participation (0.5). | 0.50 | 800.00 | $400.00 |
| 04/19/2025 | KBD | BL | Analyze correspondence relating to Gallagher Subpoena enforcement. | 1.20 | 800.00 | $960.00 |
| 04/19/2025 | KBD | BL | Draft motion and status report regarding enforcement of Gallagher subpoena. | 2.30 | 800.00 | $1,840.00 |
| 04/20/2025 | JMD | BL | Review draft motion re Century subpoena participation (2.1). | 2.10 | 800.00 | $1,680.00 |
| 04/21/2025 | IDS | BL | Call with BSK and K. Dine regarding outstanding case issues. | 0.30 | 800.00 | $240.00 |
| 04/21/2025 | JMD | BL | Review draft motion re Century subpoena participation (0.4). | 0.40 | 800.00 | $320.00 |
| 04/21/2025 | KBD | BL | Draft correspondence regarding Gallagher subpoena. | 0.10 | 800.00 | $80.00 |
| 04/21/2025 | KBD | BL | Draft Declaration in support of motion regarding Gallagher Subpoena. | 2.60 | 800.00 | $2,080.00 |

Pachulski Stang Ziehl & Jones LLP                                      Page:    10
Diocese of Ogdensburg O.C.C.                                         Invoice 148918
Client 18493.00002                                                  April 30, 2025

---

|            |     |    |                                                                                              | Hours | Rate   | Amount     |
|------------|-----|----|----------------------------------------------------------------------------------------------|-------|--------|------------|
| 04/21/2025 | KBD | BL | Revisions to motion regarding Gallagher Subpoena.                                             | 1.10  | 800.00 | $880.00    |
| 04/21/2025 | KBD | BL | Call with BSK and I. Scharf regarding outstanding case issues.                                | 0.30  | 800.00 | $240.00    |
| 04/22/2025 | IDS | BL | Review and revise motion and status report.                                                  | 1.80  | 800.00 | $1,440.00  |
| 04/22/2025 | JMD | BL | Revise draft objection re Century participation in Gallagher subpoena (1.8).                  | 1.80  | 800.00 | $1,440.00  |
| 04/22/2025 | KBD | BL | Prepare Declaration in support of motion for filing.                                          | 2.80  | 800.00 | $2,240.00  |
| 04/22/2025 | KBD | BL | Revise objection to Century motion relating to Gallagher subpoena for filing.                 | 1.70  | 800.00 | $1,360.00  |
| 04/22/2025 | NJH | BL | Cite check the declaration of K. Dine.                                                        | 0.50  | 300.00 | $150.00    |
| 04/22/2025 | NJH | BL | Cite check the motion to exclude Century from participation in enforcement of the subpoena to Gallagher. | 1.60  | 300.00 | $480.00    |
| 04/22/2025 | NJH | BL | Preparation of exhibit documents to the declaration of K. Dine.                               | 0.40  | 300.00 | $120.00    |
| 04/23/2025 | KBD | BL | Correspondence relating to Gallagher Subpoena matters.                                        | 0.10  | 800.00 | $80.00     |
| 04/23/2025 | KBD | BL | Call with I. Scharf re subpoena.                                                              | 0.10  | 800.00 | $80.00     |
| 04/24/2025 | IDS | BL | Review further correspondence regarding Gallagher subpoena.                                   | 0.30  | 800.00 | $240.00    |
| 04/24/2025 | IDS | BL | Call with Karen B. Dine regarding  Gallagher subpoena.                                        | 0.20  | 800.00 | $160.00    |
| 04/24/2025 | JMD | BL | Zoom discussion of Gallagher custodian issues with N. Kuenzi, K. Dine (0.1)..  Review custodian issues (0.7). | 0.80  | 800.00 | $640.00    |
| 04/24/2025 | KBD | BL | Call with I. Scharf regarding Gallagher subpoena.                                             | 0.20  | 800.00 | $160.00    |
| 04/24/2025 | KBD | BL | Call with N. Kuenzi and J. Dine regarding discovery issues.                                   | 0.10  | 800.00 | $80.00     |
| 04/24/2025 | KBD | BL | Correspondence relating to Gallagher Subpoena.                                                | 0.30  | 800.00 | $240.00    |
| 04/24/2025 | KBD | BL | Analyze Century status report.                                                                | 0.30  | 800.00 | $240.00    |
| 04/25/2025 | JMD | BL | Emails re Gallagher custodian questions (0.3).                                                | 0.30  | 800.00 | $240.00    |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    11

Invoice 148918

April 30, 2025

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|------:|-----:|-------:|
| 04/25/2025 | KBD | BL | Analyze correspondence relating to Gallagher Subpoena. | 0.20 | 800.00 | $160.00 |
| 04/29/2025 | JMD | BL | Telephone call K. Dine re subpoena follow-up (0.1).  Research re subpoenant's document preservation obligation (0.2). | 0.30 | 800.00 | $240.00 |
| 04/29/2025 | KBD | BL | Call with J. Dine regarding discovery matters. | 0.10 | 800.00 | $80.00 |
| 04/29/2025 | KBD | BL | Analyze issues relating to enforcement of Gallagher Subpoena. | 0.30 | 800.00 | $240.00 |
| 04/29/2025 | KBD | BL | Attention to correspondence with counsel for Gallagher regarding subpoena matters. | 0.20 | 800.00 | $160.00 |
| 04/29/2025 | KBD | BL | Work on outline for motion to compel. | 1.40 | 800.00 | $1,120.00 |
| 04/30/2025 | KBD | BL | Analyze legal issues for motion to compel. | 1.00 | 800.00 | $800.00 |
| 04/30/2025 | KBD | BL | Draft motion to compel. | 0.80 | 800.00 | $640.00 |
| 04/30/2025 | KBD | BL | Attention to correspondence regarding Subpoena. | 0.10 | 800.00 | $80.00 |
| | | | | **63.50** | | **$49,550.00** |

**Case Administration**

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|------:|-----:|-------:|
| 04/04/2025 | NJH | CA | Revise critical dates in WIP list. | 0.30 | 300.00 | $90.00 |
| 04/07/2025 | IDS | CA | Call with BSK team regarding case status. | 0.30 | 800.00 | $240.00 |
| 04/14/2025 | NJH | CA | Revise critical dates in WIP list. | 0.60 | 300.00 | $180.00 |
| 04/16/2025 | IDS | CA | Call with J. Stang regarding Gallagher subpoena. | 0.00 | 800.00 | N/C |
| 04/18/2025 | NJH | CA | Revise the critical dates in WIP list. | 0.40 | 300.00 | $120.00 |
| 04/21/2025 | EG | CA | Review WIP and critical dates and draft email re: same. | 0.20 | 800.00 | $160.00 |
| 04/21/2025 | NJH | CA | Revise critical dates on the WIP list. | 0.10 | 300.00 | $30.00 |
| 04/25/2025 | NJH | CA | Revise the critical dates in the WIP list. | 0.40 | 300.00 | $120.00 |
| | | | | **2.30** | | **$940.00** |

Pachulski Stang Ziehl & Jones LLP                                    Page:    12
Diocese of Ogdensburg O.C.C.                                         Invoice 148918
Client 18493.00002                                                  April 30, 2025

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**PSZJ Compensation**

| 04/14/2025 | EG | CP | Review status of monthly fee statements (.20); draft email to I. Scharf re: same (.10); draft email to Accounting re: same (.10); draft email to WLR re: same (.20). | 0.60 | 800.00 | $480.00 |
| 04/16/2025 | WLR | CP | Review and revise January and February 2024 bills in anticipation of preparation of fee application. | 0.30 | 800.00 | $240.00 |
| 04/16/2025 | WLR | CP | Draft Fourth interim fee application. | 0.60 | 800.00 | $480.00 |
| 04/17/2025 | KBD | CP | Work on fee application. | 0.30 | 800.00 | $240.00 |
| 04/20/2025 | WLR | CP | Review and revise February 2025 bill in anticipation of preparation of interim fee application. | 0.20 | 800.00 | $160.00 |
| 04/21/2025 | EG | CP | Draft and supervise filing and service of monthly fee statements. | 0.50 | 800.00 | $400.00 |
| 04/21/2025 | WLR | CP | Draft Fourth interim fee application. | 0.30 | 800.00 | $240.00 |
|  |  |  | | **2.80** | | **$2,240.00** |

**General Creditors' Committee**

| 04/08/2025 | IDS | GC | Call with Stippel regarding case matters. | 0.20 | 800.00 | $160.00 |
| 04/15/2025 | IDS | GC | Call with C. LaFave, M. Finnegan, T. Stippel and K. Dine regarding ongoing case matters. | 0.50 | 800.00 | $400.00 |
| 04/15/2025 | KBD | GC | Call with C. LaFave, M. Finnegan, T. Stippel and I. Scharf regarding ongoing case matters. | 0.50 | 800.00 | $400.00 |
|  |  |  | | **1.20** | | **$960.00** |

**Hearings**

| 04/08/2025 | IDS | HE | Attend hearing regarding Gallagher subpoena. | 0.80 | 800.00 | $640.00 |
| 04/08/2025 | KBD | HE | Attend hearing regarding Gallagher subpoena. | 0.80 | 800.00 | $640.00 |
|  |  |  | | **1.60** | | **$1,280.00** |

**Mediation**

| 04/08/2025 | IDS | ME | Call with K. Dine regarding outstanding issues. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    13

Diocese of Ogdensburg O.C.C.

Invoice 148918

Client 18493.00002

April 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/08/2025 | IDS | ME | Call with K. Dine regarding outstanding issues for mediation. | 0.10 | 800.00 | $80.00 |
| 04/08/2025 | KBD | ME | Call with I. Scharf regarding outstanding issues for mediation. | 0.10 | 800.00 | $80.00 |
| 04/15/2025 | IDS | ME | Call with K. Dine regarding next steps relating to mediation. | 0.10 | 800.00 | $80.00 |
| 04/15/2025 | IDS | ME | Call with K. Dine regarding next steps relating to mediation. | 0.10 | 800.00 | $80.00 |
| 04/15/2025 | IDS | ME | Call with Stippel regarding mediation. | 0.30 | 800.00 | $240.00 |
| 04/15/2025 | IDS | ME | Call with K. Dine regarding mediation. | 0.30 | 800.00 | $240.00 |
| 04/15/2025 | IDS | ME | Review K. Dine and BRG analysis regarding restricted assets to prepare for mediation session. | 1.00 | 800.00 | $800.00 |
| 04/15/2025 | IDS | ME | Call with Sontchi regarding mediation. | 0.30 | 800.00 | $240.00 |
| 04/15/2025 | KBD | ME | Analyze issues on restricted assets in preparation for mediation. | 1.80 | 800.00 | $1,440.00 |
| 04/15/2025 | KBD | ME | Call with I. Scharf regarding next steps regarding mediation. | 0.10 | 800.00 | $80.00 |
| 04/15/2025 | KBD | ME | Call with BSK team and I. Scharf regarding matters relating to mediation. | 0.30 | 800.00 | $240.00 |
| 04/16/2025 | IDS | ME | Attend mediation session with Diocese. | 2.00 | 800.00 | $1,600.00 |
| 04/16/2025 | IDS | ME | Meeting with Stippel and LaFave regarding mediation, case next steps. | 0.40 | 800.00 | $320.00 |
| 04/16/2025 | KBD | ME | Participate in Zoom mediation w/mediators and parties. | 2.00 | 800.00 | $1,600.00 |
| 04/16/2025 | KBD | ME | Follow-up with I. Scharf regarding next steps. | 0.10 | 800.00 | $80.00 |
| 04/21/2025 | IDS | ME | Follow up with Bair regarding insurance mediation status. | 0.30 | 800.00 | $240.00 |
| | | | | 9.40 | | $7,520.00 |

**TOTAL SERVICES FOR THIS MATTER:**                    **$69,130.00**

Pachulski Stang Ziehl & Jones LLP                                   Page:    14
Diocese of Ogdensburg O.C.C.                                       Invoice 148918
Client 18493.00002                                                 April 30, 2025

---

### **Expenses**

| | | | |
|---|---|---|---:|
| 04/18/2025 | PO | Postage | 0.97 |
| 04/20/2025 | LN | 18493.00002 Lexis Charges for 04-20-25 | 39.60 |
| 04/21/2025 | PO | Postage | 0.97 |
| 04/21/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 04/21/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 04/22/2025 | LN | 18493.00002 Lexis Charges for 04-22-25 | 39.60 |
| 04/22/2025 | RE | SCAN/COPY ( 196 @0.10 PER PG) | 19.60 |
| 04/23/2025 | PO | Postage | 23.95 |
| 04/23/2025 | RE | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 04/29/2025 | LN | 18493.00002 Lexis Charges for 04-29-25 | 19.80 |
| 04/30/2025 | OS | Everlaw, Inv. 150815 | 1,100.00 |
| 04/30/2025 | TR | J&J Court Transcribers, Inv. 2025-00690 | 45.10 |

**Total Expenses for this Matter**                                 **$1,293.69**

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    15

Invoice 148918

April 30, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  04/30/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 144496 | 10/31/2024 | $2,090.00 | $0.00 | $2,090.00 |
| 145260 | 11/30/2024 | $7,596.00 | $0.00 | $7,596.00 |
| 145262 | 12/31/2024 | $4,830.00 | $1,100.00 | $5,930.00 |
| 146408 | 01/31/2025 | $12,910.00 | $1,663.29 | $14,573.29 |
| 146939 | 03/31/2025 | $11,790.00 | $1,100.69 | $12,890.69 |
| 146413 | 02/28/2025 | $26,780.00 | $1,124.25 | $27,904.25 |

**Total Amount Due on Current and Prior Invoices:**          **$142,307.92**

**EXHIBIT D**

(May 1, 2025 – May 31, 2025 Monthly Fee Statement)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

               Debtor.

Chapter 11

Case No. 23-60507 (PGR)

### NOTICE OF FILING OF TWENTIETH MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD MAY 1, 2025 THROUGH MAY 31, 2025

      **PLEASE TAKE NOTICE** that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Twentieth Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period May 1, 2025 Through May 31, 2025, a copy of which is attached hereto and is hereby served upon you.

Dated: New York, New York
       October 29, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
          ischarf@pszjlaw.com
          kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**TWENTIETH MONTHLY FEE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC**
**DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD**
**MAY 1, 2025 THROUGH MAY 31, 2025**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 5/1/25-5/31/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 67,310.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 2,136.36 |
| Total | $ 69,446.36 |

This is a monthly fee statement. It is the twentieth monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated: New York, New York
      October 29, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
           ischarf@pszjlaw.com
           kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

May 31, 2025
Invoice    148920
Client     18493.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2025

| | |
|---|---|
| FEES | $67,310.00 |
| EXPENSES | $2,136.36 |
| **TOTAL CURRENT CHARGES** | **$69,446.36** |
| **BALANCE FORWARD** | **$142,307.92** |
| **TOTAL BALANCE DUE** | **$211,754.28** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    2

Invoice 148920

May 31, 2025

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 18.00 | $14,400.00 |
| EG | Gray, Erin | Counsel | 800.00 | 6.20 | $4,960.00 |
| JMD | Dine, Jeffrey M. | Counsel | 800.00 | 3.10 | $2,480.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 52.10 | $41,680.00 |
| WLR | Ramseyer, William L. | Counsel | 800.00 | 2.30 | $1,840.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 300.00 | 3.60 | $1,080.00 |
| NJH | Hall, Nathan J. | Paralegal | 300.00 | 2.90 | $870.00 |
| | | | | 88.20 | $67,310.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    3

Invoice 148920

May 31, 2025

---

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 62.10 | $48,880.00 |
| CA | Case Administration | 3.60 | $2,230.00 |
| CP | PSZJ Compensation | 11.40 | $7,320.00 |
| GC | General Creditors' Committee | 3.00 | $2,400.00 |
| HE | Hearings | 5.70 | $4,560.00 |
| ME | Mediation | 2.40 | $1,920.00 |
| | | 88.20 | $67,310.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    4

Invoice 148920

May 31, 2025

---

## **Summary of Expenses**

| Description | Amount |
| --- | --- |
| Lexis/Nexis- Legal Research | $771.52 |
| Litigation Support Vendors | $1,104.60 |
| Pacer - Court Research | $185.10 |
| Postage | $15.04 |
| Reproduction Expense | $16.10 |
| Transcript | $44.00 |
| | $2,136.36 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:   5

Invoice 148920

May 31, 2025

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 05/02/2025 | KBD | BL | Draft Motion to compel. | 1.30 | 800.00 | $1,040.00 |
| 05/04/2025 | KBD | BL | Draft supplemental status report. | 1.50 | 800.00 | $1,200.00 |
| 05/05/2025 | IDS | BL | Call with K. Dine regarding case and Century request for information. | 0.30 | 800.00 | $240.00 |
| 05/05/2025 | IDS | BL | Review and revise supplemental status report. | 0.80 | 800.00 | $640.00 |
| 05/05/2025 | IDS | BL | Review pleadings regarding case 5.6 hearing. | 0.80 | 800.00 | $640.00 |
| 05/05/2025 | IDS | BL | Call with K. Dine regarding  case and Century request for information. | 0.30 | 800.00 | $240.00 |
| 05/05/2025 | KBD | BL | Draft Committee Supplemental Status Report. | 1.80 | 800.00 | $1,440.00 |
| 05/05/2025 | KBD | BL | Draft Dine declaration relating to Supplemental Status Report. | 0.70 | 800.00 | $560.00 |
| 05/05/2025 | KBD | BL | Call with I. Scharf regarding next steps relating to case matters. | 0.30 | 800.00 | $240.00 |
| 05/05/2025 | NJH | BL | Cite check and revise supplemental status report and accompanying documents. | 1.20 | 300.00 | $360.00 |
| 05/06/2025 | KBD | BL | Analyze correspondence relating to Gallagher Subpoena. | 0.20 | 800.00 | $160.00 |
| 05/09/2025 | NJH | BL | Revise critical dates in WIP list. | 0.40 | 300.00 | $120.00 |
| 05/12/2025 | IDS | BL | Prepare for meet and confer with Gallagher. | 0.50 | 800.00 | $400.00 |
| 05/12/2025 | IDS | BL | Meet and confer with Gallagher. | 0.80 | 800.00 | $640.00 |
| 05/12/2025 | IDS | BL | Call with J. Dine regarding Gallagher subpoena. | 0.30 | 800.00 | $240.00 |
| 05/12/2025 | JMD | BL | Gallagher Zoom meet and confer I Scharf,  K. Dine, S. Temes, A. Kaufman (0.8). | 0.80 | 800.00 | $640.00 |
| 05/12/2025 | KBD | BL | Call with A. Kafuman, S. Temes, I. Scharf and J. Dine regarding subpoena. | 0.80 | 800.00 | $640.00 |
| 05/13/2025 | KBD | BL | Analyze legal issues with respect to potential avoidance complaint. | 0.40 | 800.00 | $320.00 |
| 05/14/2025 | KBD | BL | Analyze legal issues with respect to potential avoidance complaint. | 2.40 | 800.00 | $1,920.00 |
| 05/20/2025 | IDS | BL | Review K Dine email regarding Gallagher. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    6

Invoice 148920

May 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/20/2025 | KBD | BL | Correspondence regarding meet and confer with Gallagher. | 0.10 | 800.00 | $80.00 |
| 05/20/2025 | KBD | BL | Analyze issues for avoidance action with I. Scharf (for part). | 2.60 | 800.00 | $2,080.00 |
| 05/21/2025 | IDS | BL | Follow-up with K. Dine re meet and confer. | 0.20 | 800.00 | $160.00 |
| 05/21/2025 | IDS | BL | Assess estate claims regarding DTF. | 0.90 | 800.00 | $720.00 |
| 05/21/2025 | IDS | BL | Assess claimants' rights regarding DLF and DILT. | 0.90 | 800.00 | $720.00 |
| 05/21/2025 | KBD | BL | Analyze factual issues relating to potential avoidance actions. | 1.70 | 800.00 | $1,360.00 |
| 05/21/2025 | KBD | BL | Analyze legal issues relating to potential avoidance actions. | 1.40 | 800.00 | $1,120.00 |
| 05/21/2025 | KBD | BL | Analyze issues relating to committee standing. | 0.80 | 800.00 | $640.00 |
| 05/21/2025 | KBD | BL | Meet and confer with counsel for Gallagher. | 0.30 | 800.00 | $240.00 |
| 05/21/2025 | KBD | BL | Follow-up from meet and confer with Gallagher with I. Scharf (for part). | 0.20 | 800.00 | $160.00 |
| 05/22/2025 | IDS | BL | Work on motion for standing regarding DLF | 1.00 | 800.00 | $800.00 |
| 05/22/2025 | IDS | BL | Review document list from Gallagher | 0.30 | 800.00 | $240.00 |
| 05/22/2025 | KBD | BL | Analyze agreements relating to allegedly restricted funds. | 1.80 | 800.00 | $1,440.00 |
| 05/22/2025 | KBD | BL | Outline potential avoidance actions. | 0.50 | 800.00 | $400.00 |
| 05/22/2025 | KBD | BL | Analyze legal issues relating to claims. | 2.30 | 800.00 | $1,840.00 |
| 05/22/2025 | KBD | BL | Outline issues for standing motion. | 1.40 | 800.00 | $1,120.00 |
| 05/22/2025 | KBD | BL | Analyze document list regarding Gallagher documents. | 0.30 | 800.00 | $240.00 |
| 05/23/2025 | IDS | BL | Review status report prepared by K Dine regarding discovery. | 0.40 | 800.00 | $320.00 |
| 05/23/2025 | IDS | BL | Meeting with Gallagher regarding discovery | 0.50 | 800.00 | $400.00 |
| 05/23/2025 | KBD | BL | Meet and confer with Gallagher regarding subpoena. | 0.50 | 800.00 | $400.00 |
| 05/23/2025 | KBD | BL | Strategize regarding next steps with I. Scharf. | 0.10 | 800.00 | $80.00 |
| 05/23/2025 | KBD | BL | Call with S. Temes regarding subpoena. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    7

Diocese of Ogdensburg O.C.C.

Invoice 148920

Client 18493.00002

May 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/23/2025 | KBD | BL | Draft status report for court regarding Gallagher subpoena. | 1.10 | 800.00 | $880.00 |
| 05/23/2025 | KBD | BL | Correspondence relating to Gallagher subpoena. | 0.10 | 800.00 | $80.00 |
| 05/23/2025 | KBD | BL | Analyze legal issues relating to DLF. | 2.30 | 800.00 | $1,840.00 |
| 05/26/2025 | KBD | BL | Analyze legal issues relating to DLF. | 3.30 | 800.00 | $2,640.00 |
| 05/26/2025 | KBD | BL | Draft standing motion. | 1.70 | 800.00 | $1,360.00 |
| 05/27/2025 | IDS | BL | Call with K. Dine regarding complaint analysis. | 0.40 | 800.00 | $320.00 |
| 05/27/2025 | KBD | BL | Draft motion for standing. | 1.40 | 800.00 | $1,120.00 |
| 05/27/2025 | KBD | BL | Analyze legal issues relating to complaint w/B. Michael (for part). | 3.20 | 800.00 | $2,560.00 |
| 05/27/2025 | KBD | BL | Finalize status report for filing. | 0.30 | 800.00 | $240.00 |
| 05/27/2025 | KBD | BL | Call w/I. Scharf regarding complaint analysis. | 0.40 | 800.00 | $320.00 |
| 05/28/2025 | IDS | BL | Call with K. Dine re complaint issues. | 0.20 | 800.00 | $160.00 |
| 05/28/2025 | JMD | BL | Call with K. Dine re complaint issues. | 0.20 | 800.00 | $160.00 |
| 05/28/2025 | JMD | BL | Review draft standing motion re DTF (0.4). Legal research re avoidance issues (1.0). | 1.40 | 800.00 | $1,120.00 |
| 05/28/2025 | KBD | BL | Revisions to motion regarding standing. | 0.40 | 800.00 | $320.00 |
| 05/28/2025 | KBD | BL | Prepare correspondence regarding Gallagher discovery. | 0.20 | 800.00 | $160.00 |
| 05/28/2025 | KBD | BL | Call w/J. Dine regarding complaint issues. | 0.20 | 800.00 | $160.00 |
| 05/29/2025 | JMD | BL | Research re restricted funds issues (0.7). | 0.70 | 800.00 | $560.00 |
| 05/29/2025 | KBD | BL | Call w/M. Babcock and C. Tergovorkian regarding DLF/DILT matters. | 1.00 | 800.00 | $800.00 |
| 05/29/2025 | KBD | BL | Analyze legal issues relating to DLF and DILT. | 1.70 | 800.00 | $1,360.00 |
| 05/29/2025 | KBD | BL | Draft complaint regarding estate property. | 1.40 | 800.00 | $1,120.00 |
| 05/30/2025 | IDS | BL | Call with K. Dine regarding potential avoidance actions. | 0.40 | 800.00 | $320.00 |
| 05/30/2025 | KBD | BL | Draft complaint regarding DLF Assets. | 2.10 | 800.00 | $1,680.00 |
| 05/30/2025 | KBD | BL | Analyze legal issues with respect to potential avoidance actions, | 1.60 | 800.00 | $1,280.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    8

Invoice 148920

May 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/30/2025 | KBD | BL | Call w/I. Scharf regarding potential avoidance actions. | 0.40 | 800.00 | $320.00 |
| 05/31/2025 | KBD | BL | Analyze legal issues relating to complaint. | 0.70 | 800.00 | $560.00 |
| 05/31/2025 | KBD | BL | Draft complaint. | 1.30 | 800.00 | $1,040.00 |
| | | | | 62.10 | | $48,880.00 |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/02/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 05/05/2025 | EG | CA | Update WIP. | 0.50 | 800.00 | $400.00 |
| 05/08/2025 | EG | CA | Update WIP and critical dates. | 1.00 | 800.00 | $800.00 |
| 05/12/2025 | NJH | CA | Analyze case deadlines to revise WIP list critical dates. | 0.10 | 300.00 | $30.00 |
| 05/16/2025 | NJH | CA | Analyze case deadlines to revise critical dates WIP list. | 0.60 | 300.00 | $180.00 |
| 05/21/2025 | EG | CA | Update WIP and critical dates. | 0.50 | 800.00 | $400.00 |
| 05/22/2025 | IDS | CA | Review supplemental budget. | 0.30 | 800.00 | $240.00 |
| 05/23/2025 | NJH | CA | Analyze case deadlines to revise critical dates WIP list. | 0.40 | 300.00 | $120.00 |
| | | | | 3.60 | | $2,230.00 |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/05/2025 | EG | CP | Review and approve CNO re: 16th Monthly Fee Statement; review and approve CNO re: 17th Monthly Fee Statement, review and approve 18th Monthly Fee Statement, draft emails and calendaring re: same. | 1.00 | 800.00 | $800.00 |
| 05/07/2025 | EG | CP | Draft emails re: fee applications. | 0.20 | 800.00 | $160.00 |
| 05/07/2025 | EG | CP | Revise and file CNO re: 17th Monthly Fee Statement. | 0.30 | 800.00 | $240.00 |
| 05/07/2025 | WLR | CP | Draft Fourth interim fee application. | 0.90 | 800.00 | $720.00 |
| 05/09/2025 | CAK | CP | Update spreadsheet in preparation of 4th Quarterly fee application | 0.40 | 300.00 | $120.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    9

Diocese of Ogdensburg O.C.C.

Invoice 148920

Client 18493.00002

May 31, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/09/2025 | WLR | CP | Review and revise March 2025 bill in anticipation of preparation of interim fee application. | 0.30 | 800.00 | $240.00 |
| 05/09/2025 | WLR | CP | Review and revise Fourth interim fee application. | 0.70 | 800.00 | $560.00 |
| 05/12/2025 | CAK | CP | Review and update 4th Quarterly fee application | 1.90 | 300.00 | $570.00 |
| 05/12/2025 | KBD | CP | Revisions to fee application. | 0.60 | 800.00 | $480.00 |
| 05/13/2025 | CAK | CP | Continue updating 4th Quarterly fee application | 0.60 | 300.00 | $180.00 |
| 05/13/2025 | CAK | CP | Edit 4th Quarterly fee application | 0.30 | 300.00 | $90.00 |
| 05/13/2025 | EG | CP | Review and revise 4th Interim Fee Application. | 1.50 | 800.00 | $1,200.00 |
| 05/13/2025 | EG | CP | Draft, file and calendar 19th Monthly Fee Statement (March 2025). | 0.60 | 800.00 | $480.00 |
| 05/13/2025 | EG | CP | Draft email to Charles Nadeau re: 4th Interim Fee Application. | 0.10 | 800.00 | $80.00 |
| 05/13/2025 | KBD | CP | Revise fee application. | 0.30 | 800.00 | $240.00 |
| 05/14/2025 | CAK | CP | Edit and email 4th Quarterly fee application | 0.20 | 300.00 | $60.00 |
| 05/14/2025 | CAK | CP | Prepare and email to E. Gray the exhibits to 4th Quarterly fee application | 0.20 | 300.00 | $60.00 |
| 05/14/2025 | EG | CP | Revise 4th Interim Fee Application. | 0.20 | 800.00 | $160.00 |
| 05/20/2025 | KBD | CP | Prepare comments to fee statements. | 0.40 | 800.00 | $320.00 |
| 05/20/2025 | WLR | CP | Review and revise April 2025 bill in anticipation of preparation of interim fee application. | 0.40 | 800.00 | $320.00 |
| 05/21/2025 | EG | CP | Draft CNO re: 18th Monthly Fee Statement. | 0.30 | 800.00 | $240.00 |
| | | | | **11.40** | | **$7,320.00** |

**General Creditors' Committee**

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/22/2025 | IDS | GC | Email to SCC regarding case status and mediation. | 0.60 | 800.00 | $480.00 |
| 05/23/2025 | IDS | GC | Email to SCC regarding meeting agenda and case status. | 0.50 | 800.00 | $400.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    10

Invoice 148920

May 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/23/2025 | IDS | GC | SCC meeting regarding case status. | 0.80 | 800.00 | $640.00 |
| 05/23/2025 | IDS | GC | Email to Barr regarding client requests for information. | 0.30 | 800.00 | $240.00 |
| 05/23/2025 | KBD | GC | Call with SCC and counsel regarding ongoing case issues. | 0.80 | 800.00 | $640.00 |
|  |  |  |  | **3.00** |  | **$2,400.00** |

**Hearings**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/06/2025 | IDS | HE | Prepare for hearing regarding motion to compel. | 2.50 | 800.00 | $2,000.00 |
| 05/06/2025 | IDS | HE | Call with LaFave regarding hearing. | 0.20 | 800.00 | $160.00 |
| 05/06/2025 | IDS | HE | Attend hearing on motion to compel. | 1.50 | 800.00 | $1,200.00 |
| 05/06/2025 | KBD | HE | Attend court hearing regarding Gallagher Subpoena. | 1.50 | 800.00 | $1,200.00 |
|  |  |  |  | **5.70** |  | **$4,560.00** |

**Mediation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/20/2025 | IDS | ME | Email to SCC regarding mediation | 0.30 | 800.00 | $240.00 |
| 05/20/2025 | KBD | ME | Attention to correspondence relating to mediation. | 0.20 | 800.00 | $160.00 |
| 05/23/2025 | IDS | ME | Review documents and analysis regarding Catholic Mutual mediation. | 1.50 | 800.00 | $1,200.00 |
| 05/28/2025 | IDS | ME | Email to Committee regarding mediation scheduling and case status. | 0.40 | 800.00 | $320.00 |
|  |  |  |  | **2.40** |  | **$1,920.00** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$67,310.00**

Pachulski Stang Ziehl & Jones LLP

Page:   11

Diocese of Ogdensburg O.C.C.

Invoice 148920

Client 18493.00002

May 31, 2025

---

## **Expenses**

| | | | |
|---|---|---|---:|
| 05/01/2025 | LN | 18493.00002 Lexis Charges for 05-01-25 | 1.29 |
| 05/05/2025 | PO | Postage | 1.66 |
| 05/05/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/05/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/05/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/05/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/06/2025 | PO | Postage | 4.63 |
| 05/09/2025 | OS | Reproduction, 46 pages, WLR | 4.60 |
| 05/13/2025 | PO | Postage | 1.94 |
| 05/13/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/13/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/16/2025 | PO | Postage | 4.31 |
| 05/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/16/2025 | RE | SCAN/COPY ( 89 @0.10 PER PG) | 8.90 |
| 05/16/2025 | RE | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 05/22/2025 | LN | 18493.00002 Lexis Charges for 05-22-25 | 54.79 |
| 05/22/2025 | LN | 18493.00002 Lexis Charges for 05-22-25 | 70.10 |
| 05/22/2025 | LN | 18493.00002 Lexis Charges for 05-22-25 | 9.78 |
| 05/25/2025 | LN | 18493.00002 Lexis Charges for 05-25-25 | 91.32 |
| 05/25/2025 | LN | 18493.00002 Lexis Charges for 05-25-25 | 17.53 |
| 05/25/2025 | LN | 18493.00002 Lexis Charges for 05-25-25 | 9.78 |
| 05/25/2025 | LN | 18493.00002 Lexis Charges for 05-25-25 | 9.78 |
| 05/27/2025 | LN | 18493.00002 Lexis Charges for 05-27-25 | 237.43 |
| 05/27/2025 | LN | 18493.00002 Lexis Charges for 05-27-25 | 36.90 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    12
Diocese of Ogdensburg O.C.C.                                        Invoice 148920
Client 18493.00002                                                  May 31, 2025

---

| 05/27/2025 | LN  | 18493.00002 Lexis Charges for 05-27-25 | 19.56 |
|------------|-----|----------------------------------------|------:|
| 05/27/2025 | LN  | 18493.00002 Lexis Charges for 05-27-25 | 48.89 |
| 05/27/2025 | TR  | Escribers, Inv. 1157145 | 44.00 |
| 05/28/2025 | LN  | 18493.00002 Lexis Charges for 05-28-25 | 109.58 |
| 05/28/2025 | PO  | Postage | 2.50 |
| 05/29/2025 | LN  | 18493.00002 Lexis Charges for 05-29-25 | 54.79 |
| 05/31/2025 | OS  | Everlaw, Inv. 154108 | 1,100.00 |
| 05/31/2025 | PAC | Pacer - Court Research | 185.10 |

**Total Expenses for this Matter**          **$2,136.36**

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    13

Invoice 148920

May 31, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  05/31/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 144496 | 10/31/2024 | $2,090.00 | $0.00 | $2,090.00 |
| 145260 | 11/30/2024 | $7,596.00 | $0.00 | $7,596.00 |
| 145262 | 12/31/2024 | $4,830.00 | $1,100.00 | $5,930.00 |
| 146408 | 01/31/2025 | $12,910.00 | $1,663.29 | $14,573.29 |
| 146939 | 03/31/2025 | $11,790.00 | $1,100.69 | $12,890.69 |
| 146413 | 02/28/2025 | $26,780.00 | $1,124.25 | $27,904.25 |
| 148918 | 04/30/2025 | $69,130.00 | $1,293.69 | $70,423.69 |

**Total Amount Due on Current and Prior Invoices:**          **$211,754.28**

**EXHIBIT E**

(June 1, 2025 – June 30, 2025 Monthly Fee Statement)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

              Debtor.

Chapter 11

Case No. 23-60507 (PGR)

**NOTICE OF FILING OF TWENTY-FIRST MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
JUNE 1, 2025 THROUGH JUNE 30, 2025**

      **PLEASE TAKE NOTICE** that in accordance with the *Order Establishing
Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and
Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed
its Twenty-First Monthly Fee Statement for Compensation for Services Rendered and
Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for
the Roman Catholic Diocese of Ogdensburg, New York for the Period June 1, 2025 Through
June 30, 2025, a copy of which is attached hereto and is hereby served upon you.

4915-8834-3399.1 18493.002

Dated: New York, New York
October 29, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
          ischarf@pszjlaw.com
          kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg, New York, | Case No. 23-60507 (PGR) |
| Debtor. | |

**TWENTY-FIRST MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
JUNE 1, 2025 THROUGH JUNE 30, 2025**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 6/1/25-6/30/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 34,850.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 1,457.39 |
| Total | $ 36,307.39 |

This is a monthly fee statement. It is the twenty-first monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated: New York, New York
October 29, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
          ischarf@pszjlaw.com
          kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

June 30, 2025
Invoice    148921
Client    18493.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2025

| | |
|---|---|
| FEES | $34,850.00 |
| EXPENSES | $1,457.39 |
| **TOTAL CURRENT CHARGES** | **$36,307.39** |
| **BALANCE FORWARD** | **$211,754.28** |
| **LAST PAYMENT** | **-$16,955.29** |
| **TOTAL BALANCE DUE** | **$231,106.38** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    2

Invoice 148921

June 30, 2025

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 25.10 | $20,080.00 |
| EG | Gray, Erin | Counsel | 800.00 | 1.00 | $800.00 |
| JMD | Dine, Jeffrey M. | Counsel | 800.00 | 1.00 | $800.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 14.90 | $11,920.00 |
| WLR | Ramseyer, William L. | Counsel | 800.00 | 0.70 | $560.00 |
| NJH | Hall, Nathan J. | Paralegal | 300.00 | 2.30 | $690.00 |
| | | | | 45.00 | $34,850.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    3

Invoice 148921

June 30, 2025

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 0.10 | $80.00 |
| BL | Bankruptcy Litigation | 14.40 | $11,020.00 |
| CA | Case Administration | 1.80 | $790.00 |
| CP | PSZJ Compensation | 1.40 | $1,120.00 |
| GC | General Creditors' Committee | 4.70 | $3,760.00 |
| HE | Hearings | 3.90 | $3,120.00 |
| IC | Insurance Coverage | 2.70 | $2,160.00 |
| ME | Mediation | 16.00 | $12,800.00 |
| | | 45.00 | $34,850.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    4

Invoice 148921

June 30, 2025

---

### Summary of Expenses

| Description | Amount |
|---|---|
| Litigation Support Vendors | $1,100.00 |
| Pacer - Court Research | $106.70 |
| Postage | $0.69 |
| Reproduction Expense | $4.30 |
| Transcript | $245.70 |
| | $1,457.39 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    5
Diocese of Ogdensburg O.C.C.                                        Invoice 148921
Client 18493.00002                                                  June 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 06/17/2025 | KBD | AA | Correspondence with BSK regarding restricted asset issue. | 0.10 | 800.00 | $80.00 |
| | | | | **0.10** | | **$80.00** |
| **Bankruptcy Litigation** | | | | | | |
| 06/01/2025 | JMD | BL | Review draft DFT fraudulent transfer complaint (0..6) | 0.60 | 800.00 | $480.00 |
| 06/02/2025 | JMD | BL | Review draft DFT complaint (0.4). | 0.40 | 800.00 | $320.00 |
| 06/02/2025 | KBD | BL | Draft complaint regarding DLF. | 1.60 | 800.00 | $1,280.00 |
| 06/02/2025 | KBD | BL | Analyze legal issues relating to DLF. | 0.80 | 800.00 | $640.00 |
| 06/03/2025 | KBD | BL | Draft complaint. | 1.30 | 800.00 | $1,040.00 |
| 06/04/2025 | IDS | BL | Call with K. Dine regarding next steps. | 0.20 | 800.00 | $160.00 |
| 06/04/2025 | KBD | BL | Call w/I. Scharf regarding next steps. | 0.20 | 800.00 | $160.00 |
| 06/09/2025 | KBD | BL | Prepare exhibit to complaint. | 1.50 | 800.00 | $1,200.00 |
| 06/09/2025 | KBD | BL | Call w/I. Scharf and C. Sullivan regarding status conference. | 0.40 | 800.00 | $320.00 |
| 06/09/2025 | KBD | BL | Correspondence with A. Kaufman regarding outstanding matters. | 0.10 | 800.00 | $80.00 |
| 06/09/2025 | KBD | BL | Analyze pleadings filed by Century regarding status conference. | 0.20 | 800.00 | $160.00 |
| 06/10/2025 | IDS | BL | Review Century statement and request for motion to compel. | 1.00 | 800.00 | $800.00 |
| 06/10/2025 | KBD | BL | Prepare exhibit for complaint. | 0.50 | 800.00 | $400.00 |
| 06/10/2025 | NJH | BL | Draft request for the June 10, 2025 hearing transcript. | 0.40 | 300.00 | $120.00 |
| 06/11/2025 | IDS | BL | Confer with K. Dine regarding complaint matters. | 0.10 | 800.00 | $80.00 |
| 06/11/2025 | KBD | BL | Confer w/I. Scharf regarding complaint matters. | 0.10 | 800.00 | $80.00 |
| 06/12/2025 | KBD | BL | Analyze legal issues relating to complaint regarding property of the estate. | 0.40 | 800.00 | $320.00 |
| 06/13/2025 | KBD | BL | Analyze legal issues relating to complaint. | 0.40 | 800.00 | $320.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     6

Invoice 148921

June 30, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/16/2025 | KBD | BL | Call w/M. Babcock regarding DLF matters. | 0.30 | 800.00 | $240.00 |
| 06/17/2025 | NJH | BL | Analyze first supplemental declaration of D. Ray Strong in preparation for filing. | 0.60 | 300.00 | $180.00 |
| 06/18/2025 | KBD | BL | Prepare Exhibit to complaint. | 0.50 | 800.00 | $400.00 |
| 06/23/2025 | IDS | BL | Review and revise motion for standing; associated complaint. | 2.10 | 800.00 | $1,680.00 |
| 06/25/2025 | KBD | BL | Attention to tolling of causes of action w/I. Scharf. | 0.10 | 800.00 | $80.00 |
| 06/25/2025 | KBD | BL | Correspondence with Gallagher regarding subpoena. | 0.10 | 800.00 | $80.00 |
| 06/26/2025 | KBD | BL | Call w/A. Kaufman and S. Temes regarding discovery from Gallagher. | 0.50 | 800.00 | $400.00 |
| | | | | **14.40** | | **$11,020.00** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/03/2025 | EG | CA | Update critical dates, review docket, calendar items and email team re: same. | 0.30 | 800.00 | $240.00 |
| 06/03/2025 | NJH | CA | Analyze case deadlines to revise WIP list critical dates. | 0.20 | 300.00 | $60.00 |
| 06/09/2025 | NJH | CA | Analyze case deadlines to revise WIP list critical dates. | 0.40 | 300.00 | $120.00 |
| 06/13/2025 | NJH | CA | Analyze case deadlines to revise WIP list critical dates. | 0.30 | 300.00 | $90.00 |
| 06/16/2025 | IDS | CA | Call with K. Dine and BSK regarding ongoing case issues. | 0.10 | 800.00 | $80.00 |
| 06/16/2025 | KBD | CA | Call w/BSK and I. Scharf regarding ongoing case issues. | 0.10 | 800.00 | $80.00 |
| 06/27/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.40 | 300.00 | $120.00 |
| | | | | **1.80** | | **$790.00** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/03/2025 | EG | CP | Review, revise and approve for filing (CNO re: 19th Monthly Fee Statement, 3/1-3/31). | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    7

Diocese of Ogdensburg O.C.C.

Invoice 148921

Client 18493.00002

June 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/03/2025 | EG | CP | Draft 20th Monthly Fee Statement and review bill re: same. | 0.50 | 800.00 | $400.00 |
| 06/23/2025 | WLR | CP | Draft portion of Fifth interim fee application. | 0.70 | 800.00 | $560.00 |
|  |  |  |  | **1.40** |  | **$1,120.00** |

**General Creditors' Committee**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/04/2025 | IDS | GC | Attend committee meeting | 1.00 | 800.00 | $800.00 |
| 06/04/2025 | IDS | GC | Prepare for committee meeting | 1.00 | 800.00 | $800.00 |
| 06/04/2025 | IDS | GC | Email to Committee regarding agenda for meeting | 0.60 | 800.00 | $480.00 |
| 06/04/2025 | IDS | GC | Begin review of complaint regarding DLF status | 1.00 | 800.00 | $800.00 |
| 06/04/2025 | KBD | GC | Call w/Committee, SCC and counsel regarding ongoing issues. | 1.00 | 800.00 | $800.00 |
| 06/25/2025 | KBD | GC | Correspondence with SCC regarding mediation. | 0.10 | 800.00 | $80.00 |
|  |  |  |  | **4.70** |  | **$3,760.00** |

**Hearings**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/09/2025 | IDS | HE | Call with BSK, PSZJ regarding hearing on 6.10.25 | 0.40 | 800.00 | $320.00 |
| 06/09/2025 | IDS | HE | Call with Champion regarding UST objection to PSZJ fee app. | 0.30 | 800.00 | $240.00 |
| 06/09/2025 | IDS | HE | Email to Champion regarding resolution of UST objection to PSZJ fee app. | 0.30 | 800.00 | $240.00 |
| 06/10/2025 | IDS | HE | Prepare for hearing | 0.30 | 800.00 | $240.00 |
| 06/10/2025 | IDS | HE | Attend hearing regarding fee apps, status conference | 0.90 | 800.00 | $720.00 |
| 06/10/2025 | KBD | HE | Prepare for status conference. | 0.80 | 800.00 | $640.00 |
| 06/10/2025 | KBD | HE | Participate in status conference with court. | 0.90 | 800.00 | $720.00 |
|  |  |  |  | **3.90** |  | **$3,120.00** |

**Insurance Coverage**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2025 | IDS | IC | Review coverage and exposure for Wausau. | 0.90 | 800.00 | $720.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     8

Diocese of Ogdensburg O.C.C.

Invoice 148921

Client 18493.00002

June 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/27/2025 | IDS | IC | Review standards for bad faith in mediation regarding INA. | 1.80 | 800.00 | $1,440.00 |
|  |  |  |  | 2.70 |  | $2,160.00 |

**Mediation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/05/2025 | IDS | ME | Respond to Committee member inquiry regarding mediation schedule and strategy. | 0.40 | 800.00 | $320.00 |
| 06/10/2025 | IDS | ME | Call with Sullivan re case and mediation | 0.30 | 800.00 | $240.00 |
| 06/10/2025 | IDS | ME | Call with Sloane regarding mediation. | 0.20 | 800.00 | $160.00 |
| 06/10/2025 | IDS | ME | Email to Sontchi regarding mediation | 0.20 | 800.00 | $160.00 |
| 06/11/2025 | IDS | ME | Follow up emails with SCC regarding mediations. | 0.30 | 800.00 | $240.00 |
| 06/19/2025 | IDS | ME | Prepare for mediation with Interstate; update and analyze settlement comps in recent cases. | 1.50 | 800.00 | $1,200.00 |
| 06/20/2025 | IDS | ME | Mediation with Interstate. | 3.00 | 800.00 | $2,400.00 |
| 06/20/2025 | IDS | ME | Email to Sugayan regarding mediation. | 0.20 | 800.00 | $160.00 |
| 06/20/2025 | KBD | ME | Participate in mediation with Interstate (for part). | 1.30 | 800.00 | $1,040.00 |
| 06/23/2025 | IDS | ME | Mediation with Wausau. | 3.00 | 800.00 | $2,400.00 |
| 06/23/2025 | IDS | ME | Prepare for mediation with Wausau. | 0.50 | 800.00 | $400.00 |
| 06/23/2025 | KBD | ME | Participate in zoom mediation with insurer (for part). | 1.60 | 800.00 | $1,280.00 |
| 06/27/2025 | IDS | ME | Prepare for mediation. | 0.40 | 800.00 | $320.00 |
| 06/27/2025 | IDS | ME | Attend mediation with Chubb. | 2.00 | 800.00 | $1,600.00 |
| 06/30/2025 | IDS | ME | Prepare for upcoming mediations with insurers. | 1.10 | 800.00 | $880.00 |
|  |  |  |  | 16.00 |  | $12,800.00 |

**TOTAL SERVICES FOR THIS MATTER:**                                    $34,850.00

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     9

Invoice 148921

June 30, 2025

---

**Expenses**

| | | | |
|---|---|---|---:|
| 06/03/2025 | PO | Postage | 0.69 |
| 06/10/2025 | TR | Escribers, Inv. 1169980, IDS | 245.70 |
| 06/26/2025 | RE | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 06/30/2025 | OS | Everlaw, Inv. 157702 | 1,100.00 |
| 06/30/2025 | PAC | Pacer - Court Research | 106.70 |

**Total Expenses for this Matter**          **$1,457.39**

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    10

Invoice 148921

June 30, 2025

---

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  06/30/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 144496 | 10/31/2024 | $2,090.00 | $0.00 | $2,090.00 |
| 145260 | 11/30/2024 | $7,596.00 | $0.00 | $7,596.00 |
| 145262 | 12/31/2024 | $966.00 | $0.00 | $966.00 |
| 146408 | 01/31/2025 | $2,582.00 | $0.00 | $2,582.00 |
| 146939 | 03/31/2025 | $11,790.00 | $1,100.69 | $12,890.69 |
| 146413 | 02/28/2025 | $26,780.00 | $1,124.25 | $27,904.25 |
| 148918 | 04/30/2025 | $69,130.00 | $1,293.69 | $70,423.69 |
| 148920 | 05/31/2025 | $67,310.00 | $2,136.36 | $69,446.36 |

**Total Amount Due on Current and Prior Invoices:**                                    **$231,106.38**

**EXHIBIT F**

(July 1, 2025 – July 31, 2025 Monthly Fee Statement)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:                                                    Chapter 11

The Roman Catholic Diocese of
Ogdensburg, New York,                                     Case No. 23-60507 (PGR)

                              Debtor.

**NOTICE OF FILING OF TWENTY-SECOND MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
JULY 1, 2025 THROUGH JULY 31, 2025**

      **PLEASE TAKE NOTICE** that in accordance with the *Order Establishing
Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and
Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed
its Twenty-Second Monthly Fee Statement for Compensation for Services Rendered and
Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for
the Roman Catholic Diocese of Ogdensburg, New York for the Period July 1, 2025 Through July
31, 2025, a copy of which is attached hereto and is hereby served upon you.

Dated: New York, New York
October 29, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
            ischarf@pszjlaw.com
            kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg, New York, | Case No. 23-60507 (PGR) |
| Debtor. | |

---

### TWENTY-SECOND MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD JULY 1, 2025 THROUGH JULY 31, 2025

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 7/1/25-7/31/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 15,340.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 1,194.30 |
| Total | $ 16,534.30 |

This is a monthly fee statement. It is the twenty-second monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated: New York, New York          PACHULSKI STANG ZIEHL & JONES LLP
       October 29, 2025

                                   */s/ Ilan D. Scharf*
                                   James I. Stang (admitted *pro hac vice*)
                                   Ilan D. Scharf
                                   Karen B. Dine
                                   1700 Broadway, 36th Floor
                                   New York, NY 10019
                                   Telephone:  (212) 561-7700
                                   Facsimile:  (212) 561-7777
                                   Email:    jstang@pszjlaw.com
                                             ischarf@pszjlaw.com
                                             kdine@pszjlaw.com

                                   *Counsel for the Official Committee of Unsecured
                                   Creditors of The Roman Catholic Diocese of
                                   Ogdensburg, New York*



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

August 8, 2025
Invoice    148922
Client      18493.00002

RE:   Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2025

| | |
|---|---|
| FEES | $15,340.00 |
| EXPENSES | $1,194.30 |
| **TOTAL CURRENT CHARGES** | **$16,534.30** |
| **BALANCE FORWARD** | **$231,106.38** |
| **LAST PAYMENT** | **-$51,670.94** |
| **TOTAL BALANCE DUE** | **$195,969.74** |

Pachulski Stang Ziehl & Jones LLP

Page:  2

Diocese of Ogdensburg O.C.C.

Invoice 148922

Client 18493.00002

August 8, 2025

---

## <u>Summary of Services by Professional</u>

| <u>ID</u> | <u>Name</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|-----|------------------|-----------|--------|-------|-------------|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 9.40 | $7,520.00 |
| JMD | Dine, Jeffrey M. | Counsel | 800.00 | 2.00 | $1,600.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 7.40 | $5,920.00 |
| NJH | Hall, Nathan J. | Paralegal | 300.00 | 1.00 | $300.00 |
| | | | | 19.80 | $15,340.00 |

Pachulski Stang Ziehl & Jones LLP                               Page:     3
Diocese of Ogdensburg O.C.C.                                    Invoice 148922
Client 18493.00002                                             August 8, 2025

---

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | 0.30 | $240.00 |
| BL | Bankruptcy Litigation | 7.10 | $5,680.00 |
| CA | Case Administration | 2.10 | $1,180.00 |
| IC | Insurance Coverage | 2.10 | $1,680.00 |
| ME | Mediation | 8.20 | $6,560.00 |
| | | 19.80 | $15,340.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    4

Invoice 148922

August 8, 2025

---

### Summary of Expenses

| Description | Amount |
| --- | --- |
| Litigation Support Vendors | $1,100.00 |
| Pacer - Court Research | $94.30 |
| | $1,194.30 |

Pachulski Stang Ziehl & Jones LLP

Page:     5

Diocese of Ogdensburg O.C.C.

Invoice 148922

Client 18493.00002

August 8, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | | |
| 07/04/2025 | KBD | AA | Analyze issues relating to restricted assets. | 0.30 | 800.00 | $240.00 |
| | | | | 0.30 | | $240.00 |
| **Bankruptcy Litigation** | | | | | | |
| 07/01/2025 | IDS | BL | Call with Sloane re tolling avoidance claims. | 0.20 | 800.00 | $160.00 |
| 07/04/2025 | JMD | BL | Review DTF complaint (1.5). | 1.50 | 800.00 | $1,200.00 |
| 07/08/2025 | KBD | BL | Analyze revisions to tolling agreement. | 0.20 | 800.00 | $160.00 |
| 07/09/2025 | JMD | BL | Review DTF complaint (0.5). | 0.50 | 800.00 | $400.00 |
| 07/09/2025 | KBD | BL | Work on draft complaint regarding restricted assets. | 0.50 | 800.00 | $400.00 |
| 07/10/2025 | KBD | BL | Prepare Exhibit A to complaint. | 1.30 | 800.00 | $1,040.00 |
| 07/14/2025 | IDS | BL | Call with K. Dine regarding tolling matters. | 0.10 | 800.00 | $80.00 |
| 07/14/2025 | KBD | BL | Prepare Exhibit A to complaint and tolling agreement. | 1.80 | 800.00 | $1,440.00 |
| 07/14/2025 | KBD | BL | Call w/I. Scharf regarding tolling matters. | 0.10 | 800.00 | $80.00 |
| 07/15/2025 | KBD | BL | Revisions to exhibit A to complaint. | 0.30 | 800.00 | $240.00 |
| 07/16/2025 | KBD | BL | Analyze execution version of tolling agreement. | 0.30 | 800.00 | $240.00 |
| 07/30/2025 | IDS | BL | Confer with K. Dine regarding ongoing case issues and upcoming hearing. | 0.10 | 800.00 | $80.00 |
| 07/30/2025 | KBD | BL | Analyze correspondence relating to discovery. | 0.10 | 800.00 | $80.00 |
| 07/30/2025 | KBD | BL | Confer w/I. Scharf regarding ongoing case issues and upcoming hearing. | 0.10 | 800.00 | $80.00 |
| | | | | 7.10 | | $5,680.00 |
| **Case Administration** | | | | | | |
| 07/01/2025 | KBD | CA | Call w/BSK regarding ongoing case issues. | 0.20 | 800.00 | $160.00 |
| 07/03/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 07/07/2025 | KBD | CA | Call w/BSK team regarding ongoing case issues. | 0.20 | 800.00 | $160.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     6

Invoice 148922

August 8, 2025

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/14/2025 | IDS | CA | Call with K. Dine and BSK regarding outstanding matters. | 0.10 | 800.00 | $80.00 |
| 07/14/2025 | KBD | CA | Call w/I. Scharf and BSK regarding outstanding matters. | 0.10 | 800.00 | $80.00 |
| 07/14/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.30 | 300.00 | $90.00 |
| 07/16/2025 | KBD | CA | Call w/I. Scharf, C. Sullivan, and S. Donato regarding case issues. | 0.50 | 800.00 | $400.00 |
| 07/21/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 07/25/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 07/31/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.10 | 300.00 | $30.00 |
| | | | | **2.10** | | **$1,180.00** |

**Insurance Coverage**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/01/2025 | IDS | IC | Begin updated analysis of Wausau insurance position. | 2.10 | 800.00 | $1,680.00 |
| | | | | **2.10** | | **$1,680.00** |

**Mediation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/01/2025 | IDS | ME | Call with mediator regarding excess carriers. | 0.20 | 800.00 | $160.00 |
| 07/01/2025 | IDS | ME | Call with mediator regarding Century, Wausau. | 0.20 | 800.00 | $160.00 |
| 07/01/2025 | IDS | ME | Email to SCC regarding mediation offers, status. | 0.50 | 800.00 | $400.00 |
| 07/02/2025 | IDS | ME | Mediation with Associated\International. | 2.50 | 800.00 | $2,000.00 |
| 07/02/2025 | IDS | ME | Mediation with Granite. | 3.00 | 800.00 | $2,400.00 |
| 07/02/2025 | IDS | ME | Call with Bair regarding mediations. | 0.40 | 800.00 | $320.00 |
| 07/18/2025 | KBD | ME | Participate in mediation with insurer. | 1.40 | 800.00 | $1,120.00 |
| | | | | **8.20** | | **$6,560.00** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$15,340.00**

Pachulski Stang Ziehl & Jones LLP

Page:    7

Diocese of Ogdensburg O.C.C.

Invoice 148922

Client 18493.00002

August 8, 2025

---

**Expenses**

| | | | |
|---|---|---|---|
| 07/31/2025 | OS | Everlaw, Inv. 161042 | 1,100.00 |
| 07/31/2025 | PAC | Pacer - Court Research | 94.30 |

**Total Expenses for this Matter**                **$1,194.30**

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     8

Invoice 148922

August 8, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  07/31/2025**                    **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 146939 | 03/31/2025 | $1,257.31 | $1,100.69 | $2,358.00 |
| 148918 | 04/30/2025 | $69,130.00 | $1,293.69 | $70,423.69 |
| 148920 | 05/31/2025 | $67,310.00 | $2,136.36 | $69,446.36 |
| 148921 | 06/30/2025 | $34,850.00 | $1,457.39 | $36,307.39 |

**Total Amount Due on Current and Prior Invoices:**                **$195,969.74**

# EXHIBIT G

(August 1, 2025 – August 31, 2025 Monthly Fee Statement)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

### NOTICE OF FILING OF TWENTY-THIRD MONTHLY FEE STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD <u>AUGUST 1, 2025 THROUGH AUGUST 31, 2025</u>

**PLEASE TAKE NOTICE** that in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed its Twenty-Third Monthly Fee Statement for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Roman Catholic Diocese of Ogdensburg, New York for the Period August 1, 2025 Through August 31, 2025, a copy of which is attached hereto and is hereby served upon you.

Dated: New York, New York
November 19, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*

James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
          ischarf@pszjlaw.com
          kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

The Roman Catholic Diocese of
Ogdensburg, New York,

                    Debtor.

Chapter 11

Case No. 23-60507 (PGR)

**TWENTY-THIRD MONTHLY FEE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC**
**DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD**
**<u>AUGUST 1, 2025 THROUGH AUGUST 31, 2025</u>**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 8/1/25-8/31/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 11,550.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 7,203.70 |
| Total | $ 18,753.70 |

This is a monthly fee statement. It is the twenty-third monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated: New York, New York
      November 19, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
_____

James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
          ischarf@pszjlaw.com
          kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*



PACHULSKI
STANG
ZIEHL &
JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

August 31, 2025
Invoice    150200
Client    18493.00002

RE:   Committee Representation

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2025**

| | |
|---|---:|
| FEES | $11,550.00 |
| EXPENSES | $7,203.70 |
| **TOTAL CURRENT CHARGES** | **$18,753.70** |
| **BALANCE FORWARD** | **$195,969.74** |
| **TOTAL BALANCE DUE** | **$214,723.44** |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    2

Invoice 150200

August 31, 2025

---

## <u>Summary of Services by Professional</u>

| <u>ID</u> | <u>Name</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|------|------------------|-----------|---------|--------|-------------|
| IDS  | Scharf, Ilan D.  | Partner   | 800.00  | 0.60   | $480.00     |
| EG   | Gray, Erin       | Counsel   | 800.00  | 0.20   | $160.00     |
| KBD  | Dine, Karen B.   | Counsel   | 800.00  | 13.30  | $10,640.00  |
| KBD  | Dine, Karen B.   | Counsel   | 0.00    | 9.40   | $0.00       |
| NJH  | Hall, Nathan J.  | Paralegal | 300.00  | 0.90   | $270.00     |
|      |                  |           |         | 24.40  | $11,550.00  |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    3

Invoice 150200

August 31, 2025

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---:|---:|
| BL | Bankruptcy Litigation | 0.30 | $240.00 |
| CA | Case Administration | 0.90 | $270.00 |
| CP | PSZJ Compensation | 1.80 | $1,440.00 |
| HE | Hearings | 0.50 | $400.00 |
| ME | Mediation | 11.50 | $9,200.00 |
| TR | Travel | 9.40 | $0.00 |
| | | 24.40 | $11,550.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    4

Invoice 150200

August 31, 2025

---

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Air Fare | $1,596.72 |
| Auto Travel Expense | $594.69 |
| Working Meals | $123.58 |
| Hotel Expense | $3,417.75 |
| Litigation Support Vendors | $1,100.00 |
| Out of Town Travel | $346.66 |
| Pacer - Court Research | $19.30 |
| Reproduction Expense | $5.00 |
| | $7,203.70 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    5
Diocese of Ogdensburg O.C.C.                                         Invoice 150200
Client 18493.00002                                                   August 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 08/01/2025 | KBD | BL | Correspondence relating to Gallagher subpoena. | 0.20 | 800.00 | $160.00 |
| 08/22/2025 | KBD | BL | Correspondence with Gallagher re subpoena. | 0.10 | 800.00 | $80.00 |
| | | | | **0.30** | | **$240.00** |
| **Case Administration** | | | | | | |
| 08/12/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.40 | 300.00 | $120.00 |
| 08/15/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 08/22/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 08/29/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.10 | 300.00 | $30.00 |
| | | | | **0.90** | | **$270.00** |
| **PSZJ Compensation** | | | | | | |
| 08/19/2025 | EG | CP | Draft email and review reply re: interim fee application to Karen Dine. | 0.10 | 800.00 | $80.00 |
| 08/19/2025 | EG | CP | Draft email and review reply re: interim fee application to accounting. | 0.10 | 800.00 | $80.00 |
| 08/22/2025 | KBD | CP | Review and revise several monthly invoices for fee application. | 0.80 | 800.00 | $640.00 |
| 08/25/2025 | KBD | CP | Prepare comments regarding invoice for fee application. | 0.40 | 800.00 | $320.00 |
| 08/30/2025 | KBD | CP | Prepare comments to fee statement. | 0.40 | 800.00 | $320.00 |
| | | | | **1.80** | | **$1,440.00** |
| **Hearings** | | | | | | |
| 08/05/2025 | KBD | HE | Prepare for hearing on status. | 0.20 | 800.00 | $160.00 |
| 08/05/2025 | KBD | HE | Participate in hearing regarding status. | 0.30 | 800.00 | $240.00 |
| | | | | **0.50** | | **$400.00** |

Pachulski Stang Ziehl & Jones LLP                                    Page:    6
Diocese of Ogdensburg O.C.C.                                        Invoice 150200
Client 18493.00002                                                 August 31, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Mediation** | | | | | | |
| 08/04/2025 | IDS | ME | Call w/BSK and K. Dine regarding status conference. | 0.20 | 800.00 | $160.00 |
| 08/04/2025 | KBD | ME | Call w/BSK and I. Scharf regarding status conference. | 0.20 | 800.00 | $160.00 |
| 08/20/2025 | IDS | ME | Confer w/K. Dine regarding strategy for mediation | 0.20 | 800.00 | $160.00 |
| 08/20/2025 | IDS | ME | Call w/BSK and KBD on outstanding issues. | 0.20 | 800.00 | $160.00 |
| 08/20/2025 | KBD | ME | Confer w/I. Scharf regarding strategy for mediation. | 0.20 | 800.00 | $160.00 |
| 08/22/2025 | KBD | ME | Analyze materials on restricted assets in preparation for mediation. | 1.10 | 800.00 | $880.00 |
| 08/22/2025 | KBD | ME | Prepare presentation materials for mediation. | 1.00 | 800.00 | $800.00 |
| 08/25/2025 | KBD | ME | Call w/BSK and I. Scharf on outstanding issues. | 0.20 | 800.00 | $160.00 |
| 08/25/2025 | KBD | ME | Prepare for mediation. | 1.20 | 800.00 | $960.00 |
| 08/26/2025 | KBD | ME | Prepare for and participate in mediation. | 7.00 | 800.00 | $5,600.00 |
| | | | | **11.50** | | **$9,200.00** |
| **Travel** | | | | | | |
| 08/25/2025 | KBD | TR | Travel to Syracuse for mediation. | 5.00 | 0.00 | N/C |
| 08/27/2025 | KBD | TR | Travel from Syracuse. | 4.40 | 0.00 | N/C |
| | | | | **9.40** | | **$0.00** |

**TOTAL SERVICES FOR THIS MATTER:**                            **$11,550.00**

Pachulski Stang Ziehl & Jones LLP                                    Page:    7
Diocese of Ogdensburg O.C.C.                                        Invoice 150200
Client 18493.00002                                                 August 31, 2025

---

### Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 08/21/2025 | AF | Delta Airfare from 8/25/25 Kansas City - MPLS - Syracuse to 8/29/25 Syracuse - MPLS - Kansas City C. N. | 848.36 |
| 08/21/2025 | HT | Marriott Syracuse Downtown - Hotel Stay from 8/25/25 to 8/28/25 C. N. | 1,625.13 |
| 08/22/2025 | AF | Delta Airfare from 8/25/25 Kansas City- MPLS - Syracuse to 8/28/29 Syracuse - Detroit - Kansas City | 748.36 |
| 08/24/2025 | RE | COPY (50 @ 0.10 PER PG), WLR | 5.00 |
| 08/25/2025 | AT | Monday afternoon trip with Uber re DOO mediation, KBD | 98.01 |
| 08/25/2025 | AT | Monday afternoon trip with Uber re DOO mediation, KBD | 34.70 |
| 08/25/2025 | AT | Car Rental from 8/25/25 to 8/28/25 C. N. | 248.51 |
| 08/25/2025 | BM | Paradise Cafe, working meal, KBD | 16.68 |
| 08/25/2025 | BM | American Food and Vending S. L. | 10.28 |
| 08/25/2025 | HT | Hotel stay at Marriott Syracuse re DOO mediation, KBD | 823.68 |
| 08/27/2025 | AT | Wednesday morning trip with Uber re DOO mediation, KBD | 31.01 |
| 08/27/2025 | AT | Curb transportation re DOO mediation, KBD | 98.46 |
| 08/27/2025 | BM | Breakfast at Palladino Farms re DO mediation, KBD | 26.27 |
| 08/27/2025 | BM | Denny's Breakfast C. N. | 59.89 |
| 08/27/2025 | BM | Mirabito, Drinks C. N. | 10.46 |
| 08/27/2025 | HT | Marriott Hotel Stay 8/25-8/27 S. L. | 968.94 |
| 08/27/2025 | OTT | Mileage (408 miles @.70) S. L. | 285.60 |
| 08/27/2025 | OTT | Tips for Valet Parking S. L. | 40.00 |
| 08/28/2025 | AT | KC International Airport Garage/Parking C. N. | 84.00 |
| 08/28/2025 | OTT | Salina Expressway Corp - Sunoco/ Gas Station C. N. | 21.06 |
| 08/31/2025 | OS | Everlaw, Inv. 164665 | 1,100.00 |
| 08/31/2025 | PAC | Pacer - Court Research | 19.30 |

**Total Expenses for this Matter**                                **$7,203.70**

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:     8

Invoice 150200

August 31, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 08/31/2025**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 146939 | 03/31/2025 | $1,257.31 | $1,100.69 | $2,358.00 |
| 148918 | 04/30/2025 | $69,130.00 | $1,293.69 | $70,423.69 |
| 148920 | 05/31/2025 | $67,310.00 | $2,136.36 | $69,446.36 |
| 148921 | 06/30/2025 | $34,850.00 | $1,457.39 | $36,307.39 |
| 148922 | 07/31/2025 | $15,340.00 | $1,194.30 | $16,534.30 |

**Total Amount Due on Current and Prior Invoices:**          **$214,723.44**

**EXHIBIT H**

(September 1, 2025 – September 30, 2025 Monthly Fee Statement)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| The Roman Catholic Diocese of Ogdensburg, New York, | Case No. 23-60507 (PGR) |
| Debtor. | |

**NOTICE OF FILING OF TWENTY-FOURTH MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

PLEASE TAKE NOTICE that in accordance with the *Order Establishing
Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and
Members of Official Committees* [Docket No. 250], Pachulski Stang Ziehl & Jones LLP has filed
its Twenty-Fourth Monthly Fee Statement for Compensation for Services Rendered and
Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for
the Roman Catholic Diocese of Ogdensburg, New York for the Period September 1, 2025
Through September 30, 2025, a copy of which is attached hereto and is hereby served upon you.

Dated: New York, New York
November 19, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*

James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
               ischarf@pszjlaw.com
               kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                 Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**TWENTY-FOURTH MONTHLY FEE STATEMENT OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE ROMAN CATHOLIC**
**DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD**
**SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

| | |
|---|---|
| Name of Applicant | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | August 17, 2023[1] |
| Period for which compensation and Reimbursement is sought: | 9/1/25-9/30/25 |
| Amount of compensation sought as well as actual, reasonable and necessary: | $ 24,300.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 1,145.26 |
| Total | $ 25,445.26 |

This is a monthly fee statement. It is the twenty-fourth monthly fee statement by Pachulski Stang Ziehl & Jones LLP.[2]

---

[1] The order approving the employment of PSZJ was entered by the Court on October 16, 2023 [Docket No. 193].

[2] Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Members of Official Committees* [Docket No. 250], attached as Exhibit A is the following: (i) a list of the individuals and their respective titles who provided services during the statement period, (ii) their respective billing rates, (iii) the aggregate hours spent by each individual, (iv) a reasonably detailed breakdown of the disbursements incurred, and (v) contemporaneously maintained time entries for each individual in increments of tenths (1/10) of an hour.

Dated: New York, New York
        November 19, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
James I. Stang (admitted *pro hac vice*)
Ilan D. Scharf
Karen B. Dine
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    jstang@pszjlaw.com
          ischarf@pszjlaw.com
          kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured
Creditors of The Roman Catholic Diocese of
Ogdensburg, New York*



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Diocese of Ogdensburg O.C.C.
IDS

September 30, 2025
Invoice    150810
Client     18493.00002

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2025

| | |
|---|---|
| FEES | $24,300.00 |
| EXPENSES | $1,145.26 |
| **TOTAL CURRENT CHARGES** | **$25,445.26** |
| **BALANCE FORWARD** | **$214,723.44** |
| **TOTAL BALANCE DUE** | **$240,168.70** |

Pachulski Stang Ziehl & Jones LLP

Page:    2

Diocese of Ogdensburg O.C.C.

Invoice 150810

Client 18493.00002

September 30, 2025

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| IDS | Scharf, Ilan D. | Partner | 800.00 | 24.50 | $19,600.00 |
| IDS | Scharf, Ilan D. | Partner | 0.00 | 9.50 | $0.00 |
| EG | Gray, Erin | Counsel | 800.00 | 1.10 | $880.00 |
| KBD | Dine, Karen B. | Counsel | 800.00 | 4.40 | $3,520.00 |
| NJH | Hall, Nathan J. | Paralegal | 300.00 | 1.00 | $300.00 |
| | | | | 40.50 | $24,300.00 |

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    3

Invoice 150810

September 30, 2025

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 2.30 | $1,840.00 |
| CA | Case Administration | 1.40 | $620.00 |
| CP | PSZJ Compensation | 0.90 | $720.00 |
| GC | General Creditors' Committee | 3.70 | $2,960.00 |
| HE | Hearings | 3.90 | $3,120.00 |
| ME | Mediation | 18.80 | $15,040.00 |
| TR | Travel | 9.50 | $0.00 |
| | | 40.50 | $24,300.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    4

Diocese of Ogdensburg O.C.C.

Invoice 150810

Client 18493.00002

September 30, 2025

---

## Summary of Expenses

| Description | Amount |
|---|---:|
| Lexis/Nexis- Legal Research | $14.86 |
| Litigation Support Vendors | $1,100.00 |
| Pacer - Court Research | $29.00 |
| Reproduction Expense | $1.40 |
| | $1,145.26 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    5
Diocese of Ogdensburg O.C.C.                                        Invoice 150810
Client 18493.00002                                                 September 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Bankruptcy Litigation**

| 09/08/2025 | KBD | BL | Call w/A. Kaufman regarding Gallagher discovery. | 0.10 | 800.00 | $80.00 |
| 09/08/2025 | KBD | BL | Follow-up correspondence with BSK regarding Gallagher. | 0.10 | 800.00 | $80.00 |
| 09/10/2025 | KBD | BL | Prepare motion for survivor statements. | 0.30 | 800.00 | $240.00 |
| 09/10/2025 | KBD | BL | Analyze letter filed by Century regarding hearing issues. | 0.10 | 800.00 | $80.00 |
| 09/10/2025 | KBD | BL | Call w/I. Scharf regarding survivor statements. | 0.10 | 800.00 | $80.00 |
| 09/20/2025 | KBD | BL | Draft motion for survivor statements. | 0.50 | 800.00 | $400.00 |
| 09/22/2025 | KBD | BL | Revisions to motion for survivor statements. | 0.70 | 800.00 | $560.00 |
| 09/26/2025 | KBD | BL | Revisions to motion for survivor statements. | 0.20 | 800.00 | $160.00 |
| 09/26/2025 | KBD | BL | Finalize motion and notice for filing. | 0.10 | 800.00 | $80.00 |
| 09/30/2025 | KBD | BL | Correspondence with Gallagher regarding document production. | 0.10 | 800.00 | $80.00 |
|  |  |  |  | **2.30** |  | **$1,840.00** |

**Case Administration**

| 09/09/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 09/10/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.10 | 300.00 | $30.00 |
| 09/15/2025 | NJH | CA | Analyze case deadlines to revise critical dates in WIP list. | 0.20 | 300.00 | $60.00 |
| 09/18/2025 | EG | CA | Draft email to Karen Dine re: calendar items and review docket re: same. | 0.20 | 800.00 | $160.00 |
| 09/19/2025 | NJH | CA | Analyze case deadlines to revise WIP list critical dates. | 0.30 | 300.00 | $90.00 |
| 09/22/2025 | KBD | CA | Call w/BSK and I. Scharf re outstanding issues. | 0.10 | 800.00 | $80.00 |
| 09/26/2025 | NJH | CA | Analyze case deadlines to revise WIP list critical dates. | 0.20 | 300.00 | $60.00 |
| 09/29/2025 | KBD | CA | Call w/BSK and I. Scharf regarding outstanding issues. | 0.10 | 800.00 | $80.00 |

Pachulski Stang Ziehl & Jones LLP
Diocese of Ogdensburg O.C.C.
Client 18493.00002

Page:    6
Invoice 150810
September 30, 2025

|  |  |  |  | 1.40 |  | $620.00 |
|---|---|---|---|---|---|---|

**PSZJ Compensation**

| 09/18/2025 | EG | CP | Review, revise and approve Monthly Fee Statements for April, May, June and July. | 0.90 | 800.00 | $720.00 |
|---|---|---|---|---|---|---|
|  |  |  |  | 0.90 |  | $720.00 |

**General Creditors' Committee**

| 09/08/2025 | IDS | GC | Call with BSK team regarding case, pending matters | 0.20 | 800.00 | $160.00 |
|---|---|---|---|---|---|---|
| 09/15/2025 | IDS | GC | Meeting with SCC and BB teams regarding strategy | 0.50 | 800.00 | $400.00 |
| 09/17/2025 | IDS | GC | Email to SCC regarding case status. | 0.90 | 800.00 | $720.00 |
| 09/18/2025 | IDS | GC | Email to Committee regarding case status. | 0.70 | 800.00 | $560.00 |
| 09/26/2025 | IDS | GC | Attend counsel meeting. | 0.50 | 800.00 | $400.00 |
| 09/26/2025 | IDS | GC | Prepare for counsel meeting | 0.50 | 800.00 | $400.00 |
| 09/26/2025 | KBD | GC | Call w/SCC and counsel regarding outstanding issues. | 0.40 | 800.00 | $320.00 |
|  |  |  |  | 3.70 |  | $2,960.00 |

**Hearings**

| 09/08/2025 | IDS | HE | Prepare for hearing | 0.50 | 800.00 | $400.00 |
|---|---|---|---|---|---|---|
| 09/08/2025 | KBD | HE | Call w/BSK and I. Scharf regarding ongoing matters and status conference. | 0.20 | 800.00 | $160.00 |
| 09/09/2025 | IDS | HE | Prepare for hearing | 1.00 | 800.00 | $800.00 |
| 09/09/2025 | IDS | HE | Call with C Sullivan regarding hearing | 0.30 | 800.00 | $240.00 |
| 09/09/2025 | IDS | HE | Attend hearing regarding status conference, mediation. | 1.00 | 800.00 | $800.00 |
| 09/09/2025 | KBD | HE | Call w/I. Scharf regarding hearing matters. | 0.10 | 800.00 | $80.00 |
| 09/09/2025 | KBD | HE | Participate telephonically in status hearing. | 0.70 | 800.00 | $560.00 |
| 09/09/2025 | KBD | HE | Call w/I Scharf to follow up from hearing. | 0.10 | 800.00 | $80.00 |
|  |  |  |  | 3.90 |  | $3,120.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     7

Diocese of Ogdensburg O.C.C.

Invoice 150810

Client 18493.00002

September 30, 2025

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Mediation** | | | | | | |
| 09/03/2025 | KBD | ME | Analyze legal issue regarding insurance matters. | 0.40 | 800.00 | $320.00 |
| 09/04/2025 | IDS | ME | Attend mediation with Chubb | 2.00 | 800.00 | $1,600.00 |
| 09/08/2025 | IDS | ME | Begin response to Chubb position | 1.40 | 800.00 | $1,120.00 |
| 09/09/2025 | IDS | ME | Call with Schiavoni regarding mediation with Century. | 0.70 | 800.00 | $560.00 |
| 09/10/2025 | IDS | ME | Begin renewed analysis of Century covered claims, including assessment of purported defenses | 4.20 | 800.00 | $3,360.00 |
| 09/11/2025 | IDS | ME | Analysis and update of insurance chart for Century covered claims. | 4.80 | 800.00 | $3,840.00 |
| 09/11/2025 | IDS | ME | Call with Bair regarding case status. | 0.30 | 800.00 | $240.00 |
| 09/15/2025 | IDS | ME | Revise and update Century insurance analysis | 2.10 | 800.00 | $1,680.00 |
| 09/15/2025 | IDS | ME | Call with Bair regarding case strategy | 0.40 | 800.00 | $320.00 |
| 09/15/2025 | IDS | ME | Revise and update Century insurance analysis | 2.10 | 800.00 | $1,680.00 |
| 09/15/2025 | IDS | ME | Call with Bair regarding case strategy | 0.40 | 800.00 | $320.00 |
| | | | | **18.80** | | **$15,040.00** |
| **Travel** | | | | | | |
| 09/09/2025 | IDS | TR | Travel from Scarsdale to Utica | 4.00 | 0.00 | N/C |
| 09/09/2025 | IDS | TR | Travel from Utica to Scarsdale | 5.50 | 0.00 | N/C |
| | | | | **9.50** | | **$0.00** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$24,300.00**

Pachulski Stang Ziehl & Jones LLP

Diocese of Ogdensburg O.C.C.

Client 18493.00002

Page:    8

Invoice 150810

September 30, 2025

---

**Expenses**

| | | | |
|---|---|---|---:|
| 09/25/2025 | LN | 18493.00002 Lexis Charges for 09-25-25 | 14.86 |
| 09/26/2025 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 09/30/2025 | OS | Everlaw, Inv. 168283 | 1,100.00 |
| 09/30/2025 | PAC | Pacer - Court Research | 29.00 |
| | **Total Expenses for this Matter** | | **$1,145.26** |

Pachulski Stang Ziehl & Jones LLP

Page:   9

Diocese of Ogdensburg O.C.C.

Invoice 150810

Client 18493.00002

September 30, 2025

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 09/30/2025**   **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142572 | 09/30/2024 | $900.00 | $0.00 | $900.00 |
| 146939 | 03/31/2025 | $1,257.31 | $1,100.69 | $2,358.00 |
| 148918 | 04/30/2025 | $69,130.00 | $1,293.69 | $70,423.69 |
| 148920 | 05/31/2025 | $67,310.00 | $2,136.36 | $69,446.36 |
| 148921 | 06/30/2025 | $34,850.00 | $1,457.39 | $36,307.39 |
| 148922 | 07/31/2025 | $15,340.00 | $1,194.30 | $16,534.30 |
| 150200 | 08/31/2025 | $11,550.00 | $7,203.70 | $18,753.70 |

**Total Amount Due on Current and Prior Invoices:**   **$240,168.70**

**EXHIBIT I**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK, | Case No. 23-60507 (PGR) |
| Debtor. |  |

**CERTIFICATION OF THE COMMITTEE [LR 2016-1(d)]**
**REGARDING ALLOWANCE AND PAYMENT OF THE FEES**
**AND EXPENSES SET FORTH IN THE FIFTH INTERIM FEE APPLICATION OF**
**PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR**
**FOR THE PERIOD MARCH 1, 2025 THROUGH SEPTEMBER 30, 2025**

I, Charles Nadeau, am the chairman of the Official Committee of Unsecured Creditors

(the "**Committee**") in the above-captioned chapter 11 case of *In re Diocese of Ogdensburg, New*

*York* (the "**Debtor**"). I certify that I have reviewed the *Fifth Interim Fee Application of Pachulski*

*Stang Ziehl & Jones LLP for Compensation for Services Rendered And Reimbursement of*

*Expenses Incurred As Counsel to The Official Committee of Unsecured Creditors of the Debtor*

*for the Period March 1, 2025 through September 30, 2025* (the "**Application**"), and

Check one:

 X      I do not object to allowance of the Application and payment of fees and expenses

in full as the services rendered and fees charged appear reasonable:

or

4937-8731-5579.3 18493.002

____        I object to the Application and to payment of the fees and expenses in full in the

amounts and for the reasons set forth below:

Dated: November 21, 2025                    */s/ Charles Nadeau*_____
                                            Charles Nadeau
                                            Chairman
                                            Official Committee of Unsecured Creditors