**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No. 23-60507 (PGR) |
| ) | |
| The Roman Catholic Diocese of ) | Chapter 11 |
| Ogdensburg, New York, ) | |
| ) | |
| Debtor. ) | |
| ) | |

### AGENDA FOR SURVIVOR IMPACT STATEMENTS HEARING

The Official Committee of Unsecured Creditors (the **"Committee"**) of the Diocese of Rochester (the **"Diocese"** or the **"Debtor"**) submits this agenda for the presentation of nontestimonial survivor statements pursuant to the Court's *Order Scheduling Conference for the Presentation of Non-Testimonial Survivor Statements* [Docket No. 1105].

### AGENDA

The following nontestimonial survivor statements will be presented to the Court:

| Claim No. |
|---|
| CC028 |
| CC013 |
| CC049 |
| CC015 |
| CC102 |
| CC076 |
| CC107 |
| CC051 |
| CC050 |
| CC094 |
| CC100 |
| CC074 |
| Claim No. |
| CC065* |
| CC067* |
| CC057* |
| CC025* |
| CC080* |

| |
|---|
| CC045* |
| CC003* |
| CC055* |
| CC058* |
| CC044* |

*Statement will be read to the court by counsel to survivor.

Date: November 28, 2025    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Ilan D. Scharf*
Ilan D. Scharf
Karen B. Dine
Jeffrey M. Dine
1700 Broadway, 36th Floor
New York, NY  10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:    ischarf@pszjlaw.com
            kdine@pszjlaw.com
            jdine@pszjlaw.com

*Counsel to Official Committee of Unsecured Creditors*