UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Case No.: 23-60507
Chapter 11

Debtor.

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250] (the "Interim Compensation Order")[1], the undersigned hereby certifies that, as of the date hereof, Bond, Schoeneck & King, PLLC ("Bond") has received no Objections to the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period August 1, 2025 through August 31, 2025* [Docket No. 1130] (the "August Monthly Fee Statement") filed on November 13, 2025.

Accordingly, pursuant to the Interim Compensation Order, The Roman Catholic Diocese of Ogdensburg, New York is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the August Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

22671991.v1

Dated: December 1, 2025                    BOND, SCHOENECK & KING, PLLC

                                           By:      */s/ Charles J. Sullivan*
                                              Stephen A. Donato, Esq., Bar Roll No. 101522
                                              Charles J. Sullivan, Esq., Bar Roll No. 507717
                                              Grayson T. Walter, Esq., Bar Roll No. 518237
                                              One Lincoln Center
                                              Syracuse, NY 13202-1355
                                              Telephone: (315) 218-8000
                                              Emails: sdonato@bsk.com
                                                      csullivan@bsk.com
                                                      gwalter@bsk.com

                                           *Attorneys for The Roman Catholic Diocese*
                                           *of Ogdensburg, New York*