**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 23-60507 (PGR) |

**CERTIFICATION OF NO OBJECTION REGARDING
TWENTY-FOURTH MONTHLY FEE STATEMENT OF
PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK
FOR THE PERIOD SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

The undersigned counsel for the Official Committee of Unsecured Creditors (the "Committee") hereby certifies as follows:

1. On November 9, 2023, this Court entered the *Order Establishing Procedures For Interim Compensation And Reimbursement Of Expenses For Professionals And Members Of Official Committees* [Docket No. 250] (the "Interim Compensation Order"),[1] which authorized professionals retained pursuant to an order of this Court in the chapter 11 case to seek interim payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order.

2. On **November 19, 2025**, Pachulski Stang Ziehl & Jones LLP ("PSZJ") filed its *Twenty-Fourth Monthly Fee Statement For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To Official Committee Of Unsecured Creditors For The*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

*Roman Catholic Diocese Of Ogdensburg, New York For The Period September 1, 2025 Through September 30, 2025* [Docket No. 1148 ] (the "Monthly Fee Statement").

3. The Monthly Fee Statement was served on **November 19, 2025** [Docket No. 1149].

4. The Monthly Fee Statement complied with the requirements set forth in the Interim Compensation Order.

5. Pursuant to the Interim Compensation Order, **December 3, 2025** was the deadline to object to the Monthly Fee Statement (the "Objection Deadline"). As of the filing of this Certification of No Objection, more than 24 hours have elapsed since the Objection Deadline. To the best of my knowledge, no responses to the Monthly Fee Statement has been (a) filed with the Court on the docket of the above-captioned chapter 11 case, or (b) been served on PSZJ.

6. Pursuant to the Interim Compensation Order, upon filing of this Certification of No Objection, the Debtor is authorized and directed to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement without the need for entry of a Court order approving the Monthly Fee Statement.

7. Accordingly, in accordance with the Monthly Fee Statement and the Interim Compensation Order, PSZJ requests that the Debtor remit the amount(s) indicated in the column "Total Authorized for Payment":

| No | Dates | 100% Fees | 80% Fees | 100% Exp. | Total Authorized for Payment | Total Holdback |
|---|---|---|---|---|---|---|
| 24 | 9/1/25-9/30/25 | $24,300.00 | 19,440.00 | $1,145.26 | $20,585.26 | $4,860.00 |

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 5, 2025            **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Ilan D. Scharf*
James I. Stang, Esq. (admitted *pro hac vice*)
Ilan D. Scharf, Esq.
Karen B. Dine, Esq.
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: jstang@pszjlaw.com
Email: ischarf@pszjlaw.com
Email: kdine@pszjlaw.com

*Counsel for the Official Committee of Unsecured Creditors of The Roman Catholic Diocese of Ogdensburg, New York*