**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| The Roman Catholic Diocese of ) | Case No. |
| Ogdensburg, New York, ) | 23-60507 (PGR) |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA       )
                          )
COUNTY OF LOS ANGELES     )

I, Myra Kulick, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, Suite 1300, Los Angeles, California 90067.

I hereby certify that on December 5, 2025, I electronically filed the following documents with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties listed on the attached Exhibit A.

- ***Certification Of No Objection Regarding Twenty-Third Monthly Fee Statement Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To Official Committee Of Unsecured Creditors For The Roman Catholic Diocese Of Ogdensburg, New York For The Period August 1, 2025 Through August 31, 2025*** [Docket No. 1168]; and

- ***Certification Of No Objection Regarding  Twenty-Fourth Monthly Fee Statement Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To Official Committee Of Unsecured Creditors For The Roman Catholic Diocese Of Ogdensburg, New York For The Period September 1, 2025 Through September 30, 2025*** [Docket No. 1169]

4881-8333-0450.3 18493.002

And, I hereby certify that on December 5, 2025, I have mailed by the United States Postal Service the document to the non CM/ECF participants listed on the attached Exhibit B.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 5th day December, 2025 at Santa Clarita, California.

*/s/ Myra Kulick*
Myra Kulick

## **EXHIBIT A**

**23-60507-6-pgr Notice will be electronically mailed to:**

- *Jeffrey Robert Anderson     jeff@andersonadvocates.com, therese@andersonadvocates.com,erin@andersonadvocates.com;taylor@andersonadvocates.com*
- *Jesse Bair     jbair@burnsbair.com, kdempski@burnsbair.com*
- *Sheryl Betance     sheryl.betance@stretto.com, aw01@ecfcbis.com,pacerpleadings@stretto.com*
- *Stephenie L Bross     sbross@sssfirm.com*
- *Timothy W. Burns     tburns@burnsbair.com, kdempski@burnsbair.com*
- *Ashlyn Capote     acapote@goldbergsegalla.com, bfaulkner@goldbergsegalla.com;jmorrill@goldbergsegalla.com*
- *Keith Caughlin     caughlin@schwerzmannwise.com*
- *Erin Champion     USTPRegion02.UT.ECF@usdoj.gov*
- *Gaetano Dandrea     cvgdteam@laffeybuccikent.com*
- *Jillian Grace Dennehy     jillian.dennehy@kennedyslaw.com*
- *Robert Wagner DiUbaldo     rdiubaldo@carltonfields.com*
- *Karen B. Dine     kdine@pszjlaw.com*
- *Stephen A. Donato     sdonato@bsk.com, ayerst@bsk.com;kdoner@bsk.com;CourtMail@bsk.com*
- *Jeffrey A. Dove     jdove@barclaydamon.com, avrooman@barclaydamon.com,jeffrey-dove-1212@ecf.pacerpro.com*
- *Jeffrey David Eaton     jeaton@bsk.com, tayers@bsk.com;kdoner@bsk.com;CourtMail@bsk.com*
- *Timothy Evanston     tevanston@skarzynski.com, tevanston@ecf.courtdrive.com;dahn@ecf.courtdrive.com*
- *Michael Finnegan     mike@andersonadvocates.com, therese@andersonadvocates.com;erin@andersonadvocates.com*
- *Richard A Galbo     rgalbo@goldbergsegalla.com*
- *Adam P. Haberkorn     ahaberkorn@omm.com, adam-haberkorn-2269@ecf.pacerpro.com*
- *Donald Ethan Jeffery     ejeffery@murphyking.com*
- *Jeff D. Kahane     jkahane@skarzynski.com, dahn@ecf.courtdrive.com*
- *Timothy Quaid Karcher     tkarcher@proskauer.com*
- *Amy Christine Keller     akeller@lglaw.com, sfischer@lglaw.com*
- *Michael Klotz     mklotz@omm.com*
- *Cynthia S. LaFave     CLAFAVE@LWFLEGAL.COM, olena@lwflegal.com;mike@lwflegal.com*
- *Elin Lindstrom     elin@andersonadvocates.com*
- *Marianne G. May     marianne.may@clydeco.us*
- *Stuart S. Mermelstein     smermelstein@hermanlaw.com*
- *Michael T Mervis     mmervis@proskauer.com*
- *Siobhain P. Minarovich     minarovichs@whiteandwilliams.com*
- *Luis Orengo     lorengo@carltonfields.com, kathompson@carltonfields.com*
- *Jon Travis Powers     powerst@whiteandwilliams.com*
- *Bradley Puklin     bradley.puklin@clydeco.us*
- *Nathan W. Reinhardt     nreinhardt@skarzynski.com, dahn@ecf.courtdrive.com*
- *Andrew Scott Rivera     arivera@bsk.com, kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com*
- *Matthew Roberts     mroberts@phrd.com, elyttle@phrd.com*
- *Russell Webb Roten     rroten@skarzynski.com, dmartinez@duanemorris.com;dahn@ecf.courtdrive.com*
- *Jordan Russell     jordan.russell@clydeco.us*
- *Deborah Kall Schaal     debbie@dksattorney.com*
- *Jonathan Schapp     jschapp@goldbergsegalla.com, kallen@goldbergsegalla.com;bfaulkner@goldbergsegalla.com*
- *Ilan D. Scharf     ischarf@pszjlaw.com*
- *Tancred V. Schiavoni     tschiavoni@omm.com, tancred-schiavoni-9326@ecf.pacerpro.com*
- *Brendan M Sheehan     bsheehan@bsk.com, spagano@bsk.com*
- *Bruce F. Smith     bsmith@murphyking.com*
- *Taylor Stippel     taylor@andersonadvocates.com, erin@andersonadvocates.com;therese@andersonadvocates.com;elin@andersonadvocates.com*
- *Ashley Storey     astorey@skarzynski.com*
- *Catalina J. Sugayan     catalina.sugayan@clydeco.us, nancy.lima@clydeco.us*
- *Charles J. Sullivan     csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com*

- *Sara C. Temes    stemes@bsk.com, kdoner@bsk.com;CourtMail@bsk.com;tayers@bsk.com*
- *U.S. Trustee    USTPRegion02.UT.ECF@usdoj.gov*
- *Nora Anne Valenza-Frost    nvalenza-frost@carltonfields.com*
- *Grayson T Walter    gwalter@bsk.com, kdoner@bsk.com;CourtMail@bsk.com*
- *Jennifer Wang    jwang@ccf-law.com, lalesci@ccf-law.com*
- *Matthew Michael Weiss    mweiss@phrd.com*
- *Harris Winsberg    hwinsberg@phrd.com*
- *Yongli Yang    yongli.yang@clydeco.us*

4881-8333-0450.3 18493.002

## **EXHIBIT B**

The Roman Catholic Diocese of Ogdensburg
Attn: Mark Mashaw
Diocesan Fiscal Officer
622 Washington Street
Ogdensburg, NY 13669

4881-8333-0450.3 18493.002