So Ordered.

Signed this 16 day of December, 2025.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

THE ROMAN CATHOLIC DIOCESE OF
OGDENSBURG, NEW YORK

    Debtor.

Case No. 23-60507 (PGR)

Chapter 11

**ORDER GRANTING FIFTH INTERIM FEE APPLICATION OF BURNS BAIR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR THE PERIOD MARCH 1, 2025 THROUGH SEPTEMBER 30, 2025**

    This matter is before the Court on the *Fifth Interim Fee Application of Burns Bair LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Insurance Counsel to the Official Committee of Unsecured Creditors of the Debtor for the Period of March 1, 2025 through September 30, 2025* [Docket No. 1150] (the "**Application**"), filed by Burns Bair LLP ("**Burns Bair**"), special insurance counsel to the Committee. In the Application, Burns Bair requests (i) allowance on an interim basis of compensation in the amount of $47,528.00 for reasonable and necessary professional services rendered and reimbursement of actual and necessary costs and expenses in the amount of $7.80 for the Fee Period of March 1, 2025 through

September 30, 2025, and (ii) authorizing and directing the Debtor to pay the unpaid balance of such amounts to Burns Bair.

The Court, having considered the Application and notice of the Application appearing adequate, and having convened a hearing on December 16, 2025, and being otherwise duly advised in the premises, and all objections to the Application having been overruled or resolved, determines that the Application should be, and hereby is GRANTED as is set forth below.

**IT IS THEREFORE ORDERED** as follow:

1. The Application is GRANTED as set forth herein.

2. Burns Bair's compensation for professional services rendered during the period March 1, 2025 through September 30, 2025 (the "**Fee Period**") is allowed on an interim basis in the amount of $47,528.00.

3. Reimbursement of Burns Bair's expenses incurred during the Fee Period is allowed on an interim basis in the amount of $7.80.

4. The Debtor is directed to pay Burns Bair the amount of $47,528.00 for professional services rendered and $7.80 for reimbursement of expenses incurred during the Fee Period, less any amount previously paid prior to entry of this Order.

5. The allowance of compensation and reimbursement of expenses pursuant to this Order is without prejudice to Burns Bair's right to seek additional compensation for services performed and expenses incurred during the Fee Period, which were not processed at the time of the Application.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #