So Ordered.

Signed this 18 day of December, 2025.



_____

Patrick G. Radel
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK, | Case No. 23-60507 (PGR) |
| Debtor. | |

**ORDER GRANTING**
**FIFTH INTERIM FEE APPLICATION OF PACHULSKI**
**STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTOR FOR**
**THE PERIOD MARCH 1, 2025 THROUGH SEPTEMBER 30, 2025**

This matter is before the Court on the *Fifth Interim Fee Application of Pachulski*

*Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of*

*Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of the Debtor*

*for the Period March 1, 2025 through September 30, 2025* [Docket No. 1152] (the

"**Application**"), filed by Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), counsel to the

Committee.  In the Application, PSZJ requests (i) allowance on an interim basis compensation in

the amount of $234,270.00 for reasonable and necessary professional services rendered and

reimbursement of actual and necessary costs and expenses in the amount of $15,531.39 for the

Fee Period of March 1, 2025 through September 30, 2025, and (ii) authorizing and directing the

Debtor to pay the unpaid balance of such amounts to PSZJ.

The Court, having considered the Application and notice of the Application

appearing adequate, and having convened a hearing on December 16, 2025 and being otherwise

duly advised in the premises, determines that the Application should be, and hereby is

GRANTED.  Accordingly,

IT IS THEREFORE ORDERED as follows:

1. The Application is GRANTED as set forth herein.

2. PSZJ's compensation for professional services rendered during the period March

1, 2025 through September 30, 2025 (the "**Fee Period**") is allowed on an interim basis in the

amount of $232,510.00, which represents a voluntary reduction to fees of $1,760.00.

3. Reimbursement of PSZJ's expenses incurred during the Fee Period is allowed on

an interim basis in the amount of $15,096.99, which represents a voluntary reduction to expenses

of $434.40.

4. The Debtor is directed to pay PSZJ the amount of $232,510.00 for professional

services rendered and $15,096.99 for reimbursement of expenses incurred during the Fee Period,

less any amount previously paid, within 15 days of the entry of this Order.

4897-3142-1824.2 18493.002

5.      The allowance of compensation and reimbursement of expenses pursuant to this

Order is without prejudice to PSZJ's right to seek additional compensation for services

performed and expenses incurred during the Fee Period, which were not processed at the time of

the Application.

6.      This Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Order.

###