So Ordered.

Signed this 27 day of January, 2026.



_____
Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 23-60507 (PGR) |
| The Roman Catholic Diocese of Ogdensburg, New York | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

### ORDER GRANTING AMENDED FIFTH INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MARCH 1, 2025 THROUGH SEPTEMBER 30, 2025

Berkeley Research Group, LLC ("**BRG**"), financial advisor to the Official Committee of Unsecured Creditors in the above-captioned case, filed its Amended Fifth Interim Application for Compensation for the Period from March 1, 2025 through September 30, 2025 [Docket No. 1187] (the "**Application**"). In the Application, BRG requests (i) allowance on an interim basis compensation in the amount of $16,453.50 for reasonable and necessary professional services and

reimbursement of the actual and necessary costs and expenses in the amount of $0.00 for the period of March 1, 2025 through September 30, 2025 (the "**Fee Period**"), and (ii) authorizing and directing the Debtor to pay the balance of such amounts to BRG.

The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and having convened a hearing on June 10, 2025, were adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby

**ORDERED** that the Application is GRANTED.

**ORDERED that** the Debtor shall pay to BRG interim fees in the total amount of $16,453.50 for services rendered and $0.00 for actual and necessary expenses incurred in the Chapter 11 Case during the Fee Period, less any amount previously paid, within 15 days of the entry of this Order.

**ORDERED** the allowance of compensation and reimbursement of expenses pursuant to this Order is without prejudice to BRG's right to seek additional compensation for services performed and expenses incurred during the Fee Period, which were not processed at the time of the Application.

**ORDERED** that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

###