**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of<br>Ogdensburg, New York,<br><br>                        Debtor. | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on March 13, 2026, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century") moved the United States Bankruptcy Court for the Northern District of New York (the "Court") for entry of an order (the "Motion") authorizing Century to file under seal objections to certain Proofs of Claim submitted to the Roman Catholic Diocese of Ogdensburg ("Diocese").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion and any objections thereto will be held on April 14, 2026 at 1:00 p.m. (prevailing Eastern Time), or as soon thereafter as counsel may appear and be heard, before the Honorable Patrick G. Radel, United States Bankruptcy Judge for the Northern District of New York, Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Room 236, Utica, New York 13501.

**PLEASE TAKE FURTHER NOTICE** that appearances may be made in-person or by video via Teams, for which preregistration is required by 3:00 PM one business day before the hearing at https://www.nynb.uscourts.gov/judge/judge-patrick-g-radel.

**PLEASE TAKE FURTHER NOTICE** that any response(s) to the Motion shall be filed and served on or before April 7, 2026.

Dated: March 13, 2026

Respectfully submitted,

By: */s/ Tancred Schiavoni*

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
MICHAEL M. KLOTZ
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone:     (212) 326-2000
Email: tschiavoni@omm.com
           mklotz@omm.com

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*