**O'Melveny**

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

March 13, 2026

**Michael Klotz**
D: +1 212 728 5983
mklotz@omm.com

<u>**VIA ECF**</u>

Hon. Patrick G. Radel
U.S. Bankruptcy Court
Alexander Pirnie U.S. Courthouse and Federal Building
10 Broad Street
Utica, NY 13501

<u>Re</u>:    *In re Diocese of Ogdensburg, NY*, **No. 23-bk-60507**

Dear Judge Radel,

      Century filed a motion (Dkt. No. 1231) seeking Your Honor's permission under Local Bankruptcy Rule 9018-1, to file an unredacted copy of Century's Objection to Proof of Claim No. CC048, Motion to Disallow and Memorandum of Points and Authorities in Support under seal along with unredacted copies of Exhibits 2 and 3 to the Declaration of Michael Klotz, dated March 13, 2026. The information that has been redacted is minimal.

      Under Local Bankruptcy Rule 9018-1(d), Century is required to coordinate with the Clerk's office regarding sealing any documents, providing the unredacted document(s) in a sealed envelope with proper case caption details, along with a paper copy of the "signed order granting" the sealing request.

      Pursuant to this rule, Century requests an order from the Court as to sealing, and stands ready to send the original copies to Your Honor's Chambers.

Sincerely,

<u>*/s/ Michael Klotz*</u>
Michael M. Klotz