UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                                                    Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period November 1, 2025 Through November 30, 2025*, a copy of which is attached hereto and hereby served upon you.

Dated: March 23, 2026                     BOND, SCHOENECK & KING, PLLC

                                          By:  _____/s/ Charles J. Sullivan_____
                                               Stephen A. Donato (Bar Roll No. 101522)
                                               Charles J. Sullivan (Bar Roll No. 507717)
                                               Grayson T. Walter (Bar Roll No. 518237)
                                               One Lincoln Center
                                               Syracuse, NY 13202-1355
                                               Telephone: (315) 218-8000
                                               Emails: sdonato@bsk.com
                                                       csullivan@bsk.com
                                                       gwalter@bsk.com

                                          *Attorneys for The Roman Catholic Diocese
                                          of Ogdensburg, New York*

23201750.v1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Case No. 23-60507

The Roman Catholic Diocese of Ogdensburg, New York,

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
NOVEMBER 1, 2025 THROUGH NOVEMBER 30, 2025**

Name of Applicant:                          Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:                   The Roman Catholic Diocese of Ogdensburg, New
                                            York, Debtor-In-Possession

Date of Retention:                          Order entered September 5, 2023 [Docket No. 110]
                                            *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:                November 1, 2025 through November 30, 2025

Amount of compensation sought
as actual, reasonable and necessary:        80% of $37,108.95 ($29,687.16)

Amount of expense reimbursement sought
as actual, reasonable and necessary:        $1,053.01

This is a:  _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's twenty-ninth monthly fee statement in this case.

23201750.v1

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Mr. Mark Mashaw
Diocesan Fiscal Officer
Diocese of Ogdensburg
622 Washington Street
Ogdensburg, NY 13669

For Legal Services Rendered through 11/30/25.

**Financial Review**
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| **B110: Case Administration** | | | | |
| 11/03/25 | K.M.Doner | 0.10 | $22.00 | Participated in telephone conference with Attorney Sullivan regarding outstanding operating report issue. |
| | K.M.Doner | 0.20 | $44.00 | Updated case charter following case update and strategy call with Attorneys Donato and Sullivan to reflect recent case updates. |
| | G.T.Walter | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding case status and strategy. |
| | R.N.Clement | 0.30 | $83.70 | Participated on call with Attorneys Sullivan and Walter to discuss case updates. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| | S.C.Temes | 0.30 | $156.60 | Participated in case update conference call with Attorneys Sullivan and Walter. |
| | B.M.Sheehan | 0.30 | $136.35 | Consulted with Attorneys Sullivan and Walter regarding case status issues. |
| 11/14/25 | K.M.Doner | 0.20 | $44.00 | Updated case charter to include recent case updates in preparation for strategy call with Attorneys Donato and Sullivan. |

Accounts Are Due Within 30 Days.

Bᴏɴᴅ, Sᴄʜᴏᴇɴᴇᴄᴋ & Kɪɴɢ, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 11/17/25 | K.M.Doner | 2.80 | $616.00 | Analyzed the Diocese's August 2025 monthly operating report and related schedules. |
| 11/18/25 | S.C.Temes | 0.50 | $261.00 | Reviewed draft of the Diocese's August 2025 monthly operating report. |
| 11/21/25 | K.M.Doner | 0.30 | $66.00 | Updated case charter to include recent case updates in preparation for strategy call with Attorneys Donato and Sullivan. |
| 11/24/25 | R.Cappiello | 1.00 | $220.00 | Finalized the Diocese's August 2025 monthly operating report. |
| | R.N.Clement | 0.20 | $55.80 | Participated in telephone conference with Attorney Sullivan case status and strategies. |
| | B.M.Sheehan | 0.20 | $90.90 | Consulted with Attorney Sullivan regarding case status issues. |
| | S.C.Temes | 0.40 | $208.80 | Reviewed the Diocese's August 2025 monthly operating report. |

|  | Subtotal: | Hours: | 7.40 | |
|  |  | Amount: | $2,337.25 | |

**B140: Relief from Stay/Adequate Protection Proceedings**

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 11/10/25 | K.M.Doner | 0.20 | $44.00 | Participated in telephone conference with Attorneys Sullivan and Walter regarding appeal of Judge Radel's decision pertaining to non-testimonial survivor statements filed by Century. |
| | G.T.Walter | 0.30 | $157.95 | Consulted with Attorney Krell regarding appeal of Judge Radel's decision pertaining to non-testimonial survivor statements. |
| | S.A.Donato | 0.30 | $183.60 | Reviewed notice of appeal of victim statement objection. |
| | J.S.Krell | 0.30 | $139.05 | Discussed Century Indemnity Company appeal with Attorney Walter. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | A.S.Rivera | 0.30 | $106.65 | Consulted with Attorney Sullivan regarding survivor impact statement issues and related appeal. |
| 11/11/25 | S.A.Donato | 0.40 | $244.80 | Conferred with Committee counsel regarding victim statement appeal and insurance carrier stay requests. |
| | S.A.Donato | 0.20 | $122.40 | Reviewed court order regarding insurance carrier stay request. |
| 11/17/25 | S.A.Donato | 0.20 | $122.40 | Conferred with Committee counsel regarding Judge Radel decision concerning insurance carrier stay denial requests. |
| | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding Judge Radel decision concerning insurance carrier stay denial requests. |
| | S.A.Donato | 0.40 | $244.80 | Reviewed and analyzed Judge Radel decision regarding insurance carrier stay denial requests. |
| 11/20/25 | S.A.Donato | 0.90 | $550.80 | Conducted partial review of Century's motion seeking a District Court stay regarding victim statement appeals. |
| | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding Century's motion seeking District Court stay regarding victim statement appeals. |
| 11/21/25 | S.A.Donato | 0.80 | $489.60 | Conducted further review and analysis of Century's application for District Court stay on appeal. |
| 11/25/25 | S.A.Donato | 0.20 | $122.40 | Conferred with Committee counsel regarding 2nd Circuit Appellate Court stay issues. |
| | S.A.Donato | 0.40 | $244.80 | Conducted initial review of Committee counsel reply to insurance carrier stay on appeal request. |

|  | Subtotal: | Hours: | 5.50 |
|---|---|---|---|
|  |  | Amount: | $3,140.45 |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| **B150: Meetings of and Communications with Creditors** | | | | |
| 11/11/25 | C.J.Sullivan | 0.50 | $290.25 | Participated in telephone conference with Committee counsel regarding case status. |
| 11/13/25 | S.C.Temes | 0.30 | $156.60 | Participated in conference call with Committee counsel regarding case issues. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Committee counsel regarding case status. |
| | Subtotal: | Hours: | 1.10 | |
| | | Amount: | $621.00 | |
| **B160: Fee/Employment Applications** | | | | |
| 11/01/25 | K.M.Doner | 3.20 | $704.00 | Drafted Bond's August and September 2025 fee statements. |
| 11/03/25 | K.M.Doner | 0.10 | $22.00 | Participated in telephone conference with Attorney Sullivan regarding next round of fee applications. |
| | K.M.Doner | 0.40 | $88.00 | Drafted correspondence to all professionals regarding timing for submission of fifth round of fee applications. |
| | C.J.Sullivan | 0.50 | $290.25 | Revised Bond's fifth interim fee application. |
| 11/10/25 | K.M.Doner | 0.10 | $22.00 | Reviewed draft of Blank Rome's October 2025 fee statement. |
| | R.Cappiello | 0.20 | $44.00 | Drafted Certificate of No Objection for September 2025 fee statement of Blank Rome LLP. |
| | R.Cappiello | 0.50 | $110.00 | Drafted Blank Rome's October 2025 fee statement. |
| 11/11/25 | K.M.Doner | 0.10 | $22.00 | Reviewed and revised the certificate of no objection related to Blank Rome's September 2025 fee statement. |
| | K.M.Doner | 0.10 | $22.00 | Corresponded with M. Mashaw regarding Blank Rome's September 2025 fee statement. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/13/25 | K.M.Doner | 0.30 | $66.00 | Reviewed and revised Bond's August and September 2025 fee statements. |
| | K.M.Doner | 0.20 | $44.00 | Corresponded with Attorney Wang regarding Costello's August, September and October fee statements and fifth interim fee application. |
| | R.Cappiello | 0.40 | $88.00 | Drafted summary and cover sheet and related notice pertaining to Bond's September 2025 fee statement. |
| | R.Cappiello | 0.50 | $110.00 | Drafted summary and cover sheet and related notice pertaining to Bond's August 2025 fee statement. |
| | K.M.Doner | 0.50 | $110.00 | Consulted with Attorney Clement regarding Bond's fifth interim fee application. |
| | K.M.Doner | 0.60 | $132.00 | Began reviewing billing summaries in preparation for drafting Bond's fifth interim fee application. |
| | R.Cappiello | 0.30 | $66.00 | Finalized Costello, Cooney & Fearon, PLLC's August 2025 fee statement. |
| | R.Cappiello | 0.30 | $66.00 | Finalized Costello, Cooney & Fearon's September 2025 fee statement. |
| | R.Cappiello | 0.30 | $66.00 | Finalized Costello, Cooney & Fearon, PLLC's October 2025 fee statement. |
| | R.N.Clement | 0.70 | $195.30 | Began review of fee statements in preparation for drafting summary of services section of Bond's fifth interim fee application. |
| | R.N.Clement | 0.50 | $139.50 | Participated in discussion with Paralegal K. Doner regarding logistics for fifth round of interim fee applications. |
| | K.M.Doner | 0.50 | $110.00 | Began outlining Bond's fifth interim fee application. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/14/25 | K.M.Doner | 0.20 | $44.00 | Corresponded with D. Lowrance of Blank Rome regarding Blank Rome's fifth interim fee application. |
| | K.M.Doner | 3.00 | $660.00 | Continued outlining portions of Bond's fifth interim fee application. |
| | K.M.Doner | 1.80 | $396.00 | Reviewed and revised Blank Rome's fifth interim fee application. |
| | K.M.Doner | 0.10 | $22.00 | Drafted correspondence to Attorney Murray and D. Lowrance regarding Blank Rome's fifth interim fee application. |
| | R.Cappiello | 2.50 | $550.00 | Drafted fifth interim fee application for Blank Rome LLP. |
| | R.Cappiello | 0.50 | $110.00 | Drafted certificate of no objection related to Bond's July 2025 fee statement. |
| | R.N.Clement | 3.40 | $948.60 | Began drafting summary of services section of Bond's fifth interim fee application. |
| 11/17/25 | R.N.Clement | 3.20 | $892.80 | Continued drafting summary of services section of Bond's fifth interim fee application. |
| | K.M.Doner | 1.60 | $352.00 | Prepared summary report of fees and expenses in connection with Bond's fifth interim fee application. |
| | K.M.Doner | 0.80 | $176.00 | Revised Bond's fifth interim fee application. |
| | R.Cappiello | 1.00 | $220.00 | Drafted summary and cover sheet for Blank Rome's fifth interim fee application. |
| | K.M.Doner | 0.80 | $176.00 | Revised summary and cover sheet related to Bond's fifth interim fee application. |
| | K.M.Doner | 0.30 | $66.00 | Revised summary and cover sheet related to Blank Rome's fifth interim fee application. |
| | R.Cappiello | 3.00 | $660.00 | Drafted summary and cover sheet for Bond's fifth interim fee application. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/18/25 | K.M.Doner | 0.40 | $88.00 | Participated in telephone conference with Attorney Clement regarding Bond's fifth interim fee application. |
| | R.N.Clement | 8.30 | $2,315.70 | Finalized draft of Bond's fifth interim fee application. |
| | R.N.Clement | 0.40 | $111.60 | Discussed logistics for fee application submissions with K. Doner. |
| 11/19/25 | K.M.Doner | 0.90 | $198.00 | Drafted exhibits to Bond's and Blank Rome's fifth interim fee applications. |
| 11/20/25 | K.M.Doner | 0.60 | $132.00 | Participated in telephone conference with Attorney Clement regarding fee application issues of various professional fee applications. |
| | K.M.Doner | 0.30 | $66.00 | Corresponded with M. Mashaw regarding Bond's June and July 2025 fee statements. |
| | K.M.Doner | 1.40 | $308.00 | Drafted joint notice of hearing in connection with fifth round of fee applications. |
| | R.N.Clement | 0.60 | $167.40 | Participated in call with K. Doner to discuss fifth round of professional fee applications. |
| | R.N.Clement | 2.50 | $697.50 | Revised Bond's fifth interim fee application to incorporate comments of Attorney Sullivan. |
| | C.J.Sullivan | 1.50 | $870.75 | Reviewed and revised draft of Bond's fifth interim fee application. |
| 11/21/25 | K.M.Doner | 0.20 | $44.00 | Corresponded with Attorney Wang from Costello and D. Lowrance from Blank Rome regarding fee application issues. |
| | K.M.Doner | 0.60 | $132.00 | Revised Costello Cooney & Fearon's fifth interim fee application. |
| | K.M.Doner | 0.30 | $66.00 | Participated in telephone conference with Attorney Clement regarding Bond and Blank Rome's fifth interim fee applications and joint notice of hearing related to fifth round of fee applications. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | K.M.Doner | 0.50 | $110.00 | Revised Blank Rome's fifth interim fee application. |
| | K.M.Doner | 0.20 | $44.00 | Conferred with M. Mashaw regarding Bond's, Blank Rome's and Costello's fifth interim fee applications and drafted follow up correspondence to M. Mashaw regarding same. |
| | K.M.Doner | 0.30 | $66.00 | Communicated with E. Gray of Pachulski regarding Committee professional fee applications. |
| | K.M.Doner | 0.20 | $44.00 | Revised summary and cover sheets related to Bond's and Blank Rome's fifth interim fee applications. |
| | K.M.Doner | 0.20 | $44.00 | Revised joint notice of hearing in connection with fifth round of fee applications. |
| | K.M.Doner | 0.10 | $22.00 | Drafted follow up correspondence to E. Gray and J. Bair regarding joint notice related to fifth round of fee applications. |
| | K.M.Doner | 1.20 | $264.00 | Revised and finalized Bond's, Blank Rome's and Costello's fifth interim fee applications. |
| | R.N.Clement | 0.50 | $139.50 | Reviewed final fee application submission for Bond and other professionals. |
| 11/25/25 | R.Cappiello | 0.20 | $44.00 | Reviewed copy of Bond's June 2025 invoice in excel format and forward same to Trustee Champion. |

|  | | | |
|---|---|---|---|
| Subtotal: | Hours: | 53.90 | |
| | Amount: | $13,764.90 | |

---

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| **B195: Non-Working Travel** | | | | |
| 11/30/25 | C.J.Sullivan | 1.30 | $754.65 | Travel to Albany, New York for survivor statement hearing. |
| | Subtotal: | Hours: | 1.30 | |
| | | Amount: | $754.65 | |
| **B401: Mediation** | | | | |
| 11/03/25 | K.M.Doner | 0.30 | $66.00 | Drafted letter to Judge Radel regarding proposed order appointing additional mediator. |
| | K.M.Doner | 0.30 | $66.00 | Revised and finalized proposed order appointing additional mediator and corresponded with Attorney Sullivan regarding same. |
| | R.Cappiello | 0.10 | $22.00 | Communicated with M. Mashaw transmitting mediation reimbursement checks received from insurance carriers. |
| | R.Cappiello | 0.40 | $88.00 | Performed calculation of outstanding reimbursement amount due from Interstate Fire and transmitted the information to M. Siobhain. |
| | C.J.Sullivan | 6.20 | $3,599.10 | Participated in mediation. |
| | C.J.Sullivan | 0.50 | $290.25 | Revised mediation order and revised letter to Judge Radel regarding same. |
| | C.J.Sullivan | 0.50 | $290.25 | Corresponded with Mediator Cyganowski regarding mediation issues. |
| 11/05/25 | C.J.Sullivan | 1.00 | $580.50 | Participated in meeting with representatives of the Diocese and mediator Cyganowski to discuss mediation issues. |
| 11/06/25 | C.J.Sullivan | 1.50 | $870.75 | Prepared and assembled follow-up information for mediator concerning background on case. |
| 11/08/25 | G.T.Walter | 1.00 | $526.50 | Reviewed pleadings regarding appeal of victim impact statements. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/10/25 | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding mediation issues and updates. |
| | B.M.Sheehan | 0.30 | $136.35 | Consulted with Attorney Sullivan regarding mediation strategies. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Attorney Donato regarding mediation issues and updates. |
| | S.C.Temes | 0.30 | $156.60 | Participated on conference call with Attorneys Donato and Sullivan regarding mediation strategies. |
| 11/12/25 | R.Cappiello | 2.50 | $550.00 | Worked on review and updates to mediation check folder, mediation tracker and reimbursement spreadsheet. |
| | R.Cappiello | 0.20 | $44.00 | Transmitted insurance carrier mediation reimbursement checks to M. Mashaw. |
| | C.J.Sullivan | 0.50 | $290.25 | Prepared for mediation. |
| 11/13/25 | R.Cappiello | 0.20 | $44.00 | Transmitted insurance carrier mediation reimbursement checks to Mark Mashaw. |
| 11/14/25 | C.J.Sullivan | 0.50 | $290.25 | Prepared for mediation. |
| 11/16/25 | S.A.Donato | 0.20 | $122.40 | Reviewed correspondence from special insurance counsel regarding insurance carrier mediation issues. |
| | S.A.Donato | 0.20 | $122.40 | Reviewed correspondence from mediator regarding mediation follow up issues. |
| 11/18/25 | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Attorney Rivera regarding mediation issues and strategies. |
| | S.A.Donato | 0.30 | $183.60 | Conferred with Committee counsel regarding mediation issues. |
| | A.S.Rivera | 0.30 | $106.65 | Consulted with Attorney Sullivan regarding strategy and preparation for mediation on December 2, 2025. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 11/19/25 | S.A.Donato | 0.30 | $183.60 | Participated in supplemental consultation with Attorney Sullivan regarding mediation session. |
| | C.J.Sullivan | 2.50 | $1,451.25 | Reviewed financial records and prepared for meeting with mediator. |
| | C.J.Sullivan | 1.00 | $580.50 | Participated in meeting with mediator regarding review of available assets. |
| | S.A.Donato | 1.00 | $612.00 | Participated in meeting with newly appointed mediator. |
| 11/20/25 | S.A.Donato | 0.30 | $183.60 | Conferred with insurance carrier counsel regarding mediation issues. |
| | C.J.Sullivan | 0.80 | $464.40 | Reviewed Century motion for stay pending appeal and drafted correspondence to Diocese regarding same. |
| 11/24/25 | K.M.Doner | 0.20 | $44.00 | Corresponded with Attorneys Wang and Sullivan regarding order scheduling presentation of non-testimonial survivor statements. |
| | G.T.Walter | 0.30 | $157.95 | Consulted with Attorney Donato regarding mediation preparation issues. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Attorney Sullivan regarding mediation preparation issues. |
| | C.J.Sullivan | 0.30 | $174.15 | Prepare for survivor impact statement hearing. |
| | S.A.Donato | 0.30 | $183.60 | Conferred with Committee counsel regarding victim statement issues and procedures. |
| | S.A.Donato | 0.20 | $122.40 | Prepared response to litigation counsel regarding victim statement procedures. |
| | S.A.Donato | 0.20 | $122.40 | Reviewed correspondence from litigation counsel regarding victim statement procedures. |
| | S.A.Donato | 0.20 | $122.40 | Reviewed bankruptcy court scheduling order regarding mediation issues. |
| | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding mediation preparation issues. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | A.S.Rivera | 0.10 | $35.55 | Consulted with Attorney Sullivan regarding per claimant recovery research for use in mediation. |
| 11/25/25 | C.J.Sullivan | 0.50 | $290.25 | Prepared for mediation. |
| | C.J.Sullivan | 1.20 | $696.60 | Prepared for hearing regarding survivor impact statements. |
| | R.Cappiello | 0.30 | $66.00 | Reviewed mediation reimbursement tracker spreadsheet for missing payments. |
| | S.A.Donato | 0.30 | $183.60 | Reviewed correspondence from Committee regarding victim statement issues. |
| 11/30/25 | S.A.Donato | 0.50 | $306.00 | Reviewed draft mediation documentation received from Attorney Sullivan in preparation for mediation session. |
| | S.A.Donato | 0.30 | $183.60 | Conferred with Committee counsel regarding victim statement motion procedures. |
| | S.A.Donato | 0.40 | $244.80 | Consulted with Attorney Sullivan in preparation for mediation session. |
| | A.S.Rivera | 1.20 | $426.60 | Addressed issue related to victim impact statements. |
| | A.S.Rivera | 0.90 | $319.95 | Addressed issues related to average victim settlement amounts for purposes of mediation. |

| Subtotal: | Hours: | 32.10 |
|---|---|---|
| | Amount: | $16,490.70 |

**Total Hours and Fees For This Matter:**          101.30          $37,108.95

---

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

March 17, 2026
Bill Number: 20120031

Diocese of Ogdensburg

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato | 9.70 | $612.00 | $5,936.40 |
| B. M. Sheehan | 0.80 | 454.50 | 363.60 |
| C. J. Sullivan | 22.30 | 580.50 | 12,945.15 |
| S. C. Temes | 1.80 | 522.00 | 939.60 |
| G. T. Walter | 1.90 | 526.50 | 1,000.35 |
| J. S. Krell | 0.30 | 463.50 | 139.05 |
| R. N. Clement | 20.60 | 279.00 | 5,747.40 |
| A. S. Rivera | 2.80 | 355.50 | 995.40 |
| R. Cappiello | 14.40 | 220.00 | 3,168.00 |
| K. M. Doner | 26.70 | 220.00 | 5,874.00 |
| **Total** | 101.30 | | $37,108.95 |

**Matter Disbursement Summary**

| | |
|---|---|
| Courier Service | $33.48 |
| Data Hosting & Storage | 405.00 |
| Lexis | 22.50 |
| Travel Expense | 592.03 |
| **Total Disbursements** | **$1,053.01** |

| **TOTAL FOR THIS MATTER** | **$38,161.96** |
|---|---|