UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Costello, Cooney & Fearon, PLLC has filed the *Nineteenth Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period January 1, 2026 Through January 30, 2026*, copies of which are attached hereto and hereby served upon you.


**DATED:**      April 2, 2026          **COSTELLO, COONEY & FEARON, PLLC**


                              */s/ Jeffrey D. Eaton*
                          Jeffrey D. Eaton
                          Bar Roll No. 519622
                          211 West Jefferson Street, Suite 1
                          Syracuse, New York 13202
                          Telephone: (315) 422-1152
                          E-mail:  jeaton@ccf-law.com

                          *Special Litigation Counsel for The Roman Catholic Diocese of Ogdensburg*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Case No.  23-60507

The Roman Catholic Diocese of Ogdensburg, New York,

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
JANUARY, 2026 THROUGH JANUARY 30, 2026**

Name of Applicant:                                Costello, Cooney & Fearon, PLLC

Authorized to Provide
Professional Services to:                      The Roman Catholic Diocese of Ogdensburg, New
                                                              York, Debtor-In-Possession

Date of Retention:                              Order entered September 15, 2023 [Docket No. 112]
                                                            *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:              January 1, 2026 through January 30, 2026

Amount of compensation sought
as actual, reasonable and necessary:    80% of $2,427.50 ($1,942.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary:    $0.00

This is a:  _X_ monthly ____ quarterly ____ final application.

This is Costello, Cooney & Fearon, PLLC's eighteenth monthly fee statement in this case.

**COSTELLO, COONEY & FEARON, PLLC**
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
ID: 01-0685405

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0001
STATEMENT NO. 280382
MGF
February 9, 2026

REGARDING:   214-G CLAIMS

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/02/2026 | Reviewed voluminous (180 plus) NYSCEF filings on 90 plus suits adjusting counsel for various parties in State Court actions. | MGF | 1.50 | 412.50 |
| 01/05/2026 | Drafted email correspondence to bankruptcy counsel Attorney C. Sullivan regarding withdrawal of appearance for J. Wang. | JDE | 0.20 | 45.00 |
| 01/05/2026 | Drafted email correspondence to M. Mashaw regarding question on certificate of no objection for fee statement. | JDE | 0.20 | 45.00 |
| 01/05/2026 | Performed brief research regarding local rule for withdrawal of an attorney. | JDE | 0.40 | 90.00 |
| 01/05/2026 | Revised withdrawal of counsel to conform with local rules. | JDE | 0.50 | 112.50 |
| 01/08/2026 | Telephone conference with Part 57 Clerk to confirm they received my email correspondence requesting adjournment of the conference due to the bankruptcy stay. | LJP | 0.20 | 20.00 |
| 01/08/2026 | Received and reviewed correspondence from the Part 57 Clerk advising of adjournment of January 22, 2026 conference. | LJP | 0.10 | 10.00 |
| 01/08/2026 | Received and reviewed update on Supreme Court suit in NY County activated with follow up to enforce stay pending bankruptcy. | MGF | 0.50 | 137.50 |
| 01/09/2026 | Received and reviewed email from Diocese regarding direct contact by Claimant with response and recommendation. | MGF | 0.30 | 82.50 |
| 01/12/2026 | Attention to expense reimbursement question for bankruptcy cases. | JDE | 0.20 | 45.00 |
| 01/13/2026 | Drafted email correspondence to M. Mashaw regarding comments to December fee statement. | JDE | 0.20 | 45.00 |
| 01/15/2026 | Reviewed automatic stay question related to labor law case against a parish. | JDE | 0.50 | 112.50 |
| 01/15/2026 | Drafted email communication to Attorney C. Sullivan regarding labor law case and automatic stay. | JDE | 0.20 | 45.00 |
| 01/15/2026 | Worked on changes to telephone conference with follow up as requested by participants. | MGF | 0.70 | 192.50 |
| 01/15/2026 | Conducted ███████ conference with participation from ██ | MGF | 0.50 | 137.50 |
| 01/15/2026 | Followed up with communication to counsel on conference and future telephone conferences. | MGF | 0.40 | 110.00 |

| 01/15/2026 | Created summary of shared information from other counsels. | MGF | 0.40 | 110.00 |
| 01/16/2026 | Drafted email correspondence to M. Fatcheric with determination that automatic stay does not apply to parish labor law case. | JDE | 0.20 | 45.00 |
| 01/21/2026 | Drafted email correspondence to M. Mashaw regarding question on monthly fee statement. | JDE | 0.20 | 45.00 |
| 01/29/2026 | Finalized monthly fee statement for filing. | JDE | 0.20 | 45.00 |
| 01/29/2026 | Prepared for ▮▮▮▮ counsel's joint conference. | MGF | 0.50 | 137.50 |
| 01/29/2026 | Conducted joint conference of ▮▮▮ counsel for status updates. | MGF | 0.80 | 220.00 |
| 01/29/2026 | Created summary of status updates. | MGF | 0.30 | 82.50 |
| 01/30/2026 | Reviewed various cases and obtained summaries. | LJP | 1.00 | 100.00 |

TOTAL SERVICES RENDERED     2,427.50

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|------|----------|------|-------|--------|
| JDE | JEFFREY D. EATON - SPECIAL COUNSEL | 225.00 | 3.00 | 675.00 |
| MGF | MAUREEN G. FATCHERIC - PARTNER | 275.00 | 5.90 | 1,622.50 |
| LJP | LORI PITCHER - PARALEGAL | 100.00 | 1.30 | 130.00 |
| | | | | 2,427.50 |

TOTAL AMOUNT DUE       $2,427.50

COSTELLO, COONEY & FEARON, PLLC
MATTER: 14984.0001