UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.  23-60507

Chapter 11

## <u>NOTICE OF FILING</u>

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Costello, Cooney & Fearon, PLLC has filed the *Twentieth Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period February 1, 2026 Through February 28, 2026*, copies of which are attached hereto and hereby served upon you.

**DATED:**      April 2, 2026          **COSTELLO, COONEY & FEARON, PLLC**

_____/s/ Jeffrey D. Eaton_____
Jeffrey D. Eaton
Bar Roll No. 519622
211 West Jefferson Street, Suite 1
Syracuse, New York 13202
Telephone: (315) 422-1152
E-mail:  jeaton@ccf-law.com

*Special Litigation Counsel for The Roman Catholic Diocese of Ogdensburg*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                           Debtor.

Case No.  23-60507

Chapter 11

**MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC
DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD
FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

Name of Applicant:                        Costello, Cooney & Fearon, PLLC

Authorized to Provide
Professional Services to:              The Roman Catholic Diocese of Ogdensburg, New
York, Debtor-In-Possession

Date of Retention:                    Order entered September 15, 2023 [Docket No. 112]
*Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:       February 1, 2026 through February 28, 2026

Amount of compensation sought
as actual, reasonable and necessary:   80% of $1,670.00 ($1,336.00)

Amount of expense reimbursement sought
as actual, reasonable and necessary:   $0.00

This is a:  _X_ monthly _____ quarterly _____ final application.

This is Costello, Cooney & Fearon, PLLC's twentieth monthly fee statement in this case.

# COSTELLO, COONEY & FEARON, PLLC

*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0001
STATEMENT NO. 281633
MGF
March 19, 2026

REGARDING:   214-G CLAIMS

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 02/10/2026 | Reviewed January 2026 fee entries for redactions for 19th monthly fee statement. | JDE | 0.50 | 112.50 |
| 02/11/2026 | Reviewed Avalon invoices related to data storage for AG proceeding. | JDE | 0.40 | 90.00 |
| 02/11/2026 | Communicated with Attorney M. Fatcheric and S. Rothschild (Avalon) regarding Avalon invoicing issue. | JDE | 0.40 | 90.00 |
| 02/11/2026 | Communicated with M. Mashaw, Attorney C. Sullivan, and K. Doner regarding payment of outstanding Avalon invoices and Avalon invoicing issue. | JDE | 0.50 | 112.50 |
| 02/11/2026 | Received and reviewed multiple emails from Avalon to client in electronic storage and related fees with notes for follow up. | MGF | 0.60 | 165.00 |
| 02/11/2026 | Telephone conference with prior General Counsel for client on Attorney General subpoena and document preservation history and storage with notes and directives for follow up. | MGF | 1.00 | 275.00 |
| 02/11/2026 | Received and reviewed executed agreement for preservation of records confirmed. | MGF | 0.40 | 110.00 |
| 02/12/2026 | Prepared for meeting with counsel on State filings. | MGF | 0.30 | 82.50 |
| 02/12/2026 | Attended meeting of counsel for status in State filings (no travel time included). | MGF | 0.80 | 220.00 |
| 02/12/2026 | Created notes and directives for procedures and logistics needed for resolution. | MGF | 0.50 | 137.50 |
| 02/26/2026 | Received and reviewed litigation status information on other Diocese in New York State. | MGF | 0.80 | 220.00 |
| 02/26/2026 | Reviewed bankruptcy status for Diocese for State claim Court conferences (NY County). | MGF | 0.20 | 55.00 |
| | TOTAL SERVICES RENDERED | | | 1,670.00 |

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|------|----------|------|-------|--------|
| JDE | JEFFREY D. EATON - SPECIAL COUNSEL | 225.00 | 1.80 | 405.00 |
| MGF | MAUREEN G. FATCHERIC - PARTNER | 275.00 | 4.60 | 1,265.00 |
| | | | | 1,670.00 |

AMOUNT DUE CURRENT INVOICE                                   $1,670.00

OUTSTANDING BALANCES - PREVIOUS INVOICES

| | INVOICE NO. 278598 | 12/04/2025 | 1,183.98 |
|---|---|---|---|
| | INVOICE NO. 279680 | 01/12/2026 | 11,467.13 |
| | INVOICE NO. 280382 | 02/09/2026 | 2,427.50 |
| TOTAL OUTSTANDING INVOICES | | | 15,078.61 |

TOTAL AMOUNT DUE                                             $16,748.61

COSTELLO, COONEY & FEARON, PLLC                     281633
MATTER: 14984.0001                                  Page 2