UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of | ) | |
| Ogdensburg, New York, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF SIXTH MOTION FOR ENTRY OF AN ORDER
### EXTENDING THE PERIOD WITHIN WHICH THE DIOCESE
### MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND
### RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE**, that on April 2, 2026, The Roman Catholic Diocese of Ogdensburg, New York (the "Diocese"), by and through its undersigned counsel, filed the *Sixth Motion for Entry of an Order Extending the Period Within Which the Diocese May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure* (the "Motion") with the United States Bankruptcy Court for the Northern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing to consider the Motion and any objections related thereto will be held on **May 19, 2026, at 1:00 p.m.** (prevailing Eastern time), or as soon thereafter as counsel may appear and be heard (the "Hearing"), before the Honorable Patrick G. Radel, United States Bankruptcy Judge for the Northern District of New York, or such other judge as may be sitting in his stead in the United States Bankruptcy Court for the Northern District of New York, Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Utica, New York 13501.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of New York and be filed with the Court and served upon the following parties **on or before May 12, 2026**: (i) counsel to the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, NY 13202, Attn: Stephen A. Donato, Charles J. Sullivan and Grayson T. Walter; (ii) the Office of the United States Trustee for the Northern District of New York, 100 State Street, Suite 4230, Rochester, NY 14614, Attn: Erin Champion; (iii) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, Attn: Ilan D. Scharf and Karen B. Dine; and (iv) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE,** that parties may appear at the Hearing in person at the United States Bankruptcy Court for the Northern District of New York, Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Utica, New York 13501, OR by video via

23175670.v2

Teams, for which pre-registration is required by 3:00 PM one business day before the hearing at: https://www.nynb.uscourts.gov/judge/judge-patrick-g-radel.

Dated: April 2, 2026

BOND, SCHOENECK & KING, PLLC


By: */s/ Andrew S. Rivera*
Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Sara C. Temes (Bar Roll No. 514148)
Andrew S. Rivera (Bar Roll No. 700712)
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Fax: (315) 218-8100
Emails:     sdonato@bsk.com
            csullivan@bsk.com
            stemes@bsk.com
            arivera@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

2

23175670.v2