UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Case No.: 23-60507
Chapter 11

Debtor.

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE
STATEMENT OF COSTELLO, COONEY & FEARON, PLLC FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK
FOR THE PERIOD MARCH 1, 2026 THROUGH MARCH 31, 2026**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and
Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No.
250] (the "Interim Compensation Order")[1], the undersigned hereby certifies that, as of the date
hereof, Costello, Cooney & Fearon, PLLC ("Costello") has received no Objections to the *Monthly
Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and
Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York
for the Period March 1, 2026 through March 31, 2026* [Docket No. 1268] (the "Monthly Fee
Statement") filed on April 20, 2026.

Accordingly, pursuant to the Interim Compensation Order, The Roman Catholic Diocese
of Ogdensburg, New York is authorized to pay on an interim basis eighty percent (80%) of
Costello's fees and one hundred percent (100%) of Costello's expenses, as reflected in the Monthly
Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation
Order.

Dated: May 13, 2026                              COSTELLO, COONEY & FEARON, PLLC


                                   By:     */s/ Jeffrey D. Eaton*
                                         Jeffrey D. Eaton, Esq., Bar Roll No. 519622
                                         211 West Jefferson Street
                                         Syracuse, New York 13202
                                         Telephone: (315) 422-1152
                                         Email:  jeaton@ccf-law.com

                                         *Special Litigation Counsel for The Roman Catholic*
                                         *Diocese of Ogdensburg, New York*