So Ordered.

Signed this 1 day of June, 2026.



_____

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| | )   Case No. 23-60507-6-pgr |
| The Roman Catholic Diocese of | ) |
| Ogdensburg, New York, | )   Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

### *SUA SPONTE* ORDER DIRECTING SEALING OF DOCUMENTS

The Court is in receipt of a letter (the "Correspondence") from a Child Victims Act creditor (the "CVA Creditor") advising of a change of address.  In light of the identifying information of the CVA Creditor in the Correspondence, and in harmony with procedures already established in this case (*see* Doc. 203) and in accordance with Fed. R. Bankr. P. 9018, it is hereby

**ORDERED** that the Clerk is directed to file the Correspondence in its entirety under seal on the case docket such that it shall not be available to the public at the Clerk's Office or viewable on the electronic docket; and it is further

**ORDERED** that the Clerk is directed to serve a copy of the sealed Correspondence received from the CVA Creditor on: (i) Debtor's Counsel, Charles J. Sullivan, Esq., Bond, Schoeneck & King, PLLC, One Lincoln Center, Suite 1800, Syracuse, NY 13202; (ii) Counsel to the Official Committee of Unsecured Creditors, IIan D. Scharf, Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, Ste 36th Floor, New York, NY 10019; and (iii) the Assistant United States Trustee, Erin Champion, Esq., Office of the United States Trustee, 100 State Street, Room 4230, Rochester, NY

14614; and it is further;

**ORDERED** that the Clerk is directed to serve this order on the CVA Creditor by first-class

mail.

###