UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                                        Debtor.

Case No. 23-60507

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period April 1, 2026 Through April 30, 2026*, a copy of which is attached hereto and hereby served upon you.

Dated: June 22, 2026

BOND, SCHOENECK & KING, PLLC

By:  _____/s/ Charles J. Sullivan_____
     Stephen A. Donato (Bar Roll No. 101522)
     Charles J. Sullivan (Bar Roll No. 507717)
     Grayson T. Walter (Bar Roll No. 518237)
     One Lincoln Center
     Syracuse, New York 13202-1355
     Telephone: (315) 218-8000
     Emails: sdonato@bsk.com
             csullivan@bsk.com
             gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

23735506.v2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

Case No. 23-60507

The Roman Catholic Diocese of Ogdensburg, New York,

Chapter 11

Debtor.

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC**
**DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD**
**APRIL 1, 2026 THROUGH APRIL 30, 2026**

Name of Applicant:                                   Bond, Schoeneck & King, PLLC

Authorized to Provide
Professional Services to:                        The Roman Catholic Diocese of Ogdensburg, New
                                                                York, Debtor-In-Possession

Date of Retention:                                  Order entered September 5, 2023 [Docket No. 110]
                                                                *Nunc Pro Tunc* to July 17, 2023

Period for which compensation
and reimbursement is sought:                April 1, 2026 through April 30, 2026

Amount of compensation sought
as actual, reasonable and necessary:     80% of $17,764.65 ($14,211.72)

Amount of expense reimbursement sought
as actual, reasonable and necessary:     $487.07

This is a:  _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's thirty-fourth monthly fee statement in this case.

23735506.v2

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

June 23, 2026
Bill Number: 20145017

Mr. Mark Mashaw
Diocesan Fiscal Officer
Diocese of Ogdensburg
622 Washington Street
Ogdensburg, NY 13669

For Legal Services Rendered through 04/30/26.

**Financial Review**
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 04/03/26 | K.M.Doner | 0.20 | $44.00 | Updated case charter to reflect recent case updates in preparation for case strategy call with Attorneys Donato, Sullivan, Temes and Walter. |
| 04/06/26 | R.N.Clement | 0.30 | $83.70 | Participated in call with Attorneys Sullivan and Walter to discuss case status and strategy. |
| | G.T.Walter | 0.30 | $157.95 | Consulted with Attorney Sullivan regarding open issues and case strategy. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Attorney Walter regarding case status and strategy. |
| 04/10/26 | K.M.Doner | 0.20 | $44.00 | Updated case charter to reflect recent case updates in preparation for case status and strategy call with Attorneys Donato and Sullivan. |
| 04/13/26 | K.M.Doner | 0.10 | $22.00 | Consulted with Attorney Sullivan regarding the Diocese's February 2025 operating report. |
| | A.M.Takashima | 0.10 | $19.35 | Participated in telephone conference led by Attorney Sullivan to discuss outstanding case matters. |
| 04/14/26 | K.M.Doner | 0.10 | $22.00 | Reviewed and revised Blank Rome's March 2026 fee statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

June 23, 2026
Bill Number: 20145017

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/16/26 | K.M.Doner | 3.60 | $792.00 | Analyzed the Diocese's February 2026 operating report and related schedules. |
| | K.M.Doner | 0.30 | $66.00 | Drafted correspondence to M. Mashaw regarding proposed updates to the Diocese's February 2026 operating report. |
| 04/17/26 | K.M.Doner | 0.10 | $22.00 | Corresponded with M. Mashaw regarding additional updates to the Diocese's February 2026 operating report. |
| | K.M.Doner | 0.30 | $66.00 | Revised the Diocese's February 2026 operating report to reflect comments provided by M. Mashaw. |
| | K.M.Doner | 0.10 | $22.00 | Drafted follow up correspondence to Attorney Temes regarding the Diocese's February 2026 operating report. |
| 04/20/26 | K.M.Doner | 0.10 | $22.00 | Updated case charter to reflect recent case updates following case status and strategy call with Attorneys Donato and Sullivan. |
| | S.C.Temes | 0.20 | $104.40 | Participated in call with Attorney Sullivan regarding case status and strategy. |
| | A.S.Rivera | 0.20 | $74.70 | Consulted with Attorneys Donato and Sullivan regarding open case issues. |
| 04/22/26 | K.M.Doner | 0.10 | $22.00 | Corresponded with Attorney Temes regarding the Diocese's February 2026 monthly operating report. |
| 04/23/26 | R.Cappiello | 0.50 | $110.00 | Finalized the Diocese's February 2026 monthly operating report. |
| | S.C.Temes | 0.30 | $156.60 | Reviewed a draft of the Diocese's February 2026 monthly operating report. |
| 04/24/26 | K.M.Doner | 0.20 | $44.00 | Prepared updates to case charter in preparation for case status and strategy call with Attorneys Donato, Sullivan and Walter. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

June 23, 2026
Bill Number: 20145017

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 04/27/26 | K.M.Doner | 0.20 | $44.00 | Participated in telephone conference with Attorneys Donato and Sullivan regarding case status and next round of fee applications. |
| | R.N.Clement | 0.20 | $55.80 | Participated in call with Attorney Sullivan regarding case status and next round of fee applications. |
| | C.J.Sullivan | 0.50 | $290.25 | Participated in telephone conference with Diocese regarding case status. |
| | Subtotal: | Hours: | 8.50 | |
| | | Amount: | $2,458.90 | |

**B120: Asset Analysis and Recovery**

| Date | | Hours | Amt | Description |
|------|--|-------|-----|-------------|
| 04/02/26 | G.J.McDonald | 0.50 | $281.25 | Reviewed information requests for CX Re in connection with claim for insurance coverage on sex abuse claims. |
| 04/10/26 | D.M.Knapp | 0.10 | $37.35 | Consulted Attorney Simcoe regarding response to questions about restricted and unrestricted assets. |
| 04/13/26 | G.J.McDonald | 2.00 | $1,125.00 | Reviewed and analyzed information requests from CX Re concerning claim against insolvent insurance carrier. |
| 04/14/26 | T.W.Simcoe | 2.10 | $1,285.20 | Worked on responses to Committee regarding restricted funds. |
| 04/22/26 | G.J.McDonald | 1.30 | $731.25 | Drafted responses to requests for additional claims information from CX Re. |
| 04/26/26 | T.W.Simcoe | 3.30 | $2,019.60 | Continued drafting response to positions of the Committee regarding restricted fund analysis. |
| 04/27/26 | T.W.Simcoe | 0.30 | $183.60 | Continued drafting responses to Committee regarding restricted fund analysis. |
| 04/29/26 | T.W.Simcoe | 2.20 | $1,346.40 | Continued working on settlement issues. |
| 04/30/26 | T.W.Simcoe | 0.50 | $306.00 | Finalized response to Committee regarding restricted fund analysis. |

**BOND, SCHOENECK & KING, PLLC**
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

June 23, 2026
Bill Number: 20145017

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.40 | $244.80 | Reviewed correspondence from Attorney Simcoe regarding restricted fund issues. |
| | Subtotal: | Hours: | 12.70 | |
| | | Amount: | $7,560.45 | |

**B150: Meetings of and Communications with Creditors**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/06/26 | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Committee counsel regarding case status. |
| 04/13/26 | C.J.Sullivan | 0.50 | $290.25 | Participated in telephone conference with Committee counsel regarding case status. |
| | S.C.Temes | 0.50 | $261.00 | Participated in Committee planning and strategy conference call. |
| | Subtotal: | Hours: | 1.30 | |
| | | Amount: | $725.40 | |

**B160: Fee/Employment Applications**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/07/26 | R.Cappiello | 1.00 | $220.00 | Drafted certificates of no objection for Bond's October, November and December 2025 and January 2026 fee statements. |
| 04/08/26 | K.M.Doner | 0.30 | $66.00 | Reviewed and revised certificates of no objection related to Bond's October, November and December 2025 and January 2026 fee statements. |
| | K.M.Doner | 0.20 | $44.00 | Corresponded with Attorney Sullivan regarding fee statement issues. |
| | R.Cappiello | 0.50 | $110.00 | Finalized certificates of no objection for Bond's October, November and December 2025 and January 2026 fee statements. |
| 04/09/26 | K.M.Doner | 1.30 | $286.00 | Drafted Bond's March 2026 fee statement. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

June 23, 2026
Bill Number: 20145017

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| 04/10/26 | K.M.Doner | 0.10 | $22.00 | Reviewed draft of certificate of no objection related to Blank Rome's February 2026 fee statement. |
| | R.Cappiello | 0.40 | $88.00 | Drafted certificate of no objection for Blank Rome's February 2026 fee statement. |
| 04/14/26 | K.M.Doner | 0.30 | $66.00 | Drafted correspondence to M. Mashaw and Father O'Brien regarding Bond's October, November and December 2025 and January 2026 fee statements. |
| | R.Cappiello | 0.10 | $22.00 | Drafted correspondence to M. Mashaw regarding certificate of no objection for Blank Rome's February 2026 fee statement, along with copy of the fee statement. |
| | R.Cappiello | 0.40 | $88.00 | Drafted summary and cover sheet, together with notice of filing of Blank Rome's March 2026 fee statement. |
| 04/16/26 | R.Cappiello | 0.10 | $22.00 | Drafted correspondence to M. Mashaw regarding Blank Rome's January 2026 fee statement and certificate of no objection related to same. |
| 04/20/26 | K.M.Doner | 0.20 | $44.00 | Corresponded with Attorney Eaton regarding Costello's January, February and March 2026 fee statements. |
| 04/27/26 | G.T.Walter | 0.30 | $157.95 | Conferred with Costello regarding fee application issues. |

| | Subtotal: | Hours: | 5.20 | |
| | | Amount: | $1,235.95 | |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

June 23, 2026
Bill Number: 20145017

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| **B190: Other Contested Matters (excluding assumption/rejection motions)** | | | | |
| 04/02/26 | K.M.Doner | 0.70 | $154.00 | Revised notice of motion, sixth motion and proposed order further extending the period within with the Diocese may remove actions pursuant to 28 U.S.C. Section 1452 and FRBP Rule 9027. |
| | A.S.Rivera | 0.50 | $186.75 | Revised motion to extend deadline to remove actions. |
| 04/06/26 | A.S.Rivera | 0.10 | $37.35 | Consulted with Attorney Sullivan regarding removal of state court actions. |
| | Subtotal: | Hours: | 1.30 | |
| | | Amount: | $378.10 | |
| **B210: Business Operations** | | | | |
| 04/20/26 | G.T.Walter | 0.20 | $105.30 | Participated in call with Committee counsel regarding business operational issues. |
| | S.A.Donato | 0.10 | $61.20 | Conferred with Committee counsel regarding business operations updates. |
| | Subtotal: | Hours: | 0.30 | |
| | | Amount: | $166.50 | |
| **B310: Claims Administration and Objections** | | | | |
| 04/13/26 | C.J.Sullivan | 0.20 | $116.10 | Participated in telephone conference with Attorney Krell regarding potential claim objections. |
| | J.S.Krell | 0.20 | $92.70 | Discussed potential claim objections with Attorneys Sullivan and McDonald. |
| 04/20/26 | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney McDonald regarding potential claim objections. |
| | C.J.Sullivan | 0.30 | $174.15 | Consulted with Attorneys Donato and McDonald regarding potential claim objections. |

Accounts Are Due Within 30 Days.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York  13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

June 23, 2026
Bill Number: 20145017

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 04/21/26 | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney McDonald regarding potential claim objection issues. |
| 04/24/26 | S.A.Donato | 0.40 | $244.80 | Reviewed documentation received from Attorney McDonald regarding potential claim objection issues. |
| | C.J.Sullivan | 1.00 | $580.50 | Participated in meeting with Attorney McDonald regarding potential claim objections. |

| | Subtotal: | Hours: | 2.70 | |
| | | Amount: | $1,575.45 | |

**B401: Mediation**

| Date | | Hours | Amt | Description |
|------|---|-------|-----|-------------|
| 04/15/26 | T.W.Simcoe | 0.30 | $183.60 | Corresponded with Fr. O'Brien regarding follow-up information gathering from mediation session. |
| 04/20/26 | G.T.Walter | 0.20 | $105.30 | Participated in call with Committee counsel regarding mediation issues. |
| | B.M.Sheehan | 0.20 | $90.90 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.20 | $122.40 | Conferred with Committee counsel regarding mediation updates. |
| 04/23/26 | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding mediation issues. |
| 04/24/26 | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding mediation issues. |
| | S.A.Donato | 0.30 | $183.60 | Drafted correspondence to mediator regarding mediation follow up issues. |
| | S.A.Donato | 0.30 | $183.60 | Conferred with Committee counsel regarding mediation preparation issues. |
| | C.J.Sullivan | 0.50 | $290.25 | Prepared for mediation. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

June 23, 2026
Bill Number: 20145017

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|------|------|-------|-----|-------------|
| 04/27/26 | G.T.Walter | 0.30 | $157.95 | Consulted with Attorneys Donato and Sullivan regarding mediation strategy. |
| | T.W.Simcoe | 0.40 | $244.80 | Consulted with Attorney Sullivan regarding planning for mediation session. |
| | C.J.Sullivan | 0.30 | $174.15 | Telephone conference with Attorney Donato regarding mediation strategy. |
| | S.A.Donato | 0.30 | $183.60 | Conferred with Committee counsel regarding mediation preparation issues. |
| | A.S.Rivera | 0.20 | $74.70 | Consulted with Attorney Sullivan regarding preparation for mediation. |
| | S.C.Temes | 0.30 | $156.60 | Participated in case update call with Committee counsel regarding mediation preparation issues. |
| | B.M.Sheehan | 0.20 | $90.90 | Consulted with Attorneys Donato and Sullivan regarding mediation strategy. |
| 04/28/26 | C.J.Sullivan | 1.00 | $580.50 | Prepared for mediation. |
| 04/30/26 | C.J.Sullivan | 0.50 | $290.25 | Continued preparation for mediation. |
| | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan in preparation for mediation. |

Subtotal: Hours: 6.40
Amount: $3,663.90

**Total Hours and Fees For This Matter:** 38.40 $17,764.65

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York  13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

June 23, 2026
Bill Number: 20145017

Diocese of Ogdensburg

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato | 3.50 | $612.00 | $2,142.00 |
| G. J. McDonald | 3.80 | 562.50 | 2,137.50 |
| B. M. Sheehan | 0.40 | 454.50 | 181.80 |
| T. W. Simcoe | 9.10 | 612.00 | 5,569.20 |
| C. J. Sullivan | 5.40 | 580.50 | 3,134.70 |
| S. C. Temes | 1.30 | 522.00 | 678.60 |
| G. T. Walter | 1.30 | 526.50 | 684.45 |
| J. S. Krell | 0.20 | 463.50 | 92.70 |
| R. N. Clement | 0.50 | 279.00 | 139.50 |
| D. M. Knapp | 0.10 | 373.50 | 37.35 |
| A. S. Rivera | 1.00 | 373.50 | 373.50 |
| A. M. Takashima | 0.10 | 193.50 | 19.35 |
| R. Cappiello | 3.00 | 220.00 | 660.00 |
| K. M. Doner | 8.70 | 220.00 | 1,914.00 |
| **Total** | 38.40 | | $17,764.65 |

**Matter Disbursement Summary**

| | |
|---|---|
| Computerized Research | $47.70 |
| Courier Service | 19.37 |
| Data Hosting & Storage | 420.00 |
| **Total Disbursements** | **$487.07** |

| | |
|---|---|
| **TOTAL FOR THIS MATTER** | **$18,251.72** |

Accounts Are Due Within 30 Days.