UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of | ) | |
| Ogdensburg, New York, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Ivan Salas, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On June 24, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Sixth Application for Interim Compensation and Reimbursement of Expenses of Costello, Cooney & Fearon, PLLC as Special Counsel to the Diocese** (Docket No. 1318)

- **Joint Notice of Hearing to Consider Professional Fee Applications** (Docket No. 1324)

Dated: June 29, 2026

*/s/ Ivan Salas*
Ivan Salas
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 329-4244

# <u>Exhibit A</u>



**Exhibit A**

Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE | ATTN: ERIN CHAMPION, ESQ. | 100 STATE STREET | SUITE 4230 | ROCHESTER | NY | 14614 |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK | ATTN: MARK MASHAW, DIOCESAN FISCAL OFFICER | 622 WASHINGTON STREET | | OGDENSBURG | NY | 13669 |

# <u>Exhibit B</u>



## Exhibit B
Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC COMMITTEE OF PARISHES | C/O BARCLAY DAMON LLP | ATTN: JEFFERY A. DOVE | JDOVE@BARCLAYDAMON.COM AVROOMAN@BARCLAYDAMON.COM |
| OFFICE OF THE U.S. TRUSTEE | ATTN: ERIN CHAMPION, ESQ. | | USTPREGION02.UT.ECF@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, KAREN B. DINE | JSTANG@PSZJLAW.COM ISCHARF@PSZJLAW.COM KDINE@PSZJLAW.COM |