UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 Case |
|  | ) |  |
| THE ROMAN CATHOLIC DIOCESE OF | ) | Case No. 23-60507 |
| OGDENSBURG, NEW YORK, | ) |  |
|  | ) |  |
| Debtor. | ) |  |

## CERTIFICATION PURSUANT TO LOCAL RULE 2016

I, Mark Mashaw, certify that I have reviewed the Sixth Application for Interim Compensation and Reimbursement of Expenses of Bond, Schoeneck & King, PLLC, as Attorneys for the Diocese and:

■ I do not object to allowance of the application and payment of fees and expenses in full as the services rendered and fees charged appear reasonable;
or

☐ I object to the application and to payment of the fees and expenses in full in the amounts and for the reasons set forth below:

Dated: June 24, 2026

/s/ Mark Mashaw
Mark Mashaw
Diocesan Fiscal Officer, The Roman Catholic
Diocese of Ogdensburg, New York

23

23620768.v4