UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 Case |
| | ) | |
| THE ROMAN CATHOLIC DIOCESE OF | ) | Case No. 23-60507 |
| OGDENSBURG, NEW YORK, | ) | |
| | ) | |
| Debtor. | | |

## CERTIFICATION PURSUANT TO LOCAL RULE 2016

I, Mark Mashaw, certify that I have reviewed the Sixth Application for Interim Compensation and Reimbursement of Expenses of Blank Rome LLP, as Special Counsel for the Diocese and:

■ I do not object to allowance of the application and payment of fees and expenses in full as the services rendered and fees charged appear reasonable;
or
☐ I object to the application and to payment of the fees and expenses in full in the amounts and for the reasons set forth below:

Dated: June 24, 2026

                                    /s/ Mark Mashaw
                                    Mark Mashaw,
                                    Diocesan Fiscal Officer, The Roman Catholic Diocese
                                    of Ogdensburg, New York

12

23677719.v2