UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )   Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of | ) |
| Ogdensburg, New York, | )   Chapter 11 |
|  | ) |
| Debtor. | ) |
|  | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On July 8, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Joint Notice of Hearing to Consider Professional Fee Applications** (Docket No. 1324)

Dated: July 10, 2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 329-4244

# <u>Exhibit A</u>



**Exhibit A**

Served Via First-Class Mail

| NAME | ADDRESS | CITY | STATE | ZIP |
|------|---------|------|-------|-----|
| CATH COMM OF BURKE & CHATEAUGAY | PO BOX 129 | CONSTABLE | NY | 12926-0129 |
| NFCYM | PO BOX 9993 | WASHINGTON | DC | 20016-8993 |
| STURDY SUPPLY & RENTAL | PO BOX 349 | SARANAC LAKE | NY | 12983-0349 |

In re: The Roman Catholic Diocese of Ogdensburg, New York
Case No. 23-60507 (PGR)