UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Case No.: 23-60507
Chapter 11

Debtor.

### CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250] (the "Interim Compensation Order")[1], the undersigned hereby certifies that, as of the date hereof, Bond, Schoeneck & King, PLLC ("Bond") has received no Objections to the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period February 1, 2026 through February 28, 2026* [Docket No. 1313] (the "February Monthly Fee Statement") filed on June 22, 2026.

Accordingly, pursuant to the Interim Compensation Order, The Roman Catholic Diocese of Ogdensburg, New York is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the February Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

23839312.v1

Dated: July 13, 2026

BOND, SCHOENECK & KING, PLLC

By:    */s/ Charles J. Sullivan*

Stephen A. Donato, Esq., Bar Roll No. 101522
Charles J. Sullivan, Esq., Bar Roll No. 507717
Grayson T. Walter, Esq., Bar Roll No. 518237
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails:  sdonato@bsk.com
        csullivan@bsk.com
        gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese
of Ogdensburg, New York*

2

23839312.v1