UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

                                           Debtor.

Case No.: 23-60507
Chapter 11

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE
STATEMENT OF BLANK ROME, LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL
COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK
FOR THE PERIOD MAY 1, 2026 THROUGH MAY 31, 2026**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250] (the "Interim Compensation Order")[1], the undersigned hereby certifies that, as of the date hereof, Blank Rome, LLP ("Blank Rome") has received no Objections to the *Monthly Fee Statement of Blank Rome, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period May 1, 2026 through May 31, 2026* [Docket No. 1305] (the "May Monthly Fee Statement") filed on June 17, 2026.

Accordingly, pursuant to the Interim Compensation Order, The Roman Catholic Diocese of Ogdensburg, New York is authorized to pay on an interim basis eighty percent (80%) of Blank Rome's fees and one hundred percent (100%) of Blank Rome's expenses, as reflected in the May Monthly Fee Statement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Dated: July 13, 2026                                BLANK ROME, LLP


By:_____*/s/ James R. Murray*_____
James R. Murray, Esq.
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Counsel for The Roman Catholic*
*Diocese of Ogdensburg, New York*

2

23840138.v1