UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | ) | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

# DECLARATION OF MICHAEL KLOTZ

I, Michael Klotz, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am a Counsel at the firm O'Melveny & Myers LLP, attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"). I am a member in good standing of the Bar of the State of New York, and am admitted to practice in the United States Bankruptcy Court for the Northern District of New York.

2. I submit this declaration in support of the accompanying objections by Century to Proof of Claim Nos. CC042, CC048, CC064, CC065, CC067, and CC096, as well as Century's omnibus objection to duplicate claims.

3. I have personal knowledge regarding the discovery produced by the Diocese of Ogdensburg in this proceeding. The Diocese of Ogdensburg did not produce a personal file for the perpetrator who is alleged to have abused the claimant who submitted Proof of Claim No. CC042.

4. Attached as **Exhibit 1** is a true and correct copy of the First Amended Complaint filed by the claimant who submitted Proof of Claim No. CC042. Although this document is publicly available, the caption, case number, and other details regarding the identity of the claimant, the identity of the alleged perpetrator, and the nature of the alleged abuse have been redacted to avoid unnecessary public attention to this claim.

5. Attached as **Exhibit 2** is a true and correct copy of the Answer filed by the Diocese

of Ogdensburg to the First Amended Complaint filed by the claimant who submitted Proof of Claim No. CC042. Although this document is publicly available, the caption, case number, and other details regarding the identity of the claimant, the identity of the alleged perpetrator, and the nature of the alleged abuse have been redacted to avoid unnecessary public attention to this claim.

6. Attached as **Exhibit 3** is a true and correct copy of the New York State, Division of Corporations entity search for Friars of the Atonement, Inc. This screenshot is taken from the following website: https://apps.dos.ny.gov/publicInquiry/.

7. Attached as **Exhibit 4** is a true and correct copy of Missionaries of the Sacred Heart, "A Brief History," *available at* https://www.misacor-usa.org/msc-and-sacred-heart-foundation-a-brief-history/.

8. Attached as **Exhibit 5** is a placeholder for a copy of the Diocesan Review Board Minutes dated September 16, 2021 relating to the perpetrator accused of abusing the Claimant who submitted Proof of Claim No. 96 which will be submitted under seal with the Court's leave.

9. Attached as **Exhibit 6** is a true and correct copy of Darcy Fargo, "Three priests hit 50th jubilee milestone" published in *North Country Catholic* on May 27, 2020 and *available at* https://northcountrycatholic.org/Articles/2020/5_2750jubilee.html.

10. Attached as **Exhibit 7** is a true and correct copy of the Complaint filed by the claimant who submitted Proof of Claim No. CC064. Although this document is publicly available, the caption, case number, and other details regarding the identity of the claimant, the identity of the alleged perpetrator, and the nature of the alleged abuse have been redacted to avoid unnecessary public attention to this claim.

11. Attached as **Exhibit 8** is a true and correct copy of the Answer filed by the Diocese of Ogdensburg to the Complaint filed by the claimant who submitted Proof of Claim No. CC064. Although this document is publicly available, the caption, case number, and other details regarding the identity of the claimant, the identity of the alleged perpetrator, and the nature of the alleged abuse have been redacted to avoid unnecessary public attention to this claim.

12. Attached as **Exhibit 9** is a true and correct copy of the Complaint filed by the

claimant who submitted Proof of Claim No. CC065. Although this document is publicly available, the caption, case number, and other details regarding the identity of the claimant, the identity of the alleged perpetrator, and the nature of the alleged abuse have been redacted to avoid unnecessary public attention to this claim.

1. Attached as **Exhibit 10** is a true and correct copy of the Answer filed by the Diocese of Ogdensburg to the Complaint filed by the claimant who submitted Proof of Claim No. CC065. Although this document is publicly available, the caption, case number, and other details regarding the identity of the claimant, the identity of the alleged perpetrator, and the nature of the alleged abuse have been redacted to avoid unnecessary public attention to this claim.

2. Attached as **Exhibit 11** is a true and correct copy of the First Amended Complaint filed by the claimant who submitted Proof of Claim No. CC067. Although this document is publicly available, the caption, case number, and other details regarding the identity of the claimant, the identity of the alleged perpetrator, and the nature of the alleged abuse have been redacted to avoid unnecessary public attention to this claim.

3. Attached as **Exhibit 12** is a true and correct copy of the Answer filed by the Diocese of Ogdensburg to the First Amended Complaint filed by the claimant who submitted Proof of Claim No. CC067. Although this document is publicly available, the caption, case number, and other details regarding the identity of the claimant, the identity of the alleged perpetrator, and the nature of the alleged abuse have been redacted to avoid unnecessary public attention to this claim.

4. Attached as **Exhibit 13** is a true and correct copy of the transcript of proceedings in *In re: The Diocese of Buffalo, N.Y.,* No. 20-10322 (Bankr. W.D.N.Y.) on June 4, 2025.

*[The remainder of this page is intentionally left blank]*

Dated: August 14, 2026

By: */s/ Michael Klotz*
MICHAEL M. KLOTZ
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Email: mklotz@omm.com

*Attorney for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*