# EXHIBIT 3

An official website of New York State.
Here's how you know

NEW YORK STATE

# Department of State
## Division of Corporations

## Entity Information

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** FRIARS OF THE ATONEMENT, INC.
**DOS ID:** 12547
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC NOT-FOR-PROFIT CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** -
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/09/1914
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/09/1914
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** NOT REQUIRED
**COUNTY:** PUTNAM
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:** CHARITABLE

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** FRIARS OF THE ATONEMENT INC

**Address:** GRAYMOOR, GARRISON, NY, UNITED STATES, 10524

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |