# EXHIBIT 4

(https://w

# MSC and Sacred Heart Foundation – A Brief History

(http://https://www.misacor-usa.org/blog/)

(https://www.misacor-usa.org/moments-in-american-msc-history/)



Founded in 1854 in France, the motto of the Missionaries of the Sacred Heart (MSC) is "May the Sacred Heart of Jesus be loved everywhere". In 1876 they assumed responsibility for what is today Our Lady of the Sacred Heart Parish in Watertown, NY, and soon began to welcome seminarians. The house they bought on Thompson Street is the oldest house in the world continually occupied by MSC.

French Canadian seminarians received their formation in Watertown from 1929 until 1960 when a new major seminary was built in Quebec City. Watertown then became a high school seminary for up to 25 students at a time. Our community was in constant need of financial assistance and so were many of the parents of seminarians who could not afford to pay tuition, room and board.





(https://www.misacor-usa.org/msc-and-sacred-heart-foundation-a-brief-history/seminary-at-watertown-min/)

(https://w

## The original seminary at Watertown

In 1963, I was referred to Dr. John Callahan. During my appointments with him, I shared my concerns about the financial situation of the seminary. Here is what I remember of his reaction: “Father, you talk about having card parties and open-houses to raise funds. That’s good! But you have to start building for the future NOW as well as to provide for your present. How about an endowment fund, a foundation? You could have a board of directors made up of lay people who have much more expertise in fundraising than you have. The role of the directors would be to raise funds, invest these funds and distribute the income from investments in the form of scholarships to your seminarians.”

Four years later, thanks to the cooperation of other MSCs and a number of lay people, the Foundation was established on the Feast of Our Lady of the Sacred Heart (OLSH), May 31, 1967. Mr. William J. McClusky, then Jefferson County District Attorney, was chosen President of board of directors consisting of 15 members, 13 lay people, and two MSC priests.

In June of 1965, the American Province of the Missionaries of the Sacred Heart held an international meeting in Illinois. Present were MSC who over the years had received scholarships from the foundation including Fr. Michael Miller, a graduate of our Watertown minor seminary and IHA. He was formerly the Secretary General of our community in Rome and is currently the Provincial Superior of the MSC in the American Province.

One of the most rewarding experiences has been to work with the Foundation directors and members of the Honorary Council from 1995 2001. Service on the board is a true ministry that requires a faith commitment to the Church, a will to help “make the Sacred Heart of Jesus be loved everywhere”. The Missionaries of the Sacred Heart are forever thankful for the support they have received from all who have been associated with the Sacred Heart Foundation.

Fr. Pierre Aubin, MSC

Sacred Heart Foundation was established on the Feast of Our Lady of the Sacred Heart, May 31, 1967. Pictured members: (seated from left): Fr. Pierre Aubin, MSC; Attorney William McClusky, Foundation President; Edward Duffy. (standing from left): Dr. John Callahan, Fr. Gabriel Castonguay, MSC, Secretary for the Foundation; and Arthur Peterson.



---

Like (https://www.facebook.com/sharer/sharer.php?u=https%3A%2I

Tweet (https://twitter.com/intent/tweet?text=https%3A%2F%2Fwww

**Write a comment:**

Comment

Name *

Email *

Website

Your email address will not be published.

Post Comment

(https://w

## About Us

Our Motto (https://www.misacor-usa.org/about-us/)

History (https://www.misacor-usa.org/history/)

Our Communities (https://www.misacor-usa.org/our-communities/)

Missionary Directory (https://www.misacor-usa.org/missionary-directory-2-2-2/)

In Loving Memory (https://www.misacor-usa.org/in-loving-memory/)

MSC Accountability (https://www.misacor-usa.org/msc-accountability/)

## Spirituality

Prayer Request (https://www.misacor-usa.org/prayer-request)

The Feast of Our Lady of the Sacred Heart (https://www.misacor-usa.org/prayer-request/#olsh)

The Feast of the Sacred Heart (https://www.misacor-usa.org/prayer-request/#sh)

Novena Intentions 2024 (https://www.misacor-usa.org/novena-intentions-2024)

Blog (https://www.misacor-usa.org/category/blog/)

## MSC News

(https://w

MSC News and Events (https://www.misacor-usa.org/msc-news-events/)
Mission Office (https://www.misacor-usa.org/32644-2/)
Lucky Calendar (https://www.misacor-usa.org/category/msc-news-and-events/lucky-calendar/)

## Join Us

Vocations (https://www.misacor-usa.org/join-us/)
Lay MSC (https://www.misacor-usa.org/join-us/#laymsc)
Sacred Heart Foundation (https://www.misacor-usa.org/join-us/#shf)
Missionary Sister of the Sacred Heart (https://www.misacor-usa.org/join-us/#mssh)

Missionaries of the Sacred Heart
3300 Station Avenue
Center Valley, PA 18034-95637

Tel: 630-892-2371
E-mail: info@misacor-usa.org (mailto:info@miscor-usa.org)

(https://sacredheartfoundation.com/)

(https://w

(https://mscreading.org/)

© 2020 Missionaries of the Sacred Heart

Top ↑

Follow us: (https://www.facebook.com/MisacorUSA/) (https://twitter.com/MisacorUSA)

Search...