# EXHIBIT 5

\

[DOCUMENT TO BE SUBMITTED TO THE COURT UNDER SEAL]