# EXHIBIT 10

**STATE OF NEW YORK**
**SUPREME COURT COUNTY OF ST. LAWRENCE**

[redacted]

**Index No.** [redacted]

**Plaintiff,**

**-vs-**

**ANSWER**

**ROMAN CATHOLIC DIOCESE OF OGDENSBURG,**

**Defendant.**

Defendant **ROMAN CATHOLIC DIOCESE OF OGDENSBURG**, by its attorneys Costello, Cooney & Fearon, PLLC and Schwerzmann & Wise, P.C. alleges and shows to the Court as follows:

1. **ADMITS** the allegations contained in paragraphs "7", "8", "17", of the Complaint.

2. **ADMITS** the allegations contained in paragraph "2" to the extent that Defendant was and is a religious corporation with its principal place of business in Ogdensburg, New York, but **DENIES** the remaining allegations contained in paragraph "2".

3. **DENIES KNOWLEDGE OR INFORMATION** sufficient to form a belief with respect to paragraphs "1", "9", "10", "11", "12", "13", "14", "15", "16" and "19" of the Complaint and therefore **DENIES** the same.

4. **DENIES** the allegations contained in paragraphs "18", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40", "41", "42", "43", "44", "45", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57", "58", "59" and "60" of the Complaint.

COSTELLO, COONEY & FEARON, PLLC

5. With respect to the allegations contained in paragraphs "3", "4", "5", "6", of the Complaint, the Defendant alleges that such statements raise an issue of law for determination by the Court and require no response thereto. Insofar as a response is deemed necessary, the Defendant **DENIES** the allegations contained therein.

6. With respect to paragraph "46" Defendant repeats, reiterates and realleges each and every admission and denial heretofore made with the same force and effect as if more fully set forth herein.

7. **DENIES** each and every other allegation not herein specifically admitted, denied or otherwise controverted.

**AS AND FOR A FIRST
AFFIRMATIVE DEFENSE**

8. In the event of any prior or subsequent settlement entered into between Plaintiff and another person or persons liable, or claimed to be liable, in tort for the same injury complained herein, Defendant asserts all relevant portions of the General Obligations Law §15-108.

**AS AND FOR A SECOND
AFFIRMATIVE DEFENSE**

9. The liability, if any, of Defendant is limited by the operation of Article 16 of the Civil Practice Law and Rules.

**AS AND FOR A THIRD
AFFIRMATIVE DEFENSE**

10. Upon information and belief, the Plaintiff's damages, if any, were brought about either in whole or in part by the culpable conduct of others, over whom the answering Defendant had no authority, control or dominion and without any negligence, fault or want of care on the part of the Defendant.

COSTELLO, COONEY & FEARON, PLLC

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

11. Upon information and belief, some or all of the damages alleged in the Plaintiff's Complaint are barred and/or subject to the qualifications of the provision of Section 4545 of the Civil Practice Law and Rules.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

12. Upon information and belief, Plaintiff seeks extra-contractual, equitable, compensatory and/or punitive damages which are not recoverable under New York law.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

13. The Complaint and each cause of action alleged therein fail to state a cause of action upon which relief may be granted.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

14. Plaintiff seeks damages and relief, in whole or in part, which violate the rights and privileges guaranteed the Defendant by the Fourteenth, Fifth and Eighth Amendments of the United States Constitution and the New York State Constitution.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

15. Any claim by Plaintiff is barred to the extent that the Child Victims Act (New York Laws 2019, ch. 11, Sec. 2, effective February 14, 2019 and extended again in August 2020; New York Practice Law and Rules §208) is found to violate the United States Constitution and/or New York State Constitution.

**AS AND FOR A NINTH**
**AFFIRMATIVE DEFENSE**

16. Plaintiff's claims are barred by the doctrine of laches, doctrine of waiver and/or the doctrine of estoppel.

**AS AND FOR A TENTH**
**AFFIRMATIVE DEFENSE**

17. Defendant may not be liable for the claimed criminal acts set forth in the Complaint committed by the alleged cleric to the extent those acts by the alleged cleric were solely for personal motives unrelated to the furtherance of the Defendant's business.

**AS AND FOR AN ELEVENTH**
**AFFIRMATIVE DEFENSE**

18. Upon information and belief, plaintiff failed to properly mitigate and/or minimize plaintiff's alleged damages.

**WHEREFORE** Defendant, **ROMAN CATHOLIC DIOCESE OF OGDENSBURG,** demands judgment dismissing the Complaint, together with the costs and disbursements of this action and such other and further relief as to this Court may seem just and proper.

**DATED:** **December 27, 2021**

**COSTELLO, COONEY & FEARON, PLLC**

**MAUREEN G. FATCHERIC**
**JENNIFER L. WANG**
**Office and Post Office Address**
**211 West Jefferson Street**
**Syracuse, New York 13202**
**Telephone: (315) 422-1152**

COSTELLO, COONEY & FEARON, PLLC

**KEITH B. CAUGHLIN, ESQ.**
**SCHWERZMANN & WISE, P.C.**
**Office and Post Office Address**
**220 Sterling Street**
**P.O. Box 704**
**Watertown, New York 13601**
**Telephone: (315) 788-6700**

***Attorneys for Defendant***

**TO: ELLIE SILVERMAN, ESQ.**
**THE LAW OFFICE OF ELLIE SILVERMAN, PC**
**Office and Post Office Address**
**135 E. 57th Street, Suite 100**
**New York, New York 10022**
**Telephone: (215) 620-6616**

**JESSICA D. ARBOUR, ESQ.**
**HOROWITZ LAW**
**Office and Post Office Address**
**110 E. Broward Blvd., Suite 1850**
**Ft. Lauderdale, Florida 33301**
**Telephone: (954) 641-2100**

***Attorneys for Plaintiff***

COSTELLO, COONEY & FEARON, PLLC