O'Melveny

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

August 14, 2026

**Michael Klotz**
D: +1 212 728 5983
mklotz@omm.com

**VIA ECF**

Hon. Patrick G. Radel
U.S. Bankruptcy Court
Northern District of New York
Alexander Pirnie U.S. Courthouse and Federal Building
10 Broad Street
Utica, NY 13501

**Re**: ***In re Diocese of Ogdensburg, NY*, No. 23-bk-60507**

Dear Judge Radel,

Century filed a motion seeking Your Honor's permission under Local Bankruptcy Rule 9018-1 to file unredacted copies of its Objections to Proof of Claim Nos. CC042, CC048, CC064, CC065, CC067, and CC096 under seal along with unredacted copies of Exhibits 1-2, 5, and 7-12 to these objections. Exhibits 1-2 and 7-12 are all publicly-available documents and information regarding the identity of the claimant, the identity of the perpetrator, and the nature of the alleged abuse has been redacted in an abundance of caution to avoid undue attention to the claims. Exhibit 5 is a document produced by the Diocese of Ogdensburg in discovery which was marked confidential and cannot be filed on the public docket.

Under Local Bankruptcy Rule 9018-1(d), Century is required to coordinate with the Clerk's office regarding sealing any documents, providing the unredacted document(s) in a sealed envelope with proper case caption details, along with a paper copy of the "signed order granting" the sealing request.

Pursuant to this rule, Century requests an order from the Court as to sealing, and stands ready to send the original copies to Your Honor's Chambers.

Sincerely,

*/s/ Michael Klotz*
Michael M. Klotz