UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

**APPLICATION FOR AN ORDER SHORTENING NOTICE PERIOD AND EXPEDITING CONSIDERATION OF MOTION**

Pursuant to Fed. R. Bankr. P. 9006(c)(1), Century respectfully requests that the time period for *Century's Motion for Entry of An Order Allowing Century's Omnibus Objection to Duplicate Claims and Motion for Disallowance of Claims [Dkt. No. 1378] To Go Forward As Noticed* (the "Motion") be shortened to allow the Motion to be decided by the Court as soon as practical.

1. Century filed its *Century's Omnibus Objection to Duplicate Claims and Motion for Disallowance of Claims [Dkt. No. 1378]* (the "Objection") on August 14, 2026. On August 18, 2026, the Court denied this motion without prejudice without reaching the merits with the instruction that leave from the Mediation Order was necessary to bring the Motion. [Dkt. No. 1384].

2. Unless the Court grants a motion to shorten notice, the Motion will not be scheduled to be heard prior to September 29, 2026, hearing to approve the disclosure statement for a plan of reorganization and solicitation procedures. Shortened notice is merited so that the issues raised by the Motion can be addressed prior to the disclosure statement and solicitation procedures hearing and or in connection with consideration of the disclosure statement and solicitation procedures.

3. Century does not object to the Motion being decided on the papers without a

hearing.

4. WHEREFORE, Century respectfully requests that the Court grant Century's application to shorten the notice period to allow the Objection to be decided by September 15.

Respectfully submitted,

Dated: August 21, 2026

By: */s/ Tancred Schiavoni*

**O'MELVENY & MYERS LLP**
Tancred V. Schiavoni, Esq.
Michael M. Klotz, Esq.
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
mklotz@omm.com

**CLYDE & CO US LLP**
Marianne May
200 Campus Drive, Suite 300
Florham Park, NJ 07932
Telephone: (973) 210-6700
Facsimile: (973) 210-6701
E-mail: marianne.may@clydeco.us

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*