# EXHIBIT A

Proposed Order

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | ) | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

**[PROPOSED] ORDER GRANTING CENTURY'S APPLICATION FOR AN ORDER SHORTENING NOTICE PERIOD AND EXPEDITING HEARING ON MOTION**

Upon the motion of Century Indemnity Company as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Movant") for entry of an order shortening the notice period and scheduling an expedited hearing on *Century's Motion for Entry of An Order Allowing Century's Omnibus Objection to Duplicate Claims and Motion for Disallowance of Claims [Dkt. No. 1378] To Go Forward As Noticed* (the "Motion"), and upon finding that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that a shortened notice period and expedited hearing on the Motion is in the best interests of the Diocese, its estate, its creditors, the Movant, and other parties in interest, and proper and adequate notice of the Motion having been given under the circumstances and no other or further notice being necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED:

1. The Motion is GRANTED as set forth herein.

2. A hearing on *Century's Motion for Entry of An Order Allowing Century's Omnibus Objection to Duplicate Claims and Motion for Disallowance of Claims [Dkt. No. 1378] To Go Forward As Noticed* is scheduled for _______________, 2026. Any responses to this motion are

due on _______________, 2026.

Dated: _____________________
Utica, New York

______________________________
Hon. Patrick G. Radel
United States Bankruptcy Judge