UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Bond, Schoeneck & King, PLLC has filed the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period May 1, 2026 Through May 31, 2026*, a copy of which is attached hereto and hereby served upon you.

Dated: August 25, 2026

BOND, SCHOENECK & KING, PLLC

By: /s/ Charles J. Sullivan

Stephen A. Donato (Bar Roll No. 101522)
Charles J. Sullivan (Bar Roll No. 507717)
Grayson T. Walter (Bar Roll No. 518237)
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Case No. 23-60507<br><br>Chapter 11 |

**MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD MAY 1, 2026 THROUGH MAY 31, 2026**

| | |
|---|---|
| Name of Applicant: | Bond, Schoeneck & King, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 110] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | May 1, 2026 through May 31, 2026 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $35,827.15 ($28,661.72) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $3,001.01 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Bond, Schoeneck & King, PLLC's thirty-fifth monthly fee statement in this case.

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 24, 2026
Bill Number: 20146047

Mr. Mark Mashaw
Diocesan Fiscal Officer
Diocese of Ogdensburg
622 Washington Street
Ogdensburg, NY 13669

For Legal Services Rendered through 05/31/26.

**Financial Review**
**Client Matter # 102436.409723**

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B110: Case Administration** | | | | |
| 05/01/26 | K.M.Doner | 0.10 | $22.00 | Updated case charter to include recent case updates in preparation for case status and strategy call Attorneys Donato, Sullivan and Walter. |
| 05/04/26 | K.M.Doner | 0.20 | $44.00 | Updated case charter following case status and strategy call with Attorneys Donato, Sullivan and Walter. |
| 05/08/26 | K.M.Doner | 0.20 | $44.00 | Updated case charter to reflect recent case activity in preparation for case status and strategy call with Attorneys Donato, Sullivan and Walter. |
| 05/11/26 | G.T.Walter | 0.20 | $105.30 | Consulted with Attorneys Sullivan and Temes regarding case status and strategy. |
| | K.M.Doner | 0.20 | $44.00 | Participated in telephone conference with Attorney Sullivan regarding case status and strategy. |
| | R.N.Clement | 0.20 | $55.80 | Attended case update meeting with Attorneys Sullivan and Walter. |
| | S.C.Temes | 0.20 | $104.40 | Participated in working group strategy conference call. |
| | B.M.Sheehan | 0.20 | $90.90 | Consulted with Attorney Sullivan regarding case status issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 24, 2026
Bill Number: 20146047

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | C.J.Sullivan | 0.20 | $116.10 | Participated in telephone conference with Bond team regarding case status and strategy. |
| 05/15/26 | K.M.Doner | 0.10 | $22.00 | Updated case charter to reflect recent case updates in preparation for case status and strategy call with Attorneys Donato and Sullivan. |
| 05/18/26 | K.M.Doner | 0.10 | $22.00 | Consulted with Attorney Sullivan regarding outstanding operating report issues. |
| 05/22/26 | K.M.Doner | 0.10 | $22.00 | Revised case charter to include recent case updates in preparation for case status and strategy call with Attorneys Donato and Sullivan. |
| 05/26/26 | K.M.Doner | 0.10 | $22.00 | Participated in telephone conference with Attorney Sullivan regarding outstanding operating report issues. |
| | K.M.Doner | 0.10 | $22.00 | Revised case charter to include updates following case status and strategy call with Attorneys Donato, Sullivan and Walter. |
| 05/29/26 | K.M.Doner | 0.20 | $44.00 | Revised case charter to include recent case updates in preparation for case status and strategy call with Attorneys Donato and Sullivan. |

| | | |
|---|---|---|
| Subtotal: | Hours: | 2.40 |
| | Amount: | $780.50 |

**B150: Meetings of and Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| 05/04/26 | C.J.Sullivan | 0.50 | $290.25 | Participated in meeting with Committee counsel regarding case status. |

| | | |
|---|---|---|
| Subtotal: | Hours: | 0.50 |
| | Amount: | $290.25 |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 24, 2026
Bill Number: 20146047

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B160: Fee/Employment Applications** | | | | |
| 05/04/26 | K.M.Doner | 0.10 | $22.00 | Consulted with Attorney Sullivan regarding the next round of fee applications and timing for same. |
| 05/07/26 | K.M.Doner | 0.30 | $66.00 | Participated in telephone conference with Attorney Clement regarding Bond's next fee application and timing for next round of fee applications. |
| | R.N.Clement | 0.30 | $83.70 | Discussed strategy with K. Donor for filing next round of fee applications. |
| 05/13/26 | K.M.Doner | 0.10 | $22.00 | Corresponded with Attorney Eaton regarding timing for next round of fee applications. |
| 05/18/26 | K.M.Doner | 0.20 | $44.00 | Consulted with Attorney Sullivan regarding updated timing for next round of fee applications and Bond's February and March 2026 fee statements. |
| 05/20/26 | K.M.Doner | 0.10 | $22.00 | Corresponded with M. Mashaw regarding Burns Bair's April 2026 fee statement. |
| 05/23/26 | K.M.Doner | 0.90 | $198.00 | Drafted Bond's April 2026 fee statement. |
| 05/25/26 | K.M.Doner | 0.80 | $176.00 | Began preparing summary report of fees and expenses in connection with Bond's sixth interim fee application. |
| 05/26/26 | K.M.Doner | 0.10 | $22.00 | Participated in telephone conference with Attorney Sullivan regarding timing for next round of fee applications. |
| | R.Cappiello | 0.30 | $66.00 | Drafted Blank Rome's April 2026 fee statement. |
| 05/29/26 | K.M.Doner | 0.30 | $66.00 | Drafted correspondence to all professionals regarding next round of fee applications and timing related to same. |

| | | |
|---|---|---|
| Subtotal: | Hours: | 3.50 |
| | Amount: | $787.70 |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 24, 2026
Bill Number: 20146047

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B190: Other Contested Matters (excluding assumption/rejection motions)** | | | | |
| 05/18/26 | G.T.Walter | 0.30 | $157.95 | Participated in call with Attorneys Donato and Sullivan regarding Committee settlement, upcoming status conference, and other case issues and strategy. |
| | Subtotal: | Hours: | 0.30 | |
| | | Amount: | $157.95 | |
| **B195: Non-Working Travel** | | | | |
| 05/04/26 | C.J.Sullivan | 1.30 | $754.65 | Traveled to Albany for mediation. |
| 05/06/26 | C.J.Sullivan | 1.30 | $754.65 | Return trip to Syracuse from Albany following attendance at mediation. |
| | Subtotal: | Hours: | 2.60 | |
| | | Amount: | $1,509.30 | |
| **B210: Business Operations** | | | | |
| 05/14/26 | C.J.Sullivan | 0.50 | $290.25 | Examined model press releases and drafted correspondence to Diocese regarding same. |
| 05/21/26 | A.S.Rivera | 0.50 | $186.75 | Reviewed BRG incident report and drafted correspondence to Attorney Copeland regarding same. |
| 05/29/26 | C.J.Sullivan | 0.50 | $290.25 | Participated in telephone conference with Diocese regarding business operations questions. |
| | Subtotal: | Hours: | 1.50 | |
| | | Amount: | $767.25 | |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 24, 2026
Bill Number: 20146047

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B320: Plan and Disclosure Statement (including Business Plan)** | | | | |
| 05/18/26 | C.J.Sullivan | 2.50 | $1,451.25 | Revised press release documents concerning Chapter 11 plan. |
| 05/21/26 | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding plan formulation issues. |
| | S.A.Donato | 0.20 | $122.40 | Reviewed correspondence from insurance carrier counsel regarding plan formulation issues. |
| | S.A.Donato | 0.30 | $183.60 | Conferred with Committee counsel regarding plan formulation issues. |
| 05/23/26 | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding plan and disclosure statement issues. |
| 05/26/26 | S.A.Donato | 0.30 | $183.60 | Conferred with Committee counsel regarding plan and disclosure statement issues. |
| | A.S.Rivera | 0.20 | $74.70 | Consulted with Attorney Sullivan regarding Chapter 11 plan issues. |
| | S.C.Temes | 0.20 | $104.40 | Participated in conference call with Attorney Sullivan regarding plan issues. |
| | Subtotal: | Hours: | 4.30 | |
| | | Amount: | $2,487.15 | |
| **B401: Mediation** | | | | |
| 05/01/26 | T.W.Simcoe | 0.70 | $428.40 | Consulted with Fr. K. O'Brien regarding mediation. |
| | T.W.Simcoe | 0.20 | $122.40 | Consulted with Attorney Sullivan regarding mediation issues. |
| 05/03/26 | C.J.Sullivan | 1.00 | $580.50 | Prepared for mediation. |
| 05/04/26 | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan in preparation for mediation sessions. |
| | S.A.Donato | 0.90 | $550.80 | Conducted initial preparation for mediation sessions. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 24, 2026
Bill Number: 20146047

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.30 | $183.60 | Conferred with Committee counsel regarding mediation issues and in preparation for mediation sessions. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Attorney Donato regarding preparation of mediation session. |
| 05/05/26 | T.W.Simcoe | 3.60 | $2,203.20 | Participated in portion of mediation conference. |
| | E.A.Ahlqvist | 1.10 | $301.95 | Compiled supporting documentation relating to parish capital campaigns for use in mediation. |
| | C.J.Sullivan | 0.50 | $290.25 | Prepared for mediation. |
| | C.J.Sullivan | 7.50 | $4,353.75 | Participated in mediation. |
| | S.A.Donato | 7.50 | $4,590.00 | Attended mediation session regarding Catholic Family settlement. |
| 05/06/26 | C.J.Sullivan | 9.50 | $5,514.75 | Participated in day two of mediation sessions. |
| | S.A.Donato | 9.50 | $5,814.00 | Attended day two of mediation sessions. |
| 05/07/26 | S.A.Donato | 0.40 | $244.80 | Conferred with Committee counsel regarding settlement term sheet and follow up mediation issues. |
| 05/18/26 | C.J.Sullivan | 0.30 | $174.15 | Consulted with Attorney Donato regarding Catholic Family settlement. |
| | C.J.Sullivan | 1.00 | $580.50 | Prepared for status conference pertaining to mediation. |
| | A.S.Rivera | 0.20 | $74.70 | Consulted with Attorney Donato regarding preparation for the court status conference regarding mediation. |
| | B.M.Sheehan | 0.30 | $136.35 | Consulted with Attorney Sullivan regarding settlement. |
| | S.C.Temes | 0.20 | $104.40 | Participated in conference call with Attorney Sullivan regarding mediation issues. |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 24, 2026
Bill Number: 20146047

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| | S.A.Donato | 0.30 | $183.60 | Reviewed and revised draft correspondence regarding Catholic Family settlement. |
| | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding Catholic Family settlement. |
| 05/19/26 | S.A.Donato | 0.30 | $183.60 | Conferred with counsel in preparation for status conference pertaining to mediation. |
| | S.A.Donato | 0.60 | $367.20 | Reviewed all mediation settlement agreements and other information in preparation for status conference. |
| | S.A.Donato | 0.40 | $244.80 | Appeared at status conference pertaining to mediation. |
| | S.A.Donato | 0.30 | $183.60 | Participated in supplemental consultation with Committee counsel regarding results of status conference. |
| | S.A.Donato | 0.30 | $183.60 | Consulted with Attorney Sullivan regarding status conference preparation issues. |
| 05/26/26 | G.T.Walter | 0.30 | $157.95 | Participated in call with Attorney Sullivan regarding status of mediation, request for chambers conference, and other case strategy issues. |
| | B.M.Sheehan | 0.30 | $136.35 | Consulted with Attorney Sullivan regarding status of mediation. |
| | C.J.Sullivan | 0.30 | $174.15 | Participated in telephone conference with Attorney Walter regarding status of mediation and request for chambers conference. |

| | | |
|---|---|---|
| Subtotal: | Hours: | 48.70 |
| | Amount: | $28,604.70 |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

Federal Tax ID 27-0015651

One Lincoln Center
Syracuse, New York 13202-1355

TEL: (315) 218-8000
FAX: (315) 218-8100

August 24, 2026
Bill Number: 20146047

Diocese of Ogdensburg

| Date | | Hours | Amt | Description |
|---|---|---|---|---|
| **B402: Discovery** | | | | |
| 05/27/26 | S.A.Donato | 0.30 | $183.60 | Reviewed correspondence from Diocese regarding discovery follow up issues. |
| | S.A.Donato | 0.20 | $122.40 | Reviewed correspondence from Attorney Sheehan regarding discovery follow up issues. |
| 05/29/26 | B.M.Sheehan | 0.30 | $136.35 | Conferred with Diocese regarding discovery issues. |

| | | |
|---|---|---|
| Subtotal: | Hours: | 0.80 |
| | Amount: | $442.35 |

| | | |
|---|---|---|
| **Total Hours and Fees For This Matter:** | 64.60 | $35,827.15 |

BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW

One Lincoln Center
Syracuse, New York 13202-1355

Federal Tax ID 27-0015651

TEL: (315) 218-8000
FAX: (315) 218-8100

August 24, 2026
Bill Number: 20146047

Diocese of Ogdensburg

| Matter Summary by Name | Hours | Rate | Total |
|---|---|---|---|
| S. A. Donato (Member) | 23.30 | $612.00 | $14,259.60 |
| B. M. Sheehan (Member) | 1.10 | 454.50 | 499.95 |
| T. W. Simcoe (Member) | 4.50 | 612.00 | 2,754.00 |
| C. J. Sullivan (Member) | 27.20 | 580.50 | 15,789.60 |
| S. C. Temes (Member) | 0.60 | 522.00 | 313.20 |
| G. T. Walter (Member) | 0.80 | 526.50 | 421.20 |
| R. N. Clement (Associate) | 0.50 | 279.00 | 139.50 |
| A. S. Rivera (Senior Associate) | 0.90 | 373.50 | 336.15 |
| E. A. Ahlqvist (Associate) | 1.10 | 274.50 | 301.95 |
| R. Cappiello (Paralegal) | 0.30 | 220.00 | 66.00 |
| K. M. Doner (Paralegal) | 4.30 | 220.00 | 946.00 |
| **Total** | 64.60 | | $35,827.15 |

| Matter Disbursement Summary | | |
|---|---|---|
| Data Hosting & Storage | $420.00 | |
| Travel Expense | 2,580.01 | |
| **Total Disbursements** | | **$3,000.01** |

**TOTAL FOR THIS MATTER** **$38,827.16**