**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Case No.: 23-60507<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS OF ADDITIONAL COUNSEL TO EVANSTON INSURANCE COMPANY AND INTERNATIONAL INSURANCE COMPANY**

PLEASE TAKE NOTICE that the attorney set forth below hereby appears as additional counsel to Evanston Insurance Company, as successor-in-interest to Associated International Insurance Company, and International Insurance Company (collectively, "the RiverStone Insurers"), parties-in-interest, and, pursuant to Bankruptcy Rules 2002, 9007, and 9010, the undersigned requests that the Clerk of Court enter the following name and address on the general matrix for this case, and on all special or limited matrices, and requests that copies of all notices, whether given pursuant to Bankruptcy Rule 2002 or otherwise, and all orders and other pleadings and papers in this case (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in the above-captioned cases, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given and served upon the following:

Jacob C. Cohn
PLEVIN & TURNER LLP
132 W 31st Street, 9th Floor
New York, NY 10001
Phone: (202) 580-6640
Email: jcohn@plevinturner.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any or all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, statements of affairs, operating reports, schedules of assets and liabilities, or other papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, e-mail, or otherwise, which relate in any way to the above-referenced case or proceedings therein.

PLEASE TAKE FURTHER NOTICE that the RiverStone Insurers do not, by filing this Notice of Appearance or any subsequent appearance, pleading, claim, or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitute a waiver of any of their rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the RiverStone Insurers are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the RiverStone Insurers expressly reserve.

DATED: September 3, 2026

Respectfully submitted,

*/s/ Jacob C. Cohn*

Jacob C. Cohn
PLEVIN & TURNER LLP
132 W 31st Street, 9th Floor
New York, NY 10001
Phone: (202) 580-6640
Email: jcohn@plevinturner.com

*Attorneys for Evanston Insurance Company, as successor-in-interest to Associated International Insurance Company, and International Insurance Company*