So Ordered.

Signed this 8 day of September, 2026.

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Case No. 23-60507-6-pgr<br><br>Chapter 11 |

**_SUA SPONTE_ ORDER DIRECTING SEALING OF DOCUMENTS**

The Court is in receipt of a 1) Cover letter; 2) Change of Address Form; and 3) Claimant's Response to Century's Objection to Proof of Claim No. CC048 and Motion to Disallow (the "Documents") from a Child Victims Act creditor (the "CVA Creditor"). In light of the identifying information of the CVA Creditor in the Documents, and in accordance with procedures already established in this case (*see* Doc. 203) and in accordance with Fed. R. Bankr. P. 9018, it is hereby

ORDERED that the Clerk is directed to file the Documents in their entirety under seal on the case docket such that they shall not be available to the public at the Clerk's Office or viewable on the electronic docket; and it is further

ORDERED that the Clerk may respond to the Documents and is directed to file the response, if any, on the case docket with any identifying information regarding the CVA Creditor redacted; and it is further

ORDERED that the Clerk is directed to serve a copy of the Documents received from the CVA Creditor and the Clerk's unredacted response, if any, by mail on: (i) Debtor's Counsel, Charles J. Sullivan, Esq., Bond, Schoeneck & King, PLLC, One Lincoln Center, Suite 1800, Syracuse, NY 13202; (ii) Counsel to the Official Committee of Unsecured Creditors, IIan D. Scharf, Pachulski Stang Ziehl & Jones LLP, 1700 Broadway, Ste 36th Floor, New York, NY 10019; (iii) Century's Counsel, Tancred V. Schiavoni, Esq., O'Melveny & Meyers LLP, 1301 Avenue of the Americas Suite 1700 New York, NY 10019 and (iv) the Assistant United States Trustee, Erin Champion, Esq., Office of the United States Trustee, 100 State Street, Room 4230, Rochester, NY 14614; and it is further;

ORDERED that the Clerk is directed to serve 1) this order; 2) a copy of the Court's Order Denying the Objection to Proof of Claim No. CC048 (Doc. 1384); and 3) a copy of this Court's Text Order denying the Motion to Disallow and Objection to Proof of Claim No. CC048 (Doc. 1393) on the CVA Creditor by first-class mail.

###