UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Case No.: 23-60507<br>Chapter 11 |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF BOND, SCHOENECK & KING, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK**

**FOR THE PERIOD JUNE 1, 2026 THROUGH JUNE 30, 2026**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250] (the "Interim Compensation Order")[1], the undersigned hereby certifies that, as of the date hereof, Bond, Schoeneck & King, PLLC ("Bond") has received no Objections to the *Monthly Fee Statement of Bond, Schoeneck & King, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period June 1, 2026 through June 30, 2026* [Docket No. 1392] (the "June Monthly Fee Statement") filed on August 25, 2026.

Accordingly, pursuant to the Interim Compensation Order, The Roman Catholic Diocese of Ogdensburg, New York is authorized to pay on an interim basis eighty percent (80%) of Bond's fees and one hundred percent (100%) of Bond's expenses, as reflected in the June Monthly Fee Statement.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Dated: September 11, 2026

BOND, SCHOENECK & KING, PLLC

By: */s/ Charles J. Sullivan*

Stephen A. Donato, Esq., Bar Roll No. 101522
Charles J. Sullivan, Esq., Bar Roll No. 507717
Grayson T. Walter, Esq., Bar Roll No. 518237
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
gwalter@bsk.com

*Attorneys for The Roman Catholic Diocese of Ogdensburg, New York*