UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period August 1, 2026 Through August 31, 2026*, a copy of which is attached hereto and hereby served upon you.

Dated: September 11, 2026

BLANK ROME LLP

By: */s/ James R. Murray*

James R. Murray, Esq.
1825 Eye Street NW
Washington, D.C. 20006
Telephone: (202) 420-3409
Email: jmurray@blankrome.com

*Special Counsel for The Roman Catholic Diocese of Ogdensburg, New York*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Case No. 23-60507<br><br>Chapter 11 |

**MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| | |
|---|---|
| Name of Applicant: | Blank Rome LLP |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 5, 2023 [Docket No. 111] *Nunc Pro Tunc* to August 17, 2023 |
| Period for which compensation and reimbursement is sought: | August 1, 2026 through August 31, 2026 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $62.37 ($49.90) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Blank Rome LLP's thirty-third monthly fee statement in this case.

BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. [redacted]

ROMAN CATHOLIC DIOCESE OF OGDENSBURG
ATTN: BISHOP TERRY R. LAVALLEY
622 WASHINGTON STREET, PO BOX 369
OGDENSBURG
NEW YORK, NY 13669

INVOICE DATE: SEPTEMBER 09, 2026
CLIENT ID: 157456
MATTER NUMBER: 157456-00601 03348
INVOICE NUMBER: 2397616

**REGARDING: ROMAN CATHOLIC DIOCESE OF OGDENSBURG INSURANCE ADVICE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 11/06/2025 | 2321489 | $3,994.76 | ($3,195.81) | $798.95 |
| 12/19/2025 | 2334255 | $2,563.33 | ($2,050.66) | $512.67 |
| 01/08/2026 | 2336155 | $3,266.34 | ($2,613.07) | $653.27 |
| 02/12/2026 | 2344530 | $2,254.94 | ($1,803.95) | $450.99 |
| 03/18/2026 | 2353724 | $2,061.67 | ($1,649.34) | $412.33 |
| 04/13/2026 | 2358446 | $1,111.88 | $0.00 | $1,111.88 |
| 05/07/2026 | 2366259 | $632.94 | $0.00 | $632.94 |
| 06/11/2026 | 2375500 | $1,567.33 | ($1,253.86) | $313.47 |
| 07/09/2026 | 2381819 | $2,833.60 | ($2,266.88) | $566.72 |
| 08/05/2026 | 2388583 | $124.74 | ($99.79) | $24.95 |

**BALANCE FORWARD** **$5,478.17**

| | | |
|---|---|---|
| FOR LEGAL SERVICES RENDERED THROUGH 8/31/26 | $81.00 | |
| LESS 23% ACCOMMODATION | ($18.63) | |
| NET SERVICES | $62.37 | |
| **CURRENT INVOICE TOTAL** | | **$62.37** |
| **TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD** | | **$5,540.54** |

REMITTANCE

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | [redacted] | 130 North 18th St |
| ABA Number: | | Philadelphia, PA 19103-6998 |
| Swift Code | | |

To pay by Electronic Funds Transfer, visit **www.BlankRome.com/Payments**

BLANKROME
1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID [redacted]

ROMAN CATHOLIC DIOCESE OF OGDENSBURG
ATTN: BISHOP TERRY R. LAVALLEY
622 WASHINGTON STREET, PO BOX 369
OGDENSBURG
NEW YORK, NY 13669

| | |
|---|---|
| INVOICE DATE: | SEPTEMBER 09, 2026 |
| CLIENT ID: | 157456 |
| MATTER NUMBER: | 157456-00601 |
| INVOICE NUMBER: | 2397616 |
| | PAGE 1 |

**REGARDING: ROMAN CATHOLIC DIOCESE OF OGDENSBURG
INSURANCE ADVICE**

**FOR LEGAL SERVICES RENDERED THROUGH AUGUST 31, 2026**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/14/26 | CONFERENCE WITH B. SHEEHAN REGARDING REQUEST FROM INSURER FOR INFORMATION IN MEDIATION | J. CARTER | 0.10 | 81.00 |
| | **TOTAL SERVICES** | | | **$81.00** |
| | **LESS 23% ACCOMMODATION** | | | **($18.63)** |
| | **NET SERVICES** | | | **$62.37** |

**CURRENT INVOICE TOTAL** **$62.37**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 810.00 | 0.10 | 81.00 |
| **TOTALS** | | **0.10** | **$81.00** |