UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-60507 (PGR) |
| The Roman Catholic Diocese of Ogdensburg, New York, | ) | Chapter 11 |
| Debtor. | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Keny Contreras, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On September 9, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on TNCRRG, Inc. at 2215 York Rd, Ste 306, Oak Brook, IL 60523-4005, pursuant to USPS forwarding instructions:

- **Joint Notice of Hearing to Consider Professional Fee Applications** (Docket No. 1324)

Dated: September 11, 2026

*/s/ Keny Contreras*
Keny Contreras
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 329-4244