**WESTERMAN BALL EDERER**
**MILLER ZUCKER & SHARFSTEIN LLP**
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
(516) 661-9397 – facsimile
William Heuer, Esq. (*pro hac vice*)
wheuer@westermanllp.com
*Attorneys for all Parishes*

UNITED STATES BANKRUPTCY COURT
NORHTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK | Case No. 23-60507 (PGR) |
| Debtor. | **NOTICE OF APPEARANCE** |

---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that William C. Heuer, Esq. of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, having offices at 1201 RXR Plaza, Uniondale, New York 11556, hereby appears in the above-captioned action as counsel for all Parishes[1] and requests that copies of all papers be served upon the undersigned at the address below.

Dated: Uniondale, New York
September 10, 2026

WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP

By: ***/s/William C. Heuer***
William C. Heuer, Esq. (*pro hav vice*)
1201 RXR Plaza
Uniondale, New York 11566
(516) 622-9200
*Attorneys for all Parishes*

To: All parties (*By ECF*)

---

[1] As defined in Ex. A.