Hearing Date: September 29, 2026
Hearing Time: 1:00 p.m. (Eastern)
Hearing Location: Utica, New York
Objection Deadline: September 22, 2026

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on September 5, 2026, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century") moved the United States Bankruptcy Court for the Northern District of New York (the "Court") for entry of an order (the "Motion") compelling the Roman Catholic Diocese of Ogdensburg ("Diocese") to produce the plan document containing the terms for allowing and valuing claims.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion and any objections thereto will be held on September 29, 2026 at 1:00 p.m. (prevailing Eastern Time), or as soon thereafter as counsel may appear and be heard, before the Honorable Patrick G. Radel, United States Bankruptcy Judge for the Northern District of New York, Alexander Pirnie U.S. Courthouse and Federal Building, 10 Broad Street, Room 236, Utica, New York 13501.

**PLEASE TAKE FURTHER NOTICE** that appearances may be made in-person or by video via Teams, for which preregistration is required by 3:00 PM one business day before the hearing at https://www.nynb.uscourts.gov/judge/judge-patrick-g-radel.

**PLEASE TAKE FURTHER NOTICE** that any response(s) to the Motion shall be filed and served on or before September 22, 2026.

Dated: September 11, 2026

Respectfully submitted,

By: /s/ *Tancred Schiavoni*

**O'MELVENY & MYERS LLP**
TANCRED V. SCHIAVONI
MICHAEL M. KLOTZ
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
Telephone: (212) 326-2000
Email: tschiavoni@omm.com
mklotz@omm.com

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*