O'Melveny

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:

**Tancred Schiavoni**
D: +1 212 326 2267
tschiavoni@omm.com

September 30, 2026

**VIA ECF**

Hon. Patrick G. Radel
U.S. Bankruptcy Court
Northern District of New York
Alexander Pirnie U.S. Courthouse and Federal Building
10 Broad Street
Utica, NY 13501

**Re**: ***In re Diocese of Ogdensburg, NY*****, No. 23-bk-60507**
**Motion to Compel Allocation Protocol [Dkt. No. 1405]**

Dear Judge Radel:

We are scheduled to appear before Your Honor tomorrow, October 1, at 2 p.m. on Century's motion to compel certain Plan Documents in advance of the objection deadline for the disclosure statement and, in the alternative, to adjourn the disclosure statement.

In the run up to tomorrow's hearing, the Committee produced the plan document titled Allocation Protocol eliminating the need for the Court to enter an order compelling its production. There are several other Plan Documents that continue to be withheld. We are hopeful that they will be disclosed by Thursday but, if not, we respectively reserve our rights if they have been withheld until after the objection deadline runs.

In light of this development, the portion of the relief sought seeking the production of the Allocation Protocol is moot and Century proposes that tomorrow's hearing be taken off calendar.

We represent Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, as successor to Indemnity Insurance Company of North America.

Sincerely,

*/s/ Tancred Schiavoni*
Tancred Schiavoni

*Counsel for Century Indemnity Company*