So Ordered.

Signed this 14 day of October, 2026.

Patrick G. Radel
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

**SEVENTH ORDER EXTENDING THE PERIOD WITHIN WHICH THE DIOCESE MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND RULE 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the *Seventh Motion for Entry of an Order Extending the Period Within Which the Diocese May Remove Actions Pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure* (the "Motion"),[1] pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (d) notice of the Motion and the Hearing was sufficient under the circumstances and (e) cause exists under Bankruptcy Rule 9006(b)(1) to grant an extension of the Removal Period established under Bankruptcy Rule 9027(a); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The time period provided under Bankruptcy Rule 9027 within which the Diocese may file notices of removal of any and all civil actions is extended to and including April 6, 2027, to the extent that the time period for filing any such notices of removal otherwise would expire before such date.

3. This Order shall be without prejudice to the Diocese's right to (i) take any position regarding the applicability of section 362 of the Bankruptcy Code to any given civil action pending against the Diocese and (ii) seek further extensions of the Removal Period from this Court.

4. This order shall be effective and enforceable immediately upon its entry.

5. The Diocese is hereby authorized to take all actions it determines are necessary to effectuate the relief granted pursuant to this order in accordance with the Motion.

# # #