UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No.: 23-60507
Chapter 11

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

Pursuant to this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250] (the "Interim Compensation Order")[1], the undersigned hereby certifies that, as of the date hereof, Costello, Cooney & Fearon, PLLC ("Costello") has received no Objections to the *Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period May 1, 2026 through June 30, 2026* [Docket No. 1351] (the "Monthly Fee Statement") filed on July 16, 2026.

Accordingly, pursuant to the Interim Compensation Order, The Roman Catholic Diocese of Ogdensburg, New York is authorized to pay on an interim basis eighty percent (80%) of Costello's fees and one hundred percent (100%) of Costello's expenses, as reflected in the Monthly Fee Statement.

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

Dated: November 3, 2026

COSTELLO, COONEY & FEARON, PLLC

By: *\/s/ Jeffrey D. Eaton*

Jeffrey D. Eaton, Esq., Bar Roll No. 519622
211 West Jefferson Street
Syracuse, New York 13202
Telephone: (315) 422-1152
Email: jeaton@ccf-law.com

*Special Litigation Counsel for The Roman Catholic Diocese of Ogdensburg, New York*