UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Ogdensburg, New York,

Debtor.

Case No. 23-60507

Chapter 11

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 250], Costello, Cooney & Fearon, PLLC has filed the *Twenty-Third Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to The Roman Catholic Diocese of Ogdensburg, New York for the Period July 1, 2026 Through September 30, 2026*, copies of which are attached hereto and hereby served upon you.

**DATED:** November 3, 2026

**COSTELLO, COONEY & FEARON, PLLC**

*/s/ Jeffrey D. Eaton*

Jeffrey D. Eaton
Bar Roll No. 519622
211 West Jefferson Street, Suite 1
Syracuse, New York 13202
Telephone: (315) 422-1152
E-mail: jeaton@ccf-law.com

*Special Litigation Counsel for The Roman Catholic Diocese of Ogdensburg*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | Case No. 23-60507<br><br>Chapter 11 |

**MONTHLY FEE STATEMENT OF COSTELLO, COONEY & FEARON, PLLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK FOR THE PERIOD JULY 1, 2026 THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| Name of Applicant: | Costello, Cooney & Fearon, PLLC |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Ogdensburg, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 15, 2023 [Docket No. 112] *Nunc Pro Tunc* to July 17, 2023 |
| Period for which compensation and reimbursement is sought: | July 1, 2026 through September 30, 2026 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $8,265.00 ($6,612.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $89.42 |

This is a: _X_ monthly ____ quarterly ____ final application.

This is Costello, Cooney & Fearon, PLLC's twenty-fourth monthly fee statement in this case.

**COSTELLO, COONEY & FEARON, PLLC**
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
[redacted]

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0001
STATEMENT NO. 286792
MGF
October 21, 2026

REGARDING: 214-G CLAIMS

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/10/2026 | Reviewed Order extending the appointment of the Mediator. | LJP | 0.20 | 20.00 |
| 07/13/2026 | Communicated with Attorney Sullivan regarding fee application hearing. | JDE | 0.20 | 45.00 |
| 07/13/2026 | Received and reviewed Mediator's First Report. | LJP | 0.20 | 20.00 |
| 07/14/2026 | Prepared for hearing on fee application. | JDE | 0.40 | 90.00 |
| 07/14/2026 | Traveled to and from Utica, NY for hearing on fee application (billed at 50%). | JDE | 1.00 | 225.00 |
| 07/14/2026 | Attended hearing on status and fee application. | JDE | 0.40 | 90.00 |
| 07/15/2026 | Reviewed and redacted invoices May and June 2026 for survivor information to conform with Court Orders regarding confidentiality. | JDE | 0.40 | 90.00 |
| 07/15/2026 | Prepared fee application Order. | JDE | 0.30 | 67.50 |
| 07/16/2026 | Drafted email correspondence to M. Mashaw regarding questions on invoice approval. | JDE | 0.20 | 45.00 |
| 07/16/2026 | Finalized May/June 2026 monthly fee statement for filing. | JDE | 0.40 | 90.00 |
| 07/16/2026 | Reviewed issues to be raised in State CVA conference call. | MGF | 0.60 | 165.00 |
| 07/16/2026 | Initiated and conducted State CVA defense update conference call. | MGF | 0.50 | 137.50 |
| 07/17/2026 | Received and reviewed multiple Orders from New York County Supreme Court with extension of stays for settlement negotiations. | MGF | 0.30 | 82.50 |
| 07/27/2026 | Reviewed correspondence from M. Fatcheric highlighting key takeaways from conference call with Father O'Brien in preparation of drafting memorandum. | KC | 0.20 | 20.00 |
| 07/28/2026 | Reviewed 86 (out of 137) Child Victims Act case filings involving the Diocese of Ogdensburg for the purpose of preparing memorandum to Father O'Brien. | KC | 2.80 | 280.00 |
| 07/28/2026 | Reviewed various charts to determine the most recent lawsuits against affiliated entities for use in preparing updated memorandum. | LJP | 0.90 | 90.00 |
| 07/29/2026 | Finished review of 51 (out of 137) Child Victims Act case filings involving the Diocese of Ogdensburg to identify individually named parishes, schools and other Diocesan-affiliated entities for the purpose of | KC | 2.20 | 220.00 |

preparation of memorandum.

| | | | | |
|---|---|---|---|---|
| 07/29/2026 | Reviewed summonses and complaints for all 137 Child Victims Act actions involving the Diocese of Ogdensburg and other affiliated entities to identify the parish implicated in preparation of memorandum. | KC | 2.30 | 230.00 |
| 07/29/2026 | Updated and finalized comprehensive list of all Diocese of Ogdensburg parish claims in preparation of memorandum. | KC | 1.20 | 120.00 |
| 07/29/2026 | Reviewed various Diocesan entity information to confirm accuracy for use in memorandum. | LJP | 1.90 | 190.00 |
| 07/30/2026 | Prepared detailed memorandum summarizing findings following review of all case filings. | KC | 1.80 | 180.00 |
| 07/30/2026 | Conducted meeting with counsel of Statewide Dioceses with notes. | MGF | 0.40 | 110.00 |
| 08/03/2026 | Reviewed parish tally information with follow up and added information and emails to client. | MGF | 0.50 | 137.50 |
| 08/12/2026 | Received and reviewed notice on [redacted] suit with review of status for Bankruptcy and if proof of claim filed. | MGF | 0.40 | 110.00 |
| 08/13/2026 | Conducted meeting with general counsel of State Diocese. | MGF | 0.50 | 137.50 |
| 08/13/2026 | Updated client on other Diocese and miscellaneous legal issues. | MGF | 0.30 | 82.50 |
| 08/14/2026 | Reviewed NYSCEF filing relative to change of counsel in [redacted] case. | LJP | 0.10 | 10.00 |
| 08/14/2026 | Reviewed NYSCEF to determine if status report was filed by plaintiffs and ADNY jointly on progress of settlement by 08/12/2026 and to advise if stay should be extended. | LJP | 0.20 | 20.00 |
| 08/26/2026 | Reviewed Order from Judge Silvera, Judge for the New York City Courts staying the [redacted], et al. v. St. John The Baptist Ukrainian Catholic Church, et al. (14984.0127) case until 12/02/2026 for purposes of settlement. | LJP | 0.20 | 20.00 |
| 08/26/2026 | Reviewed [redacted], et al. v. St. John The Baptist Ukrainian Catholic Church, et al. matter (14984.0127). | LJP | 0.30 | 30.00 |
| 09/01/2026 | Searched NYSCEF to determine if [redacted] has a lawsuit filed in a CVA matter after inquiry from Father O'Brien. | LJP | 0.30 | 30.00 |
| 09/02/2026 | Reviewed notice of motion to approve various administrative procedures and plans for filing Chapter 11 cases and granting relief filed by the Diocese of Ogdensburg from Stretto. | LJP | 0.80 | 80.00 |
| 09/02/2026 | Prepared and responded to multiple correspondence from Attorney Fatcheric and Attorney Eaton regarding administrative procedures motion. | LJP | 0.30 | 30.00 |
| 09/10/2026 | Attended meeting with CVA defense counselors for progress and resolutions. | MGF | 1.00 | 275.00 |
| 09/10/2026 | Emailed update to client regarding resolution issues to consider. | MGF | 0.30 | 82.50 |
| 09/11/2026 | Received and reviewed multiple Orders staying all litigation pending in Supreme Court, New York County, pending settlement negotiations. | MGF | 0.30 | 82.50 |
| 09/14/2026 | Reviewed invoices and redacted confidential information as required by Court's Order to protect CVA survivor confidential information. | JDE | 0.50 | 112.50 |
| 09/15/2026 | Received and reviewed notice of motion and supporting affidavit requesting 6-month extension of time to remove actions. | LJP | 0.30 | 30.00 |
| 09/15/2026 | Received and reviewed attorney affirmation in Bankruptcy Court seeking seventh extension with notes on timeline and delaying issues. | MGF | 0.30 | 82.50 |
| 09/22/2026 | Attended CVA/ASA meeting relative to new legislation in the Assembly. | LJP | 0.90 | 90.00 |
| 09/22/2026 | Prepared report regarding CVA/ASA meeting topics. | LJP | 0.40 | 40.00 |
| 09/22/2026 | Prepared correspondence to attorney advising today is the expiration date of the stay of proceedings in [redacted] and [redacted]. | LJP | 0.20 | 20.00 |

| | | | | |
|---|---|---|---|---|
| 09/22/2026 | Received and reviewed updated case law and CVA issues from NYSTA with notes. | MGF | 0.30 | 82.50 |
| 09/22/2026 | Received and reviewed New York County cases with expiration of stay and call to Archdiocese on extension. | MGF | 0.30 | 82.50 |
| 09/24/2026 | Telephone conference with counsel for parish within the Diocese of Ogdensburg. | KC | 0.20 | 20.00 |
| 09/24/2026 | Reviewed Exhibits in the Bankruptcy action including the Allocation Protocol and Trust Agreement. | LJP | 0.20 | 20.00 |
| 09/24/2026 | Reviewed Notice of Filing of Certain Exhibits to Plan Supplement for the Joint Chapter 11 Plan of Reorganization for The Diocese of Ogdensburg, New York. | LJP | 0.10 | 10.00 |
| 09/24/2026 | Prepared for and conducted meeting with various defense counsel to determine current CVA issues and Bankruptcy issues. | MGF | 0.80 | 220.00 |
| 09/24/2026 | Followed up with Diocese on Bankruptcy finding and status. | MGF | 0.30 | 82.50 |
| 09/24/2026 | Followed up on whether further stay issued in New York County/Archdiocese cases. | MGF | 0.30 | 82.50 |
| 09/29/2026 | Received and reviewed Diocese objection to Century's motion to compel production of plan documents. | LJP | 0.10 | 10.00 |
| 09/29/2026 | Reviewed NYSCEF to determine if a new Order staying proceedings has been issued as the prior Order expired on 09/22/2026 in [redacted] and [redacted] matters. | LJP | 0.30 | 30.00 |
| 09/29/2026 | Prepared email correspondence to Stretto regarding notice address update. | LJP | 0.20 | 20.00 |
| | TOTAL SERVICES RENDERED | | | 4,770.00 |

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| KC | KRISTA CLEMISHAW - PARALEGAL | 100.00 | 10.70 | 1,070.00 |
| JDE | JEFFREY D. EATON - SPECIAL COUNSEL | 225.00 | 3.80 | 855.00 |
| MGF | MAUREEN G. FATCHERIC - PARTNER | 275.00 | 7.40 | 2,035.00 |
| LJP | LORI PITCHER - PARALEGAL | 100.00 | 8.10 | 810.00 |
| | | | | 4,770.00 |

| DISBURSEMENTS | AMOUNT | |
|---|---|---|
| 07/14/2026 MILEAGE- 112 miles at $0.725 per mile (J. Eaton) | 81.20 | |
| 07/14/2026 TOLLS | 8.22 | |
| TOTAL DISBURSEMENTS | | 89.42 |

TOTAL AMOUNT DUE $4,859.42

COSTELLO, COONEY & FEARON, PLLC
*A Professional Services Limited Liability Company*
211 W Jefferson St., STE 1
Syracuse, NY 13202
TELEPHONE (315) 422-1152 FAX (315) 422-1139
[redacted]

Bishop Terry R. LaValley
Diocese of Ogdensburg
PO Box 369
Ogdensburg, NY 13669

14984.0137
STATEMENT NO. 287065
CMM
October 30, 2026

REGARDING: OUTSIDE GENERAL COUNSEL LEGAL WORK

FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 07/16/2026 | Worked on organization and gathering of certain Statewide counsel for retention of Special Counsel for Bishops. | 1.50 |
| 07/16/2026 | Telephone conference with M. Costello regarding Special Counsel. | 0.20 |
| 07/16/2026 | Telephone conference with S. Helmer regarding Special Counsel follow up. | 0.20 |
| 07/16/2026 | Received telephone call from Father K. O'Brien regarding Special Counsel issues. | 0.30 |
| 07/16/2026 | Worked on recommendations and second invites to two Special Counsel meetings. | 1.00 |
| 07/17/2026 | Attended meeting of all General Counsel on issues regarding Special Counsel. | 0.60 |
| 07/17/2026 | Followed up with client regarding progress report. | 0.30 |
| 07/17/2026 | Telephone conference with Diocese of Buffalo on Special Counsel issues. | 0.20 |
| 07/17/2026 | Telephone conference with Diocese of Brooklyn regarding Special Counsel with follow up. | 0.20 |
| 07/20/2026 | Reviewed proposed Special Counsel biographies. | 0.40 |
| 07/20/2026 | Reviewed proposed questions and topics for Special Counsel. | 0.70 |
| 07/20/2026 | Attended conference of all Diocese General Counsel on Special Counsel retention. | 0.70 |
| 07/20/2026 | Received and reviewed multiple follow up emails from various General Counsel on Special Counsel timeline and issues. | 0.60 |
| 07/20/2026 | Drafted update to client on Special Counsel issues with affirmative response. | 0.60 |
| 07/21/2026 | Received and reviewed emails from General Counsel on retainer and meeting. | 0.40 |
| 07/21/2026 | Emailed all General Counsel on proposed retainer. | 0.20 |
| 07/21/2026 | Updated client with proposed Special Counsel retainer. | 0.10 |
| 07/21/2026 | Reviewed particular sections of proposed retainer. | 0.70 |
| 07/22/2026 | Received and reviewed multiple emails regarding Special Counsel for the [redacted] [redacted] | 0.30 |
| 07/22/2026 | Attended meeting with all General Counsel and with new attorneys for proposed Special Counsel. | 0.60 |
| 07/22/2026 | Received and reviewed additional information on Special Counsel and shared with all General | 0.40 |

Counsel.

| | | |
|---|---|---|
| 07/22/2026 | Drafted update to client with directives. | 0.30 |
| 07/22/2026 | Attended to various Special Counsel issues. | 0.50 |
| 07/23/2026 | Conferred with client regarding Special Counsel on-boarding and related issues. | 0.50 |
| 07/29/2026 | Received telephone call from Father O'Brien regarding parish issue of a debt collection with review of documents for discussion with parish. | 0.60 |
| 08/12/2026 | Received and reviewed legal analysis on Special Counsel issues. | 0.80 |
| | TOTAL SERVICES RENDERED | 3,495.00 |

**ATTORNEY RECAP**

| INIT | ATTORNEY | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| MGF | MAUREEN G. FATCHERIC - PARTNER | 275.00 | 12.60 | 3,465.00 |
| LJP | LORI PITCHER - PARALEGAL | 100.00 | 0.30 | 30.00 |
| | | | | 3,495.00 |

TOTAL AMOUNT DUE $3,495.00