UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re:<br><br>The Roman Catholic Diocese of Ogdensburg, New York,<br><br>Debtor. | ) | Case No. 23-60507 (PGR)<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

I, Ivan Salas, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On November 3, 2026, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Certificate of No Objection with Respect to the Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period February 1, 2026 Through February 28, 2026** (Docket No. 1482)

- **Monthly Fee Statement of Costello, Cooney & Fearon, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Roman Catholic Diocese of Ogdensburg, New York for the Period July 1, 2026 Through September 30, 2026** (Docket No. 1483)

Dated: November 4, 2026

*/s/ Ivan Salas*
Ivan Salas
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
(855) 329-4244

# Exhibit A

STRETTO

# Exhibit A

Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE | ATTN: ERIN CHAMPION, ESQ. | 11A CLINTON AVE, STE 620 | ALBANY | NY | 12207-2370 |
| THE ROMAN CATHOLIC DIOCESE OF OGDENSBURG, NEW YORK | ATTN: MARK MASHAW, DIOCESAN FISCAL OFFICER | 622 WASHINGTON STREET | OGDENSBURG | NY | 13669 |

# Exhibit B

STRETTO

# Exhibit B

Served Via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC COMMITTEE OF PARISHES | C/O BARCLAY DAMON LLP | ATTN: JEFFERY A. DOVE | JDOVE@BARCLAYDAMON.COM<br>AVROOMAN@BARCLAYDAMON.COM |
| OFFICE OF THE U.S. TRUSTEE | ATTN: ERIN CHAMPION, ESQ. | | USTPREGION02.UT.ECF@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O PACHULSKI STANG ZIEHL & JONES LLP | ATTN: JAMES I. STANG, ILAN D. SCHARF, KAREN B. DINE | JSTANG@PSZJLAW.COM<br>ISCHARF@PSZJLAW.COM<br>KDINE@PSZJLAW.COM |